# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:17−cv−04740−UA

Craig v. CenturyLink, Inc. et al  
Assigned to: Judge Unassigned  
Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 06/22/2017  
Date Terminated: 08/08/2017  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Plaintiff**

**Benjamin Craig**  
*individually and on behalf of all others similarly situated*

represented by **Adam M. Apton**  
Levi & Korsinsky LLP (DC)  
1101 30th, Street, NW  
Washington, DC 20007  
202−524−4290  
Fax: 202−333−2121  
Email: aapton@zlk.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CenturyLink, Inc.**

**Defendant**

**Glen F. Post, III**

**Defendant**

**R. Stewart Ewing, Jr.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2017 | 1 | COMPLAINT against CenturyLink, Inc., R. Stewart Ewing, Jr., Glen F. Post, III. (Filing Fee $ 400.00, Receipt Number 0208−13817431)Document filed by Benjamin Craig. (Attachments: # 1 Exhibit Certification, # 2 Civil Cover Sheet)(Apton, Adam) (Entered: 06/22/2017) |
| 06/22/2017 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to CenturyLink, Inc., re: 1 Complaint. Document filed by Benjamin Craig. (Apton, Adam) (Entered: 06/22/2017) |
| 06/22/2017 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to R. Stewart Ewing, Jr., re: 1 Complaint. Document filed by Benjamin Craig. (Apton, Adam) (Entered: 06/22/2017) |
| 06/22/2017 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Glen F. Post, III, re: 1 Complaint. Document filed by Benjamin Craig. (Apton, Adam) (Entered: 06/22/2017) |
| 06/23/2017 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Adam M. Apton. The party information for the following party/parties has been modified: Benjamin Craig. The information for the party/parties has been modified for the following** |

| | | |
|---|---|---|
| | | reason/reasons: party text was omitted;. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | Ï | ***NOTICE TO ATTORNEY REGARDING CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Adam M. Apton. The following case opening statistical information was erroneously selected/entered: Cause of Action code 12:22;. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 15:78;. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Adam M. Apton to RE–FILE Civil Cover Sheet attached to Document No. **1** Complaint. The filing is deficient for the following reason(s): the wrong event type was used to file the civil cover sheet. Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF.. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | Ï | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE RELATED CASE STATEMENT. Notice to Attorney Adam M. Apton, for non compliance with Local Rule 13 of the Division of Business Among Judges. Attorney must electronically file the Related Case Statement. Use the event type Statement of Relatedness found under the event list Other Documents. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | Ï 5 | ELECTRONIC SUMMONS ISSUED as to CenturyLink, Inc.. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | Ï 6 | ELECTRONIC SUMMONS ISSUED as to R. Stewart Ewing, Jr.. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | Ï 7 | ELECTRONIC SUMMONS ISSUED as to Glen F. Post, III. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | Ï | CASE REFERRED TO Judge Paul G. Gardephe as possibly related to 17–cv–4695. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Unassigned. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | Ï | Case Designated ECF. (rch) (Entered: 06/23/2017) |
| 07/24/2017 | Ï | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE RELATED CASE STATEMENT. Notice to Attorney Adam M. Apton, for non compliance with Local Rule 13 of the Division of Business Among Judges. Attorney must electronically file the Related Case Statement. Use the event type Statement of Relatedness found under the event list Other Documents. (laq) (Entered: 07/24/2017) |
| 08/08/2017 | Ï 8 | JOINT STIPULATION AND ORDER TRANSFERRING VENUE UNDER 28 U.S.C. § 1404(a) TO THE MONROE DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA: This Action could have been brought in the United States District Court for the Western District of Louisiana, Monroe Division, and all of the parties consent to this Action proceeding in such District; and this action is transferred to the Monroe Division of the United States District Court for the Western District of Louisiana, pursuant to 28 U.S.C. § 1404(a). The Clerk of Court is requested to transfer the above–captioned Action and close it on the books of this Court. (As further set forth in this Order.) (Signed by Judge Paul G. Gardephe on 8/8/2017) (cf) (Entered: 08/09/2017) |
| 08/08/2017 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the Monroe Division of the United States District Court – District of Western District of Louisiana (cf) (Entered: 08/09/2017) |