UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

BENJAMIN CRAIG                               CASE NO. 3:17-CV-01005

VERSUS                                       JUDGE JAMES

CENTURYLINK INC., ET AL                      MAGISTRATE JUDGE PEREZ-MONTES

**NOTICE OF APPEARANCE**

Come now Thomas M. Hayes, III, and Brandon W. Creekbaum, who hereby enroll as local counsel for Defendants CenturyLink, Inc., Glen F. Post, III, and R. Stewart Ewing, Jr., in this matter.

> HAYES, HARKEY, SMITH & CASCIO, LLP
> 2811 Kilpatrick Boulevard
> P. O. Box 8032
> Monroe, Louisiana 71211-8032
> Tel: (318) 387-2422
> Fax: (318) 388-5809
> Email: tom@hhsclaw.com
> Email: Brandon@hhsclaw.com
>
> By: */s/ Thomas M. Hayes, III*
>     Thomas M. Hayes, III, No. 6685
>     Brandon W. Creekbaum, No. 33791
> ATTORNEYS FOR DEFENDANTS,
> CENTURYLINK, INC., GLEN F. POST, III,
> AND STEWART EWING, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2017, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                        HAYES, HARKEY, SMITH & CASCIO, LLP
                                        2811 Kilpatrick Boulevard
                                        P. O. Box 8032
                                        Monroe, Louisiana 71211-8032
                                        Tel: (318) 387-2422
                                        Fax: (318) 388-5809
                                        Email: tom@hhsclaw.com

                                        By: */s/ Thomas M. Hayes, III*
                                                Thomas M. Hayes, III, No. 6685