UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>CENTURYLINK, INC., GLEN F. POST III AND R. STEWART EWING JR.,<br><br>Defendants. | Case No. 3:17-cv-01005<br><br><br><br>Judge: Robert G. James<br>Magistrate Judge: Joseph H.L. Perez-Montes |

## AFFIDAVIT

The undersigned, Lyle Roberts, being first duly sworn, deposes and says:

1. I am an attorney and a member of the law firm of Cooley LLP, 1299 Pennsylvania Avenue., NW, Washington, D.C. 20004, and Telephone (202) 842-7855.

2. I have been retained to appear on behalf of the Defendants CenturyLink, Inc., Glen F. Post and R. Stewart Ewing, Jr., in the above styled matter now pending before this Court.

3. I am currently and have been an active member in good standing of the District of Columbia Bar since 1999 (Bar No. 464789). I am also an active member in good standing of the Virginia State Bar, since 2000 (Bar No. 45808) and the Maryland State Bar, since 1998 (Bar No. 16276). I am admitted to practice in the following federal Courts:

> Supreme Court of the United States
> U.S. Court of Appeals, Eighth Circuit
> U.S. Court of Appeals, Fifth Circuit
> U.S. Court of Appeals, Fourth Circuit
> U.S. Court of Appeals, D.C. Circuit
> U.S. District Court, District of Colorado
> U.S. District Court, District of Columbia
> U.S. District Court, District of Maryland

       U.S. District Court, Eastern District of Virginia
       U.S. District Court, Western District of Virginia

4.    There are no disciplinary proceedings pending against Affiant nor have any disciplinary proceedings ever been instituted against Affiant.

5.    There are no criminal charges pending against Affiant nor have any criminal charges ever been instituted against Affiant.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Lyle Roberts

SWORN TO AND SUBSCRIBED

Before me this 14th day of August, 2017

_____
Notary Public

My Commission Expires: April 30, 2018



2