UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> CENTURYLINK, INC., GLEN F. POST III AND R. STEWART EWING JR., <br><br> Defendants. | ) Case No. 3:17-cv-01005 <br> ) <br> ) <br> ) Judge: Robert G. James <br> ) Magistrate Judge: Joseph H.L. Perez-Montes <br> ) |

## ORDER

Considering the *Motion to Appear Pro Hac Vice*, filed on behalf of Defendants CenturyLink, Inc., Glen F. Post, III and R. Stewart Ewing, Jr.,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and attorney Lyle Roberts is admitted to the bar of this Court pro hac vice on behalf of the above-referenced Defendants in the above-captioned matters.

THUS DONE AND SIGNED this _____ day of _____, 2017.

_____
**JOSEPH H. L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE**