UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>CENTURYLINK, INC., GLEN F. POST III AND R. STEWART EWING JR.,<br><br>Defendants. | ) Case No. 3:17-cv-01005<br>)<br>)<br>)<br>)<br>) Judge: Robert G. James<br>) Magistrate Judge: Joseph H.L. Perez-Montes<br>)<br>)<br>)<br>)<br>) |

**MOTION TO APPEAR PRO HAC VICE FOR GEORGE ANHANG**

In accordance with the local rules for the United States District Court, Western District of Louisiana, I make this application to be admitted pro hac vice to the bar of this Court for the purpose of appearing on behalf of Defendants CenturyLink, Inc., Glen F. Post, III and R. Stewart Ewing, Jr., in the above-described action.

- I am not a resident of Louisiana or admitted to practice in this Court. I am a member in good standing of the bars of the District of Columbia and the State of New York and attach herewith the Certificates of Good Standing as required by Local Rule 83.2.6.

- Payment of the applicable fee of $105.00 is made via the Court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me as the attached affidavit attests to.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Thomas M. Hayes, III of the firm of Hayes, Harkey, Smith & Cascio, L.L.P., is appointed as local counsel.

1

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed. R. Civ. P. 77 and LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter out messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____
Applying Attorney

GEORGE ANHANG
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7880
Facsimile: (202) 842-7899
ganhang@cooley.com

/s Thomas M. Hayes, III
Local Counsel

THOMAS M. HAYES, III
Hayes, Harkey, Smith & Cascio
2811 Kilpatrick Blvd.
Monroe, LA 71201
Telephone: (318) 387-2422
Facsimile: (318) 388-5809
tom@hhsclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the Court's electronic noticing system to counsel of record, listed below, this 14th day of August 2017.

Nicholas I. Porritt
Adam M. Apton
LEVI & KORSINSKY, LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
nporritt@zlk.com
aapton@zlk.com
*Counsel for Plaintiff Benjamin Craig*

/s/ *Thomas M. Hayes, III*
THOMAS M. HAYES, III