

### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## GEORGE E. ANHANG

was on **FEBRUARY 1, 1999** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JUNE 8, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## GEORGE EDWARD ANHANG

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on November 22, 1993, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 12, 2017

2466

Clerk of the Court