UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG | CASE NO. 3:17-CV-01005 |
| VERSUS | JUDGE JAMES |
| CENTURYLINK INC., ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL

Now, through undersigned counsel, come Defendants, CenturyLink, Inc., Glen F. Post, III, and R. Stewart Ewing, Jr., and attorney Brandon W. Creekbaum, who jointly move that Brandon W. Creekbaum be enrolled as additional counsel for Defendants, CenturyLink, Inc., Glen F. Post, III, and R. Stewart Ewing, Jr., in this matter.

| | |
|---|---|
| HAYES, HARKEY, SMITH & CASCIO, LLP<br>2811 Kilpatrick Boulevard<br>P. O. Box 8032<br>Monroe, Louisiana 71211-8032<br>Tel: (318) 387-2422<br>Fax: (318) 388-5809<br>Email: Brandon@hhsclaw.com<br><br>By: */s/ Brandon W. Creekbaum*<br>    Brandon W. Creekbaum, No. 33791 | HAYES, HARKEY, SMITH & CASCIO, LLP<br>2811 Kilpatrick Boulevard<br>P. O. Box 8032<br>Monroe, Louisiana 71211-8032<br>Tel: (318) 387-2422<br>Fax: (318) 388-5809<br>Email: tom@hhsclaw.com<br><br>By: */s/ Thomas M. Hayes, III*<br>    Thomas M. Hayes, III, No. 6685<br><br>ATTORNEY FOR DEFENDANTS,<br>CENTURYLINK, INC., GLEN F. POST, III,<br>AND R. STEWART EWING, JR. |

## CERTIFICATE OF SERVICE

     I hereby certify that on August 15, 2017, a copy of the foregoing Motion to Enroll Additional Counsel and proposed Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                 HAYES, HARKEY, SMITH & CASCIO, LLP
                                 2811 Kilpatrick Boulevard
                                 P. O. Box 8032
                                 Monroe, Louisiana 71211-8032
                                 Tel: (318) 387-2422
                                 Fax: (318) 388-5809
                                 Email: tom@hhsclaw.com

                                 By: */s/ Thomas M. Hayes, III*
                                         Thomas M. Hayes, III, No. 6685