UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG | CASE NO. 3:17-CV-01005 |
| VERSUS | JUDGE JAMES |
| CENTURYLINK INC., ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## **ORDER**

Considering the foregoing Motion to Enroll Brandon W. Creekbaum as additional counsel for Defendants, CenturyLink, Inc., Glen F. Post, III, and R. Stewart Ewing, Jr.,

IT IS ORDERED that the Motion is granted and that Brandon W. Creekbaum be enrolled as additional counsel for Defendants CenturyLink, Inc., Glen F. Post, III, and R. Stewart Ewing, Jr.

SO ORDERED this ___ day of August, 2017.

_____
Judge/Magistrate Judge