UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>CENTURYLINK, INC., GLEN F. POST III AND R. STEWART EWING JR.,<br><br>Defendants. | Case No. 3:17-cv-01005<br><br><br>Judge: Robert G. James<br>Magistrate Judge: Joseph H.L. Perez-Montes |

### ORDER

Considering the *Motion to Appear Pro Hac Vice*, filed on behalf of Defendants CenturyLink, Inc., Glen F. Post, III and R. Stewart Ewing, Jr.,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and attorney George Anhang is admitted to the bar of this Court pro hac vice on behalf of the above-referenced Defendants in the above-captioned matters.

THUS DONE AND SIGNED this  16th  day of ___August___, 2017.

_____
JOSEPH H. L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE