# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING, JR.,<br><br>               Defendants. | **Civil Action No: 17-cv-01005**<br><br>Judge Robert G. James<br><br>Magistrate Judge Joseph H. L. Perez-Montes |
| DON J. SCOTT, Individually and On Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>               Defendants. | **Civil Action No.: 17-cv-01033**<br><br>Judge Robert G. James<br><br>Magistrate Judge Joseph H. L. Perez-Montes |
| AMARENDRA THUMMETI, Individually and On Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR.,<br><br>               Defendants | **Civil Action No.: 17-cv-04695**<br><br>*Joint Stipulation filed on August 16, 2017 to transfer case to U.S.D.C. Western District of Louisiana* |

**DECLARATION OF GREGORY M. EGLESTON IN SUPPORT OF THE MOTION OF SONA ANDRESIAN FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HER CHOICE OF COUNSEL**

I, Gregory M. Egleston, hereby declare as follows:

1.     I am over 18 years of age and am competent to testify to the matters and facts hereinafter set forth.

2.     I am counsel for Sona Andresian and submit this Declaration in support of the Motion of Sona Andresian for Consolidation of the Actions, Appointment as Lead Plaintiff and Approval of Her Choice of Counsel.

3.     Attached hereto as Exhibit A is a true and correct copy of the press release, which served notice of pendency of a securities class action, published on the internet via *Businesswire* on June 22, 2017.

4.     Attached hereto as Exhibit B is a true and correct copy of the sworn Certification and accompanying loss calculation of Sona Andresian in support of her Motion for Appointment as Lead Plaintiff and Approval of Choice of Counsel.

5.     Attached hereto as Exhibit C is a true and correct copy of the law firm résumé of Gainey McKenna & Egleston.

6.     Attached hereto as Exhibit D is a true and correct copy of the law firm résumé of Pendley, Baudin & Coffin.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 21st day of August 2017.

*/s/ Gregory M. Egleston*
GREGORY M. EGLESTON

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I authorized the electronic filing of the foregoing with the Clerk of Court using the CMF/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2017.