*EXHIBIT A*

**BusinessWire**
A Berkshire Hathaway Company

# BES

## Bragar Eagel & Squire, P.C. Announces That a Class Action Lawsuit Has Been Filed Against CenturyLink, Inc. (CTL) and Encourages Investors to Contact the Firm

June 22, 2017 05:30 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Bragar Eagel & Squire, P.C. announces that a class action lawsuit has been filed in the U.S. District Court for the Southern District of New York on behalf of all persons or entities who purchased or otherwise acquired CenturyLink, Inc. (NYSE:CTL) securities between February 27, 2014 and June 19, 2017 (the "Class Period"). Investors have until August 21, 2017 to apply to the Court to be appointed as lead plaintiff in the lawsuit.

The Complaint alleges that throughout the Class Period, the Company made false and/or misleading statements and/or failed to disclose that: (i) CenturyLink's policies allowed its employees to add services or lines to accounts without customer permission, resulting in millions of dollars in unauthorized charges to CenturyLink customers; (ii) accordingly, the Company's revenues were the product of illicit conduct and unsustainable; (iii) the foregoing illicit conduct was likely to subject CenturyLink to heightened regulatory scrutiny; and (iv) as a result of the foregoing, CenturyLink's public statements were materially false and misleading at all relevant times.

On June 16, 2017, Bloomberg published an article stating that "a former CenturyLink Inc. employee claims she was fired for blowing the whistle on the telecommunications company's high-pressure sales culture that left customers paying millions of dollars for accounts they didn't request." Following this news, CenturyLink shares fell $1.23 per share, or over 4.5%, to close at $25.72 per share on June 16, 2017.

If you purchased or otherwise acquired CenturyLink securities during the Class Period and suffered a loss or continue to hold shares purchased prior to the Class Period, have information, would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Brandon Walker or Melissa Fortunato by email at investigations@bespc.com, or telephone at (212) 355-4648, or by filling out this contact form. There is no cost or obligation to you.

Bragar Eagel & Squire, P.C. is a New York-based law firm concentrating in commercial and securities litigation. For additional information concerning the CenturyLink lawsuit, please go to http://www.bespc.com/centurylink. For additional information about Bragar Eagel & Squire, P.C., please go to www.bespc.com.

## Contacts

Bragar Eagel & Squire, P.C.
Brandon Walker, Esq. / Melissa Fortunato, Esq.
212-355-4648

investigations@bespc.com
www.bespc.com

$Cashtags

$CTL