# *EXHIBIT B*

## CERTIFICATION OF NAMED PLAINTIFF

I, __Sona Andresian__ ("Plaintiff") hereby retain Gainey McKenna & Egleston and such co-counsel as appropriate, subject to their investigation, to pursue my claims on a contingent fee basis and for counsel to advance the costs of the case, with no attorneys fee owing except as may be awarded by the court at the conclusion of the matter and paid out of any recovery obtained and I also hereby declare the following as to the claims asserted under the law that:

Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

Plaintiff reviewed a copy of the complaint and is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

Plaintiff's transactions in *CenturyLink, Inc.* security that is subject of this action during the Class Period are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 2,000 | CTL | Buy | 6/9/14 | $36.8699 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Please list other transactions on a separate sheet of paper, if necessary.**

Plaintiff has sought to serve as a class representative in the following cases within the last three years:

None.

Plaintiff will not accept any payment serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __17th__ day of __August__, 2017

*s/ Sona Andresian*
Signature

Sona Andresian
Print Name (& Title if applicable)

Movant's Trades in CenturyLink, Inc.

Sona Andresian

| Date Purchased | Shares | Price | Total | Date Sold | Shares | Price | Total | |
|---|---|---|---|---|---|---|---|---|
| 6/9/2014 | 2,000 | $36.87 | $73,739.80 | 8/21/2017* | 2,000 | $23.20 | $46,400.00 | -$27,339.80 |

* Movant has not sold her shares. The $23.20 is the average price from June 19, 2017 to present.