**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff(s),<br><br>     v.<br><br>CENTURYLINK, INC., GLEN F. POST, III AND R. STEWART EWING JR,<br><br>          Defendants. | No.: 3:17-cv-01005<br><br>**NOTICE OF APPEARANCE** |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff(s),<br><br>     v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. AND DAVID D. COLE,<br><br>          Defendants. | No.: 3:17-cv-01033 |

Come now Tracy Houck, who hereby enroll as local counsel for Allen Feldman, Mark D. Alger, Tae Yi, Essex Lacy, and Art Kleppen (collectively, the "CenturyLink Investor Group") in this matter.

Dated: August 21, 2017           Respectfully Submitted,

                                 HOUCK & RIGGLE, LLC

                                 */s/*  Tracy Houck
                                 Tracy W. Houck, Esq. (La. Bar. No 26660)
                                 301 South Bonner Street, P.O. Box 1958
                                 Ruston, Louisiana 71273
                                 Phone: (318) 255-4066
                                 Fax: (318) 366-8520
                                 THouck@suddenlinkmail.com
                                 *Liaison Counsel for CenturyLink Investor Group*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 21, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the all Counsel of record.

                                              /s/ Tracy Houck
                                              Tracy W. Houck, Esq.