# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III AND R. STEWART EWING JR,<br><br>Defendants. | No.: 3:17-cv-01005<br><br>**NOTICE OF MOTION OF THE CENTURYLINK INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. AND DAVID D. COLE,<br><br>Defendants. | No.: 3:17-cv-01033 |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Allen Feldman, Mark D. Alger, Tae Yi, Essex Lacy, and Art Kleppen (collectively, the "CenturyLink Investor Group") by and through their counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing the CenturyLink Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the securities of CenturyLink Inc. between March 1, 2013 and June 19, 2017, both dates inclusive; (3) approving Lead Plaintiff's selection of Pomerantz LLP and Glancy Prongay & Murray LLP as Co-Lead Counsel and Houck & Riggle, LLC as

Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Dated: August 21, 2017

Respectfully submitted,

**HOUCK & RIGGLE, LLC**

*/s/* Tracy Houck                              .
Tracy W. Houck, Esq.
La. Bar. No 26660
301 South Bonner Street, P.O. Box 1958
Ruston, Louisiana 71273
Phone: (318) 255-4066
Fax: (318) 366-8520
THouck@suddenlinkmail.com

*Counsel for Movants and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
          ahood@pomlaw.com


- and -


**GLANCY  PRONGAY  &  MURRAY  LLP**
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

2

*Counsel for Movants and*
*Proposed Co-Lead Counsel for the Class*