**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br> CENTURYLINK, INC., GLEN F. POST, III AND R. STEWART EWING JR, <br><br> Defendants. | No.: 3:17-cv-01005 <br><br> **DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF CENTURYLINK INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br> CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. AND DAVID D. COLE, <br><br> Defendants. | No.: 3:17-cv-01033 |

I, Jeremy A. Lieberman, hereby declare as follows:

1.  I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Allen Feldman, Mark D. Alger, Tae Yi, Essex Lacy, and Art Kleppen (collectively, the "CenturyLink Investor Group") and have personal knowledge of the facts set forth herein. I make this Declaration in support of the CenturyLink Investor Group motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiff for the Class, and approval of the CenturyLink Investor Group's selection of Pomerantz and Glancy Prongay & Murray LLP ("Glancy") as Co-Lead Counsel and Houck & Riggle, LLC ("Houck") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the

following:

Exhibit A:      Press release published over *Globe Newswire* on June 21, 2017, announcing the pendency of the first of the above-captioned actions to be filed;

Exhibit B:      Shareholder Certifications executed by the CenturyLink Investor Group;

Exhibit C:      Loss Chart of the CenturyLink Investor Group;

Exhibit D:      Firm resume of Pomerantz;

Exhibit E:      Firm resume of Glancy; and

I declare under penalty of perjury under the laws of the United States of America that the

foregoing facts are true and correct.

Executed on August 21, 2017 at New York, New York.


                                                    */s/ Jeremy A. Lieberman*
                                                    Jeremy A. Lieberman