# EXHIBIT B

# GLANCY PRONGAY & MURRAY LLP

**SWORN CERTIFICATION OF PLAINTIFF**
**CenturyLink, Inc. Securities Litigation**

I, essex lacy, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase CenturyLink, Inc., the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in CenturyLink, Inc. during the Class Period set forth in the Complaint are attached in Exhibit A.

5. I have not sought to serve, or served, as a representative party on behalf of a class under the federal security laws during the last three years, except as follows:


6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

Date: August 20 2017
[REDACTED]


I am NOT a current or former employee of CenturyLink, Inc.
RETURN TO:
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

**Essex Lacy's Transactions in CenturyLink, Inc. (CTL)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 05/20/2014 | Bought | 32,000 | $37.9854 |

## SWORN CERTIFICATION OF PLAINTIFF
## CENTURYLINK, INC. SECURITIES LITIGATION

I, Art Kleppen individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase CenturyLink, Inc. the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in CenturyLink, Inc. during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5. I have not served as a representative party on behalf of a class under this title during the last three years, except for the following:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

8/16/2017

Date

DocuSigned by:

*Art Kleppen*

89EBFA4E2DA1424...

Art Kleppen

341986.1

**Art Kleppen's Transactions in CenturyLink, Inc. (CTL)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 03/10/2015 | Bought | 5,000 | $35.0892 |
| 07/10/2015 | Bought | 3,500 | $29.7339 |
| 12/29/2015 | Bought | 1,500 | $25.7416 |
| 02/11/2016 | Bought | 1,000 | $26.4963 |
| 05/09/2016 | Bought | 5,000 | $28.2850 |
| 05/26/2016 | Bought | 15,000 | $26.6400 |
| 11/01/2016 | Bought | 4,000 | $25.0057 |
| 03/08/2017 | Bought | 3,000 | $22.6362 |
| 03/31/2017 | Sold | -3,000 | $23.5340 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, __ALLEN FELDMAN_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against CenturyLink, Inc. ("CenturyLink" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire CenturyLink securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired CenturyLink securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in CenturyLink securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

**Executed** ___6/29/17___
           **(Date)**

_____
**(Signature)**

ALLEN FELDMAN
**(Type or Print Name)**

**CENTURYLINK, INC. (CTL)**　　　　　　　　　　　　　　　　　　　　　　　　Feldman, Allen

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 8/26/2014 | Purchase | 6,364 | $41.3104 |
| 8/27/2014 | Purchase | 1 | $40.7900 |
| 9/12/2014 | Purchase | 87 | $39.5999 |
| 9/17/2014 | Purchase | 2 | $40.2300 |
| 10/28/2014 | Purchase | 37 | $40.6899 |
| 11/6/2014 | Purchase | 61 | $39.7299 |
| 12/5/2014 | Purchase | 89 | $39.6491 |
| 2/5/2015 | Purchase | 1 | $38.4700 |
| 3/20/2015 | Purchase | 101 | $35.2699 |
| 5/22/2015 | Purchase | 1 | $33.8699 |
| 6/16/2015 | Purchase | 113 | $32.2399 |
| 9/22/2015 | Purchase | 146 | $25.3799 |
| 12/8/2015 | Purchase | 141 | $26.7272 |
| 3/18/2016 | Purchase | 122 | $31.6672 |
| 6/16/2016 | Purchase | 144 | $27.2555 |
| 9/16/2016 | Purchase | 149 | $26.7850 |
| 12/14/2016 | Purchase | 170 | $24.0873 |
| 3/17/2017 | Purchase | 176 | $23.6550 |
| 6/16/2017 | Purchase | 158 | $27.0563 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, **MARK D. ALGER**, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against CenturyLink, Inc. ("CenturyLink" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire CenturyLink securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired CenturyLink securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in CenturyLink securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed JULY 30, 2017
(Date)

_____
(Signature)

MARK D. ALGER
(Type or Print Name)

**CENTURYLINK, INC. (CTL)**  **Alger, Mark D.**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 9/9/2014 | Sale | 7,000 | $40.0000 |
| 9/26/2014 | Purchase | 7,000 | $40.0000 |

# CERTIFICATION PURSUANT
# TO FEDERAL SECURITIES LAWS

1. I, _Tae Y. Yi_, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against CenturyLink, Inc. ("CenturyLink" or the "Company") and, authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire CenturyLink securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired CenturyLink securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in CenturyLink securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

**Executed**  8-18-17
    (Date)

_____
(Signature)

TAE Y. YI
(Type or Print Name)

**CENTURYLINK, INC. (CTL)**                                                                                          Yi, Tae Y.

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 6/3/2015 | Purchase | 2,000 | $33.0824 |
| 6/5/2015 | Purchase | 1,000 | $32.4368 |
| 9/30/2015 | Purchase | 300 | $24.9231 |
| 10/16/2015 | Purchase | 2,700 | $26.7525 |
| 12/9/2015 | Purchase | 1,000 | $26.5041 |
| 5/26/2016 | Purchase | 2,000 | $26.6907 |
| 6/9/2016 | Purchase | 1,000 | $27.0437 |
| 7/19/2016 | Purchase | 1,000 | $30.4428 |
| 7/20/2016 | Purchase | 1,000 | $30.4200 |
| 7/26/2016 | Purchase | 1,000 | $30.6750 |
| 8/4/2016 | Purchase | 1,000 | $29.3650 |
| 8/9/2016 | Purchase | 2,000 | $30.0985 |
| 8/16/2016 | Purchase | 1,000 | $29.6250 |
| 8/17/2016 | Purchase | 1,000 | $29.0050 |
| 8/18/2016 | Purchase | 500 | $28.9550 |
| 11/2/2016 | Purchase | 1,000 | $24.5457 |