# EXHIBIT C

**CENTURYLINK, INC. (CTL)**
**CLASS PERIOD: MAR 1 2013 to JUN 19 2017**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 63-Day* Mean Price $22.8602 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lacy, Essex** | **5/20/2014** | **32,000** | **$37.9854** | **($1,215,533)** | | | | | **32,000** | **$731,527** | **($484,006)** |
| | | | | | | | | | | | |
| Kleppen, Art | 3/10/2015 | 5,000 | $35.0892 | ($175,446) | 3/31/2017 | (3,000) | $23.5340 | $70,602 | | | |
| Kleppen, Art | 7/10/2015 | 3,500 | $29.7339 | ($104,069) | | | | | | | |
| Kleppen, Art | 12/29/2015 | 1,500 | $25.7416 | ($38,612) | | | | | | | |
| Kleppen, Art | 2/11/2016 | 1,000 | $26.4963 | ($26,496) | | | | | | | |
| Kleppen, Art | 5/9/2016 | 5,000 | $28.2850 | ($141,425) | | | | | | | |
| Kleppen, Art | 5/26/2016 | 15,000 | $26.6400 | ($399,600) | | | | | | | |
| Kleppen, Art | 11/1/2016 | 4,000 | $25.0057 | ($100,023) | | | | | | | |
| Kleppen, Art | 3/8/2017 | 3,000 | $22.6362 | ($67,909) | | | | | | | |
| **Kleppen, Art** | | **38,000** | | **($1,053,580)** | | **(3,000)** | | **$70,602** | **35,000** | **$800,108** | **($182,870)** |
| | | | | | | | | | | | |
| Feldman, Allen | 8/26/2014 | 6,364 | $41.3104 | ($262,899) | | | | | | | |
| Feldman, Allen | 8/27/2014 | 1 | $40.7900 | ($41) | | | | | | | |
| Feldman, Allen | 9/12/2014 | 87 | $39.5999 | ($3,445) | | | | | | | |
| Feldman, Allen | 9/17/2014 | 2 | $40.2300 | ($80) | | | | | | | |
| Feldman, Allen | 10/28/2014 | 37 | $40.6899 | ($1,506) | | | | | | | |
| Feldman, Allen | 11/6/2014 | 61 | $39.7299 | ($2,424) | | | | | | | |
| Feldman, Allen | 12/5/2014 | 89 | $39.6491 | ($3,529) | | | | | | | |
| Feldman, Allen | 2/5/2015 | 1 | $38.4700 | ($38) | | | | | | | |
| Feldman, Allen | 3/20/2015 | 101 | $35.2699 | ($3,562) | | | | | | | |
| Feldman, Allen | 5/22/2015 | 1 | $33.8699 | ($34) | | | | | | | |
| Feldman, Allen | 6/16/2015 | 113 | $32.2399 | ($3,643) | | | | | | | |
| Feldman, Allen | 9/22/2015 | 146 | $25.3799 | ($3,705) | | | | | | | |
| Feldman, Allen | 12/8/2015 | 141 | $26.7272 | ($3,769) | | | | | | | |
| Feldman, Allen | 3/18/2016 | 122 | $31.6672 | ($3,863) | | | | | | | |
| Feldman, Allen | 6/16/2016 | 144 | $27.2555 | ($3,925) | | | | | | | |
| Feldman, Allen | 9/16/2016 | 149 | $26.7850 | ($3,991) | | | | | | | |
| Feldman, Allen | 12/14/2016 | 170 | $24.0873 | ($4,095) | | | | | | | |
| Feldman, Allen | 3/17/2017 | 176 | $23.6550 | ($4,163) | | | | | | | |
| Feldman, Allen | 6/16/2017 | 158 | $27.0563 | ($4,275) | | | | | | | |
| **Feldman, Allen** | | **8,063** | | **($312,988)** | | | | | **8,063** | **$184,322** | **($128,666)** |
| | | | | | PreClass | 7,000 | | | | | |
| **Alger, Mark D.** | **9/26/2014** | **7,000** | **$40.0000** | **($280,000)** | **9/9/2014** | **(7,000)** | **$40.0000** | **$280,000** | **7,000** | **$160,022** | **($119,978)** |
| | | | | | | | | | | | |
| Yi, Tae Y. | 6/3/2015 | 2,000 | $33.0824 | ($66,165) | | | | | | | |
| Yi, Tae Y. | 6/5/2015 | 1,000 | $32.4368 | ($32,437) | | | | | | | |
| Yi, Tae Y. | 9/30/2015 | 300 | $24.9231 | ($7,477) | | | | | | | |
| Yi, Tae Y. | 10/16/2015 | 2,700 | $26.7525 | ($72,232) | | | | | | | |
| Yi, Tae Y. | 12/9/2015 | 1,000 | $26.5041 | ($26,504) | | | | | | | |
| Yi, Tae Y. | 5/26/2016 | 2,000 | $26.6907 | ($53,381) | | | | | | | |
| Yi, Tae Y. | 6/9/2016 | 1,000 | $27.0437 | ($27,044) | | | | | | | |
| Yi, Tae Y. | 7/19/2016 | 1,000 | $30.4428 | ($30,443) | | | | | | | |
| Yi, Tae Y. | 7/20/2016 | 1,000 | $30.4200 | ($30,420) | | | | | | | |
| Yi, Tae Y. | 7/26/2016 | 1,000 | $30.6750 | ($30,675) | | | | | | | |
| Yi, Tae Y. | 8/4/2016 | 1,000 | $29.3650 | ($29,365) | | | | | | | |
| Yi, Tae Y. | 8/9/2016 | 2,000 | $30.0985 | ($60,197) | | | | | | | |
| Yi, Tae Y. | 8/16/2016 | 1,000 | $29.6250 | ($29,625) | | | | | | | |
| Yi, Tae Y. | 8/17/2016 | 1,000 | $29.0050 | ($29,005) | | | | | | | |
| Yi, Tae Y. | 8/18/2016 | 500 | $28.9550 | ($14,478) | | | | | | | |
| Yi, Tae Y. | 11/2/2016 | 1,000 | $24.5457 | ($24,546) | | | | | | | |
| **Yi, Tae Y.** | | **19,500** | | **($563,992)** | | | | | **19,500** | **$445,774** | **($118,218)** |

*Avg Closing Prices from Jun 20 to Aug 18         Page 1 of 2

**CENTURYLINK, INC. (CTL)**
**CLASS PERIOD: MAR 1 2013 to JUN 19 2017**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 63-Day* Mean Price $22.8602 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | |
| Lacy, Essex | | 32,000 | | ($1,215,533) | | 0 | | $0 | 32,000 | | ($484,006) |
| Kleppen, Art | | 38,000 | | ($1,053,580) | | (3,000) | | $70,602 | 35,000 | | ($182,870) |
| Feldman, Allen | | 8,063 | | ($312,988) | | 0 | | $0 | 8,063 | | ($128,666) |
| Alger, Mark D. | | 7,000 | | ($280,000) | | (7,000) | | $280,000 | 7,000 | | ($119,978) |
| Yi, Tae Y. | | 19,500 | | ($563,992) | | 0 | | $0 | 19,500 | | ($118,218) |
| **Total** | | **104,563** | | **($3,426,093)** | | **(10,000)** | | **$350,602** | **101,563** | | **($1,033,737)** |