UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

------------------------------------------------------------ x
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated, | : | No. 17-cv-01005 |
|---|---|---|
| | : | |
| | : | **CLASS ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | JUDGE ROBERT G. JAMES |
| CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING, JR., | : | MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |
| | : | |
| Defendants. | : | |
------------------------------------------------------------ x
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated, | : | No. 17-cv-01033 |
|---|---|---|
| | : | |
| Plaintiff, | : | **CLASS ACTION** |
| | : | |
| vs. | : | |
| | : | JUDGE ROBERT G. JAMES |
| CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE, | : | MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |
| | : | |
| Defendants. | : | |
------------------------------------------------------------ x
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated, | : | |
|---|---|---|
| | : | |
| Plaintiff, | : | |
| | : | No. 17-cv-____ |
| vs. | : | (Pending Transfer from USDC-SDNY) |
| | : | |
| CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR., | : | **CLASS ACTION** |
| | : | |
| Defendants. | : | |
------------------------------------------------------------ x

**NOTICE OF MOTION OF KBC ASSET MANAGEMENT NV FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF SELECTION OF COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff KBC Asset Management NV ("KBC"), will move this Court pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on a date and at such time as may be designated by the Court, at 201 Jackson Street, Monroe, Louisiana 71201, for an order:  (1)  appointing KBC as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; and (2) approving KBC's selection of Motley Rice LLC as Lead Counsel for the proposed class.  In support of this Motion, KBC submits the accompanying Memorandum of Law, the Declaration of James P. Roy and exhibits attached thereto, and a [Proposed] Order.

DATED:  August 21, 2017　　　　　　　　Respectfully submitted,

**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**

*s/ James P. Roy*
James P. Roy (La. 11511)
John Parkerson Roy (La. 32048)
556 Jefferson St., Suite 500
Lafayette, LA  70501
Telephone:  (337) 233-3033
Facsimile:  (337)232-8213
jimr@wrightroy.com
johnr@wrightroy.com
*Counsel for KBC Asset Management NV*

**MOTLEY RICE LLC**
James M. Hughes
Gregg S. Levin
20 Church St., 17th Floor
Hartford, CT  06103
Telephone:  (860) 882-1681
Facsimile:  (860) 882-1682
jhughes@motleyrice.com
glevin@motleyrice.com
*Counsel for KBC Asset Management NV
and [Proposed] Lead Counsel for the Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

Executed on August 21, 2017.

**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**

*s/ James P. Roy*
James Parkerson Roy (La. 11511)
John Parkerson Roy (La. 32048)
556 Jefferson St., Suite 500
Lafayette, LA  70501
Telephone:  (337) 233-3033
Facsimile:  (337)232-8213
jimr@wrightroy.com
johnr@wrightroy.com
*Counsel for KBC Asset Management NV*