## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated, | : : : : | No. 17-cv-01005 |
| Plaintiff, | : : | **CLASS ACTION** |
| vs. | : : : | JUDGE ROBERT G. JAMES MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |
| CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING, JR., | : : : | |
| Defendants. | : | |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated, | : : : : | No. 17-cv-01033 |
| Plaintiff, | : : | **CLASS ACTION** |
| vs. | : : : | JUDGE ROBERT G. JAMES MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |
| CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE, | : : : : | |
| Defendants. | : | |
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : : | No. 17-cv-____ (Pending Transfer from USDC-SDNY) |
| vs. | : : | |
| CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR., | : : : | **CLASS ACTION** |
| Defendants. | : | |

**DECLARATION OF JAMES P. ROY IN SUPPORT OF THE MOTION OF KBC ASSET MANAGEMENT NV FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, James P. Roy, declare as follows:

1. I am an attorney admitted to practice before the United States District Court for the Western District of Louisiana. I am an attorney with the law firm of Domengeaux Wright Roy & Edwards LLC, counsel for proposed Lead Plaintiff KBC Asset Management NV ("KBC"). I make this declaration in support of KBC's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: KBC's sworn Certification;

Exhibit B: Chart of KBC's Estimated Losses;

Exhibit C: Notice of pendency of class action published in *Globe Newswire*, a national business-oriented wire service, on June 21, 2017;

Exhibit D: Motley Rice's firm resume; and

Exhibit E: KBC's Declarations of Assignment.

Executed this 21st day of August 2017, at Lafayette, Louisiana.

          *s/ James P. Roy*
          James P. Roy

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

Executed on August 21, 2017.

*/s/James Parkerson Roy*
James Parkerson Roy (La. 11511)
John Parkerson Roy (La. 32048)
**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
556 Jefferson St., Suite 500
Lafayette, LA  70501
Telephone:  (337) 233-3033
Facsimile:  (337)232-8213
jimr@wrightroy.com
johnr@wrightroy.com