# Exhibit A

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Klaus Vandewalle and Tiny Ergo, on behalf of KBC Asset Management NV ("KBC"), on account of its funds listed in Schedule A (the "Fund"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against CenturyLink, Inc. ("CenturyLink") and designate Motley Rice LLC as proposed lead counsel for KBC in this action for all purposes.

2. We are duly authorized to institute legal action on behalf of KBC and the Funds' behalf, including litigation against CenturyLink and any other defendants.

3. The Funds did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. KBC is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. KBC also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5. KBC will not accept any payment for serving as a representative party beyond the Funds' *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6. KBC has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*In re Lions Gate Entertainment Corp. Sec. Litig.*, No. 1:14-cv-05197 (S.D.N.Y. Sept. 9, 2014);

*Aruliah v. Impax Laboratories, Inc.*, No. 3:14-cv-03673 (N.D. Cal. Oct. 14, 2014);

*In re American Realty Capital Properties, Inc. Sec. Litig.*, No. 1:15-mc-00040 (S.D.N.Y. Dec. 29, 2014);

*St. Lucie County Fire District Firefighters' Pension Trust Fund, et al. v. Bryant*, No. 4:14-cv-03428 (S.D. Tex. Feb. 2, 2015);

*In re LeapFrog Enterprises, Inc. Sec. Litig.*, No. 3:15-cv-00347 (N.D. Cal. Mar. 24, 2015);

*International Association of Heat and Frost Insulators and Asbestos Workers Local #6 Pension Fund v. International Business Machines Corp.*, No. 1:15-cv-02492 (S.D.N.Y. May 1, 2015);

*Union Asset Management Holding AG v. SanDisk Corp.*, No. 3:15-cv-01455 (N.D. Cal. May 29, 2015);

*KBC Asset Management NV v. 3D Systems Corp.*, No. 0:15-cv-02393 (D.S.C. Aug. 18, 2015);

*Martin v. GNC Holdings, Inc.*, No. 2:15-cv-01522 (W.D. Pa. Dec. 28, 2015); *Gorrie v. GNC Holdings, Inc.*, No. 3:15-cv-02037 (D. Ore. Dec. 28, 2016).

*Horowitz v. SunEdison, Inc.*, No. 4:15-cv-01769 (E.D. Mo. Feb. 1, 2016);

*Murphy v. Precision Castparts Corp.*, No. 3:16-cv-00521 (D. Ore. May 27, 2016); and

*Shenwick v. Twitter, Inc.*, No. 3:16-cv-05314 (N.D. Cal. Nov. 15, 2016).

7. KBC understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation. KBC will provide records of those transactions upon request.

9. KBC is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 18th day of July 2017.

For KBC Asset Management NV:

_____        _____
Klaus Vandewalle                                                   Tiny Ergo
Managing Director                                                  Managing Director

## Schedule A
## CenturyLink, Inc. (US1567001060)
## Class Period: 03/01/2013 - 06/19/2017

**KBC Asset Management NV**     **Date**     **Shares**     **Price**

**INDEX FUND - UNITED STATES**

| | | Date | Shares | Price |
|---|---|---|---|---|
| | Purchases: | 8/21/2014 | 1,083.00 | 40.91 |
| | | 1/25/2016 | 3,237.00 | 23.75 |
| | | 2/16/2017 | 3,580.00 | 24.28 |

**INDEX FUND - WORLD**

| | | Date | Shares | Price |
|---|---|---|---|---|
| | Purchases: | 9/4/2014 | 1,479.00 | 41.06 |
| | | 1/29/2015 | 1,652.00 | 37.50 |
| | | 7/15/2015 | 3,109.00 | 29.67 |
| | | 9/3/2015 | 3,437.00 | 26.77 |
| | | 10/23/2015 | 3,898.00 | 28.02 |
| | | 10/11/2016 | 5,134.00 | 27.64 |
| | | 3/30/2017 | 6,604.00 | 23.41 |
| | Sales: | 8/24/2015 | 3,659.00 | 25.86 |
| | | 9/9/2015 | 3,181.00 | 26.97 |

**KBC EQUITY FD - AMERICA**

| | | Date | Shares | Price |
|---|---|---|---|---|
| | Purchases: | 3/11/2013 | 36,023.00 | 34.36 |
| | | 4/2/2013 | 1,783.00 | 35.18 |
| | | 12/3/2013 | 12,656.00 | 30.37 |
| | | 12/5/2013 | 26,752.00 | 30.65 |
| | | 5/15/2014 | 14,679.00 | 37.83 |
| | | 5/28/2014 | 2,782.00 | 37.80 |
| | | 6/12/2014 | 12,819.00 | 36.39 |
| | | 6/19/2014 | 204,083.00 | 37.29 |
| | | 12/2/2014 | 160,021.00 | 40.72 |
| | | 3/3/2015 | 3,263.00 | 37.68 |
| | | 4/30/2015 | 63,560.00 | 35.96 |
| | | 2/29/2016 | 44,023.00 | 30.64 |
| | | 3/21/2016 | 61,706.00 | 31.70 |
| | | 4/1/2016 | 36,451.00 | 32.18 |
| | | 4/25/2016 | 46,494.00 | 31.18 |
| | | 4/29/2016 | 49,978.00 | 30.95 |
| | | 5/26/2016 | 4,975.00 | 26.63 |
| | | 6/30/2016 | 103,362.00 | 29.00 |
| | | 7/29/2016 | 16,936.00 | 31.44 |
| | Sales: | 3/21/2013 | 872.00 | 34.49 |

| | | Date | Shares | Price |
|---|---|---|---|---|
| **KBC Asset Management NV** | | | | |
| | | 3/21/2013 | 2,932.00 | 34.60 |
| | | 4/30/2013 | 4,107.00 | 37.56 |
| | | 6/7/2013 | 2,675.00 | 35.34 |
| | | 6/13/2013 | 3,033.00 | 35.93 |
| | | 8/1/2014 | 48,251.00 | 39.06 |
| | | 8/8/2014 | 26,843.00 | 39.86 |
| | | 9/18/2014 | 9,310.00 | 40.53 |
| | | 10/10/2014 | 22,443.00 | 39.13 |
| | | 11/5/2014 | 191,111.00 | 41.60 |
| | | 1/29/2015 | 140,944.00 | 37.50 |
| | | 4/23/2015 | 3,491.00 | 36.66 |
| | | 6/10/2015 | 9,932.00 | 32.26 |
| | | 8/21/2015 | 7,979.00 | 27.11 |
| | | 8/24/2015 | 20,413.00 | 25.86 |
| | | 10/2/2015 | 44,085.00 | 24.65 |
| | | 11/2/2016 | 11,349.00 | 24.18 |
| | | 1/31/2017 | 110,853.00 | 25.86 |
| | | 3/2/2017 | 241,723.00 | 23.55 |
| **KBC EQUITY FD - BUYBACK AMERICA** | | | | |
| | Purchases: | 3/21/2013 | 872.00 | 34.49 |
| | | 4/8/2013 | 1,091.00 | 36.14 |
| | | 4/24/2013 | 2,262.00 | 37.10 |
| | | 5/13/2013 | 6,925.00 | 37.68 |
| | | 8/22/2013 | 3,752.00 | 32.58 |
| | | 10/7/2013 | 9,857.00 | 31.41 |
| | | 12/19/2013 | 1,156.00 | 31.36 |
| | | 6/19/2014 | 51,766.00 | 37.29 |
| | | 6/24/2014 | 2,845.00 | 36.36 |
| | | 7/31/2014 | 7,678.00 | 39.24 |
| | | 8/8/2014 | 13,839.00 | 39.86 |
| | | 8/27/2014 | 6,532.00 | 40.76 |
| | | 9/18/2014 | 2,975.00 | 40.52 |
| | | 10/1/2014 | 27,330.00 | 40.42 |
| | | 11/12/2014 | 38,019.00 | 40.50 |
| | | 11/17/2014 | 4,135.00 | 40.95 |
| | | 11/20/2014 | 8,493.00 | 40.50 |
| | | 12/1/2014 | 3,656.00 | 41.10 |
| | | 12/18/2014 | 4,526.00 | 39.48 |
| | | 1/22/2015 | 4,843.00 | 39.37 |
| | | 2/11/2015 | 4,518.00 | 40.52 |

| | | Date | Shares | Price |
|---|---|---|---|---|
| **KBC Asset Management NV** | | | | |
| | | 2/23/2015 | 4,013.00 | 36.63 |
| | | 3/2/2015 | 5,473.00 | 37.63 |
| | | 3/13/2015 | 13,729.00 | 34.42 |
| | | 3/19/2015 | 34,242.00 | 34.86 |
| | | 3/23/2015 | 8,905.00 | 35.32 |
| | | 6/22/2015 | 3,560.00 | 32.65 |
| | | 9/17/2015 | 13,401.00 | 26.04 |
| | | 1/29/2016 | 22,994.00 | 25.42 |
| | | 3/11/2016 | 10,057.00 | 31.87 |
| | | 3/21/2016 | 8,333.00 | 31.70 |
| | | 4/29/2016 | 12,263.00 | 30.95 |
| | | 10/31/2016 | 3,780.00 | 26.58 |
| | Sales: | 3/12/2013 | 489.00 | 34.62 |
| | | 6/7/2013 | 523.00 | 35.33 |
| | | 8/26/2013 | 16,316.00 | 33.14 |
| | | 8/21/2014 | 14,613.00 | 40.91 |
| | | 10/10/2014 | 8,270.00 | 39.13 |
| | | 10/13/2014 | 3,086.00 | 38.41 |
| | | 10/16/2014 | 10,440.00 | 38.30 |
| | | 12/16/2014 | 9,831.00 | 37.89 |
| | | 1/30/2015 | 5,093.00 | 37.17 |
| | | 3/24/2015 | 6,595.00 | 35.19 |
| | | 4/30/2015 | 4,717.00 | 35.96 |
| | | 5/6/2015 | 12,013.00 | 34.53 |
| | | 6/4/2015 | 17,797.00 | 32.83 |
| | | 6/10/2015 | 8,850.00 | 32.27 |
| | | 7/1/2015 | 17,717.00 | 29.57 |
| | | 7/27/2015 | 19,926.00 | 28.12 |
| | | 7/31/2015 | 14,677.00 | 28.60 |
| | | 8/12/2015 | 7,912.00 | 28.50 |
| | | 8/21/2015 | 12,805.00 | 27.11 |
| | | 8/24/2015 | 53,478.00 | 25.86 |
| | | 8/26/2015 | 5,162.00 | 26.37 |
| | | 1/20/2016 | 3,396.00 | 22.24 |
| | | 4/25/2016 | 25,945.00 | 31.18 |
| | | 5/23/2016 | 8,344.00 | 26.91 |
| | | 6/3/2016 | 486.00 | 27.35 |
| | | 1/20/2017 | 53,296.00 | 25.56 |
| **KBC EQUITY FD - CSOB AKFO DIFIREM** | | | | |
| | Purchases: | 11/28/2014 | 1,105.00 | 40.70 |

| | | Date | Shares | Price |
|---|---|---|---|---|
| **KBC Asset Management NV** | | | | |
| | | 1/2/2015 | 5,248.00 | 39.59 |
| | | 4/30/2015 | 1,005.00 | 35.96 |
| | | 11/3/2015 | 10,168.00 | 28.49 |
| | | 3/1/2016 | 1,772.00 | 31.12 |
| | | 4/5/2016 | 4,626.00 | 32.10 |
| | | 5/27/2016 | 2,695.00 | 26.81 |
| | | 8/19/2016 | 1,008.00 | 28.84 |
| | | 1/23/2017 | 2,004.00 | 25.81 |
| | Sales: | 5/3/2016 | 2,621.00 | 30.58 |
| | | 7/1/2016 | 2,573.00 | 29.37 |
| | | 4/3/2017 | 3,283.00 | 23.60 |
| **KBC EQUITY FD - HI.DIV.NO-AMERICA** | | | | |
| | Purchases: | 3/11/2013 | 15,000.00 | 34.36 |
| | | 4/29/2013 | 1,500.00 | 37.46 |
| | | 5/7/2013 | 9,497.00 | 37.02 |
| | | 5/24/2013 | 4,888.00 | 37.28 |
| | | 3/27/2014 | 1,022.00 | 32.59 |
| | | 9/3/2014 | 9,357.00 | 41.02 |
| | | 12/4/2014 | 7,430.00 | 40.05 |
| | | 1/5/2016 | 2,401.00 | 24.99 |
| | | 5/27/2016 | 864.00 | 26.81 |
| | | 7/25/2016 | 106,214.00 | 30.88 |
| | | 7/29/2016 | 22,754.00 | 31.44 |
| | | 10/4/2016 | 8,944.00 | 27.08 |
| | | 12/1/2016 | 28,210.00 | 23.74 |
| | Sales: | 4/30/2013 | 2,060.00 | 37.56 |
| | | 6/7/2013 | 2,302.00 | 35.34 |
| | | 6/13/2013 | 2,900.00 | 35.93 |
| | | 8/22/2013 | 2,016.00 | 32.59 |
| | | 12/3/2013 | 19,040.00 | 30.37 |
| | | 12/31/2014 | 5,223.00 | 39.61 |
| | | 8/24/2015 | 753.00 | 25.86 |
| | | 1/13/2016 | 1,948.00 | 23.02 |
| | | 2/1/2016 | 1,471.00 | 25.90 |
| | | 3/1/2016 | 3,655.00 | 31.12 |
| | | 7/1/2016 | 958.00 | 29.37 |
| | | 10/31/2016 | 8,000.00 | 26.58 |
| | | 2/1/2017 | 2,086.00 | 25.51 |
| | | 3/3/2017 | 165,669.00 | 23.47 |

**KBC Asset Management NV**

**KBC EQUITY FD - HIGH DIVIDEND**

| | | Date | Shares | Price |
|---|---|---|---|---|
| | Purchases: | 11/28/2014 | 73,762.00 | 40.83 |
| | | 12/1/2014 | 254,626.00 | 41.19 |
| | | 2/27/2015 | 141,923.00 | 37.80 |
| | | 8/6/2015 | 23,478.00 | 27.93 |
| | | 11/3/2015 | 43,819.00 | 28.49 |
| | | 4/25/2016 | 94,975.00 | 31.18 |
| | | 4/29/2016 | 26,024.00 | 30.95 |
| | | 5/27/2016 | 47,825.00 | 26.81 |
| | | 6/30/2016 | 2,631.00 | 29.01 |
| | | 7/29/2016 | 41,880.00 | 31.44 |
| | | 9/1/2016 | 8,022.00 | 27.74 |
| | | 1/3/2017 | 106,126.00 | 25.36 |
| | Sales: | 1/2/2015 | 65,232.00 | 39.62 |
| | | 3/19/2015 | 291,867.00 | 34.86 |
| | | 5/5/2015 | 14,977.00 | 35.51 |
| | | 9/3/2015 | 6,473.00 | 26.77 |
| | | 1/5/2016 | 27,859.00 | 24.99 |
| | | 2/1/2016 | 4,153.00 | 25.90 |
| | | 3/1/2016 | 39,350.00 | 31.12 |
| | | 10/31/2016 | 16,459.00 | 26.58 |
| | | 2/1/2017 | 22,781.00 | 25.51 |
| | | 3/3/2017 | 244,322.00 | 23.47 |
| | | 3/23/2017 | 131,618.00 | 22.64 |

**KBC EQUITY FD - QUANT GLOBAL 1**

| | | Date | Shares | Price |
|---|---|---|---|---|
| | Purchases: | 12/1/2014 | 2,519.00 | 41.10 |
| | | 12/15/2014 | 2,290.00 | 37.78 |
| | | 12/18/2014 | 1,043.00 | 39.48 |
| | | 4/1/2016 | 8,289.00 | 32.18 |
| | Sales: | 12/10/2014 | 606.00 | 38.40 |
| | | 1/27/2015 | 2,173.00 | 38.79 |
| | | 10/2/2015 | 3,073.00 | 24.65 |
| | | 10/31/2016 | 4,475.00 | 26.58 |
| | | 3/2/2017 | 3,814.00 | 23.55 |

**KBC EQUITY FD - STRATE. TELEC & TECH**

| | | Date | Shares | Price |
|---|---|---|---|---|
| | Purchases: | 12/3/2013 | 70,092.00 | 30.37 |
| | | 12/5/2013 | 14,150.00 | 30.65 |
| | | 1/23/2014 | 30,148.00 | 29.45 |

| | | Date | Shares | Price |
|---|---|---|---|---|
| **KBC Asset Management NV** | | | | |
| | | 8/21/2014 | 6,720.00 | 40.91 |
| | | 8/27/2014 | 5,735.00 | 40.76 |
| | | 9/18/2014 | 8,672.00 | 40.52 |
| | | 11/20/2014 | 17,815.00 | 40.50 |
| | | 12/18/2014 | 17,105.00 | 39.48 |
| | | 2/23/2015 | 21.00 | 36.63 |
| | | 3/2/2015 | 15,337.00 | 37.63 |
| | | 1/29/2016 | 8,753.00 | 25.42 |
| | | 4/25/2016 | 22,098.00 | 31.18 |
| | | 4/29/2016 | 8,086.00 | 30.95 |
| | | 6/30/2016 | 5,477.00 | 29.01 |
| | | 7/25/2016 | 7,859.00 | 30.88 |
| | | 7/29/2016 | 5,502.00 | 31.44 |
| | | 1/18/2017 | 18,783.00 | 25.47 |
| | | 5/24/2017 | 221,371.00 | 24.94 |
| | Sales: | 12/12/2013 | 3,487.00 | 30.76 |
| | | 1/31/2014 | 5,667.00 | 28.86 |
| | | 6/19/2014 | 50,973.00 | 37.29 |
| | | 7/31/2014 | 4,091.00 | 39.24 |
| | | 8/4/2014 | 2,397.00 | 39.46 |
| | | 8/8/2014 | 5,607.00 | 39.86 |
| | | 10/10/2014 | 6,595.00 | 39.13 |
| | | 10/16/2014 | 14,418.00 | 38.30 |
| | | 12/16/2014 | 10,314.00 | 37.89 |
| | | 5/27/2015 | 70,578.00 | 33.94 |
| | | 1/20/2016 | 6,347.00 | 22.24 |
| | | 2/8/2016 | 3,866.00 | 25.63 |
| | | 2/10/2016 | 2,527.00 | 24.59 |
| | | 5/23/2016 | 8,331.00 | 26.91 |
| | | 10/24/2016 | 8,334.00 | 28.32 |
| | | 11/2/2016 | 6,592.00 | 24.18 |
| | | 11/4/2016 | 4,610.00 | 23.05 |
| | | 11/17/2016 | 12,748.00 | 24.26 |
| | | 12/15/2016 | 16,088.00 | 23.97 |
| | | 2/17/2017 | 18,783.00 | 24.28 |
| **KBC EQUITY FD - TELECOM** | | | | |
| | Purchases: | 3/21/2013 | 5,139.00 | 34.49 |
| | | 5/24/2013 | 4,757.00 | 37.24 |
| | | 10/17/2013 | 32,895.00 | 33.25 |
| | | 10/29/2013 | 1,862.00 | 33.81 |

| | | Date | Shares | Price |
|---|---|---|---|---|
| **KBC Asset Management NV** | | | | |
| | | 3/21/2016 | 778.00 | 31.70 |
| | | 1/18/2017 | 8,294.00 | 25.47 |
| | | 5/24/2017 | 1,451.00 | 24.96 |
| | Sales: | 4/30/2013 | 1,839.00 | 37.57 |
| | | 6/13/2013 | 1,118.00 | 35.93 |
| | | 12/3/2013 | 63,708.00 | 30.37 |
| | | 7/7/2014 | 556.00 | 36.12 |
| | | 8/5/2014 | 1,834.00 | 39.29 |
| | | 1/28/2015 | 970.00 | 38.35 |
| | | 8/23/2016 | 2,318.00 | 29.10 |
| | | 10/24/2016 | 545.00 | 28.32 |
| | | 11/25/2016 | 3,023.00 | 24.66 |
| | | 12/12/2016 | 197.00 | 23.93 |
| | | 12/15/2016 | 990.00 | 23.97 |
| | | 1/27/2017 | 3,068.00 | 25.96 |
| | | 2/17/2017 | 426.00 | 24.28 |
| **KBC EQUITY FD - US SMALL CAPS** | | | | |
| | Purchases: | 11/20/2014 | 53,952.00 | 40.50 |
| | | 12/18/2014 | 3,027.00 | 39.48 |
| | Sales: | 4/23/2015 | 5,586.00 | 36.66 |
| | | 6/10/2015 | 6,886.00 | 32.26 |
| | | 7/1/2015 | 44,507.00 | 29.57 |
| **PRICOS** | | | | |
| | Purchases: | 10/10/2016 | 200,000.00 | 27.98 |
| | | 2/17/2017 | 6,090.00 | 24.19 |
| | Sales: | 5/24/2017 | 7,357.00 | 25.17 |
| **PRICOS DEFENSIVE** | | | | |
| | Purchases: | 10/10/2016 | 7,250.00 | 27.98 |
| | | 11/22/2016 | 495.00 | 25.78 |
| | | 2/21/2017 | 595.00 | 24.30 |
| | Sales: | 12/16/2016 | 139.00 | 24.05 |
| | | 3/28/2017 | 134.00 | 22.50 |
| | | 5/24/2017 | 457.00 | 25.17 |