# Exhibit B

## CenturyLink, Inc. (CTL)
## KBC Asset Management NV

Class Period: 3/1/2013 - 6/19/2017    Hold Price: $22.9453

| INDEX FUND - UNITED STATES | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price* | Amount |
| Pre-Class Shares | | 3,685 | | |
| Purchase | 8/21/2014 | 1,083 | $40.9100 | ($44,305.53) |
| Purchase | 1/25/2016 | 3,237 | $23.7515 | ($76,883.61) |
| Purchase | 2/16/2017 | 3,580 | $24.2800 | ($86,922.40) |
| Net Proceeds of Transactions | | | | ($208,111.54) |
| Value of 7,900 retained shares @ $22.9453 per share | | | | $181,268.26 |
| **(Loss)**/Gain | | | | ($26,843.28) |

| INDEX FUND - WORLD | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price* | Amount |
| Pre-Class Shares | | 3,053 | | |
| Purchase | 9/4/2014 | 1,479 | $41.0600 | ($60,727.74) |
| Purchase | 1/29/2015 | 1,652 | $37.5000 | ($61,950.00) |
| Purchase | 7/15/2015 | 3,109 | $29.6700 | ($92,244.03) |
| Sale | 8/24/2015 | (3,659) | $25.8600 | $94,621.74 |
| Purchase | 9/3/2015 | 3,437 | $26.7700 | ($92,008.49) |
| Sale | 9/9/2015 | (3,181) | $26.9700 | $85,791.57 |
| Purchase | 10/23/2015 | 3,898 | $28.0200 | ($109,221.96) |
| Purchase | 10/11/2016 | 5,134 | $27.6400 | ($141,903.76) |
| Purchase | 3/30/2017 | 6,604 | $23.4100 | ($154,599.64) |
| Net Proceeds of Transactions | | | | ($532,242.31) |
| Value of 18,473 retained shares @ $22.9453 per share | | | | $423,869.43 |
| **(Loss)**/Gain | | | | ($108,372.88) |

| KBC EQUITY FD - AMERICA | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price* | Amount |
| Purchase | 3/11/2013 | 36,023 | $34.3563 | ($1,237,616.99) |
| Sale | 3/21/2013 | (872) | $34.4900 | $30,075.28 |
| Sale | 3/21/2013 | (2,932) | $34.5956 | $101,434.30 |
| Purchase | 4/2/2013 | 1,783 | $35.1800 | ($62,725.94) |
| Sale | 4/30/2013 | (4,107) | $37.5578 | $154,249.88 |

| Transaction Type | Date | Quantity | Price | Amount |
|---|---|---|---|---|
| Sale | 6/7/2013 | (2,675) | $35.3441 | $94,545.47 |
| Sale | 6/13/2013 | (3,033) | $35.9300 | $108,975.69 |
| Purchase | 12/3/2013 | 12,656 | $30.3700 | ($384,362.72) |
| Purchase | 12/5/2013 | 26,752 | $30.6500 | ($819,948.80) |
| Purchase | 5/15/2014 | 14,679 | $37.8300 | ($555,306.57) |
| Purchase | 5/28/2014 | 2,782 | $37.8000 | ($105,159.60) |
| Purchase | 6/12/2014 | 12,819 | $36.3900 | ($466,483.41) |
| Purchase | 6/19/2014 | 204,083 | $37.2869 | ($7,609,622.41) |
| Sale | 8/1/2014 | (48,251) | $39.0577 | $1,884,573.08 |
| Sale | 8/8/2014 | (26,843) | $39.8600 | $1,069,961.98 |
| Sale | 9/18/2014 | (9,310) | $40.5333 | $377,365.02 |
| Sale | 10/10/2014 | (22,443) | $39.1300 | $878,194.59 |
| Sale | 11/5/2014 | (191,111) | $41.5990 | $7,950,026.49 |
| Purchase | 12/2/2014 | 160,021 | $40.7150 | ($6,515,255.02) |
| Sale | 1/29/2015 | (140,944) | $37.5040 | $5,285,963.78 |
| Purchase | 3/3/2015 | 3,263 | $37.6800 | ($122,949.84) |
| Sale | 4/23/2015 | (3,491) | $36.6600 | $127,980.06 |
| Purchase | 4/30/2015 | 63,560 | $35.9600 | ($2,285,617.60) |
| Sale | 6/10/2015 | (9,932) | $32.2600 | $320,406.32 |
| Sale | 8/21/2015 | (7,979) | $27.1100 | $216,310.69 |
| Sale | 8/24/2015 | (20,413) | $25.8600 | $527,880.18 |
| Sale | 10/2/2015 | (44,085) | $24.6500 | $1,086,695.25 |
| Purchase | 2/29/2016 | 44,023 | $30.6407 | ($1,348,895.54) |
| Purchase | 3/21/2016 | 61,706 | $31.7000 | ($1,956,080.20) |
| Purchase | 4/1/2016 | 36,451 | $32.1800 | ($1,172,993.18) |
| Purchase | 4/25/2016 | 46,494 | $31.1800 | ($1,449,682.92) |
| Purchase | 4/29/2016 | 49,978 | $30.9500 | ($1,546,819.10) |
| Purchase | 5/26/2016 | 4,975 | $26.6300 | ($132,484.25) |
| Purchase | 6/30/2016 | 103,362 | $28.9957 | ($2,997,053.54) |
| Purchase | 7/29/2016 | 16,936 | $31.4400 | ($532,467.84) |
| Sale | 11/2/2016 | (11,349) | $24.1800 | $274,418.82 |
| Sale | 1/31/2017 | (110,853) | $25.8600 | $2,866,658.58 |
| Sale | 3/2/2017 | (241,723) | $23.5511 | $5,692,842.55 |
| **(Loss)/Gain** | | | | **($2,252,967.46)** |

| KBC EQUITY FD - BUYBACK AMERICA | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price* | Amount |
| Pre-Class Shares | | 3,925 | | |
| Sale of Pre-Class Shares | 3/12/2013 | (489) | $34.6168 | $16,927.62 |

| | | | | |
|---|---|---|---|---|
| Purchase | 3/21/2013 | 872 | $34.4900 | ($30,075.28) |
| Purchase | 4/8/2013 | 1,091 | $36.1357 | ($39,424.05) |
| Purchase | 4/24/2013 | 2,262 | $37.1000 | ($83,920.20) |
| Purchase | 5/13/2013 | 6,925 | $37.6800 | ($260,934.00) |
| Sale | 6/7/2013 | (523) | $35.3313 | $18,478.27 |
| Purchase | 8/22/2013 | 3,752 | $32.5800 | ($122,240.16) |
| Sale | 8/26/2013 | (14,379) | $33.1400 | $476,520.06 |
| Sale of Pre-Class Shares | 8/26/2013 | (1,937) | $33.1400 | $64,192.18 |
| Purchase | 10/7/2013 | 9,857 | $31.4100 | ($309,608.37) |
| Purchase | 12/19/2013 | 1,156 | $31.3600 | ($36,252.16) |
| Purchase | 6/19/2014 | 51,766 | $37.2869 | ($1,930,193.67) |
| Purchase | 6/24/2014 | 2,845 | $36.3600 | ($103,444.20) |
| Purchase | 7/31/2014 | 7,678 | $39.2400 | ($301,284.72) |
| Purchase | 8/8/2014 | 13,839 | $39.8600 | ($551,622.54) |
| Sale | 8/21/2014 | (14,613) | $40.9100 | $597,817.83 |
| Purchase | 8/27/2014 | 6,532 | $40.7600 | ($266,244.32) |
| Purchase | 9/18/2014 | 2,975 | $40.5200 | ($120,547.00) |
| Purchase | 10/1/2014 | 27,330 | $40.4200 | ($1,104,678.60) |
| Sale | 10/10/2014 | (8,270) | $39.1300 | $323,605.10 |
| Sale | 10/13/2014 | (3,086) | $38.4100 | $118,533.26 |
| Sale | 10/16/2014 | (10,440) | $38.3000 | $399,852.00 |
| Purchase | 11/12/2014 | 38,019 | $40.5000 | ($1,539,769.50) |
| Purchase | 11/17/2014 | 4,135 | $40.9500 | ($169,328.25) |
| Purchase | 11/20/2014 | 8,493 | $40.5000 | ($343,966.50) |
| Purchase | 12/1/2014 | 3,656 | $41.1000 | ($150,261.60) |
| Sale | 12/16/2014 | (9,831) | $37.8900 | $372,496.59 |
| Purchase | 12/18/2014 | 4,526 | $39.4800 | ($178,686.48) |
| Purchase | 1/22/2015 | 4,843 | $39.3700 | ($190,668.91) |
| Sale | 1/30/2015 | (5,093) | $37.1700 | $189,306.81 |
| Purchase | 2/11/2015 | 4,518 | $40.5200 | ($183,069.36) |
| Purchase | 2/23/2015 | 4,013 | $36.6300 | ($146,996.19) |
| Purchase | 3/2/2015 | 5,473 | $37.6300 | ($205,948.99) |
| Purchase | 3/13/2015 | 13,729 | $34.4200 | ($472,552.18) |
| Purchase | 3/19/2015 | 34,242 | $34.8600 | ($1,193,676.12) |
| Purchase | 3/23/2015 | 8,905 | $35.3200 | ($314,524.60) |
| Sale | 3/24/2015 | (6,595) | $35.1900 | $232,078.05 |
| Sale | 4/30/2015 | (4,717) | $35.9600 | $169,623.32 |
| Sale | 5/6/2015 | (12,013) | $34.5300 | $414,808.89 |

| | | | | |
|---|---|---|---|---|
| Sale | 6/4/2015 | (17,797) | $32.8300 | $584,275.51 |
| Sale | 6/10/2015 | (8,850) | $32.2683 | $285,574.46 |
| Purchase | 6/22/2015 | 3,560 | $32.6500 | ($116,234.00) |
| Sale | 7/1/2015 | (17,717) | $29.5700 | $523,891.69 |
| Sale | 7/27/2015 | (19,926) | $28.1200 | $560,319.12 |
| Sale | 7/31/2015 | (14,677) | $28.6000 | $419,762.20 |
| Sale | 8/12/2015 | (7,912) | $28.4953 | $225,454.81 |
| Sale | 8/21/2015 | (12,805) | $27.1100 | $347,143.55 |
| Sale | 8/24/2015 | (53,478) | $25.8600 | $1,382,941.08 |
| Sale | 8/26/2015 | (5,162) | $26.3700 | $136,121.94 |
| Purchase | 9/17/2015 | 13,401 | $26.0400 | ($348,962.04) |
| Sale | 1/20/2016 | (3,396) | $22.2400 | $75,527.04 |
| Purchase | 1/29/2016 | 22,994 | $25.4200 | ($584,507.48) |
| Purchase | 3/11/2016 | 10,057 | $31.8700 | ($320,516.59) |
| Purchase | 3/21/2016 | 8,333 | $31.7000 | ($264,156.10) |
| Sale | 4/25/2016 | (25,945) | $31.1800 | $808,965.10 |
| Purchase | 4/29/2016 | 12,263 | $30.9500 | ($379,539.85) |
| Sale | 5/23/2016 | (8,344) | $26.9100 | $224,537.04 |
| Sale | 6/3/2016 | (486) | $27.3500 | $13,292.10 |
| Purchase | 10/31/2016 | 3,780 | $26.5800 | ($100,472.40) |
| Sale | 1/20/2017 | (53,296) | $25.5600 | $1,362,245.76 |
| **Net Proceeds of Transactions** | | | | **($2,201,134.83)** |
| **Value of 8,469 retained shares @ $22.9453 per share** | | | | **$194,324.16** |
| **(Loss)/Gain** | | | | **($2,006,810.67)** |

| KBC EQUITY FD - CSOB AKFO DIFIREM | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Date** | **Quantity** | **Price*** | **Amount** |
| Purchase | 11/28/2014 | 1,105 | $40.7000 | ($44,973.50) |
| Purchase | 1/2/2015 | 5,248 | $39.5900 | ($207,768.32) |
| Purchase | 4/30/2015 | 1,005 | $35.9600 | ($36,139.80) |
| Purchase | 11/3/2015 | 10,168 | $28.4900 | ($289,686.32) |
| Purchase | 3/1/2016 | 1,772 | $31.1200 | ($55,144.64) |
| Purchase | 4/5/2016 | 4,626 | $32.1000 | ($148,494.60) |
| Sale | 5/3/2016 | (2,621) | $30.5800 | $80,150.18 |
| Purchase | 5/27/2016 | 2,695 | $26.8091 | ($72,250.52) |
| Sale | 7/1/2016 | (2,573) | $29.3700 | $75,569.01 |
| Purchase | 8/19/2016 | 1,008 | $28.8400 | ($29,070.72) |
| Purchase | 1/23/2017 | 2,004 | $25.8100 | ($51,723.24) |
| Sale | 4/3/2017 | (3,283) | $23.6000 | $77,478.80 |

| | | | | |
|---|---|---|---|---|
| *Lookback Period Sale* | 6/30/2017 | (8,930) | $24.4367 | $218,219.43 |
| **Net Proceeds of Transactions** | | | | **($483,834.24)** |
| **Value of 12,224 retained shares @ $22.9453 per share** | | | | **$280,483.94** |
| **(Loss)/Gain** | | | | **($203,350.30)** |

| KBC EQUITY FD - HI.DIV.NO-AMERICA | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Date** | **Quantity** | **Price*** | **Amount** |
| Purchase | 3/11/2013 | 15,000 | $34.3563 | ($515,344.50) |
| Purchase | 4/29/2013 | 1,500 | $37.4583 | ($56,187.45) |
| Sale | 4/30/2013 | (2,060) | $37.5578 | $77,369.07 |
| Purchase | 5/7/2013 | 9,497 | $37.0214 | ($351,592.24) |
| Purchase | 5/24/2013 | 4,888 | $37.2782 | ($182,215.84) |
| Sale | 6/7/2013 | (2,302) | $35.3441 | $81,362.12 |
| Sale | 6/13/2013 | (2,900) | $35.9300 | $104,197.00 |
| Sale | 8/22/2013 | (2,016) | $32.5937 | $65,708.90 |
| Sale | 12/3/2013 | (19,040) | $30.3700 | $578,244.80 |
| Purchase | 3/27/2014 | 1,022 | $32.5900 | ($33,306.98) |
| Purchase | 9/3/2014 | 9,357 | $41.0200 | ($383,824.14) |
| Purchase | 12/4/2014 | 7,430 | $40.0500 | ($297,571.50) |
| Sale | 12/31/2014 | (5,223) | $39.6147 | $206,907.58 |
| Sale | 8/24/2015 | (753) | $25.8600 | $19,472.58 |
| Purchase | 1/5/2016 | 2,401 | $24.9900 | ($60,000.99) |
| Sale | 1/13/2016 | (1,948) | $23.0200 | $44,842.96 |
| Sale | 2/1/2016 | (1,471) | $25.9000 | $38,098.90 |
| Sale | 3/1/2016 | (3,655) | $31.1200 | $113,743.60 |
| Purchase | 5/27/2016 | 864 | $26.8100 | ($23,163.84) |
| Sale | 7/1/2016 | (958) | $29.3700 | $28,136.46 |
| Purchase | 7/25/2016 | 106,214 | $30.8800 | ($3,279,888.32) |
| Purchase | 7/29/2016 | 22,754 | $31.4400 | ($715,385.76) |
| Purchase | 10/4/2016 | 8,944 | $27.0800 | ($242,203.52) |
| Sale | 10/31/2016 | (8,000) | $26.5800 | $212,640.00 |
| Purchase | 12/1/2016 | 28,210 | $23.7400 | ($669,705.40) |
| Sale | 2/1/2017 | (2,086) | $25.5100 | $53,213.86 |
| Sale | 3/3/2017 | (165,669) | $23.4747 | $3,889,030.07 |
| **(Loss)/Gain** | | | | **($1,297,422.58)** |

| KBC EQUITY FD - HIGH DIVIDEND | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Date** | **Quantity** | **Price*** | **Amount** |

| Transaction Type | Date | Quantity | Price* | Amount |
|---|---|---|---|---|
| Purchase | 11/28/2014 | 73,762 | $40.8300 | ($3,011,702.46) |
| Purchase | 12/1/2014 | 254,626 | $41.1945 | ($10,489,190.76) |
| Sale | 1/2/2015 | (65,232) | $39.6212 | $2,584,570.12 |
| Purchase | 2/27/2015 | 141,923 | $37.7993 | ($5,364,590.05) |
| Sale | 3/19/2015 | (291,867) | $34.8581 | $10,173,929.07 |
| Sale | 5/5/2015 | (14,977) | $35.5100 | $531,833.27 |
| Purchase | 8/6/2015 | 23,478 | $27.9300 | ($655,740.54) |
| Sale | 9/3/2015 | (6,473) | $26.7700 | $173,282.21 |
| Purchase | 11/3/2015 | 43,819 | $28.4900 | ($1,248,403.31) |
| Sale | 1/5/2016 | (27,859) | $24.9900 | $696,196.41 |
| Sale | 2/1/2016 | (4,153) | $25.9000 | $107,562.70 |
| Sale | 3/1/2016 | (39,350) | $31.1200 | $1,224,572.00 |
| Purchase | 4/25/2016 | 94,975 | $31.1809 | ($2,961,405.98) |
| Purchase | 4/29/2016 | 26,024 | $30.9500 | ($805,442.80) |
| Purchase | 5/27/2016 | 47,825 | $26.8091 | ($1,282,145.21) |
| Purchase | 6/30/2016 | 2,631 | $29.0100 | ($76,325.31) |
| Purchase | 7/29/2016 | 41,880 | $31.4400 | ($1,316,707.20) |
| Purchase | 9/1/2016 | 8,022 | $27.7400 | ($222,530.28) |
| Sale | 10/31/2016 | (16,459) | $26.5800 | $437,480.22 |
| Purchase | 1/3/2017 | 106,126 | $25.3567 | ($2,691,005.14) |
| Sale | 2/1/2017 | (22,781) | $25.5100 | $581,143.31 |
| Sale | 3/3/2017 | (244,322) | $23.4747 | $5,735,385.65 |
| Sale | 3/23/2017 | (131,618) | $22.6400 | $2,979,831.52 |
| **(Loss)/Gain** | | | | **($4,899,402.56)** |

| KBC EQUITY FD - QUANT GLOBAL 1 | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price* | Amount |
| Purchase | 12/1/2014 | 2,519 | $41.1000 | ($103,530.90) |
| Sale | 12/10/2014 | (606) | $38.4000 | $23,270.40 |
| Purchase | 12/15/2014 | 2,290 | $37.7800 | ($86,516.20) |
| Purchase | 12/18/2014 | 1,043 | $39.4800 | ($41,177.64) |
| Sale | 1/27/2015 | (2,173) | $38.7900 | $84,290.67 |
| Sale | 10/2/2015 | (3,073) | $24.6500 | $75,749.45 |
| Purchase | 4/1/2016 | 8,289 | $32.1800 | ($266,740.02) |
| Sale | 10/31/2016 | (4,475) | $26.5800 | $118,945.50 |
| Sale | 3/2/2017 | (3,814) | $23.5511 | $89,823.90 |
| **(Loss)/Gain** | | | | **($105,884.84)** |

| KBC EQUITY FD - STRATE. TELEC & TECH |
|---|

| Transaction Type | Date | Quantity | Price* | Amount |
|---|---|---|---|---|
| Purchase | 12/3/2013 | 70,092 | $30.3700 | ($2,128,694.04) |
| Purchase | 12/5/2013 | 14,150 | $30.6500 | ($433,697.50) |
| Sale | 12/12/2013 | (3,487) | $30.7600 | $107,260.12 |
| Purchase | 1/23/2014 | 30,148 | $29.4500 | ($887,858.60) |
| Sale | 1/31/2014 | (5,667) | $28.8600 | $163,549.62 |
| Sale | 6/19/2014 | (50,973) | $37.2900 | $1,900,783.17 |
| Sale | 7/31/2014 | (4,091) | $39.2400 | $160,530.84 |
| Sale | 8/4/2014 | (2,397) | $39.4600 | $94,585.62 |
| Sale | 8/8/2014 | (5,607) | $39.8600 | $223,495.02 |
| Purchase | 8/21/2014 | 6,720 | $40.9100 | ($274,915.20) |
| Purchase | 8/27/2014 | 5,735 | $40.7600 | ($233,758.60) |
| Purchase | 9/18/2014 | 8,672 | $40.5200 | ($351,389.44) |
| Sale | 10/10/2014 | (6,595) | $39.1300 | $258,062.35 |
| Sale | 10/16/2014 | (14,418) | $38.3000 | $552,209.40 |
| Purchase | 11/20/2014 | 17,815 | $40.5000 | ($721,507.50) |
| Sale | 12/16/2014 | (10,314) | $37.8900 | $390,797.46 |
| Purchase | 12/18/2014 | 17,105 | $39.4800 | ($675,305.40) |
| Purchase | 2/23/2015 | 21 | $36.6300 | ($769.23) |
| Purchase | 3/2/2015 | 15,337 | $37.6300 | ($577,131.31) |
| Sale | 5/27/2015 | (70,578) | $33.9400 | $2,395,417.32 |
| Sale | 1/20/2016 | (6,347) | $22.2400 | $141,157.28 |
| Purchase | 1/29/2016 | 8,753 | $25.4200 | ($222,501.26) |
| Sale | 2/8/2016 | (3,866) | $25.6300 | $99,085.58 |
| Sale | 2/10/2016 | (2,527) | $24.5900 | $62,138.93 |
| Purchase | 4/25/2016 | 22,098 | $31.1809 | ($689,035.53) |
| Purchase | 4/29/2016 | 8,086 | $30.9500 | ($250,261.70) |
| Sale | 5/23/2016 | (8,331) | $26.9100 | $224,187.21 |
| Purchase | 6/30/2016 | 5,477 | $29.0100 | ($158,887.77) |
| Purchase | 7/25/2016 | 7,859 | $30.8800 | ($242,685.92) |
| Purchase | 7/29/2016 | 5,502 | $31.4400 | ($172,982.88) |
| Sale | 10/24/2016 | (8,334) | $28.3200 | $236,018.88 |
| Sale | 11/2/2016 | (6,592) | $24.1800 | $159,394.56 |
| Sale | 11/4/2016 | (4,610) | $23.0500 | $106,260.50 |
| Sale | 11/17/2016 | (12,748) | $24.2600 | $309,266.48 |
| Sale | 12/15/2016 | (16,088) | $23.9700 | $385,629.36 |
| Purchase | 1/18/2017 | 18,783 | $25.4700 | ($478,403.01) |
| Sale | 2/17/2017 | (18,783) | $24.2800 | $456,051.24 |

| | | | | |
|---|---|---|---|---|
| Purchase | 5/24/2017 | 221,371 | $24.9382 | ($5,520,594.27) |
| **Net Proceeds of Transactions** | | | | **($5,594,498.22)** |
| **Value of 221,371 retained shares @ $22.9453 per share** | | | | **$5,079,434.82** |
| **(Loss)/Gain** | | | | **($515,063.40)** |

| KBC EQUITY FD - TELECOM | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Date** | **Quantity** | **Price*** | **Amount** |
| Pre-Class Shares | | 34,850 | | |
| Purchase | 3/21/2013 | 5,139 | $34.4900 | ($177,244.11) |
| Sale | 4/30/2013 | (1,839) | $37.5700 | $69,091.23 |
| Purchase | 5/24/2013 | 4,757 | $37.2414 | ($177,157.34) |
| Sale | 6/13/2013 | (1,118) | $35.9300 | $40,169.74 |
| Purchase | 10/17/2013 | 32,895 | $33.2500 | ($1,093,758.75) |
| Purchase | 10/29/2013 | 1,862 | $33.8100 | ($62,954.22) |
| Sale | 12/3/2013 | (41,696) | $30.3700 | $1,266,307.52 |
| Sale of Pre-Class Shares | 12/3/2013 | (22,012) | $30.3700 | $668,504.44 |
| Sale of Pre-Class Shares | 7/7/2014 | (556) | $36.1200 | $20,082.72 |
| Sale of Pre-Class Shares | 8/5/2014 | (1,834) | $39.2900 | $72,057.86 |
| Sale of Pre-Class Shares | 1/28/2015 | (970) | $38.3500 | $37,199.50 |
| Purchase | 3/21/2016 | 778 | $31.7000 | ($24,662.60) |
| Sale | 8/23/2016 | (778) | $29.1000 | $22,639.80 |
| Sale of Pre-Class Shares | 8/23/2016 | (1,540) | $29.1000 | $44,814.00 |
| Sale of Pre-Class Shares | 10/24/2016 | (545) | $28.3200 | $15,434.40 |
| Sale of Pre-Class Shares | 11/25/2016 | (3,023) | $24.6600 | $74,547.18 |
| Sale of Pre-Class Shares | 12/12/2016 | (197) | $23.9300 | $4,714.21 |
| Sale of Pre-Class Shares | 12/15/2016 | (990) | $23.9700 | $23,730.30 |
| Purchase | 1/18/2017 | 8,294 | $25.4700 | ($211,248.18) |
| Sale | 1/27/2017 | (3,068) | $25.9600 | $79,645.28 |
| Sale | 2/17/2017 | (426) | $24.2800 | $10,343.28 |
| Purchase | 5/24/2017 | 1,451 | $24.9600 | ($36,216.96) |
| **Net Proceeds of Transactions** | | | | **($295,045.31)** |
| **Value of 6,251 retained shares @ $22.9453 per share** | | | | **$143,431.38** |
| **(Loss)/Gain** | | | | **($151,613.93)** |

| KBC EQUITY FD - US SMALL CAPS | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Date** | **Quantity** | **Price*** | **Amount** |
| Purchase | 11/20/2014 | 53,952 | $40.5022 | ($2,185,174.69) |
| Purchase | 12/18/2014 | 3,027 | $39.4800 | ($119,505.96) |
| Sale | 4/23/2015 | (5,586) | $36.6600 | $204,782.76 |

| | | | | |
|---|---|---|---|---|
| Sale | 6/10/2015 | (6,886) | $32.2600 | $222,142.36 |
| Sale | 7/1/2015 | (44,507) | $29.5700 | $1,316,071.99 |
| **(Loss)/Gain** | | | | **($561,683.54)** |

| PRICOS | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Date** | **Quantity** | **Price*** | **Amount** |
| Purchase | 10/10/2016 | 200,000 | $27.9845 | ($5,596,900.00) |
| Purchase | 2/17/2017 | 6,090 | $24.1938 | ($147,340.24) |
| Sale | 5/24/2017 | (7,357) | $25.1700 | $185,175.69 |
| **Net Proceeds of Transactions** | | | | **($5,559,064.55)** |
| **Value of 198,733 retained shares @ $22.9453 per share** | | | | **$4,559,998.01** |
| **(Loss)/Gain** | | | | **($999,066.54)** |

| PRICOS DEFENSIVE | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Date** | **Quantity** | **Price*** | **Amount** |
| Purchase | 10/10/2016 | 7,250 | $27.9845 | ($202,887.63) |
| Purchase | 11/22/2016 | 495 | $25.7779 | ($12,760.06) |
| Sale | 12/16/2016 | (139) | $24.0500 | $3,342.95 |
| Purchase | 2/21/2017 | 595 | $24.3000 | ($14,458.50) |
| Sale | 3/28/2017 | (134) | $22.5000 | $3,015.00 |
| Sale | 5/24/2017 | (457) | $25.1700 | $11,502.69 |
| **Net Proceeds of Transactions** | | | | **($212,245.55)** |
| **Value of 7,610 retained shares @ $22.9453 per share** | | | | **$174,614.10** |
| **(Loss)/Gain** | | | | **($37,631.44)** |

| Grand Total for 13 Funds | |
|---|---|
| **(Loss)/Gain** | **($13,166,113.43)** |

\* Any shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

\*\* Losses calculated on a last-in first-out basis.