# Exhibit E

## DECLARATION OF ASSIGNMENT BY PRICOS
## TO KBC ASSET MANAGEMENT NV

We, Linda Demunter and Gert Rammeloo, hereby declare as follows:

1.     We are the representatives of Pricos (the "Fund") and we have personal knowledge of all matters stated herein.

2.     The Fund is governed by Belgian law.

3.     On or about August 21, 2017, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against CenturyLink, Inc. (the "Lawsuit").

4.     KBC has authority, under the management regulations of the Fund, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration:  (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund, against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 20th day of July 2017.

For Pricos (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for Pricos pursuant to the management regulations of the Fund dated 2 May 2016.

_____
Linda Demunter
Assignor

_____
Gert Rammeloo
Assignor

For KBC Management NV (Assignee):

_____
Klaus Vandewalle
Managing Director

_____
Tiny Ergo
Managing Director

## DECLARATION OF ASSIGNMENT BY PRICOS DEFENSIVE
## TO KBC ASSET MANAGEMENT NV

We, Linda Demunter and Gert Rammeloo, hereby declare as follows:

1.    We are the representatives of Pricos Defensive (the "Fund") and we have personal knowledge of all matters stated herein.

2.    The Fund is governed by Belgian law.

3.    On or about August 21, 2017, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against CenturyLink, Inc. (the "Lawsuit").

4.    KBC has authority, under the management regulations of the Fund, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund, against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 20th day of July 2017.

For Pricos Defensive (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for Pricos Defensive pursuant to the management regulations of the Fund dated 2 May 2016.

Linda Demunter
Assignor

Gert Rammeloo
Assignor

For KBC Management NV (Assignee):

Klaus Vandewalle
Managing Director

Tiny Ergo
Managing Director

## DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND
## TO KBC ASSET MANAGEMENT NV

We, Linda Demunter and Gert Rammeloo, hereby declare as follows:

1.      We are the representatives of the KBC Equity Fund (the "Fund") and we have personal knowledge of all matters stated herein.

2.      The Fund is governed by Belgian law.

3.      On or about August 21, 2017, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against CenturyLink, Inc. (the "Lawsuit").

4.      KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds (America; Telecom; Buyback America; US Small Caps; Strategic Telecom & Technology; High Dividend North America; Quant Global 1; High Dividend; CSOB Akciovy Fond Dividendovych Firem), against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 18th day of July 2017.

For KBC Equity Fund (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for KBC Equity Fund pursuant to a management company agreement dated 16 December 2013.

Linda Demunter
Assignor

Gert Rammeloo
Assignor

For KBC Management NV (Assignee):

Klaus Vandewalle
Managing Director

Tiny Ergo
Managing Director

## DECLARATION OF ASSIGNMENT BY INDEX FUND
## TO KBC ASSET MANAGEMENT NV

We, Linda Demunter and Gert Rammeloo, hereby declare as follows:

1.      We are the representatives of the Index Fund (the "Fund") and we have personal knowledge of all matters stated herein.

2.      The Fund is governed by Belgian law.

3.      On or about August 21, 2017, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against CenturyLink, Inc. (the "Lawsuit").

4.      KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds (World; United States), against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 18th day of July 2017.

For Index Fund (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for Index Fund pursuant to a management company agreement dated 16 December 2013.

Linda Demunter
Assignor

Gert Rammeloo
Assignor

For KBC Management NV (Assignee):

Klaus Vandewalle
Managing Director

Tiny Ergo
Managing Director