## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

------------------------------------------------------- x
| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated, : | No. 17-cv-01005 |
| : | |
| Plaintiff, : | **CLASS ACTION** |
| : | |
| vs. : | JUDGE ROBERT G. JAMES |
| : | MAGISTRATE JUDGE JOSEPH H L |
| CENTURYLINK, INC., GLEN F. POST, III : | PEREZ-MONTES |
| and R. STEWART EWING, JR., : | |
| : | |
| Defendants. : | |

------------------------------------------------------- x

| | |
|---|---|
| DON J. SCOTT, Individually and on Behalf of : All Others Similarly Situated, : | |
| : | |
| Plaintiff, : | No. 17-cv-01033 |
| : | |
| vs. : | **CLASS ACTION** |
| : | |
| CENTURYLINK, INC., GLEN F. POST, III, : | JUDGE ROBERT G. JAMES |
| R. STEWART EWING, JR. and DAVID D. : | MAGISTRATE JUDGE JOSEPH H L |
| COLE, : | PEREZ-MONTES |
| : | |
| Defendants. : | |

------------------------------------------------------- x

| | |
|---|---|
| AMARENDRA THUMMETI, Individually : and on Behalf of All Others Similarly Situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | No. 17-cv-____ |
| : | (Pending Transfer from USDC-SDNY) |
| CENTURYLINK, INC., GLEN F. POST, III, : | |
| and R. STEWART EWING, JR., : | **CLASS ACTION** |
| : | |
| Defendants. : | |

------------------------------------------------------- x

**[PROPOSED] ORDER GRANTING MOTION OF KBC ASSET MANAGEMENT NV
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL**

Having read and considered all motions for appointment as Lead Plaintiff in the above-captioned action and all supporting documents submitted to this Court, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

**CONSOLIDATION, MASTER DOCKET AND MASTER FILE**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed or transferred related actions are hereby **CONSOLIDATED** for all purposes.

A Master Docket and Master File shall be established for the Consolidated Action. The Master File shall be captioned *In re CenturyLink, Inc. Securities Litigation*, Civil Action No. 17-cv-01005. All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable. When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all of these consolidated actions, the clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

**NEWLY-FILED OR TRANSFERRED ACTIONS**

When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another court, the Clerk of this Court shall:

    a.    file a copy of this Order in the separate file for such action;

    b.    mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

    c.    make the appropriate entry in the docket for this action.

Each new case that arises out of the subject matter of this Consolidated Action and is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order,

within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

### APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

KBC is APPOINTED to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

KBC's selection of Lead Counsel is APPROVED, and Motely Rice LLC is APPOINTED to serve as Lead Counsel for the class.

**IT IS SO ORDERED**

Dated: _____, 2017   _____
ROBERT G. JAMES
United States District Judge
Western District of Louisiana