**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., GLEN F. POST III, and STEWART EWING JR.,<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-01005-RGJ-JPM |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., GLEN F. POST III, R. STEWART EWING JR., and DAVID D. COLE<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-01033-RGJ-JPM |

**DECLARATION OF JASON W. BURGE IN SUPPORT OF THE MOTION
OF THE DETROIT INSTITUTIONAL INVESTOR GROUP FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
<u>AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, Jason W. Burge, declare as follows:

1. I am a member in good standing of the bar of Louisiana and am admitted to practice before this Court. I am a partner at the law firm of Fishman Haygood L.L.P. ("Fishman Haygood"), proposed Liaison Counsel for the Class. I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Police and Fire Retirement System of the City of Detroit ("Detroit P&F") and Laborers Pension Trust Fund – Detroit and Vicinity ("Detroit Laborers") (collectively, the "Detroit Institutional Investor Group"), for the entry of an Order: (i) consolidating the above-captioned actions ("Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("FRCP"); (ii) appointing the Detroit Institutional Investor Group as Lead Plaintiff for the Class of all persons or entities who purchased or otherwise acquired the securities of CenturyLink, Inc. ("CenturyLink" or the "Company") between March 1, 2013 and June 19, 2017, inclusive (the "Class Period"); (iii) approving the Detroit Institutional Investor Group's selection of the law firms of Labaton Sucharow LLP ("Labaton Sucharow") and Kirby McInerney LLP ("Kirby McInerney") as Co-Lead Counsel and Fishman Haygood as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2. Attached as Exhibits A through G are true and correct copies of the following documents:

   EXHIBIT A: Signed Certifications of Detroit P&F and Detroit Laborers, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

   EXHIBIT B: A chart reflecting the Detroit Institutional Investor Group's Class Period transactions in CenturyLink securities and approximate losses;

   EXHIBIT C: Joint Declaration in Support of the Detroit Institutional Investor Group's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel;

EXHIBIT D:   Notice of Filing of Securities Class Action against CenturyLink issued on *Globe Newswire*, June 21, 2017;

EXHIBIT E:   Firm Resume of Labaton Sucharow;

EXHIBIT F:   Firm Resume of Kirby McInerney; and

EXHIBIT G:   Firm Resume of Fishman Haygood.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of August, 2017    */s/ Jason W. Burge*
Jason W. Burge

**FISHMAN HAYGOOD L.L.P.**
Jason W. Burge (La. Bar No. 30420)
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5241
Facsimile: (504) 586-5250
jburge@fishmanhaygood.com

*Proposed Liaison Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2017, a copy of foregoing Declaration of Jason W. Burge in Support of the Motion of the Detroit Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                                      /s/ *Jason W. Burge*
                                                     Jason W. Burge

**FISHMAN HAYGOOD L.L.P.**
Jason W. Burge (La. Bar No. 30420)
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5241
Facsimile: (504) 586-5250
jburge@fishmanhaygood.com