**Exhibit A**

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, David Cetlinski, on behalf of the Police and Fire Retirement System of the City of Detroit ("PFRS"), hereby certify as to the claims asserted under the federal securities laws, that:

1. I serve as the Assistant Executive Director of PFRS. In that capacity, I am authorized to make this certification on behalf of PFRS.

2. I have reviewed class action complaints filed in this matter against, inter alia, CenturyLink, Inc. ("CenturyLink"). PFRS has authorized counsel to file this motion for appointment as lead plaintiff and to pursue the claims that are asserted in the complaints. PFRS retains Kirby McInerney LLP, and such co-counsel as it deems appropriate to associate with, to pursue such action on a contingent fee basis.

3. PFRS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. PFRS is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

5. PFRS' transactions in the CenturyLink securities that are the subject of this action are set forth in the chart attached hereto.

6. The only private actions under the Securities Act of 1933 or the Securities Exchange Act of 1934 filed during the last three years in which PFRS has sought to serve as a lead plaintiff or a representative party on behalf of a class are:

    *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Plains All American Pipeline, L.P.*, No. 4:15-cv-02404 (S.D. Tex.) (moved to be appointed as lead plaintiff, was not appointed, but remains in the action as a named plaintiff)

    *Beisel v. La Quinta Holdings Inc. et al.*, No. 1:16-cv-3068 (S.D.N.Y.) (appointed and serving as lead plaintiff)

7. PFRS will not accept any payment for serving as a representative party on behalf of the Class beyond PFRS' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of August, 2017.

David Cetlinski
Assistant Executive Director
*Police and Fire Retirement System of the City of Detroit*

# SCHEDULE A

Transactions of Detroit PFRS in CenturyLink, Inc. during the period 03/01/13 - 06/19/17.

| Date | Purchase/Sale | Number of Shares | Price per Share |
| --- | --- | --- | --- |
| 3/19/2013 | Sale | -1,850.00 | $34.26 |
| 4/17/2013 | Purchase | 100 | $36.59 |
| 6/28/2013 | Purchase | 2,300.00 | $35.35 |
| 7/1/2013 | Purchase | 3,851.00 | $35.17 |
| 7/2/2013 | Purchase | 1,249.00 | $35.46 |
| 7/2/2013 | Purchase | 2,128.00 | $35.28 |
| 7/3/2013 | Purchase | 792 | $35.16 |
| 7/5/2013 | Purchase | 670 | $35.10 |
| 7/8/2013 | Purchase | 2,086.00 | $35.36 |
| 7/9/2013 | Purchase | 562 | $35.39 |
| 7/10/2013 | Purchase | 632 | $35.46 |
| 7/22/2013 | Purchase | 100 | $35.87 |
| 2/6/2014 | Purchase | 150 | $28.10 |
| 2/14/2014 | Sale | -11,970.00 | $30.80 |
| 4/4/2014 | Sale | -500 | $33.71 |
| 4/23/2014 | Sale | -300 | $34.44 |
| 6/27/2014 | Purchase | 100 | $35.78 |
| 7/28/2014 | Purchase | 10,200.00 | $37.77 |
| 8/21/2014 | Sale | -100 | $41.08 |
| 9/23/2014 | Sale | -550 | $40.81 |
| 12/1/2014 | Purchase | 22,140.00 | $41.27 |

| | | | |
|---|---|---:|---:|
| 12/23/2014 | Sale | -100 | $40.50 |
| 3/6/2015 | Purchase | 4,800.00 | $35.76 |
| 3/20/2015 | Purchase | 1,600.00 | $35.04 |
| 4/1/2015 | Purchase | 650 | $35.54 |
| 6/26/2015 | Sale | -100 | $29.99 |
| 6/26/2015 | Sale | -60 | $29.99 |
| 6/30/2015 | Sale | -26,940.00 | $29.52 |
| 7/28/2015 | Purchase | 200 | $28.36 |
| 7/30/2015 | Purchase | 350 | $27.96 |
| 10/23/2015 | Sale | -800 | $28.04 |
| 12/2/2015 | Purchase | 19,874.00 | $26.73 |
| 12/8/2015 | Sale | -1,000.00 | $26.84 |
| 12/8/2015 | Sale | -1,000.00 | $26.83 |
| 12/9/2015 | Sale | -1,823.00 | $26.38 |
| 12/22/2015 | Sale | -10,900.00 | $24.93 |
| 3/1/2016 | Sale | -200 | $30.99 |
| 3/8/2016 | Sale | -250 | $31.51 |
| 4/28/2016 | Purchase | 2,000.00 | $31.52 |
| 5/24/2016 | Sale | -200 | $27.20 |
| 8/8/2016 | Sale | -1,105.00 | $30.28 |
| 9/12/2016 | Purchase | 12,200.00 | $27.60 |
| 9/19/2016 | Purchase | 942 | $27.09 |
| 11/23/2016 | Sale | -18,051.00 | $24.51 |

| | | | |
|---|---|---:|---:|
| 12/15/2016 | Sale | -5,200.00 | $23.79 |
| 4/24/2017 | Sale | -1,196.00 | $25.45 |

## CERTIFICATION

I, Chuck Wytrychowski, as Plan Manager of Laborers Pension Trust Fund – Detroit and Vicinity ("Detroit Laborers Pension Fund"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Detroit Laborers Pension Fund. I have reviewed a complaint filed against CenturyLink, Inc. ("CenturyLink") alleging violations of the federal securities laws;

2. Detroit Laborers Pension Fund did not purchase common stock of CenturyLink at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Detroit Laborers Pension Fund is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. Detroit Laborers Pension Fund's transactions in CenturyLink's common stock during the Class Period are reflected in Exhibit A, attached hereto;

5. Detroit Laborers Pension Fund sought to serve as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*In re Conn's, Inc. Securities Litigation*, No. 4:14-cv-0548 (S.D. Tex.)

6. Beyond its pro rata share of any recovery, Detroit Laborers Pension Fund will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 17th day of August, 2017.

*[signature]*

Chuck Wytrychowski
*Plan Manager*
*Laborers Pension Trust Fund – Detroit and Vicinity*

# EXHIBIT A

## TRANSACTIONS IN CENTURYLINK, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 01/16/15 | 25,092.00 | $38.35 | ($962,298.27) |
| Purchase | 12/21/15 | 507.00 | $25.26 | ($12,805.60) |
| Purchase | 01/26/16 | 2,375.00 | $23.92 | ($56,821.16) |
| Purchase | 01/28/16 | 1,417.00 | $24.48 | ($34,690.57) |
| Purchase | 02/01/16 | 148.00 | $25.94 | ($3,838.39) |
| Purchase | 02/02/16 | 767.00 | $25.04 | ($19,202.69) |
| Purchase | 03/09/16 | 1,492.00 | $31.45 | ($46,921.31) |
| Purchase | 03/10/16 | 21.00 | $31.47 | ($660.85) |
| Purchase | 03/11/16 | 1,112.00 | $31.51 | ($35,043.46) |
| Purchase | 03/29/16 | 1,149.00 | $31.08 | ($35,712.87) |
| Purchase | 04/26/16 | 2,099.00 | $31.36 | ($65,833.88) |
| Purchase | 06/01/16 | 5,489.00 | $27.07 | ($148,563.08) |
| Purchase | 06/28/16 | 364.00 | $27.00 | ($9,828.00) |
| Purchase | 08/02/16 | 706.00 | $31.02 | ($21,900.12) |
| Sale | 09/29/16 | -3,013.00 | $27.53 | $82,932.83 |
| Sale | 12/13/16 | -3,001.00 | $24.14 | $72,444.14 |
| Sale | 02/23/17 | -2,579.00 | $24.84 | $64,059.01 |
| Sale | 06/13/17 | -2,030.00 | $26.71 | $54,221.30 |