**Exhibit B**

**LOSS ANALYSIS**
**Class Period: 3/1/2013 to 6/19/2017**

**CENTURYLINK, INC.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| CTL | 156700106 | 2185046 | US1567001060 | $22.8602 [1] |

**Laborers Pension Trust Fund – Detroit and Vicinity**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
| Open | 03/01/13 | 0.00 | | |
| None | | 0.00 | | $0.00 |
| *Class Period sales (matched to pre-Class Period purchases):* | | *0.00* | | *$0.00* |
| Purchase | 01/16/15 | 25,092.00 | $38.3508 | ($962,298.27) |
| Purchase | 12/21/15 | 507.00 | $25.2576 | ($12,805.60) |
| Purchase | 01/26/16 | 2,375.00 | $23.9247 | ($56,821.16) |
| Purchase | 01/28/16 | 1,417.00 | $24.4817 | ($34,690.57) |
| Purchase | 02/01/16 | 148.00 | $25.9351 | ($3,838.39) |
| Purchase | 02/02/16 | 767.00 | $25.0361 | ($19,202.69) |
| Purchase | 03/09/16 | 1,492.00 | $31.4486 | ($46,921.31) |
| Purchase | 03/10/16 | 21.00 | $31.4692 | ($660.85) |
| Purchase | 03/11/16 | 1,112.00 | $31.5139 | ($35,043.46) |
| Purchase | 03/29/16 | 1,149.00 | $31.0817 | ($35,712.87) |
| Purchase | 04/26/16 | 2,099.00 | $31.3644 | ($65,833.88) |
| Purchase | 06/01/16 | 5,489.00 | $27.0656 | ($148,563.08) |
| Purchase | 06/28/16 | 364.00 | $27.2593 | ($9,922.39) |
| Purchase | 08/02/16 | 706.00 | $31.0200 | ($21,900.12) |
| *Class Period purchases:* | | *42,738.00* | | *($1,454,214.65)* |
| Sale | 09/29/16 | -3,013.00 | $27.5250 | $82,932.83 |
| Sale | 12/13/16 | -3,001.00 | $24.1400 | $72,444.14 |
| Sale | 02/23/17 | -2,579.00 | $24.8387 | $64,059.01 |
| Sale | 06/13/17 | -2,030.00 | $26.7100 | $54,221.30 |
| *Class Period sales (matched to Class Period purchases):* | | *-10,623.00* | | *$273,657.27* |
| LIFO Retained Purchases: | | 32,115.00 | $22.8602 | $734,156.20 |
| | | | **LIFO Gain/(Loss):** | **($446,401.18)** |

[1] *Value of retained shares is the mean trading price from 6/20/2017 to 8/21/2017.*

**Police & Fire Retirement System of the City of Detroit**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
| Open | 03/01/13 | 8,774.00 | | |
| Sale | 03/19/13 | -1,850.00 | 34.257 | $63,375.45 |
| *Class Period sales (matched to pre-Class Period purchases):* | | *-1,850.00* | | *$63,375.45* |
| Purchase | 04/17/13 | 100.00 | $36.5850 | ($3,658.50) |
| Purchase | 06/28/13 | 2,300.00 | $35.3500 | ($81,305.00) |
| Purchase | 07/01/13 | 3,851.00 | $35.1739 | ($135,454.69) |
| Purchase | 07/02/13 | 1,249.00 | $35.4646 | ($44,295.29) |
| Purchase | 07/02/13 | 2,128.00 | $35.2798 | ($75,075.41) |
| Purchase | 07/03/13 | 792.00 | $35.1555 | ($27,843.16) |
| Purchase | 07/05/13 | 670.00 | $35.1013 | ($23,517.87) |
| Purchase | 07/08/13 | 2,086.00 | $35.3591 | ($73,759.08) |
| Purchase | 07/09/13 | 562.00 | $35.3900 | ($19,889.18) |
| Purchase | 07/10/13 | 632.00 | $35.4600 | ($22,410.72) |
| Purchase | 07/22/13 | 100.00 | $35.8700 | ($3,587.00) |
| Purchase | 02/06/14 | 150.00 | $28.0967 | ($4,214.51) |
| Purchase | 06/27/14 | 100.00 | $35.7800 | ($3,578.00) |
| Purchase | 07/28/14 | 10,200.00 | $37.7731 | ($385,285.62) |
| Purchase | 12/01/14 | 22,140.00 | $41.2650 | ($913,607.10) |
| Purchase | 03/06/15 | 4,800.00 | $35.7586 | ($171,641.28) |
| Purchase | 03/20/15 | 1,600.00 | $35.0444 | ($56,071.04) |
| Purchase | 04/01/15 | 650.00 | $35.5358 | ($23,098.27) |
| Purchase | 07/28/15 | 200.00 | $28.3600 | ($5,672.00) |
| Purchase | 07/30/15 | 350.00 | $27.9643 | ($9,787.51) |
| Purchase | 12/02/15 | 19,874.00 | $26.7291 | ($531,214.13) |
| Purchase | 04/28/16 | 2,000.00 | $31.5195 | ($63,039.00) |
| Purchase | 09/12/16 | 12,200.00 | $27.5982 | ($336,698.04) |
| Purchase | 09/19/16 | 942.00 | $27.0904 | ($25,519.16) |
| *Class Period purchases:* | | *89,676.00* | | *($3,040,221.55)* |
| Sale | 02/14/14 | -11,970.00 | $30.7964 | $368,632.91 |
| Sale | 04/04/14 | -500.00 | $33.7050 | $16,852.50 |
| Sale | 04/23/14 | -300.00 | $34.4417 | $10,332.51 |
| Sale | 08/21/14 | -100.00 | $41.0826 | $4,108.26 |
| Sale | 09/23/14 | -550.00 | $40.8129 | $22,447.10 |
| Sale | 12/23/14 | -100.00 | $40.4952 | $4,049.52 |
| Sale | 06/26/15 | -100.00 | $29.9900 | $2,999.00 |
| Sale | 06/26/15 | -60.00 | $29.9900 | $1,799.40 |
| Sale | 06/30/15 | -26,940.00 | $29.5195 | $795,255.33 |
| Sale | 10/23/15 | -800.00 | $28.0400 | $22,432.00 |
| Sale | 12/08/15 | -1,000.00 | $26.8375 | $26,837.50 |
| Sale | 12/08/15 | -1,000.00 | $26.8331 | $26,833.10 |

| | | | | |
|---|---|---|---|---|
| Sale | 12/09/15 | -1,823.00 | $26.3800 | $48,090.74 |
| Sale | 12/22/15 | -10,900.00 | $24.9347 | $271,788.23 |
| Sale | 03/01/16 | -200.00 | $30.9850 | $6,197.00 |
| Sale | 03/08/16 | -250.00 | $31.5100 | $7,877.50 |
| Sale | 05/24/16 | -200.00 | $27.2000 | $5,440.00 |
| Sale | 08/08/16 | -1,105.00 | $30.2800 | $33,459.40 |
| Sale | 11/23/16 | -18,051.00 | $24.5087 | $442,406.53 |
| Sale | 12/15/16 | -5,200.00 | $23.7915 | $123,715.80 |
| Sale | 04/24/17 | -1,196.00 | $25.4500 | $30,438.20 |
| *Class Period sales (matched to Class Period purchases):* | | *-82,345.00* | | *$2,271,992.52* |
| | LIFO Retained Purchases: | 7,331.00 | $22.8602 | $167,588.33 |
| | | | **LIFO Gain/(Loss):** | **($600,640.70)** |
| | | | **Combined LIFO Gain/(Loss):** | **($1,047,041.88)** |