**Exhibit C**

**JOINT DECLARATION IN SUPPORT OF
THE DETROIT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF COUNSEL**

Proposed Lead Plaintiffs Police and Fire Retirement System of the City of Detroit ("Detroit P&F") and Laborers Pension Trust Fund – Detroit and Vicinity ("Detroit Laborers") (collectively, "Detroit Institutional Investor Group"), pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this Declaration in support of our joint motion for appointment as Lead Plaintiff in this securities class action against CenturyLink, Inc. ("CenturyLink") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of the law firms of Kirby McInerney LLP and Labaton Sucharow LLP as Co-Lead Counsel and Fishman Haygood L.L.P. as Liaison Counsel for the Class. We each have personal knowledge about the information in this Joint Declaration relating to the respective funds with which we are associated.

2. I, Ronald A. King, am General Counsel for Detroit P&F, a defined benefit pension plan, and am authorized to make this Joint Declaration on behalf of Detroit P&F. Detroit P&F provides benefits to active and retired Detroit police officers and firefighters and their beneficiaries. The Board of Trustees consists of six elected active members, two elected retired members and eight ex-officio trustees. As of 2016, Detroit P&F manages total assets of approximately $4 billion on behalf of more than 11,000 members. As set forth in the motion for appointment for Lead Plaintiff supporting papers, Detroit P&F suffered substantial losses because of its investments in CenturyLink securities during the Class Period. Detroit P&F is an institutional investor that has prior experience serving as a fiduciary and as Lead Plaintiff and/or Co-Lead Plaintiff in numerous securities class actions governed by the PSLRA. Detroit P&F is informed of, understands, and accepts responsibilities and obligations of a Lead Plaintiff under the PSLRA.

3. After due consideration, and after conferring with my counterparts at Detroit Laborers, Detroit P&F decided to join with Detroit Laborers in seeking appointment as Lead Plaintiff.

4. I, Chuck Wytrychowski, am Plan Manager for Detroit Laborers, a defined benefit pension plan, and am authorized to make this Joint Declaration on behalf of Detroit Laborers. Detroit Laborers is headquartered in Troy, Michigan, and provides retirement and other benefits to its participants and their beneficiaries. Detroit Laborers is administered by a board of ten trustees. As of 2016, the Detroit Laborers manages total assets of approximately $600 million on behalf of more than 10,000 participants. As set forth in the motion for appointment for Lead Plaintiff supporting papers, Detroit Laborers suffered substantial losses because of its investments in CenturyLink securities during the Class Period. Detroit Laborers is an institutional investor that has prior experience serving as a fiduciary and as Representative Plaintiff in several securities class actions governed by the PSLRA. Detroit Laborers is informed of, understands, and accepts responsibilities and obligations of a Lead Plaintiff under the PSLRA.

5. After due consideration, and after conferring with my counterparts at Detroit P&F, Detroit Laborers decided to join with Detroit P&F in seeking appointment as Lead Plaintiff.

6. In consultation with counsel, we chose to join this group to best represent the Class with knowledgeable institutional shareholders at the helm to oversee class counsel in this case. Indeed, we share a common interest in enhancing the stability of defined benefit and defined contribution plans, and the reliability of information disseminated by publicly-traded corporations, as well as a common belief that this action will be best guided by institutional investors that are familiar with the requirements attendant upon fiduciaries. Our decision to jointly prosecute this action also was based, in part, on our shared beliefs regarding the role of

2

corporate governance in detecting and preventing securities fraud and our ability to vigorously and efficiently represent the proposed class and maximize any potential recovery by drawing on our respective organizations' prior experience prosecuting complex litigation and other resources. We believe the Detroit Institutional Investor Group will provide excellent representation of the Class.

7. We are sophisticated institutional investors that have dedicated staffs of professionals that will ensure effective oversight of counsel and of this litigation. Collectively, we manage billions of dollars in assets and serve fiduciaries to tens of thousands of fund beneficiaries. We have prior experience serving as fiduciaries and in selecting, hiring, and overseeing lawyers in complex litigation, including federal securities class action litigation.

8. Prior to our joint motion, we discussed the requirements and responsibilities of being Lead Plaintiffs in a securities class action governed by the PSLRA during a joint conference call with our counsel on August 17, 2017. We also discussed the PSLRA's lead plaintiff appointment process and our obligations in connection therewith, the benefits of working together jointly to prosecute the litigation in a collaborative and cohesive manner, the advantages of having law firms experienced in successfully litigating securities class actions serve as Lead Counsel, and procedures and mechanisms for communication and decision-making that will ensure that the proposed Class will benefit from our supervision of counsel. In particular, we shared our views that the prosecution of this action would benefit from the leadership of institutional investors that have the financial interest and desire to ensure active oversight of this litigation and counsel and maximize the proposed Class' potential recovery.

9. We understand that our responsibility is to keep informed regarding the status and progress of this action, the strengths and weaknesses of the case, and any prospects for resolution

3

of this matter. We will function together as a cohesive "Lead Plaintiff," and will use all our strengths and talents in representing the Class.

10. We further understand that as Lead Plaintiff, we will have responsibility for making important litigation decisions and directing counsel with respect to this litigation, after receiving the benefit of counsel's advice. To discharge these duties, we will, among other things, review pleadings and motion papers received from counsel, obtain periodic status reports on the progress of the litigation and potentially produce documents, answer interrogatories and/or sit for depositions. We will provide input into litigation decisions and strategies and be involved in the final approval of any major litigation decisions, including whether to settle the litigation, and, if so, for what amount.

11. We are aware that a Lead Plaintiff has a fiduciary duty to the entire Class, which we each intend to represent fully and faithfully to protect its interests. We understand that to fulfill our fiduciary duties and obligations as Lead Plaintiff, we must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class. Each of us will do our best to maximize the recovery for the Class.

12. We will take an active role in the prosecution of the case, including supervising Lead Counsel and ensuring that the case is handled in an efficient manner.

13. During our conference call on August 17, 2017, we agreed that, to ensure that the action is prosecuted in the best interests of the Class, we will continue to communicate regularly with counsel and each other regarding major litigation events, such as important motions, settlement discussions, trial preparation and trial and shall have the authority and responsibility to direct counsel with respect to each of these events after receiving the benefit of Lead Counsel's advice. We intend to communicate with our counsel—and with each other separately

from our attorneys—as often as necessary to ensure the vigorous and efficient prosecution of this case and to discuss the progress of the litigation and the litigation strategies recommended by our counsel.  We each have exchanged contact information, so we have the means to communicate amongst ourselves without involving our attorneys.  We anticipate that our communications with and without counsel will occur as often as necessary, depending on the current activity in the case.  We understand that litigation of this nature has periods of greater and lesser activity, and we will remain available to counsel and each other as needed to fulfill the role as Lead Plaintiffs.

14. When an issue arises that needs a decision or response from us, we will seek to reach consensus on the proper course of action.

15. We also understand that Lead Counsel owes as fiduciary duty to all members of the proposed Class to provide fair and adequate representation.

16. We believe that the law firms of Kirby McInerney LLP and Labaton Sucharow LLP should be approved by the Court to serve as Co-Lead Counsel for the Class.  We have selected Kirby McInerney LLP and Labaton Sucharow LLP as Counsel for the Class because these firms have extensive securities litigation experience and has achieved outstanding results.  We believe that the proven track record of both firms demonstrates that the firms will work to obtain the best possible recovery for the Class.

17. We have communicated our directive that this action be prosecuted efficiently and in a non-duplicative and cost-effective manner.  We are confident that our counsel understands our mandate.

18. In short, we are committed to the zealous prosecution of this action and to ensuring that the proposed Class receives the best possible outcome from this litigation.

6

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st August 2017

*/s/ Ronald A. King*
Ronald A. King
General Counsel
Police and Fire Retirement System of
the City of Detroit

Chuck Wytrychowski
Plan Manager
Laborers Pension Trust Fund – Detroit
and Vicinity

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st August 2017

Ronald A. King
General Counsel
Police and Fire Retirement System of
the City of Detroit

Chuck Wytrychowski
Plan Manager
Laborers Pension Trust Fund – Detroit
and Vicinity