**Exhibit D**

# Pomerantz Law Firm Announces the Filing of a Class Action against CenturyLink, Inc. and Certain Officers – CTL

June 21, 2017 17:35 ET | **Source:** Pomerantz LLP

NEW YORK, June 21, 2017 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against CenturyLink, Inc. ("CenturyLink" or the "Company") (NYSE:CTL) and certain of its officers. The class action, filed in United States District Court, Southern District of New York, and docketed under 17-cv-04695, is on behalf of a class consisting of investors who purchased or otherwise acquired CenturyLink securities, seeking to recover compensable damages caused by defendants' violations of the Securities Exchange Act of 1934.

If you are a shareholder who purchased CenturyLink securities between February 27, 2014 and June 15, 2017, both dates inclusive, you have until August 21, 2017 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

**[Click here to join this class action]**

CenturyLink, Inc. provides various communications services to residential, business, wholesale, and governmental customers in the United States. It operates through two segments, Business and Consumer. The Company offers broadband, Ethernet, colocation, video entertainment and satellite digital television services.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) CenturyLink's policies allowed its employees to add services or lines to accounts without customer permission, resulting in millions of dollars

in unauthorized charges to CenturyLink customers; (ii) accordingly, the Company's revenues were the product of illicit conduct and unsustainable; (iii) the foregoing illicit conduct was likely to subject CenturyLink to heightened regulatory scrutiny; and (iv) as a result of the foregoing, CenturyLink's public statements were materially false and misleading at all relevant times.

On June 16, 2017, *Bloomberg* published an article entitled "CenturyLink Is Accused of Running a Wells Fargo-Like Scheme".  The article reported on a lawsuit, recently filed in Arizona state superior court by former CenturyLink employee Heidi Heiser, alleging that Heiser "was fired for blowing the whistle on the telecommunications company's high-pressure sales culture that left customers paying millions of dollars for accounts they didn't request."  The *Bloomberg* article stated that Heiser "was fired days after notifying Chief Executive Officer Glen Post of the alleged scheme during a companywide question-and-answer session held on an internal message board."

On this news, CenturyLink's share price fell $1.23, or 4.56%, to close at $25.72 on June 16, 2017.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

```
CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

## ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.