# Exhibit G

# FIRM RESUME
## FISHMAN HAYGOOD LLP

Fishman Haygood, L.L.P. ("Fishman Haygood") was founded in the mid-1990s by business and litigation lawyers from three of the largest law firms in Louisiana. Fishman Haygood is a "boutique" law firm that handles complex and difficult legal and business matters.

The Firm's litigators actively represent clients in complex and class action litigation. Some representative matters are discussed below.

- *Baylor College of Medicine v. Citigroup Global Markets, Inc.* (FINRA, Case No. 11-04005). Fishman Haygood represented Baylor College of Medicine in connection with losses resulting from Citi's wrongdoing in connection to the structuring and issuance of auction rate security bonds. The case settled after a two-week arbitration hearing.

- *UBS Fin. Services, Inc. v. W. Va. Univ. Hospitals, Inc.,* 660 F.3d 643 (2d Cir. 2011). Fishman Haygood represented West Virginia United Health System ("WVUHS") and its four associated hospitals in connection with losses resulting from UBS's wrongdoing in relation to its structuring and issuance of auction rate security bonds. The Second Circuit ruled that an issuer of auction rate securities is a "customer" under FINRA rules and therefore, the issuer has a right to arbitrate its disputes with the underwriter of the same securities. The case recently settled.

- *In re Merrill Lynch Auction Rate Securities Litigation*, 758 F. Supp. 2d 264 (S.D.N.Y. 2010). In this multidistrict litigation ("MDL"), Fishman Haygood represented the only plaintiff that was an issuer of auction rate securities. Fishman Haygood's client was one of two of the MDL plaintiffs whose claims against the underwriter survived motions to dismiss. Chief Judge Loretta A. Preska held that the issuer had stated valid claims against the underwriter for breach of fiduciary duty, fraud, and intentional/negligent misrepresentation.

- *Lormand v. US Unwired, Inc.*, 565 F.3d 228 (5th Cir. 2009). Fishman Haygood defended US Unwired in this securities class action and obtained a partial dismissal of the plaintiff's claims. The case subsequently settled.

- *City of New Orleans v. AMBAC Assurance Corporation, et al.*, Case No. 08-3949 (E.D. La.). Fishman Haygood represented the City of New Orleans in connection with losses resulting from UBS's wrongdoing in relation to the structuring of

1169367v.1

variable rate bonds and an interest rate swap. Following a bench trial, the matter settled.

- *Pier 17 Marina & Yacht Club, L.L.C. v. Jericho All Weather Opportunity Fund, L.P.*, Case No. 10-43764 (Florida's 17th Judicial Circuit). Fishman Haygood represented a real estate developer in connection with losses sustained from the failure of a lender to fund a real estate loan. I served as lead trial counsel. Following a six-day bench trial, the real estate developer obtained a $7.3 million judgment. That judgment was reversed on appeal, and the matter is presently awaiting cert consideration by the Florida Supreme Court.

- *Robert Ticknor v. Rouse's Enterprises, L.L.C.*, 592 Fed. Appx. 276 (5th Cir. 2014). Fishman Haygood successfully defended a grocery chain alleged to have violated the Fair and Accurate Credit Transactions Act. Fishman Haygood obtained denial of class certification, a decision that was upheld on appeal.

- *Rotstain, et al. v. Trustmark Nat'l Bank, et al.*, No. 3:09-cv-02384-N-BQ (N.D. Tex.): In this multidistrict litigation ("MDL") Fishman Haygood currently represents a proposed worldwide class exceeding 12,000 investors against five banks alleging claims that these banks aided the Allen Stanford Ponzi scheme. Plaintiffs' motion for class certification is fully briefed and pending before the Court. The Court has issued multiple rulings denying the bank defendants' various motions to dismiss.

- *Unger v. Amedisys, Inc.,* 401 F.3d 316 (5th Cir. 2005). Fishman Haygood successfully defended Amedisys in this class action, obtaining reversal of class certification on appeal. The Fifth Circuit opinion in this case established the burden of proof for class certification on the market efficiency element.

- *La. Firefighters' Ret. Sys. v. N. Trust Investments, N.A. and N. Trust Co.*, Case No. 09-cv-07203 (N.D. Ill.). Fishman Haygood represented the Louisiana Firefighters' Retirement System as class representative in this non-ERISA class action. The class alleged that the Northern Trust defendants mismanaged its comprehensive securities lending program, resulting in financial loss to members of the class.

- *Diebold, et al. v. N. Trust Investments, N.A., et al.,* Case No. 09-cv-01934 (N.D. Ill.). Fishman Haygood represented a class of ERISA-governed retirement plans that alleged claims against Northern Trust Investments, N.A. and Northern Trust Company based upon similar conduct as alleged in the Louisiana Firefighters non-ERISA class action above.

- *Adams v. Securities America,* (FINRA Arbitration Case No. 03-05687); *Adams v. Securities America,* 06-2509, 2006 WL 2631863 (E.D. La. 2006). Fishman Haygood served as plaintiffs' counsel in a mass action involving retirement funds that resulted in one of the largest verdicts ever given in FINRA arbitration,

including unprecedented punitive damages. The United States District Court for the Eastern District of Louisiana subsequently affirmed the award, including the punitive damages.

- *Haas v. Navient Solutions, LLC*, Adv, Pro. No. 16-03175 (Bankr. S.D. Tex.). Fishman Haygood was named as Interim Lead Counsel in this putative nationwide class action arising from alleged improper collection of private student loans that were discharged in bankruptcy. The parties are currently engaged in class discovery.

More information can be found at our firm website, www.fishmanhaygood.com/practice/litigation.

### JASON W. BURGE - CV

Jason received his J.D. degree *magna cum laude* from New York University School of Law in 2006.

Jason was admitted to the Louisiana Bar in October 2006. He is admitted to practice before the United States Fifth Circuit Court of Appeals; the United States District Court, Middle District of Louisiana; the United States District Court, Eastern District of Louisiana; and the United States District Court, Western District of Louisiana. Following a clerkship with the Honorable Jerry E. Smith of the United States Fifth Circuit Court of Appeals in Houston, he has been practicing in the field of complex litigation for the past ten years.

In the field of securities, Jason regularly represents investors (both individuals and institutions) in claims against their brokers, investment advisors, and/or investment banks in court or in arbitration proceedings administered by the Financial Industry Regulatory Authority ("FINRA") or the American Arbitration Association ("AAA"). He recently obtained a $1.6 million award on behalf of an investor in a FINRA arbitration proceeding against Signator Investors, Inc., an affiliate of the John Hancock Financial Network

3

(Blank at al. v. Signator Investors, Inc. FINRA Case No. 13-00579). He represented multiple institutions (including Allina Health System, Baylor College of Medicine, Carilion Clinic, City of Houston, Texas, the Long Island Power Authority, Louisiana Citizens Property Insurance Corporation, Lake Hospital System, Inc., and the New Jersey Economic Development Authority) in claims against their bond underwriters and investment banks in connection with the issuance of auction rate securities in both federal court and FINRA arbitrations (UBS Sec. LLC v. Allina Health Sys., 2013 WL 500373 (D. Minn. Feb. 11, 2013); UBS Fin. Servs., Inc. v. Carilion Clinic, 706 F.3d 319 (4th Cir. 2013); J.P. Morgan Sec. Inc. v. Louisiana Citizens Prop. Ins. Corp., 712 F. Supp. 2d 70, 72 (S.D.N.Y. 2010)). He recently represented the New Jersey Sports and Exposition Authority in arbitration against their underwriter and broker-dealer, Goldman, Sachs & Co, for claims arising from the issuance of auction rate securities. That matter settled after a two-week FINRA arbitration in Newark, New Jersey. He is currently representing the Nassau County Financing Authority in a FINRA arbitration against Goldman, Sachs & Co. of claims arising from the issuance of auction rate securities.

In the field of lender liability, Jason regularly represents borrowers in disputes with their lenders or swap counterparties alleging breach of contract, breach of fiduciary duty, misrepresentation and/or fraud. He was recently named interim lead counsel in a nationwide class action against Navient Solutions, LLC arising from alleged improper collection of private student loans that were discharged in bankruptcy. He is currently pursuing claims on behalf of a real estate developer against Grandbridge Real Estate Capital, LLC, a subsidiary of BB&T Bank, arising from the failure to secure a $28

4

5

million HUD-insured financing to construct an apartment complex in Baton Rouge, Louisiana. A bench trial in that matter is currently scheduled for September 2017.

More information about Jason can be found at:

https://www.fishmanhaygood.com/attorneys/jason-w-burge/