## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

---------------------------------------------------------- x
BENJAMIN CRAIG, Individually and on : No. 17-cv-01005
Behalf of All Others Similarly Situated, :
                                        Plaintiff, : **CLASS ACTION**
                                              :
                     vs. : JUDGE ROBERT G. JAMES
                                             : MAGISTRATE JUDGE JOSEPH H L
CENTURYLINK, INC., GLEN F. POST, III : PEREZ-MONTES
and R. STEWART EWING, JR., :
                     Defendants. :
---------------------------------------------------------- x
DON J. SCOTT, Individually and on Behalf of :
All Others Similarly Situated, :
                                            : No. 17-cv-01033
                     Plaintiff, :
                                            : **CLASS ACTION**
                     vs. :
                                            : JUDGE ROBERT G. JAMES
CENTURYLINK, INC., GLEN F. POST, III, : MAGISTRATE JUDGE JOSEPH H L
R. STEWART EWING, JR. and DAVID D. : PEREZ-MONTES
COLE, :
                     Defendants. :
---------------------------------------------------------- x
AMARENDRA THUMMETI, Individually :
and on Behalf of All Others Similarly Situated, :
                     Plaintiff, :
                                            : No. 17-cv-____
                     vs. : (Pending Transfer from USDC-SDNY)
CENTURYLINK, INC., GLEN F. POST, III, : **CLASS ACTION**
and R. STEWART EWING, JR., :
                     Defendants. :
---------------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT OF MOVANT
## KBC ASSET MANAGEMENT NV

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for movant KBC Asset Management NV ("KBC") certifies as follows:

1. KBC is wholly owned by KBC Group NV.

DATED:  August 21, 2017

Respectfully submitted,

**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**

*s/ James P. Roy*
James Parkerson Roy (La. 11511)
John Parkerson Roy (La. 32048)
556 Jefferson St., Suite 500
Lafayette, LA  70501
Telephone:  (337) 233-3033
Facsimile:  (337)232-8213
jimr@wrightroy.com
johnr@wrightroy.com
*Counsel for KBC Asset Management NV*

**MOTLEY RICE LLC**
James M. Hughes
Gregg S. Levin
20 Church St., 17th Floor
Hartford, CT  06103
Telephone:  (860) 882-1681
Facsimile:  (860) 882-1682
jhughes@motleyrice.com
glevin@motleyrice.com
*Counsel for KBC Asset Management NV and [Proposed] Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

Executed on August 21, 2017.

**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**

*s/ James P. Roy*
James Parkerson Roy (La. 11511)
John Parkerson Roy (La. 32048)
556 Jefferson St., Suite 500
Lafayette, LA  70501
Telephone:  (337) 233-3033
Facsimile:  (337)232-8213
jimr@wrightroy.com
johnr@wrightroy.com
*Counsel for KBC Asset Management NV*