**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING JR.,<br><br>        Defendants. | No. 3:17-CV-01005-RGJ-JPM |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>        Defendants. | No. 3:17-cv-01033-RGJ-JPM |

*Caption continued on next page.*

**DECLARATION OF F. WILLIAMS SARTOR, JR. IN SUPPORT OF THE MOTION OF THE STATE OF OREGON BY AND THROUGH THE OREGON STATE TREASURER AND THE OREGON PUBLIC EMPLOYEE RETIREMENT BOARD, ON BEHALF OF THE OREGON PUBLIC EMPLOYEE RETIREMENT FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND <u>CONSOLIDATION OF RELATED ACTIONS</u>**

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST III and R. STEWART EWING, JR.,<br><br>　　　　　Defendants. | No. _____ |

I, F. Williams Sartor, Jr., declare as follows:

1. I am a member in good standing of the bars of the State of Louisiana and of this Court. I am a partner in the law firm of Nelson, Zentner, Sartor & Snellings, LLC. I submit this declaration in support of the Motion filed by the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon"), for: (1) appointment as Lead Plaintiff in the above-captioned actions; (2) approval of its selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Stoll Berne to serve as Lead Counsel for the Class; (3) consolidation of related actions; and (4) any such further relief as the Court may deem just and proper.

2. Attached as Exhibits A through F are true and correct copies of the following documents:

| | | |
|---|---|---|
| | EXHIBIT A: | Oregon's sworn Certification executed pursuant to the Private Securities Litigation Reform Act of 1995; |
| | EXHIBIT B: | Charts setting forth calculations of Oregon's financial interest in this action, prepared by counsel; |
| | EXHIBIT C: | Notice of pendency of *Thummeti v. CenturyLink, Inc.*, No. 1:17-cv-04695 (S.D.N.Y.), published June 21, 2017; |
| | EXHIBIT D: | Notice of pendency of *Scott v. CenturyLink, Inc.*, No. 3:17-cv-01033 (W.D. La.), published August 15, 2017; |
| | EXHIBIT E: | Bernstein Litowitz's Firm Résumé; and |
| | EXHIBIT F: | Stoll Berne's Firm Résumé. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of August, 2017.

/s/ F. Williams Sartor, Jr.
F. Williams Sartor, Jr.

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 21, 2017, I electronically filed the above Declaration of F. Williams Sartor, Jr. in Support of the Motion of The State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund for Appointment as Lead Plaintiff, Approval of Its Selection of Lead Counsel, And Consolidation Of Related Actions using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ F. Williams Sartor, Jr.*
F. Williams Sartor, Jr.

2