# EXHIBIT A

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Brian de Haan, on behalf of Oregon Public Employees Retirement Fund ("Oregon PERS") hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am an Assistant Attorney General in the Oregon Department of Justice's Financial Fraud and Consumer Protection Section and I am authorized to make legal decisions on behalf of Oregon PERS. I have reviewed a complaint filed in this matter. Oregon PERS has authorized the filing of this motion for appointment as lead plaintiff.

2. Oregon PERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Oregon PERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Oregon PERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Oregon PERS' transactions in the CenturyLink, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Oregon PERS has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

*Hefler v. Wells Fargo & Company*, No. 16-cv-5479 (N.D. Cal.)
*Galmi v. Teva Pharmaceutical Industries Limited*, No. 17-cv-558 (D. Conn.)

6. Oregon PERS will not accept any payment for serving as a representative party on behalf of the Class beyond Oregon PERS' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ____ day of August, 2017.

Brian de Haan
Assistant Attorney General
Oregon Department of Justice
*Oregon Public Employees Retirement Fund*

**Oregon Public Employees Retirement Fund**
**Transactions in CenturyLink, Inc. (CTL)**
**Common Stock, Cusip #: 156700106**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/1/2013 | 232 | 34.6316 |
| Purchase | 4/3/2013 | 1,550 | 35.2429 |
| Purchase | 5/7/2013 | 1,700 | 36.9332 |
| Purchase | 5/10/2013 | 1,650 | 37.6635 |
| Purchase | 5/31/2013 | 300 | 35.2733 |
| Purchase | 6/12/2013 | 215 | 35.5250 |
| Purchase | 7/1/2013 | 3,700 | 35.3024 |
| Purchase | 7/11/2013 | 125 | 35.7820 |
| Purchase | 7/18/2013 | 300 | 35.7100 |
| Purchase | 8/12/2013 | 71 | 34.1200 |
| Purchase | 8/29/2013 | 63 | 33.0900 |
| Purchase | 10/4/2013 | 4,000 | 31.1229 |
| Purchase | 11/4/2013 | 100 | 33.6900 |
| Purchase | 11/7/2013 | 100 | 31.9400 |
| Purchase | 12/3/2013 | 500 | 30.2260 |
| Purchase | 12/19/2013 | 18,850 | 31.1006 |
| Purchase | 1/17/2014 | 4,800 | 30.2497 |
| Purchase | 2/6/2014 | 100 | 28.1600 |
| Purchase | 2/7/2014 | 100 | 28.4800 |
| Purchase | 3/18/2014 | 98,800 | 30.9687 |
| Purchase | 5/13/2014 | 40,610 | 36.8675 |
| Purchase | 5/14/2014 | 42,750 | 37.5743 |
| Purchase | 5/15/2014 | 13,440 | 37.8366 |
| Purchase | 6/9/2014 | 5,900 | 36.9097 |
| Purchase | 6/9/2014 | 200 | 36.9299 |
| Purchase | 6/10/2014 | 5,510 | 36.9350 |
| Purchase | 6/10/2014 | 29,750 | 36.9142 |
| Purchase | 6/11/2014 | 28,140 | 36.5107 |
| Purchase | 6/12/2014 | 1700 | 36.2933 |
| Purchase | 7/3/2014 | 100 | 36.0900 |
| Purchase | 7/7/2014 | 5,000 | 36.1638 |
| Purchase | 7/22/2014 | 100 | 37.2900 |
| Purchase | 10/21/2014 | 49,728 | 39.7282 |
| Purchase | 10/22/2014 | 21,313 | 40.1187 |
| Purchase | 10/31/2014 | 200 | 41.6900 |
| Purchase | 11/10/2014 | 4,100 | 39.6945 |
| Purchase | 12/5/2014 | 100 | 39.7742 |
| Purchase | 12/5/2014 | 139 | 39.7742 |
| Purchase | 1/8/2015 | 400 | 38.9600 |
| Purchase | 1/29/2015 | 3,400 | 37.6011 |
| Purchase | 1/30/2015 | 100 | 36.9198 |
| Purchase | 2/24/2015 | 200 | 36.9299 |
| Purchase | 3/10/2015 | 200 | 35.1900 |
| Purchase | 3/10/2015 | 100 | 35.1800 |

**Oregon Public Employees Retirement Fund**
**Transactions in CenturyLink, Inc. (CTL)**
**Common Stock, Cusip #: 156700106**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/12/2015 | 100 | 35.2800 |
| Purchase | 3/17/2015 | 12,680 | 34.8816 |
| Purchase | 5/6/2015 | 5,000 | 34.6754 |
| Purchase | 6/2/2015 | 2,400 | 32.9146 |
| Purchase | 6/5/2015 | 90,413 | 32.3497 |
| Purchase | 6/5/2015 | 300 | 32.3900 |
| Purchase | 6/12/2015 | 37,286 | 32.7768 |
| Purchase | 6/15/2015 | 100 | 32.2500 |
| Purchase | 7/1/2015 | 8,400 | 29.5170 |
| Purchase | 7/28/2015 | 200 | 28.2925 |
| Purchase | 8/6/2015 | 200 | 27.7450 |
| Purchase | 8/13/2015 | 22,360 | 27.9762 |
| Purchase | 8/14/2015 | 1,000 | 28.2200 |
| Purchase | 8/17/2015 | 1,600 | 28.3800 |
| Purchase | 8/18/2015 | 11,000 | 28.2158 |
| Purchase | 8/19/2015 | 48,445 | 28.3428 |
| Purchase | 8/20/2015 | 16,508 | 28.0053 |
| Purchase | 8/21/2015 | 8,439 | 27.3827 |
| Purchase | 9/1/2015 | 100 | 26.0500 |
| Purchase | 9/23/2015 | 319 | 25.1706 |
| Purchase | 9/25/2015 | 100 | 25.2750 |
| Purchase | 10/6/2015 | 400 | 25.5950 |
| Purchase | 10/21/2015 | 9,352 | 27.3525 |
| Purchase | 10/23/2015 | 16,931 | 27.9999 |
| Purchase | 11/25/2015 | 13,300 | 27.0899 |
| Purchase | 12/10/2015 | 3,700 | 26.4920 |
| Purchase | 12/17/2015 | 36,436 | 25.7619 |
| Purchase | 2/10/2016 | 305 | 24.8700 |
| Purchase | 3/21/2016 | 20,200 | 31.6114 |
| Purchase | 5/3/2016 | 14,466 | 30.5009 |
| Purchase | 5/5/2016 | 1,200 | 28.7299 |
| Purchase | 5/5/2016 | 2,200 | 28.8900 |
| Purchase | 5/11/2016 | 1,051 | 28.4716 |
| Purchase | 5/12/2016 | 29,034 | 28.4037 |
| Purchase | 5/13/2016 | 8,733 | 28.3854 |
| Purchase | 6/15/2016 | 6,749 | 27.7361 |
| Purchase | 6/16/2016 | 19,930 | 27.2314 |
| Purchase | 6/30/2016 | 7,319 | 28.9487 |
| Purchase | 7/11/2016 | 6,358 | 30.3448 |
| Purchase | 7/12/2016 | 16,300 | 30.7821 |
| Purchase | 7/19/2016 | 336 | 30.4144 |
| Purchase | 7/20/2016 | 1,845 | 30.3049 |
| Purchase | 7/29/2016 | 29,364 | 31.3237 |
| Purchase | 8/29/2016 | 500 | 28.6900 |

**Oregon Public Employees Retirement Fund**
**Transactions in CenturyLink, Inc. (CTL)**
**Common Stock, Cusip #: 156700106**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 8/31/2016 | 7,317 | 27.8000 |
| Purchase | 9/26/2016 | 1,252 | 27.3692 |
| Purchase | 9/26/2016 | 292 | 27.3467 |
| Purchase | 9/29/2016 | 322 | 27.4231 |
| Purchase | 10/21/2016 | 147 | 28.1550 |
| Purchase | 11/14/2016 | 500 | 24.2690 |
| Purchase | 11/21/2016 | 320 | 25.3100 |
| Purchase | 12/13/2016 | 14,353 | 24.4300 |
| Purchase | 12/15/2016 | 205,492 | 23.7655 |
| Purchase | 2/6/2017 | 5,600 | 25.0500 |
| Purchase | 2/9/2017 | 800 | 24.4875 |
| Purchase | 2/17/2017 | 4,121 | 24.2800 |
| Purchase | 3/27/2017 | 1,100 | 22.4600 |
| Purchase | 4/13/2017 | 15,128 | 25.1200 |
| Sale | 3/5/2013 | (140) | 35.3391 |
| Sale | 4/15/2013 | (9,965) | 36.7962 |
| Sale | 4/15/2013 | (5,850) | 36.5550 |
| Sale | 9/10/2013 | (950) | 32.4853 |
| Sale | 10/10/2013 | (2,000) | 33.0748 |
| Sale | 11/20/2013 | (300) | 32.2500 |
| Sale | 2/14/2014 | (700) | 30.8707 |
| Sale | 3/27/2014 | (200) | 32.4650 |
| Sale | 3/28/2014 | (100) | 32.6300 |
| Sale | 3/28/2014 | (100) | 32.6350 |
| Sale | 4/11/2014 | (900) | 33.4866 |
| Sale | 6/6/2014 | (2,500) | 37.0072 |
| Sale | 7/7/2014 | (100) | 36.0700 |
| Sale | 7/8/2014 | (200) | 36.5100 |
| Sale | 12/1/2014 | (200) | 41.3100 |
| Sale | 7/8/2015 | (66,620) | 29.8650 |
| Sale | 7/15/2015 | (27,590) | 29.5605 |
| Sale | 7/16/2015 | (25,360) | 30.3217 |
| Sale | 7/22/2015 | (17,890) | 29.2628 |
| Sale | 7/23/2015 | (77,850) | 29.0194 |
| Sale | 7/23/2015 | (6,160) | 29.0450 |
| Sale | 7/24/2015 | (28,780) | 28.2758 |
| Sale | 7/27/2015 | (10,450) | 28.0802 |
| Sale | 2/5/2016 | (500) | 26.9600 |
| Sale | 9/21/2016 | (74,600) | 26.8830 |
| Sale | 2/1/2017 | (2,002) | 26.0217 |
| Sale | 2/8/2017 | (69,583) | 24.3824 |
| Sale | 2/14/2017 | (46,033) | 24.5204 |
| Sale | 2/21/2017 | (1,236) | 24.5418 |

**Oregon Public Employees Retirement Fund**
**Transactions in CenturyLink, Inc. (CTL)**
**Common Stock, Cusip #: 156700106**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 2/22/2017 | (2,885) | 24.8108 |
| Sale | 3/7/2017 | (61,600) | 22.9237 |
| Sale | 3/9/2017 | (10,156) | 22.7029 |
| Sale | 3/10/2017 | (30,471) | 23.1038 |
| Sale | 4/19/2017 | (15,128) | 25.2181 |
| Sale | 6/8/2017 | (700) | 25.9679 |

**Oregon Public Employees Retirement Fund**
**Transactions in CenturyLink, Inc. (CTL)**
**CenturyLink 5.625% Due 2020, Cusip #: 912920AC9**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 12/18/2013 | (1,395,000) | 95.4580 |

**Oregon Public Employees Retirement Fund**
**Transactions in CenturyLink, Inc. (CTL)**
**CenturyLink 6.875% Due 2033, Cusip #: 156700AW6**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/18/2013 | 2,420,000 | 100.0000 |
| Purchase | 3/18/2013 | 130,000 | 101.0000 |
| Purchase | 6/5/2013 | 1,485,000 | 101.2500 |
| Sale | 6/18/2013 | (2,470,000) | 103.5000 |
| Sale | 6/18/2013 | (1,565,000) | 103.5000 |