# EXHIBIT D

```
                              CTL 1
Wire: Business Wire (BUS) Date: Aug 15 2017  14:54:00
Holzer & Holzer Files Class Action Suit Against CenturyLink, Inc.
```

Holzer & Holzer Files Class Action Suit Against CenturyLink, Inc.

Business Wire

ATLANTA -- August 15, 2017

Holzer & Holzer, LLC announces that it has filed a class action lawsuit on behalf of investors in CenturyLink, Inc. ("CenturyLink" or the "Company") (NYSE: CTL) who purchased CenturyLink shares between March 1, 2013 and June 19, 2017. The case is pending in the United States District Court for the Western District of Louisiana and captioned Scott v. CenturyLink, Inc., et al., case number 17-cv-01033.

The complaint alleges CenturyLink engaged in unlawful business practices that resulted in unauthorized charges to its clients. Specifically, the Complaint alleges that during the Class Period CenturyLink failed to disclose that CenturyLink's employees added services or lines to accounts without customer permission, resulting in millions of dollars in unauthorized charges to CenturyLink customers. The complaint alleges that, as a result, CenturyLink's revenues were unsustainable.

If you wish to serve as lead plaintiff, you must move the Court by August 21, 2017. If you wish to discuss your legal rights, you are encouraged to contact Corey D. Holzer, Esq. at cholzer@holzerlaw.com or Alexandria P. Rankin, Esq. at arankin@holzerlaw.com or call the firm by toll-free telephone at (888) 508-6832. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

Holzer & Holzer, LLC is an Atlanta, Georgia law firm that dedicates its practice to vigorous representation of shareholders and investors in litigation nationwide, including shareholder class action and derivative litigation. More information about the firm is available through its website, www.holzerlaw.com and upon request from the firm.

View source version on businesswire.com:
http://www.businesswire.com/news/home/20170815006044/en/

Contact:

Holzer & Holzer, LLC
Corey D. Holzer, Esq., 888-508-6832 (toll-free)
cholzer@holzerlaw.com

-0- Aug/15/2017 18:54 GMT

```
-------------------------------=========================-----------------------------
                             Copyright (c) 2017
```

############################ END OF STORY 1 ############################