UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING JR.,<br><br>Defendants. | No. 3:17-CV-01005-RGJ-JPM |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>Defendants. | No. 3:17-cv-01033-RGJ-JPM |

*Caption continued on next page.*

**[PROPOSED] ORDER GRANTING THE MOTION OF THE STATE OF OREGON BY AND THROUGH THE OREGON STATE TREASURER AND THE OREGON PUBLIC EMPLOYEE RETIREMENT BOARD, ON BEHALF OF THE OREGON PUBLIC EMPLOYEE RETIREMENT FUND, FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST III and R. STEWART EWING, JR.,<br><br>　　　　　Defendants. | No. _____ |

Upon consideration of: (1) the Motion filed by the State of Oregon by and through the Oregon State Treasurer and The Oregon Public Employee Retirement Board, on behalf of The Oregon Public Employee Retirement Fund ("Oregon"), for appointment as Lead Plaintiff, approval of its selection of Lead Counsel, and consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Fred Williams Sartor, Jr.; and (4) all other pleadings and arguments submitted to this court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Oregon's Motion is **GRANTED**.

2. Oregon is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), in the above-captioned actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3. Oregon's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Stoll Berne are **APPOINTED** as Lead Counsel for the class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Thummeti v. CenturyLink, Inc.*, No. _____ (W.D. La.), and *Scott v. CenturyLink, Inc.*, No. 3:17-cv-01033-JPM (W.D. La.), are consolidated with *Craig v. CenturyLink, Inc.*, No. 3:17-cv-01005-RGJ-JPM (W.D. La.).

5. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

6. This action shall be captioned "*In re CenturyLink, Inc. Securities Litigation*" and the file shall be maintained under Master File No. 3:17-cv-01005-RGJ-JPM.

2

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HON. ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE