UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:17-cv-01005-RGJ-JPM<br><br>CLASS ACTION |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:17-cv-01033-RGJ-JPM<br><br>CLASS ACTION |

[Caption continued on following page.]

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:17-cv-_____<br>(Transferred from S.D.N.Y. on August 16, 2017, Case No. 1:17-cv-04695-PGG)<br><br>CLASS ACTION |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Amalgamated Bank, as Trustee for the LongView Collective Investment Fund (the "Investment Fund") will move this Court for an order: (1) consolidating the three related actions; (2) appointing the Investment Fund as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; and (3) approving the Investment Fund's selection of Robbins Geller Rudman & Dowd LLP as lead counsel.  In support of this Motion, the Investment Fund submits the accompanying memorandum of law and the declaration of Andrew Lemmon.

DATED:  August 21, 2017       LEMMON LAW FIRM, LLC
                              ANDREW A. LEMMON (#18302)


                                   s/ ANDREW A. LEMMON
                                   ANDREW A. LEMMON

                              15058 River Road
                              Hahnville, LA  70057
                              Telephone:  985/783-6789
                              985/783-1333 (fax)

                              Local Counsel for Plaintiff

                              ROBBINS GELLER RUDMAN
                                & DOWD LLP
                              TRICIA L. McCORMICK
                              655 West Broadway, Suite 1900
                              San Diego, CA  92101-8498
                              Telephone:  619/231-1058
                              619/231-7423 (fax)

                              [Proposed] Lead Counsel for Plaintiff

- 1 -

CERTIFICATE OF SERVICE

    I hereby certify that on August 21, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2017.

                                          s/ ANDREW A. LEMMON
                                          ANDREW A. LEMMON

                                          LEMMON LAW FIRM, LLC
                                          15058 River Road
                                          Hahnville, LA  70057
                                          Telephone:  985/783-6789
                                          985/783-1333 (fax)

                                          E-mail: andrew@lemmonlawfirm.com

# Mailing Information for a Case 3:17-cv-01005-RGJ-JPM Craig v. CenturyLink Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Edward Anhang**
  ganhang@cooley.com

- **Adam M Apton**
  AApton@zlk.com

- **Brandon Wade Creekbaum**
  brandon@hhsclaw.com,monica@hhsclaw.com

- **Thomas M Hayes , III**
  tom@hhsclaw.com,mendy@hhsclaw.com,june@hhsclaw.com

- **Tracy W Houck**
  thouck@suddenlinkmail.com,pcharris@suddenlinkmail.com

- **Patrick W Pendley**
  pwpendley@pbclawfirm.com,nrockforte@pbclawfirm.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Lyle Roberts**
  lroberts@cooley.com,asmith@cooley.com,cmalick@cooley.com,dsachs@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:17-cv-01033-RGJ-JPM Scott v. CenturyLink Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Edward Anhang**
  ganhang@cooley.com

- **Thomas M Hayes , III**
  tom@hhsclaw.com,mendy@hhsclaw.com,june@hhsclaw.com

- **Matthew E Lundy**
  mlundy@lundylawllp.com,ldelcambre@lundylawllp.com

- **Lyle Roberts**
  lroberts@cooley.com,asmith@cooley.com,cmalick@cooley.com,dsachs@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)