UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |  Civil Action No. 3:17-cv-01005-RGJ-JPM<br><br>CLASS ACTION |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:17-cv-01033-RGJ-JPM<br><br>CLASS ACTION |

[Caption continued on following page.]

DECLARATION OF ANDREW LEMMON IN SUPPORT OF MOTION FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF COUNSEL

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:17-cv-_____ (Transferred from S.D.N.Y. on August 16, 2017, Case No. 1:17-cv-04695-PGG) <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | | |
| vs. | | |
| CENTURYLINK, INC., et al., | | |
| Defendants. | | |

I, Andrew Lemmon, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Louisiana and this Court. I am a member of Lemmon Law Firm, LLC, liaison counsel for proposed lead plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund (the "Investment Fund") in the above-captioned action. I make this declaration in support of the Investment Fund's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of class action published on *Globe Newswire*, a national business-oriented publication, dated June 21, 2017;

Exhibit B: The Investment Fund's sworn certification;

Exhibit C: A loss chart of the Investment Fund's estimated losses suffered in connection with its transactions in CenturyLink, Inc.'s securities during the class period; and

Exhibit D: Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of August, 2017, at New Orleans, Louisiana.

                                                s/ ANDREW LEMMON
                                                ANDREW LEMMON

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 21, 2017.

                                                    s/ ANDREW A. LEMMON
                                                    ANDREW A. LEMMON

                                                    LEMMON LAW FIRM, LLC
                                                    15058 River Road
                                                    Hahnville, LA  70057
                                                    Telephone:  985/783-6789
                                                    985/783-1333 (fax)

                                                    E-mail: andrew@lemmonlawfirm.com

# Mailing Information for a Case 3:17-cv-01005-RGJ-JPM Craig v. CenturyLink Inc et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Edward Anhang**
  ganhang@cooley.com

- **Adam M Apton**
  AApton@zlk.com

- **Brandon Wade Creekbaum**
  brandon@hhsclaw.com,monica@hhsclaw.com

- **Thomas M Hayes , III**
  tom@hhsclaw.com,mendy@hhsclaw.com,june@hhsclaw.com

- **Tracy W Houck**
  thouck@suddenlinkmail.com,pcharris@suddenlinkmail.com

- **Patrick W Pendley**
  pwpendley@pbclawfirm.com,nrockforte@pbclawfirm.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Lyle Roberts**
  lroberts@cooley.com,asmith@cooley.com,cmalick@cooley.com,dsachs@cooley.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:17-cv-01033-RGJ-JPM Scott v. CenturyLink Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Edward Anhang**
  ganhang@cooley.com

- **Thomas M Hayes , III**
  tom@hhsclaw.com,mendy@hhsclaw.com,june@hhsclaw.com

- **Matthew E Lundy**
  mlundy@lundylawllp.com,ldelcambre@lundylawllp.com

- **Lyle Roberts**
  lroberts@cooley.com,asmith@cooley.com,cmalick@cooley.com,dsachs@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)