# EXHIBIT C

| Name | Date | Shares Purchased | Share Price | Total Cost | Date** | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Amalgamated Bank, as Trustee for the LongView Collective Investment Fund** | 03/04/2013 | 100 | $35.05 | $3,505.00 | 12/18/2015 | 384 | $25.11 | $9,643.39 | |
| | 03/04/2013 | 3,100 | $35.05 | $108,655.00 | 12/30/2015 | 500 | $25.38 | $12,690.00 | |
| | 03/15/2013 | 900 | $34.37 | $30,930.75 | 02/08/2016 | 144 | $25.63 | $3,690.72 | |
| | 03/21/2013 | 200 | $34.49 | $6,898.00 | 02/24/2016 | 6,400 | $30.01 | $192,064.00 | |
| | 03/21/2013 | 2,300 | $34.55 | $79,473.05 | 03/09/2016 | 400 | $31.53 | $12,612.00 | |
| | 03/21/2013 | 44,900 | $34.60 | $1,553,751.03 | 03/15/2016 | 500 | $31.32 | $15,660.00 | |
| | 04/01/2013 | 800 | $34.83 | $27,864.00 | 03/23/2016 | 1,200 | $31.02 | $37,224.00 | |
| | 04/01/2013 | 14,800 | $34.83 | $515,484.00 | 05/02/2016[B] | 5,300 | $31.48 | $166,844.00 | |
| | 04/09/2013 | 3,200 | $36.35 | $116,320.00 | 06/24/2016 | 189 | $27.93 | $5,278.77 | |
| | 04/18/2013 | 500 | $37.12 | $18,560.00 | 06/24/2016 | 326 | $27.93 | $9,105.18 | |
| | 06/04/2013 | 300 | $34.71 | $10,413.00 | 06/27/2016 | 400 | $26.82 | $10,728.00 | |
| | 06/04/2013 | 8,500 | $34.71 | $295,035.00 | 08/04/2016[B] | 203 | $30.25 | $6,140.75 | |
| | 06/18/2013 | 300 | $36.19 | $10,857.00 | 08/22/2016 | 400 | $28.93 | $11,572.00 | |
| | 06/18/2013 | 7,100 | $36.19 | $256,949.00 | 11/30/2016 | 1,000 | $23.52 | $23,520.00 | |
| | 06/19/2013 | 400 | $35.33 | $14,132.00 | 12/13/2016 | 500 | $24.43 | $12,215.00 | |
| | 06/28/2013 | 37 | $35.41 | $1,310.17 | 12/16/2016 | 2 | $24.17 | $48.34 | |
| | 07/09/2013 | 200 | $35.26 | $7,052.00 | 01/18/2017 | 400 | $25.47 | $10,187.17 | |
| | 07/23/2013 | 300 | $35.87 | $10,761.03 | 02/02/2017 | 113 | $25.26 | $2,854.38 | |
| | 08/01/2013 | 575 | $36.32 | $20,884.00 | 02/16/2017 | 500 | $24.28 | $12,140.00 | |
| | 08/09/2013 | 300 | $33.89 | $10,167.00 | 02/24/2017 | 500 | $24.58 | $12,288.83 | |
| | 08/21/2013 | 400 | $32.32 | $12,928.00 | 03/24/2017 | 400 | $22.76 | $9,103.00 | |
| | 08/23/2013 | 1,100 | $33.30 | $36,630.00 | 03/31/2017 | 1,100 | $23.57 | $25,924.45 | |
| | 09/09/2013 | 700 | $32.02 | $22,414.00 | 05/09/2017 | 400 | $25.03 | $10,011.06 | |
| | 09/30/2013 | 14 | $31.38 | $439.32 | 06/23/2017 | 496 | $24.48 | $12,139.60 | |
| | 10/16/2013 | 200 | $32.92 | $6,584.00 | 08/15/2017 | 193 | $31.18 | $6,016.96 | |
| | 11/14/2013 | 456 | $31.84 | $14,519.04 | held | 114,735 | $22.95 | $2,632,634.60 | |
| | 11/19/2013 | 200 | $32.05 | $6,409.60 | | | | | |
| | 11/20/2013[A] | 1,500 | $31.80 | $47,700.00 | | | | | |
| | 01/02/2014 | 500 | $31.65 | $15,825.00 | | | | | |
| | 01/07/2014 | 400 | $31.41 | $12,564.00 | | | | | |
| | 04/01/2014 | 700 | $33.08 | $23,156.00 | | | | | |
| | 04/24/2014 | 900 | $34.63 | $31,167.00 | | | | | |
| | 04/30/2014 | 13 | $34.91 | $453.83 | | | | | |
| | 06/27/2014 | 355 | $35.78 | $12,701.90 | | | | | |
| | 07/11/2014 | 655 | $36.77 | $24,084.35 | | | | | |
| | 07/31/2014 | 35 | $39.24 | $1,373.40 | | | | | |
| | 09/17/2014 | 200 | $40.35 | $8,070.00 | | | | | |
| | 09/19/2014 | 15 | $40.75 | $611.25 | | | | | |
| | 09/30/2014 | 100 | $40.89 | $4,089.00 | | | | | |
| | 10/08/2014 | 100 | $40.00 | $4,000.00 | | | | | |
| | 12/10/2014 | 372 | $38.40 | $14,284.80 | | | | | |
| | 12/12/2014 | 179 | $37.58 | $6,726.82 | | | | | |
| | 12/15/2014 | 100 | $37.81 | $3,780.50 | | | | | |
| | 12/19/2014 | 600 | $39.70 | $23,820.00 | | | | | |
| | 12/22/2014 | 100 | $39.96 | $3,995.50 | | | | | |
| | 12/22/2014 | 1,000 | $40.19 | $40,190.00 | | | | | |
| | 01/05/2015 | 900 | $38.75 | $34,875.00 | | | | | |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 02/02/2015 | 1,000 | $38.22 | $38,220.00 |
| 02/18/2015 | 295 | $37.51 | $11,065.45 |
| 03/02/2015 | 1,911 | $37.63 | $71,910.93 |
| 03/13/2015 | 91 | $34.42 | $3,132.22 |
| 04/01/2015 | 21 | $35.50 | $745.50 |
| 05/13/2015 | 400 | $34.35 | $13,740.00 |
| 05/15/2015 | 200 | $34.49 | $6,897.50 |
| 05/21/2015 | 100 | $34.25 | $3,425.00 |
| 06/03/2015 | 924 | $32.99 | $30,482.76 |
| 06/17/2015 | 605 | $32.21 | $19,487.05 |
| 06/24/2015 | 600 | $31.70 | $19,020.00 |
| 06/26/2015 | 84 | $29.99 | $2,519.16 |
| 09/01/2015 | 93 | $25.90 | $2,408.70 |
| 09/21/2015 | 200 | $25.88 | $5,176.00 |
| 09/24/2015 | 119 | $25.02 | $2,977.38 |
| 10/30/2015 | 2 | $28.21 | $56.42 |
| 10/30/2015 | 300 | $28.21 | $8,463.00 |
| 11/06/2015 | 416 | $28.59 | $11,892.98 |
| 11/17/2015 | 200 | $28.37 | $5,674.00 |
| 11/24/2015[A] | 1,150 | $27.23 | $31,314.50 |
| 12/18/2015 | 10 | $25.11 | $251.10 |
| 01/07/2016 | 600 | $24.22 | $14,532.00 |
| 01/29/2016 | 21 | $25.42 | $533.82 |
| 01/29/2016 | 41 | $25.42 | $1,042.22 |
| 04/01/2016 | 14 | $32.18 | $450.52 |
| 04/01/2016 | 21 | $32.18 | $675.78 |
| 06/08/2016 | 500 | $27.04 | $13,520.00 |
| 06/13/2016 | 1,123 | $26.89 | $30,197.47 |
| 06/22/2016 | 300 | $27.92 | $8,376.00 |
| 08/23/2016[A] | 3,400 | $29.10 | $98,940.00 |
| 08/31/2016 | 125 | $27.80 | $3,475.00 |
| 10/31/2016 | 500 | $26.58 | $13,290.00 |
| 10/31/2016 | 600 | $26.58 | $15,948.00 |
| 11/01/2016 | 740 | $24.97 | $18,477.80 |
| 11/01/2016[A] | 8,407 | $24.97 | $209,922.79 |
| 11/02/2016 | 131 | $24.18 | $3,167.58 |
| 11/30/2016 | 88 | $23.52 | $2,069.76 |
| 12/01/2016 | 66 | $23.74 | $1,566.84 |
| 12/16/2016 | 3 | $24.17 | $72.51 |
| 12/23/2016[A] | 595 | $24.06 | $14,315.70 |
| 01/03/2017 | 700 | $25.35 | $17,746.40 |
| 01/13/2017 | 132 | $25.26 | $3,334.32 |
| 01/19/2017 | 396 | $25.50 | $10,098.00 |
| 02/01/2017 | 500 | $25.51 | $12,755.00 |
| 02/01/2017 | 999 | $25.52 | $25,489.49 |
| 02/13/2017 | 400 | $24.62 | $9,848.72 |
| 02/15/2017 | 226 | $24.40 | $5,514.40 |
| 03/31/2017 | 1,419 | $23.58 | $33,452.93 |
| 04/03/2017 | 337 | $23.61 | $7,954.89 |
| 04/27/2017[A] | 2,714 | $25.79 | $69,994.06 |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 05/01/2017 | 600 | $25.38 | $15,228.90 |
| 05/01/2017 | 794 | $25.39 | $20,155.69 |
| 05/03/2017 | 161 | $25.42 | $4,092.62 |
| 05/09/2017 | 572 | $25.03 | $14,317.16 |
| 06/14/2017 | 133 | $27.31 | $3,632.23 |

**Movant's Total**     136,685     $4,505,441.59     136,685     $3,262,336.20     ($1,243,105.39)

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $22.95 as of August 18, 2017 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

[A]Shares that were received in.
[B]Shares that were delivered out.