UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:17-cv-01005-RGJ-JPM<br><br>CLASS ACTION |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:17-cv-01033-RGJ-JPM<br><br>CLASS ACTION |

[Caption continued on following page.]

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 3:17-cv-_____ (Transferred from S.D.N.Y. on August 16, 2017, Case No. 1:17-cv-04695-PGG) |
| Plaintiff, | CLASS ACTION |
| vs. | |
| CENTURYLINK, INC., et al., | |
| Defendants. | |

Having considered Amalgamated Bank, as Trustee for the LongView Collective Investment Fund's (the "Investment Fund") Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Thummeti v. CenturyLink, Inc., et al.*, S.D.N.Y. No. 1:17-cv-004695-PGG (transferred August 16, 2017), *Craig v. CenturyLink, Inc., et al.*, No. 3:17-cv-01005-RGJ-JPM, and *Scott v. CenturyLink, Inc., et al.*, No. 3:17-cv-01033-RGJ-JPM are hereby consolidated as *In re CenturyLink, Inc. Securities Litigation*, Master File No. 3:17-cv-01005-RGJ-JPM:

    (a) The file in Case No. 3:17-cv-01005-RGJ-JPM shall constitute the master file for every action in the consolidated action. When a document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action; and

    (b) All securities class actions subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel;

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), the Investment Fund is appointed Lead Plaintiff for the class; and

- 2 -

4.  Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE