**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **BENJAMIN CRAIG** | **CASE NO. 3:17-CV-01005** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CENTURYLINK INC. ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The Motions to Consolidate Case, Motion to Appoint Lead Plaintiff, Motion for Approval of Selection of Lead Counsel filed on August 21, 2017 by CenturyLink Investor Group, K B C Asset Management N V, State of Oregon, Amalgamated Bank, City of Detroit Police & Fire Retirement System, Laborers Pension Trust Fund – Detroit & Vicinity were DEFICIENT for the following reason(s):

- ✓ You do not indicate whether opposing counsel consent to the granting of this ex parte motion (i.e. Motion to Consolidate). Please refer to LR7.4.1, 7.6, or 7.9 for specific instructions regarding statements of consent.
  The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.