UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:17-cv-01005-RGJ-JPM<br><br>CLASS ACTION |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:17-cv-01033-RGJ-JPM<br><br>CLASS ACTION |

[Caption continued on following page.]

NOTICE OF CONSENT TO MOTION FOR CONSOLIDATION

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated, ) )| Civil Action No. 3:17-cv-01065-RGJ-JPM |
| ) Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) CENTURYLINK, INC., et al., ) ) Defendants. ) ) ) | |

On August 21, 2017, Amalgamated Bank, as Trustee for the LongView Collective Investment Fund (the "Investment Fund") filed a motion for consolidation of three Related Actions: (1) *Thummeti v. CenturyLink, Inc., et al.*, No. 3:17-cv-01065-RGJ-JPM (filed June 21, 2017 in S.D.N.Y. and transferred to W.D. La. on August 16, 2017); (2) *Craig v. CenturyLink, Inc., et al.*, No. 3:17-cv-01005-RGJ-JPM (filed June 22, 2017 in S.D.N.Y. and transferred to W.D. La. on August 8, 2017); and (3) *Scott v. CenturyLink, Inc., et al.*, No. 3:17-cv-01033-RGJ-JPM (filed August 15, 2017 in W.D. La.). Dkt. No. 29. Five other lead plaintiff movants also sought consolidation of the Related Actions on August 21, 2017. *See* Dkt. Nos. 21, 24, 25, 26, and 28. On August 23, 2017, counsel for the Investment Fund contacted counsel for defendants to determine defendants' position on the Investment Fund's motion for consolidation. Defense counsel communicated that defendants consent to the consolidation of the Related Actions.

In the same motion, the Investment Fund also sought to have the Investment Fund appointed as lead plaintiff and to have its selection of lead counsel approved under the Private Securities Litigation Reform Act of 1995. *See* Dkt. No. 29. This notice of consent involves only the motion to consolidate the Related Actions and does not pertain in any way to the portions of the motion relating to appointment of lead plaintiff and lead counsel.

DATED:  August 23, 2017                              LEMMON LAW FIRM, LLC
                                                                                 ANDREW A. LEMMON (#18302)


                                                                        s/ ANDREW A. LEMMON
                                                                          ANDREW A. LEMMON

                                                15058 River Road
                                                Hahnville, LA  70057
                                                Telephone:  985/783-6789
                                                985/783-1333 (fax)

                                                Local Counsel for Plaintiff

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRICIA L. McCORMICK
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 23, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 23, 2017.

                                                                             s/ ANDREW A. LEMMON
                                                                             ANDREW A. LEMMON

                                                                             LEMMON LAW FIRM, LLC
                                                                             15058 River Road
                                                                             Hahnville, LA  70057
                                                                             Telephone:  985/783-6789
                                                                             985/783-1333 (fax)

                                                                             E-mail: andrew@lemmonlawfirm.com

## Mailing Information for a Case 3:17-cv-01005-RGJ-JPM Craig v. CenturyLink Inc et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Edward Anhang**
  ganhang@cooley.com

- **Adam M Apton**
  AApton@zlk.com

- **Jason W Burge**
  jburge@fishmanhaygood.com,smandava@fishmanhaygood.com

- **Brandon Wade Creekbaum**
  brandon@hhsclaw.com,monica@hhsclaw.com

- **Thomas M Hayes , III**
  tom@hhsclaw.com,mendy@hhsclaw.com,june@hhsclaw.com

- **Tracy W Houck**
  thouck@suddenlinkmail.com,pcharris@suddenlinkmail.com

- **Andrew Allen Lemmon**
  court@lemmonlawfirm.com,tiffany@lemmonlawfirm.com,andrew@lemmonlawfirm.com

- **Patrick W Pendley**
  pwpendley@pbclawfirm.com,nrockforte@pbclawfirm.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Lyle Roberts**
  lroberts@cooley.com,asmith@cooley.com,cmalick@cooley.com,dsachs@cooley.com

- **James Parkerson Roy**
  jimr@wrightroy.com,susanl@wrightroy.com

- **John Parkerson Roy**
  johnr@wrightroy.com

- **Fred W Sartor , Jr**
  wsartor@nzsslaw.com,Benjamin.Riesenberg@blbglaw.com,errol.hall@blbglaw.com,Scott.Foglietta@blbglaw.com,Matthew.Mahady@blbglaw.com,Jesse.Axman@blb

- **George M Snellings , IV**
  gsnellings@nzsslaw.com,kmarsala@nzsslaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)