UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING JR.,<br><br>　　　　　Defendants. | No. 3:17-CV-01005-SMH-JPM |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>　　　　　Defendants. | No. 3:17-cv-01033-SMH-JPM |

*Caption continued on next page.*

**CERTIFICATE OF CONSENT**

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST III and R. STEWART EWING, JR.,<br><br>　　　　　　Defendants. | No. 3:17-cv-01065-RGJ-JPM |

On August 21, 2017, the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon") filed a motion for consolidation of three related actions pending in this District: (1) *Craig v. CenturyLink, Inc.*, No. 3:17-cv-01005-SMH-JPM; (2) *Scott v. CenturyLink, Inc.*, No. 3:17-cv-01033-SMH-JPM; and (3) *Thummeti v. CenturyLink, Inc.*, No. 3:17-cv-01065-RGJ-JPM (collectively, the "Related Actions"). *See* ECF No. 28. That same day, five other lead plaintiff movants also sought consolidation of the Related Actions. *See* ECF Nos. 21, 24, 25, 26, 29.

Pursuant to Local Rule 7.4.1, the undersigned hereby certifies to this Honorable Court that, on August 23, 2017, counsel for Oregon conferred with counsel for Defendants and requested Defendants' consent to Oregon's motion for consolidation. The undersigned further certifies that Defendants' counsel communicated that Defendants consent to the consolidation of the Related Actions.

Dated: August 24, 2017                                   Respectfully Submitted,

*/s/ Fred Williams Sartor, Jr.*
Fred Williams Sartor, Jr.
George M. Snellings, IV
**NELSON, ZENTNER, SARTOR & SNELLINGS, LLC**
1507 Royal Avenue (71201)
P. O. Box 14420 (71207-4420)
Monroe, Louisiana
Telephone: (318) 388-4454
Facsimile: (318) 388-4447

*Local counsel for Proposed Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund*

1

2

Gerald H. Silk
Avi Josefson
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com


Keith A. Ketterling
Keith S. Dubanevich
Jennifer A. Wagner
Keil M. Mueller
**STOLL BERNE**
209 Southwest Oak Street
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
kdubanevich@stollberne.com
jwagner@stollberne.com
kmueller@stollberne.com


*Special Assistant Attorneys General and Counsel for Proposed Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Proposed Lead Counsel for the Class*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this day, August 24, 2017, I electronically filed the above Certificate of Consent using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                */s/ Fred Williams Sartor, Jr.*
                Fred Williams Sartor, Jr.