UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENJAMIN CRAIG, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING, JR.<br><br>    Defendants. | Civil Action No: 17-cv-01005-SMH-JPM<br><br>JUDGE S. MAURICE HICKS |
| DON J. SCOTT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>    Defendants. | Civil Action No.: 17-cv-01033 |
| AMARENDRA THUMMETI, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR.,<br><br>    Defendants | Civil Action No.: 17-cv-04695 (S.D.N.Y.)<br><br>*Joint Stipulation filed on August 16, 2017 to transfer case to U.S.D.C. Western District of Louisiana* |

## NOTICE OF WITHDRAWAL OF MOTION OF SONA ANDRESIAN FOR MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

PLEASE TAKE NOTICE that lead plaintiff Movant Sona Andresian ("Movant Andresian") hereby withdraws her motion which sought her appointment as Lead Plaintiff and approval of her selection of Lead Counsel.

On August 21, 2017, Movant Andresian filed a motion under the Private Securities Litigation Reform Act of 1995 ("PSLRA") asking the Court to consolidate the above-captioned related actions, appoint Movant Andresian as Lead Plaintiff for the Class, and approve Movant Andresian's selection of Lead Counsel for the Class. (Dkt. No. 21.)

Based upon Movant Andresian's review of the submission of other movants, it appears that Movant Andresian does not assert the largest financial interest in the relief being sought by the Class within the meaning of the PSLRA and thus hereby withdraws her motion.

Lead Plaintiff Movant Andresian remains ready, willing and able to serve as lead plaintiff should the Court decline to appoint another movant.

This withdrawal shall have no effect upon Movant Andresian's rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of these actions through settlement, judgment or otherwise.

Dated: August 24, 2017

**PENDLEY, BAUDIN & COFFIN**

By: /s/ *Patrick W. Pendley*
    Patrick W. Pendley
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Telephone: (888) 725-2477
Facsimile: (225) 687-6398

*Proposed Liaison Counsel for the Class*

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
Thomas J. McKenna
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

*Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 24, 2017.

*/s/ Patrick W. Pendley*
Patrick W. Pendley