# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

---------------------------------------------------------- x
BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING, JR.,

    Defendants.

No. 17-cv-01005-SMH-JPM

**CLASS ACTION**

JUDGE S. MAURICE HICKS
MAG. JUDGE JOSEPH H L PEREZ-MONTES

---------------------------------------------------------- x
DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,

    Defendants.

No. 17-cv-01033-SMH-JPM

**CLASS ACTION**

JUDGE S. MAURICE HICKS
MAG. JUDGE JOSEPH H L PEREZ-MONTES

---------------------------------------------------------- x
AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR.,

    Defendants.

No. 17-cv-01065-RGJ-JPM

**CLASS ACTION**

JUDGE ROBERT G. JAMES
MAG. JUDGE JOSEPH H L PEREZ-MONTES

---------------------------------------------------------- x

**CORRECTIVE DOCUMENT**
**CERTIFICATE OF CONSENT TO MOTION FOR CONSOLIDATION FILED BY MOVANT, KBC ASSET MANAGEMENT NV**

On August 21, 2017, KBC Asset Management NV ("KBC") filed a motion for consolidation of three Related Actions:  (1) *Craig vs. CenturyLink, Inc.,* No.  3:17-cv-01005-SMH-JPM; (2) *Scott vs. CenturyLink, Inc.,* No. 3:17-cv-01033-SMH-JPM; and (3) *Thummeti vs. CenturyLink, Inc.,* No. 3:17-cv-01065-RGJ-JPM (collectively, the "Related Actions").  *See* Document No. 25.  That same day, five other lead plaintiff movants also sought consolidation of the Related Actions.  *See* Document numbers 21, 24, 26, 28, and 29.  On August 24, 2017, counsel for KBC contacted counsel for defendants to determine defendants' position on KBC's motion for consolidation.  Defense counsel communicated that defendants consent to the consolidation of the Related Actions.

In the same motion, KBC also sought to have KBC appointed as lead plaintiff and to have its selection of lead counsel approved under the Private Securities Litigation Reform Act of 1995.  *See* Document No. 25.  This notice of consent involves only the motion to consolidate the Related Actions and does not pertain in any way to the portions of the motion relating to appointment of lead plaintiff and lead counsel.

DATED:  August 24, 2017              Respectfully submitted,

**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**

*s/ James P. Roy*
James P. Roy (La. 11511)
John Parkerson Roy (La. 32048)
556 Jefferson St., Suite 500
Lafayette, LA  70501
Telephone:  (337) 233-3033
Facsimile:  (337) 232-8213
jimr@wrightroy.com
johnr@wrightroy.com
*Counsel for KBC Asset Management NV*

**MOTLEY RICE LLC**
James M. Hughes
Gregg S. Levin
20 Church St., 17th Floor
Hartford, CT  06103
Telephone:  (860) 882-1681
Facsimile:  (860) 882-1682
jhughes@motleyrice.com
glevin@motleyrice.com
*Counsel for KBC Asset Management NV*
*and [Proposed] Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

Executed on August 24, 2017.

**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**

*s/ James P. Roy*
James Parkerson Roy (La. 11511)
John Parkerson Roy (La. 32048)
556 Jefferson St., Suite 500
Lafayette, LA  70501
Telephone:  (337) 233-3033
Facsimile:  (337)232-8213
jimr@wrightroy.com
johnr@wrightroy.com
*Counsel for KBC Asset Management NV*