# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENJAMIN CRAIG, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING, JR.<br><br>              Defendants. | Civil Action No: 17-cv-01005-SMH-JPM<br><br>**JUDGE S. MAURICE HICKS** |
| DON J. SCOTT, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>              Defendants. | Civil Action No.: 17-cv-01033 |
| AMARENDRA THUMMETI, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR.,<br><br>              Defendants | Civil Action No.: 17-cv-04695 (S.D.N.Y.)<br><br>*Joint Stipulation filed on August 16, 2017 to transfer case to U.S.D.C. Western District of Louisiana* |

## [PROPOSED] ORDER

Considering the Motion of Withdrawal of Sona Andresian's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel (D.E. 35),

**IT IS ORDERED** that the Motion is **GRANTED**.

Shreveport, Louisiana, this_____ day of _____, 2017.

_____
THE HONORABLE S. MAURICE HICKS