**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CENTURYLINK, INC., GLEN F. POST III, and STEWART EWING JR.,<br><br>      Defendants. | Case No. 3:17-cv-01005-RGJ-JPM |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CENTURYLINK, INC., GLEN F. POST III, R. STEWART EWING JR., and DAVID D. COLE<br><br>      Defendants. | Case No. 3:17-cv-01033-RGJ-JPM |
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CENTURYLINK, INC., GLEN F. POST III, and R. STEWART EWING JR.,<br><br>      Defendants. | Case No. 3:17-cv-01065-RGJ-JPM |

**NOTICE OF CONSENT TO MOTION OF CONSOLIDATION**

On August 21, 2017, Proposed Lead Plaintiff Police and Fire Retirement System of the City of Detroit ("Detroit P&F") and Laborers Pension Trust Fund – Detroit and Vicinity ("Detroit Laborers") (collectively, the "Detroit Institutional Investor Group"), filed a motion for consolidation of the three above-captioned Related Actions: (1) *Thummeti v. CenturyLink, Inc.,* No. 3:17-cv-01065-RGJ-JPM (filed June 21, 2017 in S.D.N.Y. and transferred to W.D. La. on August 16, 2017); (2) *Craig v. CenturyLink, Inc.,* No. 3:17-cv-01005-RGJ-JPM (filed June 22, 2017 in S.D.N.Y. and transferred to W.D. La. on August 8, 2017); and (3) S*cott v. CenturyLink, Inc.,* No. 3:17-cv-01033-RGJ-JPM (filed August 15, 2017 in W.D. La.). Dkt. No. 26. Five other lead plaintiff movants also sought consolidation of the Related Actions on August 21, 2017. *See* Dkt. Nos. 21, 24, 25, 28, and 29. On August 24, 2017, counsel for the Detroit Institutional Investor Group contacted counsel for Defendants to determine Defendants' position on the Detroit Institutional Investor Group's motion for consolidation. Defense counsel communicated that Defendants consent to the consolidation of the Related Actions.

In the same motion, the Detroit Institutional Investor Group also sought to have the Detroit Institutional Investor Group appointed as lead plaintiff and to have its selection of lead counsel approved under the Private Securities Litigation Reform Act of 1995. *See* Dkt. No. 26. This notice of consent involves only the motion to consolidate the Related Actions and does not pertain in any way to the portions of the motion relating to appointment of lead plaintiff and selection of lead counsel.

DATED:  August 25, 2017                                                  Respectfully submitted,

                                                     */s/ Jason W. Burge*
                                                        Jason W. Burge

                                                  **FISHMAN HAYGOOD L.L.P.**
                                                  Jason W. Burge (La. Bar No. 30420)
                                                  201 St. Charles Avenue, Suite 4600

New Orleans, Louisiana 70170
Telephone: (504) 586-5241
Facsimile: (504) 586-5250
jburge@fishmanhaygood.com

*Proposed Liaison Counsel*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

**KIRBY McINERNEY LLP**
Peter S. Linden
Ira M. Press
Christopher S. Studebaker
825 Third Avenue, Floor 16
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
plinden@kmllp.com
ipress@kmllp.com
cstudebaker@kmllp.com

*Counsel for the Detroit Institutional Investor Group and Proposed Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, a copy of the foregoing Notice of Consent to Motion of Consolidation was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 25, 2017.


                             /s/ Jason W. Burge
                              Jason W. Burge

**FISHMAN HAYGOOD L.L.P.**
Jason W. Burge (La. Bar No. 30420)
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5241
Facsimile: (504) 586-5250
jburge@fishmanhaygood.com