UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, individually and on behalf of all others similarly situated, | ) CASE NO. 3:17-cv-01005-SMH-JPM ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR., | ) JUDGE S. MAURICE HICKS, JR. ) |
| Defendants. | ) MAGISTRATE JUDGE JOSEPH H. L. PEREZ- ) MONTES ) |

**CORPORATE DISCLOSURE STATEMENT
OF CENTURYLINK, INC.**

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant CenturyLink, Inc. ("CenturyLink") hereby discloses that it has no parent corporation. To CenturyLink's knowledge, no publicly held company owns 10% or more of CenturyLink's ordinary shares.

Dated: August 29, 2017

Respectfully submitted,

| COOLEY LLP | HAYES, HARKEY, SMITH & CASCIO, LLP |
|---|---|
| */s Lyle Roberts* | */s Thomas M. Hayes, III* |
| Lyle Roberts (*admitted pro hac vice*) | Thomas M. Hayes, III, No. 6685 |
| George Anhang (*admitted pro hac vice*) | Brandon W. Creekbaum, No. 33791 |
| 1299 Pennsylvania Avenue, NW, Suite 700 | 2811 Kilpatrick Blvd. |
| Washington, DC 20004-2400 | Monroe, LA 71201 |
| Telephone: (202) 842-7855 | Telephone: (318) 387-2422 |
| Facsimile: (202) 842-7899 | Facsimile: (318) 388-5809 |
| lroberts@cooley.com | tom@hhsclaw.com |
| ganhang@cooley.com | brandon@hhsclaw.com |

*Counsel for Defendant CenturyLink, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served via the Court's electronic noticing system to counsel of record, listed below, this 29th day of August 2017.

Nicholas I. Porritt
Adam M. Apton
LEVI & KORSINSKY, LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone:  (212) 363-7500
Facsimile:  (212) 363-7171
nporritt@zlk.com
aapton@zlk.com

*Counsel for Plaintiff Benjamin Craig*

                                            */s Thomas M. Hayes, III*
                                            THOMAS M. HAYES, III