# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III AND R. STEWART EWING JR,<br><br>　　　　　　　　　　　　Defendants. | No.: 3:17-cv-01005<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF CENTURYLINK INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. AND DAVID D. COLE,<br><br>　　　　　　　　　　　　Defendants. | No.: 3:17-cv-01033 |

　　　　PLEASE TAKE NOTICE that Allen Feldman, Mark D. Alger, Tae Yi, Essex Lacy, and Art Kleppen (collectively, the "CenturyLink Investor Group") herby withdraw their motion for consolidation, appointment as lead plaintiffs, and approval of selection of Lead Counsel (Docket Entry No. 24). This withdrawal shall have no effect upon CenturyLink Investor Group's rights as members of the proposed class, including, but not limited to, the right to participate and recover as a class member in this litigation.

1

Dated: August 30, 2017

                              Respectfully submitted,

**HOUCK & RIGGLE, LLC**

*/s/* Tracy Houck             .
Tracy W. Houck, Esq.
La. Bar. No 26660
301 South Bonner Street, P.O. Box 1958
Ruston, Louisiana 71273
Phone: (318) 255-4066
Fax: (318) 366-8520
THouck@suddenlinkmail.com

*Counsel for Movants and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
        ahood@pomlaw.com

**-** and -

**GLANCY   PRONGAY   &   MURRAY   LLP**
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movants and
Proposed Co-Lead Counsel for the Class*