# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br> CENTURYLINK, INC., GLEN F. POST, III AND R. STEWART EWING JR, <br><br> Defendants. | No.: 3:17-cv-01005 <br><br> **NOTICE OF WITHDRAWAL OF MOTION OF CENTURYLINK INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br> CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. AND DAVID D. COLE, <br><br> Defendants. | No.: 3:17-cv-01033 |

## ORDER

Considering Allen Feldman, Mark D. Alger, Tae Yi, Essex Lacy, and Art Kleppen (collectively, the "CenturyLink Investor Group") motion to withdraw their motion for consolidation, appointment as lead plaintiffs, and approval of selection of Lead Counsel (Docket Entry No. 41):

**IT IS HEREBY ORDERED** that said motion is granted. This withdrawal shall have no effect upon CenturyLink Investor Group's rights as members of the proposed class, including, but not limited to, the right to participate and recover as a class member in this litigation.

1

Monroe, Louisiana, this  5th    day of September, 2017.

                                                        **UNITED STATES DISTRICT COURT JUDGE**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 31st day of August, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                /s/ Tracy W. Houck  
                                                **TRACY W. HOUCK**