UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING, JR.,<br><br>Defendants. | : : : : : : : : : : : : : | No. 17-cv-01005-SMH-JPM<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>Defendants. | : : : : : : : : : : : : : : | No. 17-cv-01033-SMH-JPM<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR.,<br><br>Defendants. | : : : : : : : : : : : : | No. 17-cv-01065-SMH-JPM<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF JAMES P. ROY IN THE FURTHER SUPPORT OF THE MOTION OF KBC ASSET MANAGEMENT NV FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL, AND IN OPPOSITION TO THE COMPETING MOTIONS**

I, James P. Roy, declare as follows:

1. I am an attorney admitted to practice before the United States District Court for the Western District of Louisiana. I am an attorney with the law firm of Domengeaux Wright Roy & Edwards LLC, counsel for proposed Lead Plaintiff KBC Asset Management NV ("KBC"). I make this declaration in support of KBC's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. Attached hereto is a true and correct copy of the following exhibit:

Exhibit A:   Amalgamated Bank LIFO Loss Chart

Executed this 11th day of September 2017, at Lafayette, Louisiana.

*s/ James P. Roy*
James P. Roy

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

Executed on September 11, 2017.

*/s/James Parkerson Roy*
James Parkerson Roy (La. 11511)
John Parkerson Roy (La. 32048)
**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
556 Jefferson St., Suite 500
Lafayette, LA  70501
Telephone:  (337) 233-3033
Facsimile:  (337)232-8213
jimr@wrightroy.com
johnr@wrightroy.com