## CenturyLink, Inc. (CTL)
## Amalgamated Bank

Class Period: 3/1/2013 - 6/19/2017                                          Hold Price: $22.9453

| Amalgamated Bank | | | | |
| --- | --- | --- | --- | --- |
| Transaction Type | Date | Quantity | Price* | Amount |
| Pre-Class Shares | | 141,597 | | |
| Purchase | 3/4/2013 | 100 | $35.0500 | ($3,505.00) |
| Purchase | 3/4/2013 | 3,100 | $35.0500 | ($108,655.00) |
| Purchase | 3/15/2013 | 900 | $34.3700 | ($30,933.00) |
| Purchase | 3/21/2013 | 200 | $34.4900 | ($6,898.00) |
| Purchase | 3/21/2013 | 2,300 | $34.5500 | ($79,465.00) |
| Purchase | 3/21/2013 | 44,900 | $34.6000 | ($1,553,540.00) |
| Sale | 3/25/2013 | (1,600) | $34.9900 | $55,984.00 |
| Purchase | 4/1/2013 | 800 | $34.8300 | ($27,864.00) |
| Purchase | 4/1/2013 | 14,800 | $34.8300 | ($515,484.00) |
| Purchase | 4/9/2013 | 3,200 | $36.3500 | ($116,320.00) |
| Purchase | 4/18/2013 | 500 | $37.1200 | ($18,560.00) |
| Sale | 4/22/2013 | (200) | $37.3500 | $7,470.00 |
| Sale | 5/1/2013 | (700) | $37.1900 | $26,033.00 |
| Sale | 5/15/2013 | (100) | $37.8500 | $3,785.00 |
| Purchase | 6/4/2013 | 300 | $34.7100 | ($10,413.00) |
| Purchase | 6/4/2013 | 8,500 | $34.7100 | ($295,035.00) |
| Purchase | 6/18/2013 | 300 | $36.1900 | ($10,857.00) |
| Purchase | 6/18/2013 | 7,100 | $36.1900 | ($256,949.00) |
| Purchase | 6/19/2013 | 400 | $35.3300 | ($14,132.00) |
| Sale | 6/21/2013 | (500) | $34.1900 | $17,095.00 |
| Sale | 6/21/2013 | (2,600) | $34.1900 | $88,894.00 |
| Sale | 6/25/2013 | (100) | $34.9600 | $3,496.00 |
| Sale | 6/26/2013 | (200) | $34.8500 | $6,970.00 |
| Sale | 6/27/2013 | (900) | $35.2700 | $31,743.00 |
| Purchase | 6/28/2013 | 37 | $35.4100 | ($1,310.17) |
| Sale | 6/28/2013 | (169) | $35.3500 | $5,974.15 |
| Sale | 7/1/2013 | (100) | $35.0800 | $3,508.00 |
| Purchase | 7/9/2013 | 200 | $35.2600 | ($7,052.00) |
| Sale | 7/9/2013 | (200) | $35.3100 | $7,062.00 |
| Sale | 7/10/2013 | (200) | $35.4600 | $7,092.00 |
| Purchase | 7/23/2013 | 300 | $35.8700 | ($10,761.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 8/1/2013 | 575 | $36.3200 | ($20,884.00) |
| Purchase | 8/9/2013 | 300 | $33.8900 | ($10,167.00) |
| Sale | 8/16/2013 | (329) | $32.9200 | $10,830.68 |
| Purchase | 8/21/2013 | 400 | $32.3200 | ($12,928.00) |
| Purchase | 8/23/2013 | 1,100 | $33.3000 | ($36,630.00) |
| Sale | 8/26/2013 | (271) | $33.1400 | $8,980.94 |
| Sale | 8/29/2013 | (200) | $33.1000 | $6,620.00 |
| Purchase | 9/9/2013 | 700 | $32.0200 | ($22,414.00) |
| Sale | 9/12/2013 | (200) | $32.3800 | $6,476.00 |
| Sale | 9/13/2013 | (345) | $32.3400 | $11,157.30 |
| Sale | 9/20/2013 | (300) | $32.2900 | $9,687.00 |
| Sale | 9/20/2013 | (1,300) | $32.2900 | $41,977.00 |
| Purchase | 9/30/2013 | 14 | $31.3800 | ($439.32) |
| Sale | 9/30/2013 | (4) | $31.3800 | $125.52 |
| Sale | 10/1/2013 | (100) | $31.7600 | $3,176.00 |
| Sale | 10/1/2013 | (800) | $31.7600 | $25,408.00 |
| Sale | 10/2/2013 | (400) | $31.8200 | $12,728.00 |
| Sale | 10/10/2013 | (295) | $33.3400 | $9,835.30 |
| Sale | 10/11/2013 | (300) | $33.2200 | $9,966.00 |
| Purchase | 10/16/2013 | 200 | $32.9200 | ($6,584.00) |
| Sale | 10/22/2013 | (312) | $33.4200 | $10,427.04 |
| Sale | 10/30/2013 | (200) | $33.5300 | $6,706.00 |
| Purchase | 11/14/2013 | 456 | $31.8400 | ($14,519.04) |
| Sale | 11/14/2013 | (2,000) | $31.8400 | $63,680.00 |
| Purchase | 11/19/2013 | 200 | $32.0500 | ($6,410.00) |
| Purchase | 11/20/2013 | 1,500 | $31.8000 | ($47,700.00) |
| Sale | 11/20/2013 | (100) | $31.8000 | $3,180.00 |
| Sale | 11/21/2013 | (600) | $31.0800 | $18,648.00 |
| Sale | 11/27/2013 | (200) | $30.7200 | $6,144.00 |
| Sale | 12/11/2013 | (4,800) | $30.7100 | $147,408.00 |
| Sale | 12/11/2013 | (13,300) | $30.7100 | $408,443.00 |
| Sale | 12/18/2013 | (1,300) | $31.8400 | $41,392.00 |
| Sale | 12/20/2013 | (3) | $31.0400 | $93.12 |
| Sale | 12/20/2013 | (7) | $31.0400 | $217.28 |
| Sale | 12/20/2013 | (400) | $31.0500 | $12,420.00 |
| Sale | 12/20/2013 | (1,700) | $31.0500 | $52,785.00 |
| Purchase | 1/2/2014 | 500 | $31.6500 | ($15,825.00) |
| Sale | 1/2/2014 | (200) | $31.6500 | $6,330.00 |
| Purchase | 1/7/2014 | 400 | $31.4100 | ($12,564.00) |

| | | | | |
|---|---|---|---|---|
| Sale | 1/22/2014 | (300) | $29.5000 | $8,850.00 |
| Sale | 1/27/2014 | (100) | $29.0800 | $2,908.00 |
| Sale | 1/30/2014 | (4,300) | $29.1200 | $125,216.00 |
| Sale | 2/25/2014 | (3,100) | $31.3400 | $97,154.00 |
| Sale | 2/25/2014 | (48,947) | $31.3400 | $1,533,998.98 |
| Sale of Pre-Class Shares | 2/25/2014 | (13,253) | $31.3400 | $415,349.02 |
| Sale of Pre-Class Shares | 2/26/2014 | (200) | $30.8000 | $6,160.00 |
| Sale of Pre-Class Shares | 3/21/2014 | (700) | $31.3400 | $21,938.00 |
| Sale of Pre-Class Shares | 3/21/2014 | (1,700) | $31.3400 | $53,278.00 |
| Sale of Pre-Class Shares | 3/24/2014 | (200) | $31.5400 | $6,308.00 |
| Sale of Pre-Class Shares | 3/25/2014 | (359) | $31.9100 | $11,455.69 |
| Sale of Pre-Class Shares | 3/26/2014 | (200) | $32.2900 | $6,458.00 |
| Sale of Pre-Class Shares | 3/31/2014 | (200) | $32.8400 | $6,568.00 |
| Sale of Pre-Class Shares | 3/31/2014 | (209) | $32.8400 | $6,863.56 |
| Sale of Pre-Class Shares | 3/31/2014 | (402) | $32.8400 | $13,201.68 |
| Purchase | 4/1/2014 | 700 | $33.0800 | ($23,156.00) |
| Purchase | 4/24/2014 | 900 | $34.6300 | ($31,167.00) |
| Purchase | 4/30/2014 | 13 | $34.9100 | ($453.83) |
| Sale | 4/30/2014 | (300) | $34.9100 | $10,473.00 |
| Sale | 5/1/2014 | (200) | $34.9600 | $6,992.00 |
| Sale | 5/13/2014 | (357) | $36.9700 | $13,198.29 |
| Sale | 5/23/2014 | (582) | $37.2800 | $21,696.96 |
| Sale | 6/25/2014 | (174) | $36.1500 | $6,290.10 |
| Sale of Pre-Class Shares | 6/25/2014 | (126) | $36.1500 | $4,554.90 |
| Purchase | 6/27/2014 | 355 | $35.7800 | ($12,701.90) |
| Sale | 6/27/2014 | (76) | $35.7800 | $2,719.28 |
| Sale | 6/27/2014 | (279) | $35.7800 | $9,982.62 |
| Sale of Pre-Class Shares | 6/27/2014 | (128) | $35.7800 | $4,579.84 |
| Sale of Pre-Class Shares | 7/9/2014 | (200) | $36.5900 | $7,318.00 |
| Sale of Pre-Class Shares | 7/9/2014 | (392) | $36.5900 | $14,343.28 |
| Purchase | 7/11/2014 | 655 | $36.7700 | ($24,084.35) |
| Purchase | 7/31/2014 | 35 | $39.2400 | ($1,373.40) |
| Sale | 8/20/2014 | (200) | $40.7900 | $8,158.00 |
| Sale | 9/5/2014 | (490) | $41.4700 | $20,320.30 |
| Sale of Pre-Class Shares | 9/5/2014 | (1,110) | $41.4700 | $46,031.70 |
| Sale of Pre-Class Shares | 9/9/2014 | (154) | $39.9900 | $6,158.46 |
| Sale of Pre-Class Shares | 9/12/2014 | (1,500) | $39.5400 | $59,310.00 |
| Purchase | 9/17/2014 | 200 | $40.3500 | ($8,070.00) |
| Sale | 9/18/2014 | (200) | $40.5200 | $8,104.00 |

| | | | | |
|---|---|---|---|---|
| Sale of Pre-Class Shares | 9/18/2014 | (700) | $40.5200 | $28,364.00 |
| Purchase | 9/19/2014 | 15 | $40.7500 | ($611.25) |
| Sale | 9/19/2014 | (15) | $40.7500 | $611.25 |
| Sale of Pre-Class Shares | 9/19/2014 | (785) | $40.7500 | $31,988.75 |
| Purchase | 9/30/2014 | 100 | $40.8900 | ($4,089.00) |
| Purchase | 10/8/2014 | 100 | $40.0000 | ($4,000.00) |
| Sale | 10/21/2014 | (200) | $39.7000 | $7,940.00 |
| Sale of Pre-Class Shares | 10/24/2014 | (200) | $39.9300 | $7,986.00 |
| Sale of Pre-Class Shares | 10/28/2014 | (800) | $41.0300 | $32,824.00 |
| Sale of Pre-Class Shares | 10/29/2014 | (300) | $40.9900 | $12,297.00 |
| Sale of Pre-Class Shares | 11/24/2014 | (200) | $40.2800 | $8,056.00 |
| Purchase | 12/10/2014 | 372 | $38.4000 | ($14,284.80) |
| Purchase | 12/12/2014 | 179 | $37.5800 | ($6,726.82) |
| Purchase | 12/15/2014 | 100 | $37.8100 | ($3,781.00) |
| Sale | 12/17/2014 | (100) | $38.6900 | $3,869.00 |
| Purchase | 12/19/2014 | 600 | $39.7000 | ($23,820.00) |
| Purchase | 12/22/2014 | 100 | $39.9600 | ($3,996.00) |
| Purchase | 12/22/2014 | 1,000 | $40.1900 | ($40,190.00) |
| Purchase | 1/5/2015 | 900 | $38.7500 | ($34,875.00) |
| Sale | 1/5/2015 | (1,700) | $38.7500 | $65,875.00 |
| Sale | 1/22/2015 | (100) | $39.3700 | $3,937.00 |
| Sale | 1/28/2015 | (100) | $38.6900 | $3,869.00 |
| Purchase | 2/2/2015 | 1,000 | $38.2200 | ($38,220.00) |
| Sale | 2/10/2015 | (114) | $40.1800 | $4,580.52 |
| Purchase | 2/18/2015 | 295 | $37.5100 | ($11,065.45) |
| Purchase | 3/2/2015 | 1,911 | $37.6300 | ($71,910.93) |
| Sale | 3/12/2015 | (1,100) | $35.2100 | $38,731.00 |
| Purchase | 3/13/2015 | 91 | $34.4200 | ($3,132.22) |
| Sale | 3/20/2015 | (400) | $35.3000 | $14,120.00 |
| Sale | 3/20/2015 | (1,200) | $35.3000 | $42,360.00 |
| Sale | 3/26/2015 | (600) | $34.5600 | $20,736.00 |
| Sale | 3/30/2015 | (46) | $34.0600 | $1,566.76 |
| Purchase | 4/1/2015 | 21 | $35.5000 | ($745.50) |
| Sale | 4/30/2015 | (300) | $35.9600 | $10,788.00 |
| Sale | 5/6/2015 | (11) | $34.5300 | $379.83 |
| Sale | 5/6/2015 | (204) | $34.5300 | $7,044.12 |
| Purchase | 5/13/2015 | 400 | $34.3500 | ($13,740.00) |
| Purchase | 5/15/2015 | 200 | $34.4900 | ($6,898.00) |
| Purchase | 5/21/2015 | 100 | $34.2500 | ($3,425.00) |

| | | | | |
|---|---|---|---|---|
| Sale | 5/26/2015 | (100) | $33.6000 | $3,360.00 |
| Sale | 5/28/2015 | (400) | $34.0600 | $13,624.00 |
| Purchase | 6/3/2015 | 924 | $32.9900 | ($30,482.76) |
| Sale | 6/15/2015 | (16) | $32.3700 | $517.92 |
| Purchase | 6/17/2015 | 605 | $32.2100 | ($19,487.05) |
| Sale | 6/19/2015 | (700) | $32.4600 | $22,722.00 |
| Purchase | 6/24/2015 | 600 | $31.7000 | ($19,020.00) |
| Sale | 6/26/2015 | (208) | $29.9900 | $6,237.92 |
| Sale | 6/26/2015 | (399) | $29.9900 | $11,966.01 |
| Purchase | 6/26/2015 | 84 | $29.9900 | ($2,519.16) |
| Sale | 6/29/2015 | (700) | $29.5300 | $20,671.00 |
| Sale | 6/30/2015 | (900) | $29.3800 | $26,442.00 |
| Sale | 7/14/2015 | (84) | $29.9800 | $2,518.32 |
| Sale of Pre-Class Shares | 7/14/2015 | (416) | $29.9800 | $12,471.68 |
| Sale of Pre-Class Shares | 7/27/2015 | (200) | $28.1200 | $5,624.00 |
| Sale of Pre-Class Shares | 7/29/2015 | (600) | $28.1600 | $16,896.00 |
| Purchase | 9/1/2015 | 93 | $25.9000 | ($2,408.70) |
| Sale | 9/15/2015 | (93) | $26.4700 | $2,461.71 |
| Sale of Pre-Class Shares | 9/15/2015 | (407) | $26.4700 | $10,773.29 |
| Purchase | 9/21/2015 | 200 | $25.8800 | ($5,176.00) |
| Purchase | 9/24/2015 | 119 | $25.0200 | ($2,977.38) |
| Sale | 9/29/2015 | (319) | $24.6900 | $7,876.11 |
| Sale of Pre-Class Shares | 9/29/2015 | (181) | $24.6900 | $4,468.89 |
| Sale of Pre-Class Shares | 9/30/2015 | (500) | $25.1200 | $12,560.00 |
| Purchase | 10/30/2015 | 2 | $28.2100 | ($56.42) |
| Purchase | 10/30/2015 | 300 | $28.2100 | ($8,463.00) |
| Purchase | 11/6/2015 | 416 | $28.5900 | ($11,893.44) |
| Purchase | 11/17/2015 | 200 | $28.3700 | ($5,674.00) |
| Purchase | 11/24/2015 | 1,150 | $27.2300 | ($31,314.50) |
| Sale | 11/30/2015 | (2,068) | $26.9300 | $55,691.24 |
| Sale of Pre-Class Shares | 11/30/2015 | (3,142) | $26.9300 | $84,614.06 |
| Purchase | 12/18/2015 | 10 | $25.1100 | ($251.10) |
| Sale | 12/18/2015 | (10) | $25.1100 | $251.10 |
| Sale of Pre-Class Shares | 12/18/2015 | (790) | $25.1100 | $19,836.90 |
| Sale of Pre-Class Shares | 12/30/2015 | (500) | $25.3800 | $12,690.00 |
| Purchase | 1/7/2016 | 600 | $24.2200 | ($14,532.00) |
| Purchase | 1/29/2016 | 21 | $25.4200 | ($533.82) |
| Purchase | 1/29/2016 | 41 | $25.4200 | ($1,042.22) |
| Sale | 2/8/2016 | (144) | $25.6300 | $3,690.72 |

| Sale | 2/24/2016 | (518) | $30.0100 | $15,545.18 |
|---|---|---|---|---|
| Sale of Pre-Class Shares | 2/24/2016 | (5,882) | $30.0100 | $176,518.82 |
| Sale of Pre-Class Shares | 3/9/2016 | (400) | $31.5300 | $12,612.00 |
| Sale of Pre-Class Shares | 3/15/2016 | (500) | $31.3200 | $15,660.00 |
| Sale of Pre-Class Shares | 3/23/2016 | (1,200) | $31.0200 | $37,224.00 |
| Purchase | 4/1/2016 | 14 | $32.1800 | ($450.52) |
| Purchase | 4/1/2016 | 21 | $32.1800 | ($675.78) |
| Sale | 5/2/2016 | (35) | $31.4800 | $1,101.80 |
| Sale of Pre-Class Shares | 5/2/2016 | (5,265) | $31.4800 | $165,742.20 |
| Purchase | 6/8/2016 | 500 | $27.0400 | ($13,520.00) |
| Purchase | 6/13/2016 | 1,123 | $26.8900 | ($30,197.47) |
| Purchase | 6/22/2016 | 300 | $27.9200 | ($8,376.00) |
| Sale | 6/24/2016 | (189) | $27.9300 | $5,278.77 |
| Sale | 6/24/2016 | (326) | $27.9300 | $9,105.18 |
| Sale | 6/27/2016 | (400) | $26.8200 | $10,728.00 |
| Sale | 8/3/2016 | (203) | $30.2500 | $6,140.75 |
| Sale | 8/22/2016 | (400) | $28.9300 | $11,572.00 |
| Purchase | 8/23/2016 | 3,400 | $29.1000 | ($98,940.00) |
| Purchase | 8/31/2016 | 125 | $27.8000 | ($3,475.00) |
| Purchase | 10/31/2016 | 500 | $26.5800 | ($13,290.00) |
| Purchase | 10/31/2016 | 600 | $26.5800 | ($15,948.00) |
| Purchase | 11/1/2016 | 740 | $24.9700 | ($18,477.80) |
| Purchase | 11/1/2016 | 8,407 | $24.9700 | ($209,922.79) |
| Purchase | 11/2/2016 | 131 | $24.1800 | ($3,167.58) |
| Purchase | 11/30/2016 | 88 | $23.5200 | ($2,069.76) |
| Sale | 11/30/2016 | (1,000) | $23.5200 | $23,520.00 |
| Purchase | 12/1/2016 | 66 | $23.7400 | ($1,566.84) |
| Sale | 12/13/2016 | (500) | $24.4300 | $12,215.00 |
| Purchase | 12/16/2016 | 3 | $24.1700 | ($72.51) |
| Sale | 12/16/2016 | (2) | $24.1700 | $48.34 |
| Purchase | 12/23/2016 | 595 | $24.0600 | ($14,315.70) |
| Purchase | 1/3/2017 | 700 | $25.3500 | ($17,745.00) |
| Purchase | 1/13/2017 | 132 | $25.2600 | ($3,334.32) |
| Sale | 1/18/2017 | (400) | $25.4700 | $10,188.00 |
| Purchase | 1/19/2017 | 396 | $25.5000 | ($10,098.00) |
| Purchase | 2/1/2017 | 500 | $25.5100 | ($12,755.00) |
| Purchase | 2/1/2017 | 999 | $25.5200 | ($25,494.48) |
| Sale | 2/2/2017 | (113) | $25.2600 | $2,854.38 |
| Purchase | 2/13/2017 | 400 | $24.6200 | ($9,848.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 2/15/2017 | 226 | $24.4000 | ($5,514.40) |
| Sale | 2/16/2017 | (500) | $24.2800 | $12,140.00 |
| Sale | 2/24/2017 | (500) | $24.5800 | $12,290.00 |
| Sale | 3/24/2017 | (400) | $22.7600 | $9,104.00 |
| Purchase | 3/31/2017 | 1,419 | $23.5800 | ($33,460.02) |
| Sale | 3/31/2017 | (1,100) | $23.5700 | $25,927.00 |
| Purchase | 4/3/2017 | 337 | $23.6100 | ($7,956.57) |
| Purchase | 4/27/2017 | 2,714 | $25.7900 | ($69,994.06) |
| Purchase | 5/1/2017 | 600 | $25.3800 | ($15,228.00) |
| Purchase | 5/1/2017 | 794 | $25.3900 | ($20,159.66) |
| Purchase | 5/3/2017 | 161 | $25.4200 | ($4,092.62) |
| Purchase | 5/9/2017 | 572 | $25.0300 | ($14,317.16) |
| Sale | 5/9/2017 | (400) | $25.0300 | $10,012.00 |
| Purchase | 6/14/2017 | 133 | $27.3100 | ($3,632.23) |
| *Lookback Period Sale* | *6/23/2017* | *(496)* | *$24.4800* | *$12,142.08* |
| *Lookback Period Sale* | *8/15/2017* | *(193)* | *$31.1800* | *$6,017.74* |
| **Net Proceeds of Transactions** | | | | **($828,865.19)** |
| **Value of 19,539 retained shares @ $22.9453 per share** | | | | **$448,329.17** |
| **(Loss)/Gain** | | | | **($380,536.02)** |

\* Any shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

\*\* Losses calculated on a last-in first-out basis.