# Exhibit A

| Amalgamated Investment Fund Loss Summary in Century Link Class Period: March 1, 2013 - June 19, 2017 | | | |
|---|---|---|---|
| | FIFO | LIFO | Difference |
| Number of shares purchased during class period (March 1, 2013 - June 19, 2017) | 136,685 | 136,685 | N/A |
| Expenditures on shares purchased during class period | $ 4,505,243.13 | $ 4,505,243.13 | N/A |
| Number of shares sold during class period | 164,507 | 164,507 | N/A |
| Proceeds from all shares sold during class period | $ 5,117,564.51 | $ 5,172,981.89 | N/A |
| Number of sales matched to class period purchases | 21,261 | 116,457 | (95,196) |
| Proceeds from matched sales | $ 611,550.38 | $ 3,658,862.47 | $ (3,047,312.09) |
| Number of Retained Shares[1] | 115,424 | 20,228 | 95,196 |
| Number of Shares sold during post-disclosure period | 0 | 0 | 0 |
| Number of shares held through 9/7/2017[2] | 115,424 | 20,228 | 95,196 |
| Value of Shares held through 9/7/2017[3] | $ 2,566,411.41 | $ 449,762.35 | $ 2,116,649.06 |
| Damages | $ 1,327,281.34 | $ 396,618.31 | $ 930,663.03 |

All trade data was taken from the sworn certification of William Hogan (dated 8/18/2017) [Docket # 3:17-cv-01005-RGJ-JPM] Document # 29-4

1. Retained shares are shares purchased during the class period that, when class period sales are matched to purchases (under LIFO or FIFO), remained unsold as of June 19, 2017.

2.Refers to shares purchased during the class period that, when sales are matched to purchases (under LIFO or FIFO) remained unsold as of 9/7/17.

3. Pursuant to the PSLRA, shares that are still retained 90 days after the end of the Class Period are valued at the average closing price during the 90 days following the close of the class period. As the 90 days have not yet passed, the shares are valued at the average closing price during the period from June 20, 2017 through September 7, 2017 ($22.23). In its loss calculation, Amalgamated Investment Fund used the average closing price from June 20, 2017 through August 18, 2017 ($22.95). This is why Amalgamated Investment Fund claimed a FIFO loss of $1,243,105.39, while this chart calculates Amalgamated Investment Fund's FIFO loss at $1,327,281.34. All closing prices are based on publicly available data.

**Amalgamated Investment Fund  FIFO Losses in Century Link**
**Class Period: March 1, 2013 - June 19, 2017**

Preclass Holdings                    141,597

| Date | Trans. Type | Buy | Matched Sale[1] | Unmatched Sale[2] | Quantity | Price |
|---|---|---|---|---|---|---|
| 3/4/2013 | Purchase | 100 | | | 100 | $  35.05 |
| 3/4/2013 | Purchase | 3,100 | | | 3,100 | $  35.05 |
| 3/15/2013 | Purchase | 900 | | | 900 | $  34.37 |
| 3/21/2013 | Purchase | 200 | | | 200 | $  34.49 |
| 3/21/2013 | Purchase | 2,300 | | | 2,300 | $  34.55 |
| 3/21/2013 | Purchase | 44,900 | | | 44,900 | $  34.60 |
| 3/25/2013 | Sale | | | (1,600) | (1,600) | $  34.99 |
| 4/1/2013 | Purchase | 800 | | | 800 | $  34.83 |
| 4/1/2013 | Purchase | 14,800 | | | 14,800 | $  34.83 |
| 4/9/2013 | Purchase | 3,200 | | | 3,200 | $  36.35 |
| 4/18/2013 | Purchase | 500 | | | 500 | $  37.12 |
| 4/22/2013 | Sale | | | (200) | (200) | $  37.35 |
| 5/1/2013 | Sale | | | (700) | (700) | $  37.19 |
| 5/15/2013 | Sale | | | (100) | (100) | $  37.85 |
| 6/4/2013 | Purchase | 300 | | | 300 | $  34.71 |
| 6/4/2013 | Purchase | 8,500 | | | 8,500 | $  34.71 |
| 6/18/2013 | Purchase | 300 | | | 300 | $  36.19 |
| 6/18/2013 | Purchase | 7,100 | | | 7,100 | $  36.19 |
| 6/19/2013 | Purchase | 400 | | | 400 | $  35.33 |
| 6/21/2013 | Sale | | | (500) | (500) | $  34.19 |
| 6/21/2013 | Sale | | | (2,600) | (2,600) | $  34.19 |
| 6/25/2013 | Sale | | | (100) | (100) | $  34.96 |
| 6/26/2013 | Sale | | | (200) | (200) | $  34.85 |
| 6/27/2013 | Sale | | | (900) | (900) | $  35.27 |
| 6/28/2013 | Purchase | 37 | | | 37 | $  35.41 |
| 6/28/2013 | Sale | | | (169) | (169) | $  35.35 |
| 7/1/2013 | Sale | | | (100) | (100) | $  35.08 |
| 7/9/2013 | Purchase | 200 | | | 200 | $  35.26 |
| 7/9/2013 | Sale | | | (200) | (200) | $  35.31 |
| 7/10/2013 | Sale | | | (200) | (200) | $  35.46 |
| 7/23/2013 | Purchase | 300 | | | 300 | $  35.87 |
| 8/1/2013 | Purchase | 575 | | | 575 | $  36.32 |
| 8/9/2013 | Purchase | 300 | | | 300 | $  33.89 |
| 8/16/2013 | Sale | | | (329) | (329) | $  32.92 |
| 8/21/2013 | Purchase | 400 | | | 400 | $  32.32 |
| 8/23/2013 | Purchase | 1,100 | | | 1,100 | $  33.30 |
| 8/26/2013 | Sale | | | (271) | (271) | $  33.14 |
| 8/29/2013 | Sale | | | (200) | (200) | $  33.10 |
| 9/9/2013 | Purchase | 700 | | | 700 | $  32.02 |
| 9/12/2013 | Sale | | | (200) | (200) | $  32.38 |
| 9/13/2013 | Sale | | | (345) | (345) | $  32.34 |
| 9/20/2013 | Sale | | | (300) | (300) | $  32.29 |
| 9/20/2013 | Sale | | | (1,300) | (1,300) | $  32.29 |
| 9/30/2013 | Purchase | 14 | | | 14 | $  31.38 |
| 9/30/2013 | Sale | | | (4) | (4) | $  31.38 |
| 10/1/2013 | Sale | | | (100) | (100) | $  31.76 |
| 10/1/2013 | Sale | | | (800) | (800) | $  31.76 |
| 10/2/2013 | Sale | | | (400) | (400) | $  31.82 |
| 10/10/2013 | Sale | | | (295) | (295) | $  33.34 |
| 10/11/2013 | Sale | | | (300) | (300) | $  33.22 |
| 10/16/2013 | Purchase | 200 | | | 200 | $  32.92 |
| 10/22/2013 | Sale | | | (312) | (312) | $  33.42 |
| 10/30/2013 | Sale | | | (200) | (200) | $  33.53 |
| 11/14/2013 | Purchase | 456 | | | 456 | $  31.84 |
| 11/14/2013 | Sale | | | (2,000) | (2,000) | $  31.84 |
| 11/19/2013 | Purchase | 200 | | | 200 | $  32.05 |
| 11/20/2013 | Purchase | 1,500 | | | 1,500 | $  31.80 |
| 11/20/2013 | Sale | | | (100) | (100) | $  31.80 |
| 11/21/2013 | Sale | | | (600) | (600) | $  31.08 |
| 11/27/2013 | Sale | | | (200) | (200) | $  30.72 |
| 12/11/2013 | Sale | | | (4,800) | (4,800) | $  30.71 |
| 12/11/2013 | Sale | | | (13,300) | (13,300) | $  30.71 |
| 12/18/2013 | Sale | | | (1,300) | (1,300) | $  31.84 |
| 12/20/2013 | Sale | | | (3) | (3) | $  31.04 |
| 12/20/2013 | Sale | | | (7) | (7) | $  31.04 |
| 12/20/2013 | Sale | | | (400) | (400) | $  31.05 |
| 12/20/2013 | Sale | | | (1,700) | (1,700) | $  31.05 |
| 1/2/2014 | Purchase | 500 | | | 500 | $  31.65 |
| 1/2/2014 | Sale | | | (200) | (200) | $  31.65 |
| 1/7/2014 | Purchase | 400 | | | 400 | $  31.41 |
| 1/22/2014 | Sale | | | (300) | (300) | $  29.50 |
| 1/27/2014 | Sale | | | (100) | (100) | $  29.08 |
| 1/30/2014 | Sale | | | (4,300) | (4,300) | $  29.12 |
| 2/25/2014 | Sale | | | (3,100) | (3,100) | $  31.34 |
| 2/25/2014 | Sale | | | (62,200) | (62,200) | $  31.34 |
| 2/26/2014 | Sale | | | (200) | (200) | $  30.80 |
| 3/21/2014 | Sale | | | (700) | (700) | $  31.34 |
| 3/21/2014 | Sale | | | (1,700) | (1,700) | $  31.34 |
| 3/24/2014 | Sale | | | (200) | (200) | $  31.54 |
| 3/25/2014 | Sale | | | (359) | (359) | $  31.91 |
| 3/26/2014 | Sale | | | (200) | (200) | $  32.29 |
| 3/31/2014 | Sale | | | (200) | (200) | $  32.84 |
| 3/31/2014 | Sale | | | (209) | (209) | $  32.84 |

| Date | Type | Purchase | | Sale | Total | Price |
|---|---|---|---|---|---|---|
| 3/31/2014 | Sale | | | (402) | (402) | $ 32.84 |
| 4/1/2014 | Purchase | 700 | | | 700 | $ 33.08 |
| 4/24/2014 | Purchase | 900 | | | 900 | $ 34.63 |
| 4/30/2014 | Purchase | 13 | | | 13 | $ 34.91 |
| 4/30/2014 | Sale | | | (300) | (300) | $ 34.91 |
| 5/1/2014 | Sale | | | (200) | (200) | $ 34.96 |
| 5/13/2014 | Sale | | | (357) | (357) | $ 36.97 |
| 5/23/2014 | Sale | | | (582) | (582) | $ 37.28 |
| 6/25/2014 | Sale | | | (300) | (300) | $ 36.15 |
| 6/27/2014 | Purchase | 355 | | | 355 | $ 35.78 |
| 6/27/2014 | Sale | | | (76) | (76) | $ 35.78 |
| 6/27/2014 | Sale | | | (407) | (407) | $ 35.78 |
| 7/9/2014 | Sale | | | (200) | (200) | $ 36.59 |
| 7/9/2014 | Sale | | | (392) | (392) | $ 36.59 |
| 7/11/2014 | Purchase | 655 | | | 655 | $ 36.77 |
| 7/31/2014 | Purchase | 35 | | | 35 | $ 39.24 |
| 8/20/2014 | Sale | | | (200) | (200) | $ 40.79 |
| 9/5/2014 | Sale | | | (1,600) | (1,600) | $ 41.47 |
| 9/9/2014 | Sale | | | (154) | (154) | $ 39.99 |
| 9/12/2014 | Sale | | | (1,500) | (1,500) | $ 39.54 |
| 9/17/2014 | Purchase | 200 | | | 200 | $ 40.35 |
| 9/18/2014 | Sale | | | (900) | (900) | $ 40.52 |
| 9/19/2014 | Purchase | 15 | | | 15 | $ 40.75 |
| 9/19/2014 | Sale | | | (800) | (800) | $ 40.75 |
| 9/30/2014 | Purchase | 100 | | | 100 | $ 40.89 |
| 10/8/2014 | Purchase | 100 | | | 100 | $ 40.00 |
| 10/21/2014 | Sale | | | (200) | (200) | $ 39.70 |
| 10/24/2014 | Sale | | | (200) | (200) | $ 39.93 |
| 10/28/2014 | Sale | | | (800) | (800) | $ 41.03 |
| 10/29/2014 | Sale | | | (300) | (300) | $ 40.99 |
| 11/24/2014 | Sale | | | (200) | (200) | $ 40.28 |
| 12/10/2014 | Purchase | 372 | | | 372 | $ 38.40 |
| 12/12/2014 | Purchase | 179 | | | 179 | $ 37.58 |
| 12/15/2014 | Purchase | 100 | | | 100 | $ 37.81 |
| 12/17/2014 | Sale | | | (100) | (100) | $ 38.69 |
| 12/19/2014 | Purchase | 600 | | | 600 | $ 39.70 |
| 12/22/2014 | Purchase | 100 | | | 100 | $ 39.96 |
| 12/22/2014 | Purchase | 1,000 | | | 1,000 | $ 40.19 |
| 1/5/2015 | Purchase | 900 | | | 900 | $ 38.75 |
| 1/5/2015 | Sale | | | (1,700) | (1,700) | $ 38.75 |
| 1/22/2015 | Sale | | | (100) | (100) | $ 39.37 |
| 1/28/2015 | Sale | | | (100) | (100) | $ 38.69 |
| 2/2/2015 | Purchase | 1,000 | | | 1,000 | $ 38.22 |
| 2/10/2015 | Sale | | | (114) | (114) | $ 40.18 |
| 2/18/2015 | Purchase | 295 | | | 295 | $ 37.51 |
| 3/2/2015 | Purchase | 1,911 | | | 1,911 | $ 37.63 |
| 3/12/2015 | Sale | | | (1,100) | (1,100) | $ 35.21 |
| 3/13/2015 | Purchase | 91 | | | 91 | $ 34.42 |
| 3/20/2015 | Sale | | | (400) | (400) | $ 35.30 |
| 3/20/2015 | Sale | | | (1,200) | (1,200) | $ 35.30 |
| 3/26/2015 | Sale | | | (600) | (600) | $ 34.56 |
| 3/30/2015 | Sale | | | (46) | (46) | $ 34.06 |
| 4/1/2015 | Purchase | 21 | | | 21 | $ 35.50 |
| 4/30/2015 | Sale | | | (300) | (300) | $ 35.96 |
| 5/6/2015 | Sale | | | (11) | (11) | $ 34.53 |
| 5/6/2015 | Sale | | | (204) | (204) | $ 34.53 |
| 5/13/2015 | Purchase | 400 | | | 400 | $ 34.35 |
| 5/15/2015 | Purchase | 200 | | | 200 | $ 34.49 |
| 5/21/2015 | Purchase | 100 | | | 100 | $ 34.25 |
| 5/26/2015 | Sale | | | (100) | (100) | $ 33.60 |
| 5/28/2015 | Sale | | | (400) | (400) | $ 34.06 |
| 6/3/2015 | Purchase | 924 | | | 924 | $ 32.99 |
| 6/15/2015 | Sale | | | (16) | (16) | $ 32.37 |
| 6/17/2015 | Purchase | 605 | | | 605 | $ 32.21 |
| 6/19/2015 | Sale | | | (700) | (700) | $ 32.46 |
| 6/24/2015 | Purchase | 600 | | | 600 | $ 31.70 |
| 6/26/2015 | Purchase | 84 | | | 84 | $ 29.99 |
| 6/26/2015 | Sale | | | (208) | (208) | $ 29.99 |
| 6/26/2015 | Sale | | | (399) | (399) | $ 29.99 |
| 6/29/2015 | Sale | | | (700) | (700) | $ 29.53 |
| 6/30/2015 | Sale | | | (900) | (900) | $ 29.38 |
| 7/14/2015 | Sale | | | (500) | (500) | $ 29.98 |
| 7/27/2015 | Sale | | | (200) | (200) | $ 28.12 |
| 7/29/2015 | Sale | | | (600) | (600) | $ 28.16 |
| 9/1/2015 | Purchase | 93 | | | 93 | $ 25.90 |
| 9/15/2015 | Sale | | | (500) | (500) | $ 26.47 |
| 9/21/2015 | Purchase | 200 | | | 200 | $ 25.88 |
| 9/24/2015 | Purchase | 119 | | | 119 | $ 25.02 |
| 9/29/2015 | Sale | | | (500) | (500) | $ 24.69 |
| 9/30/2015 | Sale | | | (500) | (500) | $ 25.12 |
| 10/30/2015 | Purchase | 2 | | | 2 | $ 28.21 |
| 10/30/2015 | Purchase | 300 | | | 300 | $ 28.21 |
| 11/6/2015 | Purchase | 416 | | | 416 | $ 28.59 |
| 11/17/2015 | Purchase | 200 | | | 200 | $ 28.37 |
| 11/24/2015 | Purchase | 1,150 | | | 1,150 | $ 27.23 |
| 11/30/2015 | Sale | | | (5,210) | (5,210) | $ 26.93 |
| 12/18/2015 | Purchase | 10 | | | 10 | $ 25.11 |
| 12/18/2015 | Sale | | | (800) | (800) | $ 25.11 |

| Date | Type | Purchase | Sale | | Total | Price |
|---|---|---|---|---|---|---|
| 12/18/2015 | Sale | | (384) | (2,016) | (2,400) | $ 25.11 |
| 12/30/2015 | Sale | | (500) | | (500) | $ 25.38 |
| 1/7/2016 | Purchase | 600 | | | 600 | $ 24.22 |
| 1/29/2016 | Purchase | 21 | | | 21 | $ 25.42 |
| 1/29/2016 | Purchase | 41 | | | 41 | $ 25.42 |
| 2/8/2016 | Sale | | (144) | | (144) | $ 25.63 |
| 2/24/2016 | Sale | | (6,400) | | (6,400) | $ 30.01 |
| 3/9/2016 | Sale | | (400) | | (400) | $ 31.53 |
| 3/15/2016 | Sale | | (500) | | (500) | $ 31.32 |
| 3/23/2016 | Sale | | (1,200) | | (1,200) | $ 31.02 |
| 4/1/2016 | Purchase | 14 | | | 14 | $ 32.18 |
| 4/1/2016 | Purchase | 21 | | | 21 | $ 32.18 |
| 5/2/2016 | Sale | | (5,300) | | (5,300) | $ 31.48 |
| 6/8/2016 | Purchase | 500 | | | 500 | $ 27.04 |
| 6/13/2016 | Purchase | 1,123 | | | 1,123 | $ 26.89 |
| 6/22/2016 | Purchase | 300 | | | 300 | $ 27.92 |
| 6/24/2016 | Sale | | (189) | | (189) | $ 27.93 |
| 6/24/2016 | Sale | | (326) | | (326) | $ 27.93 |
| 6/27/2016 | Sale | | (400) | | (400) | $ 26.82 |
| 8/4/2016 | Sale | | (203) | | (203) | $ 30.25 |
| 8/22/2016 | Sale | | (400) | | (400) | $ 28.93 |
| 8/23/2016 | Purchase | 3,400 | | | 3,400 | $ 29.10 |
| 8/31/2016 | Purchase | 125 | | | 125 | $ 27.80 |
| 10/31/2016 | Purchase | 500 | | | 500 | $ 26.58 |
| 10/31/2016 | Purchase | 600 | | | 600 | $ 26.58 |
| 11/1/2016 | Purchase | 740 | | | 740 | $ 24.97 |
| 11/1/2016 | Purchase | 8,407 | | | 8,407 | $ 24.97 |
| 11/2/2016 | Purchase | 131 | | | 131 | $ 24.18 |
| 11/30/2016 | Purchase | 88 | | | 88 | $ 23.52 |
| 11/30/2016 | Sale | | (1,000) | | (1,000) | $ 23.52 |
| 12/1/2016 | Purchase | 66 | | | 66 | $ 23.74 |
| 12/13/2016 | Sale | | (500) | | (500) | $ 24.43 |
| 12/16/2016 | Purchase | 3 | | | 3 | $ 24.17 |
| 12/16/2016 | Sale | | (2) | | (2) | $ 24.17 |
| 12/23/2016 | Purchase | 595 | | | 595 | $ 24.06 |
| 1/3/2017 | Purchase | 700 | | | 700 | $ 25.35 |
| 1/13/2017 | Purchase | 132 | | | 132 | $ 25.26 |
| 1/18/2017 | Sale | | (400) | | (400) | $ 25.47 |
| 1/19/2017 | Purchase | 396 | | | 396 | $ 25.50 |
| 2/1/2017 | Purchase | 500 | | | 500 | $ 25.51 |
| 2/1/2017 | Purchase | 999 | | | 999 | $ 25.52 |
| 2/2/2017 | Sale | | (113) | | (113) | $ 25.26 |
| 2/13/2017 | Purchase | 400 | | | 400 | $ 24.62 |
| 2/15/2017 | Purchase | 226 | | | 226 | $ 24.40 |
| 2/16/2017 | Sale | | (500) | | (500) | $ 24.28 |
| 2/24/2017 | Sale | | (500) | | (500) | $ 24.58 |
| 3/24/2017 | Sale | | (400) | | (400) | $ 22.76 |
| 3/31/2017 | Purchase | 1,419 | | | 1,419 | $ 23.58 |
| 3/31/2017 | Sale | | (1,100) | | (1,100) | $ 23.57 |
| 4/3/2017 | Purchase | 337 | | | 337 | $ 23.61 |
| 4/27/2017 | Purchase | 2,714 | | | 2,714 | $ 25.79 |
| 5/1/2017 | Purchase | 600 | | | 600 | $ 25.38 |
| 5/1/2017 | Purchase | 794 | | | 794 | $ 25.39 |
| 5/3/2017 | Purchase | 161 | | | 161 | $ 25.42 |
| 5/9/2017 | Purchase | 572 | | | 572 | $ 25.03 |
| 5/9/2017 | Sale | | (400) | | (400) | $ 25.03 |
| 6/14/2017 | Purchase | 133 | | | 133 | $ 27.32 |

**Total**

| | | |
|---|---|---|
| Total shares purchased | | 136,685 |
| Total Expenditures | $ | 4,505,243.13 |
| Total shares sold | | 164,507 |
| Total Proceeds | $ | 5,117,564.51 |

**UNDER FIFO MATCHING**

| | | | | | | |
|---|---|---|---|---|---|---|
| Shares Purchased | | 136,685 | Damages | Expenditures on shares purchased | $ | 4,505,243.13 |
| | | | | - Proceeds from matched sales during class | $ | 611,550.38 |
| Expenditures | $ | 4,505,243.13 | | - Proceeds from matched sales during 90 day | $ | - |
| | | | | - Value of shares held | $ | 2,566,411.41 |
| Matched Shares Sold | | 21,261 | | = DAMAGES | $ | 1,327,281.34 |
| | | | | | | |
| Proceeds from matched sales | $ | 611,550.38 | | | | |
| | | | | | | |
| Shares Sold in 90 day | | 0 | | | | |
| | | | | | | |
| Proceeds in 90 day | | 0 | | | | |
| Retained Shares | | 115,424 | | | | |
| Shares Held as of 9/7/17 | | 115,424 | | | | |
| Value as of 9/7/17 | $ | 2,566,411.41 | | | | |
| | | | | | | |
| Avg Closing Price through 9/7/17 | $ | 22.23 | | | | |

1. Matched sales are sales that, pursuant to FIFO, were matched to class period purchases.

2. Unmatched sales were sales that, pursuant to FIFO, were matched to preclass period holdings and therfore were not included in loss calculations.

**Amalgamated Investment Fund  LIFO Losses in Century Link**
**Class Period: March 1, 2013 - June 19, 2017**

Preclass Holdings        141,597

| Date | Trans. Type | Buy | Matched Sale[1] | Unmatched Sale[2] | Quantity | Price |
|---|---|---|---|---|---|---|
| 3/4/2013 | Purchase | 100 | | | 100 | $ 35.05 |
| 3/4/2013 | Purchase | 3,100 | | | 3,100 | $ 35.05 |
| 3/15/2013 | Purchase | 900 | | | 900 | $ 34.37 |
| 3/21/2013 | Purchase | 200 | | | 200 | $ 34.49 |
| 3/21/2013 | Purchase | 2,300 | | | 2,300 | $ 34.55 |
| 3/21/2013 | Purchase | 44,900 | | | 44,900 | $ 34.60 |
| 3/25/2013 | Sale | | (1,600) | | (1,600) | $ 34.99 |
| 4/1/2013 | Purchase | 800 | | | 800 | $ 34.83 |
| 4/1/2013 | Purchase | 14,800 | | | 14,800 | $ 34.83 |
| 4/9/2013 | Purchase | 3,200 | | | 3,200 | $ 36.35 |
| 4/18/2013 | Purchase | 500 | | | 500 | $ 37.12 |
| 4/22/2013 | Sale | | (200) | | (200) | $ 37.35 |
| 5/1/2013 | Sale | | (700) | | (700) | $ 37.19 |
| 5/15/2013 | Sale | | (100) | | (100) | $ 37.85 |
| 6/4/2013 | Purchase | 300 | | | 300 | $ 34.71 |
| 6/4/2013 | Purchase | 8,500 | | | 8,500 | $ 34.71 |
| 6/18/2013 | Purchase | 300 | | | 300 | $ 36.19 |
| 6/18/2013 | Purchase | 7,100 | | | 7,100 | $ 36.19 |
| 6/19/2013 | Purchase | 400 | | | 400 | $ 35.33 |
| 6/21/2013 | Sale | | (500) | | (500) | $ 34.19 |
| 6/21/2013 | Sale | | (2,600) | | (2,600) | $ 34.19 |
| 6/25/2013 | Sale | | (100) | | (100) | $ 34.96 |
| 6/26/2013 | Sale | | (200) | | (200) | $ 34.85 |
| 6/27/2013 | Sale | | (900) | | (900) | $ 35.27 |
| 6/28/2013 | Purchase | 37 | | | 37 | $ 35.41 |
| 6/28/2013 | Sale | | (169) | | (169) | $ 35.35 |
| 7/1/2013 | Sale | | (100) | | (100) | $ 35.08 |
| 7/9/2013 | Purchase | 200 | | | 200 | $ 35.26 |
| 7/9/2013 | Sale | | (200) | | (200) | $ 35.31 |
| 7/10/2013 | Sale | | (200) | | (200) | $ 35.46 |
| 7/23/2013 | Purchase | 300 | | | 300 | $ 35.87 |
| 8/1/2013 | Purchase | 575 | | | 575 | $ 36.32 |
| 8/9/2013 | Purchase | 300 | | | 300 | $ 33.89 |
| 8/16/2013 | Sale | | (329) | | (329) | $ 32.92 |
| 8/21/2013 | Purchase | 400 | | | 400 | $ 32.32 |
| 8/23/2013 | Purchase | 1,100 | | | 1,100 | $ 33.30 |
| 8/26/2013 | Sale | | (271) | | (271) | $ 33.14 |
| 8/29/2013 | Sale | | (200) | | (200) | $ 33.10 |
| 9/9/2013 | Purchase | 700 | | | 700 | $ 32.02 |
| 9/12/2013 | Sale | | (200) | | (200) | $ 32.38 |
| 9/13/2013 | Sale | | (345) | | (345) | $ 32.34 |
| 9/20/2013 | Sale | | (300) | | (300) | $ 32.29 |
| 9/20/2013 | Sale | | (1,300) | | (1,300) | $ 32.29 |
| 9/30/2013 | Purchase | 14 | | | 14 | $ 31.38 |
| 9/30/2013 | Sale | | (4) | | (4) | $ 31.38 |
| 10/1/2013 | Sale | | (100) | | (100) | $ 31.76 |
| 10/1/2013 | Sale | | (800) | | (800) | $ 31.76 |
| 10/2/2013 | Sale | | (400) | | (400) | $ 31.82 |
| 10/10/2013 | Sale | | (295) | | (295) | $ 33.34 |
| 10/11/2013 | Sale | | (300) | | (300) | $ 33.22 |
| 10/16/2013 | Purchase | 200 | | | 200 | $ 32.92 |
| 10/22/2013 | Sale | | (312) | | (312) | $ 33.42 |
| 10/30/2013 | Sale | | (200) | | (200) | $ 33.53 |
| 11/14/2013 | Purchase | 456 | | | 456 | $ 31.84 |
| 11/14/2013 | Sale | | (2,000) | | (2,000) | $ 31.84 |
| 11/19/2013 | Purchase | 200 | | | 200 | $ 32.05 |
| 11/20/2013 | Purchase | 1,500 | | | 1,500 | $ 31.80 |
| 11/20/2013 | Sale | | (100) | | (100) | $ 31.80 |
| 11/21/2013 | Sale | | (600) | | (600) | $ 31.08 |
| 11/27/2013 | Sale | | (200) | | (200) | $ 30.72 |
| 12/11/2013 | Sale | | (4,800) | | (4,800) | $ 30.71 |
| 12/11/2013 | Sale | | (13,300) | | (13,300) | $ 30.71 |
| 12/18/2013 | Sale | | (1,300) | | (1,300) | $ 31.84 |
| 12/20/2013 | Sale | | (3) | | (3) | $ 31.04 |
| 12/20/2013 | Sale | | (7) | | (7) | $ 31.04 |
| 12/20/2013 | Sale | | (400) | | (400) | $ 31.05 |
| 12/20/2013 | Sale | | (1,700) | | (1,700) | $ 31.05 |
| 1/2/2014 | Purchase | 500 | | | 500 | $ 31.65 |

| Date | Type | | | | | Price |
|---|---|---|---|---|---|---|
| 1/2/2014 | Sale | | (200) | | (200) | $ 31.65 |
| 1/7/2014 | Purchase | 400 | | | 400 | $ 31.41 |
| 1/22/2014 | Sale | | (300) | | (300) | $ 29.50 |
| 1/27/2014 | Sale | | (100) | | (100) | $ 29.08 |
| 1/30/2014 | Sale | | (4,300) | | (4,300) | $ 29.12 |
| 2/25/2014 | Sale | | (3,100) | | (3,100) | $ 31.34 |
| 2/25/2014 | Sale | | (48,947) | (13,253) | (62,200) | $ 31.34 |
| 2/26/2014 | Sale | | (200) | (200) | (200) | $ 30.80 |
| 3/21/2014 | Sale | | 200 | (900) | (700) | $ 31.34 |
| 3/21/2014 | Sale | | - | (1,700) | (1,700) | $ 31.34 |
| 3/24/2014 | Sale | | - | (200) | (200) | $ 31.54 |
| 3/25/2014 | Sale | | - | (359) | (359) | $ 31.91 |
| 3/26/2014 | Sale | | - | (200) | (200) | $ 32.29 |
| 3/31/2014 | Sale | | - | (200) | (200) | $ 32.84 |
| 3/31/2014 | Sale | | - | (209) | (209) | $ 32.84 |
| 3/31/2014 | Sale | | - | (402) | (402) | $ 32.84 |
| 4/1/2014 | Purchase | 700 | | | 700 | $ 33.08 |
| 4/24/2014 | Purchase | 900 | | | 900 | $ 34.63 |
| 4/30/2014 | Purchase | 13 | | | 13 | $ 34.91 |
| 4/30/2014 | Sale | | (300) | | (300) | $ 34.91 |
| 5/1/2014 | Sale | | (200) | | (200) | $ 34.96 |
| 5/13/2014 | Sale | | (357) | | (357) | $ 36.97 |
| 5/23/2014 | Sale | | (582) | | (582) | $ 37.28 |
| 6/25/2014 | Sale | | (300) | (126) | (300) | $ 36.15 |
| 6/27/2014 | Purchase | 355 | | | 355 | $ 35.78 |
| 6/27/2014 | Sale | | (229) | | (76) | $ 35.78 |
| 6/27/2014 | Sale | | - | (407) | (407) | $ 35.78 |
| 7/9/2014 | Sale | | - | (200) | (200) | $ 36.59 |
| 7/9/2014 | Sale | | - | (392) | (392) | $ 36.59 |
| 7/11/2014 | Purchase | 655 | | | 655 | $ 36.77 |
| 7/31/2014 | Purchase | 35 | | | 35 | $ 39.24 |
| 8/20/2014 | Sale | | (200) | | (200) | $ 40.79 |
| 9/5/2014 | Sale | | (490) | (1,110) | (1,600) | $ 41.47 |
| 9/9/2014 | Sale | | (154) | (154) | (154) | $ 39.99 |
| 9/12/2014 | Sale | | 154 | (1,654) | (1,500) | $ 39.54 |
| 9/17/2014 | Purchase | 200 | | | 200 | $ 40.35 |
| 9/18/2014 | Sale | | (200) | (700) | (900) | $ 40.52 |
| 9/19/2014 | Purchase | 15 | | | 15 | $ 40.75 |
| 9/19/2014 | Sale | | (15) | (785) | (800) | $ 40.75 |
| 9/30/2014 | Purchase | 100 | | | 100 | $ 40.89 |
| 10/8/2014 | Purchase | 100 | | | 100 | $ 40.00 |
| 10/21/2014 | Sale | | (200) | | (200) | $ 39.70 |
| 10/24/2014 | Sale | | (200) | (200) | (200) | $ 39.93 |
| 10/28/2014 | Sale | | 200 | (1,000) | (800) | $ 41.03 |
| 10/29/2014 | Sale | | - | (300) | (300) | $ 40.99 |
| 11/24/2014 | Sale | | - | (200) | (200) | $ 40.28 |
| 12/10/2014 | Purchase | 372 | | | 372 | $ 38.40 |
| 12/12/2014 | Purchase | 179 | | | 179 | $ 37.58 |
| 12/15/2014 | Purchase | 100 | | | 100 | $ 37.81 |
| 12/17/2014 | Sale | | (100) | | (100) | $ 38.69 |
| 12/19/2014 | Purchase | 600 | | | 600 | $ 39.70 |
| 12/22/2014 | Purchase | 100 | | | 100 | $ 39.96 |
| 12/22/2014 | Purchase | 1,000 | | | 1,000 | $ 40.19 |
| 1/5/2015 | Purchase | 900 | | | 900 | $ 38.75 |
| 1/5/2015 | Sale | | (1,700) | | (1,700) | $ 38.75 |
| 1/22/2015 | Sale | | (100) | | (100) | $ 39.37 |
| 1/28/2015 | Sale | | (100) | | (100) | $ 38.69 |
| 2/2/2015 | Purchase | 1,000 | | | 1,000 | $ 38.22 |
| 2/10/2015 | Sale | | (114) | | (114) | $ 40.18 |
| 2/18/2015 | Purchase | 295 | | | 295 | $ 37.51 |
| 3/2/2015 | Purchase | 1,911 | | | 1,911 | $ 37.63 |
| 3/12/2015 | Sale | | (1,100) | | (1,100) | $ 35.21 |
| 3/13/2015 | Purchase | 91 | | | 91 | $ 34.42 |
| 3/20/2015 | Sale | | (400) | | (400) | $ 35.30 |
| 3/20/2015 | Sale | | (1,200) | | (1,200) | $ 35.30 |
| 3/26/2015 | Sale | | (600) | | (600) | $ 34.56 |
| 3/30/2015 | Sale | | (46) | | (46) | $ 34.06 |
| 4/1/2015 | Purchase | 21 | | | 21 | $ 35.50 |
| 4/30/2015 | Sale | | (300) | | (300) | $ 35.96 |
| 5/6/2015 | Sale | | (11) | | (11) | $ 34.53 |
| 5/6/2015 | Sale | | (204) | | (204) | $ 34.53 |
| 5/13/2015 | Purchase | 400 | | | 400 | $ 34.35 |
| 5/15/2015 | Purchase | 200 | | | 200 | $ 34.49 |

| Date | Transaction | | | | | Price |
|---|---|---|---|---|---|---|
| 5/21/2015 | Purchase | 100 | | | 100 | $ 34.25 |
| 5/26/2015 | Sale | | (100) | | (100) | $ 33.60 |
| 5/28/2015 | Sale | | (400) | | (400) | $ 34.06 |
| 6/3/2015 | Purchase | 924 | | | 924 | $ 32.99 |
| 6/15/2015 | Sale | | (16) | | (16) | $ 32.37 |
| 6/17/2015 | Purchase | 605 | | | 605 | $ 32.21 |
| 6/19/2015 | Sale | | (700) | | (700) | $ 32.46 |
| 6/24/2015 | Purchase | 600 | | | 600 | $ 31.70 |
| 6/26/2015 | Purchase | 84 | | | 84 | $ 29.99 |
| 6/26/2015 | Sale | | (208) | | (208) | $ 29.99 |
| 6/26/2015 | Sale | | (399) | | (399) | $ 29.99 |
| 6/29/2015 | Sale | | (700) | | (700) | $ 29.53 |
| 6/30/2015 | Sale | | (900) | | (900) | $ 29.38 |
| 7/14/2015 | Sale | | (500) | (416) | (500) | $ 29.98 |
| 7/27/2015 | Sale | | 416 | (616) | (200) | $ 28.12 |
| 7/29/2015 | Sale | | - | (600) | (600) | $ 28.16 |
| 9/1/2015 | Purchase | 93 | | | 93 | $ 25.90 |
| 9/15/2015 | Sale | | (93) | (407) | (500) | $ 26.47 |
| 9/21/2015 | Purchase | 200 | | | 200 | $ 25.88 |
| 9/24/2015 | Purchase | 119 | | | 119 | $ 25.02 |
| 9/29/2015 | Sale | | (319) | (181) | (500) | $ 24.69 |
| 9/30/2015 | Sale | | - | (500) | (500) | $ 25.12 |
| 10/30/2015 | Purchase | 2 | | | 2 | $ 28.21 |
| 10/30/2015 | Purchase | 300 | | | 300 | $ 28.21 |
| 11/6/2015 | Purchase | 416 | | | 416 | $ 28.59 |
| 11/17/2015 | Purchase | 200 | | | 200 | $ 28.37 |
| 11/24/2015 | Purchase | 1,150 | | | 1,150 | $ 27.23 |
| 11/30/2015 | Sale | | (2,068) | (3,142) | (5,210) | $ 26.93 |
| 12/18/2015 | Purchase | 10 | | | 10 | $ 25.11 |
| 12/18/2015 | Sale | | (10) | (790) | (800) | $ 25.11 |
| 12/18/2015 | Sale | | - | (2,400) | (2,400) | $ 25.11 |
| 12/30/2015 | Sale | | - | (500) | (500) | $ 25.38 |
| 1/7/2016 | Purchase | 600 | | | 600 | $ 24.22 |
| 1/29/2016 | Purchase | 21 | | | 21 | $ 25.42 |
| 1/29/2016 | Purchase | 41 | | | 41 | $ 25.42 |
| 2/8/2016 | Sale | | (144) | | (144) | $ 25.63 |
| 2/24/2016 | Sale | | (518) | (5,882) | (6,400) | $ 30.01 |
| 3/9/2016 | Sale | | (400) | (400) | (400) | $ 31.53 |
| 3/15/2016 | Sale | | 400 | (900) | (500) | $ 31.32 |
| 3/23/2016 | Sale | | - | (1,200) | (1,200) | $ 31.02 |
| 4/1/2016 | Purchase | 14 | | | 14 | $ 32.18 |
| 4/1/2016 | Purchase | 21 | | | 21 | $ 32.18 |
| 5/2/2016 | Sale | | (35) | (5,265) | (5,300) | $ 31.48 |
| 6/8/2016 | Purchase | 500 | | | 500 | $ 27.04 |
| 6/13/2016 | Purchase | 1,123 | | | 1,123 | $ 26.89 |
| 6/22/2016 | Purchase | 300 | | | 300 | $ 27.92 |
| 6/24/2016 | Sale | | (189) | | (189) | $ 27.93 |
| 6/24/2016 | Sale | | (326) | | (326) | $ 27.93 |
| 6/27/2016 | Sale | | (400) | | (400) | $ 26.82 |
| 8/4/2016 | Sale | | (203) | | (203) | $ 30.25 |
| 8/22/2016 | Sale | | (400) | | (400) | $ 28.93 |
| 8/23/2016 | Purchase | 3,400 | | | 3,400 | $ 29.10 |
| 8/31/2016 | Purchase | 125 | | | 125 | $ 27.80 |
| 10/31/2016 | Purchase | 500 | | | 500 | $ 26.58 |
| 10/31/2016 | Purchase | 600 | | | 600 | $ 26.58 |
| 11/1/2016 | Purchase | 740 | | | 740 | $ 24.97 |
| 11/1/2016 | Purchase | 8,407 | | | 8,407 | $ 24.97 |
| 11/2/2016 | Purchase | 131 | | | 131 | $ 24.18 |
| 11/30/2016 | Purchase | 88 | | | 88 | $ 23.52 |
| 11/30/2016 | Sale | | (1,000) | | (1,000) | $ 23.52 |
| 12/1/2016 | Purchase | 66 | | | 66 | $ 23.74 |
| 12/13/2016 | Sale | | (500) | | (500) | $ 24.43 |
| 12/16/2016 | Purchase | 3 | | | 3 | $ 24.17 |
| 12/16/2016 | Sale | | (2) | | (2) | $ 24.17 |
| 12/23/2016 | Purchase | 595 | | | 595 | $ 24.06 |
| 1/3/2017 | Purchase | 700 | | | 700 | $ 25.35 |
| 1/13/2017 | Purchase | 132 | | | 132 | $ 25.26 |
| 1/18/2017 | Sale | | (400) | | (400) | $ 25.47 |
| 1/19/2017 | Purchase | 396 | | | 396 | $ 25.50 |
| 2/1/2017 | Purchase | 500 | | | 500 | $ 25.51 |
| 2/1/2017 | Purchase | 999 | | | 999 | $ 25.52 |
| 2/2/2017 | Sale | | (113) | | (113) | $ 25.26 |
| 2/13/2017 | Purchase | 400 | | | 400 | $ 24.62 |

| Date | Type | Purchase | Sale | | Net | Price |
|---|---|---|---|---|---|---|
| 2/15/2017 | Purchase | 226 | | | 226 | $ 24.40 |
| 2/16/2017 | Sale | | (500) | | (500) | $ 24.28 |
| 2/24/2017 | Sale | | (500) | | (500) | $ 24.58 |
| 3/24/2017 | Sale | | (400) | | (400) | $ 22.76 |
| 3/31/2017 | Purchase | 1,419 | | | 1,419 | $ 23.58 |
| 3/31/2017 | Sale | | (1,100) | | (1,100) | $ 23.57 |
| 4/3/2017 | Purchase | 337 | | | 337 | $ 23.61 |
| 4/27/2017 | Purchase | 2,714 | | | 2,714 | $ 25.79 |
| 5/1/2017 | Purchase | 600 | | | 600 | $ 25.38 |
| 5/1/2017 | Purchase | 794 | | | 794 | $ 25.39 |
| 5/3/2017 | Purchase | 161 | | | 161 | $ 25.42 |
| 5/9/2017 | Purchase | 572 | | | 572 | $ 25.03 |
| 5/9/2017 | Sale | | (400) | | (400) | $ 25.03 |
| 6/14/2017 | Purchase | 133 | | | 133 | $ 27.32 |

**Total**

| | |
|---|---|
| Total shares purchased | 136,685 |
| Total Expenditures | $ 4,505,243.13 |
| Total shares sold | 164,507 |
| Total Proceeds | $ 5,172,981.89 |

**UNDER LIFO MATCHING**

| | | | | |
|---|---|---|---|---|
| Shares Purchased | 136,685 | Damages | Expenditures on shares purchased | $ 4,505,243.13 |
| | | - | Proceeds from matched sales during class | $ 3,658,862.47 |
| Expenditures | $ 4,505,243.13 | - | Proceeds from matched sales during 90 day | $ - |
| | | - | Value of shares held | $ 449,762.35 |
| Matched shares sold | 116,457 | = | DAMAGES | $ 396,618.31 |
| | | | | |
| Proceeds from matched shares | $ 3,658,862.47 | | | |
| | | | | |
| Shares Sold in 90 day | 0 | | | |
| | | | | |
| Proceeds in 90 day | 0 | | | |
| Retained Shares | 20,228 | | | |
| Shares Held as of 9/7/17 | 20,228 | | | |
| Value as of 9/7/17 | $ 449,762.35 | | | |
| | | | | |
| Avg Closing Price through 9/7/17 | $ 22.23 | | | |

1. Matched sales are sales that, pursuant to LIFO, were matched to class period purchases.

2. Unmatched sales were sales that, pursuant to LIFO, were matched to preclass period holdings and therfore were not included in loss calculations.