UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:17-cv-01005-SMH-JPM<br><br>CLASS ACTION |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:17-cv-01033-SMH-JPM<br><br>CLASS ACTION |

[Caption continued on following page.]

RESPONSE TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated, ) ) | Civil Action No. 3:17-cv-01065-SMH-JPM |
| ) Plaintiff, ) ) | <u>CLASS ACTION</u> |
| vs. ) ) | |
| CENTURYLINK, INC., et al., ) ) | |
| Defendants. ) ) ) | |

Pursuant to the Private Securities Litigation Reform Act of 1995, six movants filed motions for appointment as lead plaintiff: (1) Amalgamated Bank, as Trustee for the LongView Collective Investment Fund (the "Investment Fund"); (2) KBC Asset Management NV; (3) State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund; (4) Police and Fire Retirement System of the City of Detroit and Laborers Pension Trust Fund – Detroit and Vicinity; (5) Allen Feldman, Mark D. Alger, Tae Yi, Essex Lacy, and Art Kleppen; and (6) Sona Andresian. Dkt. Nos. 29, 25, 28, 26, 24, 21, respectively. Sona Andresian withdrew her motion on August 24, 2017. Dkt. No. 35. Allen Feldman, Mark D. Alger, Tae Yi, Essex Lacy, and Art Kleppen withdrew their motion on August 30, 2017. Dkt. No. 41.

The Investment Fund recognizes that it does not claim the largest financial interest in the relief sought by the class. However, the Investment Fund remains ready, willing, and able to represent the class should the Court find it necessary.

DATED: September 11, 2017

Respectfully submitted,

LEMMON LAW FIRM, LLC
ANDREW A. LEMMON (#18302)

s/ Andrew A. Lemmon
ANDREW A. LEMMON

15058 River Road
Hahnville, LA  70057
Telephone:  985/783-6789
985/783-1333 (fax)

Local Counsel for Plaintiff

- 1 -

- 2 -

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        TRICIA L. McCORMICK
        655 West Broadway, Suite 1900
        San Diego, CA  92101-8498
        Telephone:  619/231-1058
        619/231-7423 (fax)

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        JACK REISE
        ELIZABETH A. SHONSON
        120 East Palmetto Park Road, Suite 500
        Boca Raton, FL  33432
        Telephone:  561/750-3000
        561/750-3364 (fax)

        [Proposed] Lead Counsel for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 11, 2017.

    s/ ANDREW A. LEMMON
    ANDREW A. LEMMON

    LEMMON LAW FIRM, LLC
    15058 River Road
    Hahnville, LA  70057
    Telephone:  985/783-6789
    985/783-1333 (fax)

    E-mail: andrew@lemmonlawfirm.com

I:\Users\TriciaM\Lead Plaintiff Cases\CenturyLink\WD Louisiana\Response.docx

# Mailing Information for a Case 3:17-cv-01005-SMH-JPM Craig v. CenturyLink Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Edward Anhang**
  ganhang@cooley.com

- **Adam M Apton**
  AApton@zlk.com

- **Jason W Burge**
  jburge@fishmanhaygood.com,smandava@fishmanhaygood.com

- **Brandon Wade Creekbaum**
  brandon@hhsclaw.com,monica@hhsclaw.com

- **Thomas M Hayes , III**
  tom@hhsclaw.com,mendy@hhsclaw.com,june@hhsclaw.com

- **Tracy W Houck**
  thouck@suddenlinkmail.com,pcharris@suddenlinkmail.com

- **Andrew Allen Lemmon**
  court@lemmonlawfirm.com,tiffany@lemmonlawfirm.com,andrew@lemmonlawfirm.com

- **Patrick W Pendley**
  pwpendley@pbclawfirm.com,TJMcKenna@gme-law.com,nrockforte@pbclawfirm.com,mcollier@pbclawfirm.com,egleston@gme-law.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Lyle Roberts**
  lroberts@cooley.com,asmith@cooley.com,cmalick@cooley.com,dsachs@cooley.com

- **James Parkerson Roy**
  jimr@wrightroy.com,susanl@wrightroy.com

- **John Parkerson Roy**
  johnr@wrightroy.com

- **Fred W Sartor , Jr**
  wsartor@nzsslaw.com,Benjamin.Riesenberg@blbglaw.com,errol.hall@blbglaw.com,Scott.Foglietta@blbglaw.com,Matthew.Mahady@blbglaw.com,Jesse.Axman@blbglaw.com

- **George M Snellings , IV**
  gsnellings@nzsslaw.com,kmarsala@nzsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`