UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING JR.,<br><br>Defendants. | No. 3:17-CV-01005-SMH-JPM |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>Defendants. | No. 3:17-cv-01033-SMH-JPM |

*Caption continued on next page.*

**DECLARATION OF F. WILLIAMS SARTOR, JR. IN FURTHER SUPPORT OF THE MOTION OF THE STATE OF OREGON BY AND THROUGH THE OREGON STATE TREASURER AND THE OREGON PUBLIC EMPLOYEE RETIREMENT BOARD, ON BEHALF OF THE OREGON PUBLIC EMPLOYEE RETIREMENT FUND, FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS,
<u>AND IN OPPOSITION TO ALL COMPETING MOTIONS</u>**

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST III and R. STEWART EWING, JR.,<br><br>        Defendants. | No. 3:17-cv-1065-SMH-JPM |

I, F. Williams Sartor, Jr., declare as follows:

1. I am a member in good standing of the bars of the State of Louisiana and of this Court. I am a partner in the law firm of Nelson, Zentner, Sartor & Snellings, LLC. I submit this declaration in further support of the Motion filed by the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon"), for (1) appointment as Lead Plaintiff in the above-captioned actions; (2) approval of its selection of Bernstein Litowitz Berger Grossmann LLP ("Bernstein Litowitz") and Stoll Berne to serve as Lead Counsel for the Class; and (3) consolidation of related actions; and (4) in Opposition to All Competing Motions; and (5) for any such further relief as the Court may deem just and proper.

2. Attached as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A: Declaration Of Brian de Haan In Support Of The Motion Of The State Of Oregon By And Through The Oregon State Treasurer And The Oregon Public Employee Retirement Board, On Behalf Of The Oregon Public Employee Retirement Fund, For Appointment As Lead Plaintiff, Approval Of Its Selection Of Lead Counsel, And Consolidation Of Related Actions, dated September 11, 2017;

EXHIBIT B: Chart of Oregon's recoverable losses;

EXHIBIT C: Chart of the KBC Managed Funds' recoverable losses; and

EXHIBIT D: Ruling on Motions for Appointment as Lead Plaintiff in *Galmi v. Teva Pharmaceuticals Industries Ltd.*, No. 3:17-cv-00558-SRU (D. Conn. July 11, 2017), ECF No. 124.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of September, 2017.

/s/ F. Williams Sartor, Jr.
F. Williams Sartor, Jr.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, September 11, 2017, I electronically filed the above Declaration of F. Williams Sartor, Jr. in Further Support of the Motion of The State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund for Appointment as Lead Plaintiff, Approval of Its selection of Lead Counsel, Consolidation of Related Actions, and in Opposition to All Competing Motions using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                          */s/ F. Williams Sartor, Jr.*
                                          F. Williams Sartor, Jr.