# EXHIBIT B

**Oregon**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | | | |
| | Pre-class holdings | 93,419 | | | Sale | 4/15/2013 | (8,323) | 36.7962 | ($306,254.77) |
| | | | | | Sale | 4/15/2013 | (5,850) | 36.5550 | ($213,846.76) |
| | | | | | *Sales offsetting pre-class holdings* | | (14,173) | | ($520,101.53) |
| Purchase | 3/1/2013 | 140 | 34.6316 | $4,848.42 | Sale | 3/5/2013 | (140) | 35.3391 | ($4,947.47) |
| Purchase | 3/1/2013 | 92 | 34.6316 | $3,186.11 | Sale | 4/15/2013 | (92) | 36.7962 | ($3,385.25) |
| Purchase | 4/3/2013 | 1,550 | 35.2429 | $54,626.50 | Sale | 4/15/2013 | (1,550) | 36.7962 | ($57,034.11) |
| Purchase | 8/29/2013 | 63 | 33.0900 | $2,084.67 | Sale | 9/10/2013 | (63) | 32.4853 | ($2,046.57) |
| Purchase | 8/12/2013 | 71 | 34.1200 | $2,422.52 | Sale | 9/10/2013 | (71) | 32.4853 | ($2,306.46) |
| Purchase | 7/18/2013 | 300 | 35.7100 | $10,713.00 | Sale | 9/10/2013 | (300) | 32.4853 | ($9,745.59) |
| Purchase | 7/11/2013 | 125 | 35.7820 | $4,472.75 | Sale | 9/10/2013 | (125) | 32.4853 | ($4,060.66) |
| Purchase | 7/1/2013 | 391 | 35.3024 | $13,803.24 | Sale | 9/10/2013 | (391) | 32.4853 | ($12,701.75) |
| Purchase | 10/4/2013 | 2,000 | 31.1229 | $62,245.80 | Sale | 10/10/2013 | (2,000) | 33.0748 | ($66,149.60) |
| Purchase | 11/7/2013 | 100 | 31.9400 | $3,194.00 | Sale | 11/20/2013 | (100) | 32.2500 | ($3,225.00) |
| Purchase | 11/4/2013 | 100 | 33.6900 | $3,369.00 | Sale | 11/20/2013 | (100) | 32.2500 | ($3,225.00) |
| Purchase | 10/4/2013 | 100 | 31.1229 | $3,112.29 | Sale | 11/20/2013 | (100) | 32.2500 | ($3,225.00) |
| Purchase | 2/7/2014 | 100 | 28.4800 | $2,848.00 | Sale | 2/14/2014 | (100) | 30.8707 | ($3,087.07) |
| Purchase | 2/6/2014 | 100 | 28.1600 | $2,816.00 | Sale | 2/14/2014 | (100) | 30.8707 | ($3,087.07) |
| Purchase | 1/17/2014 | 500 | 30.2497 | $15,124.85 | Sale | 2/14/2014 | (500) | 30.8707 | ($15,435.35) |
| Purchase | 3/18/2014 | 200 | 30.9687 | $6,193.74 | Sale | 3/27/2014 | (200) | 32.4650 | ($6,493.00) |
| Purchase | 3/18/2014 | 100 | 30.9687 | $3,096.87 | Sale | 3/28/2014 | (100) | 32.6300 | ($3,263.00) |
| Purchase | 3/18/2014 | 100 | 30.9687 | $3,096.87 | Sale | 3/28/2014 | (100) | 32.6350 | ($3,263.50) |
| Purchase | 3/18/2014 | 900 | 30.9687 | $27,871.83 | Sale | 4/11/2014 | (900) | 33.4866 | ($30,137.94) |
| Purchase | 5/15/2014 | 2,500 | 37.8366 | $94,591.50 | Sale | 6/6/2014 | (2,500) | 37.0072 | ($92,518.00) |
| Purchase | 7/7/2014 | 100 | 36.1638 | $3,616.38 | Sale | 7/7/2014 | (100) | 36.0700 | ($3,607.00) |
| Purchase | 7/7/2014 | 200 | 36.1638 | $7,232.76 | Sale | 7/8/2014 | (200) | 36.5100 | ($7,302.00) |
| Purchase | 11/10/2014 | 200 | 39.6945 | $7,938.90 | Sale | 12/1/2014 | (200) | 41.3100 | ($8,262.00) |
| Purchase | 7/1/2015 | 8,400 | 29.5170 | $247,942.80 | Sale | 7/8/2015 | (8,400) | 29.8650 | ($250,866.00) |
| Purchase | 6/15/2015 | 100 | 32.2500 | $3,225.00 | Sale | 7/8/2015 | (100) | 29.8650 | ($2,986.50) |
| Purchase | 6/12/2015 | 37,286 | 32.7768 | $1,222,115.76 | Sale | 7/8/2015 | (37,286) | 29.8650 | ($1,113,546.39) |
| Purchase | 6/5/2015 | 20,834 | 32.3497 | $673,973.65 | Sale | 7/8/2015 | (20,834) | 29.8650 | ($622,207.41) |
| Purchase | 6/5/2015 | 27,590 | 32.3497 | $892,528.22 | Sale | 7/15/2015 | (27,590) | 29.5605 | ($815,574.20) |

**Oregon**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/5/2015 | 25,360 | 32.3497 | $820,388.39 | Sale | 7/16/2015 | (25,360) | 30.3217 | ($768,958.31) |
| Purchase | 6/5/2015 | 16,629 | 32.3497 | $537,943.16 | Sale | 7/22/2015 | (16,629) | 29.2628 | ($486,611.10) |
| Purchase | 6/5/2015 | 300 | 32.3900 | $9,717.00 | Sale | 7/22/2015 | (300) | 29.2628 | ($8,778.84) |
| Purchase | 6/2/2015 | 961 | 32.9146 | $31,630.93 | Sale | 7/22/2015 | (961) | 29.2628 | ($28,121.55) |
| Purchase | 6/2/2015 | 1,439 | 32.9146 | $47,364.11 | Sale | 7/23/2015 | (1,439) | 29.0194 | ($41,758.92) |
| Purchase | 5/6/2015 | 5,000 | 34.6754 | $173,377.00 | Sale | 7/23/2015 | (5,000) | 29.0194 | ($145,097.00) |
| Purchase | 3/17/2015 | 12,680 | 34.8816 | $442,298.69 | Sale | 7/23/2015 | (12,680) | 29.0194 | ($367,965.99) |
| Purchase | 3/12/2015 | 100 | 35.2800 | $3,528.00 | Sale | 7/23/2015 | (100) | 29.0194 | ($2,901.94) |
| Purchase | 3/10/2015 | 200 | 35.1900 | $7,038.00 | Sale | 7/23/2015 | (200) | 29.0194 | ($5,803.88) |
| Purchase | 3/10/2015 | 100 | 35.1800 | $3,518.00 | Sale | 7/23/2015 | (100) | 29.0194 | ($2,901.94) |
| Purchase | 2/24/2015 | 200 | 36.9299 | $7,385.98 | Sale | 7/23/2015 | (200) | 29.0194 | ($5,803.88) |
| Purchase | 1/30/2015 | 100 | 36.9198 | $3,691.98 | Sale | 7/23/2015 | (100) | 29.0194 | ($2,901.94) |
| Purchase | 1/29/2015 | 3,400 | 37.6011 | $127,843.74 | Sale | 7/23/2015 | (3,400) | 29.0194 | ($98,665.96) |
| Purchase | 1/8/2015 | 400 | 38.9600 | $15,584.00 | Sale | 7/23/2015 | (400) | 29.0194 | ($11,607.76) |
| Purchase | 12/5/2014 | 100 | 39.7742 | $3,977.42 | Sale | 7/23/2015 | (100) | 29.0194 | ($2,901.94) |
| Purchase | 12/5/2014 | 139 | 39.7742 | $5,528.61 | Sale | 7/23/2015 | (139) | 29.0194 | ($4,033.70) |
| Purchase | 11/10/2014 | 3,900 | 39.6945 | $154,808.55 | Sale | 7/23/2015 | (3,900) | 29.0194 | ($113,175.66) |
| Purchase | 10/31/2014 | 200 | 41.6900 | $8,338.00 | Sale | 7/23/2015 | (200) | 29.0194 | ($5,803.88) |
| Purchase | 10/22/2014 | 21,313 | 40.1187 | $855,049.85 | Sale | 7/23/2015 | (21,313) | 29.0194 | ($618,490.47) |
| Purchase | 10/21/2014 | 28,579 | 39.7282 | $1,135,392.23 | Sale | 7/23/2015 | (28,579) | 29.0194 | ($829,345.43) |
| Purchase | 10/21/2014 | 6,160 | 39.7282 | $244,725.71 | Sale | 7/23/2015 | (6,160) | 29.0450 | ($178,917.20) |
| Purchase | 10/21/2014 | 14,989 | 39.7282 | $595,485.99 | Sale | 7/24/2015 | (14,989) | 28.2758 | ($423,825.97) |
| Purchase | 7/22/2014 | 100 | 37.2900 | $3,729.00 | Sale | 7/24/2015 | (100) | 28.2758 | ($2,827.58) |
| Purchase | 7/7/2014 | 4,700 | 36.1638 | $169,969.86 | Sale | 7/24/2015 | (4,700) | 28.2758 | ($132,896.26) |
| Purchase | 7/3/2014 | 100 | 36.0900 | $3,609.00 | Sale | 7/24/2015 | (100) | 28.2758 | ($2,827.58) |
| Purchase | 6/12/2014 | 1,700 | 36.2933 | $61,698.61 | Sale | 7/24/2015 | (1,700) | 28.2758 | ($48,068.86) |
| Purchase | 6/11/2014 | 7,191 | 36.5107 | $262,548.44 | Sale | 7/24/2015 | (7,191) | 28.2758 | ($203,331.28) |
| Purchase | 6/11/2014 | 10,450 | 36.5107 | $381,536.82 | Sale | 7/27/2015 | (10,450) | 28.0802 | ($293,438.09) |
| Purchase | 12/17/2015 | 500 | 25.7619 | $12,880.95 | Sale | 2/5/2016 | (500) | 26.9600 | ($13,480.00) |
| Purchase | 8/31/2016 | 7,317 | 27.8000 | $203,412.60 | Sale | 9/21/2016 | (7,317) | 26.8830 | ($196,702.91) |
| Purchase | 8/29/2016 | 500 | 28.6900 | $14,345.00 | Sale | 9/21/2016 | (500) | 26.8830 | ($13,441.50) |
| Purchase | 7/29/2016 | 29,364 | 31.3237 | $919,789.13 | Sale | 9/21/2016 | (29,364) | 26.8830 | ($789,392.41) |
| Purchase | 7/20/2016 | 1,845 | 30.3049 | $55,912.54 | Sale | 9/21/2016 | (1,845) | 26.8830 | ($49,599.14) |
| Purchase | 7/19/2016 | 336 | 30.4144 | $10,219.24 | Sale | 9/21/2016 | (336) | 26.8830 | ($9,032.69) |

**Oregon**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/12/2016 | 16,300 | 30.7821 | $501,748.23 | Sale | 9/21/2016 | (16,300) | 26.8830 | ($438,192.90) |
| Purchase | 7/11/2016 | 6,358 | 30.3448 | $192,932.24 | Sale | 9/21/2016 | (6,358) | 26.8830 | ($170,922.11) |
| Purchase | 6/30/2016 | 7,319 | 28.9487 | $211,875.54 | Sale | 9/21/2016 | (7,319) | 26.8830 | ($196,756.68) |
| Purchase | 6/16/2016 | 5,261 | 27.2314 | $143,264.40 | Sale | 9/21/2016 | (5,261) | 26.8830 | ($141,431.46) |
| Purchase | 12/15/2016 | 2,002 | 23.7655 | $47,578.53 | Sale | 2/1/2017 | (2,002) | 26.0217 | ($52,095.44) |
| Purchase | 2/6/2017 | 5,600 | 25.0500 | $140,280.00 | Sale | 2/8/2017 | (5,600) | 24.3824 | ($136,541.44) |
| Purchase | 12/15/2016 | 63,983 | 23.7655 | $1,520,587.99 | Sale | 2/8/2017 | (63,983) | 24.3824 | ($1,560,059.10) |
| Purchase | 2/9/2017 | 800 | 24.4875 | $19,590.00 | Sale | 2/14/2017 | (800) | 24.5204 | ($19,616.32) |
| Purchase | 12/15/2016 | 45,233 | 23.7655 | $1,074,984.86 | Sale | 2/14/2017 | (45,233) | 24.5204 | ($1,109,131.25) |
| Purchase | 2/17/2017 | 1,236 | 24.2800 | $30,010.08 | Sale | 2/21/2017 | (1,236) | 24.5418 | ($30,333.66) |
| Purchase | 2/17/2017 | 2,885 | 24.2800 | $70,047.80 | Sale | 2/22/2017 | (2,885) | 24.8108 | ($71,579.16) |
| Purchase | 12/15/2016 | 61,600 | 23.7655 | $1,463,954.80 | Sale | 3/7/2017 | (61,600) | 22.9237 | ($1,412,099.92) |
| Purchase | 12/15/2016 | 10,156 | 23.7655 | $241,362.42 | Sale | 3/9/2017 | (10,156) | 22.7029 | ($230,570.65) |
| Purchase | 12/15/2016 | 22,518 | 23.7655 | $535,151.53 | Sale | 3/10/2017 | (22,518) | 23.1038 | ($520,251.37) |
| Purchase | 12/13/2016 | 7,953 | 24.4300 | $194,291.79 | Sale | 3/10/2017 | (7,953) | 23.1038 | ($183,744.52) |
| Purchase | 4/13/2017 | 15,128 | 25.1200 | $380,015.36 | Sale | 4/19/2017 | (15,128) | 25.2181 | ($381,499.42) |
| Purchase | 3/27/2017 | 700 | 22.4600 | $15,722.00 | Sale | 6/8/2017 | (700) | 25.9679 | ($18,177.53) |
| | | 585,626 | | $17,499,955.52 | | | (585,626) | | ($15,736,103.39) |

**Loss on class period sales    ($1,763,852.13)**

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost |
|---|---|---|---|---|
| Purchase | 3/27/2017 | 400 | 22.4600 | $8,984.00 |
| Purchase | 12/13/2016 | 6,400 | 24.4300 | $156,352.00 |
| Purchase | 11/21/2016 | 320 | 25.3100 | $8,099.20 |
| Purchase | 11/14/2016 | 500 | 24.2690 | $12,134.50 |
| Purchase | 10/21/2016 | 147 | 28.1550 | $4,138.79 |
| Purchase | 9/29/2016 | 322 | 27.4231 | $8,830.24 |
| Purchase | 9/26/2016 | 1,252 | 27.3692 | $34,266.24 |
| Purchase | 9/26/2016 | 292 | 27.3467 | $7,985.24 |
| Purchase | 6/16/2016 | 14,669 | 27.2314 | $399,457.41 |
| Purchase | 6/15/2016 | 6,749 | 27.7361 | $187,190.94 |
| Purchase | 5/13/2016 | 8,733 | 28.3854 | $247,889.70 |
| Purchase | 5/12/2016 | 29,034 | 28.4037 | $824,673.03 |
| Purchase | 5/11/2016 | 1,051 | 28.4716 | $29,923.65 |

**Oregon**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/5/2016 | 1,200 | 28.7299 | $34,475.88 | | | | | |
| Purchase | 5/5/2016 | 2,200 | 28.8900 | $63,558.00 | | | | | |
| Purchase | 5/3/2016 | 14,466 | 30.5009 | $441,226.02 | | | | | |
| Purchase | 3/21/2016 | 20,200 | 31.6114 | $638,550.28 | | | | | |
| Purchase | 2/10/2016 | 305 | 24.8700 | $7,585.35 | | | | | |
| Purchase | 12/17/2015 | 35,936 | 25.7619 | $925,779.64 | | | | | |
| Purchase | 12/10/2015 | 3,700 | 26.4920 | $98,020.40 | | | | | |
| Purchase | 11/25/2015 | 13,300 | 27.0899 | $360,295.67 | | | | | |
| Purchase | 10/23/2015 | 16,931 | 27.9999 | $474,066.31 | | | | | |
| Purchase | 10/21/2015 | 9,352 | 27.3525 | $255,800.58 | | | | | |
| Purchase | 10/6/2015 | 400 | 25.5950 | $10,238.00 | | | | | |
| Purchase | 9/25/2015 | 100 | 25.2750 | $2,527.50 | | | | | |
| Purchase | 9/23/2015 | 319 | 25.1706 | $8,029.42 | | | | | |
| Purchase | 9/1/2015 | 100 | 26.0500 | $2,605.00 | | | | | |
| Purchase | 8/21/2015 | 8,439 | 27.3827 | $231,082.61 | | | | | |
| Purchase | 8/20/2015 | 16,508 | 28.0053 | $462,311.49 | | | | | |
| Purchase | 8/19/2015 | 48,445 | 28.3428 | $1,373,066.95 | | | | | |
| Purchase | 8/18/2015 | 11,000 | 28.2158 | $310,373.80 | | | | | |
| Purchase | 8/17/2015 | 1,600 | 28.3800 | $45,408.00 | | | | | |
| Purchase | 8/14/2015 | 1,000 | 28.2200 | $28,220.00 | | | | | |
| Purchase | 8/13/2015 | 22,360 | 27.9762 | $625,547.83 | | | | | |
| Purchase | 8/6/2015 | 200 | 27.7450 | $5,549.00 | | | | | |
| Purchase | 7/28/2015 | 200 | 28.2925 | $5,658.50 | | | | | |
| Purchase | 6/11/2014 | 10,499 | 36.5107 | $383,325.84 | | | | | |
| Purchase | 6/10/2014 | 5,510 | 36.9350 | $203,511.85 | | | | | |
| Purchase | 6/10/2014 | 29,750 | 36.9142 | $1,098,197.45 | | | | | |
| Purchase | 6/9/2014 | 5,900 | 36.9097 | $217,767.23 | | | | | |
| Purchase | 6/9/2014 | 200 | 36.9299 | $7,385.98 | | | | | |
| Purchase | 5/15/2014 | 10,940 | 37.8366 | $413,932.40 | | | | | |
| Purchase | 5/14/2014 | 42,750 | 37.5743 | $1,606,301.33 | | | | | |
| Purchase | 5/13/2014 | 40,610 | 36.8675 | $1,497,189.18 | | | | | |
| Purchase | 3/18/2014 | 97,500 | 30.9687 | $3,019,448.25 | | | | | |
| Purchase | 1/17/2014 | 4,300 | 30.2497 | $130,073.71 | | | | | |
| Purchase | 12/19/2013 | 18,850 | 31.1006 | $586,246.31 | | | | | |

**Oregon**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/3/2013 | 500 | 30.2260 | $15,113.00 | | | | | |
| Purchase | 10/4/2013 | 1,900 | 31.1229 | $59,133.51 | | | | | |
| Purchase | 7/1/2013 | 3,309 | 35.3024 | $116,815.64 | | | | | |
| Purchase | 6/12/2013 | 215 | 35.5250 | $7,637.88 | | | | | |
| Purchase | 5/31/2013 | 300 | 35.2733 | $10,581.99 | | | | | |
| Purchase | 5/10/2013 | 1,650 | 37.6635 | $62,144.78 | | | | | |
| Purchase | 5/7/2013 | 1,700 | 36.9332 | $62,786.44 | Retained | | (574,513) | 22.9453 | ($13,182,401.20) |
| | | 574,513 | | $17,837,493.90 | | | (574,513) | | ($13,182,401.20) |

**Loss on retained shares** ($4,655,092.70)

**Bonds**

CenturyLink 6.875% Due 2033, Cusip 156700AW6

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/18/2013 | 2,420,000 | 100.0000 | $2,420,000.00 | | | | | |
| Purchase | 3/18/2013 | 130,000 | 101.0000 | $131,300.00 | Sale | 6/18/2013 | (2,470,000) | 103.5000 | ($2,556,450.00) |
| Purchase | 6/5/2013 | 1,485,000 | 101.2500 | $1,503,562.50 | Sale | 6/18/2013 | (1,565,000) | 103.5000 | ($1,619,775.00) |
| | | 4,035,000 | | $4,054,862.50 | | | (4,035,000) | | ($4,176,225.00) |

**6.875% Note gain on class period sales** **$121,362.50**

CenturyLink 5.625% Due 2020, Cusip 912920AC9

| | | Shares / Face Amt. | | | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 1,395,000 | | | Sale | 12/18/2013 | (1,395,000) | 95.4580 | ($1,331,639.10) |
| | | | | | *Sales offsetting pre-class holdings* | | (1,395,000) | | ($1,331,639.10) |
| No class period purchases | | | | | | | **5.625% Note loss** | | **$0** |

**Total loss on class period sales** ($1,642,489.63)

**Oregon Recoverable Loss** ($4,655,092.70)