# EXHIBIT C

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Index Fund** | | | | | | | | | |
| | | | | | | | | | |
| | Pre-class holdings | 3,685 | | | | | | | |
| | | | | | | | | | |
| Purchase | 2/16/2017 | 3,580 | 24.2800 | $86,922.40 | Retained | | (3,580) | 22.9453 | ($82,144.35) |
| Purchase | 1/25/2016 | 3,237 | 23.7515 | $76,883.61 | Retained | | (3,237) | 22.9453 | ($74,274.09) |
| Purchase | 8/21/2014 | 1,083 | 40.9100 | $44,305.53 | Retained | | (1,083) | 22.9453 | ($24,849.81) |
| | | 7,900 | | $208,111.54 | | | (7,900) | | ($181,268.26) |
| | | | | | | | | | |
| | | | | | | | **Index Fund Loss on retained shares** | | **($26,843.28)** |
| | | | | | | | | | |
| **Index Fund - World** | | | | | | | | | |
| | | | | | | | | | |
| | Pre-class holdings | 3,053 | | | | | | | |
| | | | | | | | | | |
| Purchase | 7/15/2015 | 3,109 | 29.6700 | $92,244.03 | Sale | 8/24/2015 | (3,109) | 25.8600 | ($80,398.74) |
| Purchase | 1/29/2015 | 550 | 37.5000 | $20,625.00 | Sale | 8/24/2015 | (550) | 25.8600 | ($14,223.00) |
| Purchase | 9/3/2015 | 3,181 | 26.7700 | $85,155.37 | Sale | 9/9/2015 | (3,181) | 26.9700 | ($85,791.57) |
| | | 6,840 | | $198,024.40 | | | (6,840) | | ($180,413.31) |
| | | | | | | | | | |
| | | | | | | | **Index Fund - World Loss on class period sales** | | **($17,611.09)** |
| | | | | | | | | | |
| Purchase | 3/30/2017 | 6,604 | 23.4100 | $154,599.64 | Retained | | (6,604) | 22.9453 | ($151,531.08) |
| Purchase | 10/11/2016 | 5,134 | 27.6400 | $141,903.76 | Retained | | (5,134) | 22.9453 | ($117,801.42) |
| Purchase | 10/23/2015 | 3,898 | 28.0200 | $109,221.96 | Retained | | (3,898) | 22.9453 | ($89,440.97) |
| Purchase | 9/3/2015 | 256 | 26.7700 | $6,853.12 | Retained | | (256) | 22.9453 | ($5,874.01) |
| Purchase | 1/29/2015 | 1,102 | 37.5000 | $41,325.00 | Retained | | (1,102) | 22.9453 | ($25,285.77) |
| Purchase | 9/4/2014 | 1,479 | 41.0600 | $60,727.74 | Retained | | (1,479) | 22.9453 | ($33,936.17) |
| | | 18,473 | | $514,631.22 | | | (18,473) | | ($423,869.43) |
| | | | | | | | | | |
| | | | | | | | **Index Fund - World Loss on retained shares** | | **($90,761.79)** |

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **KBC EQUITY FD - AMERICA** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 3/11/2013 | 872 | 34.3563 | $29,958.69 | Sale | 3/21/2013 | (872) | 34.4900 | ($30,075.28) |
| Purchase | 3/11/2013 | 2,932 | 34.3563 | $100,732.67 | Sale | 3/21/2013 | (2,932) | 34.5956 | ($101,434.30) |
| Purchase | 4/2/2013 | 1,783 | 35.1800 | $62,725.94 | Sale | 4/30/2013 | (1,783) | 37.5578 | ($66,965.56) |
| Purchase | 3/11/2013 | 2,324 | 34.3563 | $79,844.04 | Sale | 4/30/2013 | (2,324) | 37.5578 | ($87,284.33) |
| Purchase | 3/11/2013 | 2,675 | 34.3563 | $91,903.10 | Sale | 6/7/2013 | (2,675) | 35.3441 | ($94,545.47) |
| Purchase | 3/11/2013 | 3,033 | 34.3563 | $104,202.66 | Sale | 6/13/2013 | (3,033) | 35.9300 | ($108,975.69) |
| Purchase | 6/19/2014 | 48,251 | 37.2869 | $1,799,130.21 | Sale | 8/1/2014 | (48,251) | 39.0577 | ($1,884,573.08) |
| Purchase | 6/19/2014 | 26,843 | 37.2869 | $1,000,892.26 | Sale | 8/8/2014 | (26,843) | 39.8600 | ($1,069,961.98) |
| Purchase | 6/19/2014 | 9,310 | 37.2869 | $347,141.04 | Sale | 9/18/2014 | (9,310) | 40.5333 | ($377,365.02) |
| Purchase | 6/19/2014 | 22,443 | 37.2869 | $836,829.90 | Sale | 10/10/2014 | (22,443) | 39.1300 | ($878,194.59) |
| Purchase | 6/19/2014 | 97,236 | 37.2869 | $3,625,629.01 | Sale | 11/5/2014 | (97,236) | 41.5990 | ($4,044,920.36) |
| Purchase | 6/12/2014 | 12,819 | 36.3900 | $466,483.41 | Sale | 11/5/2014 | (12,819) | 41.5990 | ($533,257.58) |
| Purchase | 5/28/2014 | 2,782 | 37.8000 | $105,159.60 | Sale | 11/5/2014 | (2,782) | 41.5990 | ($115,728.42) |
| Purchase | 5/15/2014 | 14,679 | 37.8300 | $555,306.57 | Sale | 11/5/2014 | (14,679) | 41.5990 | ($610,631.72) |
| Purchase | 12/5/2013 | 26,752 | 30.6500 | $819,948.80 | Sale | 11/5/2014 | (26,752) | 41.5990 | ($1,112,856.45) |
| Purchase | 12/3/2013 | 12,656 | 30.3700 | $384,362.72 | Sale | 11/5/2014 | (12,656) | 41.5990 | ($526,476.94) |
| Purchase | 3/11/2013 | 24,187 | 34.3563 | $830,975.83 | Sale | 11/5/2014 | (24,187) | 41.5990 | ($1,006,155.01) |
| Purchase | 12/2/2014 | 140,944 | 40.7150 | $5,738,534.96 | Sale | 1/29/2015 | (140,944) | 37.5040 | ($5,285,963.78) |
| Purchase | 3/3/2015 | 3,263 | 37.6800 | $122,949.84 | Sale | 4/23/2015 | (3,263) | 36.6600 | ($119,621.58) |
| Purchase | 12/2/2014 | 228 | 40.7150 | $9,283.02 | Sale | 4/23/2015 | (228) | 36.6600 | ($8,358.48) |
| Purchase | 4/30/2015 | 9,932 | 35.9600 | $357,154.72 | Sale | 6/10/2015 | (9,932) | 32.2600 | ($320,406.32) |
| Purchase | 4/30/2015 | 7,979 | 35.9600 | $286,924.84 | Sale | 8/21/2015 | (7,979) | 27.1100 | ($216,310.69) |
| Purchase | 4/30/2015 | 20,413 | 35.9600 | $734,051.48 | Sale | 8/24/2015 | (20,413) | 25.8600 | ($527,880.18) |
| Purchase | 4/30/2015 | 25,236 | 35.9600 | $907,486.56 | Sale | 10/2/2015 | (25,236) | 24.6500 | ($622,067.40) |
| Purchase | 12/2/2014 | 18,849 | 40.7150 | $767,437.04 | Sale | 10/2/2015 | (18,849) | 24.6500 | ($464,627.85) |
| Purchase | 7/29/2016 | 11,349 | 31.4400 | $356,812.56 | Sale | 11/2/2016 | (11,349) | 24.1800 | ($274,418.82) |
| Purchase | 7/29/2016 | 5,587 | 31.4400 | $175,655.28 | Sale | 1/31/2017 | (5,587) | 25.8600 | ($144,479.82) |
| Purchase | 6/30/2016 | 103,362 | 28.9957 | $2,997,053.54 | Sale | 1/31/2017 | (103,362) | 25.8600 | ($2,672,941.32) |
| Purchase | 5/26/2016 | 1,904 | 26.6300 | $50,703.52 | Sale | 1/31/2017 | (1,904) | 25.8600 | ($49,237.44) |
| Purchase | 5/26/2016 | 3,071 | 26.6300 | $81,780.73 | Sale | 3/2/2017 | (3,071) | 23.5511 | ($72,325.43) |
| Purchase | 4/29/2016 | 49,978 | 30.9500 | $1,546,819.10 | Sale | 3/2/2017 | (49,978) | 23.5511 | ($1,177,036.88) |

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/25/2016 | 46,494 | 31.1800 | $1,449,682.92 | Sale | 3/2/2017 | (46,494) | 23.5511 | ($1,094,984.84) |
| Purchase | 4/1/2016 | 36,451 | 32.1800 | $1,172,993.18 | Sale | 3/2/2017 | (36,451) | 23.5511 | ($858,461.15) |
| Purchase | 3/21/2016 | 61,706 | 31.7000 | $1,956,080.20 | Sale | 3/2/2017 | (61,706) | 23.5511 | ($1,453,244.18) |
| Purchase | 2/29/2016 | 44,023 | 30.6407 | $1,348,895.54 | Sale | 3/2/2017 | (44,023) | 23.5511 | ($1,036,790.08) |
| | | 902,346 | | $31,301,525.47 | | | (902,346) | | ($29,048,558.01) |

**<span style="color:red">KBC EQUITY FD - AMERICA Loss on class period sales    ($2,252,967.46)</span>**

**KBC EQUITY FD - BUYBACK AMERICA**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 3,925 | | | Sale | 3/12/2013 | (489) | 34.6168 | ($16,927.62) |
| | | | | | Sale | 8/26/2013 | (1,937) | 33.1400 | ($64,192.18) |
| | | | | | | | (2,426) | | ($81,119.80) |
| Purchase | 5/13/2013 | 523 | 37.6800 | $19,706.64 | Sale | 6/7/2013 | (523) | 35.3313 | ($18,478.27) |
| Purchase | 8/22/2013 | 3,752 | 32.5800 | $122,240.16 | Sale | 8/26/2013 | (3,752) | 33.1400 | ($124,341.28) |
| Purchase | 5/13/2013 | 6,402 | 37.6800 | $241,227.36 | Sale | 8/26/2013 | (6,402) | 33.1400 | ($212,162.28) |
| Purchase | 4/24/2013 | 2,262 | 37.1000 | $83,920.20 | Sale | 8/26/2013 | (2,262) | 33.1400 | ($74,962.68) |
| Purchase | 4/8/2013 | 1,091 | 36.1357 | $39,424.05 | Sale | 8/26/2013 | (1,091) | 33.1400 | ($36,155.74) |
| Purchase | 3/21/2013 | 872 | 34.4900 | $30,075.28 | Sale | 8/26/2013 | (872) | 33.1400 | ($28,898.08) |
| Purchase | 8/8/2014 | 13,839 | 39.8600 | $551,622.54 | Sale | 8/21/2014 | (13,839) | 40.9100 | ($566,153.49) |
| Purchase | 7/31/2014 | 774 | 39.2400 | $30,371.76 | Sale | 8/21/2014 | (774) | 40.9100 | ($31,664.34) |
| Purchase | 10/1/2014 | 8,270 | 40.4200 | $334,273.40 | Sale | 10/10/2014 | (8,270) | 39.1300 | ($323,605.10) |
| Purchase | 10/1/2014 | 3,086 | 40.4200 | $124,736.12 | Sale | 10/13/2014 | (3,086) | 38.4100 | ($118,533.26) |
| Purchase | 10/1/2014 | 10,440 | 40.4200 | $421,984.80 | Sale | 10/16/2014 | (10,440) | 38.3000 | ($399,852.00) |
| Purchase | 12/1/2014 | 3,656 | 41.1000 | $150,261.60 | Sale | 12/16/2014 | (3,656) | 37.8900 | ($138,525.84) |
| Purchase | 11/20/2014 | 6,175 | 40.5000 | $250,087.50 | Sale | 12/16/2014 | (6,175) | 37.8900 | ($233,970.75) |
| Purchase | 1/22/2015 | 4,843 | 39.3700 | $190,668.91 | Sale | 1/30/2015 | (4,843) | 37.1700 | ($180,014.31) |
| Purchase | 12/18/2014 | 250 | 39.4800 | $9,870.00 | Sale | 1/30/2015 | (250) | 37.1700 | ($9,292.50) |
| Purchase | 3/23/2015 | 6,595 | 35.3200 | $232,935.40 | Sale | 3/24/2015 | (6,595) | 35.1900 | ($232,078.05) |
| Purchase | 3/23/2015 | 2,310 | 35.3200 | $81,589.20 | Sale | 4/30/2015 | (2,310) | 35.9600 | ($83,067.60) |
| Purchase | 3/19/2015 | 2,407 | 34.8600 | $83,908.02 | Sale | 4/30/2015 | (2,407) | 35.9600 | ($86,555.72) |
| Purchase | 3/19/2015 | 12,013 | 34.8600 | $418,773.18 | Sale | 5/6/2015 | (12,013) | 34.5300 | ($414,808.89) |
| Purchase | 3/19/2015 | 17,797 | 34.8600 | $620,403.42 | Sale | 6/4/2015 | (17,797) | 32.8300 | ($584,275.51) |
| Purchase | 3/19/2015 | 2,025 | 34.8600 | $70,591.50 | Sale | 6/10/2015 | (2,025) | 32.2683 | ($65,343.31) |

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/13/2015 | 6,825 | 34.4200 | $234,916.50 | Sale | 6/10/2015 | (6,825) | 32.2683 | ($220,231.15) |
| Purchase | 6/22/2015 | 3,560 | 32.6500 | $116,234.00 | Sale | 7/1/2015 | (3,560) | 29.5700 | ($105,269.20) |
| Purchase | 3/13/2015 | 6,904 | 34.4200 | $237,635.68 | Sale | 7/1/2015 | (6,904) | 29.5700 | ($204,151.28) |
| Purchase | 3/2/2015 | 5,473 | 37.6300 | $205,948.99 | Sale | 7/1/2015 | (5,473) | 29.5700 | ($161,836.61) |
| Purchase | 2/23/2015 | 1,780 | 36.6300 | $65,201.40 | Sale | 7/1/2015 | (1,780) | 29.5700 | ($52,634.60) |
| Purchase | 2/23/2015 | 2,233 | 36.6300 | $81,794.79 | Sale | 7/27/2015 | (2,233) | 28.1200 | ($62,791.96) |
| Purchase | 2/11/2015 | 4,518 | 40.5200 | $183,069.36 | Sale | 7/27/2015 | (4,518) | 28.1200 | ($127,046.16) |
| Purchase | 12/18/2014 | 4,276 | 39.4800 | $168,816.48 | Sale | 7/27/2015 | (4,276) | 28.1200 | ($120,241.12) |
| Purchase | 11/20/2014 | 2,318 | 40.5000 | $93,879.00 | Sale | 7/27/2015 | (2,318) | 28.1200 | ($65,182.16) |
| Purchase | 11/17/2014 | 4,135 | 40.9500 | $169,328.25 | Sale | 7/27/2015 | (4,135) | 28.1200 | ($116,276.20) |
| Purchase | 11/12/2014 | 2,446 | 40.5000 | $99,063.00 | Sale | 7/27/2015 | (2,446) | 28.1200 | ($68,781.52) |
| Purchase | 11/12/2014 | 14,677 | 40.5000 | $594,418.50 | Sale | 7/31/2015 | (14,677) | 28.6000 | ($419,762.20) |
| Purchase | 11/12/2014 | 7,912 | 40.5000 | $320,436.00 | Sale | 8/12/2015 | (7,912) | 28.4953 | ($225,454.81) |
| Purchase | 11/12/2014 | 12,805 | 40.5000 | $518,602.50 | Sale | 8/21/2015 | (12,805) | 27.1100 | ($347,143.55) |
| Purchase | 11/12/2014 | 179 | 40.5000 | $7,249.50 | Sale | 8/24/2015 | (179) | 25.8600 | ($4,628.94) |
| Purchase | 10/1/2014 | 5,534 | 40.4200 | $223,684.28 | Sale | 8/24/2015 | (5,534) | 25.8600 | ($143,109.24) |
| Purchase | 9/18/2014 | 2,975 | 40.5200 | $120,547.00 | Sale | 8/24/2015 | (2,975) | 25.8600 | ($76,933.50) |
| Purchase | 8/27/2014 | 6,532 | 40.7600 | $266,244.32 | Sale | 8/24/2015 | (6,532) | 25.8600 | ($168,917.52) |
| Purchase | 7/31/2014 | 6,904 | 39.2400 | $270,912.96 | Sale | 8/24/2015 | (6,904) | 25.8600 | ($178,537.44) |
| Purchase | 6/24/2014 | 2,845 | 36.3600 | $103,444.20 | Sale | 8/24/2015 | (2,845) | 25.8600 | ($73,571.70) |
| Purchase | 6/19/2014 | 28,509 | 37.2869 | $1,063,012.23 | Sale | 8/24/2015 | (28,509) | 25.8600 | ($737,242.74) |
| Purchase | 6/19/2014 | 5,162 | 37.2869 | $192,474.98 | Sale | 8/26/2015 | (5,162) | 26.3700 | ($136,121.94) |
| Purchase | 9/17/2015 | 3,396 | 26.0400 | $88,431.84 | Sale | 1/20/2016 | (3,396) | 22.2400 | ($75,527.04) |
| Purchase | 3/21/2016 | 8,333 | 31.7000 | $264,156.10 | Sale | 4/25/2016 | (8,333) | 31.1800 | ($259,822.94) |
| Purchase | 3/11/2016 | 10,057 | 31.8700 | $320,516.59 | Sale | 4/25/2016 | (10,057) | 31.1800 | ($313,577.26) |
| Purchase | 1/29/2016 | 7,555 | 25.4200 | $192,048.10 | Sale | 4/25/2016 | (7,555) | 31.1800 | ($235,564.90) |
| Purchase | 4/29/2016 | 8,344 | 30.9500 | $258,246.80 | Sale | 5/23/2016 | (8,344) | 26.9100 | ($224,537.04) |
| Purchase | 4/29/2016 | 486 | 30.9500 | $15,041.70 | Sale | 6/3/2016 | (486) | 27.3500 | ($13,292.10) |
| Purchase | 10/31/2016 | 3,780 | 26.5800 | $100,472.40 | Sale | 1/20/2017 | (3,780) | 25.5600 | ($96,616.80) |
| Purchase | 4/29/2016 | 3,433 | 30.9500 | $106,251.35 | Sale | 1/20/2017 | (3,433) | 25.5600 | ($87,747.48) |
| Purchase | 1/29/2016 | 15,439 | 25.4200 | $392,459.38 | Sale | 1/20/2017 | (15,439) | 25.5600 | ($394,620.84) |
| Purchase | 9/17/2015 | 10,005 | 26.0400 | $260,530.20 | Sale | 1/20/2017 | (10,005) | 25.5600 | ($255,727.80) |

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/19/2014 | 18,095 | 37.2869 | $674,706.46 | Sale | 1/20/2017 | (18,095) | 25.5600 | ($462,508.20) |
| Purchase | 12/19/2013 | 1,156 | 31.3600 | $36,252.16 | Sale | 1/20/2017 | (1,156) | 25.5600 | ($29,547.36) |
| Purchase | 10/7/2013 | 1,388 | 31.4100 | $43,597.08 | Sale | 1/20/2017 | (1,388) | 25.5600 | ($35,477.28) |
| | | 339,351 | | $12,198,295.11 | | | (339,351) | | ($10,263,171.58) |

| | | | | | **KBC EQUITY FD - BUYBACK AMERICA Loss on class period sales** | | | | **($1,935,123.54)** |
|---|---|---|---|---|---|---|---|---|---|

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/7/2013 | 8,469 | 31.4100 | $266,011.29 | Retained | | (8,469) | 22.9453 | ($194,324.16) |
| | | 8,469 | | $266,011.29 | | | (8,469) | | ($194,324.16) |

| | | | | | **KBC EQUITY FD - BUYBACK AMERICA Loss on retained shares** | | | | **($71,687.13)** |
|---|---|---|---|---|---|---|---|---|---|

**KBC EQUITY FD - CSOB AKFO DIFIREM**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 4/5/2016 | 2,621 | 32.1000 | $84,134.10 | Sale | 5/3/2016 | (2,621) | 30.5800 | ($80,150.18) |
| Purchase | 5/27/2016 | 2,573 | 26.8091 | $68,979.81 | Sale | 7/1/2016 | (2,573) | 29.3700 | ($75,569.01) |
| Purchase | 1/23/2017 | 2,004 | 25.8100 | $51,723.24 | Sale | 4/3/2017 | (2,004) | 23.6000 | ($47,294.40) |
| Purchase | 8/19/2016 | 1,008 | 28.8400 | $29,070.72 | Sale | 4/3/2017 | (1,008) | 23.6000 | ($23,788.80) |
| Purchase | 5/27/2016 | 122 | 26.8091 | $3,270.71 | Sale | 4/3/2017 | (122) | 23.6000 | ($2,879.20) |
| Purchase | 4/5/2016 | 149 | 32.1000 | $4,782.90 | Sale | 4/3/2017 | (149) | 23.6000 | ($3,516.40) |
| | | 8,477 | | $241,961.48 | | | (8,477) | | ($233,197.99) |

| | | | | | **KBC EQUITY FD - CSOB AKFO DIFIREM Loss on class period sales** | | | | **($8,763.49)** |
|---|---|---|---|---|---|---|---|---|---|

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/5/2016 | 1,856 | 32.1000 | $59,577.60 | Sale* | 6/30/2017 | (1,856) | 24.4367 | ($45,354.45) |
| Purchase | 3/1/2016 | 1,772 | 31.1200 | $55,144.64 | Sale* | 6/30/2017 | (1,772) | 24.4367 | ($43,301.77) |
| Purchase | 11/3/2015 | 5,302 | 28.4900 | $151,053.98 | Sale* | 6/30/2017 | (5,302) | 24.4367 | ($129,563.20) |
| | | 8,930 | | $265,776.22 | | | (8,930) | | ($218,219.43) |

| | | | | | **KBC EQUITY FD - CSOB AKFO DIFIREM Loss on post-class persion sales** | | | | **($47,556.79)** |
|---|---|---|---|---|---|---|---|---|---|

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/3/2015 | 4,866 | 28.4900 | $138,632.34 | Retained | | (4,866) | 22.9453 | ($111,652.07) |
| Purchase | 4/30/2015 | 1,005 | 35.9600 | $36,139.80 | Retained | | (1,005) | 22.9453 | ($23,060.08) |
| Purchase | 1/2/2015 | 5,248 | 39.5900 | $207,768.32 | Retained | | (5,248) | 22.9453 | ($120,417.19) |
| Purchase | 11/28/2014 | 1,105 | 40.7000 | $44,973.50 | Retained | | (1,105) | 22.9453 | ($25,354.61) |
| | | 12,224 | | $427,513.96 | | | (12,224) | | ($280,483.94) |

|  |  |  |  |  |  | KBC EQUITY FD - CSOB AKFO DIFIREM Loss on retained shares | | | **($147,030.02)** |

**KBC EQUITY FD - HI.DIV.NO-AMERICA**

| | Pre-class holdings | 0 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/29/2013 | 1,500 | 37.4583 | $56,187.45 | Sale | 4/30/2013 | (1,500) | 37.5578 | ($56,336.70) |
| Purchase | 3/11/2013 | 560 | 34.3563 | $19,239.53 | Sale | 4/30/2013 | (560) | 37.5578 | ($21,032.37) |
| Purchase | 5/24/2013 | 2,302 | 37.2782 | $85,814.42 | Sale | 6/7/2013 | (2,302) | 35.3441 | ($81,362.12) |
| Purchase | 5/24/2013 | 2,586 | 37.2782 | $96,401.43 | Sale | 6/13/2013 | (2,586) | 35.9300 | ($92,914.98) |
| Purchase | 5/7/2013 | 314 | 37.0214 | $11,624.72 | Sale | 6/13/2013 | (314) | 35.9300 | ($11,282.02) |
| Purchase | 5/7/2013 | 2,016 | 37.0214 | $74,635.14 | Sale | 8/22/2013 | (2,016) | 32.5937 | ($65,708.90) |
| Purchase | 5/7/2013 | 7,167 | 37.0214 | $265,332.37 | Sale | 12/3/2013 | (7,167) | 30.3700 | ($217,661.79) |
| Purchase | 3/11/2013 | 11,873 | 34.3563 | $407,912.35 | Sale | 12/3/2013 | (11,873) | 30.3700 | ($360,583.01) |
| Purchase | 12/4/2014 | 5,223 | 40.0500 | $209,181.15 | Sale | 12/31/2014 | (5,223) | 39.6147 | ($206,907.58) |
| Purchase | 12/4/2014 | 753 | 40.0500 | $30,157.65 | Sale | 8/24/2015 | (753) | 25.8600 | ($19,472.58) |
| Purchase | 1/5/2016 | 1,948 | 24.9900 | $48,680.52 | Sale | 1/13/2016 | (1,948) | 23.0200 | ($44,842.96) |
| Purchase | 1/5/2016 | 453 | 24.9900 | $11,320.47 | Sale | 2/1/2016 | (453) | 25.9000 | ($11,732.70) |
| Purchase | 12/4/2014 | 1,018 | 40.0500 | $40,770.90 | Sale | 2/1/2016 | (1,018) | 25.9000 | ($26,366.20) |
| Purchase | 12/4/2014 | 436 | 40.0500 | $17,461.80 | Sale | 3/1/2016 | (436) | 31.1200 | ($13,568.32) |
| Purchase | 9/3/2014 | 3,219 | 41.0200 | $132,043.38 | Sale | 3/1/2016 | (3,219) | 31.1200 | ($100,175.28) |
| Purchase | 5/27/2016 | 864 | 26.8100 | $23,163.84 | Sale | 7/1/2016 | (864) | 29.3700 | ($25,375.68) |
| Purchase | 9/3/2014 | 94 | 41.0200 | $3,855.88 | Sale | 7/1/2016 | (94) | 29.3700 | ($2,760.78) |
| Purchase | 10/4/2016 | 8,000 | 27.0800 | $216,640.00 | Sale | 10/31/2016 | (8,000) | 26.5800 | ($212,640.00) |
| Purchase | 12/1/2016 | 2,086 | 23.7400 | $49,521.64 | Sale | 2/1/2017 | (2,086) | 25.5100 | ($53,213.86) |
| Purchase | 12/1/2016 | 26,124 | 23.7400 | $620,183.76 | Sale | 3/3/2017 | (26,124) | 23.4747 | ($613,253.06) |
| Purchase | 10/4/2016 | 944 | 27.0800 | $25,563.52 | Sale | 3/3/2017 | (944) | 23.4747 | ($22,160.12) |
| Purchase | 7/29/2016 | 22,754 | 31.4400 | $715,385.76 | Sale | 3/3/2017 | (22,754) | 23.4747 | ($534,143.32) |
| Purchase | 7/25/2016 | 106,214 | 30.8800 | $3,279,888.32 | Sale | 3/3/2017 | (106,214) | 23.4747 | ($2,493,341.79) |

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/3/2014 | 6,044 | 41.0200 | $247,924.88 | Sale | 3/3/2017 | (6,044) | 23.4747 | ($141,881.09) |
| Purchase | 3/27/2014 | 1,022 | 32.5900 | $33,306.98 | Sale | 3/3/2017 | (1,022) | 23.4747 | ($23,991.14) |
| Purchase | 3/11/2013 | 2,567 | 34.3563 | $88,192.62 | Sale | 3/3/2017 | (2,567) | 23.4747 | ($60,259.55) |
| | | 218,081 | | $6,810,390.48 | | | (218,081) | | ($5,512,967.90) |

<span style="color:red">**KBC EQUITY FD - HI.DIV.NO-AMERICA Loss on class period sales**</span>  <span style="color:red">**($1,297,422.58)**</span>

**KBC EQUITY FD - HIGH DIVIDEND**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 12/1/2014 | 65,232 | 41.1945 | $2,687,199.62 | Sale | 1/2/2015 | (65,232) | 39.6212 | ($2,584,570.12) |
| Purchase | 2/27/2015 | 141,923 | 37.7993 | $5,364,590.05 | Sale | 3/19/2015 | (141,923) | 34.8581 | ($4,947,166.13) |
| Purchase | 12/1/2014 | 149,944 | 41.1945 | $6,176,868.11 | Sale | 3/19/2015 | (149,944) | 34.8581 | ($5,226,762.95) |
| Purchase | 12/1/2014 | 14,977 | 41.1945 | $616,970.03 | Sale | 5/5/2015 | (14,977) | 35.5100 | ($531,833.27) |
| Purchase | 8/6/2015 | 6,473 | 27.9300 | $180,790.89 | Sale | 9/3/2015 | (6,473) | 26.7700 | ($173,282.21) |
| Purchase | 11/3/2015 | 27,859 | 28.4900 | $793,702.91 | Sale | 1/5/2016 | (27,859) | 24.9900 | ($696,196.41) |
| Purchase | 11/3/2015 | 4,153 | 28.4900 | $118,318.97 | Sale | 2/1/2016 | (4,153) | 25.9000 | ($107,562.70) |
| Purchase | 11/3/2015 | 11,807 | 28.4900 | $336,381.43 | Sale | 3/1/2016 | (11,807) | 31.1200 | ($367,433.84) |
| Purchase | 8/6/2015 | 17,005 | 27.9300 | $474,949.65 | Sale | 3/1/2016 | (17,005) | 31.1200 | ($529,195.60) |
| Purchase | 12/1/2014 | 10,538 | 41.1945 | $434,107.64 | Sale | 3/1/2016 | (10,538) | 31.1200 | ($327,942.56) |
| Purchase | 9/1/2016 | 8,022 | 27.7400 | $222,530.28 | Sale | 10/31/2016 | (8,022) | 26.5800 | ($213,224.76) |
| Purchase | 7/29/2016 | 8,437 | 31.4400 | $265,259.28 | Sale | 10/31/2016 | (8,437) | 26.5800 | ($224,255.46) |
| Purchase | 1/3/2017 | 22,781 | 25.3567 | $577,650.98 | Sale | 2/1/2017 | (22,781) | 25.5100 | ($581,143.31) |
| Purchase | 1/3/2017 | 83,345 | 25.3567 | $2,113,354.16 | Sale | 3/3/2017 | (83,345) | 23.4747 | ($1,956,498.87) |
| Purchase | 7/29/2016 | 33,443 | 31.4400 | $1,051,447.92 | Sale | 3/3/2017 | (33,443) | 23.4747 | ($785,064.39) |
| Purchase | 6/30/2016 | 2,631 | 29.0100 | $76,325.31 | Sale | 3/3/2017 | (2,631) | 23.4747 | ($61,761.94) |
| Purchase | 5/27/2016 | 47,825 | 26.8091 | $1,282,145.21 | Sale | 3/3/2017 | (47,825) | 23.4747 | ($1,122,677.53) |
| Purchase | 4/29/2016 | 26,024 | 30.9500 | $805,442.80 | Sale | 3/3/2017 | (26,024) | 23.4747 | ($610,905.59) |
| Purchase | 4/25/2016 | 51,054 | 31.1809 | $1,591,909.67 | Sale | 3/3/2017 | (51,054) | 23.4747 | ($1,198,477.33) |
| Purchase | 4/25/2016 | 43,921 | 31.1809 | $1,369,496.31 | Sale | 3/23/2017 | (43,921) | 22.6400 | ($994,371.44) |

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/1/2014 | 13,935 | 41.1945 | $574,045.36 | Sale | 3/23/2017 | (13,935) | 22.6400 | ($315,488.40) |
| Purchase | 11/28/2014 | 73,762 | 40.8300 | $3,011,702.46 | Sale | 3/23/2017 | (73,762) | 22.6400 | ($1,669,971.68) |
| | | 865,091 | | $30,125,189.04 | | | (865,091) | | ($25,225,786.48) |

<span style="color:red">**KBC EQUITY FD - HIGH DIVIDEND Loss on class period sales    ($4,899,402.56)**</span>

**KBC EQUITY FD - QUANT GLOBAL 1**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 12/1/2014 | 606 | 41.1000 | $24,906.60 | Sale | 12/10/2014 | (606) | 38.4000 | ($23,270.40) |
| Purchase | 12/18/2014 | 1,043 | 39.4800 | $41,177.64 | Sale | 1/27/2015 | (1,043) | 38.7900 | ($40,457.97) |
| Purchase | 12/15/2014 | 1,130 | 37.7800 | $42,691.40 | Sale | 1/27/2015 | (1,130) | 38.7900 | ($43,832.70) |
| Purchase | 12/15/2014 | 1,160 | 37.7800 | $43,824.80 | Sale | 10/2/2015 | (1,160) | 24.6500 | ($28,594.00) |
| Purchase | 12/1/2014 | 1,913 | 41.1000 | $78,624.30 | Sale | 10/2/2015 | (1,913) | 24.6500 | ($47,155.45) |
| Purchase | 4/1/2016 | 4,475 | 32.1800 | $144,005.50 | Sale | 10/31/2016 | (4,475) | 26.5800 | ($118,945.50) |
| Purchase | 4/1/2016 | 3,814 | 32.1800 | $122,734.52 | Sale | 3/2/2017 | (3,814) | 23.5511 | ($89,823.90) |
| | | 14,141 | | $497,964.76 | | | (14,141) | | ($392,079.92) |

<span style="color:red">**KBC EQUITY FD - QUANT GLOBAL 1 Loss on class period sales    ($105,884.84)**</span>

**KBC EQUITY FD - STRATE. TELEC & TECH**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 12/5/2013 | 3,487 | 30.6500 | $106,876.55 | Sale | 12/12/2013 | (3,487) | 30.7600 | ($107,260.12) |
| Purchase | 1/23/2014 | 5,667 | 29.4500 | $166,893.15 | Sale | 1/31/2014 | (5,667) | 28.8600 | ($163,549.62) |
| Purchase | 1/23/2014 | 24,481 | 29.4500 | $720,965.45 | Sale | 6/19/2014 | (24,481) | 37.2900 | ($912,896.49) |
| Purchase | 12/5/2013 | 10,663 | 30.6500 | $326,820.95 | Sale | 6/19/2014 | (10,663) | 37.2900 | ($397,623.27) |
| Purchase | 12/3/2013 | 15,829 | 30.3700 | $480,726.73 | Sale | 6/19/2014 | (15,829) | 37.2900 | ($590,263.41) |
| Purchase | 12/3/2013 | 4,091 | 30.3700 | $124,243.67 | Sale | 7/31/2014 | (4,091) | 39.2400 | ($160,530.84) |
| Purchase | 12/3/2013 | 2,397 | 30.3700 | $72,796.89 | Sale | 8/4/2014 | (2,397) | 39.4600 | ($94,585.62) |
| Purchase | 12/3/2013 | 5,607 | 30.3700 | $170,284.59 | Sale | 8/8/2014 | (5,607) | 39.8600 | ($223,495.02) |
| Purchase | 9/18/2014 | 6,595 | 40.5200 | $267,229.40 | Sale | 10/10/2014 | (6,595) | 39.1300 | ($258,062.35) |
| Purchase | 9/18/2014 | 2,077 | 40.5200 | $84,160.04 | Sale | 10/16/2014 | (2,077) | 38.3000 | ($79,549.10) |

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/27/2014 | 5,735 | 40.7600 | $233,758.60 | Sale | 10/16/2014 | (5,735) | 38.3000 | ($219,650.50) |
| Purchase | 8/21/2014 | 6,606 | 40.9100 | $270,251.46 | Sale | 10/16/2014 | (6,606) | 38.3000 | ($253,009.80) |
| Purchase | 11/20/2014 | 10,314 | 40.5000 | $417,717.00 | Sale | 12/16/2014 | (10,314) | 37.8900 | ($390,797.46) |
| Purchase | 3/2/2015 | 15,337 | 37.6300 | $577,131.31 | Sale | 5/27/2015 | (15,337) | 33.9400 | ($520,537.78) |
| Purchase | 2/23/2015 | 21 | 36.6300 | $769.23 | Sale | 5/27/2015 | (21) | 33.9400 | ($712.74) |
| Purchase | 12/18/2014 | 17,105 | 39.4800 | $675,305.40 | Sale | 5/27/2015 | (17,105) | 33.9400 | ($580,543.70) |
| Purchase | 11/20/2014 | 7,501 | 40.5000 | $303,790.50 | Sale | 5/27/2015 | (7,501) | 33.9400 | ($254,583.94) |
| Purchase | 8/21/2014 | 114 | 40.9100 | $4,663.74 | Sale | 5/27/2015 | (114) | 33.9400 | ($3,869.16) |
| Purchase | 12/3/2013 | 30,500 | 30.3700 | $926,285.00 | Sale | 5/27/2015 | (30,500) | 33.9400 | ($1,035,170.00) |
| Purchase | 12/3/2013 | 6,347 | 30.3700 | $192,758.39 | Sale | 1/20/2016 | (6,347) | 22.2400 | ($141,157.28) |
| Purchase | 1/29/2016 | 3,866 | 25.4200 | $98,273.72 | Sale | 2/8/2016 | (3,866) | 25.6300 | ($99,085.58) |
| Purchase | 1/29/2016 | 2,527 | 25.4200 | $64,236.34 | Sale | 2/10/2016 | (2,527) | 24.5900 | ($62,138.93) |
| Purchase | 4/29/2016 | 8,086 | 30.9500 | $250,261.70 | Sale | 5/23/2016 | (8,086) | 26.9100 | ($217,594.26) |
| Purchase | 4/25/2016 | 245 | 31.1809 | $7,639.32 | Sale | 5/23/2016 | (245) | 26.9100 | ($6,592.95) |
| Purchase | 7/29/2016 | 5,502 | 31.4400 | $172,982.88 | Sale | 10/24/2016 | (5,502) | 28.3200 | ($155,816.64) |
| Purchase | 7/25/2016 | 2,832 | 30.8800 | $87,452.16 | Sale | 10/24/2016 | (2,832) | 28.3200 | ($80,202.24) |
| Purchase | 7/25/2016 | 5,027 | 30.8800 | $155,233.76 | Sale | 11/2/2016 | (5,027) | 24.1800 | ($121,552.86) |
| Purchase | 6/30/2016 | 1,565 | 29.0100 | $45,400.65 | Sale | 11/2/2016 | (1,565) | 24.1800 | ($37,841.70) |
| Purchase | 6/30/2016 | 3,912 | 29.0100 | $113,487.12 | Sale | 11/4/2016 | (3,912) | 23.0500 | ($90,171.60) |
| Purchase | 4/25/2016 | 698 | 31.1809 | $21,764.27 | Sale | 11/4/2016 | (698) | 23.0500 | ($16,088.90) |
| Purchase | 4/25/2016 | 12,748 | 31.1809 | $397,494.11 | Sale | 11/17/2016 | (12,748) | 24.2600 | ($309,266.48) |
| Purchase | 4/25/2016 | 8,407 | 31.1809 | $262,137.83 | Sale | 12/15/2016 | (8,407) | 23.9700 | ($201,515.79) |
| Purchase | 1/29/2016 | 2,360 | 25.4200 | $59,991.20 | Sale | 12/15/2016 | (2,360) | 23.9700 | ($56,569.20) |
| Purchase | 12/3/2013 | 5,321 | 30.3700 | $161,598.77 | Sale | 12/15/2016 | (5,321) | 23.9700 | ($127,544.37) |
| Purchase | 1/18/2017 | 18,783 | 25.4700 | $478,403.01 | Sale | 2/17/2017 | (18,783) | 24.2800 | ($456,051.24) |
| | | 262,353 | | $8,499,784.89 | | | (262,353) | | ($8,425,880.94) |

**KBC EQUITY FD - STRATE. TELEC & TECH Loss on class period sales** **($73,903.95)**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/24/2017 | 221,371 | 24.9382 | $5,520,594.27 | Retained | | (221,371) | 22.9453 | ($5,079,434.82) |
| | | 221,371 | | $5,520,594.27 | | | (221,371) | | ($5,079,434.82) |

**KBC EQUITY FD - STRATE. TELEC & TECH Loss on retained shares** **($441,159.45)**

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **KBC EQUITY FD - TELECOM** | | | | | | | | | |
| | Pre-class holdings | 34,850 | | | Sale | 12/3/2013 | (22,012) | 30.3700 | ($668,504.44) |
| | | | | | Sale | 7/7/2014 | (556) | 36.1200 | ($20,082.72) |
| | | | | | Sale | 8/5/2014 | (1,834) | 39.2900 | ($72,057.86) |
| | | | | | Sale | 1/28/2015 | (970) | 38.3500 | ($37,199.50) |
| | | | | | Sale | 8/23/2016 | (1,540) | 29.1000 | ($44,814.00) |
| | | | | | Sale | 10/24/2016 | (545) | 28.3200 | ($15,434.40) |
| | | | | | Sale | 11/25/2016 | (3,023) | 24.6600 | ($74,547.18) |
| | | | | | Sale | 12/12/2016 | (197) | 23.9300 | ($4,714.21) |
| | | | | | Sale | 12/15/2016 | (990) | 23.9700 | ($23,730.30) |
| | | | | | | | (31,667) | | ($961,084.61) |
| Purchase | 3/21/2013 | 1,839 | 34.4900 | $63,427.11 | Sale | 4/30/2013 | (1,839) | 37.5700 | ($69,091.23) |
| Purchase | 5/24/2013 | 1,118 | 37.2414 | $41,635.89 | Sale | 6/13/2013 | (1,118) | 35.9300 | ($40,169.74) |
| Purchase | 10/29/2013 | 1,862 | 33.8100 | $62,954.22 | Sale | 12/3/2013 | (1,862) | 30.3700 | ($56,548.94) |
| Purchase | 10/17/2013 | 32,895 | 33.2500 | $1,093,758.75 | Sale | 12/3/2013 | (32,895) | 30.3700 | ($999,021.15) |
| Purchase | 5/24/2013 | 3,639 | 37.2414 | $135,521.45 | Sale | 12/3/2013 | (3,639) | 30.3700 | ($110,516.43) |
| Purchase | 3/21/2013 | 3,300 | 34.4900 | $113,817.00 | Sale | 12/3/2013 | (3,300) | 30.3700 | ($100,221.00) |
| Purchase | 3/21/2016 | 778 | 31.7000 | $24,662.60 | Sale | 8/23/2016 | (778) | 29.1000 | ($22,639.80) |
| Purchase | 1/18/2017 | 3,068 | 25.4700 | $78,141.96 | Sale | 1/27/2017 | (3,068) | 25.9600 | ($79,645.28) |
| Purchase | 1/18/2017 | 426 | 25.4700 | $10,850.22 | Sale | 2/17/2017 | (426) | 24.2800 | ($10,343.28) |
| | | 48,925 | | $1,624,769.20 | | | (48,925) | | ($1,488,196.85) |
| | | | | | **KBC EQUITY FD - TELECOM Loss on class period sales** | | | | **($136,572.35)** |
| Purchase | 5/24/2017 | 1,451 | 24.9600 | $36,216.96 | Retained | | (1,451) | 22.9453 | ($33,293.70) |
| Purchase | 1/18/2017 | 4,800 | 25.4700 | $122,256.00 | Retained | | (4,800) | 22.9453 | ($110,137.67) |
| | | 6,251 | | $158,472.96 | | | (6,251) | | ($143,431.38) |
| | | | | | **KBC EQUITY FD - TELECOM Loss on retained shares** | | | | **($15,041.58)** |

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **KBC EQUITY FD - US SMALL CAPS** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 12/18/2014 | 3,027 | 39.4800 | $119,505.96 | Sale | 4/23/2015 | (3,027) | 36.6600 | ($110,969.82) |
| Purchase | 11/20/2014 | 2,559 | 40.5022 | $103,645.13 | Sale | 4/23/2015 | (2,559) | 36.6600 | ($93,812.94) |
| Purchase | 11/20/2014 | 6,886 | 40.5022 | $278,898.15 | Sale | 6/10/2015 | (6,886) | 32.2600 | ($222,142.36) |
| Purchase | 11/20/2014 | 44,507 | 40.5022 | $1,802,631.42 | Sale | 7/1/2015 | (44,507) | 29.5700 | ($1,316,071.99) |
| | | 56,979 | | $2,304,680.65 | | | (56,979) | | ($1,742,997.11) |

<span style="color:red">**KBC EQUITY FD - US SMALL CAPS Loss on class period sales**</span>       <span style="color:red">**($561,683.54)**</span>

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **PRICOS** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 2/17/2017 | 6,090 | 24.1938 | $147,340.24 | Sale | 5/24/2017 | (6,090) | 25.1700 | ($153,285.30) |
| Purchase | 10/10/2016 | 1,267 | 27.9845 | $35,456.36 | Sale | 5/24/2017 | (1,267) | 25.1700 | ($31,890.39) |
| | | 7,357 | | $182,796.60 | | | (7,357) | | ($185,175.69) |

<span style="color:red">**PRICOS Gain on class period sales**</span>       <span style="color:red">**$2,379.09**</span>

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/10/2016 | 198,733 | 27.9845 | $5,561,443.64 | Retained | | (198,733) | 22.9453 | ($4,559,998.01) |
| | | 198,733 | | $5,561,443.64 | | | (198,733) | | ($4,559,998.01) |

<span style="color:red">**PRICOS Loss on retained shares**</span>       <span style="color:red">**($1,001,445.63)**</span>

**KBC Managed Funds**

**Recoverable Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **PRICOS DEFENSIVE** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 11/22/2016 | 139 | 25.7779 | $3,583.13 | Sale | 12/16/2016 | (139) | 24.0500 | ($3,342.95) |
| Purchase | 2/21/2017 | 134 | 24.3000 | $3,256.20 | Sale | 3/28/2017 | (134) | 22.5000 | ($3,015.00) |
| Purchase | 2/21/2017 | 457 | 24.3000 | $11,105.10 | Sale | 5/24/2017 | (457) | 25.1700 | ($11,502.69) |
| | | 730 | | $17,944.43 | | | (730) | | ($17,860.64) |
| | | | | | **PRICOS DEFENSIVE Loss on class period sales** | | | | **($83.79)** |
| Purchase | 2/21/2017 | 4 | 24.3000 | $97.20 | Retained | | (4) | 22.9453 | ($91.78) |
| Purchase | 11/22/2016 | 356 | 25.7779 | $9,176.93 | Retained | | (356) | 22.9453 | ($8,168.54) |
| Purchase | 10/10/2016 | 7,250 | 27.9845 | $202,887.63 | Retained | | (7,250) | 22.9453 | ($166,353.78) |
| | | 7,610 | | $212,161.76 | | | (7,610) | | ($174,614.10) |
| | | | | | **PRICOS DEFENSIVE Loss on retained shares** | | | | **($37,547.65)** |
| | | | | | **Total loss on class period sales** | | | | **($11,287,040.11)** |
| | | | | | **KBC Managed Funds Recoverable Loss** | | | | **($1,879,073.33)** |