# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated, | : : : | No. 17-cv-01005-SMH-JPM |
| Plaintiff, | : : | <u>CLASS ACTION</u> |
| vs. | : : : | <u>ORAL ARGUMENT REQUESTED</u> |
| CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING, JR., | : : : | |
| Defendants. | : | |
| ------------------------------------------------------- x | | |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated, | : : | No. 17-cv-01033-SMH-JPM |
| Plaintiff, | : : : | <u>CLASS ACTION</u> |
| vs. | : : : | <u>ORAL ARGUMENT REQUESTED</u> |
| CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE, | : : : : | |
| Defendants. | : : | |
| ------------------------------------------------------- x | | |
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated, | : : | No. 17-cv-01065-SMH-JPM |
| Plaintiff, | : : : | <u>CLASS ACTION</u> |
| vs. | : : : | <u>ORAL ARGUMENT REQUESTED</u> |
| CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR., | : : : | |
| Defendants. | : : | |
| ------------------------------------------------------- x | | |

# **<u>CERTIFICATE OF SERVICE</u>**

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I authorized the electronic filing of the Memorandum in Further Support of the Motion of KBC Asset Management NV for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel, and in Opposition to the Competing Motions with Declaration in further support with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

Executed on September 11, 2017.

**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**

*s/ James P. Roy*
James Parkerson Roy (La. 11511)
John Parkerson Roy (La. 32048)
556 Jefferson St., Suite 500
Lafayette, LA 70501
Telephone: (337) 233-3033
Facsimile: (337)232-8213
jimr@wrightroy.com
johnr@wrightroy.com
*Counsel for KBC Asset Management NV*