UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**BENJAMIN CRAIG**                           **CASE NO. 3:17-CV-01005**

**VERSUS**                                   **JUDGE HICKS**

**CENTURYLINK INC. ET AL**                   **MAGISTRATE JUDGE PEREZ-MONTES**

### NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The REPLY MEMORANDUM in Support filed on September 11, 2017 by State of Oregon was DEFICIENT for the following reason(s):

- ✓ Replies to response to motion are limited to 7 pages for Magistrate Judge Perez-Montes.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.