# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated, | : : : | No. 17-cv-01005-SMH-JPM |
| Plaintiff, | : : | <u>CLASS ACTION</u> |
| vs. | : : : | <u>ORAL ARGUMENT REQUESTED</u> |
| CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING, JR., | : : : | |
| Defendants. | : | |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | No. 17-cv-01033-SMH-JPM |
| vs. | : : : | <u>CLASS ACTION</u> |
| CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE, | : : : : | <u>ORAL ARGUMENT REQUESTED</u> |
| Defendants. | : | |
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | No. 17-cv-01065-SMH-JPM |
| vs. | : : : | <u>CLASS ACTION</u> |
| CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR., | : : : | <u>ORAL ARGUMENT REQUESTED</u> |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING ORAL ARGUMENT ON MOTION OF KBC ASSET MANAGEMENT NV FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND OPPOSITION TO <u>COMPETING MOTIONS</u>**

In consideration of the foregoing request by Movant, KBC Asset Management NV for oral argument on its motion (and its response to the competing motions) for Lead Plaintiff and Approval of Selection of Lead Counsel;

**IT IS HEREBY ORDERED** that movant, KBC Asset Management NV's request for oral argument of its pending Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and Opposition to Competing Motions be and is hereby set for hearing with oral arguments on the _____ day of _____, 2017, at \_\_\_\_o'clock \_\_\_\_.m.

**MONROE, LOUISIANA,** this _____ day of September, 2017.

_____