**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

------------------------------------------------------------ x

BENJAMIN CRAIG, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

      vs.

CENTURYLINK, INC., GLEN F. POST, III
and R. STEWART EWING, JR.,

        Defendants.

:   No. 17-cv-01005-SMH-JPM

:   **CLASS ACTION**

------------------------------------------------------------ x

DON J. SCOTT, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiff,

      vs.

CENTURYLINK, INC., GLEN F. POST, III,
R. STEWART EWING, JR. and DAVID D.
COLE,

        Defendants.

:   No. 17-cv-01033-SMH-JPM

:   **CLASS ACTION**

------------------------------------------------------------ x

AMARENDRA THUMMETI, Individually
and on Behalf of All Others Similarly Situated,

        Plaintiff,

      vs.

CENTURYLINK, INC., GLEN F. POST, III,
and R. STEWART EWING, JR.,

        Defendants.

:   No. 17-cv-01065-SMH-JPM

:   **CLASS ACTION**

------------------------------------------------------------ x

**ORDER**

IT IS ORDERED that Andrew P. Arnold be and is hereby admitted to the bar of this

Court pro hac vice on behalf of KBC Asset Management NV in the above described actions.

SO ORDERED on this the _____ day of _____, 2017

_____
U.S. Magistrate Judge