# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that James M. Hughes was duly sworn and admitted as an attorney in this state on November 15, 1993, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY _____
CHIEF DEPUTY CLERK

Columbia, South Carolina

September 14, 2017