UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
------------------------------------------------------------ x
BENJAMIN CRAIG, Individually and on : No. 17-cv-01005-SMH-JPM
Behalf of All Others Similarly Situated, :
  : **CLASS ACTION**
      Plaintiff, :
  :
vs. :
  :
CENTURYLINK, INC., GLEN F. POST, III :
and R. STEWART EWING, JR., :
  :
      Defendants. :
------------------------------------------------------------ x
DON J. SCOTT, Individually and on Behalf of : No. 17-cv-01033-SMH-JPM
All Others Similarly Situated, :
  : **CLASS ACTION**
      Plaintiff, :
  :
vs. :
  :
CENTURYLINK, INC., GLEN F. POST, III, :
R. STEWART EWING, JR. and DAVID D. :
COLE, :
  :
      Defendants. :
------------------------------------------------------------ x
AMARENDRA THUMMETI, Individually : No. 17-cv-01065-SMH-JPM
and on Behalf of All Others Similarly Situated, :
  : **CLASS ACTION**
      Plaintiff, :
  :
vs. :
  :
CENTURYLINK, INC., GLEN F. POST, III, :
and R. STEWART EWING, JR., :
  :
      Defendants. :
------------------------------------------------------------ x

**NOTICE OF MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of KBC Asset Management NV in the above described actions.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the State of South Carolina Supreme Court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, James P. Roy of the firm of Domengeaux Wright Roy & Edwards LLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address with the court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| *[signature: Gregg S. Levin]*<br>Signature of Applying Attorney<br><br>Applying attorney must sign. No "s/signature" accepted<br><br>Gregg S. Levin<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Telephone: (843) 216-9000<br>Fax: (843) 216-9450<br>glevin@motleyrice.com<br><br>Additional emails:<br>erichards@motleyrice.com<br>kweil@motleyrice.com<br>Counsel for KBC Asset Management NV | /s/James Parkerson Roy<br>Signature of Local Counsel<br><br>Local counsel may use typed "s/signature" and must file electronically<br><br>James P. Roy (La. 11511)<br>Domengeaux Wright Roy & Edwards LLC<br>556 Jefferson St., Suite 500<br>Lafayette, LA 70501<br>Telephone: (337) 233-3033<br>Facsimile: (337) 232-8213<br>jimr@wrightroy.com<br>Counsel for KBC Asset Management NV |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2017.

DOMENGEAUX WRIGHT ROY & EDWARDS LLC

*s/ James P. Roy*

James P. Roy (La. 11511)
556 Jefferson St., Suite 500
Lafayette, LA 70501
Telephone: (337) 233-3033
Facsimile: (337) 232-8213
jimr@wrightroy.com

*Counsel for KBC Asset Management NV*