UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated, | : | No. 17-cv-01005-SMH-JPM |
| Plaintiff, | : | **CLASS ACTION** |
| vs. | : | |
| CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING, JR., | : | |
| Defendants. | : | |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated, | : | No. 17-cv-01033-SMH-JPM |
| Plaintiff, | : | **CLASS ACTION** |
| vs. | : | |
| CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE, | : | |
| Defendants. | : | |
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated, | : | No. 17-cv-01065-SMH-JPM |
| Plaintiff, | : | **CLASS ACTION** |
| vs. | : | |
| CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR., | : | |
| Defendants. | : | |

**ORDER**

IT IS ORDERED that Gregg S. Levin be and is hereby admitted to the bar of this Court pro hac vice on behalf of KBC Asset Management NV in the above described actions.

SO ORDERED on this the _____ day of _____, 2017

_____
U.S. Magistrate Judge