UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**BENJAMIN CRAIG**                         **CASE NO. 3:17-CV-01005**

**VERSUS**                                 **JUDGE HICKS**

**CENTURYLINK INC. ET AL**                 **MAGISTRATE JUDGE PEREZ-MONTES**

MINUTES OF COURT:
Telephone Conference

| Date: | September 22, 2017 | Presiding: | Magistrate Judge Joseph H. L. Perez-Montes |
|---|---|---|---|
| Court Opened: | 1:30 p.m. | Courtroom Deputy: | Yvonna Tice |
| Court Adjourned: | 2:00 p.m. | Court Reporter: | LCR |
| Statistical Time: | **00:30** | Courtroom: | 3rd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| Brandon Wade Creekbaum & Lyle Roberts (RET) | For | CenturyLink Inc, et al Defendant |
| John Parkerson Roy, Jim Roy & Andrew Arnold (RET) | For | K B C Asset Management N V, Movant |
| Jason W Burge | For | City of Detroit Police & Fire Retirement System, Movant |
| George M Snellings IV & Michael Blatchley (RET) | For | Oregon Public Employee Retirement Fund, Movant |
| Tracy W Houck | For | Allen Feldman, et al Movant |
| Bill Narwold | For | KBC Asset Management NV |

**PROCEEDINGS**

**The case is called for TELEPHONE CONFERENCE, held.**

**Comments:**
Joint oral Motion for Continuance of Motion Hearing, GRANTED. The Motion Hearing currently scheduled for October 4, 2017 at 1:30 is reset to **October 25, 2017 at 10:00**.