## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

---------------------------------------------------------- x
BENJAMIN CRAIG, Individually and on : No. 17-cv-01005-SMH-JPM
Behalf of All Others Similarly Situated, :
: **CLASS ACTION**
Plaintiff, :
:
vs. :
:
CENTURYLINK, INC., GLEN F. POST, III :
and R. STEWART EWING, JR., :
:
Defendants. :
---------------------------------------------------------- x
DON J. SCOTT, Individually and on Behalf of : No. 17-cv-01033-SMH-JPM
All Others Similarly Situated, :
: **CLASS ACTION**
Plaintiff, :
:
vs. :
:
CENTURYLINK, INC., GLEN F. POST, III, :
R. STEWART EWING, JR. and DAVID D. :
COLE, :
:
Defendants. :
---------------------------------------------------------- x
AMARENDRA THUMMETI, Individually : No. 17-cv-01065-SMH-JPM
and on Behalf of All Others Similarly Situated, :
: **CLASS ACTION**
Plaintiff, :
:
vs. :
:
CENTURYLINK, INC., GLEN F. POST, III, :
and R. STEWART EWING, JR., :
:
Defendants. :
---------------------------------------------------------- x

## **ORDER**

IT IS ORDERED that Gregg S. Levin be and is hereby admitted to the bar of this Court pro hac vice on behalf of KBC Asset Management NV in the above described actions.

SO ORDERED on this the  22nd  day of   September   , 2017

_____
U.S. Magistrate Judge