

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

### CERTIFICATE OF GOOD STANDING

I, Mary L. Moran, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## *KEITH S. DUBANEVICH*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon on September 29, 2017.

MARY L. MORAN
Clerk of Court

By: *[signature]*

Elizabeth Potter
Attorney Admissions Clerk