(Rev. 6/12/13)

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

<u>MONROE</u> DIVISION

BENJAMIN CRAIG,                      Case No. 3:17-cv-01005

Plaintiff

VS.                                        Judge HICKS

CENTURYLINK INC. ET AL.            Magistrate Judge PEREZ-MONTES

Defendant

## ORDER

IT IS ORDERED that Keith S. Dubanevich be and is hereby admitted to the bar of this Court pro hac vice on behalf of Movant, Oregon Public Employee Retirement Fund in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____

U.S. Magistrate Judge