*(Rev. 6/12/13)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
<u>MONROE</u> DIVISION

<u>BENJAMIN CRAIG,</u>
   Plaintiff

VS.

<u>CENTURYLINK INC. ET AL.</u>
   Defendant

Case No. <u>3:17-cv-01005</u>

Judge <u>HICKS</u>

Magistrate Judge <u>PEREZ-MONTES</u>

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of <u>Movant, Oregon Public Employee Retirement Fund</u> in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of <u>Oregon</u> or the bar of _____ court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, <u>Fred Williams Sartor, Jr.</u> of the firm of <u>Nelson, Zentner, Sartor & Snellings, LLC</u> is appointed a local counsel.

Page 1 of 3

*(Rev. 6/12/13)*

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| Signature of Applying Attorney | s/ Fred Williams Sartor, Jr. |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney must sign. No "s/ signature" accepted. | Local counsel may use typed "s/ signature" and must file electronically. |

PLEASE TYPE OR PRINT LEGIBLY:

Name: **Keil M. Mueller**

Firm: Stoll Stoll Berne Lokting & Shachter, P.C.

Address: 209 SW Oak Street, Suite 500
**Portland, OR 97204**

Telephone: (503) 227-1600

Fax: (503) 227-6840

E-mail: kmueller@stollberne.com

Additional e-mail(s):

LOCAL COUNSEL INFORMATION:

Name: **Fred Williams Sartor, Jr.**

Firm: Nelson, Zentner, Sartor & Snellings, LLC

Address: **1507 Royal Avenue**
**Monroe, LA 71201**

Telephone: **(318) 388-4454**

Fax: **(318) 388-4447**

E-mail: **WSartor@nzsslaw.com**

## CERTICATE OF SERVICE

*(Rev. 6/12/13)*

I hereby certify that on October 4, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of the Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2017.

s/ Fred Williams Sartor, Jr.
Signature

Name: Fred Williams Sartor, Jr.
Firm: Nelson, Zentner, Sartor & Snellings, LLC
Address: 1507 Royal Avenue
Monroe, LA 70201
Telephone: (318) 388-4454
Fax: (318) 388-4447
E-mail: WSartor@nzsslaw.com