

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

### CERTIFICATE OF GOOD STANDING

I, Mary L. Moran, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## *Keil M. Mueller*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon, on September 28, 2017.

MARY L. MORAN
Clerk of Court

By: _____
Elizabeth Potter
Attorney Admissions Clerk