(Rev. 6/12/13)

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

BENJAMIN CRAIG,

Plaintiff

VS.

CENTURYLINK INC. ET AL.

Defendant

Case No. 3:17-cv-01005

Judge HICKS

Magistrate Judge PEREZ-MONTES

**ORDER**

IT IS ORDERED that Keith S. Dubanevich be and is hereby admitted to the bar of this Court pro hac vice on behalf of Movant, Oregon Public Employee Retirement Fund in the above described action.

SO ORDERED on this, the 5th day of October, 2017.

U.S. Magistrate Judge