# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING JR.,<br><br>   Defendants. | No. 3:17-cv-01005-SMH-JPM<br><br>**CLASS ACTION** |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>   Defendants. | No. 3:17-cv-01033-SMH-JPM<br><br>**CLASS ACTION** |

*Caption continued on next page.*

**MOTION TO APPEAR *PRO HAC VICE***

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST III and R. STEWART EWING, JR.,<br><br>　　　　　　Defendants. | No. 3:17-cv-1065-SMH-JPM<br><br>**CLASS ACTION** |

In accordance with the Local Rules for the United States District Court, Western District of Louisiana, I make this application to be admitted *pro hac vice* to the bar of this Court for the purpose of appearing on behalf of the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund in the above-captioned actions.

- I am ineligible to become a member of the bar of this Court, but I am a member in good standing of the bar of the State of New York.  Attached hereto is a Certificate of Good Standing as required by Local Rule 83.2.6.

- Payment of the applicable fee of $105.00 is made via the Court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the Local Rules for the United States District Court, Western District of Louisiana, Fred Williams Sartor, Jr. of the firm of Nelson, Zentner, Sartor & Snellings, LLC is appointed as local counsel.

- I authorize the Clerk of the Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Rule 77 of the Federal Rules of Civil Procedure and Local Rule 5.7.10.  I also agree to receive notice electronically from other parties and the Court via electronic mail.  I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter out messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise

the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the Court's electronic filing system.

DATED: October 5, 2017                     Respectfully submitted,

*[signature]*
Applying Attorney

Michael D. Blatchley
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
michaelb@blbglaw.com

*Counsel for Proposed Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Proposed Lead Counsel for the Class*

*/s/ Fred Williams Sartor, Jr.*
Local Counsel

Fred Williams Sartor, Jr.
**NELSON, ZENTNER, SARTOR & SNELLINGS, LLC**
1507 Royal Avenue (71201)
P.O. Box 14420 (71207-4420)
Monroe, Louisiana
Telephone: (318) 388-4454
Facsimile: (318) 388-4447
wsartor@nzsslaw.com

*Local Counsel for Proposed Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 5, 2017, I electronically filed the foregoing Motion to Appear *Pro Hac Vice* using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Fred Williams Sartor, Jr.*
Fred Williams Sartor, Jr.

3