UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING JR.,<br><br>　　　　　Defendants. | No. 3:17-cv-01005-SMH-JPM<br><br>**CLASS ACTION** |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>　　　　　Defendants. | No. 3:17-cv-01033-SMH-JPM<br><br>**CLASS ACTION** |

*Caption continued on next page.*

**ORDER**

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST III and R. STEWART EWING, JR.,<br><br>　　　　　Defendants. | No. 3:17-cv-1065-SMH-JPM<br><br>**<u>CLASS ACTION</u>** |

IT IS ORDERED that Michael D. Blatchley be and hereby is admitted to the bar of this Court *pro hac vice* on behalf of the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund in the above-captioned actions.

SO ORDERED on this the  10th  day of ____October_____, 2017

_____
U.S. MAGISTRATE JUDGE