UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING JR.,<br><br>Defendants. | No. 3:17-CV-01005-SMH-JPM<br><br>CLASS ACTION |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>Defendants. | No. 3:17-cv-01033-SMH-JPM<br><br>CLASS ACTION |

*Caption continued on next page.*

**DECLARATION OF F. WILLIAMS SARTOR, JR. IN SUPPORT OF THE
JOINT MOTION FOR CONTINUANCE PURSUANT TO L.R. 7.9**

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST III and R. STEWART EWING, JR.,<br><br>　　　　　Defendants. | No. 3:17-cv-1065-SMH-JPM<br><br><u>CLASS ACTION</u> |

I, F. Williams Sartor, Jr., declare as follows:

1.  I am a member in good standing of the bars of the State of Louisiana and of this Court. I am a partner in the law firm of Nelson, Zentner, Sartor & Snellings, LLC. I submit this declaration in support of the Joint Motion for Continuance Pursuant to L.R. 7.9.

2.  Attached as Exhibits A through D are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Memorandum of Law in Support of Motion of CenturyLink, Inc. and Its Subsidiaries for Transfer of Actions Pursuant to 28 U.S.C. § 1407, filed in *In re: CenturyLink Residential Customer Billing Disputes Litigation*, MDL No. 2795 (J.P.M.L. July 31, 2017), ECF No. 1-1; |
| EXHIBIT B: | Transfer Order, filed in *In re: CenturyLink Residential Customer Billing Disputes Litig.*, MDL No. 2795 (J.P.M.L. Oct. 5, 2017), ECF No. 60; |
| EXHIBIT C: | Conditional Transfer Order (CTO-1), filed in *In re: CenturyLink Residential Customer Billing Disputes Litigation*, MDL No. 2795 (J.P.M.L. Oct. 6, 2017), ECF No. 63; and |
| EXHIBIT D: | Reply Memorandum of CenturyLink, Inc. and Its Subsidiaries in Support of Their Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407, *In re: CenturyLink Residential Customer Billing Disputes Litig.*, MDL No. 2795 (J.P.M.L. Aug. 28, 2017), ECF No. 27. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of October, 2017.

*/s/ F. Williams Sartor, Jr.*
F. Williams Sartor, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 10, 2017, I electronically filed the above Declaration of F. Williams Sartor, Jr. In Support of the Joint Motion for Continuance Pursuant to L.R. 7.9.

                                                  */s/ F. Williams Sartor, Jr.*
                                                F. Williams Sartor, Jr.