UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING JR.,<br><br>Defendants. | No. 3:17-CV-01005-SMH-JPM<br><br><u>CLASS ACTION</u> |
| DON J. SCOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR. and DAVID D. COLE,<br><br>Defendants. | No. 3:17-cv-01033-SMH-JPM<br><br><u>CLASS ACTION</u> |

*Caption continued on next page.*

**<u>ORDER</u>**

| | |
|---|---|
| AMARENDRA THUMMETI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST III and R. STEWART EWING, JR.,<br><br>　　　　　Defendants. | No. 3:17-cv-1065-SMH-JPM<br><br>CLASS ACTION |

Considering the Joint Motion for Continuance Pursuant to L.R. 7.9 filed by Lead Plaintiff movants Oregon[1] and KBC Asset Management NV ("KBC") regarding the Motion Hearing presently scheduled for October 25, 2017, it is hereby ordered that the Motion for Continuance is GRANTED.  Oregon and KBC will promptly notify the Court of a decision by the Judicial Panel for Multidistrict Litigation on transfer of the above-captioned actions.

SO ORDERED on this the _____ day of _____, 2017

_____
U.S. MAGISTRATE JUDGE

---

[1] "Oregon" refers to the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund.