UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR.,<br><br>Defendants. | ) **Case No.: 3:17-cv-01005-SMH-JPM**<br>)<br>) Judge S. Maurice Hicks, Jr.<br>)<br>) Magistrate Judge Joseph H. L. Perez-Montes |
| DON J. SCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>CENTURYLINK, INC., GLEN F. POST III, R. STEWART EWING JR., and DAVID D. COLE,<br><br>Defendants. | ) **Case No.: 3:17-cv-01033-SMH-JPM**<br>)<br>) Judge S. Maurice Hicks, Jr.<br>)<br>) Magistrate Judge Joseph H. L. Perez-Montes |
| AMARENDRA THUMMETI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR.,<br><br>Defendants. | ) **Case No.: 3:17-cv-01065-SMH-JPM**<br>)<br>) Judge S. Maurice Hicks, Jr.<br>)<br>) Magistrate Judge Joseph H. L. Perez-Montes |

**DECLARATION OF LYLE ROBERTS IN SUPPORT OF DEFENDANTS' OPPOSITION
TO JOINT MOTION FOR CONTINUANCE PURSUANT TO L.R. 7.9**

Lyle Roberts makes the following declaration under 28 U.S.C. § 1746:

1.  My name is Lyle Roberts, and I am a partner with the law firm of Cooley LLP in Washington, D.C. I am a member in good standing of the bars of Virginia, Maryland and the District of Columbia and, I am admitted *pro hac vice* to practice before this Court in this matter.

2.  I submit this Declaration in Support of Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., and David D. Cole's Opposition to the Joint Motion for Continuance Pursuant to L.R. 7.9, ECF No. 75.

3.  I have personal knowledge of the document attached to this Declaration and I declare that the attached copy is a true and correct copy of the document it purports to be.

4.  Attached as **Exhibit 1** to this Declaration is a true and correct copy of the Reply of CenturyLink, Inc. and Its Subsidiaries to McLeod Plaintiffs' Continued Response in Support of Consolidation and Transfer, Judicial Panel on Multidistrict Litigation, MDL No. 2795, ECF 56, dated September 12, 2017.

5.  Attached as **Exhibit 2** to this Declaration is a true and correct copy of the Notice of Opposition to Conditional Transfer Order (CTO-1), Judicial Panel on Multidistrict Litigation, MDL No. 2795, ECF 65, dated October 13, 2017.

Dated:  October 16, 2017

By:  /s/ Lyle Roberts  
Lyle Roberts