# Exhibit 2

# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re:                                              )
                                                    )   MDL No. 2795
CenturyLink Residential Customer Billing            )
Disputes Litigation                                 )

---

## NOTICE OF OPPOSITION TO
## CONDITIONAL TRANSFER ORDER (CTO-1)

---

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart

Ewing, Jr., and David D. Cole submit this Notice of Opposition to the Conditional Transfer

Order (CTO-1), filed October 6, 2017 (ECF 63), as it relates to the cases listed on the attached

Schedule of Actions.


Dated: October 13, 2017                    Respectfully submitted,

                                           */s/ Lyle Roberts*
                                           Lyle Roberts
                                           George Anhang
                                           COOLEY LLP
                                           1299 Pennsylvania Avenue, NW, Suite 700
                                           Washington, DC  20004-2400
                                           Telephone: (202) 842-7855
                                           Facsimile: (202) 842-7899
                                           lroberts@cooley.com
                                           ganhang@cooley.com

                                           *Counsel for Defendants CenturyLink, Inc.,
                                           Glen F. Post III, R. Stewart Ewing Jr., and
                                           David D. Cole*

# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re:                                          )
                                                )  MDL No. 2795
CenturyLink Residential Customer Billing        )
Disputes Litigation                             )

## NOTICE OF OPPOSITION TO CTO-1
## SCHEDULE OF ACTIONS

|   | Named Plaintiff | Defendants | United States District Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Benjamin Craig | CenturyLink, Inc., Glen F. Post, III and R. Stewart Ewing, Jr. | W.D. Louisiana | 3:17-cv-01005 | Judge S. Maurice Hicks |
| 2 | Don J. Scott | CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr. and David D. Cole | W.D. Louisiana | 3:17-cv-01033 | Judge S. Maurice Hicks |
| 3 | Amarendra Thummeti | CenturyLink, Inc., Glen F. Post, III and R. Stewart Ewing, Jr. | W.D. Louisiana | 3:17-cv-01065 | Judge S. Maurice Hicks |

# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re:

CenturyLink Residential Customer Billing
Disputes Litigation

)
)
)
)

MDL No. 2795

---

## PROOF OF SERVICE

---

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Opposition to Conditional Transfer Order (CTO-1) were served electronically using the CM/ECF system on all parties in all involved actions, or as indicated below on October 13, 2017.

***Craig v. CenturyLink, Inc.***, No. 3:17-cv-01033-SMH-JPM (W.D. La.)

**Served via Email**
Gerald H. Silk
Avi Josefson
Michael D. Blatchley
BERNSTEIN LITOWITZ BERGER
& GROSSMAN LLP
1251 Avenue of the Americas
New York, NY 10020
jerry@blbglaw.com
avi@blbglaw.com
michaelb@blbglaw.com

**Counsel for Proposed Lead Plaintiff the
State of Oregon by and through the
Oregon State Treasurer and Oregon Public
Employee Retirement Board, on behalf of
Oregon Public Employee Retirement Fund**

Dated: October 13, 2017

*/s/ Lyle Roberts*
Lyle Roberts
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7855
Facsimile: (202) 842-7899

lroberts@cooley.com

*Counsel for Defendants CenturyLink, Inc.,*
*Glen F. Post III, R. Stewart Ewing Jr., and*
*David D. Cole*