*(Rev. 6/12/13)*

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

MONROE _____ DIVISION

BENJAMIN CRAIG, _____          Case No. 3:17-cv-01005 _____

Plaintiff

VS.                                              Judge HICKS _____

CENTURYLINK INC. ET AL. _____    Magistrate Judge PEREZ-MONTES _____

Defendant

## ORDER

IT IS ORDERED that Timothy S. DeJong _____ be and is hereby admitted to the bar of this Court pro hac vice on behalf of Movant, Oregon Public Employee Retirement Fund _____ in the above described action.

SO ORDERED on this, the 20th day of October _____, 2017 _____.

_____

U.S. Magistrate Judge