UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING JR.,<br><br>　　　　　Defendants. | No. 3:17-cv-01005 (LEAD)<br>No. 3:17-cv-01033 (MEMBER)<br>No. 3:17-cv-01065 (MEMBER)<br><br>Judge S. Maurice Hicks<br><br>Magistrate Judge Joseph H.L. Perez Montes<br><br>**CLASS ACTION** |

**ORDER**

IT IS ORDERED that Michael M. Mathai be and hereby is admitted to the bar of this Court *pro hac vice* on behalf of Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund in the above-captioned consolidated action.

SO ORDERED on this the ___ day of _____, 2017

_____
U.S. MAGISTRATE JUDGE