UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**BENJAMIN CRAIG**          **CASE NO. 3:17-CV-01005 LEAD**

**VERSUS**                  **JUDGE HICKS**

**CENTURYLINK INC. ET AL**  **MAGISTRATE JUDGE PEREZ-MONTES**

NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The APPEAL OF MAGISTRATE JUDGE DECISION filed on November 03, 2017 by K B C Asset Management N V was DEFICIENT for the following reason(s):

- ✓ For attorneys admitted *pro hac vice*, signature or endorsement of local counsel is required. Please refer to LR83.2.6 for more specific requirements.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court. <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>** All filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.