UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BENJAMIN CRAIG** | **CASE NO. 3:17-CV-01005 LEAD** |
| **VERSUS** | **JUDGE HICKS** |
| **CENTURYLINK INC. ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## NOTICE OF MOTION SETTING

The Motion for Appeal of Magistrate Judge Decision (Document No. 87) filed by K B C Asset Management N V on November 03, 2017 has been referred to the Honorable S. Maurice Hicks, Jr. A written ruling will be issued in due course.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within **fourteen (14) calendar days** from the date of this notice. The movant may file a reply memorandum, without leave of court, within **seven (7) calendar days** after the date on which the memorandum in opposition is filed.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record **without** oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments **MUST** be provided to chambers promptly after filing in **both paper and electronic formats.** The mailing address is 300 Fannin St., Suite 5101, Shreveport, LA, 71101. The electronic copy shall be formatted in either Word Perfect, Word, or Rich Text Format and e-mailed to **motions_hicks@lawd.uscourts.gov.**

**DATE OF NOTICE: November 3, 2017**

TONY R. MOORE
CLERK OF COURT