UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, et al.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., et al.,<br><br>　　　　　　　Defendants. | )<br>) No. 3:17-cv-01005-SMH-JPM (Lead)<br>) No. 3:17-cv-01033-SMH-JPM (Member)<br>) No. 3:17-cv-01065-SMH-JPM (Member)<br>)<br>)<br>)<br>) Judge S. Maurice Hicks, Jr.<br>)<br>) Magistrate Judge Joseph H. L. Perez-Montes<br>)<br>)<br>)<br>) |

**JOINT STIPULATION REGARDING SERVICE AND COMPLAINTS**

Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon" or "Lead Plaintiff"), and Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing Jr., and David D. Cole (collectively, "Defendants," and, together with Lead Plaintiff, the "Parties") in the above-captioned consolidated action (the "Action"), through their undersigned counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, on June 21, 2017, a CenturyLink, Inc. investor filed a securities class action in the United States District Court for the Southern District of New York (the "S.D.N.Y.") captioned *Thummeti v. CenturyLink, Inc.*, No. 17-cv-4695 ("*Thummeti*"), alleging violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), Rule 10b-5 promulgated thereunder, and Section 20(a) of the Exchange Act.

2. WHEREAS, on June 22, 2017, a second securities class action complaint was filed in the S.D.N.Y., captioned *Craig v. CenturyLink, Inc.*, No. 17-cv-4740 ("*Craig*"), and, on August 15, 2017, a third securities class action complaint was filed in United States District Court for the Western

1

District of Louisiana (the "Western District of Louisiana"), captioned *Scott v. CenturyLink, Inc.*, No. 17-cv-1033 ("*Scott*," and together with *Thummeti* and *Craig*, the "CenturyLink Securities Actions").

3. WHEREAS, on October 19, 2017, Magistrate Judge Joseph H.L. Perez-Montes ordered that the CenturyLink Securities Actions be consolidated under the caption above (the "Consolidated Securities Action").

4. WHEREAS, on October 20, 2017, Judge Perez-Montes appointed Oregon as Lead Plaintiff in the Consolidated Securities Action, and approved Lead Plaintiff's selection of Lead Counsel.

5. WHEREAS, Lead Plaintiff has not filed a complaint in the Consolidated Securities Action and intends to file a consolidated complaint.

6. WHEREAS, Defendants have not filed an answer or response to a complaint in the Consolidated Securities Action and intend to file answer(s) or response(s) to any consolidated complaint filed in the Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, as follows:

1. Defendants, pursuant to Fed. R. Civ. P. 4(d), have waived service of summonses in connection with complaints previously filed in the CenturyLink Securities Actions (the "Waiver"), and the Actions are proceeding, and shall proceed, as if Defendants had been served with such summonses and complaints, in accordance with Fed. R. Civ. P. 4(d).

2. The instant Stipulation shall be filed with the Court and deemed to constitute proof of Defendants' Waiver.

3. In view of the Waiver and Lead Plaintiff's above-mentioned intention to file a consolidated complaint, Defendants shall file answer(s) or response(s) to any consolidated complaint

filed in the Consolidated Securities Action, and shall not file answer(s) or response(s) to any complaints previously filed in the CenturyLink Securities Actions.

Dated: November 13, 2017

**COOLEY LLP**

*s/ Lyle Roberts*
Lyle Roberts (*admitted pro hac vice*)
George Anhang (*admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7855
Facsimile: (202) 842-7899
lroberts@cooley.com
ganhang@cooley.com

**HAYES, HARKEY, SMITH & CASCIO, LLP**

*s/ Thomas M. Hayes, III*
Thomas M. Hayes, III, No. 6685
Brandon W. Creekbaum, No. 33791
2811 Kilpatrick Blvd.
Monroe, LA 71201
Telephone: (318) 387-2422
Facsimile: (318) 388-5809
tom@hhsclaw.com
brandon@hhsclaw.com

*Counsel for Defendants CenturyLink, Inc., Glen F. Post III, R. Stewart Ewing Jr., and David D. Cole*

**NELSON, ZENTNER, SARTOR & SNELLINGS, LLC**

*s/ Fred Williams Sartor, Jr.*
Fred Williams Sartor, Jr.
George M. Snellings, IV
1507 Royal Avenue (71201)
P.O. Box 14420 (71207-4420)
Monroe, Louisiana
Telephone: (318) 388-4454
Facsimile: (318) 388-4447
wsartor@nzsslaw.com
gsnellings@nzsslaw.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Gerald H. Silk (*pro hac vice*)
John Browne (*pro hac vice* forthcoming)
Avi Josefson (*pro hac vice*)
Michael D. Blatchley (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com
michaelb@blbglaw.com

**STOLL BERNE**
Keith A. Ketterling
Keith S. Dubanevich (*pro hac vice*)
Jennifer A. Wagner
Keil M. Mueller (*pro hac vice*)
209 Southwest Oak Street
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
kdubanevich@stollberne.com
jwagner@stollberne.com
kmueller@stollberne.com

*Counsel for Lead Plaintiff the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the Court's electronic noticing system CM/ECF to all counsel of record this 13th day of November, 2017.

*s/ Fred Williams Sartor, Jr.*
FRED WILLIAMS SARTOR, JR.