# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III and R. STEWART EWING JR.,<br><br>Defendants. | No. 3:17-CV-01005-SMH-JPM (Lead)<br>No. 3:17-cv-01033-SMH-JPM (Member)<br>No. 3:17-cv-01065-SMH-JPM (Member)<br><br>Judge S. Maurice Hicks, Jr.<br><br>Magistrate Judge Joseph H. L. Perez-Montes<br><br><u>CLASS ACTION</u> |

**DECLARATION OF F. WILLIAMS SARTOR, JR. IN SUPPORT OF THE MEMORANDUM OF LAW IN RESPONSE TO KBC ASSET MANAGEMENT NV'S APPEAL UNDER RULE 72(a) AND LOCAL RULE 74.1 OF THE MEMORANDUM <u>ORDER ISSUED BY THE MAGISTRATE JUDGE ON OCTOBER 20, 2017</u>**

I, F. Williams Sartor, Jr., declare as follows:

1. I am a member in good standing of the bars of the State of Louisiana and of this Court. I am a partner in the law firm of Nelson, Zentner, Sartor & Snellings, LLC. I submit this declaration in support of the Memorandum of Law in Response to KBC Asset Management NV's Appeal Under Rule 72(a) and Local Rule 74.1 of the Memorandum Order Issued By the Magistrate Judge on October 20, 2017, filed by the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund.

2. Attached as Exhibit A is a true and correct copy of the Order appointing Lead Plaintiff in *Kaplan v. S.A.C. Capital Advisors, L.P.*, No. 1:12-cv-09350-NRB-KNF (S.D.N.Y. Oct. 22, 2013).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of November, 2017.

*/s/ F. Williams Sartor, Jr.*
F. Williams Sartor, Jr.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this day, November 17, 2017, I electronically filed the above Declaration of F. Williams Sartor, Jr. in Support of the Memorandum of Law in Response to KBC Asset Management NV's Appeal Under Rule 72(a) and Local Rule 74.1 of the Memorandum Order Issued By the Magistrate Judge on October 20, 2017 using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                                         */s/ F. Williams Sartor, Jr.*
                                                         F. Williams Sartor, Jr.