UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, et al., | ) No.: 3:17-cv-01005-SMH-JPM (Lead) |
| | ) No.: 3:17-cv-01033-SMH-JPM (Member) |
| Plaintiff, | ) No.: 3:17-cv-01065-SMH-JPM (Member) |
| v. | ) |
| CENTURYLINK, INC., et al., | ) Judge S. Maurice Hicks, Jr. |
| Defendants. | ) Magistrate Judge Joseph H. L. Perez-Montes |

**DECLARATION OF LYLE ROBERTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO KBC ASSET MANAGEMENT NV'S APPEAL OF THE MAGISTRATE JUDGE'S OCTOBER 20, 2017 ORDER**

Lyle Roberts makes the following declaration under 28 U.S.C. § 1746:

1. My name is Lyle Roberts, and I am a partner with the law firm of Cooley LLP. I am a member in good standing of the bars of Virginia, the District of Columbia, and Maryland.

2. I submit this Declaration in support of CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr. and David D. Cole's Opposition to KBC Asset Management NV's Appeal of the Magistrate Judge's October 20, 2017 Order.

3. I have personal knowledge of the document attached to this Declaration and I declare that the attached copy is a true and correct copy of the document it purports to be.

4. Attached as **Exhibit A** to this Declaration is a true and correct copy of a Chart of cases in which KBC Asset Management NV ("KBC") has been appointed lead plaintiff, including the dates on which KBC was appointed lead plaintiff.

Dated: November 17, 2017
       Washington, D.C.

By: */s/ Lyle Roberts*
    Lyle Roberts

CASE 0:18-cv-00296-MJD-JFD   Doc. 91-1   Filed 11/17/17   Page 2 of 2