# Exhibit A

Cases in which KBC Asset Management NV has been appointed lead plaintiff since Aug. 2012[1]

|   | *Case* | *Date of Appointment* | *Case Status* |
|---|---|---|---|
| 1 | **Pope v. GM Co.**, No. 2:17-cv-12185 (E.D. Mich.) | **10/10/2017** | **Open – Last filing 10/27/2017** |
| 2 | **City of Warwick Municipal Emps. Pension Fund v. Rackspace Hosting**, No. 1:17-cv-3501 (S.D.N.Y.) | **09/19/2017** | **Open – Last filing 11/07/2017** |
| 3 | **Shenwick v. Twitter**, No. 16-cv-5314 (N.D. Calif.) | **12/22/2016** | **Open – Last filing 11/09/2017** |
| 4 | Martin .v GNC Holdings Inc., No. 2:15-cv-1522 (W.D. Penn.) | 01/20/2016 | Closed 09/08/2017 |
| 5 | **KBC Asset Mmgt. NV v. 3D Sys. Corp.**, No. 15-cv-2393 (D.S.C.) | **10/01/2015** | **Open – Last filing 10/11/2017** |
| 6 | Int'l. Assoc. of Heat and Frost Insulators and Asbestos Workers v. IBM, No. 1:15-cv-2492 (S.D.N.Y.) | 06/04/2015 | Closed 09/07/2016 |
| 7 | **In re Leapfrog Enters. Inc. Sec. Litig.**, No. 15-cv-347 (N.D. Calif.) | **05/05/2015** | **Open – Last filing 11/07/2017** |
| 8 | **KBC Asset Mmgt. NV v. Aegerion Pharmaceuticals**, No. 1:14-cv-10105 (D. Mass.) | **03/11/2015** | **Open – Last filing 10/02/2017** |
| 9 | Aruliah v. Impax Labs, Inc., No. 3:14-cv-3673 (N.D. Calif.) | 11/19/2014 | Closed 12/21/2015 |
| 10 | In re Lions Gate Entertainment Corp. Sec. Litig., No. 1:14-cv-5197 (S.D.N.Y.) | 11/04/2014 | Closed 01/25/2016 |
| 11 | Henningsen v. The ADT Corp., No. 9:14-cv-80566 (S.D. Fla.) | 07/14/2014 | Closed 07/02/2015 |
| 12 | In re Weight Watchers Int'l. Sec. Litig., No. 1:14-cv-1997 (S.D.N.Y.) | 06/09/2014 | Closed 05/12/2016 |
| 13 | **Hatamian v. Advanced Micro Devices**, No. 4:14-cv-226 (N.D. Calif.) | **04/04/2014** | **Open – Last filing 11/01/2017** |
| 14 | Kaplan v S.A.C. Capital Advisors, No. 1:12-cv-9350 (S.D.N.Y.) | 10/22/2013 | Closed 05/12/2017 |

---

[1] Cases in bold represent cases still active as of November 15, 2017.