UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, ET AL | CASE NO. 3:17-CV-01005 (LEAD) |
| | CASE NO. 3:17-CV-01033 (MEMBER) |
| | CASE NO. 3:17-CV-01065 (MEMBER) |
| VERSUS | JUDGE HICKS |
| CENTURYLINK INC., ET AL | MAG. JUDGE PEREZ-MONTES |

**MOTION TO WITHDRAW**

NOW COME Thomas M. Hayes, III and Brandon W. Creekbaum of Hayes, Harkey, Smith & Cascio, L.L.P., who move that Brandon W. Creekbaum be permitted to withdraw from the representation of CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr. and David D. Cole in these consolidated matters for the following reasons:

1. Brandon W. Creekbaum is an associate in the law firm of Hayes, Harkey, Smith & Cascio, L.L.P.  Mr. Creekbaum has accepted a position outside of Hayes, Harkey, Smith & Cascio, L.L.P. and will no longer be employed by the firm after December 31, 2017.

2. Brandon W. Creekbaum desires to withdraw from the representation of CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr. and David D. Cole in these consolidated matters.  Thomas M. Hayes, III, and Hayes, Harkey, Smith & Cascio, L.L.P. will remain as local counsel for CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr. and David D. Cole in these actions.

2

WHEREFORE, the premises considered, Brandon W. Creekbaum and Thomas M. Hayes, III request that Brandon W. Creekbaum be permitted to withdraw as co-counsel of record for CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr. and David D. Cole in these consolidated matters and that he be removed from the list of counsel receiving notice in this action.

| | |
|---|---|
| HAYES, HARKEY, SMITH & CASCIO, L.L.P.<br>2811 Kilpatrick Boulevard<br>Post Office Box 8032<br>Monroe, Louisiana 71211-8032<br>Tel: (318) 387-2422<br>Fax: (318) 388-5809<br>Email: tom@hhsclaw.com<br><br>By: */s/ Thomas M. Hayes, III*<br>Thomas M. Hayes, III, No. 6685<br>ATTORNEY FOR DEFENDANTS | HAYES, HARKEY, SMITH & CASCIO, L.L.P.<br>2811 Kilpatrick Boulevard<br>Post Office Box 8032<br>Monroe, Louisiana 71211-8032<br>Tel: (318) 387-2422<br>Fax: (318) 388-5809<br>Email: brandon@hhsclaw.com<br><br>By: */s/ Brandon W. Creekbaum*<br>Brandon W. Creekbaum, No.33791 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, a copy of the foregoing Motion to Withdraw was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

        HAYES, HARKEY, SMITH & CASCIO, L.L.P.
        2811 KILPATRICK BOULEVARD
        POST OFFICE BOX 8032
        MONROE, LOUISIANA  71211-8032
        Telephone:  (318) 387-2422
        Facsimile:  (318) 388-5809
        Email: tom@hhsclaw.com

BY:   */s/ Thomas M. Hayes, III*
       Thomas M. Hayes, III
       La. Bar Roll No. 6685