UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, ET AL | CASE NO. 3:17-CV-01005 (LEAD) |
| | CASE NO. 3:17-CV-01033 (MEMBER) |
| | CASE NO. 3:17-CV-01065 (MEMBER) |
| VERSUS | JUDGE HICKS |
| CENTURYLINK INC., ET AL | MAG. JUDGE PEREZ-MONTES |

**ORDER ON MOTION TO WITHDRAW**

Considering the foregoing Motion to Withdraw,

IT IS ORDERED that the Motion to Withdraw is GRANTED and that Brandon W. Creekbaum is withdrawn as counsel of record for CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., and David D. Cole in these consolidated matters, relieved from any further obligations in connection with these matters, and removed from the list of counsel receiving notice in these actions.

So Ordered this _____ day of December, 2017.

_____
Judge / Magistrate Judge

1