# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, AND R. STEWART EWING JR.,<br><br>Defendants. | No. 3:17-cv-01005-SMH-JPM (Lead)<br>No. 3:17-cv-01033-SMH-JPM (Member)<br>No. 3:17-cv-01065-SMH-JPM (Member)<br><br>Judge S. Maurice Hicks, Jr.<br><br>Magistrate Judge Joseph H. L. Perez-Montes<br><br><u>CLASS ACTION</u> |
| INTER-MARKETING GROUP USA, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR., and DAVID D. COLE,<br><br>Defendants. | No. 3:17-cv-01648-RGJ-JPM<br><br>Judge Robert G. James<br><br>Magistrate Judge Joseph H. L. Perez-Montes<br><br><u>CLASS ACTION</u> |

**MOTION OF LEAD PLAINTIFF OREGON
<u>FOR CONSOLIDATION OF RELATED ACTION</u>**

Court-appointed Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon"), respectfully moves this Court for entry of an Order: (1) consolidating *Inter-Marketing Group USA, Inc. v. CenturyLink, Inc.*, No. 3:17-cv-01648 (W.D. La.) ("*IMG*"), with the *CenturyLink* "Consolidated Securities Action" pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;[1] (2) striking the December 26, 2017 lead plaintiff deadline purportedly triggered by the notice of pendency of *IMG*, published October 25, 2017 (the "*IMG* Notice"); (3) declaring any motions seeking appointment as lead plaintiff filed in response to the *IMG* Notice untimely under the strict deadline set by the Private Securities Litigation Reform Act of 1995; (4) requiring publication of a corrected notice clarifying that the lead plaintiff deadline in fact expired on August 21, 2017; and (5) for any such further relief as the Court may deem just and proper.

This Motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of F. Williams Sartor, Jr. filed herewith, the pleadings and other filings herein, and any such other written or oral argument as may be permitted by the Court.

Dated: December 21, 2017                                      Respectfully Submitted,

*/s/ Fred Williams Sartor, Jr.*
Fred Williams Sartor, Jr.
George M. Snellings, IV
**NELSON, ZENTNER, SARTOR &
   SNELLINGS, LLC**
1507 Royal Avenue (71201)
P.O. Box 14420 (71207-4420)
Monroe, Louisiana

---

[1] The "Consolidated Securities Action" refers to the following substantially similar securities class actions that were previously consolidated by Magistrate Judge Perez-Montes: *Craig v. CenturyLink, Inc.*, No. 3:17-cv-01005-SMH-JPM ("*Craig*"); *Thummeti v. CenturyLink, Inc.*, No. 3:17-cv-01033-SMH-JPM ("*Thummeti*"); and *Scott v. CenturyLink, Inc.*, No. 3:17-cv-01065-SMH-JPM ("*Scott*"). *See generally Craig v. CenturyLink, Inc.*, No. 3:17-CV-01005, 2017 WL 4785647 (W.D. La. Oct. 19, 2017).

1

Telephone: (318) 388-4454
Facsimile: (318) 388-4447

*Local counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund*

Gerald H. Silk (*pro hac vice*)
John Browne (*pro hac vice* forthcoming)
Avi Josefson (*pro hac vice*)
Michael D. Blatchley (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
johnb@blbglaw.com
avi@blbglaw.com
michaelb@blbglaw.com

Keith A. Ketterling
Keith S. Dubanevich (*pro hac vice*)
Jennifer A. Wagner
Keil M. Mueller (*pro hac vice*)
**STOLL BERNE**
209 Southwest Oak Street
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
kdubanevich@stollberne.com
jwagner@stollberne.com
kmueller@stollberne.com

*Special Assistant Attorneys General and Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Lead Counsel for the Class*

2

## CERTIFICATE OF CONSENT

Pursuant to Local Rule 7.4.1, the undersigned hereby certifies to this Honorable Court that, on December 21, 2017, counsel for Lead Plaintiff Oregon conferred with counsel for Defendants, Inter-Marketing Group USA, Inc. ("IMG"), and KBC Asset Management NV ("KBC"), respectively, and requested their consent to Oregon's motion for consolidation of *IMG* with the Consolidated Securities Action. The undersigned further certifies that: (i) Defendants' counsel communicated that Defendants consent to consolidation; (ii) KBC's counsel communicated that KBC does not take a position on consolidation; and (iii) IMG's counsel communicated that IMG does not consent to consolidation.

Dated: December 21, 2017

*/s/ Fred Williams Sartor, Jr.*
Fred Williams Sartor, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, December 21, 2017, I electronically filed the above Motion of Lead Plaintiff Oregon for Consolidation of Related Action using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                              */s/ Fred Williams Sartor, Jr.*
                                              Fred Williams Sartor, Jr.