# EXHIBIT B

**FOR IMMEDIATE RELEASE: THE COURT-APPOINTED LEAD PLAINTIFF IN THE CENTURYLINK, INC. SECURITIES CLASS ACTION ANNOUNCES CLARIFICATION OF DEADLINE FOR SEEKING APPOINTMENT AS LEAD PLAINTIFF**

Pursuant to an order issued by the District Court for the Western District of Louisiana, the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon"), which is the Court-appointed Lead Plaintiff in the consolidated securities class action against CenturyLink, Inc. ("CenturyLink" or the "Company") (NYSE: CTL) and its senior officers pending in the Western District of Louisiana, publishes this notice to clarify that the deadline to seek appointment as Lead Plaintiff in the above-referenced litigation has expired. This clarification corrects information previously published by the law firm Federman & Sherwood on October 25, 2017, which incorrectly advised that the deadline for such motions was December 26, 2017 (the "October 25, 2017 Notice").

The statutory deadline for any motions seeking appointment in the related securities class actions on behalf of investors in CenturyLink securities (including stock, bonds and notes) expired on August 21, 2017. Oregon was appointed as the Lead Plaintiff in the CenturyLink securities class action on October 20, 2017. Pursuant to the Court's order, any Lead Plaintiff motions filed in response to the October 25, 2017 Notice will be deemed untimely and will not be considered by the Court.

The related CenturyLink actions allege violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. Specifically, these actions allege that CenturyLink engaged in unlawful billing tactics to drive revenue and earnings growth, which rendered the Company's representations to investors about its business practices and financial condition false and misleading. As alleged in the actions, the truth first began to be revealed on June 16, 2017, when the news media reported on a lawsuit filed by a former CenturyLink sales representative who alleged that she was terminated for "blowing the whistle" concerning the Company's sales and billing practices. These disclosures caused the prices of CenturyLink securities to decline significantly, causing substantial investor losses.

A consolidated securities class action arising out of these allegations is pending before the Hon. S. Maurice Hicks, Jr. in the Western District of Louisiana, captioned *Craig v. CenturyLink, Inc.*, No. 3:17-cv-01005 (W.D. La.) ("*Craig*").

Additional information concerning the pending CenturyLink securities class actions is available on the federal court dockets cited above. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, you can contact Lead Plaintiff Oregon's co-lead counsel Bernstein Litowitz Berger & Grossmann LLP using the information provided below.

CONTACT:

Michael Blatchley
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor

New York, New York 10020
(212) 554-1281
michaelb@blbglaw.com