# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, AND R. STEWART EWING JR.,<br><br>　　　　Defendants. | No. 3:17-cv-01005-SMH-JPM (Lead)<br>No. 3:17-cv-01033-SMH-JPM (Member)<br>No. 3:17-cv-01065-SMH-JPM (Member)<br><br>Judge S. Maurice Hicks, Jr.<br><br>Magistrate Judge Joseph H. L. Perez-Montes<br><br><u>CLASS ACTION</u> |
| INTER-MARKETING GROUP USA, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR., and DAVID D. COLE,<br><br>　　　　Defendants. | No. 3:17-cv-01648-RGJ-JPM<br><br>Judge Robert G. James<br><br>Magistrate Judge Joseph H. L. Perez-Montes<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF OREGON'S
<u>MOTION FOR CONSOLIDATION OF RELATED ACTION</u>**

Upon consideration of the Motion filed by Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon") for consolidation of related action; (2) the Memorandum of Law in support thereof; (3) the Declaration of F. Williams Sartor, Jr. ("Sartor Declaration"); and (4) all other pleadings and arguments submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Oregon's Motion is **GRANTED**.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Inter-Marketing Group USA, Inc. v. CenturyLink, Inc.*, No. 3:17-cv-01648 (W.D. La.) ("*IMG*"), is **CONSOLIDATED** with the "Consolidated Securities Action."[1]

3. The December 26, 2017 lead plaintiff deadline purportedly triggered by the notice of pendency of *IMG*, published October 25, 2017 (the "*IMG* Notice"), is hereby **STRICKEN**.

4. Any motions seeking appointment as lead plaintiff filed in response to the *IMG* Notice are untimely under the Private Securities Litigation Reform Act of 1995 and will not be considered.

5. Within three (3) days of entry of this Order, Oregon shall cause a notice, substantially similar to the draft notice set forth in Exhibit B to the Sartor Declaration, to be published in a widely-circulated national business-oriented publication or wire service.

---

[1] The "Consolidated Securities Action" refers to the following substantially similar securities class actions that were previously consolidated by Magistrate Judge Perez-Montes: *Craig v. CenturyLink, Inc.*, No. 3:17-cv-01005-SMH-JPM ("*Craig*"); *Thummeti v. CenturyLink, Inc.*, No. 3:17-cv-01033-SMH-JPM ("*Thummeti*"); and *Scott v. CenturyLink, Inc.*, No. 3:17-cv-01065-SMH-JPM ("*Scott*"). *See generally Craig v. CenturyLink, Inc.*, No. 3:17-CV-01005, 2017 WL 4785647 (W.D. La. Oct. 19, 2017).

**IT IS SO ORDERED.**

Dated: _____, 2017

                            _____