# EXHIBIT 1

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| INTER-MARKETING GROUP USA, INC., individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:17-cv-01648-RGJ-JPM |
| CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR., and DAVID D. COLE, ) ) ) ) | Judge Robert G. James<br><br>Magistrate Judge Joseph H. L. Perez-Montes |
| Defendants, ) ) | |
| BENJAMIN CRAIG, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | Case No. 3:17-cv-01005-SMH-JPM (Lead)<br>Case No. 3:17-cv-01033-SMH-JPM (Member)<br>Case No. 3:17-cv-01065-SMH-JPM (Member) |
| v. ) ) | Judge S. Maurice Hicks, Jr. |
| CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR., ) ) ) | Magistrate Judge Joseph H. L. Perez-Montes |
| Defendants, ) ) | |

**DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF
MEMORANDUM OF LAW OF INTER-MARKETING GROUP USA, INC.
IN OPPOSITION TO MOTION OF OREGON FOR
<u>CONSOLIDATION OF RELATED CASES</u>**

I, William B. Federman, declare under penalty of perjury as follows:

1.   I am an attorney duly admitted to the Bars of several states, including the States of Oklahoma and Texas, and am admitted pro hac vice to practice in this case. I am a member of the law firm Federman & Sherwood and counsel for the Inter-Marketing Group USA, Inc. ("Inter-Marketing" or "Movant"). I submit this declaration in support of the Memorandum of Law of

Inter-Marketing Group USA, Inc. in Opposition to Motion of Oregon for Consolidation of Related Cases.

2.  Attached hereto as Exhibit A is a true and correct copy of the *Business Wire* publication issued by Levi & Korsinsky, LLP announcing that a class action suit on behalf of purchasers of CenturyLink's stock had been filed.

3.  Attached hereto as Exhibit B is a true and correct copy of the *Globe Newswire* publication issued by Federman & Sherwood announcing that a class action suit on behalf of purchasers of CenturyLink's 7.60% Senior Notes, Series P, due 2039 had been filed.

Dated: January 11, 2018                    Respectfully submitted,

*s/William B. Federman*
William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

-and-

2926 Maple Ave., Suite 200
Dallas, TX 75201

*Counsel for Plaintiff IMG and Proposed Lead Counsel for the Class of CenturyLink Bond Purchasers*

# EXHIBIT A





# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders It Has Filed a Class Action to Recover Losses Suffered by Investors in CenturyLink, Inc. and Lead Plaintiff Deadline is Set for August 18, 2017 -- CTL

June 29, 2017 10:41 AM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired shares of CenturyLink, Inc.** ("CenturyLink") **(NYSE: CTL) between March 1, 2013 and June 16, 2017**. **You are hereby notified** that Levi & Korsinsky has commenced the action _Craig v. CenturyLink, Inc., et al._ (Case No. 1:17-cv-04740) in the USDC for the Southern District of New York. To get more information **go to**:

http://www.zlk.com/pslra-sbm/centurylink

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that, throughout the class period, CenturyLink made materially false and/or misleading statements and/or failed to disclose that: (1) CenturyLink's policies had engaged the Company in unlawful business practices by allowing its employees to add services or lines to accounts without customer permission, resulting in millions of dollars in unauthorized charges to CenturyLink customers; (2) accordingly, the Company's revenues contained ill-gotten gains that originated from the Company's illicit conduct and were unsustainable; and (3) the foregoing illicit conduct was likely to subject CenturyLink to heightened regulatory scrutiny; and (4) as a result of the foregoing, Defendants' statements about CenturyLink's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

**Take Action: if you suffered a loss in CenturyLink you have until August 18, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

## Contacts

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

# EXHIBIT B

12/5/2017 Federman & Sherwood Announces Filing of First Securities Class Action on Behalf of Purchasers of CenturyLink Bonds

CASE 0:18-cv-00296-MJD-JFD Doc. 96-1 Filed 01/11/18 Page 8 of 9



# Federman & Sherwood Announces Filing of First Securities Class Action on Behalf of Purchasers of CenturyLink Bonds

October 25, 2017 17:40 ET | **Source:** Federman & Sherwood

OKLAHOMA CITY, Oct. 25, 2017 (GLOBE NEWSWIRE) -- Federman & Sherwood announces that on October 25, 2017, it filed a class action lawsuit in the United States District Court for the Southern District of New York against CenturyLink (NYSE:CTL). The class action was filed on behalf of purchasers of CenturyLink's 7.60% Senior Notes, Series P, due 2039. The complaint alleges violations of federal securities laws, Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5, including allegations that CenturyLink and certain of its officers issued a series of materially false or misleading representations to the market, which had the effect of artificially inflating the market price for the bonds during the period March 1, 2013 through June 19, 2017, inclusive (the "Class Period").

Plaintiff seeks to recover damages on behalf of the purchasers of CenturyLink's bonds or notes during the Class Period. If you purchased CenturyLink's bonds or notes, you may be a member of the Class, as described above. You may move the Court no later than December 26, 2017 to serve as a lead plaintiff for the entire Class. However, in order to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995.

If you purchased CenturyLink's bonds or notes and want to discuss this action, obtain further information, or participate in this litigation, please contact:

Robin K. Hester
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Email to: rkh@federmanlaw.com
Or, visit the firm's website at www.federmanlaw.com

12/5/2017 Federman & Sherwood Announces Filing of First Securities Class Action on Behalf of Purchasers of CenturyLink Bonds

CASE 0:18-cv-00296-MJD-JFD Doc. 96-1 Filed 01/11/18 Page 9 of 9

- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.