# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:17-cv-01005-SMH-JPM (Lead)<br>Case No. 3:17-cv-01033-SMH-JPM (Member)<br>Case No. 3:17-cv-01065-SMH-JPM (Member) |
| v. | |
| | Judge S. Maurice Hicks, Jr. |
| CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR., | |
| | Magistrate Judge Joseph H. L. Perez-Montes |
| Defendants, | |
| INTER-MARKETING GROUP USA, INC., individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 3:17-cv-01648-RGJ-JPM |
| CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR., and DAVID D. COLE, | Judge Robert G. James |
| | Magistrate Judge Joseph H. L. Perez-Montes |
| Defendants, | |

## NOTICE OF APPEARANCE

William B. Federman hereby serves notice of his appearance on behalf of Inter-Marketing Group USA, Inc. ("IMG"). William B, Federman has been admitted pro hac vice in the related case, *Inter-Marketing Group USA, Inc. v. CenturyLink, Inc.,* Case No. 3:17-cv-01648. *Id.,* Dkt No. 49. Exhibit 1, attached.

1

Dated: January 15, 2018                           Respectfully submitted,

*s/William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

-and-

2926 Maple Ave., Suite 200
Dallas, TX  75201

*Counsel for Plaintiff IMG and Proposed Lead Counsel for the Bond Purchaser Class*

*s/Ravi Sangisetty*
Ravi Sangisetty
Sangisetty Law Firm
935 Gravier Street, Suite 835
New Orleans, LA 70112
(504) 662-1004
rks@sangisettylaw.com

*Counsel for Plaintiff IMG and Proposed Liaison Counsel for the Bond Purchaser Class*

## CERTIFICATE OF SERVICE

This is to certify that on January 15, 2018, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record.

*s/William B. Federman*
William B. Federman

# EXHIBIT 1

CASE 0:18-cv-00296-MJD-JFD   Doc. 97   Filed 01/15/18   Page 3 of 4

(Rev. 6/12/13)

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE    DIVISION

Inter-Marketing Group USA, INC.,

Plaintiff

VS.

CenturyLink, Inc., et al.,

Defendant

Case No. 3:17-cv-01648-RGJ-JPM

Judge Robert G. James

Magistrate Judge Joseph H. L. Perez-Montes

**ORDER**

IT IS ORDERED that William B. Federman be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff, Inter-Marketing Group USA, Inc. in the above described action.

SO ORDERED on this, the 4th day of January, 2018.

_/s/ J.H.L.P-M_
U.S. Magistrate Judge