# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BENJAMIN CRAIG, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:17-cv-01005-SMH-JPM (Lead)<br>) Case No. 3:17-cv-01033-SMH-JPM (Member)<br>) Case No. 3:17-cv-01065-SMH-JPM (Member) |
| v. | ) |
| | ) Judge S. Maurice Hicks, Jr. |
| CENTURYLINK, INC., GLEN F. POST, III, and R. STEWART EWING, JR., | )<br>) Magistrate Judge Joseph H. L. Perez-Montes |
| Defendants, | )<br>) |
| INTER-MARKETING GROUP USA, INC., individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 3:17-cv-01648-RGJ-JPM |
| CENTURYLINK, INC., GLEN F. POST, III, R. STEWART EWING, JR., and DAVID D. COLE, | ) Judge Robert G. James<br>)<br>) Magistrate Judge Joseph H. L. Perez-Montes |
| Defendants, | )<br>) |

## CORPORATE DISCLOSURE STATEMENT
## OF INTER-MARKETING GROUP USA, INC.

Under Fed. R. Civ. P. 7(1), Plaintiff Inter-Marketing Group USA, Inc. ("IMG") states that it has no parent corporation. IMG further states that no corporation owns more than 10% or more of IMG's shares.

1

Dated: January 15, 2018               Respectfully submitted,

                                      *s/William B. Federman*
                                      William B. Federman
                                      **FEDERMAN & SHERWOOD**
                                      10205 N. Pennsylvania Avenue
                                      Oklahoma City, OK 73120
                                      Telephone: (405) 235-1560
                                      wbf@federmanlaw.com

                                      -and-

                                      2926 Maple Ave., Suite 200
                                      Dallas, TX  75201

                                      *Counsel for Plaintiff IMG and Proposed Lead Counsel for the Bond Purchaser Class*

                                      *s/Ravi Sangisetty*
                                      Ravi Sangisetty
                                      Sangisetty Law Firm
                                      935 Gravier Street, Suite 835
                                      New Orleans, LA 70112
                                      (504) 662-1004
                                      rks@sangisettylaw.com

                                      *Counsel for Plaintiff IMG and Proposed Liaison Counsel for the Bond Purchaser Class*

### **CERTIFICATE OF SERVICE**

This is to certify that on January 15, 2018, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record.

                                      *s/William B. Federman*
                                      William B. Federman