CLOSED,LEAD

# U.S. District Court
## Western District of Louisiana (Monroe)
### CIVIL DOCKET FOR CASE #: 3:17–cv–01005–SMH–JPM

Craig v. CenturyLink Inc et al  
Assigned to: Chief Judge S Maurice Hicks, Jr  
Referred to: Magistrate Judge Joseph H L Perez–Montes  
Member cases:  
   3:17–cv–01033–SMH–JPM  
   3:17–cv–01065–SMH–JPM  
Related Cases:  3:17–cv–01033–SMH–JPM  
                    3:17–cv–01648–RGJ–JPM  
Case in other court:  USDC/SDNY, 1:17–cv–04740  
Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 08/09/2017  
Date Terminated: 02/01/2018  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Plaintiff**

**Benjamin Craig**  
*individually and on behalf of all others similarly situated*

represented by **Adam M Apton**  
Levi & Korinsky (DC)  
1101 30th St NW Ste 115  
Washington, DC 20007  
202–524–4290  
Fax: 202–333–2121  
Email: AApton@zlk.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Nicholas Ian Porritt**  
Levi & Korinsky (DC)  
1101 30th St NW Ste 115  
Washington, DC 20007  
202–524–4290  
Fax: 202–333–2121  
Email: nporritt@zlk.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K B C Asset Management N V**

represented by **James Parkerson Roy**  
Domengeaux Wright et al (LAF)  
P O Box 3668  
Lafayette, LA 70502–3668  
337–233–3033  
Fax: 337–232–8213  
Email: jimr@wrightroy.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Andrew P Arnold**  
Motley Rice (SC)  
P O Box 1792

Mt Pleasant, SC 29465
843−216−9000
Fax: 843−216−9450
Email: aarnold@motleyrice.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregg S Levin**
Motley Rice (SC)
P O Box 1792
Mt Pleasant, SC 29465
843−216−9000
Fax: 843−216−9450
Email: glevin@motleyrice.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M Hughes**
Motley Rice (SC)
P O Box 1792
Mt Pleasant, SC 29465
843−216−9000
Fax: 843−216−9450
Email: jhughes@motleyrice.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Parkerson Roy**
Domengeaux Wright et al (LAF)
P O Box 3668
Lafayette, LA 70502−3668
337−233−3033
Fax: 337−232−8213
Email: johnr@wrightroy.com
*ATTORNEY TO BE NOTICED*

**William H Narwold**
Motley Rice (CT)
20 Church St 17th Fl
Hartford, CT 06103
860−882−1676
Fax: 860−882−1682
Email: bnarwold@motleyrice.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **City of Detroit Police & Fire Retirement System** | represented by | **Jason W Burge**<br>Fishman Haygood<br>201 St Charles Ave Ste 4600<br>New Orleans, LA 70170<br>504−586−5241<br>Fax: 504−586−5250<br>Email: jburge@fishmanhaygood.com |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laborers Pension Trust Fund – Detroit & Vicinity**
    represented by  **Jason W Burge**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oregon**
*on behalf of*
Oregon Public Employee Retirement Fund
    represented by  **Fred W Sartor , Jr**
Nelson Zentner et al
P O Box 14420
Monroe, LA 71207–4420
318–388–4454
Fax: 318–388–4447
Email: wsartor@nzsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Avi Josefson**
Bernstein Litowitz et al (NY)
1251 Ave of the Americas
New York, NY 10020
212–554–1400
Fax: 212–554–1444
Email: avi@blbglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George M Snellings , IV**
Nelson Zentner et al
P O Box 14420
Monroe, LA 71207–4420
318–388–4454
Fax: 318–388–4447
Email: gsnellings@nzsslaw.com
*ATTORNEY TO BE NOTICED*

**Gerald H Silk**
Bernstein Litowitz et al (NY)
1251 Ave of the Americas
New York, NY 10020
212–554–1400
Fax: 212–554–1444
Email: jerry@blbglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keil M Mueller**
Stoll Stoll et al
209 SW Oak St Ste 500
Portland, OR 97204
503–227–1600
Fax: 503–227–6840

Email: kmueller@stollberne.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith S Dubanevich**
Stoll Stoll et al
209 SW Oak St Ste 500
Portland, OR 97204
503–227–1600
Fax: 503–227–6840
Email: kdubanevich@stollberne.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael D Blatchley**
Bernstein Litowitz et al (NY)
1251 Ave of the Americas
New York, NY 10020
212–554–1400
Fax: 212–554–1444
Email: michaelb@blbglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael M Mathai**
Bernstein Litowitz et al (NY)
1251 Ave of the Americas
New York, NY 10020
212–554–1400
Fax: Fax: 212–554–1444
Email: Michael.Mathai@blbglaw.com
*ATTORNEY TO BE NOTICED*

**Timothy Shawn DeJong**
Stoll Stoll et al
209 SW Oak St Ste 500
Portland, OR 97204
503–227–1600
Fax: 503–227–6840
Email: tdejong@stollberne.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Amalgamated Bank** *as Trustee for the LongView Collective Investment Fund* | represented by | **Andrew Allen Lemmon** Lemmon Law Firm P O Box 904 Hahnville, LA 70057–2104 985–783–6789 Fax: 985–783–1333 Email: court@lemmonlawfirm.com *ATTORNEY TO BE NOTICED* |

V.

**Consol Plaintiff**

**Don J Scott**  represented by  **Matthew E Lundy**
Lundy Lundy et al (LC)
P O Box 3010
Lake Charles, LA 70602−3010
337−439−0707
Fax: 337−439−1029
Email: mlundy@lundylawllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Amarendra Thummeti**  represented by  **Jeremy Alan Lieberman**
Pomerantz
600 3rd Ave 20th Fl
New York, NY 10016
212−661−1100
Fax: 212−661−8665
Email: jalieberman@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alexander Hood , II**
Pomerantz
600 3rd Ave 20th Fl
New York, NY 10016
212−661−1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Patrick V Dahlstrom**
Pomerantz (IL)
10 S La Salle St Ste 3505
Chicago, IL 60603
312−337−1181
Fax: 312−377−1184
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CenturyLink Inc**  represented by  **Thomas M Hayes , III**
Hayes Harkey et al
P O Box 8032
Monroe, LA 71211−8032
318−387−2422
Fax: 318−388−5809
Email: tom@hhsclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Brandon Wade Creekbaum**
City of Monroe
P O Box 123
Monroe, LA 71210–0123
318–329–2240
Fax: 318–329–3427
Email: brandon.creekbaum@ci.monroe.la.us
*TERMINATED: 12/21/2017*

**George Edward Anhang**
Cooley (DC)
1299 Pennsylvania Ave NW Ste 700
Washington, DC 20004–2400
202–842–7880
Fax: 202–842–7899
Email: ganhang@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lyle Roberts**
Cooley (DC)
1299 Pennsylvania Ave NW Ste 700
Washington, DC 20004–2400
202–842–7855
Fax: 202–842–7899
Email: lroberts@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Glen F Post, III**  represented by  **Thomas M Hayes , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon Wade Creekbaum**
(See above for address)
*TERMINATED: 12/21/2017*

**George Edward Anhang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lyle Roberts**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**R Stewart Ewing, Jr**  represented by  **Thomas M Hayes , III**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon Wade Creekbaum**
(See above for address)
*TERMINATED: 12/21/2017*

**George Edward Anhang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lyle Roberts**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**David D Cole**                                     represented by     **Thomas M Hayes , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon Wade Creekbaum**
(See above for address)
*TERMINATED: 12/21/2017*

**George Edward Anhang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lyle Roberts**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Inter−Marketing Group U S A Inc**                  represented by     **William Bernard Federman**
Federman & Sherwood
10205 N Pennsylvania
Oklahoma City, OK 73102
405−235−1560
Fax: 405−239−2112
Email: wbf@federmanlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Ravi Kishan Sangisetty**<br>Sangisetty Law Firm<br>935 Gravier St Ste 835<br>New Orleans, LA 70112<br>504−662−1016<br>Fax: 504−662−1318<br>Email: rks@sangisettylaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Movant**

| **Sona Andresian** | represented by | **Patrick W Pendley**<br>Pendley Baudin & Coffin<br>P O Drawer 71<br>Plaquemine, LA 70765<br>225−687−6396<br>Fax: 225−687−6398<br>Email: pwpendley@pbclawfirm.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| **Allen Feldman** | represented by | **Tracy W Houck**<br>Houck & Riggle<br>P O Box 1958<br>Ruston, LA 71273−1958<br>318−255−4066<br>Fax: 318−255−8520<br>Email: thouck@suddenlinkmail.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| **Mark D Alger** | represented by | **Tracy W Houck**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| **Tae Yi** | represented by | **Tracy W Houck**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| **Essex Lacy** | represented by | **Tracy W Houck**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| **Art Kleppen** | represented by | **Tracy W Houck**<br>(See above for address) |
|---|---|---|

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2017 | Ï 1 | COMPLAINT against CenturyLink, Inc., R. Stewart Ewing, Jr., Glen F. Post, III. (Filing Fee $ 400.00, Receipt Number 0208–13817431)Document filed by Benjamin Craig. (Attachments: # 1 Exhibit Certification, # 2 Civil Cover Sheet)(Apton, Adam)[Transferred from New York Southern on 8/9/2017.] (Entered: 06/22/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/22/2017 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS as to CenturyLink, Inc., re: 1 Complaint. Document filed by Benjamin Craig. (Apton, Adam) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/22/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/22/2017 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to R. Stewart Ewing, Jr., re: 1 Complaint. Document filed by Benjamin Craig. (Apton, Adam) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/22/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/22/2017 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Glen F. Post, III, re: 1 Complaint. Document filed by Benjamin Craig. (Apton, Adam) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/22/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/23/2017 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Adam M. Apton. The party information for the following party/parties has been modified: Benjamin Craig. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (rch) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/23/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/23/2017 | Ï | ***NOTICE TO ATTORNEY REGARDING CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Adam M. Apton. The following case opening statistical information was erroneously selected/entered: Cause of Action code 12:22;. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 15:78;. (rch) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/23/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/23/2017 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Adam M. Apton to RE–FILE Civil Cover Sheet attached to Document No. 1 Complaint. The filing is deficient for the following reason(s): the wrong event type was used to file the civil cover sheet. Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF.. (rch) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/23/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/23/2017 | Ï | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE RELATED CASE STATEMENT. Notice to Attorney Adam M. Apton, for non compliance with Local Rule 13 of the Division of Business Among Judges. Attorney must electronically file the Related Case Statement. Use the event type Statement of Relatedness found under the event list Other Documents. (rch) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/23/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/23/2017 | Ï 5 | ELECTRONIC SUMMONS ISSUED as to CenturyLink, Inc.. (rch) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/23/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/23/2017 | Ï 6 | ELECTRONIC SUMMONS ISSUED as to R. Stewart Ewing, Jr.. (rch) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/23/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/23/2017 | Ï 7 | |

| | | |
|---|---|---|
| | | ELECTRONIC SUMMONS ISSUED as to Glen F. Post, III. (rch) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/23/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/23/2017 | Ï | CASE REFERRED TO Judge Paul G. Gardephe as possibly related to 17−cv−4695. (rch) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/23/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/23/2017 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Unassigned. (rch) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/23/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 06/23/2017 | Ï | Case Designated ECF. (rch) [Transferred from New York Southern on 8/9/2017.] (Entered: 06/23/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 07/24/2017 | Ï | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE RELATED CASE STATEMENT. Notice to Attorney Adam M. Apton, for non compliance with Local Rule 13 of the Division of Business Among Judges. Attorney must electronically file the Related Case Statement. Use the event type Statement of Relatedness found under the event list Other Documents. (laq) [Transferred from New York Southern on 8/9/2017.] (Entered: 07/24/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 08/08/2017 | Ï 8 | JOINT STIPULATION AND ORDER TRANSFERRING VENUE UNDER 28 U.S.C. § 1404(a) TO THE MONROE DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA: This Action could have been brought in the United States District Court for the Western District of Louisiana, Monroe Division, and all of the parties consent to this Action proceeding in such District; and this action is transferred to the Monroe Division of the United States District Court for the Western District of Louisiana, pursuant to 28 U.S.C. § 1404(a). The Clerk of Court is requested to transfer the above−captioned Action and close it on the books of this Court. (As further set forth in this Order.) (Signed by Judge Paul G. Gardephe on 8/8/2017) (cf) [Transferred from New York Southern on 8/9/2017.] (Entered: 08/09/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 08/08/2017 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the Monroe Division of the United States District Court − District of Western District of Louisiana (cf) [Transferred from New York Southern on 8/9/2017.] (Entered: 08/09/2017), (QC'ed on 08/09/2017, by Whidden , C) |
| 08/09/2017 | Ï 9 | DISTRICT CASE transferred in from District of New York Southern; Case Number 1:17−cv−04740. Original file copy of transfer order and docket sheet received (Entered: 08/09/2017) |
| 08/09/2017 | Ï | CASE Assigned to Judge Robert G James and Magistrate Judge Joseph H L Perez−Montes. (crt,Thigpen, M) (Entered: 08/10/2017) |
| 08/10/2017 | Ï 10 | PROPOSED TRANSFER ORDER referred to Magistrate Judge Joseph H L Perez−Montes. (Public entry, but no electronic notice). (crt,Thigpen, M) (Entered: 08/10/2017) |
| 08/11/2017 | Ï 11 | ELECTRONIC JURISDICTIONAL REVIEW FINDING: Having reviewed the pleadings, and any amended pleadings, the court finds that subject matter jurisdiction exists pursuant to: 28 U.S.C. section 1331. Signed by Magistrate Judge Joseph H L Perez−Montes on 8/11/2017. (jud,Perez−Montes, Joseph) (Entered: 08/11/2017), (QC'ed on 08/11/2017, by Roaix , G) |
| 08/11/2017 | Ï 12 | TRANSFER ORDER: Considering the transfer to this Court of the above−captioned action on August 9, 2017, formerly Case No. 1:17−cv−4740, United States District Court, Southern District of New York, IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options: (1) File an |

| | | |
|---|---|---|
| | | Application to Practice in this Court; (2) File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or (3) Secure substitute counsel admitted to practice in this court for the party presently being represented. Signed by Magistrate Judge Joseph H L Perez−Montes on 8/11/2017. (crt,ThomasSld, T) (Entered: 08/14/2017) |
| 08/14/2017 | Ï 13 | NOTICE of Appearance by Thomas M Hayes, III on behalf of CenturyLink Inc, R Stewart Ewing, Jr, Glen F Post, III (Attorney Thomas M Hayes, III added to party CenturyLink Inc(pty:dft), Attorney Thomas M Hayes, III added to party R Stewart Ewing, Jr(pty:dft), Attorney Thomas M Hayes, III added to party Glen F Post, III(pty:dft)) (aty,Hayes, Thomas) (Entered: 08/14/2017), (QC'ed on 08/14/2017, by ThomasSld , T) |
| 08/14/2017 | Ï 14 | MOTION for Lyle Roberts to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536−3438409) by CenturyLink Inc, R Stewart Ewing, Jr, Glen F Post, III. Motions referred to Joseph H L Perez−Montes. (Attachments: # 1 Affidavit, # 2 Certificate of good standing, # 3 Proposed order)(aty,Hayes, Thomas) (Entered: 08/14/2017), (QC'ed on 08/14/2017, by ThomasSld , T) |
| 08/14/2017 | Ï 15 | MOTION for George Anhang to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536−3438421) by CenturyLink Inc, R Stewart Ewing, Jr, Glen F Post, III. Motions referred to Joseph H L Perez−Montes. (Attachments: # 1 Affidavit, # 2 Certificate of good standing, # 3 Proposed order)(aty,Hayes, Thomas) (Entered: 08/14/2017), (QC'ed on 08/14/2017, by ThomasSld , T) |
| 08/15/2017 | Ï 16 | MOTION for Brandon W Creekbaum to Enroll as Counsel by CenturyLink Inc, R Stewart Ewing, Jr, Glen F Post, III. Motions referred to Joseph H L Perez−Montes. (Attachments: # 1 Proposed order)(aty,Hayes, Thomas) (Entered: 08/15/2017), (QC'ed on 08/15/2017, by ThomasSld , T) |
| 08/15/2017 | Ï 17 | NOTICE of Corporate Disclosure Statement Requirement re: 14 Motion to Appear Pro Hac Vice sent to Thomas M Hayes, III on behalf of CenturyLink Inc. Corporate Disclosure Statement due by 8/29/2017. (crt,ThomasSld, T) (Entered: 08/15/2017) |
| 08/16/2017 | Ï 18 | ORDER granting 15 Motion to Appear Pro Hac Vice for appearance of George Edward Anhang for CenturyLink Inc, R Stewart Ewing, Jr and Glen F Post, III. Signed by Magistrate Judge Joseph H L Perez−Montes on 8/16/2017. (crt,ThomasSld, T) (Entered: 08/16/2017) |
| 08/17/2017 | Ï 19 | ORDER granting 16 Motion to Enroll as Counsel. Added as counsel Brandon Wade Creekbaum for CenturyLink Inc, R Stewart Ewing, Jr and Glen F Post, III. Signed by Magistrate Judge Joseph H L Perez−Montes on 8/17/2017. (crt,ThomasSld, T) (Entered: 08/18/2017) |
| 08/21/2017 | Ï 20 | ORDER granting 14 Motion to Appear Pro Hac Vice for appearance of Lyle Roberts for CenturyLink Inc, R Stewart Ewing, Jr and Glen F Post, III. Signed by Magistrate Judge Joseph H L Perez−Montes on 8/21/2017. (crt,FinnSld, P) (Entered: 08/21/2017) |
| 08/21/2017 | Ï 21 | (WITHDRAWN) DEFICIENT MOTION to Consolidate Case with Case Number 17−cv−01033, 17−cv−04695, MOTION for Appointment as Lead Plaintiff by Sona Andresian. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (Attachments: # 1 Memorandum / Brief, # 2 Proposed order, # 3 Affidavit Declaration of Gregory M. Edleston, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C)(Attorney Patrick W Pendley added to party Sona Andresian(pty:pla))(aty,Pendley, Patrick) Modified on 8/22/2017 to edit text and modify and add motion event(s), and to remove consent language not included within actual pleading (Williams, L). Added MOTION for Approval of Choice of Counsel on 8/22/2017 (Williams, L). Modified to indicate document withdrawn on 8/28/2017 (ThomasSld, T). (Entered: 08/21/2017), (QC'ed on 08/22/2017, by Williams , L) |
| 08/21/2017 | Ï 22 | (ELECTRONICALLY FILED IN ERROR) NOTICE of Appearance by Tracy W Houck on behalf of Mark D Alger, Allen Feldman, Art Kleppen, Essex Lacy, Tae Yi (Attorney Tracy W Houck added to party Benjamin Craig(pty:pla)) (aty,Houck, Tracy) Modified to indicate document |

| | | |
|---|---|---|
| | | electronically filed in error and to remove counsel Tracy W Houck as attorney for plaintiff Benjamin Craig on 8/23/2017 (ThomasSld, T). Modified to correct filers on 8/23/2017 (ThomasSld, T). (Entered: 08/21/2017), (QC'ed on 08/23/2017, by ThomasSld , T) |
| 08/21/2017 | Ï 23 | NOTICE of Appearance by Tracy W Houck on behalf of Mark D Alger, Allen Feldman, Art Kleppen, Essex Lacy, Tae Yi (Attorney Tracy W Houck added to party CenturyLink Investor Group(pty:mov)) (aty,Houck, Tracy) Modified to correct filers on 8/23/2017 (ThomasSld, T). (Entered: 08/21/2017), (QC'ed on 08/23/2017, by ThomasSld , T) |
| 08/21/2017 | Ï 24 | (WITHDRAWN) DEFICIENT? MOTION to Consolidate Case, MOTION to Appoint Counsel by Mark D Alger, Allen Feldman, Art Kleppen, Essex Lacy, Tae Yi. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (Attachments: # 1 Memorandum / Brief, # 2 Affidavit Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Proposed order)(aty,Houck, Tracy) Modified on 8/22/2017 to edit text, modify and add motion events – remove consent language not included within actual pleading (Williams, L). Added MOTION for Approval of Counsel of Choice on 8/22/2017 (Williams, L). Modified on 8/23/2017 to reflect submission as Deficient(Williams, L). Modified to correct filers on 8/23/2017 (ThomasSld, T). Modified to indicate document withdrawn on 9/6/2017. (ThomasSld, T) (Entered: 08/21/2017), (QC'ed on 8/22/2017, by Williams , L) |
| 08/21/2017 | Ï 25 | MOTION for Approval of Selection of Lead Counsel by K B C Asset Management N V. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (Attachments: # 1 Memorandum / Brief, # 2 Declaration of James P. Roy, # 3 Exhibit A – KBC's sworn Certification, # 4 Exhibit B – Chart of KBC's Estimated Losses, # 5 Exhibit C – Notice of pendency of class action, # 6 Exhibit D – Motley Rice's firm resume, # 7 Exhibit E – KBC's Declarations of Assignment, # 8 Proposed order)(Attorney James Parkerson Roy added to party KBC Asset Management NV(pty:pla))(aty,Roy, James) Modified on 8/22/2017 to edit text, modify and add motion events (Williams, L). Added MOTION to Consolidate Case, MOTION for Appointment of Lead Plaintiff on 8/22/2017 (Williams, L). Modified on 8/23/2017 to reflect submission as Deficient (Williams, L). Modified to remove deficient status on 8/25/2017. See document 36 for consent statement. (ThomasSld, T) (Entered: 08/21/2017), (QC'ed on 08/22/2017, by Williams , L) |
| 08/21/2017 | Ï 26 | MOTION to Consolidate Case with Case Number 17−1033, MOTION for Appointment as Lead Plaintiff, by Police and Fire Retirement System of the City of Detroit, Laborers Pension Trust Fund – Detroit and Vicinity. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (Attachments: # 1 Memorandum / Brief, # 2 Proposed order, # 3 Affidavit of Jason W. Burge, # 4 Exhibit A – Certifications, # 5 Exhibit B – Loss Analysis, # 6 Exhibit C – Joint Declaration, # 7 Exhibit D – Notice, # 8 Exhibit Exhibit E – Labaton Sucharow Firm Resume, # 9 Exhibit F – Kirby McInerney Firm Resume, # 10 Exhibit G – Fishman Haygood Firm Resume)(Attorney Jason W Burge added to party Police and Fire Retirement System of the City of Detroit(pty:mov), Attorney Jason W Burge added to party Laborers Pension Trust Fund – Detroit and Vicinity(pty:mov))(aty,Burge, Jason) Modified on 8/23/2017 to edit text, modify and add motion events, and to reflect submission as Deficient – consent language removed as not included within actual pleading (Williams, L). Added MOTION for Approval of Selection of Counsel on 8/23/2017 (Williams, L). Modified to remove deficient status on 8/25/2017. See document 38 for consent statement. (ThomasSld, T) (Entered: 08/21/2017), (QC'ed on 08/23/2017, by Williams , L) |
| 08/21/2017 | Ï 27 | CORPORATE DISCLOSURE STATEMENT by K B C Asset Management N V identifying Corporate Parent K B C Group N V. (aty,Roy, James) Modified to edit docket text on 8/23/2017 (ThomasSld, T). (Entered: 08/21/2017), (QC'ed on 08/23/2017, by ThomasSld , T) |
| 08/21/2017 | Ï 28 | MOTION for Appointment as Lead Plaintiff, Appointment of Lead Counsel, and Consolidation by State of Oregon. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (Attachments: # 1 Memorandum / Brief, # 2 Declaration of F Williams Sartor Jr, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Proposed order)(Attorney Fred W Sartor, Jr added to party State of Oregon (pty:mov))(aty,Sartor, Fred) Modified on 8/23/2017 to |

| | | |
|---|---|---|
| | | add motion events for multiple relief requested and to reflect submission as Deficient (Williams, L). Added MOTION to Consolidate Case, MOTION for Miscellaneous Relief on 8/23/2017 (Williams, L). Modified to remove deficient status on 8/24/2017. See document 34 for consent statement. (ThomasSld, T) (Entered: 08/21/2017), (QC'ed on 08/23/2017, by Williams, L) |
| 08/21/2017 | Ï 29 | MOTION to Appoint Counsel , *Appoint Lead Plaintiff and Consolidate* by Amalgamated Bank, . Motions referred to Magistrate Judge Joseph H L Perez–Montes. (Attachments: # 1 Memorandum / Brief, # 2 Affidavit / Declaration of Andrew Lemmon, # 3 Exhibit A – News Wire, # 4 Exhibit B – Certification, # 5 Exhibit C – Loss Chart, # 6 Exhibit D – Firm Resume, # 7 Proposed order)(Attorney Andrew Allen Lemmon added to party Amalgamated Bank(pty:mov))(aty,Lemmon, Andrew) Modified on 8/23/2017 to add motion event, and to reflect submission as Deficient (Williams, L). Added MOTION to Consolidate Case, MOTION for Miscellaneous Relief on 8/23/2017 (Williams, L). Modified to remove deficient status on 8/24/2017. See document 32 for consent statement. (ThomasSld, T) (Entered: 08/21/2017), (QC'ed on 08/23/2017, by Williams, L) |
| 08/22/2017 | Ï 30 | ELECTRONIC ORDER OF RECUSAL: Pursuant to 28 U.S.C. §455, I hereby disqualify myself from the handling of the above–captioned matter. THEREFORE, IT IS ORDERED that this matter is referred to Chief Judge Dee Drell for reassignment to another judge in accordance with the Courts Standing Order 1.62. Referred to Chief Judge for reassignment. Signed by Judge Robert G James on 8/22/2017. (crt,Crawford, A) (Entered: 08/22/2017) |
| 08/23/2017 | Ï 31 | NOTICE of Deficiency to Andrew Allen Lemmon on behalf of Amalgamated Bank, Patrick W Pendley on behalf of Sona Andresian; Tracy W Houck on behalf of CenturyLink Investor Group; Jason W Burge on behalf of City of Detroit Police & Fire Retirement System, Laborers Pension Trust Fund – Detroit & Vicinity; James Parkerson Roy on behalf of K B C Asset Management N V; Fred W Sartor, Jr on behalf of State of Oregon regarding 21 DEFICIENT? MOTION to Consolidate Case with Case Number 17–cv–01033, 17–cv–04695 MOTION for Appointment as Lead Plaintiff; 24 DEFICIENT? MOTION to Consolidate Case, MOTION for Appointment as Lead Plaintiffs, MOTION for Approval of Counsel of Choice; 25 DEFICIENT? MOTION for Approval of Selection of Lead Counsel MOTION to Consolidate Case, MOTION for Appointment of Lead Plaintiff; 26 DEFICIENT? MOTION to Consolidate Case with Case Number 17–1033, MOTION for Appointment as Lead Plaintiff, MOTION for Approval of Selection of Counsel; 28 DEFICIENT? MOTION for Appointment as Lead Plaintiff, MOTION to Consolidate Case, MOTION for Approval of Selection of Counsel; 29 DEFICIENT? MOTION for Appointment as Lead Plaintiff, MOTION to Consolidate Case, MOTION for Approval of Selection of Counsel. Reason: You do not indicate whether opposing counsel consent to the granting of this ex parte motion (i.e. Motion to Consolidate). Please refer to LR7.4.1, 7.6, or 7.9 for specific instructions regarding statements of consent. (crt,Williams, L) (Entered: 08/23/2017) |
| 08/23/2017 | Ï 32 | NOTICE by Amalgamated Bank of Consent to Motion for Consolidation re 29 MOTION for Appointment as Lead Plaintiff MOTION to Consolidate Case MOTION for Approval of Selection of Counsel (aty,Lemmon, Andrew) (Entered: 08/23/2017), (QC'ed on 08/24/2017, by ThomasSld, T) |
| 08/24/2017 | Ï 33 | ELECTRONIC MINUTE ENTRY issued by the Clerk. In accordance with Standing Order 1.62, this matter is hereby reassigned. Case reassigned to Judge S Maurice Hicks. Judge Robert G James no longer assigned to case. All future filings should bear the name of the new judge assignment. (crt,Whidden, C) Modified on 8/24/2017 to modify docket text (Whidden, C). (Entered: 08/24/2017) |
| 08/24/2017 | Ï 34 | CORRECTIVE DOCUMENT entitled Certificate of Consent filed by State of Oregon regarding 28 MOTION for Appointment as Lead Plaintiff MOTION to Consolidate Case MOTION for Approval of Selection of Counsel . (aty,Sartor, Fred) (Entered: 08/24/2017), (QC'ed on 08/24/2017, by ThomasSld, T) |

| | | |
|---|---|---|
| 08/24/2017 | Ï 35 | MOTION to Withdraw re 21 MOTION to Consolidate Case with Case Number 17–cv–01033, 17–cv–04695 MOTION for Appointment as Lead Plaintiff MOTION for Approval of Choice of Counsel , styled as NOTICE of Withdrawal of Motion by Sona Andresian (aty,Pendley, Patrick) Modified to correct event type and edit docket text on 8/25/2017 (ThomasSld, T). (Entered: 08/24/2017), (QC'ed on 08/25/2017, by ThomasSld , T) |
| 08/24/2017 | Ï 36 | CORRECTIVE DOCUMENT entitled Certificate of Consent to Motion for Consolidation filed by K B C Asset Management N V regarding 25 MOTION for Approval of Selection of Lead Counsel MOTION to Consolidate Case . (aty,Roy, James) Modified to remove duplicate docket text on 8/25/2017 (ThomasSld, T). (Entered: 08/24/2017), (QC'ed on 08/25/2017, by ThomasSld , T) |
| 08/24/2017 | Ï | Motions Transferred regarding 35 MOTION to Withdraw. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (crt,ThomasSld, T) (Entered: 08/28/2017) |
| 08/25/2017 | Ï 37 | CORRECTIVE DOCUMENT entitled Proposed Order (Motion to Withdraw Motion) filed by Sona Andresian regarding 35 MOTION to Withdraw . (aty,Pendley, Patrick) (Entered: 08/25/2017), (QC'ed on 08/25/2017, by ThomasSld , T) |
| 08/25/2017 | Ï 38 | CORRECTIVE DOCUMENT entitled Notice of Consent to Motion of Consolidation filed by City of Detroit Police & Fire Retirement System, Laborers Pension Trust Fund – Detroit & Vicinity regarding 26 MOTION to Consolidate Case with Case Number 17–1033MOTION for Appointment as Lead Plaintiff MOTION for Approval of Selection of Counsel . (aty,Burge, Jason) (Entered: 08/25/2017), (QC'ed on 08/25/2017, by ThomasSld , T) |
| 08/28/2017 | Ï 39 | ORDER granting 35 Motion to Withdraw 21 MOTION to Consolidate Case with Case Number 17–cv–01033, 17–cv–04695, MOTION for Appointment as Lead Plaintiff, MOTION for Approval of Choice of Counsel. Signed by Magistrate Judge Joseph H L Perez–Montes on 8/28/2017. (crt,ThomasSld, T) (Entered: 08/28/2017) |
| 08/29/2017 | Ï 40 | CORPORATE DISCLOSURE STATEMENT by CenturyLink Inc. (aty,Hayes, Thomas) (Entered: 08/29/2017), (QC'ed on 08/29/2017, by ThomasSld , T) |
| 08/30/2017 | Ï 41 | MOTION to Withdraw re 24 MOTION to Consolidate Case, MOTION for Appointment as Lead Plaintiffs, MOTION for Approval of Counsel of Choice, styled as "Notice of Withdrawal" by Mark D Alger, Allen Feldman, Art Kleppen, Essex Lacy, Tae Yi. (aty,Houck, Tracy) Modified to correct event type and edit docket text on 8/31/2017. (ThomasSld, T) Modified to indicate proposed order filed as document 42 on 8/31/2017 (ThomasSld, T). (Entered: 08/30/2017), (QC'ed on 08/31/2017, by ThomasSld , T) |
| 08/31/2017 | Ï | Motions Transferred regarding 41 MOTION to Withdraw. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (crt,ThomasSld, T) (Entered: 08/31/2017) |
| 08/31/2017 | Ï 42 | CORRECTIVE DOCUMENT entitled Proposed Order filed by Mark D Alger, Allen Feldman, Art Kleppen, Essex Lacy, Tae Yi regarding 41 MOTION to Withdraw *Motion for Consolidation, Appointment as Lead Plaintiffs, and Approval of Selection of Lead Counsel*. (aty,Houck, Tracy) (Entered: 08/31/2017), (QC'ed on 08/31/2017, by ThomasSld , T) |
| 09/05/2017 | Ï 43 | ORDER granting 41 Motion to Withdraw 24 MOTION to Consolidate Case, MOTION for Appointment as Lead Plaintiffs, MOTION for Approval of Counsel of Choice. Signed by Magistrate Judge Joseph H L Perez–Montes on 9/5/2017. (crt,ThomasSld, T) (Entered: 09/06/2017) |
| 09/11/2017 | Ï 44 | MEMORANDUM in Opposition re 28 MOTION for Appointment as Lead Plaintiff MOTION to Consolidate Case MOTION for Approval of Selection of Counsel, 21 MOTION to Consolidate Case with Case Number 17–cv–01033, 17–cv–04695MOTION for Appointment as Lead Plaintiff MOTION for Approval of Choice of Counsel, 24 MOTION to Consolidate CaseMOTION for Appointment as Lead Plaintiffs MOTION for Approval of Counsel of Choice, 29 MOTION for |

| | | |
|---|---|---|
| | | Appointment as Lead Plaintiff MOTION to Consolidate Case MOTION for Approval of Selection of Counsel, 26 MOTION to Consolidate Case with Case Number 17–1033MOTION for Appointment as Lead Plaintiff MOTION for Approval of Selection of Counsel *and Memorandum in Further Support of the Motion of KBC Asset Management NV for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel* filed by K B C Asset Management N V. (Attachments: # 1 Declaration of James P. Roy, # 2 Exhibit A – Amalgamated Bank LIFO Loss Chart)(aty,Roy, James) Modified to indicate certificate of service filed as document 48 on 9/12/2017 (ThomasSld, T). (Entered: 09/11/2017), (QC'ed on 09/12/2017, by ThomasSld , T) |
| 09/11/2017 | Ï 45 | RESPONSE to Motion re 25 MOTION for Approval of Selection of Lead Counsel MOTION to Consolidate Case, 28 MOTION for Appointment as Lead Plaintiff MOTION to Consolidate Case MOTION for Approval of Selection of Counsel, 29 MOTION for Appointment as Lead Plaintiff MOTION to Consolidate Case MOTION for Approval of Selection of Counsel filed by City of Detroit Police & Fire Retirement System, Laborers Pension Trust Fund – Detroit & Vicinity. (Attachments: # 1 Exhibit A)(aty,Burge, Jason) (Attachment 1 replaced on 9/12/2017) (YocumSld, M). (Main Document 45 replaced on 9/12/2017) (YocumSld, M). (Entered: 09/11/2017), (QC'ed on 09/12/2017, by ThomasSld , T) |
| 09/11/2017 | Ï 46 | RESPONSE to Motion re 25 MOTION for Approval of Selection of Lead Counsel MOTION to Consolidate Case, 28 MOTION for Appointment as Lead Plaintiff MOTION to Consolidate Case MOTION for Approval of Selection of Counsel, 21 MOTION to Consolidate Case with Case Number 17–cv–01033, 17–cv–04695MOTION for Appointment as Lead Plaintiff MOTION for Approval of Choice of Counsel, 24 MOTION to Consolidate CaseMOTION for Appointment as Lead Plaintiffs MOTION for Approval of Counsel of Choice, 26 MOTION to Consolidate Case with Case Number 17–1033MOTION for Appointment as Lead Plaintiff MOTION for Approval of Selection of Counsel filed by Amalgamated Bank. (aty,Lemmon, Andrew) (Entered: 09/11/2017), (QC'ed on 09/12/2017, by ThomasSld , T) |
| 09/11/2017 | Ï 47 | SUPPLEMENTAL MEMORANDUM in Support re 28 MOTION for Appointment as Lead Plaintiff, Appointment of Lead Counsel, and Consolidation *and in Opposition to Competing Motions* filed by State of Oregon. (Attachments: # 1 Declaration of F. Williams Sartor, Jr., # 2 Exhibit A – Declaration of Brian de Haan, # 3 Exhibit B – Chart of Oregon's Recoverable Losses, # 4 Exhibit C – Chart of KBC's Recoverable Losses, # 5 Exhibit D – Teva LP Order)(aty,Sartor, Fred) Modified to more accurately reflect document filed and to indicate deficient status on 9/12/2017. (ThomasSld, T) Modified to remove deficient status and to edit docket text on 9/18/2017 (ThomasSld, T). (Entered: 09/11/2017), (QC'ed on 09/12/2017, by ThomasSld , T) |
| 09/11/2017 | Ï 44 | MOTION/REQUEST for Oral Argument re 25 MOTION for Approval of Selection of Lead Counsel MOTION to Consolidate Case by K B C Asset Management N V. ADMINISTRATIVE ENTRY to capture filing event. See document 44 to view PDF image. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (crt,ThomasSld, T) Modified to add document number on 9/12/2017 (ThomasSld, T). (Entered: 09/12/2017) |
| 09/11/2017 | Ï 47 | MEMORANDUM in Opposition re 25 MOTION for Approval of Selection of Lead Counsel MOTION to Consolidate Case, 21 MOTION to Consolidate Case with Case Number 17–cv–01033, 17–cv–04695MOTION for Appointment as Lead Plaintiff MOTION for Approval of Choice of Counsel, 24 MOTION to Consolidate Case, MOTION for Appointment as Lead Plaintiffs MOTION for Approval of Counsel of Choice, 29 MOTION for Appointment as Lead Plaintiff MOTION to Consolidate Case MOTION for Approval of Selection of Counsel, 26 MOTION to Consolidate Case with Case Number 17–1033, MOTION for Appointment as Lead Plaintiff MOTION for Approval of Selection of Counsel filed by State of Oregon. ADMINISTRATIVE ENTRY to capture filing event. See document 47 to view PDF image. (crt,ThomasSld, T) Modified to add document number on 9/12/2017 (ThomasSld, T). (Entered: 09/12/2017) |
| 09/12/2017 | Ï 48 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE by K B C Asset Management N V re 44 Memorandum in Opposition to Motion (aty,Roy, James) (Entered: 09/12/2017), (QC'ed on 09/12/2017, by ThomasSld , T) |
| 09/12/2017 | Ï 49 | (WITHDRAWN) NOTICE of Deficiency to Fred W Sartor, Jr on behalf of State of Oregon regarding 47 Reply Memorandum in Support of Motion. Reason: Replies to response to motion are limited to 7 pages for Magistrate Judge Perez−Montes. (crt,ThomasSld, T) Modified to indicate document withdrawn on 9/18/2017 (ThomasSld, T). (Entered: 09/12/2017) |
| 09/13/2017 | Ï 50 | PROPOSED ORDER/JUDGMENT *Granting Oral Argument on Motion of KBC Asset Management NV for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and Opposition to Competing Motions* by K B C Asset Management N V re 44 Motion for Hearing,. (aty,Roy, James) (Entered: 09/13/2017), (QC'ed on 09/13/2017, by ThomasSld , T) |
| 09/18/2017 | Ï | NOTICE of Corrective Action to Fred W Sartor, Jr on behalf of State of Oregon regarding 49 Notice of Deficiency. Action taken: Modified to reflect document withdrawn. (crt,ThomasSld, T) (Entered: 09/18/2017) |
| 09/18/2017 | Ï 51 | ORDER granting 44 Motion for Hearing. Motion day set for 10/4/2017 at 1:30 PM in Alexandria Court House before Magistrate Judge Joseph H L Perez−Montes. Signed by Magistrate Judge Joseph H L Perez−Montes on 9/18/2017. (crt,ThomasSld, T) (Entered: 09/18/2017) |
| 09/18/2017 | Ï 52 | REPLY to Response to Motion re 25 MOTION for Approval of Selection of Lead Counsel MOTION to Consolidate Case *and in Opposition to the Competing Motion* filed by K B C Asset Management N V. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aty,Roy, James) (Entered: 09/18/2017), (QC'ed on 09/19/2017, by ThomasSld , T) |
| 09/21/2017 | Ï 53 | ELECTRONIC MINUTE ENTRY: A Telephone Conference is set for 9/21/2017 at 01:30 PM before Magistrate Judge Joseph H L Perez−Montes.. Each party is to call our AT&T conference number at 877−336−1829. When you are prompted for an access code, enter 2670431. You will be placed on hold and will not hear anything except silence. However, the Clerk will join the call shortly thereafter. Only counsel of record may participate in the conference. Signed by Magistrate Judge Joseph H L Perez−Montes on 9/21/2017. (crt,Tice, Y) (Entered: 09/21/2017) |
| 09/21/2017 | Ï 54 | MOTION for William H. Narwold to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536−3468941) by K B C Asset Management N V. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (Attachments: # 1 Certificate of good standing William H. Narwold, # 2 Proposed order)(aty,Roy, James) (Entered: 09/21/2017), (QC'ed on 09/22/2017, by ThomasSld , T) |
| 09/21/2017 | Ï 55 | MOTION for Andrew P. Arnold to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536−3468968) by K B C Asset Management N V. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (Attachments: # 1 Certificate of good standing Andrew Arnold, # 2 Proposed order)(aty,Roy, James) (Entered: 09/21/2017), (QC'ed on 09/22/2017, by ThomasSld , T) |
| 09/21/2017 | Ï 56 | MOTION for James M. Hughes to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536−3468977) by K B C Asset Management N V. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (Attachments: # 1 Certificate of good standing James Hughes, # 2 Proposed order)(aty,Roy, James) (Entered: 09/21/2017), (QC'ed on 09/22/2017, by ThomasSld , T) |
| 09/21/2017 | Ï 57 | MOTION for Gregg S. Levin to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536−3468987) by K B C Asset Management N V. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (Attachments: # 1 Certificate of good standing Gregg Levin, # 2 Proposed order)(aty,Roy, James) (Entered: 09/21/2017), (QC'ed on 09/22/2017, by ThomasSld , T) |
| 09/21/2017 | Ï 58 | Joint Oral MOTION to Continue Motion Hearing. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (crt,Tice, Y) (Entered: 09/22/2017) |

| | | |
|---|---|---|
| 09/21/2017 | Ï 59 | MINUTES for proceedings held before Magistrate Judge Joseph H L Perez–Montes: TELEPHONE CONFERENCE held on 9/21/2017 granting 58 Motion to Continue. Motion Hearing on 25 is RESET for 10/25/2017 at 10:00 AM in Alexandria, Federal Building, 3rd floor courtroom, before Magistrate Judge Joseph H L Perez–Montes. (Court Reporter: LCR, Alexandria – 3rd Floor) (crt,Tice, Y) (Entered: 09/22/2017) |
| 09/22/2017 | Ï 60 | ORDER granting 54 Motion to Appear Pro Hac Vice for appearance of William H Narwold for K B C Asset Management N V. Signed by Magistrate Judge Joseph H L Perez–Montes on 9/22/2017. (crt,ThomasSld, T) (Entered: 09/22/2017) |
| 09/22/2017 | Ï 61 | ORDER granting 55 Motion to Appear Pro Hac Vice for appearance of Andrew P Arnold for K B C Asset Management N V. Signed by Magistrate Judge Joseph H L Perez–Montes on 9/22/2017. (crt,ThomasSld, T) (Entered: 09/22/2017) |
| 09/22/2017 | Ï 62 | ORDER granting 56 Motion to Appear Pro Hac Vice for appearance of James M Hughes for K B C Asset Management N V. Signed by Magistrate Judge Joseph H L Perez–Montes on 9/22/2017. (crt,ThomasSld, T) (Entered: 09/22/2017) |
| 09/22/2017 | Ï 63 | ORDER granting 57 Motion to Appear Pro Hac Vice for appearance of Gregg S Levin for K B C Asset Management N V. Signed by Magistrate Judge Joseph H L Perez–Montes on 9/22/2017. (crt,ThomasSld, T) (Entered: 09/22/2017) |
| 10/04/2017 | Ï 64 | MOTION for Keith S. Dubanevich to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536–3480017) by State of Oregon. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Sartor, Fred) (Entered: 10/04/2017), (QC'ed on 10/04/2017, by ThomasSld , T) |
| 10/04/2017 | Ï 65 | MOTION for Keil M. Mueller to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536–3480047) by State of Oregon. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Sartor, Fred) (Entered: 10/04/2017), (QC'ed on 10/04/2017, by ThomasSld , T) |
| 10/05/2017 | Ï 66 | ORDER granting 64 Motion to Appear Pro Hac Vice for appearance of Keith S Dubanevich for State of Oregon. Signed by Magistrate Judge Joseph H L Perez–Montes on 10/5/2017. (crt,ThomasSld, T) (Entered: 10/05/2017) |
| 10/05/2017 | Ï 67 | ORDER granting 65 Motion to Appear Pro Hac Vice for appearance of Keil M Mueller for State of Oregon. Signed by Magistrate Judge Joseph H L Perez–Montes on 10/5/2017. (crt,ThomasSld, T) (Entered: 10/05/2017) |
| 10/05/2017 | Ï 68 | REPLY to Response to Motion re 28 MOTION for Appointment as Lead Plaintiff MOTION to Consolidate Case MOTION for Approval of Selection of Counsel filed by State of Oregon. (aty,Sartor, Fred) (Entered: 10/05/2017), (QC'ed on 10/05/2017, by ThomasSld , T) |
| 10/05/2017 | Ï 69 | MOTION for Gerald H. Silk to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536–3481510) by State of Oregon. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Sartor, Fred) (Entered: 10/05/2017), (QC'ed on 10/05/2017, by ThomasSld , T) |
| 10/05/2017 | Ï 70 | MOTION for Avi Josefson to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536–3481533) by State of Oregon. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Sartor, Fred) (Entered: 10/05/2017), (QC'ed on 10/05/2017, by ThomasSld , T) |
| 10/05/2017 | Ï 71 | MOTION for Michael D. Blatchley to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536–3481549) by State of Oregon. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Sartor, |

| | | |
|---|---|---|
| | | Fred) (Entered: 10/05/2017), (QC'ed on 10/05/2017, by ThomasSld , T) |
| 10/10/2017 | Ï 72 | ORDER granting 69 Motion to Appear Pro Hac Vice for appearance of Gerald H Silk for State of Oregon. Signed by Magistrate Judge Joseph H L Perez–Montes on 10/10/2017. (crt,ThomasSld, T) (Entered: 10/10/2017) |
| 10/10/2017 | Ï 73 | ORDER granting 70 Motion to Appear Pro Hac Vice for appearance of Avi Josefson for State of Oregon. Signed by Magistrate Judge Joseph H L Perez–Montes on 10/10/2017. (crt,ThomasSld, T) (Entered: 10/10/2017) |
| 10/10/2017 | Ï 74 | ORDER granting 71 Motion to Appear Pro Hac Vice for appearance of Michael D Blatchley for State of Oregon. Signed by Magistrate Judge Joseph H L Perez–Montes on 10/10/2017. (crt,ThomasSld, T) (Entered: 10/10/2017) |
| 10/10/2017 | Ï 75 | Joint MOTION to Continue October 25, 2017 Motion Hearing with opposition by State of Oregon, K B C Asset Management N V. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (Attachments: # 1 Declaration of F. Williams Sartor, Jr., # 2 Exhibit A – JPML Transfer Brief, # 3 Exhibit B – JPML Transfer Order, # 4 Exhibit C – JPML CTO–1, # 5 Exhibit D – JPML Transfer Reply, # 6 Proposed order)(aty,Sartor, Fred) Modified to add filer on 10/11/2017. (ThomasSld, T) (Entered: 10/10/2017), (QC'ed on 10/11/2017, by ThomasSld , T) |
| 10/11/2017 | Ï 76 | ELECTRONIC MINUTE ENTRY: Any joinder or opposition to the 75 Motion to Continue must be filed no later than 10/17/2017. No replies will be allowed. Compliance Deadline set for 10/17/2017. Signed by Magistrate Judge Joseph H L Perez–Montes on 10/11/2017. (crt,Tice, Y) (Entered: 10/11/2017) |
| 10/16/2017 | Ï 77 | MEMORANDUM in Opposition re 75 Joint MOTION to Continue October 25, 2017 Motion Hearing filed by CenturyLink Inc, R Stewart Ewing, Jr, Glen F Post, III. (Attachments: # 1 Declaration of Lyle Roberts, # 2 Exhibit 1, # 3 Exhibit 2)(aty,Roberts, Lyle) Modified on 10/16/2017 to modify docket text. (Crick, S). (Entered: 10/16/2017), (QC'ed on 10/16/2017, by Crick , S) |
| 10/19/2017 | Ï 78 | MOTION for Timothy S. DeJong to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536–3491564) by State of Oregon. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Sartor, Fred) (Entered: 10/19/2017), (QC'ed on 10/20/2017, by ThomasSld , T) |
| 10/19/2017 | Ï 79 | ORDER granting granting 25 Motion to Consolidate Cases; 26 Motion to Consolidate Cases; granting 28 Motion to Consolidate Cases; granting 29 Motion to Consolidate Cases. Lead Case Number: 3:17–cv–1005. Member Case Number(s): 3:17–cv–1033, 3:17–cv–1065. Signed by Magistrate Judge Joseph H L Perez–Montes on 10/19/2017. (crt,ThomasSld, T) (Entered: 10/20/2017) |
| 10/20/2017 | Ï 80 | MEMORANDUM ORDER: Potential class plaintiffs filed Motions to Appoint Lead Plaintiff and Lead Counsel (Docs. 25 , 26 , 28 , 29 ) in three consolidated cases against CenturyLink and other Defendants for violations of the Securities Exchange Act of 1934. The State of Oregon's motion to be appointed Lead Plaintiff (Doc. 28 ) is GRANTED. The State of Oregon's motion to appoint Bernstein, Litowitz, Berger & Grossman, L.L.P. and Stoll Berne as Co–Lead Counsel (Doc. 28) is also GRANTED. The remaining motions (Docs. 25 , 26 , 29 ) are DENIED. Signed by Magistrate Judge Joseph H L Perez–Montes on 10/20/2017. (crt,ThomasSld, T) Modified to correct file date and signature date on 10/20/2017 (ThomasSld, T). (Entered: 10/20/2017) |
| 10/20/2017 | Ï 81 | NOTICE of Consolidation by Clerk. (crt,ThomasSld, T) (Entered: 10/20/2017) |
| 10/20/2017 | Ï 80 | ORDER denying 75 Motion to Continue. ADMINISTRATIVE ENTRY to capture court ruling. See document 80 to view PDF image. Signed by Magistrate Judge Joseph H L Perez–Montes on 10/20/2017. (crt,ThomasSld, T) Modified to add document number on 10/20/2017 (ThomasSld, T). |

| | | |
|---|---|---|
| | | (Entered: 10/20/2017) |
| 10/20/2017 | Ï 82 | ORDER granting 78 Motion to Appear Pro Hac Vice for appearance of Timothy S DeJong for State of Oregon. Signed by Magistrate Judge Joseph H L Perez−Montes on 10/20/2017. (crt,Crick, S) (Entered: 10/20/2017) |
| 10/24/2017 | Ï 83 | MOTION for Michael M. Mathai to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536−3494653) by State of Oregon. Motions referred to Magistrate Judge Joseph H L Perez−Montes. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Sartor, Fred) (Entered: 10/24/2017), (QC'ed on 10/24/2017, by ThomasSld , T) |
| 10/25/2017 | Ï 84 | ORDER granting 83 Motion to Appear Pro Hac Vice for appearance of Michael M Mathai for State of Oregon. Signed by Magistrate Judge Joseph H L Perez−Montes on 10/25/2017. (crt,ThomasSld, T) (Entered: 10/26/2017) |
| 11/03/2017 | Ï 85 | DEFICIENT APPEAL OF MAGISTRATE JUDGE DECISION to District Judge re 80 Order on Motion for Miscellaneous Relief by K B C Asset Management N V. (Attachments: # 1 Memorandum / Brief, # 2 Exhibit Dube v Signet Jewelers Ltd)(aty,Levin, Gregg) Modified to reflect deficient status on 11/3/2017. (ThomasSld, T) Modified to indicate document corrected and resubmitted in its entirety as document 87 on 11/3/2017.(ThomasSld, T) (Entered: 11/03/2017), (QC'ed on 11/03/2017, by ThomasSld , T) |
| 11/03/2017 | Ï 86 | NOTICE of Deficiency to Gregg S Levin on behalf of K B C Asset Management N V regarding 85 APPEAL OF MAGISTRATE JUDGE DECISION to District Judge re 80 Order on Motion for Miscellaneous Relief. Reason: For attorneys admitted pro hac vice, signature or endorsement of local counsel is required. Please refer to LR83.2.6 for more specific requirements. (crt,ThomasSld, T) (Entered: 11/03/2017) |
| 11/03/2017 | Ï 87 | APPEAL OF MAGISTRATE JUDGE DECISION to District Judge re 80 Order on Motions to Appoint Lead Plaintiff and Lead Counsel by K B C Asset Management N V . (Attachments: # 1 Memorandum / Brief, # 2 Exhibit A)(aty,Roy, James) Modified to correct event type, remove docket entry relationship and edit docket text on 11/3/2017. (ThomasSld, T) (Entered: 11/03/2017), (QC'ed on 11/03/2017, by ThomasSld , T) |
| 11/03/2017 | Ï 88 | NOTICE of Motion Setting regarding: 87 APPEAL OF MAGISTRATE JUDGE DECISION to District Judge. Motions referred to Chief Judge S Maurice Hicks. (crt,ThomasSld, T) (Entered: 11/03/2017) |
| 11/13/2017 | Ï 89 | *JOINT* STIPULATION *REGARDING SERVICE AND COMPLAINTS* by State of Oregon, CenturyLink Inc, David D Cole, R Stewart Ewing Jr, Glen F Post III. (aty,Sartor, Fred) Modified to add filers on 11/13/2017. (ThomasSld, T) (Entered: 11/13/2017), (QC'ed on 11/13/2017, by ThomasSld , T) |
| 11/17/2017 | Ï 90 | RESPONSE to Motion re 87 APPEAL OF MAGISTRATE JUDGE DECISION to District Judge *S. Maurice Hicks, Jr.* filed by State of Oregon. (Attachments: # 1 Declaration of F. Williams Sartor, Jr., # 2 Exhibit A − S.A.C. Capital LP Order)(aty,Sartor, Fred) (Entered: 11/17/2017), (QC'ed on 11/17/2017, by ThomasSld , T) |
| 11/17/2017 | Ï 91 | RESPONSE to Motion re 87 APPEAL OF MAGISTRATE JUDGE DECISION to District Judge filed by CenturyLink Inc, David D Cole, R Stewart Ewing, Jr, Glen F Post, III. (Attachments: # 1 Declaration of Lyle Roberts, # 2 Exhibit A − List of Cases)(aty,Roberts, Lyle) (Entered: 11/17/2017), (QC'ed on 11/20/2017, by ThomasSld , T) |
| 11/24/2017 | Ï 92 | REPLY to Response to Motion re 87 APPEAL OF MAGISTRATE JUDGE DECISION to District Judge *Hicks* filed by K B C Asset Management N V. (Attachments: # 1 Exhibit 1 − MissPERS Reply Lead Pl Brief in Goldman Sachs case, # 2 Exhibit 2 − Defs Brief re Appointment of Lead Pl in Kaplan case, # 3 Exhibit 3 − Reply LP Brief in Kaplan case, # 4 Exhibit 4 − KBC Brief in Oppn |

| | | |
|---|---|---|
| | | to Mot to Vacate CTO–1, # 5 Exhibit 5 – Oregon Brief in Oppn to Motion to Vacate CTO–1)(aty,Levin, Gregg) (Entered: 11/24/2017), (QC'ed on 11/27/2017, by ThomasSld , T) |
| 12/20/2017 | Ï 93 | MOTION to Withdraw Brandon W Creekbaum as Attorney by CenturyLink Inc, David D Cole, R Stewart Ewing, Jr, Glen F Post, III. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (Attachments: # 1 Proposed order)(aty,Hayes, Thomas) (Entered: 12/20/2017), (QC'ed on 12/20/2017, by ThomasSld , T) |
| 12/21/2017 | Ï 94 | ORDER granting 93 Motion to Withdraw as Attorney. Attorney Brandon Wade Creekbaum terminated. Signed by Magistrate Judge Joseph H L Perez–Montes on 12/21/2017. (crt,ThomasSld, T) (Entered: 12/21/2017) |
| 12/21/2017 | Ï 95 | MOTION to Consolidate Case with Case Number 3:17–cv–01648–RGJ–JPM with opposition *of Inter–Marketing Group USA, Inc.* by State of Oregon. Motions referred to Magistrate Judge Joseph H L Perez–Montes. (Attachments: # 1 Memorandum / Brief, # 2 Declaration of F. Williams Sartor, Jr., # 3 Exhibit A – Notice of pendency of IMG action, # 4 Exhibit B – Proposed Corrected Notice, # 5 Proposed order)(aty,Sartor, Fred) (Entered: 12/21/2017), (QC'ed on 12/21/2017, by ThomasSld , T) |
| 01/11/2018 | Ï 96 | MEMORANDUM in Opposition re 95 MOTION to Consolidate Case with Case Number 3:17–cv–01648–RGJ–JPM with opposition *of Inter–Marketing Group USA, Inc.* filed by Inter–Marketing Group USA, Inc.. (Attachments: # 1 Exhibit 1 – Declaration of William B. Federman)(aty,Federman, William) (Entered: 01/11/2018), (QC'ed on 01/12/2018, by ThomasSld , T) |
| 01/15/2018 | Ï 97 | NOTICE of Appearance by William Bernard Federman on behalf of Inter–Marketing Group U S A Inc (aty,Federman, William) (Entered: 01/15/2018), (QC'ed on 01/16/2018, by Whidden , C) |
| 01/15/2018 | Ï 98 | CORPORATE DISCLOSURE STATEMENT by Inter–Marketing Group U S A Inc. (aty,Federman, William) (Entered: 01/15/2018), (QC'ed on 01/16/2018, by Whidden , C) |
| 01/18/2018 | Ï 99 | REPLY to Response to Motion re 95 MOTION to Consolidate Case with Case Number 3:17–cv–01648–RGJ–JPM with opposition *of Inter–Marketing Group USA, Inc.* filed by State of Oregon. (aty,Sartor, Fred) (Entered: 01/18/2018), (QC'ed on 01/19/2018, by ThomasSld , T) |
| 02/01/2018 | Ï 100 | NOTICE received via email from Clerk of Judicial Panel on Multidistrict Litigation transmitting Transfer Order in MDL No.2795, IN RE: CenturyLink Sales Practices and Securities Litigation (formerly CenturyLink Residential Customer Billing Disputes Litigation) advising case shall be transferred to the District of Minnesota upon request of the record. (crt,Whidden, C) (Entered: 02/01/2018) |
| 02/01/2018 | Ï 101 | ORDER FOR MULTI–DISTRICT LITIGATION TRANSFER directing transfer to District of Minnesota, In Re: CenturyLink Sales Practices and Securities Litigation (formerly CenturyLink Residential Customer Billing Disputes Litigation), MDL # 2795. Record electronically transmitted to receiving court. Case Terminated. *All future pleadings should be filed with the newly assigned court.* (crt,Whidden, C) (Entered: 02/01/2018) |