UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK RESIDENTIAL CUSTOMER BILLING DISPUTES LITIGATION<br><br>This applies to all cases in this multidistrict litigation. | Case No. 17-md-2795 (MJD/KMM)<br>MDL No. 2795<br><br>**STANDING ORDER SUSPENDING ALL DEADLINES PENDING ENTRY OF OMNIBUS SCHEDULING ORDER** |

This matter is before the Court upon the Stipulation of the Parties for an Order suspending all deadlines in the individual underlying actions pending the entry of an Omnibus Scheduling Order in this consolidated multidistrict litigation proceeding ("MDL"). [Docket No. 2]

Based upon the file, record, pleadings in the case, and the Parties' Stipulation, IT IS HEREBY ORDERED that:

1. All pending deadlines in the underlying matters are hereby suspended pending this Court's entry of an Omnibus Scheduling Order in this Consolidated MDL; and,

2. This Order shall also apply to any future actions that are consolidated with this MDL prior to the entry of the Omnibus Scheduling Order.

Dated: October 16, 2017

s/Michael J. Davis
Michael J. Davis
United States District Court