UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to:<br>No. 0:18-cv-00296<br>No. 0:18-cv-00297<br>No. 0:18-cv-00298<br>No. 0:18-cv-00299 | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that on behalf of Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., and David D. Cole, who are parties in this Multidistrict Proceeding, the following attorney enters his appearance as attorney of record:

**Patrick E. Gibbs** of Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304.

Date:  February 6, 2018

Respectfully submitted,

/s/ Patrick E. Gibbs
Patrick E. Gibbs (CA Bar No. 183174)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5535
Facsimile: (650) 618-0387
pgibbs@cooley.com

*Attorney for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., and David D. Cole*