UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: CENTURYLINK SALES  MDL No. 17-2795 (MJD/KMM)
PRACTICES AND SECURITIES
LITIGATION

This Document Relates to  **ORDER**
Civil File No. 18-296 (MJD/KMM)

The Judicial Panel on Multidistrict Litigation ("JPML") has issued an order transferring <u>Craig v. CenturyLink, Inc.</u>, Civil File No. 18-296 (MJD/KMM) to this Court for inclusion in <u>In re: CenturyLink Sales Practices and Securities Litigation</u>, MDL No. 17-2795. At the time of the transfer, there were several outstanding motions. "When a transferee court receives a case from the MDL Panel, the transferee court applies the law of the circuit in which it is located to issues of federal law." <u>In re Gen. Am. Life Ins. Co. Sales Practices Litig.</u>, 391 F.3d 907, 911 (8th Cir. 2004). Because the briefing on the outstanding motions does not apply Eighth Circuit law and because, due to the JPML's transfer order, significant events have occurred in this case since the motions were originally briefed, the Court will order the parties to file updated briefing on the pending motions.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Updated briefs in support of the Appeal of the Magistrate Judge Order [Docket No. 87] and Motion for Consolidation of Related Action [Docket No. 95] shall be filed by February 27, 2018.

2. Updated opposition briefs shall be filed by March 13, 2018.

3. Updated reply briefs shall be filed by March 20, 2018.

4. The parties shall meet and confer regarding dates for oral argument and shall jointly propose several possible hearing dates to the Court.

Dated:  February 8, 2018                    s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court