UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK RESIDENTIAL CUSTOMER BILLING DISPUTES LITIGATION | Case No. 18-cv-00296-MJD-KMM |
| | **NOTICE OF APPEARANCE** |
| This applies to all cases in this multidistrict litigation. | |

PLEASE TAKE NOTICE that Jeffrey D. Bores of Chestnut Cambronne PA, notify the Court, parties, and counsel that they will appear as counsel of record for Plaintiff KBC Asset Management NV in the above-captioned matter.

Dated:  February 8, 2018      **CHESTNUT CAMBRONNE PA**

By s/Jeffrey D. Bores_____
Jeffrey D. Bores, #227699
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
(612) 339-7300
jbores@chestnutcambronne.com

**ATTORNEYS FOR PLAINTIFF KBC ASSET MANAGEMENT NV**