UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK RESIDENTIAL CUSTOMER BILLING DISPUTES LITIGATION<br><br>This applies to all cases in this multidistrict litigation. | Case No. 18-cv-00296-MJD-KMM<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Bryan L. Bleichner of Chestnut Cambronne PA, notify the Court, parties, and counsel that they will appear as counsel of record for Plaintiff KBC Asset Management NV in the above-captioned matter.

Dated: February 8, 2018   **CHESTNUT CAMBRONNE PA**

By s/Bryan L. Bleichner_____
Bryan L. Bleichner, #0326689
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
(612) 339-7300
bbleichner@chestnutcambronne.com

**ATTORNEYS FOR PLAINTIFF KBC ASSET MANAGEMENT NV**