# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| | **NOTICE OF APPEARANCE** |
| This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM)<br>Civil File No. 18-299 (MJD/KMM) | |

The undersigned attorneys hereby notify the Court and counsel that Keith S. Dubanevich, Timothy S. DeJong, and Keil M. Mueller of Stoll Stoll Berne Lokting & Shlachter PC, shall appear as counsel of record for Plaintiff State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund in this case.

DATED this 9th day of February, 2018.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Keith S. Dubanevich
    **Keith S. Dubanevich,** OSB No. 975200
    **Timothy S. DeJong,** OSB No. 940662
    **Keil M. Mueller,** OSB No. 085535

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:    (503) 227-6840
Email:        kdubanevich@stollberne.com
               tdejong@stollberne.com
               kmueller@stollberne.com

*Special Assistant Attorneys General and Counsel for Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund*