# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| | **NOTICE OF APPEARANCE** |
| This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM)<br>Civil File No. 18-299 (MJD/KMM) | |

The undersigned attorney hereby notifies the Court and counsel that John Browne and Michael D. Blatchley of Bernstein Litowitz Berger & Grossmann LLP shall appear as counsel of record for Plaintiff the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, in this case.

Dated: February 12, 2018

s/ John Browne
John Browne
(NYS Bar No. 3922747)
Michael D. Blatchley
(NYS Bar No. 4747424)

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
michaelb@blbglaw.com

*Special Assistant Attorneys General and Counsel for Plaintiff the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund*