UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK RESIDENTIAL CUSTOMER BILLING DISPUTES LITIGATION | ) ) ) ) MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: Civil File No. 18-296 Civil File No. 18-299 | ) ) NOTICE OF APPEARANCE ) ) ) |

**PLEASE TAKE NOTICE** that Gregg M. Fishbein of Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota, 55401, appears as counsel of record for Plaintiff State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund in the above-captioned matter and should be served with or copied on all subsequent correspondence, pleadings, and orders in this litigation.

Dated: February 13, 2018

*s/ Gregg M. Fishbein*
Richard A. Lockridge (MN # 64117)
Gregg M. Fishbein (MN #202009)
Kate M. Baxter-Kauf (MN #392037)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
gmfishbein@locklaw.com

*ATTORNEYS FOR PLAINTIFF THE STATE OF OREGON BY AND THROUGH THE OREGON STATE TREASURER AND THE OREGON PUBLIC EMPLOYEE RETIREMENT BOARD, ON BEHALF OF THE OREGON PUBLIC EMPLOYEE RETIREMENT FUND*

524833.1