UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to:<br>No. 0:18-cv-00296<br>No. 0:18-cv-00297<br>No. 0:18-cv-00298<br>No. 0:18-cv-00299 | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that on behalf of Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., and David D. Cole, who are parties in this Multidistrict Proceeding, the following attorney enters her appearance as attorney of record:

**Sarah Malke Lightdale** of Cooley LLP, The Grace Building, 1114 Avenue of the Americas, 46th Floor, New York, NY 10036-7798.

Date:  March 12, 2018

Respectfully submitted,

*/s/ Sarah Malke Lightdale*
Sarah Malke Lightdale
(NY Bar No. 4395661)
COOLEY LLP
The Grace Building
1114 Avenue of the Americas
46th Floor
New York, NY 10036-7798
Telephone: (212) 479-6374
Facsimile: (212) 479-6275
slightdale@cooley.com

*Attorney for Defendants CenturyLink,
Inc., Glen F. Post, III, R. Stewart Ewing,
Jr., and David D. Cole*