# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This document relates to<br><br>Civil File No. 18-296 (MJD/KMM)<br>Civil File No. 18-297 (MJD/KMM)<br>Civil File No. 18-298 (MJD/KMM)<br>Civil File No. 18-299 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>**LR 7.1 CERTIFICATE OF COMPLIANCE FOR MEMORANDUM OF LAW OF INTER-MARKETING GROUP USA, INC. IN OPPOSITION TO MOTION OF OREGON FOR CONSOLIDATION OF RELATED ACTIONS** |

I, William B. Federman, certify, pursuant to Local Rule 7.1(f) and (h) of the United States District Court for the District of Minnesota, that the accompanying Memorandum of Law of Inter-Marketing Group USA, Inc. in Opposition to Motion of Oregon for Consolidation of Related Actions contains 4,255 words inclusive of headings, footnotes, and quotations. The word count was performed, and the Memorandum was prepared, using Microsoft Word 2013. I further certify that the Memorandum was prepared in 13-point Times New Roman font in compliance with the type-size requirements of Local Rule 7.1(h).

Dated: March 13, 2018

Respectfully submitted,

<u>s/William B. Federman</u>
William B. Federman (OK Bar # 2853)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com
-and-
2926 Maple Ave., Suite 200
Dallas, TX  75201

*Counsel for IMG and Proposed Lead Counsel for the Bonds Class*


<u>s/Gregg M. Corwin</u>
Gregg M. Corwin (MN. ID. 19033)
GREGG M. CORWIN & ASSOCIATE
LAW OFFICE, PC
1660 S. Hwy. 100, Suite 500
St. Louis Park, MN  55416
Telephone:  (952) 544-7774
Fax:  (952) 544-7151
gcorwin@gcorwin.com

*Counsel for IMG and Proposed Liaison Counsel for the Bonds Class*