UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This document relates to<br>Civil File No. 18-296 (MJD/KMM)<br>Civil File No. 18-297 (MJD/KMM)<br>Civil File No. 18-298 (MJD/KMM)<br>Civil File No. 18-299 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>**AFFIDAVIT OF WILLIAM B. FEDERMAN IN SUPPORT OF INTER-MARKETING GROUP USA, INC.'S OPPOSITION TO MOTION OF OREGON FOR CONSOLIDATION OF RELATED ACTIONS** |

I, William B. Federman, declare under penalty of perjury as follows:

1. I am an attorney duly admitted to the Bars of several states, including the States of Oklahoma and Texas. I am a member of the law firm Federman & Sherwood and counsel for the Inter-Marketing Group USA, Inc. ("IMG" or "Movant"). I submit this declaration in support of Inter-Marketing's Opposition to the Motion of Oregon for Consolidation of Related Actions.

2. Attached hereto as Exhibit 1 is a true and correct copy of the *Globe Newswire* press release issued by Levi & Korsinsky.

3. Attached hereto as Exhibit 2 is a true and correct copy of the *Business Wire* press release issued by Levi & Korsinsky.

4. Attached hereto as Exhibit 3 is a true and correct copy of the *Business Wire* press release issued by Holzer & Holzer.

5. Attached hereto as Exhibit 4 is a true and correct copy of the loss analysis submitted by Oregon Public Employee Retirement Fund.

6. Attached hereto as Exhibit 5 is a true and correct copy of the *Globe Newswire* publication issued by Federman & Sherwood announcing that a class action suit on behalf of purchasers of CenturyLink's 7.60% Senior Notes, Series P, due 2039 had been filed.

Dated: March 13, 2018                                  Respectfully submitted,

*s/William B. Federman*
William B. Federman (OK Bar # 2853)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com
-and-
2926 Maple Ave., Suite 200
Dallas, TX  75201

*Counsel for IMG and Proposed Lead Counsel for the Bonds Class*


Gregg M. Corwin (MN. ID. 19033)
GREGG M. CORWIN & ASSOCIATE
LAW OFFICE, PC
1660 S. Hwy. 100, Suite 500
St. Louis Park, MN  55416
Telephone:  (952) 544-7774
Fax:  (952) 544-7151
gcorwin@gcorwin.com

*Counsel for IMG and Proposed Liaison Counsel for the Bonds Class*

## **CERTIFICATE OF SERVICE**

This is to certify that on March 13, 2018, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record.

                                          *s/William B. Federman*
                                          William B. Federman