# EXHIBIT 2





# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders It Has Filed a Class Action to Recover Losses Suffered by Investors in CenturyLink, Inc. and Lead Plaintiff Deadline is Set for August 18, 2017 -- CTL

June 29, 2017 10:41 AM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired shares of CenturyLink, Inc.** ("CenturyLink") **(NYSE: CTL) between March 1, 2013 and June 16, 2017**. **You are hereby notified** that Levi & Korsinsky has commenced the action *Craig v. CenturyLink, Inc., et al.* (Case No. 1:17-cv-04740) in the USDC for the Southern District of New York. To get more information **go to**:

http://www.zlk.com/pslra-sbm/centurylink

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that, throughout the class period, CenturyLink made materially false and/or misleading statements and/or failed to disclose that: (1) CenturyLink's policies had engaged the Company in unlawful business practices by allowing its employees to add services or lines to accounts without customer permission, resulting in millions of dollars in unauthorized charges to CenturyLink customers; (2) accordingly, the Company's revenues contained ill-gotten gains that originated from the Company's illicit conduct and were unsustainable; and (3) the foregoing illicit conduct was likely to subject CenturyLink to heightened regulatory scrutiny; and (4) as a result of the foregoing, Defendants' statements about CenturyLink's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

**Take Action: if you suffered a loss in CenturyLink you have until August 18, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

## Contacts

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com