# EXHIBIT 4

**Oregon**
**FIFO Loss in CenturyLink Inc. (NYSE: CTL)**
Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | | | |
| Pre-class holdings | | 93,419 | | | Sale | 3/5/2013 | (140) | 35.3391 | ($4,947.47) |
| | | | | | Sale | 4/15/2013 | (9,965) | 36.7962 | ($366,674.13) |
| | | | | | Sale | 4/15/2013 | (5,850) | 36.5550 | ($213,846.76) |
| | | | | | Sale | 9/10/2013 | (950) | 32.4853 | ($30,861.04) |
| | | | | | Sale | 10/10/2013 | (2,000) | 33.0748 | ($66,149.60) |
| | | | | | Sale | 11/20/2013 | (300) | 32.2500 | ($9,675.00) |
| | | | | | Sale | 2/14/2014 | (700) | 30.8707 | ($21,609.49) |
| | | | | | Sale | 3/27/2014 | (200) | 32.4650 | ($6,493.00) |
| | | | | | Sale | 3/28/2014 | (100) | 32.6300 | ($3,263.00) |
| | | | | | Sale | 3/28/2014 | (100) | 32.6350 | ($3,263.50) |
| | | | | | Sale | 4/11/2014 | (900) | 33.4866 | ($30,137.94) |
| | | | | | Sale | 6/6/2014 | (2,500) | 37.0072 | ($92,518.00) |
| | | | | | Sale | 7/7/2014 | (100) | 36.0700 | ($3,607.00) |
| | | | | | Sale | 7/8/2014 | (200) | 36.5100 | ($7,302.00) |
| | | | | | Sale | 12/1/2014 | (200) | 41.3100 | ($8,262.00) |
| | | | | | Sale | 7/8/2015 | (66,620) | 29.8650 | ($1,989,606.30) |
| | | | | | Sale | 7/15/2015 | (2,594) | 29.5605 | ($76,679.94) |
| | | | | | *Sales offsetting pre-class holdings* | | (93,419) | | ($2,934,896.17) |
| Purchase | 3/1/2013 | 232 | 34.6316 | $8,034.53 | | | | | |
| Purchase | 4/3/2013 | 1,550 | 35.2429 | $54,626.50 | | | | | |
| Purchase | 5/7/2013 | 1,700 | 36.9332 | $62,786.44 | | | | | |
| Purchase | 5/10/2013 | 1,650 | 37.6635 | $62,144.78 | | | | | |
| Purchase | 5/31/2013 | 300 | 35.2733 | $10,581.99 | | | | | |
| Purchase | 6/12/2013 | 215 | 35.5250 | $7,637.88 | | | | | |
| Purchase | 7/1/2013 | 3,700 | 35.3024 | $130,618.88 | | | | | |
| Purchase | 7/11/2013 | 125 | 35.7820 | $4,472.75 | | | | | |
| Purchase | 7/18/2013 | 300 | 35.7100 | $10,713.00 | | | | | |
| Purchase | 8/12/2013 | 71 | 34.1200 | $2,422.52 | | | | | |
| Purchase | 8/29/2013 | 63 | 33.0900 | $2,084.67 | | | | | |
| Purchase | 10/4/2013 | 4,000 | 31.1229 | $124,491.60 | | | | | |
| Purchase | 11/4/2013 | 100 | 33.6900 | $3,369.00 | | | | | |

**Oregon**

**FIFO Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/7/2013 | 100 | 31.9400 | $3,194.00 | | | | | |
| Purchase | 12/3/2013 | 500 | 30.2260 | $15,113.00 | | | | | |
| Purchase | 12/19/2013 | 18,850 | 31.1006 | $586,246.31 | | | | | |
| Purchase | 1/17/2014 | 4,800 | 30.2497 | $145,198.56 | | | | | |
| Purchase | 2/6/2014 | 100 | 28.1600 | $2,816.00 | | | | | |
| Purchase | 2/7/2014 | 100 | 28.4800 | $2,848.00 | | | | | |
| Purchase | 3/18/2014 | 98,800 | 30.9687 | $3,059,707.56 | | | | | |
| Purchase | 5/13/2014 | 40,610 | 36.8675 | $1,497,189.18 | | | | | |
| Purchase | 5/14/2014 | 42,750 | 37.5743 | $1,606,301.33 | | | | | |
| Purchase | 5/15/2014 | 13,440 | 37.8366 | $508,523.90 | | | | | |
| Purchase | 6/9/2014 | 5,900 | 36.9097 | $217,767.23 | | | | | |
| Purchase | 6/9/2014 | 200 | 36.9299 | $7,385.98 | | | | | |
| Purchase | 6/10/2014 | 5,510 | 36.9350 | $203,511.85 | | | | | |
| Purchase | 6/10/2014 | 29,750 | 36.9142 | $1,098,197.45 | | | | | |
| Purchase | 6/11/2014 | 28,140 | 36.5107 | $1,027,411.10 | | | | | |
| Purchase | 6/12/2014 | 1,700 | 36.2933 | $61,698.61 | | | | | |
| Purchase | 7/3/2014 | 100 | 36.0900 | $3,609.00 | | | | | |
| Purchase | 7/7/2014 | 5,000 | 36.1638 | $180,819.00 | | | | | |
| Purchase | 7/22/2014 | 100 | 37.2900 | $3,729.00 | | | | | |
| Purchase | 10/21/2014 | 49,728 | 39.7282 | $1,975,603.93 | | | | | |
| Purchase | 10/22/2014 | 21,313 | 40.1187 | $855,049.85 | | | | | |
| Purchase | 10/31/2014 | 200 | 41.6900 | $8,338.00 | | | | | |
| Purchase | 11/10/2014 | 4,100 | 39.6945 | $162,747.45 | | | | | |
| Purchase | 12/5/2014 | 100 | 39.7742 | $3,977.42 | | | | | |
| Purchase | 12/5/2014 | 139 | 39.7742 | $5,528.61 | | | | | |
| Purchase | 1/8/2015 | 400 | 38.9600 | $15,584.00 | | | | | |
| Purchase | 1/29/2015 | 3,400 | 37.6011 | $127,843.74 | | | | | |
| Purchase | 1/30/2015 | 100 | 36.9198 | $3,691.98 | | | | | |
| Purchase | 2/24/2015 | 200 | 36.9299 | $7,385.98 | | | | | |
| Purchase | 3/10/2015 | 200 | 35.1900 | $7,038.00 | | | | | |
| Purchase | 3/10/2015 | 100 | 35.1800 | $3,518.00 | | | | | |
| Purchase | 3/12/2015 | 100 | 35.2800 | $3,528.00 | | | | | |
| Purchase | 3/17/2015 | 12,680 | 34.8816 | $442,298.69 | | | | | |
| Purchase | 5/6/2015 | 5,000 | 34.6754 | $173,377.00 | | | | | |

**Oregon**

**FIFO Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/2/2015 | 2,400 | 32.9146 | $78,995.04 | | | | | |
| Purchase | 6/5/2015 | 90,413 | 32.3497 | $2,924,833.43 | | | | | |
| Purchase | 6/5/2015 | 300 | 32.3900 | $9,717.00 | | | | | |
| Purchase | 6/12/2015 | 37,286 | 32.7768 | $1,222,115.76 | | | | | |
| Purchase | 6/15/2015 | 100 | 32.2500 | $3,225.00 | | | | | |
| Purchase | 7/1/2015 | 8,400 | 29.5170 | $247,942.80 | | | | | |
| Purchase | 7/28/2015 | 200 | 28.2925 | $5,658.50 | | | | | |
| Purchase | 8/6/2015 | 200 | 27.7450 | $5,549.00 | | | | | |
| Purchase | 8/13/2015 | 22,360 | 27.9762 | $625,547.83 | | | | | |
| Purchase | 8/14/2015 | 1,000 | 28.2200 | $28,220.00 | | | | | |
| Purchase | 8/17/2015 | 1,600 | 28.3800 | $45,408.00 | | | | | |
| Purchase | 8/18/2015 | 11,000 | 28.2158 | $310,373.80 | | | | | |
| Purchase | 8/19/2015 | 48,445 | 28.3428 | $1,373,066.95 | | | | | |
| Purchase | 8/20/2015 | 16,508 | 28.0053 | $462,311.49 | | | | | |
| Purchase | 8/21/2015 | 8,439 | 27.3827 | $231,082.61 | | | | | |
| Purchase | 9/1/2015 | 100 | 26.0500 | $2,605.00 | | | | | |
| Purchase | 9/23/2015 | 319 | 25.1706 | $8,029.42 | | | | | |
| Purchase | 9/25/2015 | 100 | 25.2750 | $2,527.50 | | | | | |
| Purchase | 10/6/2015 | 400 | 25.5950 | $10,238.00 | | | | | |
| Purchase | 10/21/2015 | 9,352 | 27.3525 | $255,800.58 | | | | | |
| Purchase | 10/23/2015 | 16,931 | 27.9999 | $474,066.31 | | | | | |
| Purchase | 11/25/2015 | 13,300 | 27.0899 | $360,295.67 | | | | | |
| Purchase | 12/10/2015 | 3,700 | 26.4920 | $98,020.40 | | | | | |
| Purchase | 12/17/2015 | 36,436 | 25.7619 | $938,660.59 | | | | | |
| Purchase | 2/10/2016 | 305 | 24.8700 | $7,585.35 | | | | | |
| Purchase | 3/21/2016 | 20,200 | 31.6114 | $638,550.28 | | | | | |
| Purchase | 5/3/2016 | 14,466 | 30.5009 | $441,226.02 | | | | | |
| Purchase | 5/5/2016 | 1,200 | 28.7299 | $34,475.88 | | | | | |
| Purchase | 5/5/2016 | 2,200 | 28.8900 | $63,558.00 | | | | | |
| Purchase | 5/11/2016 | 1,051 | 28.4716 | $29,923.65 | | | | | |
| Purchase | 5/12/2016 | 29,034 | 28.4037 | $824,673.03 | | | | | |
| Purchase | 5/13/2016 | 8,733 | 28.3854 | $247,889.70 | | | | | |
| Purchase | 6/15/2016 | 6,749 | 27.7361 | $187,190.94 | | | | | |
| Purchase | 6/16/2016 | 19,930 | 27.2314 | $542,721.80 | | | | | |

Case 3:17-cv-01005-SMH-JPM Document 28-4 Filed 08/21/17 Page 5 of 10
CASE 0:18-cv-00296-MJD-JFD Doc. 126-4 Filed 03/13/18 Page 5 of 10 PageID #: 516

**Oregon**

**FIFO Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/30/2016 | 7,319 | 28.9487 | $211,875.54 | Sale | 7/15/2015 | (24,996) | 29.5605 | ($738,894.26) |
| Purchase | 7/11/2016 | 6,358 | 30.3448 | $192,932.24 | Sale | 7/16/2015 | (25,360) | 30.3217 | ($768,958.31) |
| Purchase | 7/12/2016 | 16,300 | 30.7821 | $501,748.23 | Sale | 7/22/2015 | (17,890) | 29.2628 | ($523,511.49) |
| Purchase | 7/19/2016 | 336 | 30.4144 | $10,219.24 | Sale | 7/23/2015 | (77,850) | 29.0194 | ($2,259,160.29) |
| Purchase | 7/20/2016 | 1,845 | 30.3049 | $55,912.54 | Sale | 7/23/2015 | (6,160) | 29.0450 | ($178,917.20) |
| Purchase | 7/29/2016 | 29,364 | 31.3237 | $919,789.13 | Sale | 7/24/2015 | (28,780) | 28.2758 | ($813,777.52) |
| Purchase | 8/29/2016 | 500 | 28.6900 | $14,345.00 | Sale | 7/27/2015 | (10,450) | 28.0802 | ($293,438.09) |
| Purchase | 8/31/2016 | 7,317 | 27.8000 | $203,412.60 | Sale | 2/5/2016 | (500) | 26.9600 | ($13,480.00) |
| Purchase | 9/26/2016 | 1,252 | 27.3692 | $34,266.24 | Sale | 9/21/2016 | (74,600) | 26.8830 | ($2,005,471.80) |
| Purchase | 9/26/2016 | 292 | 27.3467 | $7,985.24 | Sale | 2/1/2017 | (2,002) | 26.0217 | ($52,095.44) |
| Purchase | 9/29/2016 | 322 | 27.4231 | $8,830.24 | Sale | 2/8/2017 | (69,583) | 24.3824 | ($1,696,600.54) |
| Purchase | 10/21/2016 | 147 | 28.1550 | $4,138.79 | Sale | 2/14/2017 | (46,033) | 24.5204 | ($1,128,747.57) |
| Purchase | 11/14/2016 | 500 | 24.2690 | $12,134.50 | Sale | 2/21/2017 | (1,236) | 24.5418 | ($30,333.66) |
| Purchase | 11/21/2016 | 320 | 25.3100 | $8,099.20 | Sale | 2/22/2017 | (2,885) | 24.8108 | ($71,579.16) |
| Purchase | 12/13/2016 | 14,353 | 24.4300 | $350,643.79 | Sale | 3/7/2017 | (61,600) | 22.9237 | ($1,412,099.92) |
| Purchase | 12/15/2016 | 205,492 | 23.7655 | $4,883,620.13 | Sale | 3/9/2017 | (10,156) | 22.7029 | ($230,570.65) |
| Purchase | 2/6/2017 | 5,600 | 25.0500 | $140,280.00 | Sale | 3/10/2017 | (30,471) | 23.1038 | ($703,995.89) |
| Purchase | 2/9/2017 | 800 | 24.4875 | $19,590.00 | Sale | 4/19/2017 | (15,128) | 25.2181 | ($381,499.42) |
| Purchase | 2/17/2017 | 4,121 | 24.2800 | $100,057.88 | Sale | 6/8/2017 | (700) | 25.9679 | ($18,177.53) |
| Purchase | 3/27/2017 | 1,100 | 22.4600 | $24,706.00 | | | | | |
| Purchase | 4/13/2017 | 15,128 | 25.1200 | $380,015.36 | Retained | | (653,759) | 22.9453 | ($15,000,728.31) |
| | | 1,160,139 | | $35,337,449.42 | | | (1,160,139) | | ($28,322,037.06) |

**Common Stock Loss** **($7,015,412.36)**

**Oregon**

**FIFO Loss in CenturyLink Inc. (NYSE: CTL)**
Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Bonds** | | | | | | | | | |
| CenturyLink 6.875% Due 2033, Cusip 156700AW6 | | | | | | | | | |
| Purchase | 3/18/2013 | 2,420,000 | 100.0000 | $2,420,000.00 | | | | | |
| Purchase | 3/18/2013 | 130,000 | 101.0000 | $131,300.00 | Sale | 6/18/2013 | (2,470,000) | 103.5000 | ($2,556,450.00) |
| Purchase | 6/5/2013 | 1,485,000 | 101.2500 | $1,503,562.50 | Sale | 6/18/2013 | (1,565,000) | 103.5000 | ($1,619,775.00) |
| | | 4,035,000 | | $4,054,862.50 | | | (4,035,000) | | ($4,176,225.00) |
| | | | | | | | **6.875% Note Gain** | | **$121,362.50** |
| CenturyLink 5.625% Due 2020, Cusip 912920AC9 | | | | | | | | | |
| | Pre-class holdings | 1,395,000 | | | Sale | 12/18/2013 | (1,395,000) | 95.4580 | ($1,331,639.10) |
| | | | | | *Sales offsetting pre-class holdings* | | (1,395,000) | | ($1,331,639.10) |
| No class period purchases | | | | | | | **5.625% Note Loss** | | **$0** |
| | | | | | | | **Oregon FIFO Loss** | | **($6,894,049.86)** |

**Oregon**

**LIFO Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | | | |
| | Pre-class holdings | 93,419 | | | Sale | 4/15/2013 | (8,323) | 36.7962 | ($306,254.77) |
| | | | | | Sale | 4/15/2013 | (5,850) | 36.5550 | ($213,846.76) |
| | | | | | *Sales offsetting pre-class holdings* | | *(14,173)* | | *($520,101.53)* |
| Purchase | 3/1/2013 | 232 | 34.6316 | $8,034.53 | | | | | |
| Purchase | 4/3/2013 | 1,550 | 35.2429 | $54,626.50 | | | | | |
| Purchase | 5/7/2013 | 1,700 | 36.9332 | $62,786.44 | | | | | |
| Purchase | 5/10/2013 | 1,650 | 37.6635 | $62,144.78 | | | | | |
| Purchase | 5/31/2013 | 300 | 35.2733 | $10,581.99 | | | | | |
| Purchase | 6/12/2013 | 215 | 35.5250 | $7,637.88 | | | | | |
| Purchase | 7/1/2013 | 3,700 | 35.3024 | $130,618.88 | | | | | |
| Purchase | 7/11/2013 | 125 | 35.7820 | $4,472.75 | | | | | |
| Purchase | 7/18/2013 | 300 | 35.7100 | $10,713.00 | | | | | |
| Purchase | 8/12/2013 | 71 | 34.1200 | $2,422.52 | | | | | |
| Purchase | 8/29/2013 | 63 | 33.0900 | $2,084.67 | | | | | |
| Purchase | 10/4/2013 | 4,000 | 31.1229 | $124,491.60 | | | | | |
| Purchase | 11/4/2013 | 100 | 33.6900 | $3,369.00 | | | | | |
| Purchase | 11/7/2013 | 100 | 31.9400 | $3,194.00 | | | | | |
| Purchase | 12/3/2013 | 500 | 30.2260 | $15,113.00 | | | | | |
| Purchase | 12/19/2013 | 18,850 | 31.1006 | $586,246.31 | | | | | |
| Purchase | 1/17/2014 | 4,800 | 30.2497 | $145,198.56 | | | | | |
| Purchase | 2/6/2014 | 100 | 28.1600 | $2,816.00 | | | | | |
| Purchase | 2/7/2014 | 100 | 28.4800 | $2,848.00 | | | | | |
| Purchase | 3/18/2014 | 98,800 | 30.9687 | $3,059,707.56 | | | | | |
| Purchase | 5/13/2014 | 40,610 | 36.8675 | $1,497,189.18 | | | | | |
| Purchase | 5/14/2014 | 42,750 | 37.5743 | $1,606,301.33 | | | | | |
| Purchase | 5/15/2014 | 13,440 | 37.8366 | $508,523.90 | | | | | |
| Purchase | 6/9/2014 | 5,900 | 36.9097 | $217,767.23 | | | | | |
| Purchase | 6/9/2014 | 200 | 36.9299 | $7,385.98 | | | | | |
| Purchase | 6/10/2014 | 5,510 | 36.9350 | $203,511.85 | | | | | |
| Purchase | 6/10/2014 | 29,750 | 36.9142 | $1,098,197.45 | | | | | |
| Purchase | 6/11/2014 | 28,140 | 36.5107 | $1,027,411.10 | | | | | |

**Oregon**

**LIFO Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/12/2014 | 1,700 | 36.2933 | $61,698.61 | | | | | |
| Purchase | 7/3/2014 | 100 | 36.0900 | $3,609.00 | | | | | |
| Purchase | 7/7/2014 | 5,000 | 36.1638 | $180,819.00 | | | | | |
| Purchase | 7/22/2014 | 100 | 37.2900 | $3,729.00 | | | | | |
| Purchase | 10/21/2014 | 49,728 | 39.7282 | $1,975,603.93 | | | | | |
| Purchase | 10/22/2014 | 21,313 | 40.1187 | $855,049.85 | | | | | |
| Purchase | 10/31/2014 | 200 | 41.6900 | $8,338.00 | | | | | |
| Purchase | 11/10/2014 | 4,100 | 39.6945 | $162,747.45 | | | | | |
| Purchase | 12/5/2014 | 100 | 39.7742 | $3,977.42 | | | | | |
| Purchase | 12/5/2014 | 139 | 39.7742 | $5,528.61 | | | | | |
| Purchase | 1/8/2015 | 400 | 38.9600 | $15,584.00 | | | | | |
| Purchase | 1/29/2015 | 3,400 | 37.6011 | $127,843.74 | | | | | |
| Purchase | 1/30/2015 | 100 | 36.9198 | $3,691.98 | | | | | |
| Purchase | 2/24/2015 | 200 | 36.9299 | $7,385.98 | | | | | |
| Purchase | 3/10/2015 | 200 | 35.1900 | $7,038.00 | | | | | |
| Purchase | 3/10/2015 | 100 | 35.1800 | $3,518.00 | | | | | |
| Purchase | 3/12/2015 | 100 | 35.2800 | $3,528.00 | | | | | |
| Purchase | 3/17/2015 | 12,680 | 34.8816 | $442,298.69 | | | | | |
| Purchase | 5/6/2015 | 5,000 | 34.6754 | $173,377.00 | | | | | |
| Purchase | 6/2/2015 | 2,400 | 32.9146 | $78,995.04 | | | | | |
| Purchase | 6/5/2015 | 90,413 | 32.3497 | $2,924,833.43 | | | | | |
| Purchase | 6/5/2015 | 300 | 32.3900 | $9,717.00 | | | | | |
| Purchase | 6/12/2015 | 37,286 | 32.7768 | $1,222,115.76 | | | | | |
| Purchase | 6/15/2015 | 100 | 32.2500 | $3,225.00 | | | | | |
| Purchase | 7/1/2015 | 8,400 | 29.5170 | $247,942.80 | | | | | |
| Purchase | 7/28/2015 | 200 | 28.2925 | $5,658.50 | | | | | |
| Purchase | 8/6/2015 | 200 | 27.7450 | $5,549.00 | | | | | |
| Purchase | 8/13/2015 | 22,360 | 27.9762 | $625,547.83 | | | | | |
| Purchase | 8/14/2015 | 1,000 | 28.2200 | $28,220.00 | | | | | |
| Purchase | 8/17/2015 | 1,600 | 28.3800 | $45,408.00 | | | | | |
| Purchase | 8/18/2015 | 11,000 | 28.2158 | $310,373.80 | | | | | |
| Purchase | 8/19/2015 | 48,445 | 28.3428 | $1,373,066.95 | | | | | |
| Purchase | 8/20/2015 | 16,508 | 28.0053 | $462,311.49 | | | | | |
| Purchase | 8/21/2015 | 8,439 | 27.3827 | $231,082.61 | | | | | |

**Oregon**

**LIFO Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17

Common stock CUSIP 156700106

Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/1/2015 | 100 | 26.0500 | $2,605.00 | | | | | |
| Purchase | 9/23/2015 | 319 | 25.1706 | $8,029.42 | | | | | |
| Purchase | 9/25/2015 | 100 | 25.2750 | $2,527.50 | | | | | |
| Purchase | 10/6/2015 | 400 | 25.5950 | $10,238.00 | | | | | |
| Purchase | 10/21/2015 | 9,352 | 27.3525 | $255,800.58 | Sale | 3/5/2013 | (140) | 35.3391 | ($4,947.47) |
| Purchase | 10/23/2015 | 16,931 | 27.9999 | $474,066.31 | Sale | 4/15/2013 | (1,642) | 36.7962 | ($60,419.36) |
| Purchase | 11/25/2015 | 13,300 | 27.0899 | $360,295.67 | Sale | 9/10/2013 | (950) | 32.4853 | ($30,861.04) |
| Purchase | 12/10/2015 | 3,700 | 26.4920 | $98,020.40 | Sale | 10/10/2013 | (2,000) | 33.0748 | ($66,149.60) |
| Purchase | 12/17/2015 | 36,436 | 25.7619 | $938,660.59 | Sale | 11/20/2013 | (300) | 32.2500 | ($9,675.00) |
| Purchase | 2/10/2016 | 305 | 24.8700 | $7,585.35 | Sale | 2/14/2014 | (700) | 30.8707 | ($21,609.49) |
| Purchase | 3/21/2016 | 20,200 | 31.6114 | $638,550.28 | Sale | 3/27/2014 | (200) | 32.4650 | ($6,493.00) |
| Purchase | 5/3/2016 | 14,466 | 30.5009 | $441,226.02 | Sale | 3/28/2014 | (100) | 32.6300 | ($3,263.00) |
| Purchase | 5/5/2016 | 1,200 | 28.7299 | $34,475.88 | Sale | 3/28/2014 | (100) | 32.6350 | ($3,263.50) |
| Purchase | 5/5/2016 | 2,200 | 28.8900 | $63,558.00 | Sale | 4/11/2014 | (900) | 33.4866 | ($30,137.94) |
| Purchase | 5/11/2016 | 1,051 | 28.4716 | $29,923.65 | Sale | 6/6/2014 | (2,500) | 37.0072 | ($92,518.00) |
| Purchase | 5/12/2016 | 29,034 | 28.4037 | $824,673.03 | Sale | 7/7/2014 | (100) | 36.0700 | ($3,607.00) |
| Purchase | 5/13/2016 | 8,733 | 28.3854 | $247,889.70 | Sale | 7/8/2014 | (200) | 36.5100 | ($7,302.00) |
| Purchase | 6/15/2016 | 6,749 | 27.7361 | $187,190.94 | Sale | 12/1/2014 | (200) | 41.3100 | ($8,262.00) |
| Purchase | 6/16/2016 | 19,930 | 27.2314 | $542,721.80 | Sale | 7/8/2015 | (66,620) | 29.8650 | ($1,989,606.30) |
| Purchase | 6/30/2016 | 7,319 | 28.9487 | $211,875.54 | Sale | 7/15/2015 | (27,590) | 29.5605 | ($815,574.20) |
| Purchase | 7/11/2016 | 6,358 | 30.3448 | $192,932.24 | Sale | 7/16/2015 | (25,360) | 30.3217 | ($768,958.31) |
| Purchase | 7/12/2016 | 16,300 | 30.7821 | $501,748.23 | Sale | 7/22/2015 | (17,890) | 29.2628 | ($523,511.49) |
| Purchase | 7/19/2016 | 336 | 30.4144 | $10,219.24 | Sale | 7/23/2015 | (77,850) | 29.0194 | ($2,259,160.29) |
| Purchase | 7/20/2016 | 1,845 | 30.3049 | $55,912.54 | Sale | 7/23/2015 | (6,160) | 29.0450 | ($178,917.20) |
| Purchase | 7/29/2016 | 29,364 | 31.3237 | $919,789.13 | Sale | 7/24/2015 | (28,780) | 28.2758 | ($813,777.52) |
| Purchase | 8/29/2016 | 500 | 28.6900 | $14,345.00 | Sale | 7/27/2015 | (10,450) | 28.0802 | ($293,438.09) |
| Purchase | 8/31/2016 | 7,317 | 27.8000 | $203,412.60 | Sale | 2/5/2016 | (500) | 26.9600 | ($13,480.00) |
| Purchase | 9/26/2016 | 1,252 | 27.3692 | $34,266.24 | Sale | 9/21/2016 | (74,600) | 26.8830 | ($2,005,471.80) |
| Purchase | 9/26/2016 | 292 | 27.3467 | $7,985.24 | Sale | 2/1/2017 | (2,002) | 26.0217 | ($52,095.44) |
| Purchase | 9/29/2016 | 322 | 27.4231 | $8,830.24 | Sale | 2/8/2017 | (69,583) | 24.3824 | ($1,696,600.54) |
| Purchase | 10/21/2016 | 147 | 28.1550 | $4,138.79 | Sale | 2/14/2017 | (46,033) | 24.5204 | ($1,128,747.57) |
| Purchase | 11/14/2016 | 500 | 24.2690 | $12,134.50 | Sale | 2/21/2017 | (1,236) | 24.5418 | ($30,333.66) |
| Purchase | 11/21/2016 | 320 | 25.3100 | $8,099.20 | Sale | 2/22/2017 | (2,885) | 24.8108 | ($71,579.16) |
| Purchase | 12/13/2016 | 14,353 | 24.4300 | $350,643.79 | Sale | 3/7/2017 | (61,600) | 22.9237 | ($1,412,099.92) |

**Oregon**

**LIFO Loss in CenturyLink Inc. (NYSE: CTL)**

Class Period: 03/01/13 - 06/19/17
Common stock CUSIP 156700106
Common stock retained share price: $22.9453 (06/20/17 - 08/18/17)

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/15/2016 | 205,492 | 23.7655 | $4,883,620.13 | Sale | 3/9/2017 | (10,156) | 22.7029 | ($230,570.65) |
| Purchase | 2/6/2017 | 5,600 | 25.0500 | $140,280.00 | Sale | 3/10/2017 | (30,471) | 23.1038 | ($703,995.89) |
| Purchase | 2/9/2017 | 800 | 24.4875 | $19,590.00 | Sale | 4/19/2017 | (15,128) | 25.2181 | ($381,499.42) |
| Purchase | 2/17/2017 | 4,121 | 24.2800 | $100,057.88 | Sale | 6/8/2017 | (700) | 25.9679 | ($18,177.53) |
| Purchase | 3/27/2017 | 1,100 | 22.4600 | $24,706.00 | | | | | |
| Purchase | 4/13/2017 | 15,128 | 25.1200 | $380,015.36 | Retained | | (574,513) | 22.9453 | ($13,182,401.20) |
| | | 1,160,139 | | $35,337,449.42 | | | (1,160,139) | | ($28,918,504.58) |

**Common Stock Loss** ($6,418,944.84)

**Bonds**

CenturyLink 6.875% Due 2033, Cusip 156700AW6

| Transaction | Date | Shares / Face Amt. | Price / Par | Cost | Transaction | Date | Shares / Face Amt. | Price / Par | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/18/2013 | 2,420,000 | 100.0000 | $2,420,000.00 | | | | | |
| Purchase | 3/18/2013 | 130,000 | 101.0000 | $131,300.00 | Sale | 6/18/2013 | (2,470,000) | 103.5000 | ($2,556,450.00) |
| Purchase | 6/5/2013 | 1,485,000 | 101.2500 | $1,503,562.50 | Sale | 6/18/2013 | (1,565,000) | 103.5000 | ($1,619,775.00) |
| | | 4,035,000 | | $4,054,862.50 | | | (4,035,000) | | ($4,176,225.00) |

**6.875% Note Gain** $121,362.50

CenturyLink 5.625% Due 2020, Cusip 912920AC9

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 1,395,000 | | | Sale | 12/18/2013 | (1,395,000) | 95.4580 | ($1,331,639.10) |
| | | | | | *Sales offsetting pre-class holdings* | | (1,395,000) | | ($1,331,639.10) |

No class period purchases  **5.625% Note Loss** $0

**Oregon LIFO Loss** ($6,297,582.34)