# **EXHIBIT 5**

12/5/2017 Federman & Sherwood Announces Filing of First Securities Class Action on Behalf of Purchasers of CenturyLink Bonds

CASE 0:18-cv-00296-MJD-JFD   Doc. 126-5   Filed 03/13/18   Page 2 of 3



# Federman & Sherwood Announces Filing of First Securities Class Action on Behalf of Purchasers of CenturyLink Bonds

*October 25, 2017 17:40 ET* | **Source:** Federman & Sherwood

OKLAHOMA CITY, Oct. 25, 2017 (GLOBE NEWSWIRE) -- Federman & Sherwood announces that on October 25, 2017, it filed a class action lawsuit in the United States District Court for the Southern District of New York against CenturyLink (NYSE:CTL). The class action was filed on behalf of purchasers of CenturyLink's 7.60% Senior Notes, Series P, due 2039. The complaint alleges violations of federal securities laws, Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5, including allegations that CenturyLink and certain of its officers issued a series of materially false or misleading representations to the market, which had the effect of artificially inflating the market price for the bonds during the period March 1, 2013 through June 19, 2017, inclusive (the "Class Period").

Plaintiff seeks to recover damages on behalf of the purchasers of CenturyLink's bonds or notes during the Class Period.  If you purchased CenturyLink's bonds or notes, you may be a member of the Class, as described above.  You may move the Court no later than December 26, 2017 to serve as a lead plaintiff for the entire Class.  However, in order to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995.

If you purchased CenturyLink's bonds or notes and want to discuss this action, obtain further information, or participate in this litigation, please contact:

Robin K. Hester
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Email to: rkh@federmanlaw.com
Or, visit the firm's website at www.federmanlaw.com

## Newswire Distribution Network & Management

- Home

12/5/2017 Federman-Sherwood Announces Filing of First Securities Class Action on Behalf of Purchasers of CenturyLink Bonds

CASE 0:18-cv-00296-MJD-JFD  Doc. 126-5  Filed 03/13/18  Page 3 of 3

- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.