UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION**<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM)<br>Civil Action No. 18-297 (MJD/KMM)<br>Civil Action No. 18-298 (MJD/KMM)<br>Civil Action No. 18-299 (MJD/KMM) | **MDL No. 17-2795 (MJD/KMM)**<br><br>**AFFIDAVIT OF MICHAEL D. BLATCHLEY IN SUPPORT OF OREGON'S MEMORANDUM OF LAW IN RESPONSE TO KBC ASSET MANAGEMENT NV'S APPEAL OF THE MAGISTRATE JUDGE'S OCTOBER 20, 2017 ORDER APPOINTING OREGON AS LEAD PLAINTIFF** |

I, Michael D. Blatchley, declare under penalty of perjury as follows:

1. I am a member in good standing of the Bars of the State of New York and the State of New Jersey, and am admitted *pro hac vice* to this Court. I am a partner of the law firm Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon"), and Lead Counsel for the Class. I submit this declaration in support of Oregon's Memorandum Of Law In Response To KBC Asset Management NV's Appeal Of The Magistrate Judge's October 20, 2017 Order Appointing Oregon As Lead Plaintiff.

2. Attached hereto as Exhibit A is a true and correct copy of KBC Asset Management NV's Non-Opposition Response To The Competing Motions For

Appointment As Lead Plaintiff, ECF No. 20, *Pio v. General Motors Co.*, No. 4:14-cv-11191-LVP-MKM (E.D. Mich.).

Dated:  March 13, 2018

Respectfully submitted,

*/s/ Michael D. Blatchley*
John Browne, NYS Bar No. 3922747
Michael D. Blatchley, NYS Bar No. 4747424
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
michaelb@blbglaw.com

Keith S. Dubanevich, OSB No. 975200
Timothy S. DeJong, OSB No. 940662
Keil M. Mueller, OSB No. 085535
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kdubanevich@stollberne.com
tdejong@stollberne.com
kmueller@stollberne.com

*Special Assistant Attorneys General and Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Lead Counsel for the Class*

Richard A. Lockridge, MN No. 64117
Gregg M. Fishbein, MN No. 202009

Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044
Facsimile: (612) 339-0981
ralockridge@locklaw.com
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Local Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund*

3