# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEAMSTERS LOCAL 445 FREIGHT DIVISION  :
PENSION FUND, on its own behalf and on behalf :
of all those similarly situated, :
                                                           :
                                    Plaintiff,          :
                                                           :
              -against-                              :
                                                           :
BOMBARDIER INC., BOMBARDIER CAPITAL INC., :
BOMBARDIER CAPITAL MORTGAGE        :
SECURITIZATION CORPORATION,       :
LAURENT BEAUDOIN, BRIAN PETERS, ROBERT :
GILLESPIE, AND LAWRENCE F. ASSELL, :
                                                           :
                                    Defendants.    :
------------------------------------------------------------x



NO. 05-CV-1898 (SAS)

FILED ELECTRONICALLY

## [PROPOSED] PRETRIAL ORDER NO. 2

Lead Counsel for Lead Plaintiff Teamsters 445, having moved for appointment of Lead Plaintiff for the purchasers of the Bombardier Capital Mortgage Securitization Certificate Series 1998A-B-C, 1999A-B, and 2001A (the "Additional Certificate Series"), and approval of Lead Counsel for the purchasers of the Additional Certificate Series, and due deliberation having been given by the Court,

IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

### I.   LEAD PLAINTIFF FOR THE ADDITIONAL CERTIFICATE SERIES

Pursuant to Section 21D(a)(B)(V) of the Securities and Exchange Act of 1934, the lead plaintiff for the Additional Certificate Series shall be Lead Plaintiff Teamsters 445, who hereby selects as lead counsel the counsel named in Section II below.

## II. LEAD COUNSEL FOR THE ADDITIONAL CERTIFICATE SERIES

Lead Counsel Schoengold Sporn Laitman & Lometti, P.C. shall be Lead Counsel for the Additional Certificate Series. The responsibilities of Lead Counsel have already been outlined in this Court's Order of April 20, 2005.

Dated: Aug 29, 2005
New York, New York

SO ORDERED:

_____
U.S.D.J.
Judge Shira A. Scheindlin
United States District Judge

2