# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JEROME F. PAQUIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT COMFORT CORPORATION, et al.,<br><br>    Defendants. | CIVIL NO. 99-884 (DSD/JMM) |
| MICHAEL DAVIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT COMFORT CORPORATION, et al.,<br><br>    Defendants. | CIVIL NO. 99-887 (DSD/JMM) |
| HENRY HAUER, IRA,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT COMFORT CORPORATION, et al.,<br><br>    Defendants. | CIVIL NO. 99-907 (DSD/JMM) |

FILED  SEP 21 1999
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

| ARI S. PARNES, individually and on behalf of all others similarly situated, | CIVIL NO. 99-962 (DSD/JMM) |
|---|---|
| Plaintiff, | |
| v. | |
| SELECT COMFORT CORPORATION, et al., | |
| Defendants. | |

| BRIAN W. KUEPPERS, individually and on behalf of all others similarly situated, | CIVIL NO. 99-1007 (DSD/JMM) |
|---|---|
| Plaintiff, | |
| v. | |
| SELECT COMFORT CORPORATION, et al., | |
| Defendants. | |

| TODD A. DUCKSON, individually and on behalf of all others similarly situated, | CIVIL NO. 99-1052 (DSD/JMM) |
|---|---|
| Plaintiff, | |
| v. | |
| SELECT COMFORT CORPORATION, et al., | |
| Defendants. | |

JOSEPH POBUDA,                          CIVIL NO. 99-1150 (DSD/JMM)

      Plaintiff,

v.

SELECT COMFORT
CORPORATION, et al.,

      Defendants.

---

### ORDER FOR APPOINTMENT OF LEAD PLAINTIFFS, APPROVAL OF SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS

---

The above matter came on for hearing before the undersigned on September 16, 1999 upon the following Motions to Consolidate and Appoint Lead Plaintiff and Counsel: Civil No. 99-884, Docket No. 5; Civil No. 99-887, Docket No. 4; Civil No. 99-907, Docket No. 3; Civil No. 99-962, Docket No. 3; Civil No. 99-1007, Docket No. 4; Civil No. 99-1052, Docket No. 3; and Civil No. 99-1150, Docket No. 4. Karen Hanson, Esq. and Paul Paradis, Esq. appeared on behalf of Plaintiffs; Michael Keyes, Esq. and Carey Meyer, Esq. appeared on behalf of Defendants.

      Substantially similar securities class actions have been filed against Select Comfort Corporation, H. Robert Hawthorne, James Raabe, and Daniel J. McAthie, all of which actions are pending in Federal District Court, District of Minnesota.

      Select Comfort Corporation, H. Robert Hawthorne, James Raabe and Daniel J. McAthie ("Defendants"), and Plaintiffs, through their respective counsel, agree that all related actions pending in this Court or which may become related to this case, should be consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil

Procedure.

Plaintiffs, through their respective counsel, agree among themselves as to the appointment of Lead Plaintiffs and Lead Counsel pursuant to Section 21D(a)(3)(B) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and Defendants have no objection thereto.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

## CONSOLIDATION

1. The above-captioned actions are hereby consolidated into one action (hereinafter the "Consolidated Action") for all purposes, pursuant to Federal Rule of Civil Procedure 42(a) before The Honorable David S. Doty. This Order for Consolidation shall also apply to all other substantively related actions which have been filed or may hereafter be filed that request class action treatment of claims against Select Comfort Corporation.

2. Hereinafter the caption of the Consolidated actions shall be as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re Select Comfort Corporation Securities Litigation | Civil No. 99-884 (DSD/JMM) |

3. In pleadings hereafter filed, Counsel shall employ said caption, and shall specify on the cover sheet: THIS DOCUMENT RELATED TO: [ALL ACTIONS] or [specify by title and case number the individual applicable cases if the document relates to less than all of the consolidated cases].

4

4. A copy of this Order shall be docketed in all of the constituent files, but the files in this consolidated action shall hereafter be maintained only under Civil No. 99-884 (DSD/JMM). All orders, pleadings, motions and other documents will, when filed and docketed in Civil No. 99-884 (DSD/JMM) be deemed to be filed and docketed in each applicable constituent file.

## SUBSEQUENTLY FILED OR TRANSFERRED RELATED ACTIONS

5. Promptly upon learning of the filing in, or transfer to, this Court of any action which arises from the same incidents and events as are the subject matter of the Consolidated Action, Defendants' counsel shall provide written notice of same to the Court and Plaintiffs' counsel. Within five business days of receipt of such notice, Defendants' Counsel shall promptly mail a copy of this Order to counsel for each Plaintiff in each subsequently filed or transferred related action and to counsel for any Defendant in each such related action who is not already a party to any action then included in this Consolidated Action.

6. Counsel for any party in such subsequently filed or transferred action not already appearing may object to the consolidation of such action by filing with this Court and serving upon counsel for Plaintiffs and counsel for Defendants a written objection and application for relief from this Order within 15 days of service of this Order on the party or his or her counsel.

## LEAD PLAINTIFFS AND CO-LEAD COUNSEL

7. Plaintiffs Louis Bohl, Robert Graham, and Joseph C. and Loretta Pobuda are deemed to be the most adequate Plaintiffs, pursuant to Section 21D(A)(3)(B) of the PSLRA, and are hereby appointed lead Plaintiffs in each of the above-captioned

action and in any subsequently filed related action. The Defendants reserve all of their rights under Federal Rule of Civil Procedure 23 to contest the appropriateness of class certification.

8. Plaintiffs' Motion for Appointment of Lead Counsel is granted. The law firms of Lockridge, Grindal, Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota, 55401; Wolf Popper LLP, 845 Third Avenue, New York, New York, 10022; and Milberg, Weiss, Bershad, Hynes & Lerach LLP, One Pennsylvania Plaza, 49th Floor, New York, New York, 10119-0165, are appointed as Lead Counsel in this matter.

9. Karen Hanson, Esq. of the law firm of Lockridge, Grindal, Nauen P.L.L.P. is authorized to receive orders, notices, correspondence, and telephone calls from the Court and the Clerk of Court on behalf of all Plaintiffs. This firm is designated as the counsel for Plaintiffs upon whom all notices, orders, pleadings, motions, discovery and memoranda shall be served.

10. The law firm of Oppenheimer, Wolff & Donnelly LLP, 3400 Plaza VII Building, 45 South Seventh Street, Minneapolis, Minnesota, 55402, is authorized to receive orders, notices, correspondence, and telephone calls from the Court and the Clerk of Court on behalf of all Defendants. This firm is designated as the counsel for Defendants upon whom all notices, orders, pleadings, motions, discovery and memoranda shall be served.

### FILING AMENDED CONSOLIDATED COMPLAINT
### AND RESPONSIVE PLEADINGS

11. An Amended Consolidated Class Action Complaint shall be filed and served by October 4, 1999. Defendants' attorneys shall accept service of the Amended

CASE 0:18-cv-00296-MJD-JFD Doc. 130-216 Filed 03/29/18 Page 8 of 8
CASE 0:99-cv-00884-DSD-SRN Document 16 Filed 09/21/99 Page 7 of 7

Consolidated Class Action Complaint on behalf of their respective clients.

12. Defendants shall have no obligation to answer or otherwise respond to the original Complaints. Defendants shall answer or otherwise move with respect to the Amended Consolidated Class Action Complaint no later than November 10, 1999.

13. If by November 10, 1999 Defendants serve and file a motion directed to the Amended Consolidated Class Action Complaint, supported as required by Local Rule 7, Plaintiffs shall serve their responsive pleadings no later than November 29, 1999. Defendants may serve their Reply, if any, no later than December 6, 1999. A hearing on said Motion shall be held on December 15, 1999 at 2:00 p.m. before the undersigned in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated:    September 21, 1999

_____
JOHN M. MASON
United States Magistrate Judge