UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: No. 0:18-cv-00296 (MJD/KMM) | NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 83.7(a) |

PLEASE TAKE NOTICE that the undersigned attorneys for Plaintiff KBC Asset Management NV hereby withdraw as counsel pursuant to Local Rule 83.7. Multiple attorneys have appeared on behalf of Plaintiff KBC Asset Management NV and at least one of those attorneys will still be the party's counsel of record after the undersigned attorneys withdraw.

DATED:  April 16, 2018                Respectfully submitted,

*s/ Bryan L. Bleichner*
Karl L. Cambronne (No. 14321)
Bryan L. Bleichner (No. 0326689)
Jeffrey D. Bores (No. 227699)
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North, Suite 300
Minneapolis, MN  55401-2048
Telephone:  (612) 339-7300
Facsimile:   (612) 336-2940
Email:       kcambronne@chestnutcambronne.com
             bbleichner@chestnutcambronne.com
             jbores@chestnutcambronne.com

*Counsel for KBC Asset Management NV*