# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Craig, et al.

    Plaintiffs,

v,

CenturyLink Inc., et al,

    Defendants.

COURT MINUTES - CIVIL
BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 18-cv-296 (MJD/KMM) |
| Date: | April 17, 2018 |
| Courthouse: | Minneapolis |
| Courtroom: | 13E |
| Court Reporter: | Staci Heichert |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:45 a.m. |
| Time in Court: | 45 minutes |

Hearing on: **Motion to Consolidate Cases [95]**

## APPEARANCES:

**Plaintiff Attorneys In Person:** William Federman, Michael Blatchley, Keil Mueller, Gregg Fishbein, Andrew Arnold, and Bryce Riddle.
**Plaintiff Attorneys On the Phone**: Mark O'Mara, Lori Feldman, Bryan Bleichner and Keith Dubanevich

**Defendant Attorneys in Person**: William McNab
**Defendant Attorney on the Phone:** Patrick Gibbs

## PROCEEDINGS:

The motions were moved, argued and a preliminary ruling was made for the record. The preliminary ruling is that the Court will grant Oregon's motion to consolidate cases and deny IMG's motion to be appointed as lead counsel. The Court is going to consolidate the current pending CenturyLink security cases and permit Oregon to continue as lead counsel in those consolidated cases. Order to follow.
Oregon is to meet with defendants and have a meet and confer conference. Parties shall draft a case management order for the Court which shall include proposed deadlines for filing a consolidated complaint and for the parties' Rule 26(f) conference. The proposed case management order must be submitted within three weeks of the Court's ruling.
The Court also directs lead counsel and to meet and confer with the leadership counsel for plaintiffs and defendants in the CenturyLink sales cases to propose a date for the next joint status conference.
.

                                                                                                                                                          s/Kristine Wegner
April 17, 2018                                           Courtroom Deputy to Judge Michael J. Davis