AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Benjamin Craig, et al.,

                  *Plaintiff,*

v.                                      Case No. 0:18–cv–00296–MJD–KMM

CenturyLink, Inc., et al.,

                  *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  CenturyLink, Inc.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Adam M Apton
        1101 30th Street N.W.
        Suite 115
        Washington, DC
        20007

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*      By: _____

                                            Signature of Clerk or Deputy Clerk

                                          Amy Linner

Date of Issuance:  July 9, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−00296−MJD−KMM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:	CenturyLink, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Benjamin Craig, et al.,

*Plaintiff,*

v.      Case No. 0:18−cv−00296−MJD−KMM

CenturyLink, Inc., et al.,

*Defendant.*

### SUMMONS IN A CIVIL ACTION

To:   Glen F. Post, III

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Adam M Apton
   1101 30th Street N.W.
   Suite 115
   Washington, DC
   20007

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*      By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  July 9, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:18−cv−00296−MJD−KMM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Glen F. Post, III

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Benjamin Craig, et al.,

                      *Plaintiff,*

v.                                           Case No. 0:18−cv−00296−MJD−KMM

CenturyLink, Inc., et al.,

                        *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  R. Stewart Ewing, Jr.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Adam M Apton
        1101 30th Street N.W.
        Suite 115
        Washington, DC
        20007

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:    *Amy K Linner*

                                                            Signature of Clerk or Deputy Clerk

                                                            Amy Linner

Date of Issuance:  July 9, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:18−cv−00296−MJD−KMM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:    R. Stewart Ewing, Jr.

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Benjamin Craig, et al.,

                              *Plaintiff,*

v.                                                       Case No. 0:18–cv–00296–MJD–KMM

CenturyLink, Inc., et al.,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  David D. Cole

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Adam M Apton
                1101 30th Street N.W.
                Suite 115
                Washington, DC
                20007

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By: *[signature: Amy K Linner]*

                                                               Signature of Clerk or Deputy Clerk
                                                               Amy Linner

Date of Issuance:  July 9, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−00296−MJD−KMM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   David D. Cole

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Benjamin Craig, et al.,

                                *Plaintiff,*

v.                                            Case No. 0:18–cv–00296–MJD–KMM

CenturyLink, Inc., et al.,

                                *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Karen Puckett

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           Adam M Apton
           1101 30th Street N.W.
           Suite 115
           Washington, DC
           20007

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*      By: *[signature: Amy K Linner]*

                                                        Signature of Clerk or Deputy Clerk
                                                        Amy Linner

Date of Issuance:  <u>July 9, 2018</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−00296−MJD−KMM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Karen Puckett

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Benjamin Craig, et al.,

                    *Plaintiff,*

v.                                    Case No. 0:18−cv−00296−MJD−KMM

CenturyLink, Inc., et al.,

                    *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Dean J. Douglas

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Adam M Apton
                1101 30th Street N.W.
                Suite 115
                Washington, DC
                20007

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*      By:

                                                            Signature of Clerk or Deputy Clerk

                                                            Amy Linner

Date of Issuance:  <u>July 9, 2018</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:18−cv−00296−MJD−KMM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Dean J. Douglas

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Benjamin Craig, et al.,

*Plaintiff,*

v.                                                                        Case No. 0:18−cv−00296−MJD−KMM

CenturyLink, Inc., et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   G. Clay Bailey

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Adam M Apton
> 1101 30th Street N.W.
> Suite 115
> Washington, DC
> 20007

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*          By:

*Amy K Linner*

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:   July 9, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:18−cv−00296−MJD−KMM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  G. Clay Bailey

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: