UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------------ X
IN RE: CENTURYLINK SALES PRACTICES :
AND SECURITIES LITIGATION,
                                                                   :

This Document Relates to:
No. 0:18-cv-00296
No. 0:18-cv-00297           :
No. 0:18-cv-00298
No. 0:18-cv-00299           :

                                                                   :
------------------------------------------ X

MDL No. 17-2795 (MJD/KMM)

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that George Edward Anhang and Lyle Roberts are no longer associated with Cooley LLP, and should be removed from the Court's service list with respect to the above-referenced action. Mr. Anhang and Mr. Roberts are hereby withdrawn as counsel for Defendants. Cooley LLP, through the undersigned counsel of record, continues to serve as counsel for Defendants.

Dated: August 16, 2018                       Respectfully submitted,

                                                 By: */s/ Patrick Gibbs*
                                                 Patrick Gibbs (CA Bar. No. 183174)
                                               COOLEY LLP
                                               3175 Hanover Street
                                               Palo Alto, CA 94304-1130
                                               Tel.: (650) 843-5535
                                               Fax: (650) 849-7400
                                               pgibbs@cooley.com

                                               *Attorneys for Defendants*
                                               *CenturyLink, Inc., Glen F. Post, III,*
                                               *R. Stewart Ewing, Jr., and David D. Cole*