# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: | **NOTICE OF APPEARANCE OF WILLIAM A. MCNAB** |
| Civil Action No. 18-296 (MJD/KMM) | |

PLEASE TAKE NOTICE, that William A. McNab, Esq. of the law firm of WINTHROP & WEINSTINE, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, Minnesota 55402, hereby enters his appearance in the above-captioned matter on behalf of Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey (collectively, "Defendants").

| | |
|---|---|
| Dated:  August 22, 2018 | WINTHROP & WEINSTINE, P.A. |
| | s/ William A. McNab |
| | William A. McNab, #320924 |
| | 225 South Sixth Street, Suite 3500 |
| | Minneapolis, Minnesota 55402 |
| | (612) 604-6400 |
| | wmcnab@winthrop.com |
| | *Attorneys for Defendants* |

15967623v1