## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM) |

### JOINT STIPULATION REGARDING SERVICE AND SCHEDULE

Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon" or "Lead Plaintiff"), named plaintiff Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009 ("Vildosola," and collectively with Oregon, "Plaintiffs"), and Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey (collectively, "Defendants," and, together with Plaintiffs, the "Parties") in the above-captioned consolidated action (the "Action"), through their undersigned counsel of record, hereby stipulate and agree as follows:

1.      WHEREAS, on June 13, 2018, the Court ordered the following schedule in the Action (ECF No. 110):

| Action/Event | Proposed Date |
|---|---|
| Lead Plaintiff Files Consolidated Complaint | June 25, 2018 |
| Defendants Answer Or Move To Dismiss The Consolidated Complaint | August 24, 2018 |
| Plaintiffs Oppose Defendants' Motion To Dismiss The Consolidated Complaint (If Any) | October 3, 2018 |

| Action/Event | Proposed Date |
|---|---|
| Defendants' Reply In Support Of Motion To Dismiss (If Any) | November 1, 2018 |

2.      WHEREAS, on June 25, 2018, Plaintiffs filed a Consolidated Complaint in the Action, which was the first pleading in the Action that named Puckett, Douglas, and Bailey as Defendants (ECF No. 143).

3.      WHEREAS, Puckett, Douglas, and Bailey will be represented by the same counsel as the other Defendants in the Action;

4.      WHEREAS, Defendants have not yet answered or responded to the Consolidated Complaint and intend to file answer(s) or response(s) to the Consolidated Complaint.

5.      WHEREAS, Defendants represent that they seek additional time to respond to Plaintiffs' Consolidated Complaint in order to accommodate Defendants' and Defendants' counsel's schedules.

6.      WHEREAS, pursuant to Local Rule 7.1(f)(1)(D), Defendants will, with Plaintiffs' consent, request to enlarge the word limit for their motion to dismiss and Plaintiffs' opposition, whereby Defendants will have 15,000 words to be divided between a single opening brief and reply brief and Plaintiffs will have 15,000 words for their opposition brief.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, as follows:

1.      Defendants Puckett, Douglas, and Bailey, pursuant to Fed. R. Civ. P. 4(d), have waived service of summonses in connection with the Consolidated Complaint filed by Lead Plaintiff on June 25, 2018 (the "Waiver"), and the Action is proceeding, and shall proceed, as

if Defendants had been served with such summonses and complaints, in accordance with Fed.

R. Civ. P. 4(d).

     2.     The instant Stipulation shall be filed with the Court and deemed to constitute

proof of Defendants' Waiver.

     3.     All Defendants will answer or respond to the Consolidated Complaint on the

following schedule:

| Action/Event | Proposed Date |
|---|---|
| Defendants Answer Or Move To Dismiss The Consolidated Complaint | August 31, 2018 |
| Plaintiffs Oppose Defendants' Motion To Dismiss The Consolidated Complaint (If Any) | October 12, 2018 |
| Defendants' Reply In Support Of Motion To Dismiss (If Any) | November 9, 2018 |

Dated:  August 22, 2018

Respectfully submitted,

/s/ Patrick E. Gibbs

Patrick E. Gibbs, CA Bar No. 183174

**COOLEY LLP**

3175 Hanover Street

Palo Alto, CA 94304

Telephone: (650) 843-5535

Facsimile: (650) 618-0387

p.gibbs@cooley.com

Sarah M. Lightdale, NYS Bar No. 4395661

1114 Avenue of the Americas

New York, NY 10036

Telephone: (212) 479-6374

Facsimile: (212) 479-6275

slightdale@cooley.com

William A. McNab, MN Bar No. 320924

**WINTHROP & WEINSTINE, P.A.**

Capella Tower, Suite 3500

225 South Sixth Street

Minneapolis, MN 55402

/s/ Michael D. Blatchley

John Browne, NYS Bar No. 3922747

Michael D. Blatchley, NYS Bar No. 4747424

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

1251 Avenue of the Americas

New York, NY 10020

Telephone: (212) 554-1400

Facsimile: (212) 554-1444

johnb@blbglaw.com

michaelb@blbglaw.com

Keith S. Dubanevich, OSB No. 975200

Timothy S. DeJong, OSB No. 940662

Keil M. Mueller, OSB No. 085535

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**

209 SW Oak Street, Suite 500

Portland, OR 97204

- 3 -

Telephone: (612) 604-6400
Facsimile: (612) 604-6800
wmcnab@winthrop.com

*Counsel for Defendants CenturyLink, Inc.,*
*Glen F. Post III, R. Stewart Ewing, Jr.,*
*David D. Cole, Karen Puckett, Dean J.*
*Douglas, and G. Clay Bailey*

Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kdubanevich@stollberne.com
tdejong@stollberne.com
kmueller@stollberne.com

*Special Assistant Attorneys General and*
*Counsel for Lead Plaintiff the State of*
*Oregon by and through the Oregon State*
*Treasurer and the Oregon Public*
*Employee Retirement Board, on behalf of*
*the Oregon Public Employee Retirement*
*Fund, and Lead Counsel for the Class*

Richard A. Lockridge, MN No. 64117
Gregg M. Fishbein, MN No. 202009
Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN**
**P.L.L.P**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044
Facsimile: (612) 339-0981
ralockridge@locklaw.com
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Lead Plaintiff the*
*State of Oregon by and through the*
*Oregon State Treasurer and the Oregon*
*Public Employee Retirement Board, on*
*behalf of the Oregon Public Employee*
*Retirement Fund*

15965006v2