# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION** | **MDL No. 17-2795 (MJD/KMM)** |
| This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | **[PROPOSED]<br>ORDER GRANTING CONSENT MOTION FOR EXTENSION OF THE BRIEFING SCHEDULE AND EXPANSION OF THE WORD COUNT LIMIT** |

This matter is before the Court upon the Stipulation of the Parties and the Motion of Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, brought with the Consent of Plaintiffs in the Securities Action.

Based on the Stipulation and Motion, the file, record, and pleadings in the case, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Pretrial Scheduling Order [Doc. 178] is amended as follows:

    a. Defendants' Motion to Dismiss the Consolidated Complaint shall be filed on or before August 31, 2018;

    b. Plaintiffs' Response in Opposition shall be filed on or before October 12, 2018;

    c. Defendants' Reply shall be filed on or before November 9, 2018.

2. Pursuant to Local Rule 7.1(f)(1), Defendants will have a combined limit of 15,000 words to be divided between a single opening brief and a reply brief and Plaintiffs will have a limit of 15,000 words for their opposition brief.

- 2 -

Dated: _____    s/_____
                                  Michael J. Davis
                                  District Court Judge

15964087v3