# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: | NOTICE OF APPEARANCE OF DAVID M. AAFEDT |
| Civil Action No. 18-296 (MJD/KMM) | |

PLEASE TAKE NOTICE, that David M. Aafedt, Esq. of the law firm of WINTHROP & WEINSTINE, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, Minnesota 55402, hereby enters his appearance in the above-captioned matter on behalf of Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey (collectively, "Defendants").

Dated: August 23, 2018

WINTHROP & WEINSTINE, P.A.

s/ David M. Aafedt
David M. Aafedt, #27561X
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
daafedt@winthrop.com

*Attorneys for Defendants*

15975313v1