# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | **NOTICE OF APPEARANCE OF JOSEPH M. WINDLER** |

PLEASE TAKE NOTICE, that Joseph M. Windler, Esq. of the law firm of WINTHROP & WEINSTINE, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, Minnesota 55402, hereby enters his appearance in the above-captioned matter on behalf of Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey (collectively, "Defendants").

Dated: August 23, 2018              WINTHROP & WEINSTINE, P.A.

                                    s/ Joseph M. Windler
                                    Joseph M. Windler, #387758
                                    225 South Sixth Street, Suite 3500
                                    Minneapolis, Minnesota 55402
                                    (612) 604-6400
                                    jwindler@winthrop.com

                                    *Attorneys for Defendants*

15975342v1