UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: No. 0:18-cv-00296 (MJD/KMM) | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that on behalf of Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, who are parties in this Multidistrict Proceeding, the following attorney enters her appearance as attorney of record:

**Lauren Gerber Lee** of Cooley LLP, The Grace Building, 1114 Avenue of the Americas, New York, NY 10036-7798.

184816789

-2-

Date:  August 29, 2018                                   Respectfully submitted,


                                                                               */s/ Lauren Gerber Lee*
Lauren Gerber Lee
(NY Bar No. 4883500)
COOLEY LLP
The Grace Building
1114 Avenue of the Americas
46th Floor
New York, NY 10036-7798
Telephone: (212) 479-6527
Facsimile: (212) 479-6275
Email: lglee@cooley.com

*Attorney for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*

184816789