# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br><br>**DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)** |

Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, through undersigned counsel, hereby move this Court pursuant to Federal Rules of Civil Procedure 12(b)(6) and Local Rule 7.1 for an Order dismissing Plaintiffs' claims (the "Motion"). This Motion is based upon all the files, records, and proceedings in this matter, including the memorandum of law and all declarations and exhibits thereto that will be filed and served in accordance with Local Rule 7.1, and the arguments of counsel.

Dated: August 31, 2018

Respectfully submitted,

*/s/ Patrick E. Gibbs*

Patrick E. Gibbs
(CA Bar No. 183174)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Phone: (650) 843-5000
Fax: (650) 849-7400
pgibbs@cooley.com

1

Douglas P. Lobel
(VA Bar No. 42329)
David A. Vogel
(VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Phone: (703) 456-8000
Fax: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com

Sarah M. Lightdale
(NY Bar No. 4395661)
Lauren Gerber Lee
(NY Bar No. 4883500)
COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 479-6000
Fax: (212) 479-6275
slightdale@cooley.com
lglee@cooley.com

William A. McNab
(MN Bar No. 320924)
David M. Aafedt
(MN Bar No. 27561X)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*