# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6) |

PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance with the directions received from the presiding judge's courtroom deputy.

A hearing for the above-titled motion will take place at a date and time to be determined by the Court, in courtroom 13E at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415 before Judge Michael J. Davis.

Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey will move the Court for an Order to dismiss pursuant to Rule 12(b)(6).

Dated:  August 31, 2018           Respectfully submitted,

                                  /s/ Patrick E. Gibbs

                                  Patrick E. Gibbs
                                  (CA Bar No. 183174)
                                  COOLEY LLP
                                  3175 Hanover Street
                                  Palo Alto, California 94304
                                  Phone:  (650) 843-5000
                                  Fax:  (650) 849-7400
                                  pgibbs@cooley.com

1

2

Douglas P. Lobel
(VA Bar No. 42329)
David A. Vogel
(VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Phone: (703) 456-8000
Fax: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com

Sarah M. Lightdale
(NY Bar No. 4395661)
Lauren Gerber Lee
(NY Bar No. 4883500)
COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 479-6000
Fax: (212) 479-6275
slightdale@cooley.com
lglee@cooley.com

William A. McNab
(MN Bar No. 320924)
David M. Aafedt
(MN Bar No. 27561X)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*