# EXHIBIT 6

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2013**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File No. 001-7784**



# CENTURYLINK, INC.
**(Exact name of registrant as specified in its charter)**

| **Louisiana** | **72-0651161** |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

| **100 CenturyLink Drive, Monroe, Louisiana** | **71203** |
|---|---|
| **(Address of principal executive offices)** | **(Zip Code)** |

**(318) 388-9000**
**(Registrant's telephone number, including area code)**

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (Section 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒          Accelerated filer ☐          Non-accelerated filer ☐          Smaller reporting company ☐
                                                                (Do not check if a smaller reporting
                                                                company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

On May 2, 2013, there were 609,046,043 shares of common stock outstanding.

**TABLE OF CONTENTS**

Part I.        Financial Information:

   Item 1.     Financial Statements

                 Consolidated Statements of Operations (Unaudited)                                          3

                 Consolidated Statements of Comprehensive Income (Unaudited)                                 4

                 Consolidated Balance Sheets (Unaudited)                                                     5

                 Consolidated Statements of Cash Flows (Unaudited)                                           6

                 Consolidated Statements of Stockholders' Equity (Unaudited)                                 7

                 Notes to Consolidated Financial Statements (Unaudited)*                                   8-19

   Item 2.     Management's Discussion and Analysis of Financial Condition and Results of Operations       20-38

   Item 3.     Quantitative and Qualitative Disclosures About Market Risk                                   39

   Item 4.     Controls and Procedures                                                                      39

Part II.       Other Information:

   Item 1.     Legal Proceedings                                                                            40

   Item 1A.    Risk Factors                                                                               40-56

   Item 2.     Unregistered Sales of Equity Securities and Use of Proceeds                                  57

   Item 6.     Exhibits                                                                                     58

     Signature                                                                                              77

---

 * All references to "Notes" in this quarterly report refer to these Notes to Consolidated Financial Statements.

Table of Contents

**PART I—FINANCIAL INFORMATION**

**ITEM 1. FINANCIAL STATEMENTS**

**CENTURYLINK, INC.**
CONSOLIDATED STATEMENTS OF OPERATIONS
(UNAUDITED)

| | Three Months Ended March 31, | |
|---|---|---|
| | 2013 | 2012 |
| | (Dollars in millions except per share amounts and shares in thousands) | |
| OPERATING REVENUES | $ 4,513 | 4,610 |
| OPERATING EXPENSES | | |
| Cost of services and products (exclusive of depreciation and amortization) | 1,796 | 1,877 |
| Selling, general and administrative | 818 | 871 |
| Depreciation and amortization | 1,117 | 1,208 |
| Total operating expenses | 3,731 | 3,956 |
| OPERATING INCOME | 782 | 654 |
| OTHER INCOME (EXPENSE) | | |
| Interest expense | (316) | (343) |
| Net gain on early retirement of debt | — | 8 |
| Other income | 39 | 12 |
| Total other income (expense) | (277) | (323) |
| INCOME BEFORE INCOME TAX EXPENSE | 505 | 331 |
| Income tax expense | 207 | 131 |
| NET INCOME | $ 298 | 200 |
| | | |
| BASIC AND DILUTED EARNINGS PER COMMON SHARE | | |
| BASIC | $ .48 | .32 |
| DILUTED | $ .48 | .32 |
| DIVIDENDS DECLARED PER COMMON SHARE | $ .54 | .725 |
| | | |
| WEIGHTED AVERAGE COMMON SHARES OUTSTANDING | | |
| BASIC | 619,423 | 618,208 |
| DILUTED | 621,074 | 620,350 |

See accompanying notes to consolidated financial statements.

3

Table of Contents

The following table summarizes the results of operations from our consumer segment:

| | Consumer Segment | | | |
|---|---|---|---|---|
| | Three Months Ended March 31, | | Increase / (Decrease) | % Change |
| | 2013 | 2012 | | |
| | (Dollars in millions) | | | |
| Segment revenues: | | | | |
| Strategic services | $ 620 | 588 | 32 | 5% |
| Legacy services | 889 | 974 | (85) | (9)% |
| Data integration | 2 | 2 | — | — |
| Total revenues | 1,511 | 1,564 | (53) | (3)% |
| | | | | |
| Segment expenses: | | | | |
| Direct | 413 | 445 | (32) | (7)% |
| Allocated | 113 | 122 | (9) | (7)% |
| Total expenses | 526 | 567 | (41) | (7)% |
| | | | | |
| Segment income | $ 985 | 997 | (12) | (1)% |
| Segment margin percentage | 65.2% | 63.7% | | |

*Segment Income*

Declines in local and long-distance services associated with access line loss largely contributed to a decrease in our consumer segment income for the three months ended March 31, 2013 as compared to the three months ended March 31, 2012. The decrease in revenues was substantially offset by lower expenses.

*Segment Revenues*

Consumer revenues decreased for the three months ended March 31, 2013 as compared to the three months ended March 31, 2012. Growth in strategic services revenues did not fully offset a decline in legacy services revenues. The increase in strategic services is due primarily to volume increases in our facilities-based video and increases in the number of broadband subscribers. Legacy services revenues decreased primarily due to declines in local and long-distance services associated with access line losses resulting from competitive pressures.

*Segment Expenses*

Consumer expenses decreased for the three months ended March 31, 2013 as compared to the three months ended March 31, 2012 primarily due to decreases in salaries, wages and benefits as a result of headcount reductions and decreased allocated expenses. Allocated expenses decreased primarily due to decreases in network expenses, including professional fees, salaries, wages and benefits, as well as, to decreases in fleet expenses.

**Business**

The operations of our business segment have been impacted by several significant trends, including those described below:

- *Strategic services.* Our mix of total segment revenues continues to migrate from legacy services to strategic services as our commercial, enterprise, global and government customers increasingly demand customized and integrated data, Internet and voice services. We offer

Table of Contents

**SIGNATURE**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized on May 10, 2013.

**CENTURYLINK, INC.**

By:    /s/ DAVID D. COLE

**David D. Cole**
**Senior Vice President, Controller and Operations Support**
*(Chief Accounting Officer)*

77
