# EXHIBIT 11

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-Q**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2014**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**
**Commission File No. 001-7784**

**CenturyLink™**

**CENTURYLINK, INC.**
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Louisiana** | **72-0651161** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **100 CenturyLink Drive,** | |
| **Monroe, Louisiana** | **71203** |
| (Address of principal executive offices) | (Zip Code) |

**(318) 388-9000**
**(Registrant's telephone number, including area code)**

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (Section 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

On October 31, 2014, there were 570,705,291 shares of common stock outstanding.

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| Part I. | Financial Information: | |
| Item 1. | Financial Statements | |
| | Consolidated Statements of Operations (Unaudited) | 3 |
| | Consolidated Statements of Comprehensive Income (Loss) (Unaudited) | 4 |
| | Consolidated Balance Sheets (Unaudited) | 5 |
| | Consolidated Statements of Cash Flows (Unaudited) | 6 |
| | Consolidated Statements of Stockholders' Equity (Unaudited) | 7 |
| | Notes to Consolidated Financial Statements (Unaudited)* | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 23 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 44 |
| Item 4. | Controls and Procedures | 44 |
| Part II. | Other Information: | |
| Item 1. | Legal Proceedings | 45 |
| Item 1A. | Risk Factors | 45 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 61 |
| Item 6. | Exhibits | 62 |
| Signature | | 74 |

* All references to "Notes" in this quarterly report refer to these Notes to Consolidated Financial Statements.</font>

**PART I-FINANCIAL INFORMATION**

**ITEM 1. FINANCIAL STATEMENTS**

**CENTURYLINK, INC.**
CONSOLIDATED STATEMENTS OF OPERATIONS
(UNAUDITED)

|  |  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|---|
|  |  | **2014** | **2013** | **2014** | **2013** |
|  |  | (Dollars in millions except per share amounts and shares in thousands) | | | |
| OPERATING REVENUES | $ | 4,514 | 4,515 | 13,593 | 13,553 |
| OPERATING EXPENSES |  |  |  |  |  |
| Cost of services and products (exclusive of depreciation and amortization) |  | 1,975 | 1,918 | 5,872 | 5,587 |
| Selling, general and administrative |  | 823 | 1,047 | 2,497 | 2,679 |
| Depreciation and amortization |  | 1,097 | 1,135 | 3,297 | 3,375 |
| Impairment of goodwill |  | - | 1,100 | - | 1,100 |
| Total operating expenses |  | 3,895 | 5,200 | 11,666 | 12,741 |
| OPERATING INCOME (LOSS) |  | 619 | (685) | 1,927 | 812 |
| OTHER INCOME (EXPENSE) |  |  |  |  |  |
| Interest expense |  | (325) | (329) | (981) | (970) |
| Other income, net |  | 5 | 9 | 7 | 52 |
| Total other income (expense) |  | (320) | (320) | (974) | (918) |
| INCOME (LOSS) BEFORE INCOME TAX EXPENSE |  | 299 | (1,005) | 953 | (106) |
| Income tax expense |  | 111 | 40 | 369 | 372 |
| NET INCOME (LOSS) | $ | 188 | (1,045) | 584 | (478) |
| BASIC AND DILUTED EARNINGS (LOSS) PER COMMON SHARE |  |  |  |  |  |
| BASIC | $ | 0.33 | (1.76) | 1.03 | (0.79) |
| DILUTED | $ | 0.33 | (1.76) | 1.02 | (0.79) |
| DIVIDENDS DECLARED PER COMMON SHARE | $ | 0.54 | 0.54 | 1.62 | 1.62 |
| WEIGHTED AVERAGE COMMON SHARES OUTSTANDING |  |  |  |  |  |
| BASIC |  | 565,965 | 594,587 | 569,472 | 606,104 |
| DILUTED |  | 567,432 | 594,587 | 570,640 | 606,104 |

See accompanying notes to consolidated financial statements.

Our segment revenues include all revenues from our strategic and legacy services and data integration as described in more detail above. We assign each of our customers to a single segment and report all of the revenues we derive from that customer to that segment, with the exception of hosting revenue generated from business and wholesale customers, which is reported in hosting segment revenues. We report our segment expenses for our four segments as follows:

- *Direct expenses*, which primarily are specific expenses incurred as a direct result of providing services and products to segment customers, along with selling, general and administrative expenses that are directly associated with specific segment customers or activities; and

- *Allocated expenses*, which include network expenses, facilities expenses and other expenses such as fleet and real estate expenses.

We do not assign depreciation and amortization expense or impairments to our segments, as the related assets and capital expenditures are centrally managed and are not monitored by or reported to the chief operating decision maker ("CODM") by segment. Similarly, we do not assign to our segments severance expenses, restructuring expenses and, certain centrally managed administrative functions (such as finance, information technology, legal and human resources). Interest expense is also excluded from segment results because we manage our financing on a total company basis and have not allocated assets or debt to specific segments. Similarly, we exclude other income (expense) from our segment results.

**Consumer**

The operations of our consumer segment have been impacted by several significant trends, including those described below:

- *Strategic services.* In order to remain competitive and attract additional residential broadband subscribers, we believe it is important to continually increase our broadband network's scope and connection speeds. As a result, we continue to invest in our broadband network, which allows for the delivery of higher speed broadband services to a greater number of customers. We compete in a maturing broadband market in which most consumers already have broadband services and growth rates in new subscribers have slowed. Moreover, as described further in Item 1A of Part II of this report, demand for our broadband services could be adversely affected by competitors continuing to provide services at higher broadband speed than ours or expanding their advanced wireless data service offerings. We also continue to expand our other strategic product offerings, including facilities-based video services. The expansion of our facilities-based video service infrastructure requires us to incur start-up expenses in advance of the revenue that this service is expected to generate. Although, over time, we expect that our revenue for facilities-based video services will offset the expenses incurred, the timing of this revenue growth is uncertain and the video business is growing increasingly competitive. We believe these efforts to expand our strategic products will improve our ability to compete and increase our strategic revenues;

- *Legacy services.* Our voice revenues have been, and we expect they will continue to be, adversely affected by access line losses. Intense competition and product substitution continue to drive our access line losses. For example, many consumers are substituting cable and wireless voice services and electronic mail, texting and social networking non-voice services for traditional voice telecommunications services. We expect that these factors will continue to negatively impact our business. As a result of the expected loss of high margin services associated with access lines, we continue to offer our customers service bundling and other product promotions to help mitigate this trend, as described below;

- *Service bundling and product promotions.* We offer our customers the ability to bundle multiple products and services. These customers can bundle local services with other services such as broadband, video, long-distance and wireless. While we believe our bundled service offerings can help retain customers, they also tend to lower our profit margins in the consumer segment; and

- *Operating efficiencies.* We continue to evaluate our operating structure and focus. This involves balancing our segment workforce in response to our workload requirements, productivity improvements and changes in industry, competitive, technological and regulatory conditions. We also expect our consumer segment to benefit indirectly from enhanced efficiencies in our company-wide network operations.

The following tables summarize the results of operations from our consumer segment:

| | Consumer Segment | | | |
|---|---|---|---|---|
| | Three Months Ended September 30, | | Increase / (Decrease) | % Change |
| | 2014 | 2013 | | |
| | (Dollars in millions) | | | |
| Segment revenues: | | | | |
| Strategic services | $ 712 | 669 | 43 | 6% |
| Legacy services | 778 | 833 | (55) | (7)% |
| Data integration | 1 | 1 | - | -% |
| Total revenues | 1,491 | 1,503 | (12) | (1)% |
| Segment expenses: | | | | |
| Direct | 486 | 481 | 5 | 1% |
| Allocated | 125 | 124 | 1 | 1% |
| Total expenses | 611 | 605 | 6 | 1% |
| Segment income | $ 880 | 898 | (18) | (2)% |
| Segment margin percentage | 59% | 60% | | |

| | Consumer Segment | | | |
|---|---|---|---|---|
| | Nine Months Ended September 30, | | Increase / (Decrease) | % Change |
| | 2014 | 2013 | | |
| | (Dollars in millions) | | | |
| Segment revenues: | | | | |
| Strategic services | $ 2,123 | 1,967 | 156 | 8% |
| Legacy services | 2,374 | 2,537 | (163) | (6)% |
| Data integration | 3 | 4 | (1) | (25)% |
| Total revenues | 4,500 | 4,508 | (8) | -% |
| Segment expenses: | | | | |
| Direct | 1,430 | 1,375 | 55 | 4% |
| Allocated | 363 | 353 | 10 | 3% |
| Total expenses | 1,793 | 1,728 | 65 | 4% |
| Segment income | $ 2,707 | 2,780 | (73) | (3)% |
| Segment margin percentage | 60% | 62% | | |

*Segment Revenues*

Consumer revenues decreased by $12 million, or 1%, for the three months ended September 30, 2014 as compared to the three months ended September 30, 2013 and decreased by $8 million, or less than 1%, for the nine months ended September 30, 2014 as compared to the nine months ended September 30, 2013. The increase in strategic services revenues for both periods was due primarily to increases in the number of our facilities-based video customers and increases in the number of broadband subscribers, as well as from price increases on various services. The decline in legacy services revenues for both periods was primarily due to declines in local and long-distance service volumes associated with access line losses resulting from the competitive and technological changes described above.

*Segment Expenses*

Consumer expenses increased by $6 million, or 1%, for the three months ended September 30, 2014 as compared to the three months ended September 30, 2013 primarily due to an increase in programming expenses for Prism TV content resulting from subscriber growth in our Prism TV markets, which were partially offset by decreases in employee-related costs. Consumer expenses increased by $65 million, or 4%, for the nine months ended September 30, 2014 as compared to the nine months ended September 30, 2013 primarily due to increases in marketing and advertising expenses, Prism TV content resulting from subscriber growth in our Prism TV markets and the number of modems shipped for Prism customer premise equipment, which were partially offset by reductions in employee-related costs.

**SIGNATURE**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized on November 6, 2014.

**CENTURYLINK, INC.**

By: /s/ DAVID D. COLE

**David D. Cole**
**Executive Vice President, Controller and Operations Support**
*(Chief Accounting Officer)*

74

<div align="right">**Exhibit 31.1**</div>

## CERTIFICATION OF CHIEF EXECUTIVE OFFICER

I, Glen F. Post, III, Chief Executive Officer and President, certify that:

1. I have reviewed this quarterly report on Form 10-Q of CenturyLink, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's Board of Directors:

    a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 6, 2014                                     /s/ GLEN F. POST, III
                                                           Glen F. Post, III
                                                           Chief Executive Officer and President

Exhibit 31.2

**CERTIFICATION OF CHIEF FINANCIAL OFFICER**

I, R. Stewart Ewing, Jr., Executive Vice President, Chief Financial Officer and Assistant Secretary, certify that:

1. I have reviewed this quarterly report on Form 10-Q of CenturyLink, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's Board of Directors:

   a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 6, 2014

/s/ R. STEWART EWING, JR.

R. Stewart Ewing, Jr.
Executive Vice President, Chief
Financial Officer and Assistant
Secretary

**Exhibit 32**

**Chief Executive Officer and Chief Financial Officer Certification Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**

Each of the undersigned, acting in his capacity as the Chief Executive Officer or Chief Financial Officer of CenturyLink, Inc. ("CenturyLink"), certifies that, to his knowledge, the Quarterly Report on Form 10-Q for the quarter ended September 30, 2014 of CenturyLink fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934 and that the information contained in the Form 10-Q fairly presents, in all material respects, the financial condition and results of operations of CenturyLink as of the dates and for the periods covered by such report.

A signed original of this statement has been provided to CenturyLink and will be retained by CenturyLink and furnished to the Securities and Exchange Commission or its staff upon request.

Date: November 6, 2014

| /s/ GLEN F. POST, III | /s/ R. STEWART EWING, JR. |
|---|---|
| Glen F. Post, III | R. Stewart Ewing, Jr. |
| Chief Executive Officer and President | Executive Vice President, Chief Financial Officer and Assistant Secretary |