# EXHIBIT 18

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended March 31, 2017

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from to
Commission File No. 001-7784



**CENTURYLINK, INC.**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Louisiana** | **72-0651161** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **100 CenturyLink Drive,** | |
| **Monroe, Louisiana** | **71203** |
| (Address of principal executive offices) | (Zip Code) |

**(318) 388-9000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (Section 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |
| | | | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

On April 27, 2017, there were 548,812,063 shares of common stock outstanding.

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| Part I. | Financial Information: | |
| Item 1. | Financial Statements | |
| | Consolidated Statements of Operations (Unaudited) | 3 |
| | Consolidated Statements of Comprehensive Income (Unaudited) | 4 |
| | Consolidated Balance Sheets (Unaudited) | 5 |
| | Consolidated Statements of Cash Flows (Unaudited) | 6 |
| | Consolidated Statements of Stockholders' Equity (Unaudited) | 7 |
| | Notes to Consolidated Financial Statements (Unaudited)* | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 43 |
| Item 4. | Controls and Procedures | 43 |
| Part II. | Other Information: | |
| Item 1. | Legal Proceedings | 44 |
| Item 1A. | Risk Factors | 44 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 68 |
| Item 6. | Exhibits | 69 |
| Signature | | 77 |

\* All references to "Notes" in this quarterly report refer to these Notes to Consolidated Financial Statements.

**PART I-FINANCIAL INFORMATION**

**ITEM 1. FINANCIAL STATEMENTS**

**CENTURYLINK, INC.**
CONSOLIDATED STATEMENTS OF OPERATIONS
(UNAUDITED)

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | **2017** | **2016** |
|  | (Dollars in millions, except per share amounts and shares in thousands) | |
| OPERATING REVENUES | $ 4,209 | 4,401 |
| OPERATING EXPENSES |  |  |
| Cost of services and products (exclusive of depreciation and amortization) | 1,888 | 1,900 |
| Selling, general and administrative | 810 | 837 |
| Depreciation and amortization | 880 | 976 |
| Total operating expenses | 3,578 | 3,713 |
| OPERATING INCOME | 631 | 688 |
| OTHER (EXPENSE) INCOME |  |  |
| Interest expense | (318) | (331) |
| Other (expense) income, net | (6) | 23 |
| Total other expense, net | (324) | (308) |
| INCOME BEFORE INCOME TAX EXPENSE | 307 | 380 |
| Income tax expense | 144 | 144 |
| NET INCOME | $ 163 | 236 |
| BASIC AND DILUTED EARNINGS PER COMMON SHARE |  |  |
| BASIC | $ 0.30 | 0.44 |
| DILUTED | $ 0.30 | 0.44 |
| DIVIDENDS DECLARED PER COMMON SHARE | $ 0.54 | 0.54 |
| WEIGHTED-AVERAGE COMMON SHARES OUTSTANDING |  |  |
| BASIC | 540,458 | 538,799 |
| DILUTED | 541,522 | 540,187 |

See accompanying notes to consolidated financial statements.

**Consumer Segment**

The operations of our consumer segment have been impacted by several significant trends, including those described below:

- *Strategic services*. In order to remain competitive and attract additional residential broadband subscribers, we believe it is important to continually increase our broadband network's scope and connection speeds. As a result, we continue to invest in our broadband network, which allows for the delivery of higher-speed broadband services to a greater number of customers. We compete in a maturing broadband market in which most consumers already have broadband services and growth rates in new subscribers have slowed. Moreover, as described further in Item 1A of Part II of this report, certain of our competitors continue to provide broadband services at higher average transmission speeds than ours or through advanced wireless data service offerings, both of which we believe have impacted the competitiveness of certain of our broadband offerings. Our associated content costs continue to increase and the video business has become more competitive as more options become available to customers to access video services through new technologies. The demand for new technology has increased the number of competitors offering strategic services similar to ours. Price compression and new technology from our competitors have negatively impacted the operating margins of our strategic services, and we expect this trend to continue. Operating costs also impact the operating margins of our strategic services. These operating costs include employee costs, marketing and advertising expenses, sales commissions, Prism TV content costs and installation costs. We believe increases in operating costs have generally had a greater impact on our operating margins of our strategic services as compared to our legacy services, principally because our strategic services rely more heavily upon the above-listed costs;

- *Legacy services*. Our voice revenues have been, and we expect they will continue to be, adversely affected by access line losses and lower long-distance voice service volumes. Intense competition and product substitution continue to drive our access line losses. For example, many consumers are substituting cable and wireless voice services and electronic mail, texting and social networking non-voice services for traditional voice telecommunications services. We expect that these factors will continue to negatively impact our business. As a result of the expected loss of higher margin services associated with access lines, we continue to offer our customers service bundling and other product promotions to help mitigate this trend, as described below. Customer migration and price compression from competitive pressures have not only negatively impacted our legacy revenues, but they have also negatively impacted the operating margins of our legacy services and we expect this trend to continue. Operating costs, such as installation costs and facility costs, have also negatively impacted the operating margins of our legacy services, but to a lesser extent than customer migration and price compression. Operating costs also tend to impact our legacy services margins to a lesser extent than our strategic services margins as noted above;

- *Service bundling and product promotions*. We offer our customers the ability to bundle multiple products and services. These customers can bundle broadband services with other services such as local voice, video, long-distance and wireless. While we believe our bundled service offerings can help retain customers, they also tend to lower our profit margins in the consumer segment due to the related discounts; and

- *Operating efficiencies*. We continue to evaluate our segment operating structure and focus. This involves balancing our workforce in response to our workload requirements, productivity improvements and changes in industry, competitive, technological and regulatory conditions. We also expect our consumer segment to benefit indirectly from enhanced efficiencies in our company-wide network operations.

34

The following table summarizes the results of operations from our consumer segment:

|  | Consumer Segment | | | |
|---|---|---|---|---|
|  | Three Months Ended March 31, | | Increase / (Decrease) | % Change |
|  | 2017 | 2016 | | |
|  | (Dollars in millions) | | | |
| Segment revenues: | | | | |
| Strategic services | | | | |
| Broadband services (1) | $ 661 | 667 | (6) | (1)% |
| Other strategic services (2) | 103 | 107 | (4) | (4)% |
| Total strategic services revenues | 764 | 774 | (10) | (1)% |
| Legacy services | | | | |
| Voice services (3) | 575 | 634 | (59) | (9)% |
| Other legacy services (4) | 73 | 80 | (7) | (9)% |
| Total legacy services revenues | 648 | 714 | (66) | (9)% |
| Data integration | - | 1 | (1) | nm |
| Total revenues | 1,412 | 1,489 | (77) | (5)% |
| | | | | |
| Segment expenses | 609 | 611 | (2) | -% |
| Segment income | $ 803 | 878 | (75) | (9)% |
| Segment margin percentage | 57% | 59% | | |

_____

nm-Percentages greater than 200% and comparisons between positive and negative values or to/from zero values are considered not meaningful.

(1) Includes broadband and related services revenue
(2) Includes video and other revenue
(3) Includes local and long-distance voice revenue
(4) Includes other ancillary revenue

*Segment Revenues*

Consumer segment revenues decreased by $77 million, or 5%, for the three months ended March 31, 2017 as compared to the three months ended March 31, 2016. The decrease in our consumer segment revenues was primarily due to declines in both our strategic services revenues and our legacy services revenues. The decrease in our strategic services revenues was primarily due to a decline in the number of broadband subscribers and a reduction in our satellite video services revenues due to the restructuring of one of our contractual agreements, which were partially offset by increases in the number of our Prism TV customers. The decrease in our legacy services revenues was primarily due to lower local and long-distance voice service volumes associated with access line losses resulting from the competitive and technological factors noted above.

*Segment Expenses*

Consumer segment expenses decreased by $2 million, or less than 1%, for the three months ended March 31, 2017 as compared to the three months ended March 31, 2016. The decrease in our consumer segment expenses was primarily due to decreases in marketing and advertising expenses, bad debt expense and external commissions, which were partially offset by increases in costs related to Prism TV (resulting from higher content volume and rates).

*Segment Income*

Consumer segment income decreased by $75 million, or 9%, for the three months ended March 31, 2017 as compared to the three months ended March 31, 2016. The decrease was primarily due to loss of customers from legacy services and increases in the costs related to the growth in Prism TV.

**Liquidity and Capital Resources**

*Overview*

At March 31, 2017, we held cash and cash equivalents of $214 million and we had $1.625 billion of borrowing capacity available under our $2 billion amended and restated revolving credit facility (referred to as our "Credit Facility", which is described further below). At March 31, 2017, cash and cash equivalents of $75 million were held in foreign bank accounts for the purpose of funding our foreign operations. Due to various factors, our access to foreign cash is generally much more restricted than our access to domestic cash.

Our executive officers and our Board of Directors periodically review our sources and potential uses of cash in connection with our annual budgeting process. Generally speaking, our principal funding source is cash from operating activities, and our principal cash requirements include operating expenses, capital expenditures, income taxes, debt repayments, dividends, periodic stock repurchases, periodic pension contributions and other benefits payments. As discussed below, the amount we pay for income taxes is expected to increase for most of 2017, and the amount we pay for retiree healthcare benefits is expected to increase substantially in 2017. The impact of the sale of our data centers and colocation business and the potential impact of the pending acquisition of Level 3 are further described below.

Based on our current capital allocation objectives, during the remaining nine months of 2017 we anticipate expending approximately $1.9 billion of cash for capital investment in property, plant and equipment and almost $293 million per quarter of dividends on our common stock (based on the assumptions described below under "Dividends"), assuming solely for these purposes no impact from the Level 3 acquisition. During the remainder of 2017, we have debt maturities of $1.421 billion, scheduled debt principal payments of $17 million and capital lease and other fixed payments of $41 million, excluding liabilities that we expect to assume later in 2017 in connection with consummating the Level 3 acquisition. Each of the expenditures are described further below.

We will continue to monitor our future sources and uses of cash, and anticipate that we will make adjustments to our capital allocation strategies when, as and if determined by our Board of Directors. We typically use our revolving credit facility as a source of liquidity for operating activities and our other cash requirements.

*Impact of the Sale of Our Data Centers and Colocation Business*

As discussed in Note 3-Sale of Data Centers and Colocation Business to our consolidated financial statements in Item 1 of Part I of this report, we sold our data centers and colocation business on May 1, 2017 and received pre-tax cash proceeds of $1.86 billion from the sale, which is subject to customary post-closing adjustments. We anticipate we will make additional tax payments relating to the sale of approximately $75 million to $150 million, which are triggered by the sale and certain corporate restructuring actions we took regarding certain subsidiaries involved in the colocation business. We also expect ongoing cash flows from operating activities will be negatively impacted by approximately $30 million to $45 million per quarter.

*Potential Impact of the Pending Acquisition of Level 3*

If, as anticipated, we complete the acquisition of Level 3 by the end of third quarter of 2017 in the manner discussed in Note 2-Pending Acquisition of Level 3 to our consolidated financial statements in Item 1 of Part I of this report, we expect our operations, financial position and cash flows to be significantly impacted following the closing of the transaction. We expect to issue a significant amount of new debt to finance the Level 3 acquisition, and we would assume approximately $10.9 billion of Level 3's outstanding debt upon consummating the acquisition. With this additional debt, we would expect our cash paid for interest payments to be significantly higher following the closing of the transaction. We project that our capital expenditures would increase significantly. Based on information included in Level 3's publicly available annual guidance regarding its estimated 2017 capital expenditures, we anticipate that Level 3 will spend approximately $100 million to $125 million per month on average, in the period prior to closing, but that amount could be significantly different than amounts that we expect to spend in the months following the closing of the transaction. In connection with consummating the acquisition, we would expect to issue approximately 538 million shares of our common stock to Level 3 stockholders (including shares of CenturyLink common stock expected to be issued in exchange for outstanding Level 3 equity awards), based on the number of Level 3 shares held of record on January 25, 2017. Based on our current quarterly common stock dividend rate of $0.54 per share, this issuance of additional shares would result in an additional incremental dividend payment of approximately $290 million per quarter. Also, we expect our upcoming cash payments for transaction costs, integration costs and debt financing costs to be material primarily following the closing of the transaction. These above factors are expected to result in a net cash outflow for the period of 2017 following the closing. However, we expect we will have sufficient liquidity to more than offset the impact of the net cash outflows. As noted below under "Debt and Other Financing Arrangements," the Level 3 transaction could also adversely impact our credit ratings.

# SIGNATURE

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized on May 4, 2017.

**CENTURYLINK, INC.**

By: /s/ DAVID D. COLE
**David D. Cole**
**Executive Vice President, Controller and Operations Support**
*(Chief Accounting Officer)*

77

**Exhibit 31.1**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**

I, Glen F. Post, III, Chief Executive Officer and President, certify that:

1. I have reviewed this quarterly report on Form 10-Q of CenturyLink, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's Board of Directors:

    a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 4, 2017

/s/ GLEN F. POST, III

Glen F. Post, III
Chief Executive Officer and President

**Exhibit 31.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER**

I, R. Stewart Ewing, Jr., Executive Vice President, Chief Financial Officer and Assistant Secretary, certify that:

1. I have reviewed this quarterly report on Form 10-Q of CenturyLink, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's Board of Directors:

    a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 4, 2017

/s/ R. STEWART EWING, JR.
R. Stewart Ewing, Jr.
Executive Vice President, Chief Financial Officer and Assistant Secretary

**Exhibit 32**

**Chief Executive Officer and Chief Financial Officer Certification Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**

Each of the undersigned, acting in his capacity as the Chief Executive Officer or Chief Financial Officer of CenturyLink, Inc. ("CenturyLink"), certifies that, to his knowledge, the Quarterly Report on Form 10-Q for the quarter ended March 31, 2017 of CenturyLink fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934 and that the information contained in the Form 10-Q fairly presents, in all material respects, the financial condition and results of operations of CenturyLink as of the dates and for the periods covered by such report.

A signed original of this statement has been provided to CenturyLink and will be retained by CenturyLink and furnished to the Securities and Exchange Commission or its staff upon request.

Dated: May 4, 2017

| /s/ GLEN F. POST, III | /s/ R. STEWART EWING, JR. |
|---|---|
| Glen F. Post, III | R. Stewart Ewing, Jr. |
| Chief Executive Officer and President | Executive Vice President, Chief Financial Officer and Assistant Secretary |