# EXHIBIT 26

**TO DEFENANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECURITIES CLASS ACTION COMPLAINT**

**In Re: CenturyLink Sales Practice and Securities Ligitation**

**May 23, 2015 Email**

**REDACTED VERSION**

Young, Steven W

**From:** Redacted
**Sent:** Saturday, May 23, 2015 12:01 PM
**To:** Bailey, Clay C
**Subject:** FW: Newly created Transformation Office focused on creating exceptional Customer Experience

Hi Clay,

I wanted to congratulate you on this new adventure with CenturyLink. When I read Glen's email I became excited about this new Transformation Office because as a customer facing retail manager I hear every day from customers who complain about poor customer service when dealing with different departments within CenturyLink as well as outside third parties who sell our services. I believe that this new office will be valuable to our customers and employees.

I don't know if you remember me or not, but at last year's COE in Florida Brian Stading introduced me to you and asked me to explain to you how we improved our sales results by changing how we do business in Boise Idaho.

When we were a Qwest store, we were discouraged from taking on customer service issues because we were a sales office. Yet we were called the Qwest Solution Center, but we were instructed to put customers on with the 800 number. That as you know is not good customer service nor a solution.

After our merger with CenturyLink and as someone who truly believes in the Unifying Principles, I instructed my sales reps that we were going to start taking on those difficult customer service issues and treat our customers as we ourselves would want to be treated. That transition came slowly at first, but as they began seeing more and more sales with less churn coming from those customers that we helped, they were fully vested into that transition and looked forward to helping those customers.

I am not sure what roles you are looking to fill or if there would even be a place for someone like me, but I would like to somehow and in some way be a part of this team. Whether that would be as a consultant from someone who deals with our customers each and every day or if there is actually a spot on your team, I believe that from my years of experience managing the Boise Towne Square store I have value that I can add to this Transformation Office.

Congratulations again and thank you for your consideration.

# Redacted

## Commitment to Excellence

*"Value first, connections second, money third. Money is not the motive, it's the by-product and the report card for doing the right thing with value."*

*~Jeffrey Gitomer*

**From:** Desk of Glen Post
**Sent:** Thursday, May 14, 2015 3:04 PM

1


**To:** Redacted
**Subject:** Newly created Transformation Office focused on creating exceptional Customer Experience



Dear CenturyLink Colleagues,

Yesterday, I shared with you a recap of our first quarter earnings and the progress we are making to strengthen our ability to compete. I am pleased with this progress and the amazing work that you are delivering every day.

At the same time, I am also aware that we still have a lot of work ahead of us to transform CenturyLink into a major player in the IP-enabled network services, cloud infrastructure and hosted IT solutions markets. Our transformation began with our strategic acquisitions and ensuring that we have the right solutions and scale to position us to be a leader in this digital era.

As many of you may recall, we began our internal transformation work last March with the Special Cost Structure Committee co-chaired by **Stacey Goff** and **Stewart Ewing** that was focused on driving fundamental change in the cost structure of our business. Now it is time for us to take the next step and transform how we operate by creating an exceptional experience for our Customers.

This next phase of our journey is critical to our future and we must take a thoughtful and strategic approach. I have asked **Clay Bailey**, who is currently our SVP of Region Operations, to lead a newly-created **Transformation Office**. In this new role as **SVP, Operational Transformation,** Clay will become a direct report to me and a member of my Senior Leadership Team.

Clay will spend the next several weeks mobilizing this new organization. Each of my Senior Leadership Team members will have representatives from their respective organizations supporting this effort. Additionally, we will seek input from across our Company to ensure that we are looking at things in a balanced and holistic way.

In order for Clay and his team to achieve success in this path to transformation, we must (1) Define our Vision for the Transformation and (2) Create Value for our Customers and Company, including:

- Clearly define the Customer Experience at every touch point
- Rationalize, Automate and Simplify our products and end-to-end product development
- Renovate our systems, platforms, networks and processes
- Expand our Winning Culture

I am excited about this opportunity for Clay and for our Company. Clay will bring a great deal of discipline, detail and measured leadership to his new role. For those of you who have worked with Clay before, you also know that he leads with a sense of urgency and I'm looking forward to positive results from this team at an advanced pace.

The majority of Clay's current direct reports will begin reporting directly to **Maxine Moreau**, EVP Global Operations and Shared Services.

Clay, myself and members of my SLT will continue to share information with you on this topic as we build out the team, define the vision and drive forward. In the meantime, please join me in congratulating Clay and wishing him the best in his new role.



Confidential