UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>LOCAL RULE 7.1 MEET-AND-CONFER STATEMENT REGARDING DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6) |

I, Lauren Gerber Lee, counsel for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, hereby certify that I met and conferred with the opposing party by meeting with Michael D. Blatchley, counsel for Plaintiffs, on August 27, 2018, regarding Defendants' Motion to Dismiss Pursuant to Rules 12(b)(6).

As a result of the meet-and-confer, the parties:

☒ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated:  August 31, 2018					Respectfully submitted,

							*/s/ Lauren Gerber Lee*

							Lauren Gerber Lee
							(NY Bar No. 4883500)
							Sarah M. Lightdale
							(NY Bar No. 4395661)
							COOLEY LLP
							1114 Avenue of the Americas
							New York, New York 10036

Phone: (212) 479-6000
Fax: (212) 479-6275
lglee@cooley.com
slightdale@cooley.com

Patrick E. Gibbs
(CA Bar No. 183174)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Tel.: (650) 843-5000
Fax: (650) 849-7400
pgibbs@cooley.com

Douglas P. Lobel
(VA Bar No. 42329)
David A. Vogel
(VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Tel.: (703) 456-8000
Fax: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com

William A. McNab
(MN Bar No. 320924)
David M. Aafedt
(MN Bar No. 27561X)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendant CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*