UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: Civil Action No. 18-296 (MJD/KMM) | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6) |

The Court, having considered Defendants' Motion to Dismiss under Rule 12(b)(6) as well as Plaintiffs' Opposition and all files, records and proceedings herein, **IT IS HEREBY ORDERED**:

Defendants' Motion is **GRANTED**, and Plaintiffs' claims against CenturyLink, Inc., Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey are dismissed in their entirety with prejudice.

IT IS SO ORDERED.

Dated: _____    _____
                                          The Honorable Michael J. Davis
                                          United States District Judge