UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>CERTIFICATE OF SERVICE OF PROPOSED ORDER |

I certify that on August 31, 2018, I caused the following proposed order:

**[Proposed] Order Granting Defendants' Motion to Dismiss** to be filed electronically with the court via e-mail to the following judge who is hearing the motion:

The Honorable Judge Michael J. Davis at davis_chambers@mnd.uscourts.gov and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to the following:

| Name | E-Mail Address |
|---|---|
| Michael Blatchley | michaelb@blbglaw.com |
| Michael Mathai | michael.mathai@blbglaw.com |
| Keith A. Ketterling | kketterling@stollberne.com |
| Keith S. Dubanevich | kdubanevich@stollberne.com |
| Timothy S. DeJong | tdejong@stollberne.com |
| Keil M. Mueller | kmueller@stollberne.com |
| Richard A. Lockridge | ralockridge@locklaw.com |

1

| | |
|---|---|
| Gregg M. Fishbein | gmfishbein@locklaw.com |
| Kate M. Baxter-Kauf | kmbaxter-kauf@locklaw.com |

Dated:  August 31, 2018          Respectfully submitted,

*/s/ Patrick E. Gibbs*

Patrick E. Gibbs
(CA Bar No. 183174)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Phone:  (650) 843-5000
Fax:  (650) 849-7400
pgibbs@cooley.com

Douglas P. Lobel
(VA Bar No. 42329)
David A. Vogel
(VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Phone:  (703) 456-8000
Fax:  (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com

Sarah M. Lightdale
(NY Bar No. 4395661)
Lauren Gerber Lee
(NY Bar No. 4883500)
COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Phone:  (212) 479-6000
Fax:  (212) 479-6275
slightdale@cooley.com
lglee@cooley.com

William A. McNab
(MN Bar No. 320924)
David M. Aafedt
(MN Bar No. 27561X)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*