# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE FOR PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

Pursuant to Local Rule 7.1(f), the undersigned hereby certifies, as counsel for Lead Plaintiff, that this Memorandum Of Law In Opposition To Defendants' Motion To Dismiss was prepared in Microsoft Word 2016 using 13-point font.  The undersigned further certifies that pursuant to Local Rule 7.1(h), this Memorandum complies with the type-length limitation as there are 14,784 words in this Memorandum, according to Microsoft Word 2016's Word Count, including headings, footnotes, and quotations.

Dated:  October 12, 2018         Respectfully submitted,

*Michael D. Blatchley*

Michael D. Blatchley
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
michaelb@blbglaw.com