UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE FOR DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6) |

Pursuant to Local Rule 7.1(h), the undersigned hereby certifies, as counsel for Defendants, that this Reply Memorandum of Law in Support of Defendants' Motion to Dismiss Under Rule 12(b)(6) was prepared in Microsoft Word 2016 using 13-point font.

Pursuant to Local Rule 7.1(f), the undersigned further certifies that this Memorandum contains 5,899 words, according to Microsoft Word 2016's word count, including headings, footnotes, and quotations, which, when added to the 9,070 words in Defendants' opening brief, equals 14,969 total words, in compliance with the Court's August 24, 2018 Order, ECF No. 269.

Dated:  November 9, 2018

Respectfully submitted,

*/s/ Patrick E. Gibbs*

Patrick E. Gibbs
(CA Bar No. 183174)
COOLEY LLP

3175 Hanover Street
Palo Alto, California 94304
Phone: (650) 843-5000
Fax: (650) 849-7400
pgibbs@cooley.com

Douglas P. Lobel
(VA Bar No. 42329)
David A. Vogel
(VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Phone: (703) 456-8000
Fax: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com

Sarah M. Lightdale
(NY Bar No. 4395661)
Lauren Gerber Lee
(NY Bar No. 4883500)
COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 479-6000
Fax: (212) 479-6275
slightdale@cooley.com
lglee@cooley.com

William A. McNab
(MN Bar No. 320924)
David M. Aafedt
(MN Bar No. 27561X)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*