# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM) |

### DECLARATION OF PATRICK GIBBS IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECURITIES CLASS ACTION COMPLAINT

Patrick Gibbs makes the following declaration under 28 U.S.C. § 1746:

1. My name is Patrick Gibbs and I am a partner with the law firm of Cooley LLP. I am a member in good standing of the bars of California and Illinois.

2. I submit this Declaration in support of CenturyLink, Inc. ("CenturyLink"), Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey's Reply Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Securities Class Action Complaint.

3. I have personal knowledge of the documents attached to this Declaration and I declare that the attached documents are true and correct copies of the documents they purport to be.

4. Attached as Exhibits 28-34 are true and correct copies of the following documents:

1

EXHIBIT 28:   An additional excerpt of CenturyLink's Form 10-Q for the quarterly period ending on March 31, 2016, filed on May 5, 2016 with the Security Exchange Commission ("SEC")

EXHIBIT 29:   An excerpt of CenturyLink's presentation titled "4th Quarter & Full-Year 2013 Earnings Results" dated February 12, 2014, *available at* http://ir.centurylink.com/Cache/1001183410.PDF?O=PDF&T=&Y=&D=&FID=1001183410&iid=4057179

EXHIBIT 30:   An excerpt of CenturyLink's presentation titled "4th Quarter 2015 Earnings Results" dated February 10, 2016, *available at* http://ir.centurylink.com/Cache/1001206958.PDF?O=PDF&T=&Y=&D=&FID=1001206958&iid=4057179

EXHIBIT 31:   An excerpt of CenturyLink's presentation titled "4th Quarter and Full Year 2017 Results" dated February 14, 2018, *available at* http://ir.centurylink.com/Cache/1001232240.PDF?O=PDF&T=&Y=&D=&FID=1001232240&iid=4057179

EXHIBIT 32:   CenturyLink's Prospectus SEC Form 425, filed on June 22, 2017

EXHIBIT 33:   CenturyLink's "Analyst/Investor Day" Call Transcript dated June 24, 2015

EXHIBIT 34:   A copy of the graph in Paragraph 120 of the Complaint and a graph charting CenturyLink's Consumer Revenues Compared to Alleged FCC Cramming and Billing Complaints

Dated:  November 9, 2018                    Respectfully submitted,

                                            */s/ Patrick E. Gibbs*

                                            Patrick E. Gibbs
                                            (CA Bar No. 183174)
                                            COOLEY LLP
                                            3175 Hanover Street
                                            Palo Alto, California 94304
                                            Phone:  (650) 843-5000
                                            Fax:  (650) 849-7400
                                            pgibbs@cooley.com

Douglas P. Lobel
(VA Bar No. 42329)
David A. Vogel
(VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Phone:  (703) 456-8000
Fax:  (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com

Sarah M. Lightdale
 (NY Bar No. 4395661)
Lauren Gerber Lee
(NY Bar No. 4883500)
COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Phone:  (212) 479-6000
Fax:  (212) 479-6275
slightdale@cooley.com
lglee@cooley.com


William A. McNab
(MN Bar No. 320924)
David M. Aafedt
(MN Bar No. 27561X)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Phone:  (612) 604-6400
Fax:  (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*