# EXHIBIT 29



# 4th Quarter & Full-Year 2013 Earnings Results
February 12, 2014



# 4Q13 Financial Results & Guidance Overview

**Stewart Ewing**
Executive Vice President & Chief Financial Officer

# 4Q13 Highlights

- $4.54 billion in revenue
  - Total revenue declined 0.9% from 4Q12
  - Core revenue[1] of $4.11 billion, declined 0.4% from 4Q12
  - Strategic revenue of $2.3 billion, 5.4% annual increase from 4Q12

- Strong high-speed Internet and Prism subscriber growth

- Strong high bandwidth data services and hosting product sales among business customers

- $0.68 Adjusted Diluted EPS[2]

- Free cash flow[3] of $601 million (excl. special items and integration-related capital)

- 10.5 million shares repurchased for $331 million during 4Q13

| | |
|---|---:|
| **4Q13 Adjusted Diluted EPS, Guidance mid-point** | **$0.58** |
| Strategic revenue performance | 0.02 |
| Benefits/operating tax adjustments and other | 0.05 |
| Income tax accounting adjustments | 0.03 |
| **4Q13 Adjusted Diluted EPS, Actual** | **$0.68** |

[1] Core revenue defined as Strategic revenue plus Legacy revenue (excludes Data Integration and Other revenue)
[2] See supporting financial schedules available at ir.centurylink.com
[3] Free Cash Flow calculated as operating cash flow less cash paid for taxes, interest and capital expenditures, adjusted for other income/(expense), see supporting financial schedules.

12



# 4Q13 Revenue Drivers



**Year-over-year: 4Q13 vs. 4Q12**

► Strategic revenue growth driven by MPLS & Ethernet services, HSI, cloud & managed hosting and Prism™ TV

► Legacy revenue decline due to access line losses and lower access revenue

► Data integration and other revenue decreased primarily due to lower USF contribution rate

13



# Consumer

**Consumer - Operating Revenue**[1]
$ in millions



► Strategic revenue increased 7.7% from year-ago period driven by growth of broadband and Prism[TM] TV subscribers

► Legacy services revenue declined 8.4% in 4Q13 due to lower local and LD revenue

► Operating expenses were relatively flat from 4Q12 as lower employee-related costs offset higher Prism[TM] TV costs

(1) 4Q12 and 4Q13 revenue sum does not match Earnings Release or accompanying schedules due to exclusion of data integration revenue from this chart

14



# Q & A

