# Exhibit 34

**Exhibit 34**

Plaintiffs' Complaint includes the following graph, ¶120, which purports to compare CenturyLink Consumer Strategic Revenues with "FCC Cramming and Billing Complaints:"



The below graph replaces "Consumer Strategic Revenues" with "Consumer Revenues:"[1]



---

[1] The graph reflects Defendants' best efforts to reproduce Plaintiffs' symbolic representation of "FCC Cramming and Billing Complaints" in the Complaint; Plaintiffs do not allege precise numbers.