UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: | **NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)(6)** |
| Civil Action No. 18-296 (MJD/KMM) | |

PLEASE TAKE NOTICE that a hearing for the above-titled motion, filed August 31, 2018 (ECF No. 276), will take place June 7, 2019, at 9:30 a.m. local time, in Courtroom 13E at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415 before Judge Davis, in accordance with the directions received from the presiding Judge's courtroom deputy.

Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey will move the Court for an Order granting Defendant's Motion to Dismiss Under Rule 12(b)(6) (ECF No. 276).

Dated: February 4, 2019                Respectfully submitted,

                                        /s/ Patrick E. Gibbs

                                        Patrick E. Gibbs
                                        (CA Bar No. 183174)
                                        COOLEY LLP
                                        3175 Hanover Street
                                        Palo Alto, California 94304
                                        Phone: (650) 843-5000
                                        Fax: (650) 849-7400
                                        pgibbs@cooley.com

Douglas P. Lobel
(VA Bar No. 42329)
David A. Vogel
(VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Phone: (703) 456-8000
Fax: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com

Sarah M. Lightdale
 (NY Bar No. 4395661)
Lauren Gerber Lee
(NY Bar No. 4883500)
COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 479-6000
Fax: (212) 479-6275
slightdale@cooley.com
lglee@cooley.com

William A. McNab
(MN Bar No. 320924)
David M. Aafedt
(MN Bar No. 27561X)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*