# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTIONS HEARING

**COURT MINUTES**
BEFORE: Judge Michael J. Davis
U.S. District Judge

Re: CenturyLink Sales Practices and Securities Litigation

and

Benjamin Craig, et al,

             Plaintiff,

v

CenturyLink, Inc., et al,

             Defendants.

| | |
|---|---|
| Case Nos: | 17-md-2795 MJD/KMM |
| | 18-cv-296 MJD/KMM |
| Date: | June 7, 2019 |
| Courthouse: | Minneapolis |
| Courtroom: | 13E |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 8:03 a.m. |
| Time Concluded: | 9:53 a.m. |
| Time in Court: | 1 hour and 50 minutes |

Hearing on:
    **(17md2795) - MOTION to Dismiss [276]**
    **(18cv296) - MOTION to Dismiss [154]**

Status Update on:
    **(17md2795) -  MOTIONS to Intervene for the Limited Purposes of Moving to Compel Arbitration and Enforce Class-Action Waivers and to Join in Defendant CenturyLink, Inc.'s Motion for Temporary Stay of Discovery [80]**
    **MOTION to Compel Arbitration and Enforce Class-Action Waivers [122[**
    **MOTION to Dismiss [132]**

## APPEARANCES:

**For Plaintiffs (Securities):**

| | |
|---|---|
| Michael D. Blatchley | Bernstein Litowitz Berger & Grossmann LLP |
| Michael M Mathai | Bernstein Litowitz Berger & Grossmann LLP |
| Gregg Martin Fishbein | Lockridge Grindal Nauen PLLP |
| Keith Scott Dubanevich | Stoll Stoll Berne Lokting & Shlachter PC |
| Keil M Mueller | Stoll Stoll Berne Lokting & Shlachter PC |

**For Plaintiffs (Consumer Fraud):**

| | |
|---|---|
| Ling S. Wang | Gustafson Gluek PLLC |
| Ann T. Regan | Hellmuth & Johnson |
| Brian C Gudmundson | Zimmerman Reed, PLLP |

**For Defendants:**
    Douglas P Lobel         Cooley LLP
    Patrick E. Gibbs        Cooley LLP
    Sarah M. Lightdale     Cooley LLP
    Georgina Inglis         Cooley LLP
    William A McNab      Winthrop & Weinstine, PA

## PROCEEDINGS:

A status update was given regarding the tentative settlement of the consumer fraud portion of the case. A request to stay that portion of the case until mid-August so that negotiations can be concluded, was requested. The Court ordered that an update, signed by both partes, shall be electronically submitted every 30-45 days. Order to follow.

The motions were moved, argued and taken under advisement. Order to follow.

Date: June 7, 2019                                                    s/Gerri Rishel
                                                                   Courtroom Deputy to Judge Michael J. Davis