# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

MDL No. 17-2795 (MJD/KMM)

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that Julia K. Tebor of Bernstein Litowitz Berger & Grossmann LLP shall appear as counsel of record for Lead Plaintiff the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and named plaintiff Fernando Alberto Vildosola in this case.

Dated:  September 30, 2019

*/s/ Julia K. Tebor*
Julia K. Tebor
(NYS Bar No. 5119284)

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Julia.Tebor@blbglaw.com

*Counsel for Plaintiffs the State of Oregon, by
and through the Oregon State Treasurer and
the Oregon Public Employee Retirement
Board, on behalf of the Oregon Public
Employee Retirement Fund and Fernando
Alberto Vildosola and the Class*