# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION** | MDL No. 17-2795 (MJD/KMM)<br><br>**NOTICE OF APPEARANCE** |
| This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | |

The undersigned attorney hereby notifies the Court and counsel that Donald A. Migliori of Motley Rice LLC shall appear as additional counsel of record for plaintiffs and the Class in this case.

Dated: November 26, 2019   */s/ Donald A. Migliori*
Donald A. Migliori
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
dmigliori@motleyrice.com