# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION** | MDL No. 17-2795 (MJD/KMM) <br><br> **NOTICE OF WITHDRAWAL** |
| This Document Relates to: <br> Civil File No. 18-296 (MJD/KMM) | |

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), John P. Roy and James P. Roy hereby withdraw as counsel for KBC Asset Management NV. KBC Asset Management NV will continue to be represented by Gregg S. Levin, William H. Narwold, and Andrew P. Arnold of Motley Rice LLC.

DATED: November 26, 2019        **MOTLEY RICE LLC**

/s/ *Donald A, Migliori*
Donald A. Migliori
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:   (843) 216-9450
dmigliori@motleyrice.com