# Exhibit B

# Stoll Berne

## ABOUT STOLL BERNE

Since its inception in 1978, Stoll Berne has achieved extraordinary results for its clients in class actions and other types of investor, consumer and business litigation. The firm regularly represents clients in federal and state courts and has earned a reputation as a leading plaintiffs' class action firm in Oregon and elsewhere. The firm has represented investors in numerous securities fraud class actions, consumers in consumer protection class actions and antitrust cases, and employees in class actions involving wage and hour claims. The firm also has represented clients in class actions involving environmental claims and health care issues.

The firm also has represented clients, in most cases serving as lead or co-lead counsel, in many class action securities cases including:

- *Ciuffitelli et al v. Deloitte & Touche LLP et al.* (D. Or. 2016)
- *In re JPMorgan Chase & Co. Securities Litigation* (S.D.N.Y. 2012)
- *Louisiana Municipal Employees' Retirement System v. Bank of New York Mellon Corp.* (S.D.N.Y. 2011)
- *Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund v. Vestas Wind Systems A/S* (D. Or. 2011)
- *Zucco Partners, LLC v. Digimarc Corp.* (D. Or. 2004)
- *Central Laborers Pension Fund v. Merix Corp.* (D. Or. 2004)
- *In re Southern Pacific Funding Corp. Securities Litigation* (D. Or. 2001)
- *In re Assisted Living Concepts, Inc. Securities Litigation* (D. Or. 1999)
- *In re Louisiana-Pacific Corp. Securities Litigation* (D. Or. 1995)
- *In re Flir Systems, Inc. Securities Litigation* (D. Or. 1995)
- *Flecker v. Hollywood Entertainment Corp.* (D. Or. 1995)
- *Gordon v. Floating Point Systems, Inc.* (D. Or. 1989)

# Stoll Berne

In securities class actions, Stoll Berne won an $88 million jury verdict against an investment banking firm in *In re Melridge, Inc. Securities Litigation,* 87-1426-FR (D. Or. 1988) and a $7.2 million jury verdict against one of the Big Four accounting firms in *Barlean v. Black & Co.*, 9012-07865 (Mult. Co. Cir. Ct. 1992).

In addition to its trial successes, securities class action cases where the firm was lead or co-lead counsel resulted in substantial settlements in *Ciuffitelli et al v. Deloitte & Touche LLP et al.* -- $234.6 millon settlement (believed to be the largest settlement of a securities case in Oregon history); *In re JPMorgan Chase & Co. Securities Litigation* -- $150 million; *Louisiana Municipal Employees' Retirement System v. Bank of New York Mellon Corp.* -- $180 million; *In re Southern Pacific Funding Corp. Securities Litigation* -- $19.5 million; *In re Assisted Living Concepts, Inc. Securities Litigation* -- $43.5 million; *In re Louisiana-Pacific Corp. Securities Litigation* -- $65.1 million; and *Flecker v. Hollywood Entertainment Corp.* -- $15 million.

Stoll Berne has represented plaintiffs in many other types of class actions as well, including *Reynolds v. Hartford*, 01-1529-BR (D. Or.) (obtained an $85 million settlement as lead counsel in a nationwide Fair Credit Reporting Act class action); *Razilov v. Nationwide Mut. Ins. Co.*, 01-1466-BR (D. Or.) (obtained a $19 million settlement as lead counsel in another Fair Credit Reporting Act); *Craig v. Rite Aid,* 4:08-CV-02317 (M.D. Pa.) (represented Oregon class members in $20.9 million national settlement of overtime claims by Assistant Managers); *In Re: Farmers Insurance Exchange Claims Representatives' Overtime Pay Litig.*, MDL Docket Nos. 1439 A & (B) (D. Or.) (FLSA multi-district class action, member of Steering Committee and co-trial counsel in liability phase of 1439 A cases)*; Chehalem Physical Therapy, Inc. v. Coventry Health Care, Inc.*, 3:09-CV-320-HU (D. Or.) (obtained an $11.3 million settlement as lead counsel on behalf of healthcare providers in a breach of contract class action against the largest PPO in the country).

Lawyers at the firm are active in the community and have held leadership positions with the Federal Bar Association, Oregon Trial Lawyers Association, Multnomah Bar Association, and Oregon State Bar. The firm donates a fixed percentage of its gross revenues each year to charitable organizations and is one of the largest contributors to the Campaign for Equal Justice, which provides funding for legal services to low-income Oregonians. The firm's lawyers coach high school mock trial teams, donate their time to pro bono legal activities, including representing seniors, abused spouses, indigent clients and migrant workers, and are involved with community organizations such as Self Enhancement, Inc., Cycle Oregon, Stand for Children, CASA, Hands On Portland, and Oregon Food Bank.  Stoll Berne attorneys have been consistently recognized by their peers in numerous professional listings, including *Chambers USA: America's Leading Lawyers*, the *Best Lawyers in America*, *Benchmark Litigation Guide*, and *Oregon Super Lawyers.*

# Stoll Berne

## LAWYERS

**Lydia Anderson-Dana:**  Lydia is an associate in the litigation group. She received her law degree from the University of California, Berkeley, School of Law, where she was Senior Executive Editor of the California Law Review. Before joining Stoll Berne, Lydia clerked for the Ninth Circuit and the District of Oregon.

**Elizabeth Bailey:**  Elizabeth is an associate in the firm's litigation group where she focuses on complex litigation matters. Prior to joining Stoll Berne, Elizabeth served as a law clerk for the Western District of Washington as well as a judicial extern for the District of Oregon.

**Steven C. Berman:**  Steven's practice emphasizes business, employment and securities litigation. He has authored articles on employment litigation, competition and trade-secret matters, and also authored the chapter on Elections Law and Government Ethics in the Oregon State Bar's *2009 Oregon Legislation Highlights*.

**Cody Berne:**  Cody's practice focuses on representing investors who lost money because of fraud and other misconduct, class actions, and business litigation. Before joining Stoll Berne, Cody was a deputy district attorney with the Multnomah County District Attorney's Office and an associate with the Portland office of Miller Nash Graham & Dunn, LLP.

**Gary Berne:**  Gary represents clients in all types of business cases in federal and state courts. Many of his cases involve securities, shareholder, partnership, antitrust, consumer and employment claims, and class actions.  Along with his trial practice, he represents members of the securities industry in regulatory and compliance matters before the Securities and Exchange Commission (S.E.C.), Financial Industry Regulatory Authority (FINRA), and state agencies. Gary has been recognized as a leading business litigation lawyer in Oregon by *Chambers USA: America's Leading Lawyers for Business, Best Lawyers in America* and other publications.

**Andrew Davis:**  Andy concentrates his practice in the areas of commercial real estate including development, investment and finance. He advises clients in a wide range of commercial real estate transactions and matters, including the purchase and sale, development, investment, leasing, financing, management and ownership of commercial properties. Andy has made a number of presentations about real estate issues to both legal and real estate professional groups and has authored various publications for the Oregon State Bar.

**Timothy DeJong:**   Tim is a litigator emphasizing complex business, securities and intellectual property disputes. Tim has experience in litigation matters involving patent infringement, class actions, violations of state and federal securities statutes, construction defect, insurance coverage and employment-related disputes. Tim has been recognized by *Best Lawyers in America* and *Oregon Super Lawyers* (Top 50 list)*,* and *The Portland Business Journal* recognized him as among the "Best of the Bar" in the field of intellectual property.  Before joining Stoll Berne, Tim clerked for the Honorable Robert E. Jones (District of Oregon).

**Keith Dubanevich:**  Keith concentrates his practice in complex dispute resolution and has represented a wide variety of companies in arbitration and in litigation in more than a dozen different jurisdictions. He has extensive experience handling multi-state antitrust cases, consumer litigation and securities disputes. He was recently Associate Attorney General and Chief of Staff at the Oregon Department of Justice where he managed securities litigation on behalf of the state employee's pension fund, and supervised antitrust investigations and prosecutions.

# Stoll Berne

**Keith Ketterling:** Keith, one of the firm's managing shareholders, represents institutional and individual investors and brokerages in securities and financial fraud litigation and regulatory matters. He also handles matters involving trade secret and noncompetition litigation, and other complex business litigation. Keith brings a unique perspective to his cases, representing financial fraud victims, and in other instances, defending selected clients facing allegations of financial or securities fraud. Keith regularly arbitrates and mediates FINRA and other securities matters. Keith has been recognized in *Oregon Super Lawyers* and *Best Lawyers in America*.

**Steve Larson:** Steve is a trial lawyer who handles cases in state and federal courts, as well as before arbitration panels, emphasizing all types of complex business litigation. Steve has experience in class actions, securities litigation, corporate disputes, intellectual property disputes, unfair competition claims, and employment matters. He has appeared before the US Supreme Court, Ninth Circuit Court of Appeals, and the Oregon Court of Appeals.

**Benjamin Leedy:** Benjamin is a business and real estate attorney. His practice focuses on the areas of commercial real estate acquisitions and dispositions, real estate finance, leasing and real estate development.

**David Lokting:** David heads the firm's extensive business law and real estate practices. David represents clients in a wide range of business and real estate transactions, including forming business organizations (corporations, partnerships and limited liability companies), buying and selling businesses, equity buy-ins and buy-outs (including business "divorces"), development, acquisition, sale and financing of all types of commercial and investment real estate, structuring and completing forward and reverse Section 1031 exchanges, and representing developers and lenders in affordable housing projects.

**Keil Mueller:** Keil Mueller is a trial lawyer who represents corporate and individual clients in state and federal court, as well as in arbitration proceedings. Keil's practice focuses on complex business, securities and financial fraud litigation. He received his law degree, *cum laude,* from the New York University School of Law in 2005.

**Yoona Park:** Yoona Park is a litigation attorney who concentrates on complex business litigation, securities law, employment class actions, and employment litigation. She received her law degree, *cum laude,* from Lewis & Clark Law School in 2007.

**Joshua Ross:** Josh is one of the firm's managing shareholders. He concentrates on litigation, including complex business and securities issues. Josh received his law degree, *cum laude*, from Northwestern School of Law at Lewis and Clark in 2003. He joined the firm in 2005 after clerking for Hon. Rick Haselton of the Oregon Court of Appeals.

**Rob Shlachter:** Rob is a trial lawyer who handles cases in state and federal courts, as well as before arbitration panels, emphasizing all types of complex business litigation. Rob concentrates in intellectual property, unfair competition and commercial litigation. Recently, *The National Law Journal* selected Rob as one of the top ten litigators in Oregon, and *Chambers USA: America's Leading Lawyers* lists Rob as one of the top litigators.

**Jennifer Wagner:** Jen is a litigation attorney who practices in the areas of complex business, employment, securities, and class action litigation. She graduated first in her class, *magna cum laude*, in 2002 from Northwestern School of Law at Lewis and Clark College.