# Exhibit E

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>DECLARATION OF FERNANDO ALBERTO VILDOSOLA, AS TRUSTEE FOR THE AUFV TRUST U/A/D 02/19/2009, IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL |

I, Fernando Alberto Vildosola, declare:

1. I am trustee of the AUFV Trust U/A/D 02/19/2009 (the "Trust"), and am authorized to make this declaration. If called to testify, I could and would competently testify thereto to all facts within my personal knowledge.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3. The Trust purchased CenturyLink, Inc. ("CenturyLink") securities between March 1, 2013 and July 12, 2017 (the "Class Period") as set forth in prior pleadings, and suffered damages thereby when the price of CenturyLink securities declined following the corrective disclosures alleged in the Complaint.

1

4. The Trust did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

5. I understand that the Private Securities Litigation Reform Act of 1995 was intended to encourage investors with meaningful losses to direct securities class actions. I am committed to vigorously prosecuting this litigation and intend to obtain the largest recovery for the proposed class consistent with good faith and sound judgment.

6. I understand the duties of a class representative, including the responsibilities to review and approve court filings; to search for and provide documents and other information, as requested by counsel; to consider and approve, if appropriate, settlement proposals by defendants; to travel to, and appear, for a deposition; and to testify at trial in this case. I am willing to undertake each of these activities.

7. I understand that I owe a fiduciary duty to all members of the Class to provide fair and adequate representation, and to continue to work actively with Class counsel in order to prosecute this action in the interests of the Class members and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

8. I have diligently pursued the effective prosecution of this Action and actively monitored its progress, including by reviewing the Consolidated Securities Class Action Complaint in this matter and authorizing its filing by counsel, successfully opposing a motion to dismiss, assisting in discovery, and discussing case updates with counsel, and I am willing and able to fulfill all of the duties as a class representative.

9. I further understand that as a trustee and named plaintiff, it has been, and continues to be, my duty to supervise this litigation and Lead Counsel. Since I joined this case, I have been in consistent contact with my counsel and have received, reviewed and responded to communications and draft documents that I have been sent. I intend to continue to do so. I have also been consulted regarding decisions that potentially could affect the outcome of the case. Lead Counsel has kept me informed at all times concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I expect that this, too, will continue. It is my intention to continue to work with Lead Counsel to vigorously prosecute this case on behalf of the class and to provide fair and adequate representation consistent with good faith and sound judgment, including consulting with Lead Counsel on the status of the litigation, proposed case strategies and tactics, settlement negotiations, and other matters pertinent to overseeing the litigation. I accept and will diligently perform all such duties.

10. I am willing to serve as a representative party on behalf of the Class.

11. Neither I nor the Trust will accept any payment for serving as a representative party on behalf of the Class beyond the Trust's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

12. I seek the appointment of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and Stoll Stoll Berne Lokting & Shlachter P.C. ("Stoll Berne") as Class Counsel for the proposed Class based on their substantial experience and expertise in

prosecuting securities class actions. I believe that BLB&G and Stoll Berne possess the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of January, 2020.

Fernando Alberto Vildosola, Trustee for
AUFV Trust U/A/D 02/19/2009

4