UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7(a) Cody Berne of Stoll Stoll Berne Lokting & Shlachter PC, hereby withdraws as counsel of record for Lead Plaintiff the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and named plaintiff Fernando Alberto Vildosola in this case.

Lydia Anderson-Dana of the law firm Stoll Stoll Berne Lokting & Shlachter P.C. is hereby substituted as attorney of record for Lead Plaintiff the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and named plaintiff Fernando Alberto Vildosola, along with previously identified counsel from Stoll Stoll Berne Lokting & Shlachter P.C., Bernstein Litowitz Berger & Grossmann LLP, and Lockridge Grindal Nauen P.L.L.P.

DATED this 27th day of January, 2020.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Lydia Anderson-Dana
**Keith S. Dubanevich,** OSB No. 975200
**Timothy S. DeJong,** OSB No. 940662
**Keil M. Mueller,** OSB No. 085535
**Lydia Anderson-Dana,** OSB No. 166167

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:   (503) 227-6840
Email:       kdubanevich@stollberne.com
             tdejong@stollberne.com
             kmueller@stollberne.com
             landersondana@stollberne.com

1

*Special Assistant Attorneys General and Counsel for Plaintiff the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and Fernando Alberto Vildosola and the Class*