UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | **NOTICE OF APPEARANCE**<br><br>MDL No. 17-2795 (MJD/KMM) |

The undersigned attorney hereby notifies the Court and counsel that Bryan Koch shall appear as counsel of record for Defendant CenturyLink, Inc., Glen Post, Stewart Ewing, David Cole, Karen Puckett, Dean Douglas, and G. Clay Bailey in this case.

Date:  February 21, 2020                                                  Respectfully submitted,

*/s/ Bryan Koch*
Bryan Koch
(MA Bar No. 703577)
COOLEY LLP
500 Boylston Street
14th Floor
Boston, MA 02116
Telephone: (617) 937-2355
Facsimile: (617) 937-2400
bkoch@cooley.com

*Attorney for Defendant CenturyLink, Inc., Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*