UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | **NOTICE OF APPEARANCE**<br><br>MDL No. 17-2795 (MJD/KMM) |

The undersigned attorney hereby notifies the Court and counsel that Ryan Blair shall appear as counsel of record for Defendant CenturyLink, Inc., Glen Post, Stewart Ewing, David Cole, Karen Puckett, Dean Douglas, and G. Clay Bailey in this case.

Date:  February 21, 2020

Respectfully submitted,

*/s/ Ryan Blair*
Ryan Blair
(CA Bar No. 246724)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6047
Facsimile: (858) 550-6420
rblair@cooley.com

*Attorney for Defendant CenturyLink, Inc., Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*