UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | **NOTICE OF APPEARANCE**<br><br>MDL No. 17-2795 (MJD/KMM) |

The undersigned attorney hereby notifies the Court and counsel that Christopher L. Martin shall appear as counsel of record for Defendant CenturyLink, Inc., Glen Post, Stewart Ewing, David Cole, Karen Puckett, Dean Douglas, and G. Clay Bailey in this case.

Date:  February 21, 2020

Respectfully submitted,

*/s/ Christopher L. Martin*
Christopher L. Martin
(NY Bar No. 5241161)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6484
Facsimile: (212) 479-6275
cmartin@cooley.com

*Attorney for Defendant CenturyLink, Inc., Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*