# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

Benjamin Craig,

        Plaintiff(s),

v.

CenturyLink, Inc., et al.,

        Defendant(s).

**COURT MINUTES**

BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 18-cv-296-MJD-KMM |
| Date: | 2/24/20 |
| Location: | Telephonic |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:43 a.m. |
| Time in Court: | 43 Minutes |

APPEARANCES:

For Plaintiff:   Gregg M. Fishbein, Michael D. Blatchley, Timothy S. DeJong, Kyle M. Mueller
For Defendant:  Patrick E. Gibbs, Ryan Blair, Bryan M. Koch, Thomas H. Boyd

The Court held a status conference to discuss the progress of discovery.

*s/Kathy Thobe*
Judicial Assistant/Calendar Clerk