UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM) |

## **PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Pursuant to Federal Rules of Civil Procedure 37, Plaintiffs, the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009, by their counsel, hereby move this Court for an Order compelling: (i) production of documents previously produced to the Minnesota Attorney General in the response to the eight requests at issue in the Attorney General's Third Motion to Compel filed in the state court case, *State of Minnesota v. CenturyTel,* No. 02-CV-17-3488 (Minn. Dist. Ct., 10th Jud. Dist., Anoka Cty.); (ii) supplemental disclosures to Plaintiffs' Interrogatory No. 2 concerning the other state attorney general investigations into CenturyLink's billing misconduct; (iii) production of documents previously produced to other state attorneys general identified by the parties' agreed-upon search terms; and (iv) CenturyLink to include as a document custodian and conduct a search using agreed-upon search terms of its "Integrity Line" email address.

This Motion is based on this Notice of Motion, accompanying Memorandum of Law in Support of Plaintiffs' Motion to Compel Discovery, the Declaration of Michael D. Blatchley with supporting exhibits A to CC ("Blatchley Decl."), the papers and pleadings filed in this action, and such further argument and matters as may be offered at the time of hearing on this Motion.

Dated: February 25, 2020  Respectfully submitted,

*/s/ Michael D. Blatchley*
Michael D. Blatchley, NYS Bar No. 4747424
Michael M. Mathai, NYS Bar No. 5166319
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
michaelb@blbglaw.com
michael.mathai@blbglaw.com

Keith S. Dubanevich, OSB No. 975200
Timothy S. DeJong, OSB No. 940662
Keil M. Mueller, OSB No. 085535
Lydia Anderson-Dana, OSB No. 166167
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kdubanevich@stollberne.com
tdejong@stollberne.com
kmueller@stollberne.com
landersondana@stollberne.com

*Special Assistant Attorneys General and Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and*

2

*the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and Plaintiff Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009, and Lead Counsel for the Class*

Gregg M. Fishbein, MN No. 202009
Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044
Facsimile: (612) 339-0981
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Plaintiffs*