# Exhibit L

Electronically Served
6/26/2019 3:05 PM
Anoka County, MN

02-CV-17-3488

CASE 0:18-cv-00296-MJD-JFD   Doc. 213-5   Filed 02/25/20   Page 2 of 4

Filed in District Court
State of Minnesota
6/25/2019 1:06 PM

| | |
|---|---|
| STATE OF MINNESOTA<br>COUNTY OF ANOKA | DISTRICT COURT<br>TENTH JUDICIAL DISTRICT |
| State of Minnesota, by its Attorney General, Keith Ellison,<br>               Plaintiff,<br>v.<br>CenturyTel, Broadband Services, LLC, d/b/a CenturyLink Broadband, QuestBroadband Services, Inc., d/b/a CenturyLink; and Qwest Corporation, d/b/a CenturyLink QC,<br>               Defendant. | **ORDER ENFORCING PRIOR DISCOVERY ORDER & GRANTING SANCTIONS**<br><br>Court File No. 02-CV-17-3488 |

The above-entitled matter came before the Honorable Bethany A. Fountain Lindberg, Judge of District Court, at the Anoka County Courthouse in Anoka, Minnesota. On April 10, 2019, the parties appeared before the Court on Plaintiff's Motion for Sanctions. James Canaday, Esq. and Alex Baldwin, Esq., appeared on behalf of Plaintiff, State of Minnesota. David Aafedt, Esq. and Dana Moss, Esq. appeared on behalf of Defendants, CenturyTel, Broadband Services, LLC., et al. (hereinafter, "CenturyLink").

Based on the evidence presented, the arguments of counsel, and all of the files, records, and proceedings herein, the Court makes the following:

## FINDINGS OF FACT

1. By Judge Meslow's Order on Motions to Compel and for Attorney Fees dated July 23, 2018, the Court ordered CenturyLink to supplement its responses to Interrogatories and Document Requests "consistent with the methodologies it provided to the other state as set forth in Exhibit P to the Baldwin Affidavit …" (Meslow's Order, Memo at 10).

2. The State argues that CenturyLink has failed to comply with the Court's Order. CenturyLink argues it has complied and to the extent it has not it is because the additional information would not be beneficial to the fact finder.

3. CenturyLink has not complied with the Court's Order dated July 23, 2018.

## ORDER

1. Plaintiff's Motion for Sanctions and to compel enforcement of the Court's Order dated July 23, 2018, is GRANTED.

2. CenturyLink shall answer the State's Interrogatory Nos. 23 and 24 using the methodology used to answer State X's Interrogatory No. 50, as shown in Exhibit E attached to CenturyLink's January 20, 2017, Answer to Interrogatory No. 50, found at Dkt. #61, **within 30 days** from the date of this Order.

3. CenturyLink shall answer the State's Interrogatory Nos. 29, 30, 31, and 32 using the methodolgies used to answer state X's Interrogatory No. 39, as shown in CenturyLink's December 9, 2016, answer and the supplemental answer to State X's Interrogatory No. 39, found at Dkt. #61, **within 30 days** from the date of this Order.

4. The State is entitled to reasonable expenses incurred relative to this Motion.

5. The State shall submit an affidavit detailing reasonable expenses, including attorney fees, caused by CenturyLink's failure to obey the Court's Order dated July 23, 2018, within 30 days. Upon receipt of the State's affidavit, the Court will determine the proper monetary sanction. Should the State fail to file an affidavit, the Court will deem it to have waived the award of a financial sanction.

6. If CenturyLink fails to comply with this Court Order, the Court will consider additional sanctions against CenturyLink, including but not limited to evidentiary sanctions, adverse inferences, a judgment by default against CenturyLink, or additional monetary sanctions as provided by Minn. R. Civ. P. 37.02.

CTLMNSEC00020868

7. A copy of this Order shall be sent to the parties or their attorneys, if any, by U.S. Mail or e-service as appropriate. Such service shall constitute due and proper notice for all purposes.

BY THE COURT:

*Baflindberg*

Fountain Lindberg, Bethany (Anoka Judge)
2019.06.25 08:09:18 -05'00'

Bethany A. Fountain Lindberg
Judge of District Court

CTLMNSEC00020869