UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM) |

**LOCAL RULE 7.1 MEET-AND-CONFER STATEMENT REGARDING
<u>PLAINTIFFS' MOTION TO COMPEL DISCOVERY</u>**

I, Michael D. Blatchley, counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and named plaintiff Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009, certify that I met and conferred with counsel for Defendants Patrick E. Gibbs, Sarah M. Lightdale, Ryan E. Blair, Lauren G. Lee, Bryan Koch, and Christopher L. Martin concerning Plaintiffs' Motion to Compel ("Motion"). Specifically, the parties met and conferred telephonically on October 10, 2019, November 4, 2019, November 8, 2019, December 17, 2019, January 8, 2020, and February 20, 2020 concerning issues raised in the Motion. In addition, the parties exchanged written correspondence concerning the subjects at issue in the Motion, including the correspondence attached as exhibits to the concurrently-filed Declaration of Michael D. Blatchley.

As a result of the meet-and-confer process, the parties were able to resolve some issues, but were unable to agree on the issues that are the subject of Plaintiffs' present Motion.

| | |
|---|---|
| Dated: February 25, 2020 | Respectfully submitted, |

*/s/ Michael D. Blatchley*
Michael D. Blatchley, NYS Bar No. 4747424
Michael M. Mathai, NYS Bar No. 5166319
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
michaelb@blbglaw.com
michael.mathai@blbglaw.com

Keith S. Dubanevich, OSB No. 975200
Timothy S. DeJong, OSB No. 940662
Keil M. Mueller, OSB No. 085535
Lydia Anderson-Dana, OSB No. 166167
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kdubanevich@stollberne.com
tdejong@stollberne.com
kmueller@stollberne.com
landersondana@stollberne.com

*Special Assistant Attorneys General and Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and Plaintiff Fernando Alberto Vildosola, as trustee for the*

2

*AUFV Trust U/A/D 02/19/2009, and Lead Counsel for the Class*

Gregg M. Fishbein, MN No. 202009
Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044
Facsimile: (612) 339-0981
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Plaintiffs*