# Exhibit 8

1              UNITED STATES DISTRICT COURT

2                 DISTRICT OF MINNESOTA

3                       - - -

4    IN RE: CENTURYLINK SALES     )
     PRACTICES AND SECURITIES     )
5    LITIGATION                   )
                                  ) No. 17-2795 (MJD/KMM)
6    This Document Relates to:    )
     Civil File No. 18-296        )
7    (MJD/KMM)                    )
                                  )

8

9

10

11

12        DEPOSITION OF ALBERTO FERNANDO VILDOSOLA

13                 San Diego, California

14                Tuesday, March 3, 2020

15

16

17

18

19

20

21

22   Reported By:

23   MICHELLE K. BAILEY
     RPR, CSR No. 10713

24   Job No. 4000471

25   Pages 1 - 105

                                        Page 1

```
 1        A.  No.  It's right here on Google stock quotes.     12:17:40

 2        Q.  Okay.                                            12:17:45

 3        A.  Just put the symbols there, and as you know, it  12:17:46

 4   will show you everything during that day, and even two    12:17:50

 5   years, three years back, whatever.  It keeps              12:17:52

 6   accumulating.  I think Reuters, Reuters, the news wires.  12:17:56

 7   Reuters.  Sorry with my pronunciation.  It starts with    12:18:02

 8   an R.  Reuters, Reuters, whatever.                        12:18:06

 9        Q.  During the class period, did you review          12:18:09

10   CenturyLink's SEC filings?                                12:18:18

11        A.  No.                                              12:18:19

12        Q.  Do you receive any regular e-mails from any      12:18:19

13   list serve like Yahoo Finance or any other stock advice   12:18:25

14   subscription service?                                     12:18:34

15        A.  No.                                              12:18:34

16        Q.  Do you receive notifications about any of the    12:18:35

17   investments you hold by e-mail?                           12:18:42

18            MR. BLATCHLEY:  Objection; vague.                12:18:44

19            THE WITNESS:  No.                                12:18:47

20            MS. MUNLEY:  I think that's all the questions     12:18:53

21   we have.                                                  12:18:55

22            Do you have anything?                            12:18:56

23            MR. BLATCHLEY:  Yeah.  I think we're done as      12:18:57

24   well.                                                     12:18:58

25            Pass the witness.                                12:19:00
```

Page 101

# Exhibit 9

# CenturyLink Is Accused of Running a Wells Fargo-Like Scheme

**B** Bloomberg News Enterprise
Published: Jun 16 2017 13:50:11

News Story

By    Polly Mosendz and    Scott Moritz

(Bloomberg) --
A former CenturyLink Inc. employee claims she was fired for blowing the whistle on the telecommunications company's high-pressure sales culture that left customers paying millions of dollars for accounts they didn't request, according to a lawsuit filed this week in Arizona state superior court.

The company's shares fell the most in six weeks on the news, while the shares of merger partner Level 3 Communications Inc. also dropped sharply.

The plaintiff, Heidi Heiser, worked from her home for CenturyLink as a customer service and sales agent from August 2015 to October 2016. The suit claims she was fired days after notifying Chief Executive Officer Glen Post of the alleged scheme during a companywide question-and-answer session held on an internal message board.

The complaint alleges CenturyLink "allowed persons who had a personal incentive to add services or lines to customer accounts to falsely indicate on the CenturyLink system the approval by a customer of new lines or services." This would sometimes result in charges that hadn't been authorized by customers, according to the complaint.

CenturyLink, of Monroe, La., is in the midst of a $34 billion merger with Level 3 Communications Inc., whose CEO, Jeff Storey, will become chief of CenturyLink in 2019 as the company goes up against powerhouses such as AT&T Inc. in bidding for businesses' heavy internet traffic. CenturyLink, which provides communications and data services nationwide and offers hosting, cloud, and information technology services, booked $816 million in net income on $17.5 billion in sales last year.

Shares of CenturyLink closed down 4.6 percent at $25.72 after trading down about 7 percent earlier in the session, in their biggest intraday decline since May 4. Level 3 shares ended down 2.8 percent at $62.03. CFRA cut its recommendation on shares of CenturyLink to hold from buy.

CenturyLink "holds itself and its employees to the highest ethical standards" and has "an Integrity Line in place, 24 hours a day, seven days a week," Mark Molzen, a spokesman, said in a statement. "This employee did not make a report to the Integrity Line and our leadership team was not aware of this matter until the lawsuit was filed. We take these allegations seriously and are diligently investigating this matter."

**Bloomberg Law®**

©2018 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

PL_0003503

CenturyLink Is Accused of Running a Wells Fargo-Like Scheme

Heiser's complaint alleges that she became increasingly concerned about what she observed at CenturyLink after news of Wells Fargo & Co.'s regulatory troubles broke in September. In that case, Wells Fargo employees opened deposit and credit card accounts without customers' consent to earn incentives and meet sales goals. Without admitting wrongdoing, Wells Fargo ended up firing more than 5,000 employees and agreeing to pay $185 million in fines, in addition to compensating customers for fees related to the unauthorized accounts.

The complaint likens what Heiser said CenturyLink sales agents did to the Wells Fargo scandal and estimated the alleged unauthorized fees amounted to "many millions" of dollars. She says her concerns were bolstered by posts she had read on review websites.

A review of Yelp and Pissed Consumer finds evidence of irate customers. "They signed me up unauthorized," wrote Sierrah U. of Bend, Ore., on Yelp in February 2015. "I was talking to someone interested in signing up two weeks ago after realizing my modem was incapable I told the guy I didn't want to sign up and I would call back later if I was still interested, he got really upset hung up on me. Two weeks later I receive a bill! With a ton a fees, I don't even have internet with them!"

When a customer complained about an unauthorized charge, customer service and sales agents like Heiser were directed "to inform the complaining customer that CenturyLink's system indicated the customer had approved the service," according to the complaint, and as a result "it was really the customer's word against CenturyLink."

"CenturyLink is going to be in a world of hurt if this turns out to be true," said Roger Entner, an analyst with Recon Analytics.

Initially, Heiser told her direct superiors about her suspicions and was told in response to her complaints to "stay positive and not to mention her concerns again," according to the complaint. Heiser didn't report her concerns to the Federal Communications Commission or the Occupational Safety and Health Administration, a division of the U.S. Department of Labor.

Five months before she was fired, Heiser said, she experienced dropped calls with customers due to what the complaint described as a "malfunctioning system." She reported the issue repeatedly to superiors, according to the complaint. The dropped calls were allegedly cited by CenturyLink as the reason for her dismissal, which came two days after the question-and-answer session.

To lead the combined operations of CenturyLink and Level 3, activist investor Keith Meister's hedge fund, Corvex Management LLP, had sought a telecom veteran, prevailing with Storey's selection. (Meister says Corvex has built up a 5.5 percent stake in CenturyLink.) Still, Post, the current CEO, will stay on as executive chairman when Storey takes the helm.

Phone service giants such as AT&T Inc., Verizon Communications Inc., and Sprint have all settled cases in which third-party companies had been adding services to customers' phone bills without consent. These "cramming" issues typically involved $9.99 monthly charges for horoscopes and trivia games. That is different from a telephone company employee who may be looking to meet sales goals by creating false accounts or adding services to existing accounts without the subscriber's knowledge or consent.

T-Mobile U.S. Inc. was the subject of a critical report in December from a labor group called Change to Win Retail Initiatives that said the carrier put its sales staff under pressure to meet difficult sales goals. The pressure caused T-Mobile employees to force some customers to enroll in services they didn't necessarily

**Bloomberg Law**®

©2018 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

PL_0003504

CenturyLink Is Accused of Running a Wells Fargo-Like Scheme

want or authorize, according to the report. T-Mobile declined to comment on the allegation.

"When sales targets are unrealistic and employees' livelihoods are at stake, some people are going to take shortcuts," said Entner, the telecom analyst. "Companies have the responsibility to make sure the goals are realistic. You don't want to drive people to break the law."

To contact the authors of this story:
Polly Mosendz in New York at pmosendz@bloomberg.net
Scott Moritz in New York at smoritz6@bloomberg.net

To contact the editor responsible for this story:
Peter Jeffrey at pjeffrey@bloomberg.net
Aaron Rutkoff

**Bloomberg Law**®     ©2018 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service
// PAGE 3

PL_0003505

CenturyLink Is Accused of Running a Wells Fargo-Like Scheme

# Notes

No Notepad Content Found

©2018 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

PL_0003506

# Exhibit 10

# CenturyLink Faces Class-Action Lawsuit Seeking Up to $12 Billion

Published: Jun 19 2017 19:48:34

By Polly Mosendz

 (BNA) -- CenturyLink Inc., sued last week by a former employee for allegedly running a sales incentive scheme and firing her for drawing attention to it, is now the subject of a class-action complaint seeking damages as high as $12 billion.

The complaint, which comes as the Monroe, La., telecommunications company is in the midst of a $34 billion merger with Level 3 Communications Inc., seeks to establish a class of consumers harmed by an alleged high-pressure sales culture. Last week's self-proclaimed whistleblower, Heidi Heiser, claims such a culture left customers paying millions of dollars for accounts they didn't request.

The new lawsuit, filed in the central district of California late June 18, cites Heiser's suit, as well as similar accusations posted on social media and consumer review websites by people identifying themselves as CenturyLink customers, and accuses CenturyLink of fraud, unfair competition, and unjust enrichment.

"Ms. Heiser's allegations of what she observed, and what CenturyLink corporate culture encouraged, are consistent with the experiences of hundreds of thousands and potentially millions of consumers who have been defrauded by CenturyLink," the complaint states. "It is estimated that the damages to consumers could range between $600 million and $12 billion, based on CenturyLink's 5.9 million subscribers."

"The fact that a law firm is trying to leverage a wrongful termination suit into a putative class action lawsuit does not change our original position," Mark Molzen, a CenturyLink spokeman, said in a statement, adding that Heiser failed to report her allegations to the company's 24-hour Integrity Line. He said her claims "are completely inconsistent" with company policy and culture and that "we take these allegations seriously and are diligently investigating this matter."

## CenturyLink Accused of Fraud

Class actions are common after contentious allegations against large companies. Sunday's lawsuit was brought on behalf of the consumers by the Geragos & Geragos law firm, led by celebrity attorney Mark J. Geragos. Heiser didn't report her concerns to the Federal Communications Commission.

The named plaintiffs in the case are Craig McLeod and Steven L. McCauley, both current customers of CenturyLink. During a conversation in early April with a sales agent on CenurtyLink's website, McLeod, 65, was offered a faster internet link for an extra $2 a month with a two-year contract, and accepted, according to the complaint. He alleges he incurred considerably higher fees than quoted and was charged for a repair that never was made.

In an interview, McLeod, a semi-retired truck driver, said that in the area of Alabama where he lives, CenturyLink is the only hardwired internet provider available.

"I'm pretty much stuck with CenturyLink," he said. "I am seriously considering moving just because of them. The internet is that important to me."

On Friday, CenturyLink's shares fell the most in six weeks on the news of Heiser's suit, while the shares of merger partner Level 3 also dropped sharply. The merger will put CenturyLink up against powerhouses such as AT&T Inc. in bidding to provide communications services to businesses. CenturyLink, which provides data services nationwide, including hosting, cloud, and information technology services, booked $816 million in net income on $17.5 billion in sales last year.

Heiser's complaint alleges that Heiser became increasingly concerned about what she observed at CenturyLinkafter news of Wells Fargo & Co.'s regulatory troubles broke in September. In that case, Wells

**Bloomberg Law**®

©2018 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

PL_0003511

CenturyLink Faces Class-Action Lawsuit Seeking Up to $12 Billion

Fargo employees, to earn incentives and meet sales goals, opened deposit and credit card accounts without customers' consent. Without admitting wrongdoing, Wells Fargo ended up firing more than 5,000 employees and agreeing to pay $185 million in fines, in addition to compensating customers for fees related to the unauthorized accounts.

   -With Scott Moritz

   To contact the author of this story: Polly Mosendz in New York at pmosendz@bloomberg.net

   To contact the editor responsible for this story: Peter Jeffrey at pjeffrey@bloomberg.net

   ©2017 Bloomberg L.P. All rights reserved. Used with permission


To view the complete story, {BBLS DD PKA0M6W4B2T5<GO>}
Run {BNA<go>} to subscribe to Bloomberg BNA Law Reports.


The above story appeared in:
Daily Labor Report

©2018 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

PL_0003512

CenturyLink Faces Class-Action Lawsuit Seeking Up to $12 Billion

# Notes

No Notepad Content Found

**Bloomberg Law**®

©2018 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service
// PAGE 3

# Exhibit 11

# CenturyLink Sued by Minnesota Amid $12 Billion Class Action

Published: Jul 12 2017 17:18:19

News Story

By    Polly Mosendz and    Scott Moritz

(Bloomberg) --
CenturyLink Inc., already facing a $12 billion lawsuit alleging that consumers were saddled with costly unwanted services, now must deal with a complaint by Minnesota, the first state to sue the telecommunications company over its billing practices since the class action was filed.

The state attorney general's suit, filed Wednesday, accuses CenturyLink of consumer fraud and deceptive trade practices. "CenturyLink has regularly misquoted the price of its internet and television services to Minnesota consumers," it alleges. "In a response to a complaint from the Minnesota Attorney General's Office on behalf of a consumer, a CenturyLink employee stated that, of the sales recordings she reviews, 'maybe 1 out of 5 are quoted correctly or close enough.' "

"Shopping for internet and cable TV service isn't easy if companies don't give straight answers about the prices they will charge," Attorney General Lori Swanson said in a statement.

The complaint comes as the Monroe, La., company is in the midst of a $34 billion merger with Level 3 Communications Inc. that will put CenturyLink up against powerhouses such as AT&T Inc. in bidding to provide communications services to businesses.

"We have been cooperating with the Minnesota Attorney General's Office since its inquiry began and have provided all information requested," Mark Molzen, a CenturyLink spokesman, said in an e-mail. "We are disappointed that the Attorney General has chosen a press conference to communicate her concerns instead of contacting CenturyLink directly. We take these allegations seriously and will review and respond in due course."

Shares of CenturyLink closed down 3.2 percent, to $22.51, on the news.

The Minnesota attorney general's office received hundreds of complaints about billing from CenturyLink customers, Swanson said in a phone interview.

"We've been investigating for over a year," she said, first serving the company with a civil investigative demand. In one instance, her office asked CenturyLink for recordings of customer calls, and the company replied that they didn't exist, she said. She said she got them only after her office subpoenaed a third-party vendor that had custody of the recordings. According to the complaint, CenturyLink called the attorney

**Bloomberg Law**®

©2019 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Confidential

_highlight hlnumber=_0_ color=_1__CenturyLink__highlight_ Sued by Minnesota Amid $12 Billion Class Action

general's request for full price information "unduly burdensome."

"First and foremost, we want the company to stop doing what it's doing to people," Swanson said. "We would like to see injunctive relief so the company quotes accurate pricing. And, second, we want to see money back for people."

CenturyLink's Molzen said the company "produced a significant volume of documents and information, including audio tapes. We have kept an open line of communication with the [attorney general's] Office throughout the investigation. At no time did the Attorney General's Office suggest that CenturyLink was not providing information or responding adequately to the Office's requests."
The earlier suit, seeking class action status and damages as high as $12 billion, is making its way through the courts. It was brought by the Geragos & Geragos law firm, led by celebrity attorney Mark J. Geragos. Class actions are common after contentious allegations against large companies.

CenturyLink was accused of inappropriately charging customers by Heidi Heiser, a former employee who claims she was fired for whistleblowing and who sued the company in Arizona for wrongful termination in June. Her complaint alleged that CenturyLink "allowed persons who had a personal incentive to add services or lines to customer accounts to falsely indicate on the CenturyLink system the approval by a customer of new lines or services."

Additional cases have been filed in California, Oregon, Idaho, Colorado, Nevada, and Washington.

"We are proud to have exposed this massive fraud on consumers, which has unjustly enriched CenturyLink to the tune of billions of dollars nationwide," said Ben Meiselas, the attorney with Geragos & Geragos who represents plaintiffs in those cases and is seeking to have them treated as a class. "We applaud Attorney General Swanson and call on all Attorney Generals across the nation to protect its consumers against CenturyLink."

Of the class action complaint, CenturyLink's Molzen said last month, "The fact that a law firm is trying to leverage a wrongful termination suit into a putative class action lawsuit does not change our original position. He said Heiser failed to report her allegations to the company's 24-hour Integrity Line, that they are "are completely inconsistent" with company policy and culture, and that "we take these allegations seriously and are diligently investigating this matter."

Heiser didn't report her concerns to the Federal Communications Commission or other authorities.

CenturyLink, which provides data services nationwide, including hosting, cloud, and information technology services, booked $816 million in net income on $17.5 billion in sales last year.

(Updates with the company's additional comment in the 10th paragraph. )
To contact the authors of this story:
Polly Mosendz in New York at pmosendz@bloomberg.net
Scott Moritz in New York at smoritz6@bloomberg.net

To contact the editor responsible for this story:
Peter Jeffrey at pjeffrey@bloomberg.net

**Bloomberg Law**®

©2019 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Confidential

PL_0542836