# Exhibit 5

DEPARTMENT OF JUSTICE

STATE OF OREGON

IN THE MATTER OF:

CENTURYLINK, INC.,

        Respondent.

**CIVIL INVESTIGATIVE DEMAND**

TO:   CENTURYLINK, INC.
        931 14th Street, 9th Floor
        Denver, CO 80202

ATTN: Chris Sullivan, Senior Counsel, Denver, CO.

      Via Electronic Mail Only to: chris.sullivan@centurylink.com

GREETINGS:

      This INVESTIGATIVE DEMAND is issued pursuant to the provisions of Oregon Revised Statute (ORS) 646.618, because it appears that CenturyLink, Inc., has engaged in, is engaging in, or is about to engage in an act or practice declared to be unlawful by the Oregon Unlawful Trade Practices Act, ORS 646.605 *et seq.*, and/or rules issued pursuant to that Act, which may include, but is not limited to the following conduct:

      Causing the likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of real estate, goods or services (ORS 646.608(1)(b));

      Advertising real estate, goods or services with intent not to provide the real estate, goods or services as advertised, or with intent not to supply reasonably expectable

///

INVESTIGATIVE DEMAND / Page 1 of 5
DM8324572-v1

OREGON DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, OR 97301
PHONE: (503) 934-4400

Highly Confidential - Attorney's Eyes Only    CTLMNSEC00500894

1     public demand, unless the advertisement discloses a limitation of quantity (ORS
2     646.608(1)(i));
3     Making false or misleading representations concerning credit availability or the
4     nature of the transaction or obligation incurred (ORS 646.608(1)(k));
5     Representing that real estate, goods or services have sponsorship, approval,
6     characteristics, ingredients, uses, benefits, quantities or qualities that the real estate,
7     goods or services do not have or that a person has a sponsorship, approval, status,
8     qualification, affiliation, or connection that the person does not have (ORS
9     646.608(1)(e));
10    Representing that real estate, goods or services are of a particular standard, quality,
11    or grade, or that real estate or goods are of a particular style or model, if they are of
12    another (ORS 646.608(1)(g)); and
13    Making false or misleading representations of fact concerning the offering price of,
14    or the person's cost for real estate, goods or services (ORS 646.608(1)(s)).
15    **YOU ARE REQUIRED BY LAW TO APPEAR** at 2250 McGilChrist St SE, Salem,
16 Oregon 97302 on July 25, 2017 at 10:00 a.m., to testify and produce all documents/information
17 within your possession or control described in the attached EXHIBIT 1 of this
18 INVESTIGATIVE DEMAND.
19    **ALTERNATIVE TO PERSONAL APPEARANCE:** Your appearance as demanded
20 in this INVESTIGATIVE DEMAND can be fulfilled by mailing or shipping (to 1162 Court
21 Street NE, Salem, OR 97301) the requested documents to the attention of Andrew Shull,
22 Assistant Attorney General, at any time prior to the date and time for your appearance set forth
23 above by this INVESTIGATIVE DEMAND.
24    **NOTE: THESE DOCUMENTS ARE OR MAY BE PHYSICAL EVIDENCE**
25    THE OREGON CRIMINAL CODE PROVIDES AS FOLLOWS:
26    ORS 162.295 Tampering with Physical Evidence.

INVESTIGATIVE DEMAND / Page 2 of 5
DM8324572-v1

Highly Confidential - Attorney's Eyes Only     CTLMNSEC00500895

1  "(1)  A person commits the crime of tampering with physical evidence if, with intent that it be used, introduced, rejected or unavailable in an official proceeding
2  which is then pending or to the knowledge of such person is about to be instituted, the person:
3
4      (a)  Destroys, mutilates, alters, conceals or removes physical evidence, impairing its verity or availability; or
5      (b)  Knowingly makes, produces or offers any false physical evidence; or
6
7      (c)  Prevents the production of physical evidence by an act of force, intimidation or deception against any person.
8  "(2)  Tampering with physical evidence is a Class A misdemeanor."
9  Each violation of this law could lead to imprisonment of one year or a fine of $5,000 for
10  an individual, or a penalty of double the defendant's gain, or a fine of $5,000 for a corporation.

11  <u>INSTRUCTIONS</u>

12  The relevant time period for which documents are requested is **January 1, 2014 to the**
13  **present**.
14  In each instance in which a document is produced in response to a request, the current
15  edition should be produced together with all earlier editions, or predecessor documents serving
16  the same function during the relevant time period, even though the title of earlier documents
17  may differ from current versions.
18  The document request calls for all described documents in your possession, custody or
19  control without regard to the person or persons by whom or for whom the documents were
20  prepared (e.g., your company employees, distributors or dealers, competitors, or others).
21  The following procedures shall apply to the production, inspection and copying of
22  documents:
23      a.  The producing parties shall produce original, complete documents.
24      Documents shall be produced in the order that the documents are maintained in
25      the producing party's files, in original folders, with the folder's original file tabs.
26  / / /

INVESTIGATIVE DEMAND / Page 3 of 5
DM8324572-v1

OREGON DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, OR 97301
PHONE: (503) 934-4400

Highly Confidential - Attorney's Eyes Only    CTLMNSEC00500896

1       **True and exact copies of the original documents requested are acceptable**
2       **alternatives to producing original documents.**
3           b.    All attachments to responsive documents shall be produced attached to
4       the responsive documents.
5           c.    No portion of any documents will be masked and the entire document
6       shall be produced.
7           d.    The documents shall be produced at the location set forth or at such other
8       locations as counsel agrees.
9           e.    Documents shall be available on reasonable notice for inspection and
10     copying after initial production throughout the term of the investigation or
11     litigation. The documents shall be maintained in the order produced to the
12     requesting party.
13          f.    The producer shall label each group of documents in the following
14     manner: Response to Document Request No. 1; Response to Document Request
15     No. 2, etc., and attach the label to the corresponding documents.
16          g.    The producer will provide a key to all abbreviations used in the
17     documents. The key will be attached to the appropriate documents.

18                                         DEFINITIONS

19     "DOCUMENT" and/or "DOCUMENTS" mean all written, printed, typed, recorded or
20 graphic matter, photographic matter, sound reproductions, computer files, including electronic
21 mail, tapes, inputs or outputs, however produced or reproduced or in any other matter from
22 which information may be obtained, and drafts, non-identical copies, file folders and jackets in
23 which the documents are contained. Non-identical copies refer to reproductions of the original
24 document which have notations, markings, comments, or other material not appearing in the
25 original.
26 ///

INVESTIGATIVE DEMAND / Page 4 of 5
DM8324572-v1

                                          **OREGON DEPARTMENT OF JUSTICE**
                                              1162 Court Street NE
                                                  Salem, OR 97301
                                              PHONE: (503) 934-4400

Highly Confidential - Attorney's Eyes Only               CTLMNSEC00500897

1   "CORRESPONDENCE" means all letters, telegrams, notices, messages, or other written
2   communication or memoranda, electronic or otherwise, or other records of conversations,
3   meetings, conference or other oral communications.
4   "YOU" and/or "YOUR COMPANY" means CenturyLink, Inc., its merged, consolidated
5   or acquired predecessors, its divisions, units or subsidiaries, whether or not wholly owned, and
6   its present and former officers, directors, agents, representatives or employees of any of the
7   foregoing.

8                    DOCUMENTS/INFORMATION TO BE PRODUCED
9   See attached Exhibit 1, incorporated herein by this reference.

10                                  AUTHORITY
11  This demand may be enforced as provided in ORS 646.626.
12  **NOTICE**: Pursuant to ORS 646.626, should you fail to appear at 2250 McGilChrist St
13  SE, Salem, Oregon on July 25, 2017 at 10:00 a.m., or to respond by the alternate method listed,
14  as required by this INVESTIGATIVE DEMAND, the Oregon Department of Justice will
15  request a court order as soon thereafter as possible mandating your appearance and such other
16  relief as allowed in ORS 646.626.

17          Dated this 21st day of June, 2017.

18
19  _[signature]_
20  Andrew J. Shull
    Senior Assistant Attorney General
21  Civil Enforcement Division
    Oregon Department of Justice
22  1162 Court Street, NE
    Salem, OR 97301-4096
23  Phone: (503) 934-4400
    Fax: (503) 378-5017
24  Email: Andrew.shull@doj.state.or.us
25
26

INVESTIGATIVE DEMAND / Page 5 of 5
DM8324572-v1

OREGON DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, OR 97301
PHONE: (503) 934-4400

Highly Confidential - Attorney's Eyes Only                    CTLMNSEC00500898

EXHIBIT 1

**DOCUMENTS/INFORMATION TO BE PRODUCED**

Please certify all copies of documents to be true copies of originals. The relevant time period is January 1, 2014 to the present.

1. A spreadsheet containing the names and contact information for all former employees or agents/contractors of CenturyLink who communicated with, or otherwise serviced, Oregon consumers, including the former employee's job title and department.

2. Any and all audio recordings of customer service calls containing correspondence between CenturyLink, its representatives, agents, or affiliated entities, and Oregon residents where they have contacted CenturyLink about a complaint.

3. Any and all documents or correspondence between CenturyLink and any Oregon resident during the relevant time period concerning demands for refunds or credits related to CenturyLink's services.

4. A spreadsheet listing all Oregon consumers who have complained about CenturyLink's services, including address, telephone number, and email address, and the reasons for their respective complaints.

End Exhibit.

EXHIBIT 1 / Page 1 of 1

OREGON DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, OR 97301
PHONE: (503) 934-4400

Highly Confidential - Attorney's Eyes Only                    CTLMNSEC00500899