# Exhibit 7

DOCUMENT PRODUCED IN NATIVE FORMAT



EXHIBIT
View
21
8/5/20

Confidential                                                                                                     PL_0005123

| Fund | Fund Name | Security Long Name | CUSIP NUMBER | Transaction Category Name | Shares/Par Value | Base Unit Price | Base Net Amount | Trade Date | Contractual Settle Date | Settlement Location | Settlement Status | Broker Name | Broker Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 232,000 | 34.63 | 8,036.85 | 03/01/2013 | 03/06/2013 | DTC | Settled | ITG INC. | 00099 |
| 59BY | FUND CLOSED ON 06/09/2016 | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 140,000 | 35.34 | 4,944.42 | 03/05/2013 | 03/08/2013 | DTC | Settled | SANFORD C BERNSTEIN CO LLC | 00013 |
| 598D | PERS-BLACKROCK-FICORE | CENTURYLINK INC SR UNSECURED 04/20 5.625 | 156700AW6 | BUY | 130,000,000 | 101.00 | 131,300.00 | 03/18/2013 | 03/21/2013 | DTC | Settled | J.P. MORGAN SECURITIES LLC | 00187 |
| 59DA | FUND CLOSED ON 23/04/2015 | CENTURYLINK INC SR UNSECURED 04/20 5.625 | 156700AW6 | BUY | 2,420,000,000 | 100.00 | 2,420,000.00 | 03/18/2013 | 03/21/2013 | DTC | Settled | J.P. MORGAN SECURITIES LLC | 00187 |
| 598D | PERS-BLACKROCK-FICORE | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 1,550,000 | 35.24 | 54,665.25 | 04/03/2013 | 04/08/2013 | DTC | Settled | INSTINET | 06826 |
| 59BY | FUND CLOSED ON 06/09/2016 | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 5,850,000 | 36.56 | 213,733.74 | 04/15/2013 | 04/18/2013 | DTC | Settled | ITG INC. | 00099 |
| 59BY | FUND CLOSED ON 06/09/2016 | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 9,965,000 | 36.80 | 366,347.04 | 04/15/2013 | 04/18/2013 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 1,700,000 | 36.93 | 62,803.44 | 05/07/2013 | 05/10/2013 | DTC | Settled | ITG INC. | 00099 |
| 59DA | FUND CLOSED ON 23/04/2015 | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 1,650,000 | 37.66 | 62,186.03 | 05/10/2013 | 05/15/2013 | DTC | Settled | INSTINET | 06826 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 300,000 | 35.27 | 10,584.99 | 05/31/2013 | 06/05/2013 | DTC | Settled | ITG INC. | 00099 |
| 598D | PERS-BLACKROCK-FICORE | CENTURYLINK INC SR UNSECURED 04/20 5.625 | 156700AW6 | BUY | 1,485,000,000 | 101.25 | 1,521,892.97 | 06/05/2013 | 06/10/2013 | DTC | Settled | WELLS FARGO SECURITIES LLC | 00250 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 215,000 | 35.53 | 7,640.03 | 06/12/2013 | 06/17/2013 | DTC | Settled | ITG INC. | 00099 |
| 598D | PERS-BLACKROCK-FICORE | CENTURYLINK INC SR UNSECURED 04/20 5.625 | 156700AW6 | SELL | 2,470,000,000 | 103.50 | 2,591,184.38 | 06/18/2013 | 06/21/2013 | DTC | Settled | J.P. MORGAN SECURITIES LLC | 00187 |
| 598D | PERS-BLACKROCK-FICORE | CENTURYLINK INC SR UNSECURED 04/20 5.625 | 156700AW6 | SELL | 1,565,000,000 | 103.50 | 1,641,782.81 | 06/18/2013 | 06/21/2013 | DTC | Settled | WELLS FARGO SECURITIES LLC | 00250 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 3,700,000 | 35.30 | 130,655.88 | 07/01/2013 | 07/05/2013 | DTC | Settled | ITG INC. | 00099 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 125,000 | 35.78 | 4,474.00 | 07/11/2013 | 07/16/2013 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 300,000 | 35.71 | 10,716.00 | 07/18/2013 | 07/23/2013 | DTC | Settled | ITG INC. | 00099 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 71,000 | 34.12 | 2,423.23 | 08/12/2013 | 08/15/2013 | DTC | Settled | ITG INC. | 00099 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 63,000 | 33.09 | 2,085.30 | 08/29/2013 | 09/04/2013 | DTC | Settled | ITG INC. | 00099 |
| 59DA | FUND CLOSED ON 23/04/2015 | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 950,000 | 32.49 | 30,836.75 | 09/10/2013 | 09/13/2013 | DTC | Settled | INSTINET | 06826 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 4,000,000 | 31.12 | 124,531.60 | 10/04/2013 | 10/09/2013 | DTC | Settled | ITG INC. | 00099 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 2,000,000 | 33.07 | 66,128.44 | 10/10/2013 | 10/16/2013 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100,000 | 33.69 | 3,370.00 | 11/04/2013 | 11/07/2013 | DTC | Settled | ITG INC. | 00099 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100,000 | 31.94 | 3,195.00 | 11/07/2013 | 11/13/2013 | DTC | Settled | ITG INC. | 00099 |
| 59DA | FUND CLOSED ON 23/04/2015 | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 300,000 | 32.25 | 9,667.33 | 11/20/2013 | 11/25/2013 | DTC | Settled | INSTINET | 06826 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 500,000 | 30.23 | 15,118.00 | 12/03/2013 | 12/06/2013 | DTC | Settled | ITG INC. | 00099 |
| 59AU | PERS-TRANSITION DOM 2-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 6,650,000 | 30.73 | 204,354.50 | 12/16/2013 | 12/16/2013 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59DA | FUND CLOSED ON 23/04/2015 | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 6,650,000 | 30.73 | 204,354.50 | 12/16/2013 | 12/16/2013 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59AU | PERS-TRANSITION DOM 2-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 18,850,000 | 31.10 | 586,434.81 | 12/19/2013 | 12/24/2013 | DTC | Settled | UBS SECURITIES LLC | 00642 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 11,400,000 | 31.85 | 363,090.00 | 12/27/2013 | 12/27/2013 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 14,100,000 | 31.85 | 449,085.00 | 12/27/2013 | 12/27/2013 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59AU | PERS-TRANSITION DOM 2-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 14,100,000 | 31.85 | 449,085.00 | 12/27/2013 | 12/27/2013 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59AU | PERS-TRANSITION DOM 2-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 11,400,000 | 31.85 | 363,090.00 | 12/27/2013 | 12/27/2013 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 4,800,000 | 30.25 | 145,246.56 | 01/17/2014 | 01/23/2014 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100,000 | 28.16 | 2,817.00 | 02/06/2014 | 02/11/2014 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100,000 | 28.48 | 2,849.00 | 02/07/2014 | 02/12/2014 | DTC | Settled | ITG INC. | 00099 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 700,000 | 30.87 | 21,602.11 | 02/14/2014 | 02/20/2014 | DTC | Settled | ITG INC. | 00099 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 98,800,000 | 30.97 | 3,060,695.56 | 03/18/2014 | 03/21/2014 | DTC | Settled | SG AMERICAS SECURITIES LLC | 00286 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 200,000 | 32.47 | 6,490.85 | 03/27/2014 | 04/01/2014 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 100,000 | 32.63 | 3,261.92 | 03/28/2014 | 04/02/2014 | DTC | Settled | COWEN EXECUTION SERVICES LLC | 00100 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 100,000 | 32.64 | 3,262.42 | 03/28/2014 | 04/02/2014 | DTC | Settled | COWEN EXECUTION SERVICES LLC | 00100 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 900,000 | 33.49 | 30,128.27 | 04/11/2014 | 04/16/2014 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 40,610,000 | 36.87 | 1,497,595.28 | 05/13/2014 | 05/16/2014 | DTC | Settled | DEUTSCHE BANK SECURITIES INC | 00573 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 42,750,000 | 37.57 | 1,606,728.83 | 05/14/2014 | 05/19/2014 | DTC | Settled | DEUTSCHE BANK SECURITIES INC | 00573 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 13,440,000 | 37.84 | 508,658.30 | 05/15/2014 | 05/20/2014 | DTC | Settled | DEUTSCHE BANK SECURITIES INC | 00573 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 2,500,000 | 37.01 | 92,490.95 | 06/06/2014 | 06/11/2014 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 5,900,000 | 36.91 | 217,826.23 | 06/09/2014 | 06/12/2014 | DTC | Settled | COWEN EXECUTION SERVICES LLC | 00100 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 200,000 | 36.93 | 7,387.98 | 06/09/2014 | 06/12/2014 | DTC | Settled | COWEN EXECUTION SERVICES LLC | 00100 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 5,510,000 | 36.94 | 203,588.99 | 06/10/2014 | 06/13/2014 | DTC | Settled | LIQUIDNET INC | 50091 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 29,750,000 | 36.91 | 1,098,494.95 | 06/10/2014 | 06/13/2014 | DTC | Settled | SG AMERICAS SECURITIES LLC | 00286 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 28,140,000 | 36.51 | 1,027,692.50 | 06/11/2014 | 06/16/2014 | DTC | Settled | SG AMERICAS SECURITIES LLC | 00286 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 1,700,000 | 36.29 | 61,715.61 | 06/12/2014 | 06/17/2014 | DTC | Settled | SG AMERICAS SECURITIES LLC | 00286 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100,000 | 36.09 | 3,610.00 | 07/03/2014 | 07/09/2014 | DTC | Settled | ITG INC. | 00099 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 100,000 | 36.07 | 3,605.92 | 07/07/2014 | 07/10/2014 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 5,000,000 | 36.16 | 180,869.00 | 07/07/2014 | 07/10/2014 | DTC | Settled | ITG INC. | 00099 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 200,000 | 36.51 | 7,299.83 | 07/08/2014 | 07/11/2014 | DTC | Settled | ITG INC. | 00099 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100,000 | 37.29 | 3,730.00 | 07/22/2014 | 07/25/2014 | DTC | Settled | ITG INC. | 00099 |
| 59AU | PERS-TRANSITION DOM 2-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 49,728,000 | 39.73 | 1,976,101.21 | 10/21/2014 | 10/24/2014 | DTC | Settled | BOFA SECURITIES, INC. | 00161 |
| 59AU | PERS-TRANSITION DOM 2-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 21,313,000 | 40.12 | 855,262.98 | 10/22/2014 | 10/27/2014 | DTC | Settled | INVESTMENT TECHNOLOGY GROUP INC. | 06164 |

CTL Transactions

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59AU | PERS-TRANSITION DOM 2-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 71,041.000 | 41.03 | 2,914,812.23 | 10/29/2014 | 10/29/2014 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 71,041.000 | 41.03 | 2,914,812.23 | 10/29/2014 | 10/29/2014 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 200.000 | 41.69 | 8,340.00 | 10/29/2014 | 11/05/2014 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 4,100.000 | 39.69 | 162,768.45 | 10/31/2014 | 11/05/2014 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 200.000 | 41.31 | 8,259.81 | 11/10/2014 | 11/14/2014 | DTC | Settled | ITG INC. | 00099 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 139.000 | 39.77 | 5,530.00 | 12/01/2014 | 12/04/2014 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100.000 | 39.77 | 3,978.42 | 12/05/2014 | 12/10/2014 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 400.000 | 38.96 | 15,588.00 | 12/05/2014 | 12/10/2014 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 3,400.000 | 37.60 | 127,877.74 | 01/08/2015 | 01/13/2015 | DTC | Settled | ITG INC. | 00099 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100.000 | 36.92 | 3,692.98 | 01/29/2015 | 02/03/2015 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 200.000 | 36.93 | 7,387.98 | 01/30/2015 | 02/04/2015 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 200.000 | 35.19 | 7,040.00 | 02/24/2015 | 02/27/2015 | DTC | Settled | COWEN EXECUTION SERVICES LLC | 00100 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100.000 | 35.18 | 3,519.00 | 03/10/2015 | 03/13/2015 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100.000 | 35.28 | 3,529.00 | 03/12/2015 | 03/17/2015 | DTC | Settled | ITG INC. | 00099 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 12,680.000 | 34.88 | 442,438.17 | 03/17/2015 | 03/20/2015 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 5,000.000 | 34.68 | 173,427.00 | 05/06/2015 | 05/11/2015 | DTC | Settled | ITG INC. | 00099 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 2,400.000 | 32.91 | 79,019.04 | 06/02/2015 | 06/05/2015 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 300.000 | 32.39 | 9,720.00 | 06/05/2015 | 06/10/2015 | DTC | Settled | ITG INC. | 00099 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 90,413.000 | 32.35 | 2,925,827.97 | 06/05/2015 | 06/10/2015 | DTC | Settled | ITG INC. | 06826 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 37,286.000 | 32.78 | 1,222,525.91 | 06/12/2015 | 06/17/2015 | DTC | Settled | INSTINET | 06826 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100.000 | 32.25 | 3,226.00 | 06/15/2015 | 06/18/2015 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 8,400.000 | 29.52 | 248,026.80 | 07/01/2015 | 07/07/2015 | DTC | Settled | ITG INC. | 00099 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 66,620.000 | 29.87 | 1,988,903.49 | 07/08/2015 | 07/13/2015 | DTC | Settled | J.P. MORGAN SECURITIES LLC | 57079 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 27,590.000 | 29.56 | 815,283.29 | 07/15/2015 | 07/20/2015 | DTC | Settled | SG AMERICAS SECURITIES LLC | 00286 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 25,360.000 | 30.32 | 768,690.56 | 07/16/2015 | 07/21/2015 | DTC | Settled | SG AMERICAS SECURITIES LLC | 00286 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 17,890.000 | 29.26 | 523,322.96 | 07/17/2015 | 07/22/2015 | DTC | Settled | DEUTSCHE BANK SECURITIES INC | 00573 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 6,160.000 | 29.05 | 178,827.66 | 07/23/2015 | 07/28/2015 | DTC | Settled | LIQUIDNET INC | 50091 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 77,850.000 | 29.02 | 2,258,340.22 | 07/23/2015 | 07/28/2015 | DTC | Settled | DEUTSCHE BANK SECURITIES INC | 00573 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 28,780.000 | 28.28 | 813,330.84 | 07/24/2015 | 07/29/2015 | DTC | Settled | INSTINET | 06826 |
| 598W | PERS-AJO-USLCVA | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 10,450.000 | 28.08 | 293,275.94 | 07/27/2015 | 07/30/2015 | DTC | Settled | INSTINET | 06826 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 200.000 | 28.29 | 5,660.50 | 07/28/2015 | 07/31/2015 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 200.000 | 27.75 | 5,551.00 | 08/06/2015 | 08/11/2015 | DTC | Settled | ITG INC. | 00099 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 22,360.000 | 27.98 | 625,793.79 | 08/13/2015 | 08/18/2015 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 1,000.000 | 28.22 | 28,231.00 | 08/14/2015 | 08/19/2015 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 1,600.000 | 28.38 | 45,425.60 | 08/17/2015 | 08/20/2015 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 11,000.000 | 28.22 | 310,494.80 | 08/18/2015 | 08/21/2015 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 48,445.000 | 28.34 | 1,373,599.85 | 08/19/2015 | 08/24/2015 | DTC | Settled | INSTINET | 06826 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 16,508.000 | 28.01 | 462,493.08 | 08/20/2015 | 08/25/2015 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 8,439.000 | 27.38 | 231,175.44 | 08/21/2015 | 08/26/2015 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100.000 | 26.05 | 2,606.00 | 09/01/2015 | 09/04/2015 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 319.000 | 25.17 | 8,032.61 | 09/23/2015 | 09/28/2015 | DTC | Settled | ITG INC. | 00099 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 100.000 | 25.28 | 2,528.50 | 09/25/2015 | 09/30/2015 | DTC | Settled | PENSERRA SECURITIES | 63108 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 400.000 | 25.60 | 10,242.00 | 10/06/2015 | 10/09/2015 | DTC | Settled | ITG INC. | 00099 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 9,352.000 | 27.35 | 255,903.45 | 10/21/2015 | 10/26/2015 | DTC | Settled | INSTINET | 06826 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 16,931.000 | 28.00 | 474,252.55 | 10/23/2015 | 10/28/2015 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 13,300.000 | 27.09 | 360,428.67 | 11/25/2015 | 12/01/2015 | DTC | Settled | ITG INC. | 00099 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 3,700.000 | 26.49 | 98,061.10 | 12/10/2015 | 12/15/2015 | DTC | Settled | INSTINET | 06826 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 36,436.000 | 25.76 | 939,243.57 | 12/17/2015 | 12/22/2015 | DTC | Settled | ROSENBLATT SECURITIES LLC | 76774 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 500.000 | 26.96 | 13,474.75 | 02/05/2016 | 02/10/2016 | DTC | Settled | ITG INC. | 00099 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 305.000 | 24.87 | 7,588.40 | 02/10/2016 | 02/16/2016 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 20,200.000 | 31.61 | 638,752.28 | 03/21/2016 | 03/24/2016 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 14,466.000 | 30.50 | 441,356.21 | 05/03/2016 | 05/06/2016 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 2,200.000 | 28.89 | 63,580.00 | 05/05/2016 | 05/10/2016 | DTC | Settled | ICBCFS LLC | 00824 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 1,200.000 | 28.73 | 34,487.88 | 05/05/2016 | 05/10/2016 | DTC | Settled | ICBCFS LLC | 00824 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 1,051.000 | 28.47 | 29,933.11 | 05/11/2016 | 05/16/2016 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 29,034.000 | 28.40 | 824,934.34 | 05/12/2016 | 05/17/2016 | DTC | Settled | ITG INC. | 06826 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 8,733.000 | 28.39 | 247,968.30 | 05/13/2016 | 05/18/2016 | DTC | Settled | INSTINET | 06826 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 6,749.000 | 27.74 | 187,251.68 | 06/15/2016 | 06/20/2016 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 19,930.000 | 27.23 | 542,901.17 | 06/16/2016 | 06/21/2016 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 7,319.000 | 28.95 | 211,948.73 | 06/30/2016 | 07/06/2016 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |

CTL Transactions

| Code | Account | Security | ID | Side | Quantity | Price | Amount | Trade Date | Settle Date | Venue | Status | Broker | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 6,358.000 | 30.34 | 192,989.46 | 07/11/2016 | 07/14/2016 | DTC | Settled | INSTINET | 06826 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 16,300.000 | 30.78 | 502,009.03 | 07/12/2016 | 07/15/2016 | DTC | Settled | PERSHING LLC | 00443 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 336.000 | 30.41 | 10,222.26 | 07/19/2016 | 07/22/2016 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 1,845.000 | 30.30 | 55,929.15 | 07/20/2016 | 07/25/2016 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59HQ | PERS-DFA LCC-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 29,364.000 | 31.32 | 920,053.41 | 07/29/2016 | 08/03/2016 | DTC | Settled | VIRTU AMERICAS LLC | 00295 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 500.000 | 28.69 | 14,350.00 | 08/29/2016 | 09/01/2016 | DTC | Settled | ITG INC. | 00099 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 7,317.000 | 27.80 | 203,485.77 | 08/31/2016 | 09/06/2016 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 74,600.000 | 26.88 | 2,004,682.08 | 09/21/2016 | 09/26/2016 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 1,252.000 | 27.37 | 34,278.76 | 09/26/2016 | 09/29/2016 | DTC | Settled | ICBCFS LLC | 00824 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 292.000 | 27.35 | 7,988.16 | 09/26/2016 | 09/29/2016 | DTC | Settled | INSTINET LLC | 00067 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 322.000 | 27.42 | 8,833.46 | 09/29/2016 | 10/04/2016 | DTC | Settled | ITG INC. | 00099 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 43,603.000 | 27.43 | 1,196,030.29 | 10/03/2016 | 10/03/2016 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59GA | PERS-OST RAFI-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 43,603.000 | 27.43 | 1,196,030.29 | 10/03/2016 | 10/03/2016 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 147.000 | 28.16 | 4,140.26 | 10/21/2016 | 10/26/2016 | DTC | Settled | INSTINET LLC | 00067 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 500.000 | 24.27 | 12,139.50 | 11/14/2016 | 11/17/2016 | DTC | Settled | ITG INC. | 00099 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 320.000 | 25.31 | 8,102.40 | 11/21/2016 | 11/25/2016 | DTC | Settled | ITG INC. | 00099 |
| 595V | PERS-TRANS MGR INTL-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 14,353.000 | 24.43 | 350,643.79 | 12/13/2016 | 12/14/2016 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 595V | PERS-TRANS MGR INTL-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 205,492.000 | 23.77 | 4,885,675.05 | 12/15/2016 | 12/20/2016 | DTC | Settled | GOLDMAN SACHS + CO LLC | 00005 |
| 595V | PERS-TRANS MGR INTL-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 219,845.000 | 24.03 | 5,282,875.35 | 12/29/2016 | 12/29/2016 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 595V | PERS-TRANS MGR INTL-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 219,845.000 | 24.03 | 5,282,875.35 | 12/29/2016 | 12/29/2016 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 59IE | PERS-LACM-GLOWVOL | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 2,002.000 | 26.02 | 52,074.28 | 02/01/2017 | 02/06/2017 | DTC | Settled | MORGAN STANLEY CO INCORPORATED | 00050 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 5,600.000 | 25.05 | 140,336.00 | 02/06/2017 | 02/09/2017 | DTC | Settled | ITG INC. | 00099 |
| 59IE | PERS-LACM-GLOWVOL | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 69,583.000 | 24.38 | 1,695,867.72 | 02/08/2017 | 02/13/2017 | DTC | Settled | MORGAN STANLEY CO INCORPORATED | 00050 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 800.000 | 24.49 | 19,598.00 | 02/09/2017 | 02/14/2017 | DTC | Settled | INSTINET LLC | 00067 |
| 59IE | PERS-LACM-GLOWVOL | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 46,033.000 | 24.52 | 1,128,262.63 | 02/14/2017 | 02/17/2017 | DTC | Settled | INSTINET | 06826 |
| 595V | PERS-TRANS MGR INTL-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 4,121.000 | 24.28 | 100,057.88 | 02/17/2017 | 02/23/2017 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 595V | PERS-TRANS MGR INTL-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 1,236.000 | 24.54 | 30,320.63 | 02/21/2017 | 02/24/2017 | DTC | Settled | DEUTSCHE BANK SECURITIES INC | 00573 |
| 595V | PERS-TRANS MGR INTL-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 2,885.000 | 24.81 | 71,548.74 | 02/22/2017 | 02/27/2017 | DTC | Settled | UBS SECURITIES LLC | 00642 |
| 59IE | PERS-LACM-GLOWVOL | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 61,600.000 | 22.92 | 1,411,453.13 | 03/07/2017 | 03/10/2017 | DTC | Settled | INSTINET | 06826 |
| 59IE | PERS-LACM-GLOWVOL | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 10,156.000 | 22.70 | 230,464.06 | 03/09/2017 | 03/14/2017 | DTC | Settled | JEFFERIES + COMPANY INC | 00019 |
| 59IE | PERS-LACM-GLOWVOL | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 30,471.000 | 23.10 | 703,675.83 | 03/10/2017 | 03/15/2017 | DTC | Settled | INVESTMENT TECHNOLOGY GROUP INC. | 06164 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 1,100.000 | 22.46 | 24,717.00 | 03/27/2017 | 03/30/2017 | DTC | Settled | ITG INC. | 00099 |
| 595V | PERS-TRANS MGR INTL-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 15,128.000 | 25.12 | 380,015.36 | 04/13/2017 | 04/17/2017 | DTC | Settled | ASSET TRANSFER AT MARKET NON CASH | 92674 |
| 595V | PERS-TRANS MGR INTL-TRANSN | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 15,128.000 | 25.22 | 381,339.82 | 04/19/2017 | 04/24/2017 | DTC | Settled | BOFA SECURITIES, INC. | 00161 |
| 59BZ | PERS-KKR CREDIT-FIXBIG | CENTURYLINK INC ESCROW LLC TERM LOAN B | 15670BAB8 | CANCEL | (3,607,240.000) | 99.50 | (3,589,203.80) | 05/19/2017 | 05/19/2018 | OTH | Settled | BANK OF AMERICA | 20955 |
| 59BZ | PERS-KKR CREDIT-FIXBIG | CENTURYLINK INC ESCROW LLC TERM LOAN B | 15670BAB8 | BUY | 3,607,240.000 | 99.50 | 3,589,203.80 | 05/19/2017 | 05/19/2018 | OTH | Settled | BANK OF AMERICA | 20955 |
| 59BZ | PERS-KKR CREDIT-FIXBIG | CENTURYLINK INC ESCROW LLC TERM LOAN B | 15670BAB8 | BUY | 3,607,240.000 | 99.50 | 3,589,203.80 | 05/19/2017 | 06/26/2017 | OTH | Settled | BANK OF AMERICA | 20955 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | SELL | 700.000 | 25.97 | 18,170.13 | 06/08/2017 | 06/13/2017 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 700.000 | 23.02 | 16,121.00 | 07/17/2017 | 07/20/2017 | DTC | Settled | ITG INC. | 00099 |
| 59DY | PERS-OST S&P 500 INDEX-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 900.000 | 19.29 | 17,370.00 | 08/21/2017 | 08/24/2017 | DTC | Settled | ITG INC. | 00099 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 315.000 | 20.46 | 6,446.54 | 08/30/2017 | 09/05/2017 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 600.000 | 19.77 | 11,868.00 | 08/31/2017 | 09/06/2017 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |
| 59GX | PERS-OST RISK PREMIA-USLCCO | CENTURYLINK INC COMMON STOCK USD1.0 | 156700106 | BUY | 239.000 | 18.33 | 4,382.52 | 09/18/2017 | 09/20/2017 | DTC | Settled | BARCLAYS CAPITAL INC./LE | 00229 |