UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>Civil Action No. 18-cv-00296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lauren Gerber Lee is no longer associated with Cooley LLP and should be removed from the Court's service list with respect to the above-referenced action. Ms. Lee is hereby withdrawn as counsel for Defendants. Cooley LLP, through the undersigned counsel of record, continues to serve as counsel for Defendants.

Dated: March 31, 2020

Respectfully submitted,

By: /s/ Patrick Gibbs
Patrick Gibbs (CA Bar. No. 183174)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel.: (650) 843-5535
Fax: (650) 849-7400
pgibbs@cooley.com

*Attorney for Defendants*
*CenturyLink, Inc., Glen F. Post, III,*
*R. Stewart Ewing, Jr., David D. Cole,*
*Karen Puckett, Dean J. Douglas, and G.*
*Clay Bailey*