# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| Benjamin Craig, et al., | **COURT MINUTES** |
| | BEFORE: Kate Menendez |
| Plaintiff(s), | U.S. Magistrate Judge |
| v. | |
| | Case No: 18-cv-296-MJD-KMM |
| CenturyLink, Inc., et al., | Date: 4/6/20 |
| | Location: Telephonic |
| Defendant(s). | Time Commenced: 10:00 a.m. |
| | Time Concluded: 10:35 a.m. |
| | Time in Court: 35 Minutes |

APPEARANCES:

For Plaintiff:   Gregg M. Fishbein, Michael D. Blatchley, Lydia Anderson-Dana
For Defendant:   Patrick E. Gibbs, Ryan Blair, Bryan M. Koch, Thomas H. Boyd

The Court held a telephonic status conference to discuss several matters related to the progress of discovery and the need to adjust the deadlines in the current scheduling order due to the global COVID-19 pandemic. The Court is encouraged by the cooperation counsel are displaying in this litigation.

*s/Kathy Thobe*
Judicial Assistant/Calendar Clerk