UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: Civil File No. 18-296 (MJD/KMM) | |

**ORDER APPROVING JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULING AND CASE MANAGEMENT ORDER**

Having considered the Parties' Joint Stipulation Regarding Modification of the Scheduling and Case Management Order in this matter,

**IT IS HEREBY ORDERED**:

The Parties' Joint Stipulation for modification of the October 16, 2019 Scheduling and Case Management Order is **GRANTED**;

The deadline to complete the substantial production of documents is July 1, 2020; and

The deadline to produce all privilege logs is August 1, 2020.

IT IS SO ORDERED.

Dated: _____          _____
                                        Katherine Menendez
                                        United States Magistrate Judge

19047793v1