UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | |

**ORDER APPROVING JOINT STIPULATION REGARDING
MODIFICATION OF THE SCHEDULING AND CASE MANAGEMENT ORDER**

Having considered the Parties' Joint Stipulation Regarding Modification of the Scheduling and Case Management Order in this matter (ECF No. 233),

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation for modification of the October 16, 2019 Scheduling and Case Management Order is **GRANTED** as follows:

1. The deadline to complete the substantial production of documents is July 1, 2020; and

2. The deadline to produce all privilege logs is August 1, 2020.

IT IS SO ORDERED.

Date: April 10, 2020

s/ *Katherine Menendez*
Katherine Menendez
United States Magistrate Judge