UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE FOR DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITON TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY |

Defendants hereby certify that the accompanying Memorandum of Law in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Discovery complies with Local Rule 7.1(f).  I further certify that Microsoft Word 2016 was used to prepare the Memorandum and when applied specifically to include all text, including headings, footnotes and quotations, generated a word count of 6,169 in 13-point Times New Roman font, in accordance with Local Rule 7.1(h).

Date:  March 4, 2020

Respectfully submitted,

*/s/ William A. McNab*
William A. McNab, MN Bar No. 320924
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

Thomas H. Boyd, MN Bar No. 0200517
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500

225 South Sixth Street
Minneapolis, MN 55402

Patrick E. Gibbs, CA Bar No. 183174
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5535
Facsimile: (650) 618-0387
pgibbs@cooley.com

Sarah M. Lightdale, NYS Bar No. 4395661
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6374
Facsimile: (212) 479-6275
slightdale@cooley.com

Douglas P. Lobel, VA Bar No. 42329
David A. Vogel, VA Bar No. 48971
Dana A. Moss, VA Bar No. 80095
COOLEY LLP
One Freedom Square / Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com
dmoss@cooley.com

Ryan Blair
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6047
Facsimile: (858) 527-2750
rblair@cooley.com

Jerry W. Blackwell (MN Bar No. 186867)
BLACKWELL BURKE P.A.
431 South 7th Street, Suite 2500

2

Minneapolis, MN 55415
Tel: (612) 343-3200
Fax: (612) 343-3205
blackwell@blackwellburke.com

*Counsel for Defendants*