**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION**<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | **MDL No. 17-2795 (MJD/KMM)**<br><br>**DECLARATION OF DANA J. MOSS IN SUPPORT OF DEFENDANTS' MEMORDADUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

I, Dana J. Moss, hereby declare as follows:

1. My name is Dana J. Moss and I am a Partner with the law firm of Cooley LLP. I am a member in good standing of the bars of Virginia and Washington D.C.

2. I submit this Declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Discovery filed in the above captioned matter.

3. I have personal knowledge of the facts set forth in this Declaration.

4. As part of serving as counsel to CenturyLink Defendants ("CenturyLink"), I am aware of

5. I also served as counsel to CenturyLink in *State of Minnesota v. CenturyTel Broadband Services LLC*, No. 02-CV-17-3488 (Minn. Dist. Ct., 10th Jud. Dist., Anoka Cty.) ("MNAG Action").

6. The parties in the MNAG Action filed their Rule 26.06(c) Discovery Plan on October 6, 2017.

7. [REDACTED]

8. The State of Minnesota, by its Attorney General ("MNAG") [REDACTED]

9. [REDACTED]

10. [REDACTED]

11. [REDACTED]

12. [REDACTED]:

- 3 -

████████████████████████████████████████

██████████████████████████████ **Exhibit 1**.

13. Counsel for CenturyLink ████████████████████

████████████████████████████████████████

██████████████████████████████

14. ████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████

████████ **Exhibit 2**.

15. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████ **Exhibit 3**.

16. ██████████████████████████████

████████████████████████████████████████

████████████████████████

17. ████████████████████████████████

████████████████████████████

- 3 -

18. [redacted]

19. Plaintiffs suggest that CenturyLink [redacted] *See* Plaintiffs' Memo. of Law in Supp. of Their Mot. to Compel Discovery at p. 10 and Plaintiffs' Ex. U [redacted] **Exhibit 4**.

20. [redacted]

21. [redacted].

CASE 0:18-cv-00296-MJD-JFD Doc. 244 Filed 03/04/20 Page 5 of 6

22.

23.

24.

25.

26.

27.

28. [redacted]

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed this 4th day of March 2020, in Washington, D.C.

*s/ Dana J. Moss*
Dana J. Moss