# Exhibit U

**Filed Under Seal Pursuant to Protective Order dated October 16, 2019 (ECF No. 464)**

Message

| | |
|---|---|
| **From:** | Martin, Jennifer M [/O=CTL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENNIFER.M.MARTIN] |
| **Sent:** | 5/6/2015 12:48:33 PM |
| **To:** | Christian, Lorna [/O=CTL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lorna.Christian] |
| **CC:** | Beson, Donna [/O=CTL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Donna.Beson] |
| **Subject:** | RE: Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS |

==Yup…that is exactly what I was remembering. It was a gap closure so we could start billing BBCR on more customers to we could get more $$. ☺==

**From:** Christian, Lorna
**Sent:** Wednesday, May 06, 2015 10:18 AM
**To:** Christian, Lorna; Martin, Jennifer M
**Cc:** Beson, Donna
**Subject:** RE: Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS

Actually we did have this documented

- Qualifying Price for Life Plans: D20802, D20803, D30602, D30603, D30604, D30606, D30616, D30617, D30618, D30619, D30720, D40608, D40609, D40610, D40611, D40612, D40613, D40616, D40617, D40618, D00092, D00093
- Qualifying Price Lock Plans: D80034, D80040, D80044, D41044, D80045, D80048, D80049, D80050

**Note: Effective 2/1/2014, new Price Lock Promotions will not qualify for the ICRF credit. Customers who agree to the Price for Life plan on or after this date will not receive the credit.**

**From:** Christian, Lorna
**Sent:** Wednesday, May 06, 2015 8:07 AM
**To:** Martin, Jennifer M
**Cc:** Beson, Donna
**Subject:** RE: Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS

I am sure Donna can confirm but I thought when we launch this it was only the PL plans that we had in play at the time were excluded, as new PL plans were built they were not excluded. At least I know as we have built new like the 3 YPL we never did add them to the exception rules for this offer. I believe it was discussed and we were told that they wouldn't be an exception.

Looking at the audit report that is what I am seeing is exception on for consumer

**From:** Martin, Jennifer M
**Sent:** Tuesday, May 05, 2015 5:09 PM
**To:** Christian, Lorna; Willard, Teresa S
**Cc:** Tannehill, Tom N; Gaines, Becky T; Mount, Fran L; Desimone, Carlo J; Beson, Donna
**Subject:** RE: Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS

Hey Guys…after much digging (lost my dang emails summer of last year!) I found that in July of 2013 we made a change to exclude F and G from BBCR.

Baldwin Aff. Exhibit 48    Page 1079

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CTLMNAG0220119
CTLMNSEC00015392

So…exclusions for BBCR would be:

C8RBB should NOT apply to the following MUI's:

- C(with RMKR QWB)-Wholesale
- D-Wholesale
- I-Information Providers
- N-network
- O-Internal Communication services
- P-Wholesale
- R-Wholesale
- V-Wholesale
- F-Federal Gov't
- G-Gov't and Education Services

- Business accounts with more than 100 lines.
- Business accounts on exclusion list from field
- Excludes Price for Life and Price Lock customers (identified by DIS FID)  (Donna…can you please verify…I know we starting applying one of the surcharges to Price Lock as a gap closure…was it BBCR?)
- Bulk HOA accounts
- ACQB accounts

---

**From:** Christian, Lorna
**Sent:** Tuesday, May 05, 2015 12:22 PM
**To:** Willard, Teresa S; Martin, Jennifer M
**Cc:** Tannehill, Tom N; Gaines, Becky T; Mount, Fran L; Desimone, Carlo J; Beson, Donna
**Subject:** RE: Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS

Thanks that does help

---

**From:** Willard, Teresa S
**Sent:** Tuesday, May 05, 2015 8:56 AM
**To:** Martin, Jennifer M; Christian, Lorna
**Cc:** Tannehill, Tom N; Gaines, Becky T; Mount, Fran L; Desimone, Carlo J; Beson, Donna
**Subject:** RE: Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS

Jennifer and Lorna,

Tom updated the data with the Market Unit in it.

Thanks,
Teresa

---

**From:** Martin, Jennifer M
**Sent:** Monday, May 04, 2015 10:53 PM
**To:** Christian, Lorna; Willard, Teresa S
**Cc:** Tannehill, Tom N; Gaines, Becky T; Mount, Fran L; Desimone, Carlo J; Beson, Donna
**Subject:** RE: Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS

I have from original requirements that Fed and GE were included.  Donna I don't recall getting a request to remove Fed and GES.

**Baldwin Aff. Exhibit 48     Page 1080**

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CTLMNAG0220120
CTLMNSEC00015393

We need to be careful with any type of clean up as one of the asks/requirements was a list of accounts not to apply the charge to at time of spin. This allowed the regions to ID high profile accounts and not have the charge apply. It was an input file provided for exclusion at time of spin.

- C8RBB should apply to the following MUI's:
    - S-small bus
    - L-Large bus
    - F-Federal Gov't
    - G-Gov't and Education Services
    - U-Unknown
    - H-Consumer
    - C (without RMKR QWB—provided by BTN list)-Wholesale
- C8RBB should NOT apply to the following MUI's:
    - C(with RMKR QWB)-Wholesale
    - D-Wholesale
    - I-Information Providers
    - N-network
    - O-Internal Communication services
    - P-Wholesale
    - R-Wholesale
    - V-Wholesale

---

**From:** Christian, Lorna
**Sent:** Monday, May 04, 2015 4:47 PM
**To:** Willard, Teresa S
**Cc:** Tannehill, Tom N; Gaines, Becky T; Mount, Fran L; Desimone, Carlo J; Martin, Jennifer M; Beson, Donna
**Subject:** RE: Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS

There is a conflict in the document in one areas it says they are Exemption/Excluded which means they would not need to have the UE7BB exception added to the account they MCN would be used to excluded

But then just below that as you noticed as well they are included in the list that should be billed. From what I can remember and what I see they should be excluded which is why we have so many on the list that don't have the fee or the exception USOC.

However its been awhile since we built these requirements and I know things change and others get looped into to make the changes.

Carlo, Jennifer, Donna are any of you aware of changes on the ICRB since we implemented in 2013 if Federal and GES service should be included in the charge?

If yes changes were made we will need to talk about getting the charges to the account
If no then we need to fix the process to remove them from the bullet list (I am hopeful this is just a mistake)

Lorna

---

**From:** Willard, Teresa S
**Sent:** Monday, May 04, 2015 1:25 PM
**To:** Christian, Lorna

Baldwin Aff. Exhibit 48        Page 1081

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CTLMNAG0220121
CTLMNSEC00015394

**Cc:** Tannehill, Tom N; Gaines, Becky T; Mount, Fran L
**Subject:** RE: Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS

Thanks Lorna, and no problem with the timing.

In the document, I noticed the following that list Federal and GES customers:

### Internet Cost Recovery Fee Exemption/Exclusion Process

For business customers, the Internet Cost Recovery Fee/AKA Broadband Cost Recovery Fee will start billing to customer accounts on Friday, July 19th, 2013. Most business customers will be accessed his fee with these exceptions:

- Qualifying Price for Life Plans: D20802, D20803, D30602, D30603, D30604, D30606, D30616, D30617, D30618, D30619, D30720, D40608, D40609, D40610, D40611, D40612, D40613, D40616, D40617, D40618, D00092, and D00093. **NOTE:** If a customer drops a Price for Life Plan, and do not qualify under a diferrent criteria, the charge will be applied.
- Qualifying Price Lock Plans: D80034, D80040, D80044, D41044, D80045, D80048, D80049, and D80050. **NOTE:** At the end of the Price Lock Plan period, customers who do not enter into a new Price Lock Plan and do not qualify under a diferrent criteria will be charged the fee.
- Customers who are on an AQCB contract. **NOTE:** At the end of the Contract term, customers who do not enter into an AQCB contract and do not qualify under a diferrent criteria will be charged the fee.
- Federal Customers
- GES customers
- Wholesale Customers/Resellers
- Customers with 100 or more qualifying services within a single billing system (CRIS or Ensemble).

Then further down where Federal and Gov't are included:

### Customers Subject to The Fee

The following MCN customer types will be subject to this fee:

- S - Small bus
- L - Large bus
- F - Federal Gov't
- G - Gov't and Education Services
- U - Unknown
- H - Consumer
- C (without RMKR QWB—provided by BTN list)-Wholesale

Basically, Wholesale, Resale and VISP customers are exempted.

So I wasn't sure if the Federal and Gov't customers should receive the fees.

Thanks,
Teresa

---

**From:** Christian, Lorna
**Sent:** Monday, May 04, 2015 3:19 PM
**To:** Willard, Teresa S; Mount, Fran L
**Cc:** Tannehill, Tom N; Gaines, Becky T
**Subject:** RE: Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS

Here is the process document for ICRF please read though the exceptions rules that were put in place in when this charge was created 2013 at this time there have been no changes to these rules.

After reviewing the rules I need to verify if government and federal were exempt from the charge, any of the accounts I have looked at fall into that category which is the reason no charge was added.

We are testing for the may release so it will be at least the end of the week before we have information.

Lorna

---

**From:** Willard, Teresa S
**Sent:** Monday, May 04, 2015 8:07 AM
**To:** Christian, Lorna; Mount, Fran L
**Cc:** Tannehill, Tom N; Gaines, Becky T
**Subject:** Broadband Cost Recovery Fee (Internet Cost Recovery Fee) - CRIS

Lorna and Fran,

We are taking a look at the BBCR fee in CRIS data.

Tom has identified some customers that my need to have the fee but it appears that they are not billing.

Could you help us spot check the data to make sure that they are not billing the internet cost recovery fee, and also help us with any valid reasons these should have an exemption from the fee? If you see things we are missing, we can work on our process of how we are identifying them.

If you aren't the appropriate folks to help us on this, let me know if you know who we should be working with.

Thank you for your help,
Teresa

---

**From:** Tannehill, Tom N
**Sent:** Monday, May 04, 2015 9:27 AM
**To:** Willard, Teresa S
**Subject:** Broadband Cost Recovery CRIS

Teresa,

Attached is the initial file of CRIS BTNs that I think may need to have the BBCR fee added. The data was for the month of March, so I will be re-running the data this week. But I wanted to get the initial file over to some of the parties to see if I need to modify any of my logic before I re-run. In the initial file there were apprx 1.5K BTNs that appeared to have an issue.

Tom Tannehill
Revenue Assurance
(318) 362-1751

Baldwin Aff. Exhibit 48     Page 1083

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CTLMNAG0220123
CTLMNSEC00015396