# Exhibit V

**Filed Under Seal Pursuant to
Protective Order dated October 16, 2019
(ECF No. 464)**

| | |
|---|---|
| **From:** | Smith, Andrew J |
| **Sent:** | Wednesday, February 13, 2013 9:45 AM |
| **To:** | Roos, Isaac D; Travis, Maura P |
| **Subject:** | FW: Price for Life REVISED NUMBERS L Q CONSUMER |
| **Attachments:** | pfl_revised.xls |
| **Importance:** | High |

**From:** Mccain, Mike G
**Sent:** Wednesday, February 13, 2013 11:45 AM
**To:** Smith, Andrew J
**Subject:** FW: Price for Life REVISED NUMBERS L Q CONSUMER
**Importance:** High

**From:** Bock, Lisa J
**Sent:** Wednesday, February 13, 2013 11:43 AM
**To:** Mccain, Mike G; Burkhardt, Ron S
**Cc:** Martin, Jennifer M
**Subject:** Price for Life REVISED NUMBERS L Q CONSUMER
**Importance:** High

| | |
|---|---|
| total | 2966232 |
| price lock | 513225 |
| pfl | 479473 |
| none | 1973534 |

**From:** Mccain, Mike G
**Sent:** Wednesday, February 13, 2013 10:37 AM
**To:** Bock, Lisa J
**Subject:** RE: Price for Life

Perfect! Thanks!

**From:** Bock, Lisa J
**Sent:** Wednesday, February 13, 2013 10:37 AM
**To:** Mccain, Mike G; Burkhardt, Ron S
**Subject:** RE: Price for Life

Q Consumer

| | |
|---|---|
| total | 5004830 |

1

**Baldwin Aff. Exhibit 47     Page 1073**

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
CTLMNAG0240822
CTLMNSEC00015386

| | |
|---|---:|
| price lock | 1072525 |
| price for life | 768188 |
| none | 3164117 |

Attaching revised excel

**From:** Mccain, Mike G
**Sent:** Wednesday, February 13, 2013 10:31 AM
**To:** Burkhardt, Ron S; Bock, Lisa J
**Subject:** RE: Price for Life

I'm still waiting to get those numbers....

**From:** Burkhardt, Ron S
**Sent:** Wednesday, February 13, 2013 10:31 AM
**To:** Bock, Lisa J; Mccain, Mike G
**Subject:** RE: Price for Life

Mike,
How close is this to the numbers you already had?


Ron Burkhardt
Product Operations - Reporting Architecture

CenturyLink
5454 West 110th Street
Mailstop: KSOPKJ0402
Overland Park, KS 66211-1204
Phone: 913-345-6125

**From:** Bock, Lisa J
**Sent:** Wednesday, February 13, 2013 10:30 AM
**To:** Mccain, Mike G; Burkhardt, Ron S
**Subject:** RE: Price for Life

5004830 is all customers with the GRL EHU EHX for consumer (so all HIS customers) in Q

I am putting in the dis fid description on the excel spreadsheet right now so you can sort by price lock or price for life

**From:** Mccain, Mike G
**Sent:** Wednesday, February 13, 2013 10:27 AM
**To:** Bock, Lisa J; Burkhardt, Ron S
**Subject:** RE: Price for Life

Please help me understand where the 5,004,830 number would go? Is that residential price lock only in Q?

2

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CTLMNAG0240823
CTLMNSEC00015387

For Q:
How many broadband customers do we have?
- Bus: By SOHO vs. Enterprise
- Res: Total broadband lines

Of both categories, how many are price lock, price for life, regular

For CenturyTel:
How many broadband customers do we have by legacy company?
- Bus: By SOHO vs. Enterprise if at all possible
- Res: Total broadband lines
- How many are Madison River by each segment

Of both categories, how many are price lock, price for life, regular

At this point, I don't need the raw data, I just need counts.

---

**From:** Bock, Lisa J
**Sent:** Wednesday, February 13, 2013 10:20 AM
**To:** Burkhardt, Ron S
**Cc:** Mccain, Mike G
**Subject:** RE: Price for Life

Consumer cris counts by account.

---

**From:** Burkhardt, Ron S
**Sent:** Wednesday, February 13, 2013 8:42 AM
**To:** Bock, Lisa J
**Cc:** Mccain, Mike G
**Subject:** FW: Price for Life
**Importance:** High

Lisa,

He needs the numbers asap can you look at the L-Q ones to see if you can get the totals?


Ron Burkhardt
Product Operations – Reporting Architecture

CenturyLink
5454 West 110th Street
Mailstop: KSOPKJ0402
Overland Park, KS 66211-1204
Phone: 913-345-6125

---

**From:** Mccain, Mike G
**Sent:** Wednesday, February 13, 2013 8:36 AM
**To:** Burkhardt, Ron S
**Subject:** RE: Price for Life
**Importance:** High

3

Baldwin Aff. Exhibit 47     Page 1075

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CTLMNAG0240824
CTLMNSEC00015388

Ron,

I'm sorry, but I really need help with the data. It looks like Rich is out this morning, and I really need to have the numbers ASAP.

For Q:
How many broadband customers do we have?
- Bus: By SOHO vs. Enterprise
- Res: Total broadband lines

Of both categories, how many are price lock, price for life, regular

For CenturyTel:
How many broadband customers do we have by legacy company?
- Bus: By SOHO vs. Enterprise if at all possible
- Res: Total broadband lines
- How many are Madison River by each segment

Of both categories, how many are price lock, price for life, regular

At this point, I don't need the raw data, I just need counts.

---

**From:** Burkhardt, Ron S
**Sent:** Tuesday, February 12, 2013 5:45 PM
**To:** Christian, Lorna; Martin, Jennifer M; Bock, Lisa J
**Cc:** Mccain, Mike G; Swartwood, Rich
**Subject:** RE: Price for Life

Lisa,

Here are the rest of the codes for the P4L

Ron Burkhardt
Product Operations – Reporting Architecture

CenturyLink
5454 West 110th Street
Mailstop: KSOPKJ0402
Overland Park, KS 66211-1204
Phone: 913-345-6125

---

**From:** Christian, Lorna
**Sent:** Tuesday, February 12, 2013 5:44 PM
**To:** Martin, Jennifer M

4

Baldwin Aff. Exhibit 47      Page 1076

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CTLMNAG0240825
CTLMNSEC00015389

**Cc:** Burkhardt, Ron S; Mccain, Mike G
**Subject:** RE: Price for Life

Yes – I have this Term Commitment Document I updated the numbers in May last year and have the P4L plans tagged with * or ** HSI Consumer Term Commitments we have a few we should pull down we have no customer on them.

Here are the actual P4L

| D20802** | 2-year term w/Price for Life |
|---|---|
| D20803** | 2yr P4L Employee Discount |
| D30602* | 2-year term - 3rd Quarter 2006 |
| D30603* | New 24-mo term EMPLOYEE RATE |
| D30604* | 2-Yr Term Com-3Q06 Loyalty ALT ISP AZ/NE 1.5 & 640 are P4L all other speeds not P4L |
| D30605* | 2-Yr Term Com-3Q06 Save ALTISP AZ/NE EMP 1.5 & 640 are P4L all other speeds not P4L |
| D30606* | AOL Term HSI (only tier 2 1.5M is P4L) |
| D30616* | 2-year term - 3rd Quarter 2006 |
| D30617* | New 24-mo term EMPLOYEE RATE |
| D30618* | 2-Yr Term Com-3Q06 Loyalty ALT ISP only 1.5 & 640 are P4L all other speeds not P4L |
| D30619* | 2-Yr Term Com-3Q06 ALT ISP EMP   only 1.5 & 640 are P4L all other speeds not P4L |
| D40608** | 2-year term w/Price for Life |
| D40609** | 2yr P4L Employee Discount |
| D40610** | 2-year term w/Price for Life |
| D40611** | 2-Yr Term Com w/Price for Life 4Q06-1Q08 ALT ISP EMP 2/24/08 |
| D40612** | 2-year term w/Price for Life |
| D40613** | 2-year term w/Price for Life employee |
| D40616** | 2-year term w/Price for Life |
| D40617** | 2-Yr Term Com 4Q06-1Q08w/Price for Life ALT ISP AZ/NE EMP |
| D40618** | 2-Yr Term Com 4Q06-1Q08w/Price for Life ALT ISP AZ/NE |
| D40619** | 2yr P4L Employee Discount |

**From:** Martin, Jennifer M
**Sent:** Tuesday, February 12, 2013 1:33 PM
**To:** Christian, Lorna
**Cc:** Burkhardt, Ron S; Mccain, Mike G
**Subject:** Price for Life
**Importance:** High

Hey Lorna-
    Segment is looking to size what money we could make (gap closure) by adding a new surcharge/fee.  We have it in Ensemble today...it is called Broadband Cost Recovery fee.  It is $0.99 monthly recurring charge that applies to all hsi customers.

Clearly we cannot apply to the embedded base 5yr PL, 3yr PL, 2yr PL or P4L.  Segment is looking to size...can you provide the P4L DIS that we need to exclude (they scare me!).

5yr PL:  D80034, D80040, D80044 D41044
3yr PL:  D80045, D80048

5

Baldwin Aff. Exhibit 47    Page 1077

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CTLMNAG0240826
CTLMNSEC00015390

2yr PL: D80049

Thanks!

Jennifer Martin
Product Operations
CenturyLink
Office 261
625 Cherry Street, Columbia, MO 65201
Office: 573-886-3383
Fax: 573-442-3280
Email: jennifer.m.martin@centurylink.com

6

**Baldwin Aff. Exhibit 47     Page 1078**

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

CTLMNAG0240827
CTLMNSEC00015391