# Exhibit W

**Filed Under Seal Pursuant to
Protective Order dated October 16, 2019
(ECF No. 464)**

---

**Message**

| | |
|---|---|
| **From**: | Moreau, Maxine L [/O=CTL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MAXINE.MOREAU] |
| **Sent**: | 8/20/2017 6:36:34 PM |
| **To**: | Cole, David [/O=CTL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=David.d.cole] |
| **Subject**: | Fwd: CX Preso and word doc |
| **Attachments**: | Consumer_2015to2017CX_BoardDeck_Master_v13.pptx; ATT00001.htm; Consumer_2015to2017CX_BoardDeck_Master_v13.pdf; ATT00002.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "Hemphill, John W" <John.Hemphill@centurylink.com>
> **To:** "Moreau, Maxine L" <Maxine.Moreau@centurylink.com>, "Gibson, Wesley R" <wes.gibson@centurylink.com>
> **Subject: RE: CX Preso and word doc**
>
> Maxine,
>
> Please use version 13. I had found a mistake and corrected.
>
> John
>
> ---
>
> **From:** Hemphill, John W
> **Sent:** Sunday, August 20, 2017 5:36 PM
> **To:** Moreau, Maxine L <Maxine.Moreau@centurylink.com>; Gibson, Wesley R <wes.gibson@centurylink.com>
> **Subject:** CX Preso and word doc
>
> Maxine,
>
> Attached is the CX preso and the word doc (the bible). I am still working on talking points for these slides. Will send those when complete. At the end of the preso is a section of slides we created and discarded, combined, etc.
>
> John
>
> ### John Hemphill
> Consumer Markets | Chief of Staff
> 100 CenturyLink Drive, Monroe, LA, 71203
> Mailstop: (3SW733)
> tel: 318.362.1849 cell: 318.801.5254
> john.hemphill@centurylink.com

CONFIDENTIAL



CTLMNSEC00913463



# Impacts to Customer Experience

CenturyLink

2

Highly Confidential/Disclose and distribute only to CenturyLink Finance and Business Unit employees, contractors and authorized outside parties with a valid need to know.



CONFIDENTIAL

CTLMNSEC00913465

## Offer Complexity



### 2015

- Marketed lowest price PRISM by removing items such as HD/DVR/set-top box
- Temporary/workaround solutions for fast go-to-market
- 120+ different offers

### 2016

- Unit pressures spurred additional promotions
  - Low Priced Offers which attracted low quality customers
- Launched unlimited closers via ORKO tool

### 2017

- Simplified Offer with removal of promotional pricing
- Improved speed mix on new sales & migrations
- Increasing rep productivity with automated handbook (IBM Watson) & unified CRM

Offer complexity created by *a desire to promote lowest price point* and *system limitations* drove complexity to frontline teams and customers

Highly Confidential/Disclose and distribute only to CenturyLink Finance and Business Unit employees, contractors and authorized outside parties with a valid need to know.

CTLMNSEC00913466



CONFIDENTIAL

CTLMNSEC00913467



# 2017 – Customer-Centric Improvements

CenturyLink

**People:**
- End-to-end Consumer Leader
- Unified Organization w/ specific CX targets
- Increased Training
- Clear Accountability

**Process:**
- Quality Assurance
- Customer Feedback Loop
- Social Media
- Performance Management

**Product:**
- Profitability First, Units Second
- Broadband First Approach
- Simplified Pricing, Billing and Speed Tiers: Price for Life

**Technology:**
- Salesforce.com
- IBM Watson
- CLICK / Max
- Digital Experience

Highly Confidential/Disclose and distribute only to CenturyLink Finance and Business Unit employees, contractors and authorized outside parties with a valid need to know.

# Billing Simplification After Price for Life Changes

CenturyLink®

- **Bill Before Price for Life**

3 pages of detail

### Details of Your CenturyLink Packaged Services

Service Period: MAR 01 - MAR 31

| | |
|---|---|
| **Home Phone II** | |
| Monthly Recurring Charges | 81.90 |
| **Services for: 254-248-1691** | |
| 1 Pty Residence Line | |
| 3-Way Calling | |
| 60 Select Call Reject | |
| 63 Select Call Forward | |
| 64 Select Call Accept | |
| 66 Busy Redial | |
| 69 Call Return | |
| 77 Anonymous Call Reject | |
| Call Forward Busy | |
| Call Forward No Answer | |
| Call Forwarding | |
| Caller ID With Call Waiting | |
| Expanded Local Call Serv | |
| Message Wait Visual | |
| Message Waiting Indicator | |
| Unlimited Long Distance (Voice Only) | |
| VIP Alert | |
| Voicemail Basic | |
| **Services for: CTL106515003** | |
| High Speed Internet | |
| **Package Charges** | **$81.90** |
| **Discounts** | |
| Autopay Promotion (Expires 01/30/22) | -$10.00 |
| Promotional Discount (Expires 01/30/22) | -$10.00 |
| **Package Charges After Discount** | **$61.90** |
| **Subtotal Packages** | **$61.90** |
| **Taxes, Fees and Surcharges** | |
| CORYELL Sales Tax | .03 |
| Federal Property Tax Recovery Fee | .13 |
| Federal Regulatory Recovery Fee | .03 |
| Federal Telecommunications Relay Fee | .16 |
| Federal Universal Service Fund Surcharge | 1.20 |
| TEXAS Sales Tax | 3.26 |
| **Taxes, Fees and Surcharges** | |
| TEXAS Universal Service Fee | 1.06 |
| **Total Taxes, Fees and Surcharges** | **$5.87** |
| **Total Packages (including Taxes, Fees and Surcharges)** | **$67.77** |

### Details of Your CenturyLink Broadband Services

Service Period: MAR 01 - MAR 31

**Services for: CTL106515003**

| | |
|---|---|
| **Monthly Charges** | |
| ** Broadband Cost Recovery Fee | 3.99 |
| ** CenturyLink @Ease - Standard | 9.99 |
| ** Router Equip Fee | 9.99 |
| **Total Monthly Charges** | **$23.97** |
| **Discounts** | |
| ** CenturyLink @Ease Promo Discount (Expires 03/30/17) | -5.00 |
| **Total Discounts** | **-$5.00** |
| **Taxes, Fees and Surcharges** | |
| CORYELL Sales Tax | .07 |
| TEXAS Sales Tax | .87 |
| **Total Taxes, Fees and Surcharges** | **$.94** |
| **Total Broadband (including Taxes, Fees and Surcharges)** | **$19.91** |

### Details of Your CenturyLink Voice Services

Local Service Period: MAR 01 - MAR 31
Long Distance Service Period: MAR 01 - MAR 31

Long distance service provided by CenturyLink Communications, LLC, using the trade name CenturyLink

**Services for: 254-248-1691**

| | |
|---|---|
| **Monthly Charges** | |
| **Local Services** | |
| Federal Subscriber Line & Access Recovery Charge | 7.05 |
| ** Non-Telecom Services Surcharge | 2.99 |
| **Long Distance Services** | |
| Long Distance Line Charge | 2.99 |
| **Total Monthly Charges** | **$13.03** |
| **Taxes, Fees, and Surcharges** | |
| **Local Phone Service** | |
| CORYELL 9-1-1 Fee | .50 |
| Federal Universal Service Fund Surcharge | 1.18 |
| TEXAS Sales Tax | .70 |
| TEXAS State 911 | .06 |
| **Long Distance Service** | |
| Federal Property Tax Recovery Fee | .05 |
| Federal Regulatory Recovery Fee | .01 |
| Federal Telecommunications Relay Fee | .07 |
| Federal Universal Service Fund Surcharge | .50 |
| **Taxes, Fees, and Surcharges** | |
| **Long Distance Service** | |
| TEXAS Sales Tax | .23 |
| **Total Taxes, Fees and Surcharges** | **$3.30** |
| **Total Voice (including Taxes, Fees and Surcharges)** | **$16.33** |

- **Bill After Price for Life**

1 page of package summary

### Details of Your CenturyLink Packaged Services

Service Period: JUL 21 - AUG 20

| | |
|---|---|
| **CenturyLink High Speed Internet and Voice Package** | |
| Monthly Recurring Charges | 80.00 |
| **Services for: 702-643-4141** | |
| Unlimited Nationwide Calling | |
| **Services for: CTL106850089** | |
| High Speed Internet | |
| In Home Wifi Enabled Equipment | |
| **Package Charges** | **$80.00** |
| **Subtotal Packages** | **$80.00** |
| **Taxes, Fees and Surcharges** | |
| CLARK Sales Tax | .37 |
| Federal Excise Tax | 1.14 |
| Federal Property Tax Recovery Fee | .05 |
| Federal Regulatory Recovery Fee | .01 |
| Federal Telecommunications Relay Fee | .08 |
| Federal Universal Service Fund Surcharge | 2.19 |
| NEVADA Modified Business Tax Surcharge | .11 |
| NEVADA Sales Tax | .46 |
| NEVADA State Telecommunications Relay Service Surcharge | .07 |
| NEVADA Universal Service Fund Surcharge | .03 |
| NORTH LAS VEGAS City Statutory Gross Receipts Tax | .01 |
| NORTH LAS VEGAS Statutory Gross Receipts Tax | 2.11 |
| **Total Taxes, Fees and Surcharges** | **$6.63** |
| **Total Packages (including Taxes, Fees and Surcharges)** | **$86.63** |

Highly Confidential/Disclose and distribute only to CenturyLink Finance and Business Unit employees, contractors and authorized outside parties with a valid need to know.



CONFIDENTIAL



# ORKO History (Optimized Reporting Knowledgebase Online)

CenturyLink

- **2008**
  - ORKO created
  - Reporting & scorecards
- **2010**
  - Added Closer Tools to minimize abuse
- **2011**
  - Added a Form Tool to route to different groups
- **2014**
  - Added Alterative Channel Reporting
- **2016**
  - Removed Closer Tools out of ORKO due to Issues

- ORKO is a homegrown system first launched in 2008
- Lack of investment in systems pushed ORKO beyond its capabilities with business complexity

Highly Confidential/Disclose and distribute only to CenturyLink Finance and Business Unit employees, contractors and authorized outside parties with a valid need to know.

# Broadband Cost Recovery Fee (BBCR) History

**2013** > **2015** > **2016**

- Before 2013, it was $.74
- In 2013, it was increased to $.99 and expanded to Legacy Qwest

- Increased to $1.99

- Increased to $3.99

The Broadband Cost Recovery Fee started raising in 2013 from $.74 (2013) to $3.99 (2016) and has caused customer confusion

10

Highly Confidential/Disclose and distribute only to CenturyLink Finance and Business Unit employees, contractors and authorized outside parties with a valid need to know.

CONFIDENTIAL

CTLMNSEC00913472



# Impacts to Customer Experience

CenturyLink

Key factors that have impacted CX:

- Price increases -- ~$555M over last 5 years, ~$210M in 2015
- Systems – Lack of investment in key systems, upgrades and migration from CRIS to ENS
- Budget Reductions – Impacted overall effectiveness driven by lack of investment in systems, automation, frontline sales teams and Marketing to improve acquisition & retention

11

Highly Confidential/Disclose and distribute only to CenturyLink Finance and Business Unit employees, contractors and authorized outside parties with a valid need to know.





CTLMNSEC00913475



- Overall IT outages have improved in total company, however, Consumer is trending the wrong way
- The outages; as well as, length of impact have trended higher with 2016 being a significantly impacted year

CONFIDENTIAL
CTLMNSEC00913476

duplicative

## Price Increases

CenturyLink

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **Total Rate Increases** | ~$82M | ~$84M | ~$210M | ~$122M | ~$59M |
| Content | | | ~$16.0 | ~$16.2 | ~$11.9 |
| BBCR Fee | ~$13.8 | | ~$34.2 | ~$50.0 | |
| Rest of Fees / Surcharges | ~$49.7 | ~$43. | ~$73.9 | ~$9.9 | ~$8.9 |
| Increase to Base Prices | ~$18.6 | | ~$85.9 | ~$45.5 | ~$37.9 |
| **Total Customers** | | | ~5.8M | ~2.7M | ~1.6M |
| Customer Impacts | ~$2.50 - ~$2 | ~5.8M | ~$3.00 - ~$15.00 | ~2.7M | ~$1.00 - ~$19.25 |

- Pricing actions have been the driver of revenue growth for the last 4 years
- This has added complexity to the representative conversations, complexity to customer billing and ultimately to customer confusion
- In 2015, there were ~$210M in rate increases impacting ~5.8M customers (over 80% of customer base)
- The majority of price increases have taken the form of new and increased fees

Highly Confidential/Disclose and distribute only to CenturyLink Finance and Business Unit employees, contractors and authorized outside parties with a valid need to know.

15

CONFIDENTIAL

CTLMNSEC00913477





# Budget Reduction Impacts

CenturyLink

## 2015

- 301 positions eliminated
  (2/3 in frontline teams)
- Driving impacts to:
  - Service levels
  - Acquisition and retention efforts
  - Loss of institutional knowledge
  - Increased employee turnover
  - Loss of staffing flexibility

## 2016

- 226 positions eliminated
  (vacancies in frontline teams)

## 2017

- 119 positions eliminated
  (vacancies in frontline teams)

*Rate increases* and *pricing changes* added complexity to an environment pressured by reductions without the offsetting systems/automation investments

Highly Confidential/Disclose and distribute only to CenturyLink Finance and Business Unit employees, contractors and authorized outside parties with a valid need to know.

CTLMNSEC00913479



CTLMNSEC00913480