# Exhibit K

# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

MDL No. 17-2795 (MJD/KMM)


This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

**DECLARATION OF ANDREW U.
SHULL**

---

I, Andrew U. Shull, declare:

1.      I am a Senior Assistant Attorney General in the Oregon Department of
Justice's Civil Enforcement Division.  I have personal knowledge of the facts set forth
herein and, if called as a witness, could and would testify competently thereto.

2.      I have reviewed pages 34 through 38 of Defendants' opposition to Plaintiffs'
motion for class certification (ECF No.  226) and was involved in the consumer protection
investigation of CenturyLink, Inc. ("CenturyLink") conducted by the Oregon Department
of Justice ("DOJ") referenced therein.

3.      I did not share, and I am not aware of anyone else at DOJ involved in the
consumer protection investigation sharing, any nonpublic information relating to or
obtained through the DOJ's consumer protection investigation of CenturyLink, including
the existence of the consumer protection investigation, with the Oregon State Treasury, the

1

Oregon Public Employees Retirement Board, or the Oregon Public Employees Retirement Fund.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 4th day of May, 2020.

Andrew U. Shull
Senior Assistant Attorney General
Oregon Department of Justice