# Exhibit N

*Decisions Approving Dr. Hartzmark's Out-of-Pocket Methodology at Class Certification in Section 10(b) Securities Class Actions*

**Cases**

1. *Wallace v. IntraLinks*, 302 F.R.D. 310 (S.D.N.Y. 2014)

2. *W. Palm Beach Police Pension Fund v. DFC Global Corp.*, 2016 WL 4138613 (E.D. Pa. Aug. 4, 2016)

3. *In re Cobalt Int'l Energy, Inc. Sec. Litig.*, 2017 WL 2608243 (S.D. Tex. June 15, 2017)

4. *In re Signet Jewelers Ltd. Sec. Litig.*, 2019 WL 3001084 (S.D.N.Y. July 10, 2019)

5. *Rougier v. Applied Optoelectronics, Inc.*, 2019 WL 6111303 (S.D. Tex. Nov. 13, 2019)

6. *Vrakas v U.S. Steel Corp.*, 2019 WL 7372041 (W.D. Pa. Dec. 31, 2019)