# Exhibit O

## *Decisions Rejecting Comcast Arguments in*
## *Certifying Section 10(b) Securities Class Actions*

**Cases**

1. *Pub. Emps' Ret. Sys. of Mississippi v. TreeHouse Foods, Inc.*,
   2020 WL 919249, at *10 (N.D. Ill. Feb. 26, 2020)

2. *Weiner v. Tivity Health, Inc.*,
   2020 WL 467783, at *11 (M.D. Tenn. Jan. 29, 2020)

3. *Rougier v. Applied Optoelectronics, Inc.*,
   2019 WL 6111303, at *15 (S.D. Tex. Nov. 13, 2019), *report and recommendation adopted*, 2019 WL 7020349 (S.D. Tex. Dec. 20, 2019)

4. *Levy v. Gutierrez, et al.*,
   2019 WL 8405213, at *11 (D.N.H. Sept. 30, 2019)

5. *Di Donato v. Insys Therapeutics, Inc.*,
   333 F.R.D. 427, 446 (D. Ariz. 2019)

6. *Monroe Cnty. Emps.' Ret. Sys. v. The S. Co.*,
   2019 WL 3956139, at *24-27 (N.D. Ga. Aug. 22, 2019)

7. *City of Sunrise Gen. Emps.' Ret. Plan v. Fleetcor Techs., Inc.*,
   2019 WL 3449671, at *6-7 (N.D. Ga. July 17, 2019)

8. *In re Signet Jewelers Ltd. Sec. Litig.*,
   2019 WL 3001084, at *19-20 (S.D.N.Y. July 10, 2019)

9. *Rooney v. EZCORP Inc.*,
   2019 WL 691205, at *8 (W.D. Tex. Feb. 19, 2019)

10. *In re SunEdison Inc. Sec. Litig.*,
    329 F.R.D. 124, 142-44 (S.D.N.Y. 2019)

11. *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Tr. v. RH, Inc.*,
    2018 WL 4931543, at *2-4 (N.D. Cal. Oct. 11, 2018)

12. *Menaldi v. Och-Ziff Capital Mgmt. Grp. LLC*,
    328 F.R.D. 86, 98-99 (S.D.N.Y. 2018)

13. *Wilson v. LSB Indus. Inc.*,
    2018 WL 3913115, at *16-17 (S.D.N.Y. Aug. 13, 2018)

14. *Gaynor v. Miller*,
    2018 WL 3751606, at *16-18 (E.D. Tenn. Aug. 6, 2018)

15. *In re Twitter Inc. Sec. Litig.*,
    326 F.R.D. 619, 629-30 (N.D. Cal. 2018)

**Cases**

| | |
|---|---|
| 16 | *Pirnik v. Fiat Chrysler Autos. NV*,<br>327 F.R.D. 38, 47-48 (S.D.N.Y. 2018) |
| 17 | *City of Cape Coral Mun. Firefighters Ret. Plan v. Emergent Biosolutions, Inc., HQ*,<br>322 F. Supp. 3d 676, 691-93 (D. Md. 2018) |
| 18 | *In re Banc of Cal. Sec. Litig.*,<br>326 F.R.D. 640, 651 (C.D. Cal. 2018) |
| 19 | *Cooper v. Thoratec Corp.*,<br>2018 WL 2117337, at *6-7 (N.D. Cal. May 8, 2018) |
| 20 | *Angley v. UTi Worldwide Inc.*,<br>311 F. Supp. 3d 1117, 1128-29 (C.D. Cal. 2018) |
| 21 | *Washtenaw Cty. Emps.' Ret. Sys. v. Walgreen Co.*,<br>2018 WL 1535156, at *3-4 (N.D. Ill. Mar. 29, 2018) |
| 22 | *City of Pontiac Gen. Emps.' Ret. Sys. v. Dell Inc.*,<br>2018 WL 1558571, at *5-6 (W.D. Tex. Mar. 29, 2018) |
| 23 | *W. Va. Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*,<br>325 F.R.D. 280, 290 (D. Minn. 2018) |
| 24 | *Baker v. SeaWorld Entm't Inc.*,<br>2017 WL 5885542, at *12-14 (S.D. Cal. Nov. 29, 2017) |
| 25 | *Luna v. Marvell Tech. Grp., Ltd.*,<br>2017 WL 4865559, at *5-6 (N.D. Cal. Oct. 27, 2017) |
| 26 | *In re Lendingclub Sec. Litig.*,<br>282 F. Supp. 3d 1171, 1184 (N.D. Cal. 2017) |
| 27 | *KBC Asset Mgmt. NV v. 3D Sys. Corp.*,<br>2017 WL 4297450, at *6-7 (D.S.C. Sep. 28, 2017) |
| 28 | *Howard v. Liquidity Servs. Inc.*,<br>322 F.R.D. 103, 137-41 (D.D.C. 2017) |
| 29 | *La. Mun. Police Emps. Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*,<br>2017 WL 3149424, at *6-7 (D. Vt. July 21, 2017) |
| 30 | *In re Silver Wheaton Corp. Sec. Litig.*,<br>2017 WL 2039171, at *14-16 (C.D. Cal. May 11, 2017) |
| 31 | *Todd v. STAAR Surgical Co.*,<br>2017 WL 821662, at *11 (C.D. Cal. Jan. 5, 2017) |
| 32 | *Hayes v. MagnaChip Semiconductor Corp.*,<br>2016 WL 7406418, at *9 (N.D. Cal. Dec. 22, 2016) |

**Cases**

33 *W. Palm Beach Police Pension Fund v. DFC Global Corp.*,
   2016 WL 4138613, at *14-15 (E.D. Pa. Aug. 4, 2016)

34 *Beaver Cty. Emps.' Ret. Fund v. Tile Shop Holdings Inc.*,
   2016 WL 4098741, at *11-12 (D. Minn. July 28, 2016)

35 *In re Montage Tech. Grp. Ltd. Sec. Litig.*,
   2016 WL 1598666, at *13 (N.D. Cal. Apr. 21, 2016)

36 *In re Barrick Gold Sec. Litig.*,
   314 F.R.D. 91, 104-07 (S.D.N.Y. 2016)

37 *Thorpe v. Walter Inv. Mgmt. Corp.*,
   2016 WL 4006661, at *15-16 (S.D. Fla. Mar. 16, 2016)

38 *Hatamian v. Advanced Micro Devices, Inc.*,
   2016 WL 1042502, at *8-9 (N.D. Cal. Mar. 16, 2016)

39 *Strougo v. Barclays PLC*,
   312 F.R.D. 307, 313, 327 (S.D.N.Y. 2016)

40 *In re Petrobras Sec. Litig.*,
   312 F.R.D. 354, 371-72 (S.D.N.Y. 2016)

41 *Första AP-Fonden v. St. Jude Med. Inc.*,
   312 F.R.D. 511, 516-17 (D. Minn. 2015)

42 *Kaplan v. S.A.C. Capital Advisors, L.P.*,
   311 F.R.D. 373, 382-83 (S.D.N.Y. 2015)

43 *In re NII Holdings Inc. Sec. Litig.*,
   311 F.R.D. 401, 413-14 (E.D. Va. 2015)

44 *In re JPMorgan Chase & Co. Sec. Litig.*,
   2015 WL 10433433, at *7 (S.D.N.Y. 2015)

45 *In re Wilmington Trust Sec. Litig.*,
   310 F.R.D. 243, 245-46 (D. Del. 2015)

46 *In re Goldman Sachs Grp. Inc. Sec. Litig.*,
   2015 WL 5613150, at *7-8 (S.D.N.Y. Sep. 24, 2015)

47 *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Prudential Fin., Inc.*,
   2015 WL 5097883, at *13 (D.N.J. Aug. 31, 2015)

48 *Fosbre v. Las Vegas Sands Corp.*,
   2015 WL 3722496, at *2-6 (D. Nev. June 15, 2015)

49 *In re St. Jude Med. Inc. Sec. Litig.*,
   2014 WL 6908434, at *6-9 (D. Minn. Dec. 8, 2014)

3

**Cases**

| | | |
|---|---|---|
| 50 | *Wallace v. IntraLinks*, 302 F.R.D. 310, 318 (S.D.N.Y. 2014) | |
| 51 | *In re Groupon, Inc. Sec. Litig.*, 2014 WL 5245387, at *1-2 (N.D. Ill. Sep. 23, 2014) | |
| 52 | *McIntire v. China MediaExpress Holdings Inc.*, 38 F. Supp. 3d 415, 435-36 (S.D.N.Y. 2014) | |
| 53 | *In re BP plc Sec. Litig.*, 2014 WL 2112823, at *8-9 (S.D. Tex. May 20, 2014) | |
| 54 | *Dodona I LLC v. Goldman Sachs & Co.*, 296 F.R.D. 261, 270-71 (S.D.N.Y. Jan. 23, 2014) | |
| 55 | *In re Heckmann Corp. Sec. Litig.*, 2013 WL 2456104, at *13-14 (D. Del. June 6, 2013) | |
| 56 | *In re Diamond Foods Inc. Sec. Litig.*, 295 F.R.D. 240, 251-52 (N.D. Cal. 2013) | |

4