# Exhibit R

Electronically Served
4/27/2020 3:04 PM
Anoka County, MN

02-CV-17-3488

CASE 0:18-cv-00296-MJD-JFD   Doc. 252-13   Filed 05/05/20   Page 2 of 5

Filed in District Court
State of Minnesota
4/20/2020 4:56 PM

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF ANOKA | TENTH JUDICIAL DISTRICT |
| State of Minnesota, by its Attorney General, Keith Ellison, | Case Type: Other Civil (Consumer Protection) |
| Plaintiff, | Court File No. 02-CV-17-3488 |
| vs. | |
| CenturyTel Broadband Services LLC, d/b/a CenturyLink Broadband; Qwest Broadband Services, Inc., d/b/a CenturyLink; and Qwest Corporation, d/b/a CenturyLink QC, | **PETITION AND STIPULATION** |
| Defendants. | |

WHEREAS, on January 14, 2020, the Honorable Bethany Fountain Lindberg approved and issued a Consent Judgment and Order in *State of Minnesota v. CenturyTel Broadband Services, LLC et al.*, No. 02-cv-17-3488, CONSENT JUDGMENT AND ORDER (Minn. 10th Dist. Jan. 14, 2020) ("CenturyLink lawsuit");

WHEREAS, the Consent Judgment and Order requires the Defendants in the CenturyLink lawsuit to perform certain actions by April 13, 2020;

WHEREAS, the parties to the CenturyLink lawsuit believe that good cause and the interests of justice require a modification of Defendants' obligations under Paragraphs 4 and 23 of the Consent Judgment and Order; and

NOW THEREFORE, the parties in the CenturyLink lawsuit agree to entry of an Order with the following terms and conditions:

**PETITION AND STIPULATION**

Paragraphs 4 and 23 of the Consent Judgment and Order are replaced with the following language:

4. CenturyLink has determined, in its sole discretion, that it will not charge any Minnesota consumer the Internet Cost Recovery Fee or Broadband Cost Recovery Fee. Therefore, CenturyLink shall not charge any Minnesota consumer for any Internet Cost Recovery Fee or Broadband Cost Recovery Fee on or after April 13, 2020. CenturyLink shall not charge any consumer for any internet fee or internet surcharge similar to any Internet Cost Recovery Fee or Broadband Cost Recovery Fee, meaning any internet fee or internet surcharge that is (i) not passed on to a third party (e.g. taxes paid to government entities); (ii) not specifically authorized by law or regulation; or (iii) not for payment of additional goods or services (e.g. a modem rental fee). This paragraph 4 shall only apply to Minnesota consumers who receive service from CenturyLink in Minnesota.

23. This Order shall apply to CenturyLink's initial sale of service to a Minnesota consumer, and shall apply to any subsequent sale or material change made to the Minnesota consumer's service. Except as provided in paragraph 4 above which applies only to Minnesota consumers who receive service from CenturyLink in Minnesota, this Order applies only to residential and small business customers (that is, businesses with 10 employees or less that are billed less than $2,000 per month in recurring charges) who have a Minnesota mailing address or who receive service from CenturyLink in Minnesota. This Order applies to CenturyLink's sale of internet, television, and telephone service (other than standalone sales of basic home phone service and enterprise services sold through master service agreements or orders subject to master service agreements). If changes in technology render CenturyLink's compliance with certain provisions of this Order impracticable, the parties shall agree to cooperate in good faith and make such modifications to this Order as are necessary. Except as otherwise specifically stated herein, all provisions of this Order take effect immediately upon entry of this Order and shall remain in effect

for ten years. Nothing herein shall be construed to modify any provisions in the Agreed Final Consent Judgment in *State of Minn. v. DIRECTV, Inc.*, No. 62-CV-11-1504 (2d Jud. Dist.), filed Feb. 25, 2011. The Attorney General may move the Court to extend the duration of the Order in the event of noncompliance with any of its terms or if it believes the interests of justice so require.

Dated: April 9, 2020

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY
Deputy Attorney General

/s/ Alex K. Baldwin

ALEX K. BALDWIN
Assistant Attorney General
Atty. Reg. No. 0396340

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 757-1020 (Voice)
(651) 296-7438 (Fax)
alex.baldwin@ag.state.mn.us

*Attorneys for Petitioner, State of Minnesota*

Dated: April 9, 2020

ON BEHALF OF CENTURYLINK

Ryan McManis
Vice President, Deputy General Counsel

BLACKWELL BURKE P.A.

Jerry W. Blackwell (MN #186867)
431 South Seventh Street, Suite 2500
Minneapolis, Minnesota 55415
T 612.343.3232 | F 612.343.3205
blackwell@blackwellburke.com

HINSHAW & CULBERTSON LLP
Russell S. Ponessa (MN #169316)
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
T 612.333.3434 | F 612.334.8888

WINTHROP & WEINSTEIN, P.A.
David M. Aafedt (MN #27561X)
Joseph M. Windler (MN #0387758)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
T 612.604.6400 | F 612.604.6800
daafedt@winthrop.com
jwindler@winthrop.com

3

COOLEY LLP
Douglas P. Lobel (*admitted pro hac vice*)
David A. Vogel (*admitted pro hac vice*)
Dana J. Moss (*admitted pro hac vice*)
One Freedom Square / Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
T 703.456.8000 | F 703.456.8100
dlobel@cooley.com
dvogel@cooley.com
dmoss@cooley.com

*Attorneys for Petitioners* CenturyTel Broadband Services LLC d/b/a CenturyLink Broadband, Qwest Broadband Services, Inc. d/b/a CenturyLink, and Qwest Corporation, d/b/a CenturyLink QC

**ORDER**

Based upon the foregoing Petition and Stipulation, it is SO ORDERED.

BY THE COURT:

*Ba Lindberg*

Fountain Lindberg, Bethany (Anoka Judge)
2020.04.18 08:08:00 -05'00'

_____
Bethany A. Fountain Lindberg
Judge of District Court

THERE BEING NO REASON FOR FURTHER DELAY, LET JUDGMENT BE ENTERED IMMEDIATELY.

I hereby certify that the foregoing order constitutes the Judgment of the Court

Harrelson, Melissa (Anoka Court Administration)
Apr 27 2020 2:51 PM

4