# Exhibit U

**Filed Under Seal Pursuant to Protective Order dated October 16, 2019 (ECF No. 464)**