UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM) |

**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR LEAVE TO REOPEN DEPOSITION OF MICHAEL L. HARTZMARK AND FILE SUR-REPLY, TO ADJOURN CLASS CERTIFICATION HEARING, AND TO ORDER AN EVIDENTIARY HEARING**

PLEASE TAKE NOTICE that Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, by their counsel, hereby move this Court before the Honorable Michael J. Davis, United States District Judge, 300 South Fourth Street, Minneapolis, Minnesota 55415, Courtroom 13E, on such date and at such time to be determined by the Court, for entry of an Order in the above-captioned action:

(1) granting leave for Defendants to reopen the deposition of Plaintiffs' class certification expert Michael L. Hartzmark and continue the deposition for a period of no more than four hours;

(2) granting leave for Defendants to file a 3,000-word sur-reply in further opposition to Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel (the "Motion") on or before May 29, 2020;

(3)   adjourning the hearing on Plaintiffs' Motion, which is currently scheduled for May 21, 2020; and

(4)   scheduling an in-person evidentiary hearing in conjunction with oral argument on Plaintiffs' Motion on a date that the Court sees fit.

Dated:  May 8, 2020

Respectfully submitted,

/s/ Patrick E. Gibbs
Patrick E. Gibbs (CA Bar No. 183174)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Phone:  (650) 843-5000
Fax:  (650) 849-7400
pgibbs@cooley.com

Douglas P. Lobel (VA Bar No. 42329)
David A. Vogel (VA Bar No. 48971)
Dana A. Moss (VA Bar No. 80095)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Phone:  (703) 456-8000
Fax:  (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com
dmoss@cooley.com

Sarah M. Lightdale
(NY Bar No. 4395661)
COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Phone:  (212) 479-6000
Fax:  (212) 479-6275
slightdale@cooley.com

Ryan Blair (CA Bar No. 246724)
COOLEY LLP
4401 Eastgate Mall

San Diego, CA 92121
Telephone: (858) 550-6047
Facsimile: (858) 527-2750
rblair@cooley.com

William A. McNab
(MN Bar No. 320924)
Thomas H. Boyd (MN Bar No. 0200517)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Phone:  (612) 604-6400
Fax:  (612) 604-6800
wmcnab@winthrop.com
tboyd@winthrop.com

Jerry W. Blackwell
(MN Bar No. 186867)
BLACKWELL BURKE P.A.
431 South 7th Street, Suite 2500
Minneapolis, MN 55415
Telephone: (612) 343-3200
blackwell@blackwellburke.com

*Attorneys for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*