**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO REOPEN DEPOSITION OF MICHAEL L. HARTZMARK AND FILE SUR-REPLY, TO ADJOURN CLASS CERTIFICATION HEARING, AND TO ORDER AN EVIDENTIARY HEARING**

Having considered Defendants' Motion for Leave to Reopen Deposition of Michael L. Hartzmark and File Sur-Reply, to Adjourn Class Certification Hearing, and to Order an Evidentiary Hearing; all papers and arguments submitted in support and in opposition thereto; and all other documents and pleadings filed in this action,

IT IS HEREBY ORDERED THAT:

(1) Defendants' Motion for Leave to Reopen Deposition of Michael L. Hartzmark and File Sur-Reply, to Adjourn Class Certification Hearing, and to Order an Evidentiary Hearing is **GRANTED**.

(2) Plaintiffs shall make their class certification expert Michael L. Hartzmark available for a deposition by Defendants, which shall last not more than four hours;

(3) Defendants may file a sur-reply in further opposition to Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel, not to exceed 3,000 words, on or before May 29, 2020;

(4) The hearing on Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel, currently scheduled for May 21, 2020, is adjourned; and

(5) An evidentiary hearing shall be conducted in conjunction with oral argument on Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel on _____. The Parties shall promptly meet and confer about the scope and schedule of the evidentiary hearing and submit a joint written proposal on or before _____. The joint proposal shall identify any areas of disagreement between the Parties as to the scope or schedule of the evidentiary hearing.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  The Honorable Michael J. Davis
                                  United States District Judge