UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: Civil File No. 18-296 (MJD/KMM) | |

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEFENDANTS' MOTION FOR LEAVE TO REOPEN DEPOSITION OF MICHAEL L. HARTZMARK AND FILE SUR-REPLY, TO ADJOURN CLASS CERTIFICATION HEARING, AND TO ORDER AN EVIDENTIARY HEARING**

Having considered the Parties' Stipulation Regarding Defendants' Motion for Leave to Reopen Deposition of Michael L. Hartzmark and File Sur-Reply, to Adjourn Class Certification Hearing, and to Order an Evidentiary Hearing,

**IT IS HEREBY ORDERED**:

The Parties' Stipulation is **GRANTED**;

1. Plaintiffs shall make their class certification expert Michael L. Hartzmark available for a supplemental remote deposition limited to topics addressed in Dr. Hartzmark's Reply Expert Report and lasting no more than three (3) hours, and Defendants may take such deposition on or before June 5, 2020;

2. Defendants may file a sur-reply in further opposition to Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Counsel (the "Class Certification Motion") limited to topics addressed in Dr. Hartzmark's Reply Expert Report and related arguments in Plaintiffs' Reply Memorandum of Law, not to

exceed three thousand (3,000) words, within seven (7) calendar days of Dr. Hartzmark's supplemental remote deposition and no later than June 12, 2020;

3. Plaintiffs may file a sur-sur-reply in further support of the Class Certification Motion limited to topics addressed in any sur-reply filed by Defendants, not to exceed three thousand (3,000) words, within seven (7) calendar days of the filing of any sur-reply and no later than June 19, 2020, unless Defendants submit a supplemental expert report by their class certification expert Bruce Deal in connection with a sur-reply.  Should Defendants submit such a report, Defendants shall make Mr. Deal available for a supplemental remote deposition lasting no more than three (3) hours, and Plaintiffs may take such deposition, which shall be limited to topics addressed in the supplemental expert report, within seven (7) calendar days of the filing of the sur-reply.  In such case, Plaintiffs may file their sur-sur-reply within seven (7) calendar days of Mr. Deal's supplemental remote deposition, and no later than June 26, 2020; and

4. Defendants hereby withdraw their request for an evidentiary hearing, and the Motion for Leave to Reopen Deposition of Michael L. Hartzmark and File Sur-Reply, to Adjourn Class Certification Hearing, and to Order an Evidentiary Hearing shall otherwise be deemed withdrawn.

IT IS SO ORDERED.

Dated:_____
       Minneapolis, Minnesota

                                             _____
                                             The Honorable Kate M. Menendez