# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## DISCOVERY DISPUTE CONFERENCE MINUTE ENTRY

Benjamin Craig, et al.,

        Plaintiff(s),

v.

CenturyLink, Inc., et al.,

        Defendant(s).

**COURT MINUTES**
BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 18-cv-296-MJD-KMM |
| Date: | 6/25/20 |
| Location: | Telephonic |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:45 p.m. |
| Time in Court: | 45 Minutes |

APPEARANCES:

For Plaintiff:    Michael D. Blatchley, Lydia Anderson-Dana, Keil M. Mueller, Michael M. Mathai, George M. Snellings, IV, Timothy S. DeJong

For Defendant:    Patrick E. Gibbs, Ryan Blair, Bryan M. Koch, Thomas H. Boyd, Christopher L. Martin, Jr., Sarah M. Lightdale

The Court held a recorded telephonic discovery dispute regarding whether the plaintiffs were required to disclose communications between their counsel and the Minnesota Attorney General's Office. For the reasons stated on the record during the call, the Court concluded that any such communications did not need to be disclosed.

                                       *s/Kathy Thobe*
                                       Judicial Assistant/Calendar Clerk