UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

**JOINT MOTION REQUESTING MODIFICATION OF THE PARTIES'
DEADLINE TO FILE JOINT MOTION REGARDING CONTINUED SEALING**

The parties in the above-captioned matter hereby jointly request the following

modification of the parties' deadline under Local Rule 5.6(d)(2) to file a joint motion

regarding the continued sealing of documents that were filed under temporary seal in

connection with Plaintiffs' Motion for Class Certification and Appointment of Class

Representatives and Class Counsel (the "Motion").

**WHEREAS:**

Defendants filed various documents under temporary seal in connection with their

Opposition to the Motion on March 23, 2020;

Plaintiffs filed various documents under temporary seal in connection with their

Reply Memorandum in support of the Motion on May 5, 2020;

Briefing on the Motion was completed with the filing of Plaintiffs' Sur-Sur-Reply

in support of the Motion on June 19, 2020;

Local Rule 5.6(d)(2) directs the parties to file a joint motion regarding the continued

sealing of documents within 21 days of the completion of briefing—in this case, July 10, 2020;

The parties have determined that they have differing positions on whether many of the documents filed under temporary seal should remain sealed;

The parties seek to meet and confer in order to discuss, and if possible, narrow their disagreement over whether the documents should remain sealed;

The parties believe it is in the best interests of the Court and the parties involved that the deadline for the parties' joint motion regarding continued sealing be modified, in order to permit the parties to discuss their positions;

**THEREFORE:**

1.  The parties request a modification of the deadline to file their joint motion regarding continued sealing of documents filed temporarily under seal in connection with Plaintiffs' motion, such that the deadline is July 17, 2020.


Dated: July 10, 2020                    Respectfully submitted,

                                        */s/ William A. McNab*
                                        William A. McNab, MN Bar No. 320924
                                        Thomas H. Boyd, MN Bar No. 0200517
                                        **WINTHROP & WEINSTINE, P.A.**
                                        Capella Tower, Suite 35002
                                        225 South Sixth Street
                                        Minneapolis, MN 55402
                                        Telephone: (612) 604-6400
                                        Facsimile: (612) 604-6800
                                        wmcnab@winthrop.com
                                        tboyd@winthrop.com

                                        Patrick E. Gibbs, CA Bar No. 183174
                                        **COOLEY LLP**

3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5535
Facsimile: (650) 618-0387
pgibbs@cooley.com

Sarah M. Lightdale, NYS Bar No. 4395661
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6374
Facsimile: (212) 479-6275
slightdale@cooley.com

Douglas P. Lobel, VA Bar No. 42329
David A. Vogel, VA Bar No. 48971
Dana A. Moss, VA Bar No. 80095
**COOLEY LLP**
One Freedom Square / Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com
dmoss@cooley.com

Ryan Blair
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6047
Facsimile: (858) 527-2750
rblair@cooley.com

Jerry W. Blackwell (MN Bar No. 186867)
**BLACKWELL BURKE P.A.**
431 South 7th Street, Suite 25003
Minneapolis, MN 55415
Tel: (612) 343-3200
Fax: (612) 343-3205
blackwell@blackwellburke.com

*Counsel for Defendants*

3

*/s/ Keil M. Mueller*

**Keith S. Dubanevich,** OSB No. 975200
**Timothy S. DeJong,** OSB No. 940662
**Keil M. Mueller,** OSB No. 085535
**Lydia Anderson-Dana,** OSB No. 166167
**STOLL STOLL BERNE LOKTING &
SHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840
kdubanevich@stollberne.com
tdejong@stollberne.com
kmueller@stollberne.com
landersondana@stollberne.com

John C. Browne, NYS Bar No. 3922747
Michael D. Blatchley, NYS Bar No. 4747424
Michael Mathai, NYS Bar No. 5166319
**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 554-1400
Facsimile:    (212) 554-1444
johnb@blbglaw.com
michaelb@blbglaw.com
michael.mathai@blbglaw.com

Richard D. Gluck, Cal. Bar. No. 151675
**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
Facsimile: (212) 554-1444
Rich.Gluck@blbglaw.com

*Special Assistant Attorneys General and
Counsel for Lead Plaintiff the State of Oregon
by and through the Oregon State Treasurer and
the Oregon Public Employee Retirement Board,*

4

*on behalf of the Oregon Public Employee
Retirement Fund, and Proposed Lead Counsel
for the Class and Plaintiff Fernando Vildosola*

Richard A. Lockridge, MN No. 64117
Gregg M. Fishbein, MN No. 202009
Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:    (612) 596-4044
Facsimile:    (612) 339-0981
ralockridge@locklaw.com
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Lead Plaintiff the State of
Oregon by and through the Oregon State
Treasurer and the Oregon Public Employee
Retirement Board, on behalf of the Oregon
Public Employee Retirement Fund and Plaintiff
Fernando Vildosola*

19563902v1