# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: Civil File No. 18-296 (MJD/KMM) | |

## ORDER GRANTING JOINT MOTION REQUESTING MODIFICATION OF THE PARTIES' DEADLINE TO FILE JOINT MOTION REGARDING CONTINUED SEALING

Having considered the Parties' Joint Motion Requesting Modification of the Parties' Deadline to File Joint Motion Regarding Continued Sealing (Dkt. 277),

**IT IS HEREBY ORDERED**:

The Parties' Joint Motion is **GRANTED**;

1.  The deadline to file a joint motion regarding continued sealing of documents filed temporarily under seal in connection with Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel is extended to July 17, 2020.

IT IS SO ORDERED.

Date:

Katherine Menendez
United States Magistrate Judge

19564055v1