# Exhibit 19

```
 1            UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
 2
     ------------------------------------------------------------
 3                        )
     In Re: CenturyLink Sales   ) File No. 17-MD-2795
 4   Practices and Securities   )      (MJD/KMM)
     Litigation                 )
 5                              ) Minneapolis, Minnesota
                                ) April 27, 2020
 6                              ) 2:00 p.m.
                                )
 7   ------------------------------------------------------------
 8        BEFORE THE HONORABLE KATHERINE MENENDEZ
          UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
 9         (TELEPHONIC HEARING ON MOTION TO COMPEL)
10   APPEARANCES
       For Plaintiffs:     BERNSTEIN, LITOWITZ, BERGER &
11                GROSSMANN, LLP
                    MICHAEL BLATCHLEY, ESQ.
12                  MICHAEL MATHAI, ESQ.
                  1251 Avenue of the Americas
13                44th Floor
                  New York, New York 10020
14
                    STOLL, STOLL, BERNE, LOKTING &
15                SHLACHTER, P.C.
                    KEIL MUELLER, ESQ.
16                  TIMOTHY DEJONG, ESQ.
                  209 SW Oak St., #500
17                Portland, Oregon 97204
18                LOCKRIDGE, GRINDAL, NAUEN, PLLP
                    GREGG FISHBEIN, ESQ.
19                100 Washington Ave. S., #2200
                    Minneapolis, Minnesota 55401
20
       For Defendants:     COOLEY, LLP
21                  PATRICK GIBBS, ESQ.
                  3175 Hanover St.
22                Palo Alto, California 94304
23                COOLEY, LLP
                    BRYAN KOCH, ESQ.
24                500 Boylston St.
                    Boston, Massachusetts 02116
25
              DEBRA K. BEAUVAIS, RPR-CRR
                  612-644-5102
```

1    understand that we often find a middle ground in discussions
2    with the Court and the Court often facilitates that.
3           I can't have an intelligible conversation about
4    that right now because I don't know what's in those three
5    productions.  It's the first time they have been called out
6    separately, at least as far as I know.
7           THE COURT:  Okay.  And I'm not expecting an
8    apology from you.  I'm just saying that even though I might
9    share both sides' feelings about these issues not having
10   really been crystalized to the extent that we know exactly
11   what lines people are willing to compromise on and not
12   willing to compromise on and bringing them over, the very
13   heart of the dispute to me, I also recognize that we're here
14   now and there's some value in working through these issues.
15          Let me ask you this, Mr. Blatchley:  You've got
16   five document requests here.  You kind of repeatedly share a
17   theme of, in your opinion, being easier for the defendants
18   to just produce discovery that they already produced than to
19   have to go looking for it anew.  I rejected that fundamental
20   premise at the very beginning of this case when I issued the
21   oft quoted edict that we weren't going to have "cloned
22   discovery."  I did encourage counsel, and I continue to
23   encourage counsel, to think of when economies of scale are
24   possible and not just insist upon completely reinventing
25   everything if there is a good solution.

                 DEBRA K. BEAUVAIS, RPR-CRR
                      612-664-5102