# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION**<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | **MDL No. 17-2795 (MJD/KMM)** |

### LOCAL RULE 7.1 MEET-AND-CONFER STATEMENT REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' THIRD-PARTY SUBPOENAS

I, Ryan Blair, counsel for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, hereby certify that I met and conferred with counsel for Plaintiffs on July 14, 2020, regarding Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas.

As of the time of this filing, Defendants and Plaintiffs have not agreed on a resolution of the Motion.

Dated: July 16, 2020

Respectfully submitted,

*/s/ Ryan Blair*
Patrick E. Gibbs (CA Bar No. 183174)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Phone: (650) 843-5000
Fax: (650) 849-7400
pgibbs@cooley.com

Douglas P. Lobel (VA Bar No. 42329)
David A. Vogel (VA Bar No. 48971)
Dana A. Moss (VA Bar No. 80095)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Phone:  (703) 456-8000
Fax:  (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com
dmoss@cooley.com

Sarah M. Lightdale
(NY Bar No. 4395661)
COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Phone:  (212) 479-6000
Fax:  (212) 479-6275
slightdale@cooley.com

Ryan Blair (CA Bar No. 246724)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6047
Facsimile: (858) 527-2750
rblair@cooley.com

William A. McNab
(MN Bar No. 320924)
Thomas H. Boyd
(MN Bar No. 0200517)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Phone:  (612) 604-6400
Fax:  (612) 604-6800
wmcnab@winthrop.com
tboyd@winthrop.com

Jerry W. Blackwell
(MN Bar No. 186867)
BLACKWELL BURKE P.A.
431 South 7th Street, Suite 2500
Minneapolis, MN 55415
Telephone: (612) 343-3200
blackwell@blackwellburke.com

*Attorneys for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*