UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>[PROPOSED] PROTECTIVE ORDER REGARDING PLAINTIFFS' THIRD-PARTY SUBPOENAS |

Having considered Defendants' Motion for a Protective Order Regarding Plaintiffs' Third-Party Subpoenas and all files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED** as follows:

1) Plaintiffs shall withdraw their third-party subpoenas to Afni, Inc.; Allied Interstate LLC; Amalgamated Credit Bureau; Audit Systems, Inc.; Convergent Outsourcing, Inc.; EOS-CCA; GC Services Limited Partnership; Great Place to Work Institute, Inc.; IC System, Inc.; Robinson, Reagan & Young, PLLC; and Southwest Credit Systems, L.P.

2) Plaintiffs must seek leave from the Court before issuing additional third-party subpoenas in this action.

**IT IS SO ORDERED.**

- 2 -

Dated: _____      _____

                                                              The Honorable Kate M. Menendez
                                                              United States Magistrate Judge