UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

MDL No. 17-2795 (MJD/KMM)

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

# JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

| Document | MDL Docket | 18-CV-296 Docket |
|---|---|---|
| Exhibit 5 to the Declaration of Ryan M. Blair in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Blair Decl.") | 619 | 228 |
| Exhibit 7 to Blair Decl. | 619-1 | 228-1 |
| Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Class Certification | 695 | 249 |
| Declaration of Michael D. Blatchley in Further Support of Plaintiffs' Motion for Class Certification ("Blatchley Decl.") | 697 | 251 |
| Exhibit F to Blatchley Decl. | 697-1 | 251-1 |
| Exhibit U to Blatchley Decl. | 697-2 | 251-2 |
| Exhibit V to Blatchley Decl. | 697-3 | 251-3 |

2

| Document | MDL Docket | 18-CV-296 Docket |
|---|---|---|
| Exhibit W to Blatchley Decl. | 697-4 | 251-4 |

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: (a) the information that the parties agree should remain sealed; (b) the information that the parties agree should be unsealed; and (c) the information about which the parties disagree. L.R. 5.6(d)(2)(A)(ii). | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|
| 619 (228 in *Craig*, No. 18-cv-296) | | Exhibit 5 to the Declaration of Ryan M. Blair in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | *Plaintiffs' position:* Entire document should be unsealed.<br><br>*Defendants' position:* Defendants do not oppose unsealing this document. | *Plaintiffs' position:* Document does not contain trade secrets or other confidential or proprietary information.<br><br>*Defendants' position:* Document does not contain Defendants' trade secrets or other confidential or proprietary information of Defendants. |
| 619-1 (228-1 in *Craig*, No. 18-cv-296) | | Exhibit 7 to the Declaration of Ryan M. Blair in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | *Plaintiffs' position:* Entire document should be unsealed.<br><br>*Defendants' position:* Defendants do not oppose unsealing this document. | *Plaintiffs' position:* Document does not contain trade secrets or other confidential or proprietary information.<br><br>*Defendants' position:* Document does not contain Defendants' trade secrets or other confidential or proprietary information of Defendants. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: (a) the information that the parties agree should remain sealed; (b) the information that the parties agree should be unsealed; and (c) the information about which the parties disagree. L.R. 5.6(d)(2)(A)(ii). | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|
| **695 (249 in *Craig*, No. 18-cv-296)** | 700 (254 in *Craig*, No. 18-cv-296) | Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Class Certification | *Plaintiffs' position:* Pages 7-9 and 16 should be unsealed.<br><br>*Defendants' position:* Defendants do not oppose unsealing this document. | *Plaintiffs' position:* Document does not contain trade secrets or other confidential or proprietary information.<br><br>*Defendants' position:* Document contains trade secrets or other confidential or proprietary information, reveals information that is not commonly known to the public and derives actual and potential value from not being generally known to the public, and contains information designated as "Confidential" under a protective order issued in this case [Dkt. No. 464]. However, Defendants do not oppose unsealing. |
| **697 (251 in *Craig*, No. 18-cv-296)** | 698 (252 in *Craig*, No. 18-cv-296) | Declaration of Michael D. Blatchley in Further Support of Plaintiffs' Motion for Class Certification | *Plaintiffs' position:* Paragraph 7 should be unsealed.<br><br>*Defendants' position:* Defendants do not oppose unsealing this document. | *Plaintiffs' position:* Document does not contain trade secrets or other confidential or proprietary information.<br><br>*Defendants' position:* Document contains trade secrets or other confidential or proprietary information, reveals information that is not commonly known to the public and derives actual and potential value from not being generally known to the public, and contains information designated as "Confidential" under a protective order issued in this case [Dkt. No. 464]. However, Defendants do not oppose unsealing. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: (a) the information that the parties agree should remain sealed; (b) the information that the parties agree should be unsealed; and (c) the information about which the parties disagree. L.R. 5.6(d)(2)(A)(ii). | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|
| 697-1 (251-1 in in *Craig*, No. 18-cv-296) | 698-1 (252-1 in *Craig*, No. 18-cv-296) | Exhibit F to the Declaration of Michael D. Blatchley in Further Support of Plaintiffs' Motion for Class Certification | *Plaintiffs' position:* Pages 17, 20-21, 33, 35, and 38-39 should be unsealed.<br><br>*Defendants' position:* Defendants do not oppose unsealing this document. | *Plaintiffs' position:* Document does not contain trade secrets or other confidential or proprietary information.<br><br>*Defendants' position:* Document contains trade secrets or other confidential or proprietary information, reveals information that is not commonly known to the public and derives actual and potential value from not being generally known to the public, and contains information designated as "Confidential" under a protective order issued in this case [Dkt. No. 464]. However, Defendants do not oppose unsealing. |
| 697-2 (251-2 in *Craig*, No. 18-cv-296) | | Exhibit U to the Declaration of Michael D. Blatchley in Further Support of Plaintiffs' Motion for Class Certification | *Plaintiffs' position:* Entire document (CTLMNSEC00015392-15396) should be unsealed.<br><br>*Defendants' position:* Defendants do not oppose unsealing this document. | *Plaintiffs' position:* Document does not contain trade secrets or other confidential or proprietary information.<br><br>*Defendants' position:* Document contains trade secrets or other confidential or proprietary information, reveals information that is not commonly known to the public and derives actual and potential value from not being generally known to the public, and contains information designated as "Highly Confidential – Attorney's Eyes Only" under a protective order issued in this case [Dkt. No. 464] and "Confidential" pursuant to the November 28, 2017 protective order in *State of Minnesota v. CenturyTel Broadband Services LLC et al*. However, Defendants do not oppose unsealing. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: (a) the information that the parties agree should remain sealed; (b) the information that the parties agree should be unsealed; and (c) the information about which the parties disagree. L.R. 5.6(d)(2)(A)(ii). | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|
| 697-3 (251-3 in *Craig*, No. 18-cv-296) | | Exhibit V to the Declaration of Michael D. Blatchley in Further Support of Plaintiffs' Motion for Class Certification | *Plaintiffs' position:* Entire document (CTLMNSEC00015386-15391) should be unsealed.<br><br>*Defendants' position:* Defendants do not oppose unsealing this document. | **Plaintiffs' position:** Document does not contain trade secrets or other confidential or proprietary information.<br><br>*Defendants' position:* Document contains trade secrets or other confidential or proprietary information, reveals information that is not commonly known to the public and derives actual and potential value from not being generally known to the public, and contains information designated as "Highly Confidential – Attorney's Eyes Only" under a protective order issued in this case [Dkt. No. 464] and "Confidential" pursuant to the November 28, 2017 protective order in *State of Minnesota v. CenturyTel Broadband Services LLC et al*. However, Defendants do not oppose unsealing. |
| 697-4 (251-4 in *Craig*, No. 18-cv-296) | | Exhibit W to the Declaration of Michael D. Blatchley in Further Support of Plaintiffs' Motion for Class Certification | *Plaintiffs' position:* Entire document (CTLMNSEC00913462-913480) should be unsealed.<br><br>*Defendants' position:* Defendants do not oppose unsealing this document. | *Plaintiffs' position:* Document does not contain trade secrets or other confidential or proprietary information.<br><br>*Defendants' position:* Document contains trade secrets or other confidential or proprietary information, reveals information that is not commonly known to the public and derives actual and potential value from not being generally known to the public, and contains information designated as "Confidential" under a protective order issued in this case [Dkt. No. 464]. However, Defendants do not oppose unsealing. |

DATED: July 17, 2020  **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Michael D. Blatchley*

John C. Browne, NYS Bar No. 3922747
Michael D. Blatchley, NYS Bar No. 4747424
Michael M. Mathai, NYS Bar No. 5166319
Amanda Boitano, NYS Bar No. 5705843
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
michaelb@blbglaw.com
michael.mathai@blbglaw.com
amanda.boitano@blbglaw.com

Richard D. Gluck, Cal. Bar. No. 151675
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
Facsimile: (212) 554-1444
rich.gluck@blbglaw.com

Keith S. Dubanevich, OSB No. 975200
Timothy S. DeJong, OSB No. 940662
Keil M. Mueller, OSB No. 085535
Lydia Anderson-Dana, OSB No. 166167
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:    (503) 227-6840
kdubanevich@stollberne.com
tdejong@stollberne.com
kmueller@stollberne.com
lansersondana@stollberne.com

*Special Assistant Attorneys General and Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State*

7

*Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and Plaintiff Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009, and Lead Counsel for the Class*

Richard A. Lockridge, MN No. 64117
Gregg M. Fishbein, MN No. 202009
Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044
Facsimile: (612) 339-0981
ralockridge@locklaw.com
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Plaintiffs*

**COOLEY LLP**

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs (CA Bar No. 183174)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5535
Facsimile: (650) 618-0387
pgibbs@cooley.com

Douglas P. Lobel (VA Bar No. 42329)
David A. Vogel (VA Bar No. 48971)
Dana A. Moss (VA Bar No. 80095)
Reston Town Ctr., 11951 Freedom Drive
Reston, VA 20190
Telephone: (703) 456-8000
dlobel@cooley.com
dvogel@cooley.com
dmoss@cooley.com

Sarah M. Lightdale
(NY Bar No. 4395661)
55 Hudson Yards

8

New York, NY 10001
Telephone: (212) 479-6374
Facsimile: (212) 479-6275
slightdale@cooley.com

Ryan Blair (CA Bar No. 246724)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6047
Facsimile: (858) 527-2750
rblair@cooley.com

**WINTHROP & WEINSTINE, P.A.**
William A. McNab
(MN Bar No. 320924)
Thomas H. Boyd
(MN Bar No. 0200517)
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 604-6400
wmcnab@winthrop.com
tboyd@winthrop.com

**BLACKWELL BURKE P.A.**
Jerry W. Blackwell
(MN Bar No. 186867)
431 South 7th Street, Suite 2500
Minneapolis, MN 55415
Telephone: (612) 343-3200
blackwell@blackwellburke.com

*Attorneys for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*