# Exhibit F

## *Afni, Inc.; D&B Duns Market Identifiers Plus             (US)*

November 4, 2018

*Afni, Inc*.

P O Box 3427

Bloomington, Illinois 61702

United States

**BUSINESS ADDRESS:** 404 Brock Dr, Bloomington, IL 61701-3963, United States
**Metropolitan Statistical Area:** Bloomington-Normal, IL - 1040
**County:** McLean
**Other Locations:**
**CONGRESSIONAL DISTRICT:** 13th Congressional District  - block face level

## Communications

**Telephone:** 309-828-5226

## Company Identifiers

**DUNS NUMBER:** 09-258-2444

## Company Information

**Founded:** 1965
**Incorporation Date:** November 4, 2018
**Place Of Incorporation/Registration:** Illinois
**Legal Status:** Corporation
**Organization Type:** Headquarters
**Employees:**
**Employee Total:** 3400
**Employees At This Location:** 200 - Actual
**Employee Total One Year Ago:** 3400
**Employee Total Three Years Ago:** 3400

## Executives

| | |
|---|---|
| Chairman of the Board: | Bruce F Griffin, Chb-Ceo |
| President: | Ronald L Greene, Pres-Coo |
| Chief Executive Officer: | Bruce F Griffin, Chb-Ceo |
| Chief Operating Officer: | Ronald L Greene, Pres-Coo |
| Vice-President: | John Mobley, Jr, V Pres |
| Vice-President: | Michael Garner, V Pres |
| Vice-President: | John O'Donnell, V Pres |
| Executive: | Josie Marquez, Senior Strategic Account Execu |
| Executive Director: | Jeff Hobbs, Executive Director Business De |
| Administrative Secretary: | Gregory J Donovan, SEC |
| Software Developer: | Paul Horine, Software Developer |
| Business Analyst: | Ryan Demolli, Business Analyst |
| Project Manager: | Valerie Ferguson, Project Manager |
| Technical Specialist: | Carl Enchelmayer, Senior Information Technology |
| Engineer: | David Brooks, Associate Desktop Engineer |
| VP Finance: | Greg Donovan, Vp of Finance |
| Finance Administrator: | Amy Peyres, Senior Finance Director |
| Analyst: | Greg Patterson, Subrogation Analyst |
| Analyst: | Eric Baker, Helpdesk Analyst |
| Training & Dev Manager: | Greg Donovan, Vp of Finance |
| Marketing Staff: | Kristy Rankin, Marketing Specialist |
| Client Manager: | Amanda Hoover, Client Manager |
| Director: | Barry Gamage, Senior Director |
| Director: | Tim George, Director of Resources |
| Director: | Amy Peyres, Senior Finance Director |
| Manager: | Christopher Meyer, Manager |

Manager:
    Chad Johnson, Senior Analytics Manager

Manager:
    Brad Ellsworth, Corporate Recruiting Manager

Receptionist:
    Nancy Blaine, Corporate Receptionist

Associate:
    David Brooks, Associate Desktop Engineer 00000000000000000000000

## Description

**Industry Type:** Services: Professional; Management Consulting Services Adjustment/Collection Services

## Market And Industry

**NAICS Codes:**

541611 - Administrative Management and General Management Consulting Services

561440 - Collection Agencies
**SIC Codes:**

8742 - Management consulting services

87420500 - Business planning and organizing services

7322 - Adjustment and collection services, nsk

73220000 - Adjustment and collection services, nsk
**Markets:**
**SALES TERRITORY:** U.S.

## Financials

## Income Statement

**Sales Revision Date:** June 6, 2020
**Annual Sales:** $373,906,625 - Estimate
**Revenue:** $373,906,625 - Estimate

**Cross Reference/Variant Names:** Afni



D&B Duns Market Identifiers Plus        (US)
Copyright 2020  Dun & Bradstreet, Inc.

---

**End of Document**