# Exhibit G

# Convergent Outsourcing, Inc.; D&B Duns Market Identifiers Plus (US)

March 22, 2019

_**Convergent Outsourcing**_, _Inc_.

P O Box 9004

Renton, Washington 98057

United States

**BUSINESS ADDRESS:** 800 SW 39th St, Renton, WA 98057-4927, United States
**Metropolitan Statistical Area:** Seattle-Bellevue-Everett, WA - 7600
**County:** King
**Other Locations:**
**CONGRESSIONAL DISTRICT:** 9th Congressional District  - block face level

## Communications

**Telephone:** 206-322-4500

## Company Identifiers

**DUNS NUMBER:** 00-805-1661

## Company Information

**Founded:** 2013
**Legal Status:** Corporation
**Organization Type:** Subsidiary and Single Location
**Employees:**
**Employee Total:** 730
**Employees At This Location:** 730 - Actual
**Employee Total One Year Ago:** 730
**Employee Total Three Years Ago:** 730

**PROPERTY:** 42,000 square feet -                              RENTS

# Corporate Structure

**ULTIMATE COMPANY:**
**DUNS NUMBER:** 83-942-2342
**COMPANY NAME:** *Account Ctrl Tech Holdings Inc*
**COMPANY NAME:** *Convergent Resources Inc.*

# Executives

| | |
|---|---|
| President: | Steven Hunter, Pres |
| Manager: | Thomas Bipin, Manager Networks |
| Manager: | Katlyn Pollitt, Manager |
| Supervisor: | Heather Beckman, Supervisor |

# Description

**Industry Type:** Services – Non Professional; Adjustment/Collection Services

# Market And Industry

**NAICS Codes:**

561440 - Collection Agencies
**SIC Codes:**

7322 - Adjustment and collection services, nsk

73229902 - Collection agency, except real estate
**Markets:**
**SALES TERRITORY:** U.S.

# Financials

# Income Statement

**Sales Revision Date:** June 6, 2020
**Annual Sales:** $79,281,147 - Actual

**Revenue:** $79,281,147 - Actual
**Annual Sales One Year Ago:** $79,281,147
**Annual Sales Three Years Ago:** $79,281,147



D&B Duns Market Identifiers Plus        (US)
Copyright 2020  Dun & Bradstreet, Inc.

---

**End of Document**