# Exhibit H

## Allied Interstate, LLC; D&B Duns Market Identifiers Plus     (US)

June 7, 2020

**Allied Interstate, LLC**

12755 Hwy 55 Ste 300

Plymouth, Minnesota 55441-4676

United States

**BUSINESS ADDRESS:** 12755 Hwy 55 Ste 300, Plymouth, MN 55441-4676, United States
**Metropolitan Statistical Area:** Minneapolis-St Paul, Mn-WI - 5120
**County:** Hennepin
**Other Locations:**
**CONGRESSIONAL DISTRICT:** 3d Congressional District  - block face level

## Communications

**Telephone:** 973-630-5720

## Company Identifiers

**DUNS NUMBER:** 07-762-1258

## Company Information

**Founded:** 1998
**Incorporation Date:** June 7, 2020
**Place Of Incorporation/Registration:** Minnesota
**Legal Status:** Corporation
**Organization Type:** Subsidiary and Headquarters
**Employees:**
**Employee Total:** 1150
**Employees At This Location:** 470 - Actual
**Employee Total One Year Ago:** 1150
**Employee Total Three Years Ago:** 1150

**PROPERTY:** 27,000 square feet -                     RENTS

## Corporate Structure

**ULTIMATE COMPANY:**
**DUNS NUMBER:** 96-599-5553
**COMPANY NAME:** *Igor Holdings Inc.*
**COMPANY NAME:** *Intellirisk Management Corp*

## Executives

Member:

Jeff Swedberg, MBR

## Description

**Industry Type:** Services – Non Professional; Adjustment/Collection Services

## Market And Industry

**NAICS Codes:**

561440 - Collection Agencies
**SIC Codes:**

7322 - Adjustment and collection services, nsk

73229902 - Collection agency, except real estate

## Financials

## Income Statement

**Sales Revision Date:** June 6, 2020
**Annual Sales:** $43,294,771 - Estimate
**Revenue:** $43,294,771 - Estimate



D&B Duns Market Identifiers Plus            (US)
Copyright 2020  Dun & Bradstreet, Inc.

**End of Document**