# Exhibit I

**Debt collector Allied settles with California counties for $9 mln**

11/1/18 REUTERS LEGAL 21:55:43

REUTERS LEGAL
Copyright (c) 2018 Thomson Reuters

November 1, 2018

Debt collector Allied settles with California counties for $9 mln

Dena Aubin

(Reuters) - Debt collector Allied Interstate and its Florida-based parent iQor Holdings have agreed to pay $9 million and stop illegal phone calls to settle a consumer protection lawsuit filed by the Los Angeles County District Attorney's Office and several other county prosecutors.

The settlement, announced by the county on Wednesday, resolves a 2016 lawsuit accusing Allied of violating state and federal laws by making automatically dialed "robo" calls to cellphones without consent, repeatedly calling wrong numbers, and making an excessive number of calls, sometimes several hundred to a single consumer in a matter of months.

A spokesman for St Petersburg, Florida-based iQor could not be reached for comment. The defendants settled without admitting wrongdoing.

"California law protects all consumers, even those who are behind in their payments, from constant, harassing phone calls," Los Angeles District Attorney Jackie Lacey said in a statement on Wednesday.

In an answer to the complaint filed last year, the defendants denied that they violated any law. IQor also denied that it was a debt collector or supervised Allied's activities.

Allied had paid $1.75 million in 2010 to settle similar allegations by the Federal Trade Commission, which accused it of making repeated collection calls to wrong numbers and continuing to call after being told they had reached the wrong person.

The California settlement was approved by Los Angeles County Superior Court Judge Barbara Scheper on Tuesday.

Originally filed by the district attorneys of Los Angeles, Riverside, San Diego and Santa Clara counties, the complaint was later joined by 14 other California county prosecutors.

The lawsuit alleged that since at least February 2011, the defendants engaged in illegal debt collection activities in California, violating the state's Rosenthal Fair Debt Collection Practices Act, the U.S. Telephone Consumer Protection Act (TCPA) and the common law right to privacy.

The lawsuit said the defendants used call centers in the United States and abroad to call consumers multiple times a day, harassing and annoying them in an effort to collect debt. Calling consumers at unreasonably frequent times is barred by the Rosenthal Act.

Allied called one consumer 484 times in a 40-day period, while in another case, it called a wrong number 264 times over a two-year period, the complaint said. Calls of such frequency constitute a common law invasion of privacy, the lawsuit said.

Allied also attempted to collect debt that had been discharged in bankruptcy, another practice barred by the Rosenthal Act, according to the complaint.

The $9 million settlement includes $8 million in civil penalties to be paid over two years and $1 million to reimburse prosecutors for the costs of investigating and filing the case.

**Debt collector Allied settles with California counties for $9 mln**

The settlement calls for the companies to stop making calls at an unreasonable frequency, to stop calling numbers after learning it has reached a wrong number, and to stop using robo-dialing technology to call cellphones without the consumers' consent.

The case is People of the State of California v. iQor Holdings, California Superior Court, Los Angeles County, No. BC633831.

For the plaintiffs: Stanley Williams at Los Angeles County District Attorney's Office, Santa Clara County District Attorney Jeffrey Rosen; San Diego County District Attorney's Office and Riverside County District Attorney Michael Hestrin

For the defendants: Thomas Hefferon and Brooks Brown at Goodwin Procter


**---- Index References ----**

Company: IQOR HOLDINGS INC; GOODWIN PROCTER LLP

News Subject: (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Business Management (1BU42); Consumer Protection (1CO43); Corporate Events (1CR05); Government Litigation (1GO18); Judicial Cases & Rulings (1JU36); Legal (1LE33))


Region: (Americas (1AM92); California (1CA98); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (GOODWIN PROCTER) (Jeffrey Rosen; Michael Hestrin; Barbara Scheper; Stanley Williams; Thomas Hefferon; Brooks Brown; Jackie Lacey)

Keywords: banking (OCC:OLRTXT); (N2:US)

Word Count: 556

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

 © 2020 Thomson Reuters. No claim to original U.S. Government Works.