**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

MDL No. 17-2795 (MJD/KMM)

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

**PLAINTIFFS' STATEMENT OF CONFIDENTIALITY REGARDING EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' THIRD-PARTY SUBPOENAS**

Plaintiffs in the above-captioned matter have filed Exhibits A through E and J to the to the Declaration of Michael D. Blatchley in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas. Pursuant to the Protective Order (ECF No. 464), Exhibits A through E and J have been designated "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" in their entirety. Because of these designations, redaction is impractical.

Dated: July 23, 2020

Respectfully submitted,

*/s/ Michael D. Blatchley*
Michael D. Blatchley, NYS Bar No. 4747424
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
michaelb@blbglaw.com