# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## VIDEO CONFERENCING
## CIVIL MOTION HEARING

Re:  CenturyLink Sales Practices and Securities Litigation,

**COURT MINUTES**
**BEFORE:  Judge Michael J. Davis**
**U.S. District Court**

| | |
|---|---|
| Case Nos.: | 17-md-2795-MJD-KMM |
| | 18-cv-00296-MJD-KMM |
| Date: | July 29, 2020 |
| Court Reporter: | Lynne Krenz |
| Courtroom: | 13E – *Via Video Conferencing* |
| Time Commenced: | 10:35 a.m. |
| Time Concluded: | 12:05 p.m. |
| Time in Court: | 1 hour, 30 minutes |

Hearing on:  **(17md2795) MOTION to Certify Class, Appointment of Class Representatives and Appointment of Class Counsel filed by State of Oregon, Fernando Alberto Vildosola [518]**

**(18cv296) MOTION to Certify Class, Appointment of Class Representatives and Appointment of Class Counsel filed by State of Oregon, Fernando Alberto Vildosola [188]**

## APPEARANCES:

**For Lead Plaintiff State of Oregon (Securities):**

Michael D. Blatchley          Bernstein Litowitz Berger & Grossman LLP

**For Defendant CenturyLink:**

Patrick E. Gibbs          Cooley LLP

## PROCEEDINGS:

The motions were moved, argued and taken under advisement.  Order to follow.

Date:  July 29, 2020                                                                                                     s/GRR
                                                                                    Courtroom Deputy to Judge Michael J. Davis