# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# MOTION HEARING

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | **COURT MINUTES**<br>BEFORE: Kate Menendez<br>U.S. Magistrate Judge |
| This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | MDL No:  17-2795-MJD-KMM<br>Date:  August 17, 2020<br>Location:  Video Conference<br>Court Reporter:  Lori Simpson<br>Time Commenced:  9:03 AM<br>Time Concluded:  10:00 AM<br>Time in Court:   57 Minutes |

## APPEARANCES:

For Plaintiff:    Michael D. Blatchley, Lydia Anderson-Dana, Gregg M. Fishbein, Richard Gluck

For Defendants:    Patrick E. Gibbs, William A. McNab, Thomas H. Boyd, Sarah M. Lightdale, Ryan Blair, Bryan Koch

## HEARING ON:

(1) Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas [*Craig*, Civ. No. 18-296 (ECF No. 280); *In re CenturyLink Sales Practices and Securities Litig.*, MDL 17-2795 (ECF No. 766)]

## PROCEEDINGS:

The Court held oral argument on the Defendants' motion for a protective order regarding several third-party subpoenas served by the Plaintiffs. The Court will issue a written order on the motion.

                                   s/Brian Pousson
                                   Signature of Law Clerk

1