UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

**JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULING AND CASE MANAGEMENT ORDER**

The parties in the above-captioned matter hereby jointly stipulate to the following modification of the Scheduling and Case Management Order ("Scheduling Order") as follows:

**WHEREAS:**

Under the Scheduling Order issued by the Court on October 16, 2019 (Dkt. 197),[1] the substantial completion deadline for the production of documents was March 2, 2020, with the parties permitted to "agree to additional production following the deadline," and the deadline to produce all privilege logs was April 15, 2020;

The Court previously ordered that the deadlines for completion of the substantial production of documents and for production of all privilege logs be extended to July 1, 2020, and August 1, 2020, respectively (Dkt. 233);

---

[1] Docket entries refer to those in *Craig v. CenturyLink, Inc.,* No. 18-cv-296.

The parties have agreed to hold the August 7, 2020 deadline for the disclosure of the identity of experts in abeyance, pending agreement between the parties on a proposed revised schedule and the Court's approval thereof;

Ongoing global events related to the spread of COVID-19 continue to cause disruption and uncertainty for the parties in this matter; and

All parties believe it is in the best interests of the Court and the parties that the Scheduling Order be modified in light of these events, such that the deadlines contained therein be extended consistent with the Court's order extending the deadlines for the substantial completion of documents and production of privilege logs;

**THEREFORE:**

1. The parties stipulate to a modification of the Scheduling Order as reflected in the attached Appendix A.

Dated: August 25, 2020                    Respectfully submitted,

*/s/ William A. McNab*
William A. McNab, MN Bar No. 320924
Thomas H. Boyd, MN Bar No. 0200517
**WINTHROP & WEINSTINE, P.A.**
Capella Tower, Suite 35002
225 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
wmcnab@winthrop.com
tboyd@winthrop.com

Patrick E. Gibbs, CA Bar No. 183174
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304

Telephone: (650) 843-5535
Facsimile: (650) 618-0387
pgibbs@cooley.com

Sarah M. Lightdale, NYS Bar No. 4395661
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6374
Facsimile: (212) 479-6275
slightdale@cooley.com

Douglas P. Lobel, VA Bar No. 42329
David A. Vogel, VA Bar No. 48971
Dana A. Moss, VA Bar No. 80095
**COOLEY LLP**
One Freedom Square / Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com
dmoss@cooley.com

Ryan Blair
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6047
Facsimile: (858) 527-2750
rblair@cooley.com

Jerry W. Blackwell (MN Bar No. 186867)
**BLACKWELL BURKE P.A.**
431 South 7th Street, Suite 25003
Minneapolis, MN 55415
Tel: (612) 343-3200
Fax: (612) 343-3205
blackwell@blackwellburke.com

*Counsel for Defendants*

Keith S. Dubanevich, OSB No. 975200
Timothy S. DeJong, OSB No. 940662
Keil M. Mueller, OSB No. 085535
Lydia Anderson-Dana, OSB No. 166167
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:    (503) 227-6840
kdubanevich@stollberne.com
tdejong@stollberne.com
kmueller@stollberne.com
landersondana@stollberne.com

*/s/ Michael D. Blatchley*
John C. Browne, NYS Bar No. 3922747
Michael D. Blatchley, NYS Bar No. 4747424
Michael Mathai, NYS Bar No. 5166319
Amanda Boitano, NYS Bar No. 5705843
**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 554-1400
Facsimile:    (212) 554-1444
johnb@blbglaw.com
michaelb@blbglaw.com
michael.mathai@blbglaw.com
amanda.boitano@blbglaw.com

Richard D. Gluck, Cal. Bar. No. 151675
**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
Facsimile: (212) 554-1444
Rich.Gluck@blbglaw.com

*Special Assistant Attorneys General and
Counsel for Lead Plaintiff the State of Oregon
by and through the Oregon State Treasurer and*

*the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Lead Counsel for the Class and Plaintiff Fernando Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009*

Richard A. Lockridge, MN No. 64117
Gregg M. Fishbein, MN No. 202009
Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:   (612) 596-4044
Facsimile:    (612) 339-0981
ralockridge@locklaw.com
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Plaintiff Fernando Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009*

## Appendix A

| Event | Current | Proposed |
|---|---|---|
| **Identity of Experts Disclosed** | August 7, 2020 | Friday, November 13, 2020 |
| **Additional Experts Disclosed** | August 28, 2020 | Friday, December 4, 2020 |
| **Fact Discovery Cutoff*** | September 21, 2020 | Wednesday, February 3, 2021 |
| **Non-dispositive Motions** | September 28, 2020 | Wednesday, February 10, 2021 |
| **Expert Reports** | October 13, 2020 | Thursday, February 25, 2021 |
| **Identity of Rebuttal Disclosed and Expert Rebuttal Reports** | November 13, 2020 | Monday, March 29, 2020 |
| **Completion of Expert Depositions/End of All Discovery** | December 2, 2020 | Friday, April 16, 2021 |
| **Non-dispositive Motions re. Expert Discovery** | December 9, 2020 | Friday, April 23, 2021 |
| **Submit Proposed Summary Judgment Briefing Schedule** | December 1, 2020 | Thursday, April 15, 2021 |
| **Summary Judgment Motions** | December 21, 2020 | Wednesday, May 5, 2021 |

*Due to continued uncertainty regarding the COVID-19 outbreak, the parties have agreed to proceed with depositions of fact witnesses remotely. Defendants reserve the right to revisit this issue as circumstances develop, and to maintain that certain depositions, including depositions of the Individual Defendants and other current and/or former senior officers, directors or employees of CenturyLink, should occur in person.

20248972v1