UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: Civil File No. 18-296 (MJD/KMM) | |

**ORDER APPROVING JOINT STIPULATION REGARDING <u>MODIFICATION OF THE SCHEDULING AND CASE MANAGEMENT ORDER</u>**

Having considered the Parties' Joint Stipulation Regarding Modification of the Scheduling and Case Management Order ("Joint Stipulation") in this matter,

**IT IS HEREBY ORDERED**:

The Parties' Joint Stipulation is **GRANTED**;

The Scheduling and Case Management Order shall be modified according to the proposed dates listed in Appendix A to the Joint Stipulation.

IT IS SO ORDERED.

Dated: _____        _____
                                     Katherine Menendez
                                     United States Magistrate Judge

20248973v1