UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

## ORDER APPROVING JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULING AND CASE MANAGEMENT ORDER

Having considered the Parties' Joint Stipulation Regarding Modification of the Scheduling and Case Management Order ("Joint Stipulation") in this matter,

**IT IS HEREBY ORDERED**:

The Parties' Joint Stipulation is **GRANTED**;

The Scheduling and Case Management Order shall be modified according to the proposed dates listed in Appendix A attached to this Order.

IT IS SO ORDERED.

Date: August 26, 2020

                                                 *s/ Katherine Menendez*
                                                 Katherine Menendez
                                                 United States Magistrate Judge

## Appendix A

| Event | Current | Amended deadline |
|---|---|---|
| **Identity of Experts Disclosed** | August 7, 2020 | Friday, November 13, 2020 |
| **Additional Experts Disclosed** | August 28, 2020 | Friday, December 4, 2020 |
| **Fact Discovery Cutoff*** | September 21, 2020 | Wednesday, February 3, 2021 |
| **Non-dispositive Motions** | September 28, 2020 | Wednesday, February 10, 2021 |
| **Expert Reports** | October 13, 2020 | Thursday, February 25, 2021 |
| **Identity of Rebuttal Disclosed and Expert Rebuttal Reports** | November 13, 2020 | Monday, March 29, 2020 |
| **Completion of Expert Depositions/End of All Discovery** | December 2, 2020 | Friday, April 16, 2021 |
| **Non-dispositive Motions re. Expert Discovery** | December 9, 2020 | Friday, April 23, 2021 |
| **Submit Proposed Summary Judgment Briefing Schedule** | December 1, 2020 | Thursday, April 15, 2021 |
| **Summary Judgment Motions** | December 21, 2020 | Wednesday, May 5, 2021 |

*Due to continued uncertainty regarding the COVID-19 outbreak, the parties have agreed to proceed with depositions of fact witnesses remotely. Defendants reserve the right to revisit this issue as circumstances develop, and to maintain that certain depositions, including depositions of the Individual Defendants and other current and/or former senior officers, directors or employees of CenturyLink, should occur in person.