# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

Benjamin Craig, et al.,

           Plaintiff(s),

v.

CenturyLink, Inc., et al.,

           Defendant(s).

**COURT MINUTES**
BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 18-cv-296-MJD-KMM |
| Date: | 8/25/20 |
| Location: | Telephonic |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:12 a.m. |
| Time in Court: | 12 Minutes |

APPEARANCES:

For Plaintiff:   Michael D. Blatchley
For Defendant:  Patrick E. Gibbs, Sarah M. Lightdale, Ryan Blair, Bryan M. Koch, Thomas H. Boyd, William A. McNabb

The Court held a status conference. Counsel discussed two issues, which will be addressed through a revision to the schedule and an Order concerning third party depositions.

                              *s/Kathy Thobe*
                              Judicial Assistant/Calendar Clerk