UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

### ORDER GRANTING JOINT MOTION REQUESTING MODIFICATION OF THE PARTIES' DEADLINE TO FILE JOINT MOTION REGARDING CONTINUED SEALING

Having considered the Parties' Joint Motion Requesting Modification of the Parties' Deadline to File Joint Motion Regarding Continued Sealing,

**IT IS HEREBY ORDERED**:

The Parties' Joint Motion is **GRANTED**;

1.   The deadline to file a joint motion regarding continued sealing of documents filed temporarily under seal in connection with Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas is extended to September 14, 2020.

IT IS SO ORDERED.

Date: _____
Katherine M. Menendez
United States Magistrate Judge

20290929v1