# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: Civil File No. 18-296 (MJD/KMM) | |

## JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motion:

| | MDL Docket | 18-296 Docket |
|---|---|---|
| Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas | No. 766 | No. 280 |

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|
| 768 (282 in 18-296 Docket) | 769 (283 in 18-296 Docket) | Defendants' Memorandum of Law in Support of Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas | *Defendants' position:* Redacted portions of document should remain sealed. *Plaintiffs' position:* Plaintiffs do not oppose redacted portions of document remaining sealed. | *Defendants' position:* Contains information designated as Confidential under a protective order issued in this case [MDL Dkt. No. 464]. |
| 771 (285 in 18-296 Docket) | | Certain Exhibits to the Declaration of Sarah M. Lightdale in Support of | *Defendants' position:* Exhibit 15 should remain sealed. Defendants do not | *Defendants' position:* Exhibit 15 contains information designated as Confidential under |

2

| | | | | |
|---|---|---|---|---|
| | | Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas ("Lightdale Declaration"):<br><br>Exhibit 12 – Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production, dated October 4, 2019<br><br>Exhibit 13 – Email dated January 27, 2020 from B. Koch to J. Tebor *et al.*<br><br>Exhibit 14 – Email dated December 18, 2019 from J. Tebor to B. Koch<br><br>Exhibit 15 – Document produced | oppose unsealing Exhibits 12, 13, 14, and 18.<br><br>***Plaintiffs' position:*** Plaintiffs do not oppose Exhibit 15 remaining sealed. Exhibits 12, 13, 14, and 18 should be unsealed. | a protective order issued in this case [MDL Dkt. No. 464].<br><br>***Plaintiffs' position:*** Exhibit 15 contains identifying information regarding a CenturyLink customer. Exhibits 12, 13, 14, and 18 do not contain trade secrets or other confidential or proprietary information. |

3

| | | | | |
|---|---|---|---|---|
| | | with the Bates number CTLMNSEC00846141<br><br>Exhibit 18 – Plaintiffs' First Requests for Production, dated September 4, 2019 | | |
| 777<br>(292 in 18-296 Docket) | 778<br>(293 in 18-296 Docket) | Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas | *Defendants' position:* Redacted portions of document should remain sealed.<br><br>*Plaintiffs' position:* Plaintiffs do not oppose redacted portions of document remaining sealed. | *Defendants' position:* Contains information designated as Confidential and/or Highly Confidential – Attorney's Eyes Only under a protective order issued in this case [MDL Dkt. No. 464]. |
| 779<br>(294 in 18-296 Docket) | 780<br>(295 in 18-296 Docket) | Declaration of Michael D. Blatchley in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas | *Defendants' position:* Redacted portions of document should remain sealed.<br><br>*Plaintiffs' position:* Plaintiffs do not oppose redacted | *Defendants' position:* Contains information designated as Confidential and/or Highly Confidential – Attorney's Eyes Only under a protective order issued in this |

4

| | | | | |
|---|---|---|---|---|
| | | ("Blatchley Declaration") | portions of document remaining sealed. | case [MDL Dkt. No. 464]. |
| 779-1<br>779-2<br>779-3<br>779-4<br>779-5<br>779-6<br><br>(In 18-296 docket:294-1<br>294-2<br>294-3<br>294-4<br>294-5<br>294-6) | | Certain Exhibits to the Declaration of Michael D. Blatchley in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas:<br><br>Exhibit A – Document produced with the Bates number CTLMNSEC00251344<br><br>Exhibit B – Document produced with the Bates number CTLMNSEC00374278 and excerpts of attached documents | ***Defendants' position:*** Documents should remain sealed.<br><br>***Plaintiffs' position:*** Plaintiffs do not oppose documents remaining sealed. | ***Defendants' position:*** Contains information designated as Confidential and/or Highly Confidential – Attorney's Eyes Only under a protective order issued in this case [MDL Dkt. No. 464]. |

| | | | | |
|---|---|---|---|---|
| | | Exhibit C – Document produced with the Bates number CTLMNSEC01302388

Exhibit D – Document produced with the Bates number CTLMNSEC00259908

Exhibit E – Document produced with the Bates number CTLMNSEC00132742

Exhibit J – Document produced with the Bates number CTLMNSEC00353435 and excerpts of attached documents | | |
| 785 (300 in 18-296 Docket) | | Exhibit A to Letter from Patrick Gibbs to The Honorable Katherine M. | ***Defendants' position:*** Defendants do not oppose unsealing this document. | ***Plaintiffs' position:*** Does not contain trade secrets or other confidential or |

6

| | | | | |
|---|---|---|---|---|
| | | Menendez requesting reply brief: July 31, 2020 email from Christopher Andrews to Richard Gluck *et al.* | ***Plaintiffs' position:*** Document should be unsealed. | proprietary information. |
| 792 (304 in 18-296 Docket) | 793 (305 in 18-296 Docket) | Defendants' Reply Memorandum of Law in Support of Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas | ***Defendants' position:*** Redacted portions of document should remain sealed. ***Plaintiffs' position:*** Plaintiffs do not oppose redacted portions of document remaining sealed. | ***Defendants' position:*** Contains information designated as Confidential and/or Highly Confidential – Attorney's Eyes Only under a protective order issued in this case [MDL Dkt. No. 464]. |
| 794 (306 in 18-296 Docket) | 795 (307 in 18-296 Docket) | Declaration of Sarah M. Lightdale in Support of Defendants' Reply Memorandum in Support of Defendants' Motion for Protective Order Regarding Plaintiffs' Third-Party Subpoenas ("Lightdale Reply Declaration") | ***Defendants' position:*** Redacted portions of document should remain sealed. ***Plaintiffs' position:*** Plaintiffs do not oppose redacted portions of document remaining sealed. | ***Defendants' position:*** Contains information designated as Confidential and/or Highly Confidential – Attorney's Eyes Only under a protective order issued in this case [MDL Dkt. No. 464]. |

DATED this 11th day of September, 2020.

/s/ Patrick E. Gibbs

Patrick E. Gibbs, CA Bar No. 183174
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5535
Facsimile: (650) 618-0387
pgibbs@cooley.com

Sarah M. Lightdale, NYS Bar No. 4395661
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6374
Facsimile: (212) 479-6275
slightdale@cooley.com

Douglas P. Lobel, VA Bar No. 42329
David A. Vogel, VA Bar No. 48971
Dana A. Moss, VA Bar No. 80095
**COOLEY LLP**
One Freedom Square / Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com
dmoss@cooley.com

Ryan Blair
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6047
Facsimile: (858) 527-2750
rblair@cooley.com

William A. McNab, MN Bar No. 320924
Thomas H. Boyd, MN Bar No. 0200517
**WINTHROP & WEINSTINE, P.A.**
Capella Tower, Suite 35002
225 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 604-6400

Facsimile: (612) 604-6800
wmcnab@winthrop.com
tboyd@winthrop.com

Jerry W. Blackwell (MN Bar No. 186867)
**BLACKWELL BURKE P.A.**
431 South 7th Street, Suite 25003
Minneapolis, MN 55415
Tel: (612) 343-3200
Fax: (612) 343-3205
blackwell@blackwellburke.com

*Counsel for Defendants*


*/s/ Keil M. Mueller*

Keith S. Dubanevich, OSB No. 975200
Timothy S. DeJong, OSB No. 940662
Keil M. Mueller, OSB No. 085535
Lydia Anderson-Dana, OSB No. 166167
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:    (503) 227-6840
kdubanevich@stollberne.com
tdejong@stollberne.com
kmueller@stollberne.com
landersondana@stollberne.com

John C. Browne, NYS Bar No. 3922747
Michael D. Blatchley, NYS Bar No. 4747424
Michael Mathai, NYS Bar No. 5166319
Amanda Boitano, NYS Bar No. 5705843
**BERNSTEIN LITOWITZ BERGER
     & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 554-1400
Facsimile:    (212) 554-1444
johnb@blbglaw.com

michaelb@blbglaw.com
michael.mathai@blbglaw.com
amanda.boitano@blbglaw.com

Richard D. Gluck, Cal. Bar. No. 151675
**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
Facsimile: (212) 554-1444
Rich.Gluck@blbglaw.com

*Special Assistant Attorneys General and Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Lead Counsel for the Class and Plaintiff Fernando Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009*

Richard A. Lockridge, MN No. 64117
Gregg M. Fishbein, MN No. 202009
Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:   (612) 596-4044
Facsimile:    (612) 339-0981
ralockridge@locklaw.com
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Plaintiff Fernando Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009*