# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY PENDING RULE 23(f) PETITION AND APPEAL |

Having considered Defendants' Motion for Stay Pending Rule 23(f) Petition and Appeal and all files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT**:

1) Defendants' Motion for Stay Pending Rule 23(f) Petition and Appeal is **GRANTED**.

2) All proceedings in the securities action shall be stayed, including dissemination of notice to class members and discovery, pending a ruling by the Eighth Circuit on Defendants' Rule 23(f) Petition and Appeal.

**IT IS SO ORDERED.**

Dated: _____  _____
Michael J. Davis
United States District Court