UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Megan K. Houlihan of Stoll Stoll Berne Lokting & Shlachter PC, shall appear as counsel of record for Lead Plaintiff the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and named plaintiff Fernando Alberto Vildosola in this case.

DATED this 30th day of September, 2020.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/ Megan K. Houlihan
**Keith S. Dubanevich,** OSB No. 975200
**Timothy S. DeJong,** OSB No. 940662
**Keil M. Mueller,** OSB No. 085535
**Lydia Anderson-Dana**, OSB No. 166167
**Megan K. Houlihan**, OSB No. 161273

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:   (503) 227-6840
Email:       kdubanevich@stollberne.com
             tdejong@stollberne.com
             kmueller@stollberne.com
             landersondana@stollberne.com
             mhoulihan@stollberne.com

*Special Assistant Attorneys General and Counsel for Plaintiff the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and Fernando Alberto Vildosola and the Class*