# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

### JOINT STIPULATION REGARDING MODIFICATION OF TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR STAY

Subject to the Court's approval, the parties in the above-captioned matter hereby jointly stipulate to the following modification of the Scheduling and Case Management Order ("Scheduling Order") as follows:

**WHEREAS:**

On September 28, 2020, Defendants filed a Petition under Fed. R. Civ. P. 23(f) for Permission to Appeal an Order Granting Class Certification in the United States Court of Appeals for the Eighth Circuit;

Plaintiffs' response to Defendants' 23(f) Petition is due October 8, 2020;

1

On September 29, 2020, Defendants filed their Motion for Stay Pending Rule 23(f) Petition and Appeal (Dkt. 323);[1]

Pursuant to LR 7.1(b)(2), Plaintiffs' response to Defendants' Motion must be filed and served within seven days, *i.e.* on or before October 6, 2020; and

The parties have agreed to extend the time for Plaintiffs to file and serve their response to Defendants' Motion by seven days to October 13, 2020;

**THEREFORE:**

1. Subject to the Court's approval, the parties stipulate to a modification of the time for Plaintiffs to respond to Defendants' Motion for Stay Pending Rule 23(f) Petition and Appeal, such that the deadline is October 13, 2020.

DATED this 2nd day of October, 2020.

> By: s/ Keil M. Mueller
> Keith S. Dubanevich, OSB No. 975200
> Timothy S. DeJong, OSB No. 940662
> Keil M. Mueller, OSB No. 085535
> Lydia Anderson-Dana, OSB No. 166167
> Megan K. Houlihan, OSB No. 161273
> **STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
> 209 SW Oak Street, Suite 500
> Portland, OR 97204
> Telephone: (503) 227-1600
> Facsimile: (503) 227-6840
> kdubanevich@stollberne.com
> tdejong@stollberne.com
> kmueller@stollberne.com
> landersondana@stollberne.com
> mhoulihan@stollberne.com

---

[1] Docket entries refer to those in Craig v. CenturyLink, Inc., No. 18-cv-296.

John C. Browne, NYS Bar No. 3922747
Michael D. Blatchley, NYS Bar No. 4747424
Michael Mathai, NYS Bar No. 5166319
Amanda Boitano, NYS Bar No. 5705843
**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 554-1400
Facsimile:    (212) 554-1444
johnb@blbglaw.com
michaelb@blbglaw.com
michael.mathai@blbglaw.com
amanda.boitano@blbglaw.com

Richard D. Gluck, Cal. Bar. No. 151675
**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
Facsimile: (212) 554-1444
Rich.Gluck@blbglaw.com

*Special Assistant Attorneys General and Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Lead Counsel for the Class and Plaintiff Fernando Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009*

Richard A. Lockridge, MN No. 64117
Gregg M. Fishbein, MN No. 202009
Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:    (612) 596-4044

Facsimile:    (612) 339-0981
ralockridge@locklaw.com
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Plaintiff Fernando Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009*

Patrick E. Gibbs, CA Bar No. 183174
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5535
Facsimile: (650) 618-0387
pgibbs@cooley.com

Sarah M. Lightdale, NYS Bar No. 4395661
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6374
Facsimile: (212) 479-6275
slightdale@cooley.com

Douglas P. Lobel, VA Bar No. 42329
David A. Vogel, VA Bar No. 48971
Dana A. Moss, VA Bar No. 80095
**COOLEY LLP**
One Freedom Square / Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com
dmoss@cooley.com

        Ryan Blair
        **COOLEY LLP**
        4401 Eastgate Mall
        San Diego, CA 92121
        Telephone: (858) 550-6047
        Facsimile: (858) 527-2750
        rblair@cooley.com

By: s/ William A. McNab
        William A. McNab, MN Bar No. 320924
        Thomas H. Boyd, MN Bar No. 0200517
        **WINTHROP & WEINSTINE, P.A.**
        Capella Tower, Suite 35002
        225 South Sixth Street
        Minneapolis, MN 55402
        Telephone: (612) 604-6400
        Facsimile: (612) 604-6800
        wmcnab@winthrop.com
        tboyd@winthrop.com

        Jerry W. Blackwell (MN Bar No. 186867)
        **BLACKWELL BURKE P.A.**
        431 South 7th Street, Suite 25003
        Minneapolis, MN 55415
        Tel: (612) 343-3200
        Fax: (612) 343-3205
        blackwell@blackwellburke.com

*Counsel for Defendants*