UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| | **NOTICE OF APPEARANCE** |
| This Document Relates to: No. 18-cv-296 (MJD/KMM) | |

PLEASE TAKE NOTICE, that on behalf of Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, who are parties in this Multidistrict Proceeding, the following attorney enters his appearance as attorney of record:

**Christopher Andrews** of Cooley LLP, 55 Hudson Yards, New York, NY 10001-2157.

Date:  October 9, 2020

Respectfully submitted,

/s/ Christopher Andrews
Christopher Andrews (NY Bar No. 5442355)
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6862
Fax: (212) 479-6275
candrews@cooley.com

*Attorney for Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey*