# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE MINUTE ENTRY

Benjamin Craig, et al.,

          Plaintiff(s),

  v.

CenturyLink, Inc., et al.,

          Defendant(s).

**COURT MINUTES**
BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 18-cv-296-MJD-KMM |
| Date: | 10/13/2020 |
| Location: | Telephonic |
| Time Commenced: | 3:00 p.m. |
| Time Concluded: | 3:22 a.m. |
| Time in Court: | 22 Minutes |

APPEARANCES:

For Plaintiff:    Michael D. Blatchley, Michael M. Mathai, Adam Hollander, Keil M. Mueller

For Defendant:    Patrick E. Gibbs, Sarah M. Lightdale, Thomas H. Boyd, Christopher M. Andrews

The Court held a telephonic status conference. Counsel flagged a few discovery issues that may be coming before the Court in the coming weeks.

                                                    *s/Kathy Thobe*
                                                  Judicial Assistant/Calendar Clerk