## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>**LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE FOR PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR STAY PENDING RULE 23(f) PETITION AND APPEAL** |

Pursuant to Local Rule 7.1(f), the undersigned hereby certifies, as counsel for Lead Plaintiff, that this Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Stay Pending Rule 23(f) Petition and Appeal was prepared in Microsoft Word 2016 using 13-point font.  The undersigned further certifies that pursuant to Local Rule 7.1(h), this Memorandum complies with the type-length limitation as there are 4,624 words in this Memorandum, according to Microsoft Word 2016's Word Count, including headings, footnotes, and quotations.

Respectfully submitted this 15th day of October, 2020.

                              **STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**

                              By: *s/ Keil M. Mueller*
                                  **Keith S. Dubanevich,** OSB No. 975200
                                  **Timothy S. DeJong,** OSB No. 940662
                                  **Keil M. Mueller,** OSB No. 085535

**Lydia Anderson-Dana,** OSB No. 166167
**Megan K. Houlihan**, OSB No. 161273

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:   (503) 227-6840
Email:   kdubanevich@stollberne.com
tdejong@stollberne.com
kmueller@stollberne.com
landersondana@stollberne.com
mhoulihan@stollberne.com

John C. Browne, NYS Bar No. 3922747
Michael D. Blatchley, NYS Bar No. 4747424
Adam D. Hollander, NYS Bar No. 4498143
Michael M. Mathai, NYS Bar No. 5166319
Amanda Boitano, NYS Bar No. 5705843
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
michaelb@blbglaw.com
adam.hollander@blbglaw.com
michael.mathai@blbglaw.com
amanda.boitano@blbglaw.com

*Special Assistant Attorneys General and Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009, and Lead Counsel for the Class*

Richard A. Lockridge, MN No. 64117
Gregg M. Fishbein, MN No. 202009

2

Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044
Facsimile: (612) 339-0981
ralockridge@locklaw.com
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009, and Lead Counsel for the Class*