UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | **DECLARATION OF KEIL MUELLER IN SUPPORT OF PLAINTIFFS' CORRECTED OPPOSITION TO DEFENDANTS' MOTION FOR STAY PENDING RULE 23(f) PETITION AND APPEAL** |

I, Keil Mueller, declare:

1. I am a shareholder in the law firm Stoll Stoll Berne Lokting & Shlachter P.C., Co-Lead Counsel for the Class in this action. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Stay Pending Rule 23(f) Petition and Appeal. I have personal knowledge of the facts set forth in this declaration.

2. Attached as Exhibit A is a true and correct copy of Plaintiffs-Respondents' Opposition to Defendants-Petitioners' Rule 23(f) Petition, which was filed with the Eighth Circuit on October 8, 2020.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 15th day of October, 2020.

s/ Keil M. Mueller<br>
Keil M. Mueller