| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* || COURT USE ONLY<br>**NOTES:** |
|---|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Michelle Leung | 2a. CONTACT PHONE NUMBER<br>(212) 554-1400 || 3. CONTACT EMAIL ADDRESS<br>Michelle.leung@blbglaw.com |
| 1b. ATTORNEY NAME (if different)<br>Michael D. Blatchley | 2b. ATTORNEY PHONE NUMBER<br>(212) 554-1400 || 3. ATTORNEY EMAIL ADDRESS<br>MichaelB@blbglaw.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Bernstein Litowitz Berger & Grossmann LLP<br>1251 Avenue of the Americas, 44th Floor<br>New York, New York 10020 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Craig v. CenturyLink, Inc., et al. || 6. CASE NUMBER<br>18-cv-296 |
| 7. COURT REPORTER NAME, if applicable | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA.<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>X NON-APPEAL   ☐ CIVIL<br>☐ Standing Order (**MDL** only) |||

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) *NOTE: ECF access is included.*   c. DELIVERY TYPE *Delivery times are not guaranteed.*

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13/2020 | KMM | | X | | | | X | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE<br>/s/ Michael D. Blatchley | 12. DATE<br>10/21/2020 |
|---|---|