**WINTHROP & WEINSTINE**

November 2, 2020

William A. McNab
Direct Dial: (612) 604-6652
Direct Fax: (612) 604-6852
wmcnab@winthrop.com

**VIA ECF**

The Honorable Michael J. Davis
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:  *In re CenturyLink Sales Practices and Securities Litigation*
MDL No. 17-2795 (MJD/JKMM)
Relates to: Civil Action No. 18-296 (MJD/KMM)

Dear Judge Davis:

On September 29, 2020, Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey (collectively, "Defendants") filed a Motion for Stay Pending Rule 23(f) Petition and Appeal (the "Motion") (Dkt. 323).[1] Plaintiffs filed an opposition on October 15, 2020 (Dkt. 339).

On October 27, 2020, the United States Court of Appeals for the Eighth Circuit denied Defendants' Rule 23(f) Petition, making the Motion moot. Accordingly, Defendants hereby withdraw the Motion.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

*s/William A. McNab*

William A. McNab

20620965v2

---

[1] Docket entries refer to those in *Craig v. CenturyLink*, Civil Action No. 18-296 (MJD/KMM).