## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

MDL No. 17-2795 (MJD/KMM)

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

## PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that Court-appointed Class Representatives the State of

Oregon by and through the Oregon State Treasurer and the Oregon Public Employee

Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon"),

and Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009

("Vildosola," and collectively with Oregon, "Plaintiffs"), by their counsel, hereby move

this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an

Order: (i) preliminarily approving the proposed settlement of the above-captioned action

(the "Settlement"); (ii) approving the form and matter of providing notice of the proposed

Settlement to Class Members; and (iii) scheduling a hearing to consider final approval of

the Settlement, the Plan of Allocation, and Lead Counsel's application for an award of

attorneys' fees and Litigation Expenses.  In support of this motion, Plaintiffs submit the

Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary

Approval of Settlement, and the Declaration of Michael D. Blatchley and supporting

Exhibits 1 through 4 (the "Blatchley Declaration"), including the Stipulation and

Agreement of Settlement dated January 29, 2021 (the "Stipulation"), attached as Exhibit 1,

and the [Proposed] Order Preliminarily Approving Settlement and Authorizing

Dissemination of Notice of Settlement Pursuant to Fed. R. Civ. P. 23(e)(1), attached as

Exhibit 2.   Pursuant to the terms of the Stipulation, this motion is unopposed by

Defendants.

Dated: February 1, 2021                     Respectfully submitted,

                                            */s/ Michael D. Blatchley*
                                            John C. Browne, NYS Bar No. 3922747
                                            Michael D. Blatchley, NYS Bar No. 4747424
                                            Michael M. Mathai, NYS Bar No. 5166319
                                            **BERNSTEIN LITOWITZ BERGER &
                                            GROSSMANN LLP**
                                            1251 Avenue of the Americas
                                            New York, New York 10020
                                            Telephone:  (212) 554-1400
                                            Facsimile:  (212) 554-1444
                                            johnb@blbglaw.com
                                            michaelb@blbglaw.com
                                            michael.mathai@blbglaw.com

                                            Keith S. Dubanevich, OSB No. 975200
                                            Timothy S. DeJong, OSB No. 940662
                                            Keil M. Mueller, OSB No. 085535
                                            Lydia Anderson-Dana, OSB No. 166167
                                            **STOLL STOLL BERNE LOKTING &
                                            SHLACHTER P.C.**
                                            209 SW Oak Street, Suite 500
                                            Portland, OR 97204
                                            Telephone:  (503) 227-1600
                                            Facsimile:  (503) 227-6840
                                            kdubanevich@stollberne.com
                                            tdejong@stollberne.com
                                            kmueller@stollberne.com
                                            landersondana@stollberne.com

                                            *Special Assistant Attorneys General and
                                            Counsel for Lead Plaintiff the State of Oregon*

*by and through the Oregon State Treasurer
and the Oregon Public Employee Retirement
Board, on behalf of the Oregon Public
Employee Retirement Fund and Plaintiff
Fernando Alberto Vildosola, as trustee for the
AUFV Trust U/A/D 02/19/2009, and Class
Counsel*

Richard A. Lockridge, MN No. 64117
Gregg M. Fishbein, MN No. 202009
Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 596-4044
Facsimile:  (612) 339-0981
ralockridge@locklaw.com
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Plaintiffs*

3