## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

MDL No. 17-2795 (MJD/KMM)

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

## NOTICE OF HEARING ON PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that Court-appointed Class Representatives the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund ("Oregon"), and Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009 ("Vildosola," and collectively with Oregon, "Plaintiffs"), by their counsel, hereby move this Court before the Honorable Michael J. Davis, United States District Judge, 300 South Fourth Street, Courtroom 13E, Minneapolis, Minnesota 55415, on a date and at such time to be determined by the Court, for an entry of the proposed Order Preliminarily Approving Settlement and Authorizing Dissemination of the Notice of Settlement Pursuant to Fed. R. Civ. P. 23(e)(1), attached as Exhibit 1 to the Declaration of Michael D. Blatchley in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

Dated: February 1, 2021

Respectfully submitted,

*/s/ Michael D. Blatchley*
John C. Browne, NYS Bar No. 3922747
Michael D. Blatchley, NYS Bar No. 4747424

Michael M. Mathai, NYS Bar No. 5166319
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
michaelb@blbglaw.com
michael.mathai@blbglaw.com

Keith S. Dubanevich, OSB No. 975200
Timothy S. DeJong, OSB No. 940662
Keil M. Mueller, OSB No. 085535
Lydia Anderson-Dana, OSB No. 166167
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kdubanevich@stollberne.com
tdejong@stollberne.com
kmueller@stollberne.com
landersondana@stollberne.com

*Special Assistant Attorneys General and Counsel for Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund and Plaintiff Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009, and Class Counsel*

Richard A. Lockridge, MN No. 64117
Gregg M. Fishbein, MN No. 202009
Kate M. Baxter-Kauf, MN No. 392037
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044

Facsimile: (612) 339-0981<br>
ralockridge@locklaw.com<br>
gmfishbein@locklaw.com<br>
kmbaxter-kauf@locklaw.com

*Liaison Counsel for Plaintiffs*