UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to:<br>Civil Action No. 18-296 (MJD/KMM) | |

### DECLARATION OF MICHAEL D. BLATCHLEY IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

I, Michael D. Blatchley, declare as follows:

1. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"). BLB&G and the law firm of Stoll Stoll Berne Lokting & Shlachter P.C. serve as Lead Counsel for the Court-appointed Class Representatives the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Fernando Alberto Vildosola, as trustee for the AUFV Trust U/A/D 02/19/2009, in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Stipulation and Agreement of Settlement dated January 29, 2021.

3. Attached hereto as **Exhibit 2** is the [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement Pursuant to Fed. R. Civ. P. 23(e)(1).

4. Attached hereto as **Exhibit 3** is a true and correct copy of a press release titled "CenturyLink announces conclusion of Special Committee investigation," dated December 7, 2017.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a publication authored by Laarni T. Bulan and Laura E. Simmons of Cornerstone Research, titled *Securities Class Action Settlements: 2019 Review and Analysis*, dated 2020.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: February 1, 2021                    */s/ Michael D. Blatchley*
                                           Michael D. Blatchley