UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Craig, et al., | Civil No. 18-cv-296-MJD-KMM |
| Plaintiffs, | |
| v. | **ORDER ON JOINT MOTION REGARDING CONTINUED SEALING (ECF No. 289)** |
| CenturyLink, Inc., et al., | |
| Defendants. | |

The parties filed a Joint Motion Regarding Continued Sealing (ECF No. 289) in which they agreed that several documents which were originally filed under temporary seal can now be unsealed, and that redactions on certain documents can be removed. The Court has reviewed the parties' Motion as well as the underlying documents, and concludes that unsealing is appropriate.

Accordingly, the Joint Motion (ECF No. 289) is **GRANTED** and **the Clerk's Office is directed to unseal the following documents: ECF Nos. 228, 228-1, 249, 251, 251-1, 251-2, 251-3 and 251-4.**

**IT IS SO ORDERED.**

Date: February 2, 2021

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge