UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Craig, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CenturyLink, Inc., et al.,<br><br>　　　　Defendants. | Civil No. 18-cv-296-MJD-KMM<br><br>**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING (ECF No. 320)** |

The parties have filed a Joint Motion Regarding Continued Sealing (ECF No. 320) in which they have set forth their agreements as to the continued sealing or unsealing of certain documents that were originally filed under temporary seal. The Court has reviewed the parties' agreements as well as the documents themselves, and finds that certain documents should remain sealed and other documents should be unsealed, as recommended in the Joint Motion.

Accordingly, the Joint Motion (ECF No. 320) is **GRANTED** and **the Clerk of Court is Ordered to unseal the following documents: ECF Nos. 285, 285-1, 285-2, 285-4 and 300.** The following documents will remain under seal, or their redacted portions will remain under seal: ECF Nos. 282, 285-3, 292, 294, 294-1, 294-2, 294-3, 294-4, 294-5, 294-6, 304 and 306.

**IT IS SO ORDERED.**

Date: February 2, 2021　　　　　　　　　　　　*s/Katherine Menendez*
　　　　　　　　　　　　　　　　　　　　　　Katherine Menendez
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge