# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## VIDEO CONFERENCING
## CIVIL MOTION HEARING

Re:  CenturyLink Sales Practices and
Securities Litigation,

**COURT MINUTES**
**BEFORE:  Judge Michael J. Davis**
**U.S. District Court**

| | |
|---|---|
| Case Nos.: | 17-md-2795-MJD-KMM |
| | 18-cv-296 -MJD-KMM |
| Date: | March 18, 2021 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 10:59 a.m. |
| Time Concluded: | 11:32 a.m. |
| Time in Court: | 33 minutes |

Hearing on:

**(17md2795) MOTION for Approval of Preliminary Settlement [Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement] [872]**

**(18cv296) MOTION for Approval of Preliminary Settlement [Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement] [351]**

## APPEARANCES:

**For Lead Plaintiff State of Oregon (Securities):**

Keil M. Mueller          Stoll Berne

**For Defendant CenturyLink:**

Patrick E. Gibbs          Cooley LLP

## PROCEEDINGS:

The motion was moved and granted.  Order to follow.

The parties agreed upon the date of July 20, 2021 at 11:00 AM in Courtroom 13E for the Final Approval Hearing.  Plaintiff will file the necessary documents.

Date:  March 18, 2021

s/GRR
Courtroom Deputy to Judge Michael J. Davis