# Exhibit 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: Civil Action No. 18-296 (MJD/KMM) | |

**DECLARATION OF FERNANDO ALBERTO VILDOSOLA, AS TRUSTEE FOR THE AUFV TRUST U/A/D 02/19/2009, IN SUPPORT OF: (A) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND (B) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Fernando Alberto Vildosola, hereby declare under penalty of perjury as follows:

1. I, as trustee for the AUFV Trust U/A/D 02/19/2009, am a named plaintiff and Court-appointed Class Representatives for the Court-certified Class in the above-captioned securities class action (the "Action").[1] I submit this Declaration in support of: (i) Plaintiffs' motion for final approval of the proposed settlement of the Action (the "Settlement") and (ii) Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses, which includes my request to recover the reasonable costs and expenses that I incurred with respect to my representation of the Class in this litigation.

---

[1] Unless otherwise defined in this memorandum, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement, dated January 29, 2021 (ECF No. 354-1).

**I.    My Involvement In and Oversight of the Litigation**

2.     I am an experienced investor in the financial markets and suffered a substantial loss on my Class Period investments in CenturyLink 7.60% Notes. I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge of the matters set forth in this declaration based on my role as a Class Representative in this Action. I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

3.     Throughout this litigation, I had regular communications with counsel at Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), one of the Court-appointed Lead Counsel in this Action. I received periodic status reports on case developments and participated in regular discussions with counsel concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of this Action, I:

(i)    regularly communicated with counsel concerning significant developments in the litigation, including case strategy;

(ii)   reviewed significant pleadings, briefs, and other court documents filed in the Action;

(iii)  reviewed written responses to document requests and interrogatories;

(iv)   searched for and produced documents requested by Defendants;

(v)    sat for a deposition in connection with Plaintiffs' motion for class certification;

2

(vi)     consulted with counsel regarding the settlement negotiations; and

(vii)     evaluated and approved the mediator's recommendation issued by former United States District Judge Layn R. Phillips that the Action be settled for $55,000,000 in cash.

## II.     I Strongly Endorse Approval of the Settlement

4.     I was involved in discussing the strategy for the mediation and negotiations in this Action which led to the Settlement. In particular, I participated in numerous communications to discuss the settlement strategy and ultimately approved the settlement authority for resolving this Action, which Settlement is, of course, subject to this Court's approval.

5.     Based on my involvement throughout the prosecution and resolution of the Action, I believe that the proposed Settlement is fair, reasonable, and adequate to the Class. I believe that the proposed Settlement represents an outstanding recovery for the Class, particularly in light of the substantial risks and uncertainties of a trial and continued litigation in this case. Therefore, I strongly endorse approval of the Settlement by the Court.

## III.     I Fully Support Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses

6.     I approve of Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund and believe that it is fair and reasonable in light of the work Plaintiffs' Counsel performed on behalf of the Class. I take seriously my role as a Class Representative to oversee the prosecution of this action and ensure that attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate

Plaintiffs' Counsel for the work involved and the substantial risks they undertook in litigating the case. I have evaluated Lead Counsel's fee request by considering the high-quality work performed, the risks presented, and the substantial recovery obtained for the Settlement Class.

7.  I further believe that Plaintiff's Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.

8.  I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA. For this reason, in connection with Lead Counsel's request for an award of Litigation Expenses, I seek reimbursement for the costs and expenses that I incurred directly relating to my representation of the Class in the Action.

9.  I spent at least 95 hours assisting in the prosecution of this Action for the benefit of the Class performing the following tasks, among others (i) consulting with counsel via telephone, email, text, and in-person meetings; (ii) reviewing pleadings, briefs, motion papers, and other court documents; (iii) reviewing and responding to Defendants' discovery requests, including searching for and producing responsive documents and reviewing written responses to document requests and interrogatories; and (iv) preparing for and attending my deposition. I am an experienced businessman and am employed in numerous capacities, including as a consultant and advisor for Viga Energy

4

Partners, Axios Group LLC, and Vildosola Consulting, a consulting firm that I own and operate. The substantial amount of time that I devoted to the representation of the Class in this Action was time that I otherwise would have been spent on my roles in these capacities, and thus represented a cost to me. Based on the compensation I receive in performing my consulting and other work, I believe my time is valued conservatively at $225 per hour, and thus I seek reimbursement in the amount of $21,375 (95 hours at $225 per hour) for the time I dedicated to this Action.

## IV.   Conclusion

10.   In conclusion, I am a Court-appointed Class Representative for the Class who was closely involved throughout the prosecution and settlement of the Action. I strongly endorse the Settlement as fair, reasonable, and adequate, and believe it represents an excellent recovery for the Class in light of the risks of continued litigation. I further support Lead Counsel's request for an award of attorneys' fees and Litigation Expenses to Plaintiffs' Counsel, and believe that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Class, the substantial work conducted, and the litigation risks. And finally, I request reimbursement for my costs and expenses under the PLSRA as set forth above. Accordingly, I respectfully request that the Court approve: (i) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14 day of June, 2021

_____
Fernando Alberto Vildosola