# Exhibit 6

# EXHIBIT 6

*In re: CenturyLink Sales Practices and Securities Litigation*
Civil Action No. 18-296 (MJD/KMM)

## BREAKDOWN OF PLAINTIFFS' COUNSEL'S EXPENSES BY CATEGORY

| CATEGORY | AMOUNT |
| --- | --- |
| Court Fees | $710.54 |
| Service of Process and Document Retrieval | $11,342.90 |
| On-Line Legal and Factual Research | $197,597.46 |
| Telephone | $4,318.73 |
| Postage/Express Mail/Hand Delivery Charges | $1,346.23 |
| Local Transportation | $10,943.40 |
| Copying/Printing | $2,787.69 |
| Out of Town Travel | $31,591.71 |
| Working Meals | $3,609.07 |
| Court Reporting & Transcripts | $21,593.71 |
| Experts | $534,996.41 |
| Mediation Fees | $18,685.00 |
| Document Management/Litigation Support | $38,028.48 |
| Courthouse Records Copying | $862.00 |
| **TOTAL EXPENSES:** | **$878,413.33** |