## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM) | MDL No. 17-2795 (MJD/KMM)<br><br>DECLARATION OF BRYAN KOCH REGARDING MAILING OF CAFA NOTICE |

I, Bryan Koch, hereby declare as follows:

I am an attorney at Cooley LLP.  I have personal knowledge of the following facts and, if called to testify as a witness, I could and would testify as follows:

1.    On February 9 and February 11, 2021, Cooley LLP sent notifications of the proposed settlement in this case pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715, to the Attorneys General for all 50 U.S. states, the District of Columbia, the Virgin Islands, Guam, and the Northern Mariana Islands, the Secretary of Justice for Puerto Rico, and the U.S. Attorney General.  Cooley LLP sent the notices via Priority Mail through the U.S. Postal Service and via Priority Overnight and/or International Priority through FedEx.

2.    Each notice included copies of the Consolidated Class Action Complaint and Plaintiffs' Motion for Preliminary Approval of the proposed settlement and the supporting memorandum and documents, including the Stipulation and Agreement of

Settlement, and the Proposed Notice, Proof of Claim and Release Form, and Summary Notice.  In addition, Cooley LLP offered to provide a set of all pleadings, including the complaints filed prior to consolidation in this case, via CD or SFTP.

3.    The notices as sent are attached as Exhibit 1.

4.    As of the date of this declaration, Cooley LLP has received a response from the state of Washington, confirming receipt of the notice.  This response is attached as Exhibit 2.  Cooley LLP has not received any other response to the notice from the recipients identified above.


I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed this 13th day of July, 2021, in Newton, MA.


*/s/ Bryan Koch*
Bryan Koch

# EXHIBIT 1

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Steve Marshall
Alabama Attorney General
501 Washington Ave.
Montgomery, AL 36104
(334) 242-7300

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                 CONFIDENTIAL
+1 650 843 5535                                                          By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Treg Taylor
Alaska Attorney General
1031 West 4th Ave., Suite 200
Anchorage, AK 99501-1994
(907) 269-5100

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        *In re CenturyLink Sales Practices & Securities Litig.*, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                    CONFIDENTIAL
+1 650 843 5535                                          By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Mark Brnovich
Arizona Attorney General
2005 North Central Ave.
Phoenix, AZ 85004-2926
(602) 542-5025

|   |   |
|---|---|
| Re: | **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715** *In re CenturyLink Sales Practices & Securities Litig.*, **No. 17-md-02795-MJD-KMM/ Civil Action No. 18-296 (MJD/KMM), United States District Court, District of Minnesota** |

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                CONFIDENTIAL
+1 650 843 5535                                                          By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Leslie Rutledge
Arkansas Attorney General
323 Center St., Ste. 200
Little Rock, AR 72201-2610
(800) 482-8982

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
        Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
        Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                         CONFIDENTIAL
+1 650 843 5535                                                    By Overnight Delivery
pgibbs@cooley.com


February 9, 2021

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
Sacramento, CA 94102
(916) 324-5437

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
        Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
        Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Phil Weiser
Colorado Attorney General
1300 Broadway, 10th fl.
Denver, CO 80203
(720) 508-6000

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                CONFIDENTIAL
+1 650 843 5535                                                          By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

William Tong
Connecticut Attorney General
165 Capitol Ave.
Hartford, CT 06106
(860) 808-5318

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
        Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
        Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                                        CONFIDENTIAL
+1 650 843 5535                                                                                    By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Karl Racine
District of Columbia Attorney General
Columbia
400 6th St., NW
Washington, DC 20001
(202) 727-3400

Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
       *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
       Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
       Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                   CONFIDENTIAL
+1 650 843 5535                                              By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Kathy Jennings
Delaware Attorney General
820 North French Street
Wilmington, DE 19801
(302) 577-8400

Re:   **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
      ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
      **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
      **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Ashley Moody
Florida Attorney General
The Capitol, Plaza Level One
Tallahassee, FL 32399-1050
(850) 245-0140

Re:    **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
*In re CenturyLink Sales Practices & Securities Litig.*, **No. 17-md-02795-MJD-KMM/ Civil Action No. 18-296 (MJD/KMM), United States District Court, District of Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                    CONFIDENTIAL
+1 650 843 5535                                               By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Chris Carr
Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300
(404) 483-2477

Re:    **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
       ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
       **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
       **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Clare E. Connors
Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1282

**Re:     Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
*In re CenturyLink Sales Practices & Securities Litig.*, **No. 17-md-02795-MJD-KMM/**
**Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
**Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                      CONFIDENTIAL
+1 650 843 5535                                                  By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Lawrence Wasden
Idaho Attorney General
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400

Re:     Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
        *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
        Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
        Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                CONFIDENTIAL
+1 650 843 5535                                                          By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Kwame Raoul
Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
(312) 814-3000

|        |        |
|--------|--------|
| Re:    | **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715** |

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                    CONFIDENTIAL
+1 650 843 5535                                                              By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Todd Rokita
Indiana Attorney General
302 W. Washington St., 5th floor
Indianapolis, IN 46204
(317) 232-6201

Re:    **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
       ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
       **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
       **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Tom Miller
Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
(515) 281-5164

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                    CONFIDENTIAL
+1 650 843 5535                                              By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Derek Schmidt
Kansas Attorney General Office
120 SW 10th Ave., 2nd fl.
Topeka, KS 66612-1597
(785) 296-2215

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                          CONFIDENTIAL
+1 650 843 5535                                                    By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Daniel Cameron
Kentucky Attorney General
700 Capitol Ave., Suite 118
Frankfort, KY 40601
(502) 696-5300

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| **Case Name** | **Original Case No.** | **Original Court** | **D. Minn. Case No.** |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                    CONFIDENTIAL
+1 650 843 5535                                                By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Jeff Landry
Louisiana Attorney General
P.O. Box 94005
Baton Rouge, LA 70804
(225) 326-6000

Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
       *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
       Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
       Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                    CONFIDENTIAL
+1 650 843 5535                                              By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Aaron Frey
Maine Attorney General
State House Station 6
Augusta, ME 04333-0006
(207) 626-8800

Re:  **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
     ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
     **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
     **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                    CONFIDENTIAL
+1 650 843 5535                                                By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Brian Frosh
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6300


Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
       *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
       Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
       Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                    CONFIDENTIAL
+1 650 843 5535                                By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Maura Healey
Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108-1518
(617) 727-2200

Re:    **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
       ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
       **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
       **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action.  We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action.  On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement.  The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement.  In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1.  The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below.  If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com.  **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                              CONFIDENTIAL
+1 650 843 5535                                          By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Dana Nessel
Michigan Attorney General
G. Mennen Williams Building
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622

Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
       *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
       Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
       Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |

# Cooley

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                          CONFIDENTIAL
+1 650 843 5535                                                                      By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Keith Ellison
Suite 102, State Capital
75 Dr. Martin Luther King, Jr. Blvd.
Saint Paul, MN 55155
(651) 296-3353

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                  CONFIDENTIAL
+1 650 843 5535                                                            By Overnight Delivery
pgibbs@cooley.com


February 9, 2021

Lynn Fitch
Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205
(601) 359-3680

Re:     Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
        *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
        Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
        Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                          CONFIDENTIAL
+1 650 843 5535                                      By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Eric Schmitt
Missouri Attorney General
207 W. High St.
Jefferson City, MO 65101
(573) 751-3321

|         |                                                                                   |
|---------|-----------------------------------------------------------------------------------|
| **Re:** | **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**              |
|         | ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/** |
|         | **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**    |
|         | **Minnesota**                                                                       |

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                        CONFIDENTIAL
+1 650 843 5535                                                   By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Austin Knudsen
Montana Attorney General
215 N. Sanders
Helena, MT 59620-1401
(406) 444-2026

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                 CONFIDENTIAL
+1 650 843 5535                                                              By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Doug Peterson
Nebraska Attorney General
Office of the Attorney General
345 State Capitol
Lincoln, NE 68509
(402) 471-2683

Re:       Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
          *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
          Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
          Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |

# Cooley

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Aaron Ford
Nevada Attorney General
100 North Carson Street
Carson City, NV 89701
(775) 684-1100

Re:     Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
        *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
        Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
        Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                 CONFIDENTIAL
+1 650 843 5535                                                          By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Gordon MacDonald
New Hampshire Attorney General
New Hampshire Dept. of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-3658

Re:     Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
        *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
        Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
        Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400



Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Gurbir Grewal
New Jersey Attorney General
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080
(609) 292-4925

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                CONFIDENTIAL
+1 650 843 5535                                                          By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Hector Balderas
New Mexico Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060

Re:    **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
       ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
       **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
       **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Letitia A. James
Office of the New York Attorney General
Dept. of Law – The Capitol, 2nd fl.
Albany, NY 12224
(800) 771-7755

Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
*In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                          CONFIDENTIAL
+1 650 843 5535                                                      By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Joshua Stein
North Carolina Attorney General
Dept. of Justice
P.O. Box 629
Raleigh, NC 27602-0629
(919) 716-6400

Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
       *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
       Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
       Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |

# Cooley

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Wayne Stenehjem
North Dakota Attorney General
600 East Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                    CONFIDENTIAL
+1 650 843 5535                                              By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Dave Yost
Ohio Attorney General
30 East Broad Street, 14th fl.
Columbus, OH 43215
(800) 282-0515

Re:    **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
       *In re CenturyLink Sales Practices & Securities Litig.*, **No. 17-md-02795-MJD-KMM/**
       **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
       **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                              CONFIDENTIAL
+1 650 843 5535                                                                          By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Michael Hunter
Oklahoma Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
(405) 521-3921

> **Re:**     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
> ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
> **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
> **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Ellen F. Rosenblum
Oregon Attorney General
1162 Court St., NE
Salem, OR 97301-4096
(503) 378-4400

Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
       *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
       Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
       Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                              CONFIDENTIAL
+1 650 843 5535                                                                          By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Joshua Shapiro
Pennsylvania Attorney General
1600 Strawberry Square
Harrisburg, PA 17120
(717) 787-3391

Re:    **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
       ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
       **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
       **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                        CONFIDENTIAL
+1 650 843 5535                                                      By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Peter Neronha
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
       *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
       Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
       Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                    CONFIDENTIAL
+1 650 843 5535                                              By Overnight Delivery
pgibbs@cooley.com


February 9, 2021

Alan Wilson
South Carolina Attorney General
P.O. Box 11549
Columbia, SC 29211
(803) 734-3970

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Jason Ravnsborg
South Dakota Attorney General
1302 East Highway 14, Ste. 1
Pierre, SD 57501-8501
(605) 773-3215

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        *In re CenturyLink Sales Practices & Securities Litig.*, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Herbert Slatery III
Tennessee Attorney General
425 5th Avenue North
Nashville, TN 37243
(615) 741-3491

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
*In re CenturyLink Sales Practices & Securities Litig.*, **No. 17-md-02795-MJD-KMM/ Civil Action No. 18-296 (MJD/KMM), United States District Court, District of Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                    CONFIDENTIAL
+1 650 843 5535                                              By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Ken Paxton
Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2100

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                    CONFIDENTIAL
+1 650 843 5535                                                              By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Monty Wilkinson
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:     Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
        *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
        Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
        Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                          CONFIDENTIAL
+1 650 843 5535                                    By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Sean Reyes
Utah Attorney General
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 366-0260

**Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
*In re CenturyLink Sales Practices & Securities Litig.***, No. 17-md-02795-MJD-KMM/**
**Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
**Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                          CONFIDENTIAL
+1 650 843 5535                                       By Overnight Delivery
pgibbs@cooley.com


February 9, 2021

TJ Donovan
Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3171

> Re: **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
> ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
> **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
> **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                      CONFIDENTIAL
+1 650 843 5535                                                    By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Mark Herring
Virginia Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        *In re CenturyLink Sales Practices & Securities Litig.*, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                          CONFIDENTIAL
+1 650 843 5535                                                        By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Bob Ferguson
Washington Attorney General
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715
       *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
       Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
       Minnesota

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |

# Cooley

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                        CONFIDENTIAL
+1 650 843 5535                                                    By Overnight Delivery
pgibbs@cooley.com


February 9, 2021

Patrick Morrisey
West Virginia Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
(304) 558-2021

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        **_In re CenturyLink Sales Practices & Securities Litig._, No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| _In re CenturyLink Sales Practices and Securities Litigation_ | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| _Craig v. CenturyLink, Inc._ | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| _Scott v. CenturyLink, Inc._ | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |

# Cooley

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                CONFIDENTIAL
+1 650 843 5535                                            By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Josh Kaul
Wisconsin Attorney General
P.O. Box 7857
Madison, WI 53707-7857
(608) 266-1221

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                                                            CONFIDENTIAL
+1 650 843 5535                                                                                      By Overnight Delivery
pgibbs@cooley.com


February 9, 2021


Bridget Hill
Wyoming Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7841


**Re:    Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
**_In re CenturyLink Sales Practices & Securities Litig._, No. 17-md-02795-MJD-KMM/**
**Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
**Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| _In re CenturyLink Sales Practices and Securities Litigation_ | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| _Craig v. CenturyLink, Inc._ | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| _Scott v. CenturyLink, Inc._ | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |

# Cooley

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                    CONFIDENTIAL
+1 650 843 5535                                              By Overnight Delivery
pgibbs@cooley.com


February 9, 2021

Leevin Taitano Camacho
Guam Attorney General
Office of the Attorney General Guam
590 South Marine Corps Drive, Suite 901
Tamuning, GU 96913
(671) 475-3324

Re:    **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
       ***In re CenturyLink Sales Practices & Securities Litig.***, **No. 17-md-02795-MJD-KMM/**
       **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
       **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |

# Cooley

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|-----------|-------------------|----------------|-------------------|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs                                                      CONFIDENTIAL
+1 650 843 5535                                                  By Overnight Delivery
pgibbs@cooley.com

February 9, 2021

Edward Manibusan
N. Mariana Islands Attorney General
Caller Box 10007
Saipan, MP 96950-8907
(670) 664-2341

Re:    **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
       *In re CenturyLink Sales Practices & Securities Litig.*, No. 17-md-02795-MJD-KMM/
       **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of
       Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies,
Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J.
Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide
your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28
U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the
Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced
action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary
approval of class action settlement. The court has not yet ruled on the motion nor taken any other
action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b),
CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The
complaints filed prior to consolidation are available online at www.pacer.gov, associated with their
respective case numbers, as set forth below. If you would also like a set of pleadings sent to you
via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |



| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 11, 2021

Domingo Emanuelli Hernández
Puerto Rico Secretary of Justice
Departamento de Justicia
P.O. Box 9020192
San Juan, PR 00902-0192
(787) 721-2900

**Re:** **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
*In re CenturyLink Sales Practices & Securities Litig.*, **No. 17-md-02795-MJD-KMM/**
**Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
**Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |

# Cooley

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# Cooley

Patrick E. Gibbs
+1 650 843 5535
pgibbs@cooley.com

CONFIDENTIAL
By Overnight Delivery

February 9, 2021

Denise George
Attorney General of the Virgin Islands
Dept. of Justice
Office of the Attorney General
3438 Kronprinsdens Gade
GERS Bldg., 2nd fl.
St. Thomas, VI 00802
(340) 774-5666 x10107

Re:     **Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
        *In re CenturyLink Sales Practices & Securities Litig.*, **No. 17-md-02795-MJD-KMM/**
        **Civil Action No. 18-296 (MJD/KMM), United States District Court, District of**
        **Minnesota**

Dear Madam or Sir:

We write on behalf of CenturyLink, Inc., which recently changed its name to Lumen Technologies, Inc. ("CenturyLink"), Glen F. Post, III, Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey, the Defendants in the above-referenced action. We hereby provide your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Defendants and the Plaintiffs in the above-referenced action. On February 1, 2021, Plaintiffs in the above-referenced action filed a proposed Stipulation and Agreement of Settlement and motion for preliminary approval of class action settlement. The court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement. In accordance with 28 U.S.C. § 1715(b), CenturyLink states as follows:

The Consolidated Class Action Complaint is enclosed with this notice in Appendix 1. The complaints filed prior to consolidation are available online at www.pacer.gov, associated with their respective case numbers, as set forth below. If you would also like a set of pleadings sent to you via CD or SFTP, please contact Bryan Koch at bkoch@cooley.com. **28 U.S.C. § 1715(b)(1).**

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *In re CenturyLink Sales Practices and Securities Litigation* | N/A | U.S.D.C. D. Minn. (MDL Proceeding) | MDL No. 17-2795 |
| *Craig v. CenturyLink, Inc.* | 18-cv-00296 | U.S.D.C. S.D.N.Y. | 0:18-cv-0296 |
| *Scott v. CenturyLink, Inc.* | 3:17-cv-01005 | U.S.D.C. W.D. La. | 0:18-cv-0297 |

# Cooley

| Case Name | Original Case No. | Original Court | D. Minn. Case No. |
|---|---|---|---|
| *Thummeti v. CenturyLink, Inc.* | 17-cv-4695 | U.S.D.C. S.D.N.Y. | 0:18-cv-0298 |
| *Inter-Marketing Group USA Inc. v. CenturyLink, Inc.* | 17-cv-8234 | U.S.D.C. S.D.N.Y. | 0:18-cv-0299 |

Also enclosed with this notice in **Appendix 2** are copies of plaintiffs' motion for preliminary approval of the proposed settlement and supporting memorandum and documents, including the Stipulation and Agreement of Settlement (Ex. 1), and the proposed Notice, Proof of Claim and Release Form, and Summary Notice (Exs. A-1, A-2, and A-3), which are subject to court approval and further changes. These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement. There is currently no final class action settlement. **28 U.S.C. §§ 1715(b)(3), (4).**

The hearing on the motion for preliminary approval is presently scheduled for April 7, 2021, in Courtroom 13E, before the Honorable Michael J. Davis at the U.S. District Court for the District of Minnesota, 200 South Fourth Street, Minneapolis, MN 55415. Given the ongoing COVID-19 pandemic, we also expect arrangements to be made for remote attendance. A final approval hearing has not yet been scheduled. The hearing date, time, and location are subject to change. **28 U.S.C. § 1715(b)(2).**

The Parties have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to in Paragraph 37 of the Stipulation and Agreement of Settlement (Ex. 1), which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the documents. Should you require additional information about the Supplemental Agreement, please contact me, and we will coordinate with counsel for the Parties to make all reasonable efforts to address those questions, subject to the confidentiality provision. **28 U.S.C. § 1715(b)(5).**

There is no final judgment yet. The proposed Final Approval Order and Final Judgment, which will be subject to court approval, are enclosed (see Exs. A and B). **28 U.S.C. § 1715(b)(6).**

In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. It is not feasible to provide the names of all class members who reside in each state. **28 U.S.C. § 1715(b)(7).**

# Cooley

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. **28 U.S.C. § 1715(b)(8).**

If you have questions about this notice, the enclosures, the above-referenced action, the settlement, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Email: pgibbs@cooley.com
Phone: (650) 843-500
Fax: (650) 849-7400

# EXHIBIT 2

**From:** ATG MI WA CAFA-PrivateCP Lawsuits <privatecpa@ATG.WA.GOV>
**Sent:** Friday, February 12, 2021 1:59 PM
**To:** Gibbs, Patrick <pgibbs@cooley.com>
**Subject:** RE: Matter # 10911331, In re CenturyLink Sales Practices & Securities Litigation

**[External]**

**Sent on behalf of Assistant Attorney General Amy Teng:**

Dear Counsel:

This message acknowledges that we have received notice from you regarding the above mentioned case pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1715 (CAFA).

Thank you for bringing this matter to the attention of the Washington State Attorney General's Office, Consumer Protection Division.

Sincerely,

**Kristina Winfield**
Legal Assistant
Consumer Protection Division
Office of the Attorney General
800 5th Avenue, Suite 2000
Seattle, WA 98104