# Exhibit A

**REVISED EXHIBIT 2 TO EXHIBIT 5-A TO THE JOINT DECLARATION OF
MICHAEL D. BLATCHLEY AND KEIL M. MUELLER (ECF NO. 369)**

*In re: CenturyLink Sales Practices and Securities Litigation*
Civil Action No. 18-296 (MJD/KMM)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**EXPENSE REPORT**

Inception through and including July 13, 2021

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $138.54 |
| Service of Process and Document Retrieval | $11,087.18 |
| On-Line Legal and Factual Research | $196,473.27 |
| Telephone | $4,316.58 |
| Postage & Express Mail | $1,162.23 |
| Local Transportation | $10,943.40 |
| Internal Copying/Printing | $1,855.70 |
| Outside Copying | $606.71 |
| Out of Town Travel* | $22,564.68 |
| Working Meals | $3,414.87 |
| Court Reporting & Transcripts | $17,693.91 |
| Experts | $534,996.41 |
| Mediation Fees | $18,685.00 |
| Document Management/Litigation Support | $38,028.48 |
| Witness Fees | $10,362.50 |
| | |
| **TOTAL:** | **$872,329.46** |

\* This includes hotels in the "higher-cost" cities of Newport Beach, CA, Palo
Alto, CA, and San Diego, CA, capped at $350 per night, and the "lower-cost"
city of Minneapolis, MN, capped at $250 per night.