# Exhibit B

**REVISED EXHIBIT 5 TO THE JOINT DECLARATION OF MICHAEL D. BLATCHLEY AND KEIL M. MUELLER (ECF NO. 369)**

*In re: CenturyLink Sales Practices and Securities Litigation*
Civil Action No. 18-296 (MJD/KMM)

**SUMMARY OF PLAINTIFFS' COUNSEL'S
LODESTAR AND EXPENSES**

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|-----|------|-------|----------|----------|
| 5A | Bernstein Litowitz Berger & Grossmann LLP | 24,921.00 | $12,132,947.50 | $872,329.46 |
| 5B | Stoll Stoll Berne Lokting & Shlachter P.C. | 10,560.70 | $4,263,365.25 | $13,213.65 |
| 5C | Lockridge Grindal Nauen P.L.L.P. | 446.15 | $385,783.75 | $2,161.80 |
| 5D | Motley Rice LLC | 3,008.95 | $1,104,218.25 | $1,070.92 |
| 5E | Nelson, Zentner, Sartor & Snellings, LLC | 106.50 | $37,275.00 | ------ |
| | **TOTAL:** | **39,043.30** | **$17,923,589.75** | **$888,775.83** |