UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

MDL No. 17-2795 (MJD/KMM)

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

**SUPPLEMENTAL DECLARATION OF OWEN F. SULLIVAN REGARDING:
(A) MAILING OF THE NOTICE AND CLAIM FORM AND
(B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

I, Owen F. Sullivan, declare and state as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement Pursuant to Fed. R. Civ. P. 23(e)(i) (ECF No. 360) dated March 18, 2021 ("Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned class action.[1] I submit this declaration as a supplement to my earlier declaration, the Declaration of Owen F. Sullivan Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation and Agreement of Settlement dated January 29, 2021 (ECF No. 354-1) (the "Stipulation").

Exclusion Received to Date, dated June 15, 2021 (ECF No. 369-4) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

## CONTINUED MAILING OF THE NOTICE PACKET

2.  Since the execution of the Initial Mailing Declaration, Epiq has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to requests from potential Class Members, brokers, and other nominees. Through July 13, 2021, Epiq has disseminated a total of 955,207 Notice Packets to potential Class Members and nominees.

## CALL-CENTER SERVICES AND WEBSITE

3.  Epiq continues to maintain the toll-free telephone line (1-800-726-0952) and Interactive Voice Recording system to accommodate inquiries from potential Class Members. Epiq also continues to maintain the dedicated website for the Settlement (www.CenturyLinkSecuritiesLitigation.com) in order to assist Class Members. Epiq posted to the Settlement website copies of the papers filed in support of Plaintiffs' Motion for Final Approval of the Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses (ECF Nos. 363-70). Epiq also updated the website to inform Class Members that the Settlement Fairness Hearing would be conducted via video conference and that the audio connection information for the hearing would be posted on the Court's website. Epiq will continue maintaining and, as appropriate, updating the website and toll-free telephone line until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION

4. The Notice informed potential Class Members that requests for exclusion were to be mailed or delivered to CenturyLink Securities Litigation, EXCLUSIONS, c/o Epiq, P.O. Box 2588, Portland, OR 97208-2588, such that they were received no later than June 29, 2021. Epiq has been monitoring all mail delivered to that post office box.

5. Epiq received 46 requests for exclusion on or before the June 29, 2021 deadline, and since that date has received 3 additional requests for exclusion. To date, Epiq has received a total of 49 requests for exclusion from the Class, which, collectively, represent a total of 500,608.437 eligible shares of CenturyLink common stock purchased during the Class Period. Exhibit A hereto lists the names of the persons and entities who have requested exclusion from the Class and their city and state (or foreign country), and attaches copies of each request for exclusion received. In the interest of privacy and security, the requests for exclusion have been redacted to remove the street addresses, telephone numbers, and financial account numbers of the persons and entities requesting exclusion, as well as any other investment data unrelated to CenturyLink securities.

6. Although Class Members who wish to object to the Settlement, the request for attorneys' fees and expenses, or the proposed Plan of Allocation were to file objections with the Clerk of the Court with copies sent to counsel, Epiq has checked its mail as well, and as of the date of this Supplemental Declaration, Epiq has received no objections.

*   *   *

4

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on July 13, 2021 at Beaverton, Oregon.

                                           *Owen F Sullivan*
                                            Owen F. Sullivan