# Exhibit A

## List of Persons and Entities Excluded from the Class Pursuant to Request

1.  Patrick W. Lynn                                              Lake Zurich, IL

2.  Jon M. Hall and Lorraine B. Hall                            Saint Cloud, FL

3.  Kathleen Luckner                                            Pittsburgh, PA

4.  Elaine B. Scott Trust Estate                                Moline, IL

5.  Frederick W Heiler Sr. TOD                                  Erie, PA
        Michael D Heiler, subject to STA

6.  Dorothy M. Spomer, Trustee                                  Torrance, CA

7.  The Wyne Trust                                              Mesa, AZ
        Benjamin L. Wyne, Trustee

8.  Estate of Lester T. Sonner                                  Centereach, NY
        Glenn T. Sonner, Executor

9.  Jeanette E. Thornton                                        North Chesterfield, VA

10. Conrad Heinemann                                            Chanhassen, MN

11. Rosemary Mattli                                             Litchfield, IL

12. Mary Lou Yindra                                             Ivoryton, CT

13. Charles A. Ballew                                           Bremerton, WA

14. Steven R. Schmideler                                        New Berlin, WI

15. Alan E. Alt                                                 Morton, IL

16. Barbara J. Dash                                             Castle Rock, CO

17. Edward F. Dash                                              Castle Rock, CO

18. Howard Boersma                                              Portage, WI

19. Fred L. Sitz                                                Jonesboro, AR

20. Rita E. Miller                                              Timonium, MD

21. Peter Kayavas and Charlotte A. Kayavas                      Dunnellon, FL

22. Sally S. Lownsbery                                          Conestoga, PA

23. William J. Skoumal, Jr.                                     Lisle, IL

24. Annamaria F. Demiris      Woodstock, GA

25. Grace V. Proctor      Rocky Mount, NC
    James Proctor, Executrix

26. Mary Ellen Haberny      Stamford, CT

27. Carolyn C. Respess      Ashland, OR

28. Helen Vangorder      Napa, CA

29. Michael D. Mukai and Mary C. Mukai      Spokane, WA

30. Judith L. McLaren      Glen Ellyn, IL

31. Peter N. Souris and Georgia F. Souris      Gilbert, AZ

32. Sylvia Hudson (Sylvia Hudson Living Trust)      Oklahoma City, OK

33. Estate of Stanley C. Schade      Sisseton, SD
    Carol A. Schade, Personal Representative

34. Emily M. Clayton      Bosque Farms, NM

35. Carolyn H. Lane (Carolyn H. Lane REV TR)      Lafayette, CA

36. Ellen Agee      Christiansburg, VA

37. Rebecca L. Starr      Titusville, FL

38. Carmen C. Kraft (Carmen C. Kraft IRA)      Rio Rico, AZ

39. McGrath Living Trust U/A Dated April 13, 2001      Savage, MN
    Gerald R. McGrath (TTE)
    Margaret Ann McGrath (TTE)

40. Roland R. Shaw and Janet S. Shaw      Wilson, NC

41. Kathryn A. Grace Living Trust U/A DTD March 27, 2021      Newport News, VA
    Kathryn A. Grace & Paul J. Grace TTEE

42. Jennifer Berthold      Reedley, CA

43. Mark S. Clare      Gasport, NY

44. Harriet W. Campbell      Cutler Bay, FL

45. Hapoalim (Switzerland) Ltd.                                    Zurich, Switzerland
    Bank Hapoalim (Schweiz) AG
    Bank Hapoalim (Switzerland) Ltd.
    Bank Hapoalim (Switzerland) Ltd.-Zurich Head   Office
    Bank Hapoalim (Switzerland) Limited-Zurich Branch
    Bank Hapoalim (Switzerland) Geneva Branch
    Bank Hapoalim (Switzerland) Luxembourg Branch
    Bank Hapoalim (Switzerland) Singapore Branch
    Hapoalim (Switzerland) Ltd., and all subsidiaries and
     branches

46. Anne M. Clifford                                               Norristown, PA

47. Caroline M. Plante                                             Colorado Springs, CO
     Jeanne M. Prestel, POA

48. Carmen A. Cerza                                                Virginia Beach, VA

49. Joseph D. Russo and Helene L. Oback-Russo                      New York, NY

Exclusion Request - 1

May 3, 2021

Century Link Securities Litigation, EXCLUSIONS
c/o Epiq
P. O. Box 2588
Portland, OR 97208-2588

Whomever:

I hereby request exclusion from the Class in *In re: CenturyLink Sales Practices and Securities Litigation*, Civil Action No. 18-296 (MDJ/KMM.

No idea how many, but shares are too few for the bother.

Thanks!

Patrick W. Lynn

Account

Mr. Patrick Lynn



Century Link Securities Litigation, EXCLUSIONS
c/o Epiq
P. O. Box 2588
Portland, OR 97208-2588

97208-258888

Exclusion Request - 2

April 25, 2021

Century Link Securities Litigation EXCLUSIONS, c/o Epiq.
P.O. Box 2588
Portland, Or 97208-2588

Lorraine and Jon Hall



To Whom it may concern:

My husband and I request for Exclusion from the Class in re: CenturyLink Sales Practices and Securities
Litigation, Civil Action No. 18 -296.
On February 26, 2019 sold 4 shares for $13.86 each, $12.00 processing free net amount was $43.44.

Jon M Hall and Lorraine B Hall

Thank you,

*Jon M. Hall*

*Lorraine Hall*

Jon and Lorraine Hall

JON HALL

Century Link Securities Litigation
Exclusions, c/o Epiq.

P.O. Box 2588

Portland, Or.

97208-2588

Exclusion Request - 3

May 12, 2021

Century Link Securities Litigation

Dear Sir:

My name is Kathleen Luctner. I wish to be excluded from the class in In re: Century Link Sales Practices and Securities Litigation, Civil Action No. 18-296 (MJD/KMM).

I sold four shares on June 5, 2015 which I had inherited from my aunt, Mary Jadwin, upon her death on June 10, 2012.

These four shares sold at $32.89 each for a total of $131.56 minus $15.40 fee for a total of $116.60.

Attached are copies of only documents I have in my possession.

Yours truly,
Kathleen M. Luctner





Computershare Trust Company, N.A.
PO Box 30170
College Station, TX 77842-3170
Within USA, US territories & Canada    800 969 6718
Outside USA, US territories & Canada   312 360 5215
www.computershare.com/investor
CenturyLink, Inc. is incorporated under the laws of
the State of LA.

001417



MARY JADWIN

Holder Account Number



| Company ID | | CTL |
| SSN/TIN Certified | | Yes |

## CenturyLink, Inc. - Direct Registration (DRS) Advice

nsaction(s)

| | | Transaction Description | Total Shares/Units | CUSIP | Class Description |
|---|---|---|---|---|---|
| y 2015 | | Transfer | -4.000000 | 156700106 | Common Stock |

**ount Information: Date: 14 May 2015 (Excludes transactions pending settlement)**

| lend vestment Balance | Direct Registration Balance | Total Shares/Units | CUSIP | Class Description |
|---|---|---|---|---|
| )0 | 0.000000 | 0.000000 | 156700106 | Common Stock |



Page 1 of 2

*SOLD 6|5|15*

**ᗢComputershare**

Computershare Trust Company, N.A.
PO Box 30170
College Station, TX 77842-3170
Within USA, US territories & Canada    800 969 6718
Outside USA, US territories & Canada   312 360 5215
www.computershare.com/investor

000803

KATHLEEN M LUCKNER

**Holder Account Number**                                    IND

Ticker Symbol                                              -CTL-
CUSIP                                                     156700106

## CenturyLink, Inc. - Sales Advice

Trade Date: 02 Jun 2015  14:14 (Time)    Settlement Date: 05 Jun 2015    Cost Basis Method: FIFO

| Shares/Units | Price per Share/Unit (USD) | Gross Amount of Sale (USD) | Trading Fees (USD) | Banking/Wire Fees (USD) | Backup Witholding (USD) | Other Fees (USD) | Net Amount of Sale (USD) |
|---|---|---|---|---|---|---|---|
| 0000 | 33.020000 | 132.08 | 15.48 | 0.00 | 0.00 | 0.00 | 116.60 |
| Covered Transaction Total: | 0.000000 | | | Noncovered Transaction Total: 4.000000 | | | |

| Covered Shares/Units | Covered Cost Basis (USD) | Covered Short Term Gain/Loss (USD) | Covered Long Term Gain/Loss (USD) | Overall Covered Gain/Loss (USD) |
|---|---|---|---|---|
| 0000 | N/A | N/A | N/A | N/A |

PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURES AND DEFINITIONS

1 L T R                                    C T L

070003                                                        ultr.c.4dy.sal.il_5857/00080.3/000803/6

Kathleen Luckner

Century Link Securities Litigation
C/o Epiq
P.O. Box 2588
Portland, OR 97208-2588

97208-258888

Exclusion Request - 4

# CHURCHILL & CHURCHILL, P.C.

### ATTORNEYS AT LAW

DANIEL CHURCHILL*
MARK D. CHURCHILL*
MAUREEN E. RIGGS*
*ALSO ADMITTED IN IOWA



CYRUS CHURCHILL
1903-1999

May 19, 2021

CenturyLink Securities Litigation
EXCLUSIONS c/o Epiq
PO Box 2588
Portland, OR 97208-2588

In re: CenturyLink Sales Practices and Securities Litigation
        Civil Action No. 18-296 (MJD/KMM)

To Whom It May Concern:

    Our office represented the trust estate of Elaine B. Scott,
who died on August 20, 2010. We are requesting exclusion from
the class in the civil action reference above. The trust estate
does not and has never owned any publicly traded CenturyLink.
Please exclude our client from the class action law suit.

                            Sincerely,


                            CHURCHILL & CHURCHILL, P.C.


:/kt
Encls.

# CERTIFICATION OF DEATH RECORD

## MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER: 2010 0060104

DATE ISSUED: 08/23/2010

| DECEDENT'S LEGAL NAME | SEX | DATE OF DEATH |
|---|---|---|
| ELAINE B SCOTT | FEMALE | AUGUST 20, 2010 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| | | |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| | |

PLACE OF DEATH

| BIRTHPLACE | SOCIAL SECURITY NUMBER | MARITAL STATUS AT TIME OF DEATH | SURVIVING SPOUSE'S NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| | | | | |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| | | | |

| COUNTY | STATE | ZIP CODE | FATHER'S NAME | MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|---|---|---|
| | | | | |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| | | |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| | | | |

FUNERAL HOME

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| | |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| | |

**CAUSE OF DEATH**

PART I
IMMEDIATE CAUSE (Final disease or condition resulting in death)

a. METASTATIC COLON CANCER

Due to (or as a consequence of):

b.

Due to (or as a consequence of):

c.

Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. Enter other *significant conditions* contributing to death but not resulting in the underlying cause given in PART I

| WAS AN AUTOPSY PERFORMED? | |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | |

| DID TOBACCO USE CONTRIBUTE TO DEATH? | FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|---|
| | | |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

LOCATION OF INJURY

| DESCRIBE HOW INJURY OCCURRED | IF TRANSPORTATION INJURY, SPECIFY |
|---|---|
| | |

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| | | | | |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| | |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| | |

This is to certify that this is a true and correct copy from the official death record filed with the

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

HOLD UP TO LIGHT TO VERIFY TRUE WATERMARK

**CHURCHILL & CHURCHILL, P.C.**

ATTORNEYS AT LAW

QUAD CITIES IL P&DF

FIRST-

02 1P
0001187751
MAILED FROM ZIP CODE

$ 000.51
MAY 19 2021

US POSTAGE

CenturyLink Securities Litigation
EXCLUSIONS c/o Epiq
PO Box 2588
Portland, OR 97208-2588

Exclusion Request - 5



Exclusions
c/o Epiq.
P.O. Box 2588
Portland, OR
     97208-2588

May 23, 2021

To whom it may concern,

   This is a request for exclusion from the Class in In re: Century Link Sale Practices and Securities Litigation, Civil Action No. 18-296 (MJD/KMM) with my stock

Name: Frederick W. Heiler, Sr TOD
       Michael D. Heiler subject to STA

Address:

Phone:

Stock: 19 shares common

Frederick W. Heiler S.

Frederick Heiler

FOREVER / USA

Exclusions
c/o Epiq.
P.O. Box 2588
Portland, OR 97208-2588

97208-258888

Exclusion Request - 6

May 24, 2021

CenturyLink Sales Practices and Securities Litigation

EXCLUSIONS, c/o Epiq

P.O. Box 2588

Portland, Oregon 97208-2588

I am requesting exclusion from the Class  in re:  CenturyLink Sales Practices and Securities Litigation, Civil Action No. 18-296 (MJD/KMM).



Century Link Sales Practices + Securities Litigation
EXCLUSIONS, c/o EP'g
P. O. Box 2588
Portland, Oregon 97208-2588

97208-258888

Exclusion Request - 7

May 22, 2021

To:    CenturyLink Securities Litigation

       C/O Epiq

       P.O. Box 2588

       Portland, Oregon 97208-2588

From:   The Wyne Trust

       Benjamin L. Wyne – Trustee



Subject:  <u>Release of Claims and Signature</u>

      In reviewing all my investments, I did not find anywhere that I has any dealings with CenturyLink Securities. Please exclude The Wyne Trust and Benjamin L. Wyne – Trustee from the Class.

      If you have any questions, please mail to me at my Mesa address.

The Wyne Trust

Benjamin L. Wyne - Trustee

## YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT

| | |
|---|---|
| **SUBMIT A CLAIM FORM BY MAIL *POSTMARKED NO LATER THAN AUGUST 13, 2021* OR ONLINE NO LATER THAN *AUGUST 13, 2021*** | This is the only way to be eligible to receive a payment from the Net Settlement Fund. If you are a Class Member and you remain in the Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (as defined in ¶ 31 below) that you have against Defendants and the other Defendants' Releasees (as defined in ¶ 32 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED NO LATER THAN JUNE 29, 2021*** | If you exclude yourself from the Class, you will not be eligible to receive any payment from the Net Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiffs' Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED NO LATER THAN JUNE 29, 2021*** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for an award of attorneys' fees and Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation, or the fee and expense request unless you are a Class Member and do not exclude yourself from the Class. |
| **PARTICIPATE IN A HEARING ON JULY 20, 2021 AT 11:00 A.M. AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED NO LATER THAN JUNE 29, 2021*** | Filing a written objection and notice of intention to appear by **June 29, 2021** allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and Litigation Expenses. In the Court's discretion, the **July 20, 2021** hearing may be conducted by telephone or video conference (*see* ¶¶ 78-79 below). If you submit a written objection, you may (but you do not have to) participate in the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Net Settlement Fund. You will, however, remain a member of the Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

AD0553 v.08

Questions? Visit www.CenturyLinkSecuritiesLitigation.com,
email info@CenturyLinkSecuritiesLitigation.com, or call toll free at 1-800-726-0952

3

CenturyLink Securities Litigation
c/o Epiq
P.O. Box 2588
Portland, Oregon 97208-2588

97208-258888

Exclusion Request - 8

Glenn T Sonner EXECUTOR



This is a request exculusion from the class inln re :CenturyLink Sales
Practices and Securities Litigation
Civil Action No 18-296 (MID/KMM)  Lester T Sonner at the time owned 3000
shares none of witch was traded

in closed is a copy of death certifcate and a copy of the appointment of
executor
 Thank You for your consideration in this matter
  Glenn T Sonner EXECUTOR

Glenn T Sonner EXECUTOR

# CERTIFICATE OF DEATH

STATE FILE NUMBER

| 1. NAME: FIRST | MIDDLE | LAST | 2. SEX: | 3A. DATE OF DEATH: | 3B. HOUR: |
|---|---|---|---|---|---|
| Lester | T. | Sonner | MALE ☒1 FEMALE ☐2 | MONTH 09 DAY 17 YEAR 2018 | |

4A. PLACE OF DEATH: (Check one)

4B. IF FACILITY, DATE ADMITTED:

4C. NAME OF FACILITY: (If not facility, the address)

4D. LOCALITY: (Check one and specify)

4E. COUNTY OF DEATH:

4F. MEDICAL RECORD NO.

4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state)

**DECEDENT**

5. DATE OF BIRTH:

6A. AGE IN YEARS:

6B. IF UNDER 1 YEAR, ENTER:

6C. IF UNDER 1 DAY, ENTER:

7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province)

7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH:

8. SERVED IN U.S. ARMED FORCES? (Specify years)

9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latino.

10. DECEDENT'S RACE: Check one or more races to indicate what the decedent considered himself or herself to be.

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death.

12. SOCIAL SECURITY NUMBER:

13. MARITAL STATUS:

14. SURVIVING SPOUSE: Enter birth name of spouse if married or separated.

15A. USUAL OCCUPATION: (Do not enter retired)

15B. KIND OF BUSINESS OR INDUSTRY:

15C. NAME AND LOCALITY OF COMPANY OR FIRM:

16A. RESIDENCE: (State or Country if not USA)

16B. County or Region/Province if not USA:

16C. LOCALITY: (Check one and specify)

16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS?

16D. STREET AND NUMBER OF RESIDENCE:

16E. ZIP CODE:

17. BIRTH NAME OF FATHER / PARENT: FIRST, MI, LAST

18. BIRTH NAME OF MOTHER / PARENT: FIRST, MI, LAST

19A. NAME OF INFORMANT:

19B. MAILING ADDRESS: (Include zip code)

**DISPOSITION**

20A.

20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION:

20C. LOCATION: (City or town and state)

21A. NAME AND ADDRESS OF FUNERAL HOME:

21B. REGISTRATION NUMBER:

22A. NAME OF FUNERAL DIRECTOR:

22C. REGISTRATION NUMBER:

23B. DATE FILED: MONTH DAY YEAR

24A. BURIAL OR REMOVAL PERMIT ISSUED BY:

24B. DATE ISSUED: MONTH DAY YEAR

## ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN — OR — CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER

**CERTIFIER**

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.

Certifier's Name:

License No.:

Certifier's Title:

25B. If coroner is not a physician, enter Coroner's Physician's name & title:

License No.:

Specify:

Month Day Year

25C. If certifier is not attending physician, enter Attending Physician's name & title:

25D. Attending physician attended decedent: FROM

26B. Deceased last seen alive by attending physician:

25C. Pronounced Dead On

29D. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?  0 ☐ NO   1 ☐ YES

CONFIDENTIAL        SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH        CONFIDENTIAL

**CAUSE OF DEATH**

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART I. IMMEDIATE CAUSE:

(A)

DUE TO OR AS A CONSEQUENCE OF:

(B)

DUE TO OR AS A CONSEQUENCE OF:

(C)

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):

31A. IF INJURY, DATE: MONTH DAY YEAR

HOUR:

31B. INJURY LOCALITY: (City or town and state)

31D. PLACE OF INJURY:

31E. INJURY AT WORK? NO ☐0   YES ☐1

31F. IF TRANSPORTATION INJURY, SPECIFY: 1 ☐ Driver/Operator  2 ☐ Passenger  3 ☐ Pedestrian  4 ☐ OTHER (specify)

33A. IF FEMALE 1 ☐ Not pregnant within last year  2 ☐ Not pregnant, but pregnant 42 days to 1 year before death  1 ☐ Pregnant at time of death  3 ☐ Not pregnant, but pregnant 43 days of 1 year before death  2 ☐ Unknown if pregnant within past year

33B. DATE OF DELIVERY: MONTH DAY YEAR

**CERTIFIED COPY**

**DO NOT ACCEPT THIS CERTIFIED COPY UNLESS THE RAISED SEAL OF THE REGISTRAR OF THE TOWN OF** ████████████████████████████ ████████ **IS AFFIXED THEREON.**

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFIED COPY**

**This is to certify that the information concerning the DEATH of the person named on this record is a true and accurate copy of the information recorded on the original local record of DEATH on file with the** ██████████████████████████████████████████

**DATED AT** ███████████████████████████████████████



## Certificate of Appointment of Executor

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Decedent:** **Lester T Sonner**

**Date of Death:**

**Domicile:**

**Fiduciary Appointed:** **Glenn T Sonner**

**Letters Issued:** **LETTERS TESTAMENTARY**

**Letters Issued On:** October 18, 2018

**Limitations: NONE**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and ██████████████████████, subject to the limitations and restrictions, if any, as set forth above.

and such Letters are unrevoked and in full force as of this date.

**Dated: October 18, 2018**

**IN TESTIMONY WHEREOF,** the seal of the ████████
████████████████ has been affixed.

*This Certificate is Not Valid Without the Raised Seal of the* ██████████████

GLENN SONNER

Request for Exclusion from the Class
Centurylink Securites Litigation
EXCLUSIONS C/O Epiq
PO BOX 2588 portland OR 97208-2588

# PRIORITY

## MAIL

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE


UNITED STATES
POSTAL SERVICE
1004


97208

EXPECTED DELIVERY DAY: 06/04/21

USPS TRACKING® #

9505 5148 6604 1152 7891 49

EP14H August 2020 Outer Dimension: 10 x 5



PS00001000064

USPS.COM/PICKUP

To schedule free Package Pickup,
scan the QR code.

*PRESS FIRMLY TO SEAL*

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14H August 2020
↑ OD: 10 × 5

**TRACKED ■ INSURED**

■ **Expected delivery date specified for domestic use.**

■ **Most domestic shipments include up to $50 of insurance (restrictions apply).***

■ **USPS Tracking® included for domestic and many international destinations.**

■ **Limited international insurance.****

■ **When used internationally, a customs declaration form is required.**

* Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

*PRESS FIRMLY TO SEAL*



# PRIORITY
## MAIL

UNITED STATES
POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.

EP14H © U.S. Postal Service; March 2020; All rights reserved.

Exclusion Request - 9

CenturyLink Securities Litigation

C/o Equip

PO Box2588

Portland OR  97208-2588

I wish to be excluded from the Class In Re Century Link Sales Practices and Securities Litigation, Civil Action No. 18-296 (MJD/KMM), as I do not have any claim for this period.  My transaction was prior to March 1, 2013.  I was in error about the exact date of my transaction which was on February 14, 2013 (see enclosure).

I do not own any of this stock anymore.

Sincerely,

*Jeanette E. Thornton*

*June 1, 2021*

Jeanette E. Thornton

February 14, 2013

 

## Vanguard Brokerage Services
A Division of Vanguard Marketing Corporation, Member FINRA and SIPC

## Brokerage trade confirmation

Brokerage Services

JEANETTE E THORNTON

2285

| | |
|---|---|
| Account number: | |
| Trade date | 02/14/2013 |
| Process date | 02/14/2013 |
| Settlement date | 02/20/2013 |
| Capacity | 1 |

You bought:
CENTURYLINK INC

| | |
|---|---|
| Account type | Cash |

Please notify Vanguard immediately if this confirmation is not correct.

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| 29288425 | 80.00000 | $ 33.0000 | $ 2,640.00 | $ 7.00 | $ 0.00 | $ 0.00 | $ 2,647.00 |

THIS TRADE WAS UNSOLICITED

We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.

Brokerage assets are held by Vanguard Brokerage Services (VBS), a division of Vanguard Marketing Corporation, member FINRA and SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard, or settle in accordance with your employer-sponsored retirement plan.

1 - 1

003294                          2285 VBS V1    1

MS JEANETTE E THORNTON

FOREVER / USA

CenturyLink Securities Litigation
Exclusions
P. O. Box 2588
Portland OR 97208-2588

97208-258888

Exclusion Request - 10

Century Link Securities Litigation
c/o Epiq
P.O. Box 2588
Portland OR 97208-2588

Subject Notice MDL No. 17-2795 (MJD/KMM) two
copies received 5/28/2021.

Note: I have no intent to be considered a
part of this notice and request my name
be deleted from it.

Conrad Heinemann

Conrad Heinemann

Century Link Securities Litigation
℅ Epiq
P.O. Box 2588
Portland, OR 97208-2588

9720832588 B907

# Exclusion Request - 11

To: Century Link Securities Litigation;

I, Rosemary Mattli, Request
Exclusion from the Class addressed
to Century Link Securities.

Rosemary Mattli

Miss Rosemary C. Mattli

Century Link Securities Litigation
Exclusions, C/O EP19,

P.O. Box 2588

Portland,
OR. 97208-2588

97208-258888

Exclusion Request - 12

Mary Lou Yindra

██████████████

June 2, 2021

CenturyLink Securities Litigation
c/o Epiq
P.O. Box 2588
Portland, OR  97208-2588

In Re:  Civil Action No.  18-296 (MJD/KMM)

To Whom It May Concern:

I wish to be excluded from the above mentioned Civic Action Suit.

Yours truly,

*Mary Lou Yindra*
Mary Lou Yindra

mly

Ms. Mary Lou Yindra



CenturyLink Securities Litigation
c/o Epiq
P. O. Box 2588
Portland, OR  97208-2588

97208-258888



Exclusion Request - 13

*04 June 2021*

**CenturyLink Securities Litigation**
**EXCLUSIONS**
**c/o Epiq**
**P.O. Box 2588**
**Portland, OR 97208-2588**

**I Charles A. Ballew,** ███████████████████████
**telephone number** ██████████████ **am requesting Exclusion**
**from the Class in Re: CenturyLink Sales Practices and**
**Securities Litigation, Civil  Action No. 18-296 (MJD/KMM).**

**On 06/12/2015 I bought 197 shares at $32.0750 a share.**

**Charles A. Ballew**

AS-IS
Document
Control

C. A. BALLEW

CENTURY LINK SECURITIES LITIGATION
EXCLUSIONS
C/O EPIQ
P.O. BOX 2588
PORTLAND, OR  97208-2588

97208-258888

Exclusion Request - 14

CenturyLink Securities Litigation
EXCLUSIONS, c/o Epiq
PO Box 2588
Portland, OR 97208-2588

June 2, 2021

Attention:
I, Steven R Schmideler, at ▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ requests exclusion from the Class
in" In re: CenturyLink Sales Practices and Securities Litigation" Civil Action No 18-296 (MJD/KMM). As of opening of
trading on March 1, 2013 I held 59.2933 shares of CentruyLink common stock (CTL) and acquired an additional 22.024
shares of CenturyLink common stock (CTL) in the period to July 12, 2017. Below is the schedule of acquisition date,
shares transacted, and share price that corresponds to this the class period.

| Date | Shares | Price |
|---|---|---|
| 4/23/2010 | 16.6399 | $30.53 |
| 6/11/2010 | 0.2533 | $28.31 |
| 7/28/2010 | 33.28 | $30.86 |
| 9/24/2010 | 0.6503 | $33.98 |
| 12/17/2010 | -0.5448 | $42.24 |
| 2/25/2011 | 0.618 | $37.83 |
| 6/16/2011 | 0.955 | $37.29 |
| 9/16/2011 | 1.112 | $32.36 |
| 12/16/2011 | 1.104 | $33.32 |
| 3/16/2012 | 1.017 | $37.16 |
| 6/15/2012 | 1.073 | $35.80 |
| 9/21/2012 | 0.982 | $40.10 |
| 12/21/2012 | 1.064 | $37.54 |
| 3/22/2013 | 0.924 | $32.49 |
| 6/14/2013 | 0.904 | $33.81 |
| 9/19/2013 | 1.01 | $30.51 |
| 12/6/2013 | 1.082 | $28.86 |
| 3/21/2014 | 1.082 | $29.41 |
| 6/20/2014 | 0.929 | $35.22 |
| 9/12/2014 | 0.87 | $38.32 |
| 12/5/2014 | 0.893 | $37.82 |
| 3/20/2015 | 1.037 | $32.72 |
| 6/16/2015 | 1.137 | $30.16 |
| 9/22/2015 | 1.456 | $23.48 |
| 12/8/2015 | 1.417 | $24.74 |
| 3/18/2016 | 1.237 | $29.28 |
| 6/14/2016 | 1.471 | $24.75 |
| 9/16/2016 | 1.501 | $24.73 |
| 12/12/2016 | 1.694 | $22.15 |
| 3/17/2017 | 1.793 | $21.85 |

Please process my exclusion from the Class as indicated above.
Sincerely,

Steven R. Schmideler



Steven Schmideler



FOREVER / USA

CenturyLink Securities Litigation
EXCLUSIONS, c/o Epiq
PO Box 2588
Portland, OR 97208-2588

97208-258868

Exclusion Request - 15

# REQUEST FOR EXCLUSION FROM THE CLASS

**RE: CenturyLink Securities Litigation**
       **EXCLUSIONS**
       **% Epiq**
       **P.O. Box 2588**
       **Portland OR 97208-2588**

**FOR: Alan E. Alt**



Alan E. Alt requests exclusion from the Class in *In re: CenturyLink Sales Practices and Securities Litigation.* Civil Action No.18-296 (MJD/KMM).

Alan E. Alt owned no shares of CenturyLink common stock as of the opening of trading On March 1, 2013.

Alan E. Alt purchased CenturyLink stock shares:

   *800 CenturyLink Common Stock shares at 36.5050 on July 08, 2014*
   200 CenturyLink Common Stock shares at 37.1265 on February 03 2015
   1000 CenturyLink Common Stock shares at 23.7500 on November 11, 2016

Alan E. Alt





Rose-Breasted Grosbeak

CENTURYLINK SECURITIES LITIGATION
EXCLUSIONS
c/o Epiq
P.O. BOX 2588
PORTLAND, OR 97208-2588

9720832588

Exclusion Request - 16



June 2, 2021

CenturyLink Securities Litigation
EXCLUSIONS
℅ Epiq
PO Box 2588
Portland, OR 97208-2588

**Request for Exclusion from the Class**

To Whom It May Concern:

**I, Barbara J Dash, request exclusion from the Class in *In re: CenturyLink Sales Practices and Securities Litigation,* Civil Action No. 18-296 (MJD/KMM).**

Name:        MSSB CF
             Barbara J Dash
             IRA Standard

Address:

Telephone:

CenturyLink publicly traded common stock owned and purchased/acquired and/or sold during the Class Period from March 1, 2013 through July 12, 2017, inclusive:

| Date | Security Type | Quantity | Transaction Description | Price | Total Cost |
|------|---------------|----------|-------------------------|-------|------------|
| 03/01/2013 | Common Stock | 0 | Position Begin Date | | |
| 06/04/2013 | Common Stock | 200 | Bought | $34.83 | $6,965.40 |
| 12/20/2013 | Common Stock | 200 | Sold | $30.98 | $6,195.69 |
| 10/10/2017 | Common Stock | 0 | Position End Date | | |

This is my written authorization to be excluded from the Class in the CenturyLink Sales Practices and Securities Litigation.

Your immediate attention to this matter is greatly appreciated.

Barbara J Dash                                June 2, 2021



*Barbara Dash*



CenturyLink Securities Litigation
EXCLUSIONS
% Epiq
PO Box 2588
Portland, OR 97208-2588

97208-258888

Exclusion Request - 17



June 2, 2021

CenturyLink Securities Litigation
EXCLUSIONS
℅ Epiq
PO Box 2588
Portland, OR 97208-2588

**Request for Exclusion from the Class**

To Whom It May Concern:

I, Edward F Dash, request exclusion from the Class in *In re: CenturyLink Sales Practices and Securities Litigation,* Civil Action No. 18-296 (MJD/KMM).

Name:        MSSB CF
             Edward F Dash
             IRA Standard
Address:

Telephone:

CenturyLink publicly traded common stock owned and purchased/acquired and/or sold during the Class Period from March 1, 2013 through July 12, 2017, inclusive:

| Date | Security Type | Quantity | Transaction Description | Price | Total Cost |
|------|---------------|----------|-------------------------|-------|------------|
| 03/01/2013 | Common Stock | 0 | Position Begin Date | | |
| 06/04/2013 | Common Stock | 300 | Bought | $34.83 | $10,448.10 |
| 12/20/2013 | Common Stock | 300 | Sold | $30.98 | $9,293.53 |
| 10/10/2017 | Common Stock | 0 | Position End Date | | |

This is my written authorization to be excluded from the Class in the CenturyLink Sales Practices and Securities Litigation.

Your immediate attention to this matter is greatly appreciated.

*Edward F. Dash*                              *June 2, 2021*
Edward F Dash                                 June 2, 2021



Edward Dash

FOREVER USA    FOREVER USA

CenturyLink Securities Litigation
EXCLUSIONS
% Epiq
PO Box 2588
Portland, OR 97208-2588

97208-258888

Exclusion Request - 18

June 4, 2021

CenturyLink Securities Litigation handlers,

Exclude me from the class!

Howard Boersma

████████████

P.S. I never had any of this stock. At least not to my knowledge. How on earth did you think I did? Litigous society? Shameful!

████████████

RE
CenturyLink Sales Practices, Civil action
# 18-296 (MJD/KMM)

Boersma



FOREVER / USA

Century Link Securities Litigation & Exclusions

c/o Epiq

P.O. Box 2588

Portland, OR 97208-2588

97208-258888

Exclusion Request - 19

Fred L. Sitz

06/04/2021

Century Link Securities Litigation, Exclusions
% Epiq, P.O. Box 2588
Portland, OR 97208-2588

Subject: Request for Exclusion from Class
in re: Century Link Sales practices
and Securities Litigation, Civil
Action No. 18-296 (MJD/KMM).

Requested By:

Fred L. Sitz, Trustee: Ph
U/A Dated 01/27/2000
By Mary E. Sitz ET AL
Spouse to Fred L Sitz
Mary E. Sitz deceased on 10/26/2018
Account transferred to Fred L Sitz,
Owner, effective 10/24/2018

Stock Shares included in above Case:

| Century Link Inc Shares/ Number | purchase Date | Sale Date | Selling Proceeds | Cost Basis |
|---|---|---|---|---|
| 400 Shares Sold | 02/21/13 | 08/25/14 | 16,533.47 | 13,764.35 |
| 400 " " | 08/19/13 | 08/25/14 | 16,533.48 | 13,110.10 |

Please refer to Copy of Merrill Lynch Tax statement.
of 2014 on 7+8/8/9 pages enclosed. Fred L Sitz, owner

 **Merrill Lynch**
Bank of America Corporation

| Account No. | Taxpayer No. | Page |
|---|---|---|
| ████████ | ████████ | 8 of 9 |

FRED L SITZ TTEE

## 2014 TAX REPORTING STATEMENT

**1099-B**          **2014 PROCEEDS FROM BROKER & BARTER EXCHANGE TRANSACTIONS**          (OMB NO. 1545-0715)

| 1a. Description of Property | 1b. Date of Acquisition | 1c. Date of Sale or Exchange | 1d. Amount | 1e. Cost Basis | 1f. IRS Code | 1g. Adjustments | Gain or (Loss) | Remarks |
|---|---|---|---|---|---|---|---|---|
| Covered Long Term Capital Gains and Losses Subtotal | | | 49,600.41 | 44,198.54 | | 0.00 | 5,401.87 | |
| NET LONG TERM CAPITAL GAINS AND LOSSES | | | 49,600.41 | 44,198.54 | | 0.00 | 5,401.87 | |
| SALES PROCEEDS AND NET GAINS AND LOSSES | | | 72,959.86 | | | | 9,723.32 ✓ | |
| COVERED SHORT TERM GAINS/LOSSES | | | | | | | 4,321.45 | |
| COVERED LONG TERM GAINS/LOSSES | | | | | | | 5,401.87 | |



# Merrill Lynch
Bank of America Corporation

 

FRED L SITZ TTEE

# 2014 TAX REPORTING STATEMENT

The following sections are provided to facilitate your review and the preparation of your tax return.

The 2014 Proceeds from Broker and Barter Exchange Transactions section includes both sales of positions for "covered securities" and "noncovered securities." A covered security includes securities when the purchase date of the security occurred within the following timeline: Equities acquired on or after January 1, 2011, Mutual Funds acquired on or after January 1, 2012, and Option Transactions and certain debt securities acquired on or after January 1, 2014. Legislation requires reporting the gross proceeds of the sales of "covered" and "noncovered" securities and the adjusted cost basis for "covered securities." Any sale of a security that is considered a "noncovered security" will still be included in this section with the adjusted cost basis (where available) but the adjusted basis will not be transmitted to the IRS.

In calculating gain (loss), unless otherwise noted, it was assumed that the oldest position was liquidated first, and that you have made an election to amortize the premium paid on the purchase of taxable bonds. Under the Cost Basis Reporting Regulations, brokers need not track wash sale activity for substantially identical securities, transactions across accounts, or between covered and noncovered securities. However, you as a taxpayer still have to track and report wash sales as you have in the past which would include all of the aforementioned transaction types. Securities distributed from a retirement account reflect the tax basis on the date of distribution. Other methods for calculating gain (loss) are available. The cost basis for most Original Issue Discount ("OID") obligations includes the accretion of OID.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

## 1099-B    2014 PROCEEDS FROM BROKER & BARTER EXCHANGE TRANSACTIONS    (OMB NO. 1545-0715)

| 1a. Description of Property | 1b. Date of Acquisition | 1c. Date of Sale or Exchange | 1d. Amount | 1e. Cost Basis | 1f. IRS Code | 1g. Adjustments | Gain or (Loss) | Remarks |
|---|---|---|---|---|---|---|---|---|
| *SHORT TERM CAPITAL GAINS AND LOSSES - 1099-B Line 2* | | | | | | | | |
| *COVERED TRANSACTIONS-1099-B Line 3, Cost basis reported to IRS (Code A)* | | | | | | | | |
| ██████████ | | ██████████ | | | | | | |
| Covered Short Term Capital Gains and Losses Subtotal | | | | | | | | |
| NET SHORT TERM CAPITAL GAINS AND LOSSES | | ████████ | | | | | | |
| *LONG TERM CAPITAL GAINS AND LOSSES - 1099-B Line 2* | | | | | | | | |
| *COVERED TRANSACTIONS-1099-B Line 3, Cost basis reported to IRS (Code D)* | | | | | | | | |
| *CENTURYLINK INC SHS*  CUSIP Number  156700106 | | | | | | | | |
| 200.0000 Sale | 01/06/11 | 08/25/14 | 8,266.73 | 9,105.35 | | 0.00 | (838.62) | |
| 200.0000 Sale | 03/22/11 | 08/25/14 | 8,266.73 | 8,218.45 | | 0.00 | 48.28 | |
| 400.0000 Sale | 02/21/13 | 08/25/14 | 16,533.47 | 13,764.35 | | 0.00 | 2,769.12 | |
| 400.0000 Sale | 08/19/13 | 08/25/14 | 16,533.48 | 13,110.39 | | 0.00 | 3,423.09 | |
| *Security Subtotal* | | | 49,600.41 | 44,198.54 | | 0.00 | 5,401.87 | |

*A Stock Shares included in Case*



Mr Fred Sitz

FOREVER / US

Century Link Securities Litigation, Exclusions
% Epiq
P.O. Box 2588
Portland, OR  97208 – 2588

97208-258888

Exclusion Request - 20

May 29 2021

Dear Sir,

My name is Rita E. Miller and I am requesting exclusion from the Class in re: CENTURY LINK SALES PRACTICES AND SECURITIES LITIGATION, Civil Action No. 18-296 (MJD/KMM).

As of March 1, 2013 through July 12, 2017 I purchased and still hold the following shares of CENTURY LINK INC.

| PURCH. DATE | SHARES | PURCH PRICE | TOTAL |
|---|---|---|---|
| 1/3/13 | 425 | $39.70 | $16,872.50 |
| 3/4/13 | 285 | $34.945 | $9,959.33 |

Sincerely Yours,
Rita E. Miller

PHONE # ███████

Ms. Rita E. Miller



FOREVER / USA

CENTURY LINK SECURITIES LITIGATION, EXCLUSIONS
C/o  EPIQ  P.O. BOX 2588
PORTLAND, OR. 97208-2588

97208-258888

| Analyst Name: | Document Received Date: |
|---|---|
| Bethany M. | 06/04/21 |

# CENTURYLINK SECURITIES
## CA40047244

### Related Tracking Numbers:
██████

**Received from email address** (if applicable):
N/A

**Subject Line of email** (if applicable):
N/A

---

**Instructions for DC:**
Please have pages 4-5 removed from this document and label as a new Opt Out.

CLAIMS TEAM: The Opt Out needs to be linked to TN ████. CS has already been emailed about it, but they will need the doc ID of the new Opt Out.

Exclusion Request - 21

8 June 2021

① Peter and ② Charlotte A. Kayavas
Request Exclusion

██████████████████████████████

Request Exclusion from the class in
In re: CenturyLink Sales Practices
and Securities Litigation, Civil Action
No. 18-296 (MJD/KMM).

142 Shares CenturyLink Inc Com
Trade Date 03/13/2015     ████████████
     For
Settlement 03/18/2015
     Date

34.3150 / Share
4,872.73 Principal Amount
Peti K.
Sincerely

① Peter Kayayavas

Charlotte A. Kayavas
② Charlotte A Kayavas

Peter Kayavas

FOREVER / USA

CENTURYLINK SECURITIES, EXCLUSIONS
c/o EPIQ
P.O. BOX 2588
PORTLAND, OREGON 97208-2588

97208-258888

Exclusion Request - 22

June 3, 2021

CenturyLink Securities Litigation
EXCLUSIONS
c/o Epiq
P.O. Box 2588
Portland, OR 97208-2588

Sally S Lownsbery



Phone No.

Dear CenturyLink Securities Litigation EXCLUSIONS,

I, Sally S Lownsbery, request exclusion from the Class in *In re: CenturyLink Sales Practices and Securities Litigation*, Civil Action No. 18-296 (MJD/KMM).

March 1, 2013 – ZERO shares held

August 15, 2013 – PURCHASED 300 shares at $33.6200 per share

July 29, 2014 – SOLD 300 shares at $43.5300 per shares

July 12, 2017 – ZERO shares held

Thank you in advance for excluding me from this class action.

Sincerely,

Sally S. Lownsbery

Sally S. Lownsbery



Sally Lownsbery

CenturyLink Securities Litigation
Exclusions
c/o Epiq
P.O. Box 2588
Portland, OR 97208-2588

97208-258888

Exclusion Request - 23

June 7,2021

Century Link Securities Litigation, Exclusions
c/o Epiq, Post Office Box 2588
Portland OR 97208-2588

To Whom It May Concern-

   This is to advise you that Marie L. Skoumal is
deceased from old age and as the Independent Executor of
her estate, I wish to exclude her from this Class Action Suit.

1. Executor requesting exclusion: William J. Skoumal, Jr. /
█████████████████████████ / Phone # ████████████.

Respectfully,

*William J. Skoumal, Jr.*

████████████████████



William J Skoumal



CENTURY LINK SECURITIES LITIGATION

c/o EPIQ

POST OFFICE BOX 2588

PORTLAND OR 97208-2588

97208-258888

Exclusion Request - 24

**MRS. ANNAMARIA F. DEMIRIS**

June 7, 2021

RE: CenturyLink Securities Litigation

To Whom It May Concern:

Please be advised that there is no evidence of any holdings reflected in my account for CenturyLink, Inc. during the period of March 1, 2013 through July 12, 2017. Therefore, I wish to be excluded from the above-mentioned Class Action suit.

Thank you for your attention to this matter.

Sincerely,

Annamaria F. Demiris

Annamaria F. Demiris



Mrs. Annamaria F. Demiris

CenturyLink Securities Litigation, EXCLUSIONS
c/o Epiq
P.O. Box 2588
Portland, Oregon 97208-2588

97208$2588  B907

LAST WILL AND TESTAMENT OF GRACE N. PROCTOR - Page 3

We, _Wayne S. Boyette_ and _Nancy Bolton_, the witnesses, being first duly sworn, sign our names to this instrument, and do hereby declare to the undersigned authority that the Testatrix signs and executes this instrument as her Last Will and Testament, and that she signs it willingly, and that each of us, in the presence and hearing of the Testatrix, hereby signs this Will as witness to the Testatrix's signing, and to the best of our knowledge the Testatrix is eighteen years of age or older, of sound mind, and under no constraint or undue influence.

NAMES                                    ADDRESSES

_____                  Tarboro, North Carolina

_____                  Tarboro, North Carolina


NORTH CAROLINA

EDGECOMBE COUNTY

Subscribed, sworn to and acknowledged before me by Grace N. Proctor, the Testatrix and subscribed and sworn to before me by _Wayne S. Boyette_ and _Nancy Bolton_, the witnesses, this _4th_ day of April, 2011.



Signature of Notary Public

_Cynthia P. Flint_, Notary Public
(Printed or typed name)

(Official Seal)

My commission expires: _5-15-2015_

This instrument prepared by:
Wayne S. Boyette
Rountree & Boyette LLP

Wills\Proctor.Grace 03-23-11

James T Proctor



U.S. POSTAGE PAID
FCM LG ENV
TARBORO, NC
27886
JUN 08 21
AMOUNT
**$1.40**
R2305P150836-03

1000        97208

CenTuryLink Securities LiTigaTion, EXCLUSIONS
c/o Epig, P.O. Box 2588
PorTLand, OR 97208-2588

Exclusion Request - 25

June 7, 2021

Dear Sir/Mam

I am requesting that Trace N. Proctor be excluded from the Class class re: CenturyLink Sales Practices and Securities Litigation, Civil Action No. 18-296 (MJD/KMM; Shares owned as of March 1, 2013 were 343.81338, No Shares were purchased/sold during period March 1, 2013 through July 12, 2017.

The owner Trace N. Proctor passed away on 18 November 2019 (Attached Death Certificate) and account was changed over to Death Beneficiary named on Account at that time.

I am the Executrix of Trace N. Proctor's estate, (Attached Will enclosed). Hope the above information and attached Documents will satisfy requested information.

Thanking You

Janet Proctor
EXECUTRIX

PostalAnnex+

www.postalannex.com/12007

Manila Envelope 9x12              0.40 TX

    SUBTOTAL                     0.40
    TAX
    State Tax on 0.40            0.03
    TOTAL                       0.43
TEND Cash                         1.00
    CHANGE                      0.57

Total shipments: 0
Customer: None selected

                     06/07/2021
#149255                           10:23 AM
Workstation: 8 - AUX 2

*********************************
We Print, Copy and Ship.
Email your files to:
pal2007@postalannex.com
Thank you for your business
*********************************

## CERTIFICATION OF VITAL RECORD

# STATE OF NORTH CAROLINA
## EDGECOMBE COUNTY
## OFFICE OF REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
### CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. 033-70   LOCAL NO. _____   COUNTY OF DEATH Edgecombe   STATE FILE NO. _____

TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK

DECEDENT'S LEGAL NAME

| 1a. FIRST | 1b. MIDDLE | 1c. LAST | 1d. SUFFIX | 1e. LAST NAME PRIOR TO FIRST MARRIAGE |
|---|---|---|---|---|
| Grace | Virginia | Proctor | | Nichols |

NAME OF DECEDENT (For use by Physician, Institution or Medical Examiner)

Grace Virginia Proctor

MEDICAL EXAMINER ONLY

Volume __105__   Page __—__

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

033- 017048

Witness my hand and official seal
this the 26 day of November 2019   By: _____

Robin W. Braswell
Register of Deeds
Edgecombe County

Deputy / Assistant Register of Deeds

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.

# Last Will and Testament

### OF

### GRACE N. PROCTOR

I, Grace N. Proctor, of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ declare this to be my Last Will and Testament hereby revoking any and all Wills and Codicils heretofore made by me.

### ARTICLE I

I direct that all of my just debts, funeral expenses, all taxes payable as a result of my death, and the cost of administration of my estate be paid out of the assets of my estate as soon as practicable after my death.

### ARTICLE II

I will, devise and bequeath to my beloved husband, James T. Proctor, a life estate in the household furnishings and other contents of my home at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to be used for his comfort and convenience until the said life estate shall terminate. The remainder interest in said property I will and bequeath to my children as provided in Article III hereinbelow as if my said husband had predeceased me.

### ARTICLE III

In the event my husband, James T. Proctor, predeceases me, or in the event he and I die under such circumstances that there is not sufficient evidence to determine the order of our deaths, or if he shall die within a period of six months after the date of my death, then all bequests and provisions herein to his shall be void; and upon the happening of such contingencies, I hereby will, devise and bequeath my property wheresoever the same may be situated, after payment of all debts, costs of administration, funeral and burial expenses and taxes of every kind and description which may be assessed by reason of my death as follows:

A.    To my step-son, James R. Proctor, the house and lot located at ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ the dining room set, any motor vehicle and any trailer which I may own at the time of death.

B.    To my step-daughter, Sylvia Rivera, all my china.

C.    All the rest, residue and remainder of my estate, real and personal, tangible and intangible, wheresoever the same may be situated to my step-children, James R. Proctor and Sylvia Rivera, to be theirs

_Grace N Proctor_

Grace N. Proctor

LAST WILL AND TESTAMENT OF GRACE N. PROCTOR - Page 2

absolutely and in fee simple forever, share and share alike, *per stirpes*.

### ARTICLE IV

I hereby grant to my Executor or Executrix named in this Will the continuing absolute and discretionary power to deal with any property held in my estate as freely as I might in the handling of my own affairs, including full power and authority to sell, transfer and convey any property, real or personal, which I may own at the time of my death, at such time and price, and upon such terms and conditions, as they may determine, and to do every other act and thing necessary and appropriate for the complete administration of my estate. Without in any way limiting the generality of the foregoing provision, and subject to N. C. Gen. Stat. § 32-26, I hereby grant to my Executor or Executrix all of the powers set forth in N. C. Gen. Stat. § 32-27, and these powers are incorporated herein by reference and made a part of this instrument, and such powers are intended to be in addition to and not in substitution of the powers conferred by law.

### ARTICLE V

I appoint my husband, James T. Proctor, as Executrix of this my Last Will and Testament. In the event he fails to qualify as Executor, or is for any reason unable to complete his service, I appoint my step-son, James R. Proctor, as Executor to serve in his place and stead with the same powers and authority as herein granted to James T. Proctor as Executrix. I direct that no bond or other undertaking shall be required of any person so named for the faithful performance of their duties as Executrix or Executor hereunder.

IN WITNESS WHEREOF, I, Grace N. Proctor, sign my name to this instrument this __4th__ day of April, 2011, and being first duly sworn, do hereby declare to the undersigned authority that I sign and execute this instrument as my Last Will and Testament, and that I sign it willingly, that I execute it as my free and voluntary act for the purposes therein expressed, and that I am eighteen years of age or older, of sound mind, and under no constraint or undue influence, and that I have also signed the foregoing one typewritten page for the purpose of identification.

*Grace N. Proctor*                    (SEAL)
Grace N. Proctor, Testatrix

LAST WILL AND TESTAMENT OF GRACE N. PROCTOR - Page 3

We, _Wayne S. Boyette_ and _Nancy Bolton_, the witnesses, being first duly sworn, sign our names to this instrument, and do hereby declare to the undersigned authority that the Testatrix signs and executes this instrument as her Last Will and Testament, and that she signs it willingly, and that each of us, in the presence and hearing of the Testatrix, hereby signs this Will as witness to the Testatrix's signing, and to the best of our knowledge the Testatrix is eighteen years of age or older, of sound mind, and under no constraint or undue influence.

NAMES                                ADDRESSES

_(signature)_                        Tarboro, North Carolina

_(signature)_                        Tarboro, North Carolina


NORTH CAROLINA

EDGECOMBE COUNTY

Subscribed, sworn to and acknowledged before me by Grace N. Proctor, the Testatrix and subscribed and sworn to before me by _Wayne S. Boyette_ and _Nancy Bolton_, the witnesses, this _4th_ day of April, 2011.



_(signature)_
Signature of Notary Public

_Cynthia P. Flint_, Notary Public
(Printed or typed name)

(Official Seal)

My commission expires: _5-15-2015_


This instrument prepared by:
Wayne S. Boyette
Rountree & Boyette LLP
███████████████

Wills\Proctor.Grace 03-23-11

James T Proctor

U.S. POSTAGE PAID
FCM LG ENV
TARBORO, NC
27886
JUN 08 21
AMOUNT

**$1.40**

R2305P150836-03

UNITED STATES
POSTAL SERVICE®

1000          97208

CenTuryLink Securities LiTigaTion, EXCLUSIONS,
c/o Epiq, P.O. Box 2588
PorTland, OR 97208-2588

Exclusion Request - 26



**MaryEllen Haberny**

CenturyLinK Sales Practices
+ Security Litigation
Civil Action #18-296
(MJD/KMM
I don't Know number
shares or value

Please exclude
me from this
Thank you,
Mary Ellen Haberny

My Previous address





MaryEllen Haberny

9 JUN 2021  PM 4  L

Exclusions %oEpiq
P.O Box 2588
Portland, OR 97208-2588

97208-258888

Exclusion Request - 27

To whom it may concert!
As POA extetra for

**********AUTO**5-DIGIT 97520
CAROLYN C RESPESS

I wish to inform you she passed
away July 1, 2019 and her estate
was completed July 1, 2020! Please
exclude her!
                    Judith Kloelzt



*Expressions*

FROM

Hallmark

LPH 5028A

© HALLMARK LICENSING, LLC
HALLMARK MARKETING COMPANY, LLC
MADE IN U.S.A.

Hallmark.com

Hallmark Cares
Visit Hallmark.com/ourplanet

THIS CARD IS MADE WITH PAPER FROM
WELL-MANAGED FORESTS.

Century Link Securities Litigations
EXCLUSIONS
C/o EPIQ
PO Box 2588
Portland, OR 97208 - 2588

Exclusion Request - 28



6.9.21

I AM REQUESTING
EXCLUSION FROM CLASS

HELEN VAN GORDER

IN RE: CENTURYLINK
SALES PRACTICES AND
SECURITIES LITIGATION
CIVIL ACTION NO-296
(MJD/KMN)

Helen Van Gorder

NOTES

9 JUN 2021    PM 7    L



FOREVER / USA

Mrs Helen Vangorder

CENTURYLINK SECURITIES LITIGATION
EXCLUSIONS c/o EPIQ.
P.O. BOX 2588
PORTLAND, OR 97208-2588

97208-256888

Exclusion Request - 29

June 12, 2021

**From:**    Michael D. and Mary Cecilia Mukai

**To:**    Century Link Securities Litigation Civil Action No. 18-296 (MJD/KMM)

We, Michael D. and Mary C. Mukai,                                                  , and telephone number
           request exclusion from the Class In re: CenturyLink Sales Practices and Securities Litigation, Civil Action No. 18-296
(MJD/KMM).

Our financial advisor (Jeff Crabb of Edward Jones in Seattle, Washington) has indicated that we held only 17 shares of common
stocks during the period of March 1, 2013 and July 12, 2017. We understand and conclude that any financial settlement that
may be awarded to us is not worth the effort to pursue; therefore, please exclude us from this litigation.

Thank you.

Sincerely yours,

Michael D. Mukai                          Mary C. Mukai
June 12, 2021                             June 12, 2021



Michael Mukai

14 JUN 2021   PM 1   L

CenturyLink Securities Litigation, Exclusions
c/o Epiq
P.O. Box 2588
Portland, Oregon 97208-2588

97208-258888

Exclusion Request - 30

Century Link Securities Litigation
EXCLUSIONS
c/o Epiq
P.O Box 2588
Portland, Oregon 97208-2588

June 13, 2021

I, Judith L McLaren at

███████████████████████

Request exclusion from the Class re: CenturyLink Sales and Practices and Securities Litigation Civil Action
No. 18-296 (MJD/KMM).

I owned 3 shares of CenturyLink common shares of stock from March 1, 2013 through July 12, 2017
inclusive. They were acquired in the merger from Qwest of which I held 6 shares. Due to the small
number of shares held , I do not wish to be a member of this class action suit.

Respectfully yours,

Judith L. McLaren

Judith L McLaren

Mrs. Judith McLaren

14 JUN 2021   PM 9  1

Century Link Securities Litigation
EXCLUSIONS
c/o Epiq
P.O. Box 2588
Portland, Oregon 97208-2588

97208-258688

Exclusion Request - 31

CenturyLink Securities Litigation          6/14/21

% Epiq

P.O. Box 2588

 Gentlemen:

We wish to be excluded from Civil Action No. 18-296(MJD/KMM).

Peter N. Souris

Georgia F. Souris

S | Mr. Peter Souris

15 JUN 2021 PM 4 L

FOREVER / USA

Century Link Securities Litigation
2 Ep; Q
P.O. Box 2588
Portland, OR 97208-2588

97206-258888

Exclusion Request - 32

# SYLVIA HUDSON LIVING TRUST



CenturyLink Securities Litigation
EXCLUSIONS %Epiq,
P. O. BOX 2588
Portland, OR 97208-2588
To whom it may concern:
Please exclude me from the CenturyLinks Securities Litigations, EXCLUSIONS.
CLASS IN RE: CenturyLink Sales Practices and Securities Litigation, Civil Action
No. 18-296 (MJD/KMM.
I do not have the information you request because we no
longer own these shares.


Please verify this request.

 Sincerely,

Sylvia Hudson

15 JUN 2021 . PM 6 L

CenturyLink Securities Ligation
EXCLUSIONS% E0 19.

P.O Box 2588
Portland, OR 97208- 2588

97208-258888

Exclusion Request - 33

June 14, 2021

Stanley Schade-expired 6/15/2019



Century Link Securities Litigation, EXCLUSIONS
℅ Epiq.
PO Box 2588
Portland, OR  97208-2588

Dear Sirs:

    I, Carol A. Schade and Stanley C. Schade's P.R. request exclusion from the Class in In re: Century Link Sales Practices and Securities Litigation, Civil Action No. 18-296(MJD/KMM). We held 15 shares of publicly traded Century Link common stock. These shares were held prior to the March 1, 2013 date and the 15 shares were sold June 12, 2017. No transactions were between the dates of the class action.

                    Sincerely Yours,

                    contact person:
                    Carol A. Schade:

                    *Carol A. Schade*

                    Stanley C. Schade by PR.
                    *Stanley C. Schade by*
                    *Carol A. Schade P.R.*

Enclosure of P.R.

STATE OF SOUTH DAKOTA
COUNTY OF ROBERTS

IN CIRCUIT COURT
FIFTH JUDICIAL CIRCUIT

Estate of

STANLEY C. SCHADE

54PRO19-  17

Deceased

## LETTERS OF PERSONAL REPRESENTATIVE

On the _2_ day of August 2019, Carol A. Schade was appointed and qualified as personal representative of the estate of Stanley C. Schade.

These Letters are issued as evidence of the appointment, qualification, and authority of Carol A. Schade to do and perform all acts authorized by law.

BY THE COURT:

Appointed and Issued:  8/2/2019 by: /s/ Brenda Guy, Clerk/Deputy

State of South Dakota } ss
County of Roberts
I, Cindy Marohl, Clerk of the Circuit Court, do hereby certify that the within and foregoing is a full, true and complete copy of the original instrument, as the same appears on file in this office. The same is in full force and effect.
Dated this _12_ day of _Sept_ 19

Cindy Marohl, Clerk of Court, Roberts County
By_____Deputy



15 JUN 2021 PM 2 T

Century Link Securities Litigation, EXCLUSIONS
% EPIQ
PO Box 2588
Portland OR   97208-2588

9720882588

Exclusion Request - 34

June 17, 2021

Emily M. Clayton

████████████████████

████████

I am requesting exclusion from the Class
MDL # 17-2795 (M-J-D/K-M-M)
Relates to Civil Action # 18-296 (M-J-D/K-M-M)

Emily M. Clayton

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

MDL No. 17-2795 (MJD/KMM)

This Document Relates to:
Civil Action No. 18-296 (MJD/KMM)

CenturyLink Securities Litigation
c/o Epiq
P.O. Box 2588
Portland, OR 97208-2588

**Important Time-Sensitive Document**

00328407

JOB# N58472 - 010

PRESORTED FIRST CLASS
U.S. POSTAGE PAID

12#



***********AUTO**5-DIGIT 87068
EMILY M CLAYTON TTEE
U/A DTD 05/06/2005
R DALLAS & EMILY M CLAYTON TR
RICHARD D CLAYTON

No longer with
Edward Jones

07

CenturyLink Securities Litigation
c/o Epiq
P.O. Box 2588
Portland, OR 97208-2588

**Important Time-Sensitive Document**



00328408

JOB# N58472 - 010

PRESORTED FIRST CLAS
U.S. POSTAGE PAID

12#

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 87068
EDWARD D JONES & CO CUSTODIAN
FBO R DALLAS CLAYTON IRA    *deceased*

08

18 JUN 2021 PM 2 L

FOREVER / USA

CenturyLink Securities Litigation
Exclusions
C/o Epiq, P.O.Box 2588
Portland, Or.
97208-2588

97208-258888

Emily M. Clayton

Exclusion Request - 35

**Carolyn H. Lane**

███████████████

June 16, 2021

CenturyLink Securities Litigation, EXCLUSIONS
c/o Epiq P.O. Box 2588
Portland, OR 97208-2588

To whom it may concern:

Subject: Request for Exclusion

Carolyn H. Lane REV TR
Carolyn H. Lane TTEE

███████████████

Carolyn H. Lane requests exclusion from the Class in *In re: CenturyLink Sales Practices and Securities Litigation*, Civil Action No. 18-296 (MJD/KMM).

Bought:

9/26/11    300 shares at $34.470 = $10,341.00

10/31/13   300 shares at $33.395 = $10,018.50

**Sold:**

12/16/14   600 shares at $38.885 = $23,331.00

Sincerely,

Carolyn H. Lane

Lane

16 JUN 2021 PM 6 L

USA
FOREVER

CenturyLink Securities Litigation, EXCLUSIONS
c/o Epiq
P.O. Box 2588
Portland, OR 97208-2588

97208-258888

Exclusion Request - 36

June 4, 2021

CenturyLink Securities
Litigation Exclusions
C/O Epiq
P.O. Box 2588
Portland, OR
97208-2588

To Whom It May Concern:

Please Exclude me from the Class.

Sincerely,  Ellen Agee

Ellen Agee



Ellen Agee

09 JUN 2021 PM 3 L

FOREVER / USA

CenturyLink Securities Litigation, Exclusions
C/o Epiq
PO Box 2588
Portland OR
97208 - 2588

Exclusion Request - 37

TO:
CENTURYLINK SECURITIES LITIGATION
EXCLUSIONS, C/O EPIQ
P.O. BOX 2588
PORTLAND, OR 97208-2588

TO WHOM IT MAY CONCERN:
   I, REBECCA L. STARR REQUEST FOR
EXCLUSION FROM THE CLASS. I HAVE NO
ACCESS TO THE NUMBER OF STOCK TRANSACTIONS
PUBLICLY TRADED CENTURY LINK COMMON STOCK!

██████████████████████████████████████████

████████████████, WAS THE COMPANY
THAT SERVICED THE STOCK ACCOUNT.(IRA)
LIQUIDATED ALL STOCKS AND SENT A
DISBURSEMENT CHECK TO SPACE COAST
CREDIT UNION, ████████████████████
ROLLOVER IRA ACCOUNT. ████████████
████████████████████

PAGE 1

MY NAME, ADDRESS, TELEPHONE
NUMBER AND SIGNATURE ARE BELOW:

REBECCA L. STARR

CASE NO. RE: CENTURY LINK SALES
PRACTICES AND SECURITIES LITIGATION
CIVIL ACTION NO. 18-296 (MJD/KMM).
    SINCERELY,
Rebecca L. Starr

P.S. THANK YOU FOR YOUR ASSISTANCE
    IN THIS MATTER!

PAGE 2

REBECCA L. STARR

21 JUN 2021  PM 4  L

CENTURYLINK SECURITIES LITIGATION
EXCLUSIONS, C/O EPIQ
P.O. BOX 2588
PORTLAND, OR 97208-2588

97208-258888

Exclusion Request - 38

6-21-2021

CENTURY LINK SECURITIES
  C/O  Epiq
  P.O. BOX 2588
  PORTLAND, OR 97208-2588


DEAR PEOPLE

    I AM EXCLUDING MYSELF
  FROM CLASS ACTION AND
  PROPOSED SETTLEMENTS.


        EDWARD D JONES & Co CUSTODIAN
        FBO CHARMEN C. KRAFT IRA

CENTURY LINK SECURITIES LITIGATION
C/O Epiq
P.O. BOX 2588
PORTLAND, OR 97208-2588

21 JUN 2021   PM 11 L

FOREVER / USA

CENTURY LINK SECURITIES LITIGATION
EXCLUSIONS    C/O EPIQ
P.O. BOX 2588
PORTLAND, OR 97208-2588

97208-258888

Exclusion Request - 39

MCGRATH LIVING TRUST
U/A DTD 04/13/2001
GERALD R MCGRATH
MARGARET ANN MCGRATH TTEES

JUNE 23. 2021

CenturyLink Securities Litigation
EXCLUSIONS c/o Epiq.
P.O. Box 2588
Portland. OR. 97208-2588

The MCGRATH LIVING TRUST U/A Dated April 13, 2001 ████████
████████ "requests (demands) exclusion from the class
in, In re: CenturyLink Sales Practices and Securities Litigation, Civil Action No. 18-296
(MJD/KMM)". This request is submitted and authorized by the trustors/trustees Gerald R.
McGrath and/or Margaret Ann McGrath ████████
████████ This request entails the entire trust's holding of 500 shares of CenturyLink
common stock bought 09/01/2016 @ $27.58 per share (total transaction: $13,794.00 + comm.)

Signed GERALD R. MCGRATH (TTE) _Gerald R McGrath_

Signed MARGARET ANN MCGRATH (TTE) _Margaret Ann Mc Grath_

Enclosers ;
   A) Scottrade order confirmation
   B) Scottrade transaction confirmation
   C) Scottrade monthly statement from Oct. 2017 showing CTL ownership
   D) Memorandum/Certificate of trusty

Send to printer



1:09:09 PM 6/30/2016

Limit Order Placed

Thank you! Your order to **Buy 500 Shares of CTL** (CENTURYLINK INC) **at Limit Price of $28.00** has been submitted. Duration of this order is **Good until Cancelled**.

Order Confirmation #:

Order Time:                          6/30/2016 1:09 PM ET

Any order entered after market close is good for the next business day.

GERALD R MCGRATH TTEE
MARGARET ANN MCGRATH TTEE
MCGRATH LIVING TRUST



**Scottrade**
SCOTTRADE INC

| Symbol | | | Account # | Tax Lot # | | AT* | Cap* | AI* | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|---|
| CTL | | | | 20160901XLF1970 | | 1 | 1 | 4 | 9/1/2016 | 9/7/2016 |
| Buy/Sell | Quantity | CUSIP Number | Security Description | | | | | Coupon | | Execution Time |
| Bought | 500 | 156700106 | CENTURYLINK INC | | | | | | | 11:08:56 |

| Price | Principal | Commission | State Tax | Trading Activity Fee* | Regulatory Transaction Fee* | MF Trans Fee* | Misc | Interest | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 27.588 | 13,794.00 | 42.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,836.00 |

ADDITIONAL INFORMATION:

UNSOLICITED ORDER

In accordance with your instructions we are confirming the transaction(s) reported on this document for your account, subject to the terms listed below. Please retain this confirmation for tax purposes. Notify Scottrade immediately if any information contained in this confirmation is not correct. This confirmation will be deemed correct in all aspects unless written notice of any inaccuracy is promptly sent to us. Failure to notify us within ten (10) days constitutes your acceptance of this transaction. The agreement controlling this transaction and the explanation of the symbols is printed below.

**AGREEMENT**

**It is agreed between Scottrade, Inc. ("Scottrade") and the Customer that:**

1. All transactions are subject to the rules and regulations of the US Securities and Exchange Commission, the Federal Reserve Board, the Financial Industry Regulatory Authority, or any Market Center, Clearing Agency, or regulatory authority that may have jurisdiction over this transaction.
2. All securities carried in a margin account may at any time be hypothecated and commingled with securities carried for the account of other customers and loaned or pledged by Scottrade for a sum not to exceed 140% of the aggregate indebtedness of that margin account.
3. The Customer agrees to deliver securities sold and payment for securities bought to Scottrade no later than the settlement date. Otherwise, the securities may be bought in or sold out at the discretion of Scottrade. Failure to meet settlement may also result in the cancellation of this transaction or additional charges added to the account. Customer agrees to accept any liability resulting from any failure to complete the transaction. Pending full payment on purchase, securities may be hypothecated and commingled with other securities so purchased until payment is received.
4. On purchases the name of the seller, and on sales the name of the purchaser, date and time of transaction, as well as any additional remuneration received by Scottrade in connection with this transaction, will be provided upon request.
5. Should it become apparent that a dividend claim will be forthcoming after the settlement of this transaction, Scottrade reserves the right to withhold the claim amount from any proceeds or amount due.

**EXPLANATION OF CODED SYMBOLS**

AT* - Account Type
  0. Broker Dealer
  1. Cash
  2. General Margin
  3. Short
  4. Special Subscription
  7. Flexible Reinvestment Program™

CAP* - Capacity in which the firm acted:
  1. As Agent for you we have sold or bought this security.
  2. As Principal we have sold to you or bought from you this security.
  3. As Agent for another we have sold to you or bought from you this security.
  4. As Agent for both buyer and seller.
  5. As Principal with commission equivalent charged.

AI* - Account Instructions
  1. Transfer and mail security to customer
  2. Hold security
  3. Safekeep security in customer name
  4. Safekeep security in street name
  5. Special written instructions
  J. Hold funds in account
  K. Mail check to customer on receipt of security
  L. Apply proceeds to purchase
  M. Special written instructions

Trading Activity Fee* - A regulatory transaction fee that is assessed by Scottrade for certain FINRA regulatory costs on stock and option sell trades. Calculations of this fee are truncated to the penny (i.e. $0.01 increments). If your confirmation indicates that an average price was received, the fee amount shown is determined by first calculating the fee, then summing all those fees together and truncating to the penny. In certain cases this fee is capped at a maximum rate. For specific rate information go to: https://www.scottrade.com/documents/alt/CommissionsandFees.pdf

Regulatory Transaction Fee* - A Regulatory Transaction Fee that is assessed by Scottrade for certain regulatory costs on stock and option sell trades. All calculations of this fee are truncated to the penny (i.e. $0.01 increments). If your confirmation indicates that an average price was received, the fee amount shown is determined by first calculating the fee, then summing all those fees together and truncating to the penny. For specific rate information go to: https://www.scottrade.com/documents/alt/CommissionsandFees.pdf

MF Trans Fee* - Fees charged related to Mutual Fund transactions

to display this field, which may include the commission or the Sales Charge, short term redemption fee, transaction fees, and/or mailed confirmation fee.

Misc* - Miscellaneous charges such as:
Certificate Fees
Postage and Handling
Other

**Access Equals Delivery:** Under the Securities Exchange Act Rule 174, a purchase of securities registered under the Securities and Exchange Act of 1933 in the secondary market requires delivery of a prospectus for a period of time after the effective date of the issuer's registration statement. Scottrade is providing you notification under Securities Exchange Act Rule 174 that you can obtain the issuer's prospectus and other company documentation at www.sec.gov/edgar/searchedgar/companysearch.html

**\* Average Price:** For trades where an average price was used (due to multiple executions), the price of each individual execution is available by contacting your local Scottrade® team or registered investment advisor. The average price will be reported to the IRS when applicable.

**Bond Ratings Disclosure:** This confirmation may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Third party content providers do not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third party content providers give no express or implied warranties, including but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Third party content providers shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

**Call Features:** If the trade confirmation notes that the security purchased has a call feature, or additional call features that may affect yield, please contact your local Scottrade® team or registered investment advisor if you would like to receive further information regarding the security.

**Canadian Securities:** Orders in Canadian securities may be subject to a Canadian brokerage fee, which is included in the price displayed on the confirmation. Information on the applicability of this fee can be found on our website or by contacting your local Scottrade® team or registered investment advisor.

**Due Bill:** A due bill will show on all sale confirmations for a stock when a split is pending, to identify the seller's obligation to deliver securities sold to the buyer. The ratio displayed represents the number of shares owed for the number of shares sold.

**EMMA (Electronic Municipal Market Access):** This MSRB website provides access to official statements and trade data for municipal securities transactions. The information can be viewed, downloaded or printed at http://emma.msrb.org/ by searching for the cusip number.

**Financial Transaction Tax:** The French government recently adopted a financial transaction tax ("FTT") on broker-dealers. The tax is imposed at 0.2% on the net purchases of a customer on the trading day with respect to purchases of eligible equity securities, ADRs and other securities issued by French-listed companies having a market capitalization in excess of €1bn on January 1st of the year during which the trade occurs. The French authorities have published a list of securities that are subject to the FTT. Scottrade intends to impose a fee equal to 0.2% of the purchase price for each transaction subject to the FTT to offset taxes/charges incurred by Scottrade as a result of these transactions. This fee is not a pass through of the tax to Scottrade's customers and may be greater than or less than the tax incurred with respect to a particular customer's trading activity.

**Order Routing Disclosure:** Scottrade receives remuneration for directing orders to particular broker/dealers or market centers for execution. Such remuneration is considered compensation to the firm and the source and amount of any compensation received by the firm in connection with your transaction will be disclosed upon request. The identity of the market center to which any customer order is routed during the previous six month period is available upon request.

**Short Transactions:** Should this trade, through the result of a short sale, option assignment or exercise result in a short transaction, you understand that you will be responsible for any resulting loss, short rebate expense or associated costs incurred by us in connection with this "short" transaction.

**Requests for Additional Information:** Information requested by a customer pursuant to statements required on the confirmation shall be provided within five business days following the date of receipt of a request for such information; provided however, that in the case of information relating to a transaction executed more than 30 calendar days prior to the date of receipt of a request, the information shall be given or sent to the customer within 15 business days following the date of receipt of the request.

For a full explanation, please contact your local Scottrade® team or registered investment advisor.

10 / 2017     Page 2 of 2

| Type | Symbol / Cusip | Quantity | Description | Estimated Market | | % | Estimated Annual | |
| | | | | Price | Value | | Income | Cur. Yld |
|---|---|---|---|---|---|---|---|---|
| CASH | CTL | 500 | CENTURYLINK INC<br>LAST DVD INFO:09/15/17 @ .540 | 18.99 | 9,495.00 | 36.08 | 1,080.00 | 11.4 |
| | | | TOTAL | | 26,320.00 | 100% | 2,060.00 | |

## BANK DEPOSIT ACTIVITY

| Date | Transaction | Description | Amount | Balance |
|---|---|---|---|---|
| | | OPENING BALANCE | | 2,167.01 |
| 10/31/17 | INTEREST EARNED | INT EARNED BANK DEP PROGRAM  31 DAYS @ 0.01% APYE 0.01% | 0.02 | 2,167.03 |
| | | CLOSING BALANCE | | 2,167.03 |

## BANK DEPOSIT PROGRAM BALANCES

| PROGRAM BANK | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| U.S. BANK, NA | 0.01 | 0.00 |
| TD BANK USA | 2,167.00 | 2,167.03 |
| TOTAL PROGRAM BALANCE | 2,167.01 | 2,167.03 |

* Bank Deposit Program (BDP) deposits are held at the banks listed above. Deposits in BDP Accounts are eligible to be insured by the FDIC up to $250,000 per depositor. Details on FDIC deposit insurance coverage and limitations are available at www.fdic.gov/deposit. If you have any additional deposits at any of the above banks you should monitor the total amount of deposits you have with any one bank to recognize whether you are exceeding FDIC insurance coverage. You may block a specific Program Bank from receiving your funds or withdraw your consent to participate in the Program by logging onto your Scottrade account or contacting your local Scottrade team. Scottrade Bank and Scottrade, Inc. are separate but affiliated companies. Securities products offered by Scottrade, Inc. are not deposit obligations of any of the listed banks, are subject to investment risk, are not FDIC insured, may lose value and are not bank-guaranteed.

- The balance in the Bank Deposit Program in which you have a beneficial interest can be liquidated on your order and the proceeds returned to your brokerage securities account or remitted to you.

** You can review cost basis information for your account by clicking on the My Account tab after logging into your account and then clicking on "Gain/Loss & Tax Center". Unless you instruct otherwise, Scottrade will use the first in, first out (FIFO) method to calculate your gains and losses. When determining cost basis, Scottrade's default method of tax lot selection is First In, First Out (FIFO). Cost basis educational material can be found in the Knowledge Center, accessible through your account online.

The About Your Statement document can be accessed online by logging into your Scottrade account and going to My Account>Statements & History>Account Statements.



GERALD R MCGRATH TTEE
MARGARET ANN MCGRATH TTEE
MCGRATH LIVING TRUST

**Branch Office**

SCOTTRADE INC

| Account Number | Office |
|---|---|
|  | 22J |

| Period Beginning | Period Ending |
|---|---|
| 10 / 01 / 2017 | 10 / 31 / 2017 |

## INFORMATION UPDATE

We appreciate your business. Thank you for choosing Scottrade.

All brokerage products and services offered by Scottrade, Inc. · Member FINRA/SIPC.

## ACCOUNT SUMMARY

|  | VALUE THIS PERIOD |
|---|---|
| VALUE SECURITIES IN POSITION | 26,320.00 |
| MONEY BALANCES : |  |
| BANK DEPOSIT PROGRAM BALANCE | 2,167.03 |
| BROKERAGE ACCOUNT BALANCE | 0.00 |
| TOTAL MONEY BALANCE | 2,167.03 |
| TOTAL ACCOUNT VALUE | 28,487.03 |

## ACTIVITY SUMMARY

| | |
|---|---|
| OPENING TOTAL MONEY BALANCE | 2,167.01 |
| CREDITS: | |
| DIVIDEND/INTEREST INCOME | 0.02 |
| OTHER CREDITS | 0.00 |
| TOTAL CREDITS | 0.02 |
| DEBITS: | |
| DIVIDEND/INCOME EXPENSE | 0.00 |
| OTHER DEBITS | 0.00 |
| TOTAL DEBITS | 0.00 |
| CLOSING TOTAL MONEY BALANCE | 2,167.03 |

**Current Tax Strategy**\*\*
Stocks, Options & Bonds: FIFO
Funds: FIFO

## SECURITY POSITIONS

This

## MEMORANDUM/CERTIFICATE OF TRUST

prepared for

## GERALD R. MC GRATH

and

## MARGARET ANN MC GRATH



© Jeffrey P. Molever
All Rights Reserved

# Certificate of Trust

The undersigned Trustors and Trustees hereby certify the following:

1.  This Certificate of Trust refers to the MC GRATH LIVING TRUST, dated **APR 1 3 2001** under a revocable trust agreement executed on **APR 1 3 2001** by GERALD R. MC GRATH and MARGARET ANN MC GRATH as Trustors.

2.  The address of the Trustors is ███████████████████████

3.  The initial Trustees of the Trust are:

    GERALD R. MC GRATH
    MARGARET ANN MC GRATH

4.  The present Trustees are:

    GERALD R. MC GRATH
    MARGARET ANN MC GRATH

5.  Unless otherwise provided in our Trust Agreement, when either one or both of us are serving as Trustee under our Trust, that one or either of us may conduct business and act on behalf of our Trust without the consent of any other Trustees.

6.  Our Trustees under our Trust Agreement are authorized to acquire, sell, convey, encumber, lease, borrow, manage and otherwise deal with interests in real and personal property in our Trust name. All powers of our Trustees are fully set forth in Article Fourteen of our Trust Agreement.

7.  Our Trust has not been revoked and there have been no amendments limiting the powers of our Trustees over trust property.

8.  No person or entity paying money to or delivering property to our Trustee shall be required to see to its application. All persons relying on this document regarding our Trustee(s) and their powers over trust property shall be held harmless for any resulting loss or liability from such reliance. A copy of this Certificate of Trust shall be just as valid as the original.

The undersigned certify that the statements in this Certificate of Trust are true and correct and that it was executed in the County of Hennepin, Minnesota on **APR 1 3 2001**.

1

Trustors:

_____
GERALD R. MC GRATH

_____
MARGARET ANN MC GRATH

Trustees:

_____
GERALD R. MC GRATH

_____
MARGARET ANN MC GRATH

STATE OF MINNESOTA            )
                              )  SS
COUNTY OF HENNEPIN            )

This instrument was acknowledged before me on **APR 1 3 2001** by GERALD R. MC GRATH and MARGARET ANN MC GRATH, Trustors and Trustees.

_____
Officer's Signature

My Commission Expires: _1-31-05_

Notary
_____
Title

MICHAEL T. FEINSTEIN
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

Prepared by:     Jeffrey P. Molever
                 The Molever Law Firm
                 ███████████████████

2

Gerald McGrath

CenturyLink Securities Litigation
EXCLUSIONS c/o Epiq.
P.O. Box 2588
Portland, OR. 97208-2588

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**




U.S. POSTAGE PAID
PME 1-Day
SAVAGE, MN
55378
JUN 24, 21
AMOUNT

**$26.35**

R2305K132617-12

1007          97208

# PRIORITY
## ★ MAIL ★
# EXPRES

**OUR FASTEST SERVICE IN**


UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL EXPRESS®**


EJ 842 935 200 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE ( )

Gerald McGrath

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | □ 2-Day | □ Military | □ DPO |
|---|---|---|---|
| ☑ 1-Day | | | |

**DELIVERY OPTIONS (Customer Use Only)**
□ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
□ No Saturday Delivery (delivered next business day)
□ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 55578 | 06/25/21 | $ 26 35 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time □ 6:00 PM | Insurance Fee | COD Fee |
|---|---|---|---|
| 06/24/21 | | $ | $ |

| Time Accepted ☑ PM | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1000 | | $ | $ |

**WHEN USED INTERNATIONALLY**
**A CUSTOMS DECLARATION**
**LABEL MAY BE REQUIRED.**

TO: (PLEASE PRINT)          PHONE ( )

Century Link Securities Litigation
Exclusion c/o Epiq
P.O. Box 2588
Portland, Or.
97208-2588

ZIP + 4® (U.S. ADDRESSES ONLY)

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 26 35 |

| Weight | ☑ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs.   ozs. | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time □ AM □ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time □ AM □ PM | Employee Signature |

LABEL 11-B, MAY 2021          PSN 7690-02-000-9996

EP13F July 2013  OD: 12.5 x 9.5

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.



**PEEL FROM THIS CORNER**

P S 1 0 0 0 1 0 0 0 0 0 6

**VISIT US AT USPS.COM®**

  
UNITED STATES POSTAL SERVICE

Exclusion Request - 40

**Roland R. Shaw
and Janet S. Shaw**

June 18, 2021

CenturyLink Securities Litigation
EXCLUSIONS
C/O Epiq
P.O. Box 2588
Portland, OR 97208-2588

Dear Sir/Madam,

We request to please be excluded from the settlement class in CenturyLink Sales Practices
and Securities Litigation, Civil Action No 18-296 (MJD/KMM).

As of the beginning of trading March 1, 2013, we held 61 shares of CenturyLink Common Stock
and No CenturyLink 7.60% Notes.

We made the following transactions of CenturyLink Common Stock during the class period from
March 1, 2013 through and including July 12, 2017:

| Date | Bought/Sold | Quantity | Price per Share | Total Purchase |
|------|-------------|----------|-----------------|----------------|
| 08/26/2013 | Bought | 65 | $33.40 | $ 2,171.00 |
| 11/06/2013 | Sold | 66 | $33.76 | $ 2,228.42 |
| 02/19/2014 | Sold | 1 | $31.13 | $      31.13 |
| 02/13/2015 | Bought | 9 | $39.57 | $    356.17 |
| 02/27/2015 | Bought | 1 | $37.39 | $      37.39 |
| 03/02/2016 | Bought | 3 | $30.64 | $      91.92 |
| 03/24/2016 | Sold | 24 | $30.82 | $    739.66 |
| 10/28/2016 | Sold | 7 | $30.37 | $    212.60 |
| 03/07/2017 | Sold | 2 | $22.91 | $      45.81 |

As of close of trading July 12, 2017 we held 39 shares of CenturyLink Common Stock.

We, Roland R. Shaw and Janet S. Shaw, hereby attest we were the beneficial owners of the stock
referenced above and have signed this request under penalty of perjury.

Roland R. Shaw

Janet S. Shaw

your route accordingly. You must obey all signs or
notices regarding your route.



Roland R. Shaw

Research Triangle Region
25 JUN 2021  PM 6 L



CenturyLink Securities Litigation
Exclusions
c/o Epiq
P.O. Box 2588
Portland, OR 97208-2588

97208-258888

Exclusion Request - 41



CenturyLink Securities Litigation, EXCLUSIONS
c/o Epiq
P.O. Box 2588
Portland, OR 97208-2588

*Re: CenturyLinkSales Practices and Securities Litigation*, Civil Action No. 18-296(MJD/KMM)

We request to be excluded as class members in the referenced class action. We acquired our CenturyLink shares (38) before March 1, 2013 and did not sell our shares during the period March 1, 2013 through July 12, 2017. Therefore, we are not in the litigation period being considered.
As such please excuse us from this class litigation.

We are:

> Kathryn A. Grace & Paul J. Grace TTEE
> U/A DTD Mar 28, 2001
> Kathryn A Grace Living Trust UAD



Yours truly,

Kathryn A. Grace

Paul J. Grace

23 JUN 2021   PM 6  L

CenturyLink Securities Litigation, EXCLUSIONS
c/o Epiq
P.O. Box 2588
Portland, OR 97208-2588

97206-258888

Exclusion Request - 42

June 21, 2021


Century Link Securities Litigation EXCLUSIONS
c/o Equip
PO Box 2588
Portland OR  97208-2588

Hello,

My name is Jennifer Berthold and I do _NOT_ want to be a member of the class
action law suit against Century Link. I request exclusion from the Class in _Re:_
_Century Link Sales Practices and Securities Litigation,_ Civil Action No 18-296 (MJD
/ KMM).


Jennifer Berthold

███████████████

██████████


Thank You.
Jennifer Berthold

73. Each Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Class, addressed to CenturyLink Securities Litigation, EXCLUSIONS, c/o Epiq, P.O. Box 2588, Portland, OR 97208-2588. The Request for Exclusion must be *received* **no later than June 29, 2021.** You will not be able to exclude yourself from the Class after that date. Each Request for Exclusion must: (i) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (ii) state that such person or entity "requests exclusion from the Class in *In re: CenturyLink Sales Practices and Securities Litigation*, Civil Action No. 18-296 (MJD/KMM)"; (iii) state the number of shares of publicly traded CenturyLink common stock and/or the face value of publicly traded CenturyLink 7.60% Notes that the person or entity requesting exclusion (A) owned as of the opening of trading on March 1, 2013 and (B) purchased/acquired and/or sold during the Class Period (*i.e.*, from March 1, 2013 through July 12, 2017, inclusive), including the dates, number of shares/face value, and prices of each such purchase/acquisition and sale; and (iv) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion that does not provide all the information called for in this paragraph and is not received within the time stated above will be invalid and will not be allowed. Lead Counsel may request that the person or entity requesting exclusion submit additional transaction information or documentation sufficient to prove his, her, or its holdings and trading in CenturyLink common stock and/or CenturyLink 7.60% Notes.

Questions? Visit www.CenturyLinkSecuritiesLitigation.com,
email info@CenturyLinkSecuritiesLitigation.com or call toll free at 1-800-726-0952

AD05513 v.08

13

79. The Settlement Fairness Hearing will be held on July 26, 2021 at 11:00 a.m., before the Honorable Michael J. Davis, either in person at the United States District Court for the District of Minnesota, Courtroom 13E of the Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, or by telephone or video conference (in the discretion of the Court), to determine, among other things: (i) whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Class, and should be finally approved by the Court; (ii) whether the Action should be dismissed with prejudice against Defendants and the Releases specified and described in the Stipulation (and in this Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; (iv) whether Lead Counsel's application for an award of attorneys' fees and Litigation Expenses should be approved; and (v) any other matters that may properly be brought before the Court in connection with the Settlement. The Court reserves the right to approve the Settlement, the Plan of Allocation, and Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses and/or consider any other matter related to the Settlement at or after the Settlement Fairness Hearing without further notice to the members of the Class.

80. Any Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the District of Minnesota at the address set forth below **on or before June 29, 2021.** You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below, **with a copy emailed to both Lead Counsel at johnb@blbglaw.com and tdejong@stollberne.com and Defendants' Counsel at pgibbs@cooley.com,** so that the papers are *received* **on or before June 29, 2021.**

Questions? Visit www.CenturyLinkSecuritiesLitigation.com,
email info@CenturyLinkSecuritiesLitigation.com, or call toll free at 1-800-726-0952

AD05514 v.08

14

24 JUN 2021   PM 1   L

EXCLUSIONS // EQUIP
CENTURY LINK SECURITIES LITIGATION
PO BOX 2588
PORTLAND    OR
97208-2588

97208-258888

Exclusion Request - 43

6-23-2021

TO: CENTURY LINK SECURITIES LITIGATION
        EXCLUSIONS
    C/o Epiq, P.O. BOX 2588
        PORTLAND, OR.
        97208-2588

EXCLUSION REQUEST FOR: MARK S. CLARE 

PLEASE REFERENCE ATTACHED MERRILL LETTER
FOR DATES OF CENTURY LINK SHARE ACTIONS.
AS FOLLOWS:

| DATE | TYPE | QUANTITY | PRICE |
|------|------|----------|-------|
| 11/03/2016 | SOLD | 30 | 23.0530 |
| 05/23/2016 | BOUGHT | 1 | 26.9699 |
| 02/11/2015 | BOUGHT | 29 | 40.1578 |

Mark S. Clare



**MERRILL**
**A BANK OF AMERICA COMPANY**

June 23, 2021

Mark Clare

RE:    Account Number ▮▮▮▮▮▮
       Mark Clare

To Whom It May Concern:

This letter is to confirm that the above referenced account held the following Century Link shares from March 1st, 2013 to October 9, 2017.

| Date | Type | Quantity | Price |
|------|------|----------|-------|
| 11/03/2016 | Sold | 30 | 23.0530 |
| 05/23/2016 | Bought | 1 | 26.9699 |
| 02/11/2015 | Bought | 29 | 40.1578 |

Sincerely,



Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.

Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|----------------------|-------------------------|----------------|

© 2020 Bank of America Corporation. All rights reserved.  | MAP 3020493 | SHEET-03-19-0748 | 04/2020



Clore

25 JUN 2021  PM 2  L



FOREVER / USA

CenturyLink Securities Litigation
    Exclusions
C/o Epiq P.O. Box 2588
    PORTLAND, OR.
    97208·2588

97208-258888

Exclusion Request - 44

JUNE 21, 2021

CENTURY LINK SECURITIES LITIGATION
EXCLUSIONS, C/O EPIQ.
P.O. BOX 2588
PORTLAND, OR 97208-2588

RE. CENTURY LINK SALES
PRACTICES & SECURITIES
LITIGATION
MDL NO. 17-2795 (MJD/KMM)
CIVIL ACTION # 18-296 (MJD-KMM)

I would LIKE TO be EXCLUDED FROM
CLASS ACTION SUIT No. 18-296-(MJD/KMM)
MY NAME IS: HARRIET W. CAMPBELL



MY SHARES WERE PURCHASED ON
FEB. 3, 2012 WHICH WAS BEFORE THE
DATE OF MARCH 1, 2013, LISTED IN
YOUR LITIGATION NOTICE. NO
SHARES WERE PURCHASED
BETWEEN MARCH 1, 2013 AND,
JULY 12, 2017.
THANK YOU.
Harriet W. Campbell





22 JUN 2021    PM 2  L

CENTURY LINK SECURITIES LITIGATION
ELCLUSIONS, C/o Epiq.
P.O. Box 2588
PORTLAND, OR. 97208-2588



Exclusion Request - 45

◆ **Hapoalim (Switzerland) Ltd**

**BY COURIER**
CenturyLink Securities Litigation EXCLUSIONS
c/o Epiq,
P.O. Box 2588,
Portland, OR 97208-2588
United States of America

Zurich, 24th June 2021

**Request for Exclusion from the In Re CenturyLink Sales Practices and Securities Litigation, Civil Action No. 18-296 (MJD/KMM)**

Dear Claims Administrator

We, including all the entities listed below are a Class Member as defined in the Notice. We had holdings in CenturyLink 7.60 % Notes and or Stocks from the opening of trading on March 1, 2013 through to and including July 12, 2017 as shown in the Annex A. As all our clients have either transferred to other banks or have closed their accounts and given the fact that we are winding down our activity, we hereby request that we be excluded from the Litigation Class in the CenturyLink Sales Practices and Securities Litigation, Civil Action No. 18-296 (MJD/KMM).

- Bank Hapoalim (Schweiz) AG
- Bank Hapoalim (Switzerland) Ltd
- Bank Hapoalim (Switzerland) Ltd-Zurich Head Office
- Bank Hapoalim (Switzerland) Limited-Zurich Branch
- Bank Hapoalim (Switzerland) Geneva Branch
- Bank Hapoalim (Switzerland) Luxembourg Branch
- Bank Hapoalim (Switzerland) Singapore Branch
- Hapoalim (Switzerland) Ltd., and all subsidiaries and branches

Please confirm that the request has been actioned to ███████████████ and
████████████████

Kind regards

Hapoalim (Switzerland) Ltd.

*C. Spiess*

Claudia Spiess
Management Member
█████████████

Rudolf Brunner
Head of Treasury & Trading

**Hapoalim (Switzerland) Ltd**
████████████████████████████████████████████

◆ Hapoalim (Switzerland) Ltd

**Annex A – Table showing the HS holdings of CenturyLink from March 1, 2013 through to and including July 12, 2017**







HAPOALIM
(SWITZERLAND) LTD

**FedEx Express** — *International Air Waybill*

FedEx Tracking Number: 8470 6774 6424  Form I.D. No. 0405

**Origin Copy**

**1 From**

Date 24.6.21

Sender's FedEx Account Number: [redacted]

Sender's Name: Edward Kolonko  Phone: [redacted]

Company: BANK HAPOALIM (SWITZERLAND)

Address: [redacted]

Address: [redacted]

City: ZUERICH  State/Province: [blank]

Country: CH  Postal Code: 8002

**2 To**

Recipient's Name: BY COURIER  Phone: [blank]

Company: Centurylink Securities EXCLUSIONS

Address: C/O Epiq  Dept./Floor: [blank]

Address: P.O. Box 2588

City: Portland OR  State/Province: 97208-2588

Country: United States of America  ZIP/Postal Code: [blank]

Recipient's Tax I.D. number for Customs purposes
e.g. GST/RFC/VAT/IN/EIN, or as locally required

**3 Shipment Information**

Total Packages: 1  Total Weight: 0.16 kg  DIM: L / W / H cm

| Commodity Description REQUIRED | Harmonised Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| Correspondence | | | 7 CHF |

Total Declared Value for Carriage: [blank]  Specify Currency: [blank]  Total Value for Customs: 1 CHF

For EU only: Tick here if goods are not in free circulation and provide C.I.

**4 Express Package Service** — *Packages up to 68 kg*

1 ☑ FedEx Intl. Priority  6 ☐ FedEx Intl. First  *Available to select locations. Higher rates apply.*

Not all services and options are available to all destinations. Dangerous Goods cannot be shipped using this Air Waybill.

**5 Packaging**

5 ☐ FedEx Envelope  2 ☑ FedEx Pak  PW ☐ FedEx 10kg Box  PX ☐ FedEx 25kg Box  1 ☐ Other

**6 Special Handling**

1 ☐ HOLD at FedEx Location  3 ☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:

1 ☐ Sender Acct. No. in Section 1  2 ☑ Recipient  3 ☐ Third Party  4 ☐ Credit Card  5 ☐ Cash/Cheque

FedEx Acct. No.: [redacted]  Total Transportation: [blank]

Credit Card No.: [blank]  Credit Card Exp. Date: [blank]  Specify Currency: [blank]

**7b Payment** Bill duties and taxes to:

1 ☐ Sender Acct. No. in Section 1 will be billed.  2 ☑ Recipient  3 ☐ Third Party  5 ☐ Cash/Cheque

FedEx Acct. No.: [blank]

**8 Your Internal Billing Reference**  First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not contain Dangerous Goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

Sender's Signature: [signature]  Date Executed: [blank]

This is not authorisation to deliver this shipment without a recipient signature.

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Contract as stated on the reverse side of the Recipient's Copy.

Recipient's Signature: [blank]

468

FedEx Tracking Number: [redacted]  Form I.D. No.

| Origin Station I.D. | Destination Station I.D. | URSA Routing | Handling Units |
|---|---|---|---|
| ZRH | MRIA | XL MRIA | Total Volume (cm) |

Received At: Reg. Stop / On-Call Stop / Drop Box / World Service Center / Station  Forms Attached: ☐ CI ☐ STD ☐ CO

Non-Negotiable International Air Waybill • ©1994–2001 Federal Express Corporation

CASE 0:18-cv-00296-MJD-JFD   Doc. 375-1   Filed 07/13/21   Page 184 of 213

**FedEx Express** — *International Air Waybill*

FedEx Tracking Number

Customs Copy

**1 From**

Date 2/4.6.21   Sender's FedEx Account Number

Sender's Name: Edunk Kolonku   Phone

Company: FEC...

Address: ...

Address: i v ... 7 ...

City: ...   State/Province: ...

Country: ...   Postal Code: 8002

**2 To**

Recipient's Name: U4 COURIER   Phone

Company: CenturyLink Securities EXCLUSIONS

Address: C/O Epiq   Dept./Floor

Address: P.O. Box 2588

City: Portland OR   State/Province: 97208-2588

Country: United States of America   ZIP/Postal Code

Recipient's Tax I.D. number for Customs purposes
e.g., GST/RFC/VAT/IN/EN, or as locally required

**3 Shipment Information**

Total Packages Shipper's Load and Count/SLAC: 1   Total Weight: 0.16 kg   DIM: 1 ... 1 H cm

| Commodity Description REQUIRED | Harmonised Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| 10360 Southwesthm Blvd. Beaverton OR | | | 7706 |

Total Declared Value for Carriage

Specify Currency: 1005

Total Value for Customs

For EU only:
Tick here if goods are not in free circulation and provide C.I.

**4 Express Package Service**

Packages up to 68 kg
For packages over 68 kg, use the FedEx Expanded Service Intl. Air Waybill.

Not all services and options are available to all destinations. Dangerous Goods cannot be shipped using this Air Waybill.

1 ☑ FedEx Intl. Priority   6 ☐ FedEx Intl. First

☐ _____

**5 Packaging**

☐ FedEx Envelope   2 ☑ FedEx Pak   PW ☐ FedEx 10kg Box   FX ☐ FedEx 25kg Box   1 ☐ Other

**6 Special Handling**

1 ☐ HOLD at FedEx Location   3 ☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:

1 ☐ Sender Acct. No. in Section 1 will be billed.   2 ☑ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Cheque

FedEx Acct. No.: 1520

Credit Card No.

Credit Card Exp. Date

Specify Currency   Total Transportation

**7b Payment** Bill duties and taxes to:

ALL shipments can be subject to Customs charges, which FedEx does not estimate prior to clearance.

1 ☐ Sender Acct. No. in Section 1 will be billed.   2 ☑ Recipient   3 ☐ Third Party   5 ☐ Cash/Cheque

FedEx Acct. No.

**8 Your Internal Billing Reference**

First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not contain Dangerous Goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

Sender's Signature:   Date Executed:

This is not authorisation to deliver this shipment without a recipient signature.

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Contract as stated on the reverse side of the Recipient's Copy.

Recipient's Signature:

468

| | Origin Station I.D. | Destination Station I.D. | URSA Routing | Handling Units |
|---|---|---|---|---|
| | ZRL-4 | MR A | MRIA | |

Received At: 1 ☐ Reg. Stop   2 ☐ On-Call Stop   3 ☐ Drop Box   4 ☐ World Service Center   5 ☐ Station

Forms Attached: ☐ CI ☐ BED ☐ CD

Form I.D. No.

**FedEx Express** — *International Air Waybill*

FedEx Tracking Number

Destination Copy

**1 From**

Date 24.6.2

Sender's Name: Edund Kolonko  Phone 012470141

Company: BANK HÄPOALIM (SEITZERLAND)

Address: [redacted]

Address: [redacted]

City: ZUERICH  State/Province:

Country: CH  Postal Code: [illegible] P002

**2 To**

Recipient's Name: BY COURIER  Phone

Company: CenturyLink Securities EXCLUSIONS

Address: C/O Epiq  Dept./Floor

Address: P.O. Box 2589

City: Portland OR  State/Province: 97208-2589

Country: United States of America  ZIP/Postal Code

Recipient's Tax I.D. number for Customs purposes
e.g. GST/RFC/VAT/NIF/EIN, or as locally required

**3 Shipment Information**

Total Packages (Shipper's Load and Count/SLAC): 1
Total Weight: 0.46 kg
DIM: / W / H cm

| Commodity Description REQUIRED | Harmonised Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| 10300 SW Allen Blvd Beaverton — OR | | | 7700 |

Total Declared Value for Carriage
Specify Currency: US$
Total Value for Customs

For EU only:
Tick here if goods are not in free circulation and provide C.I.

**4 Express Package Service** — *Packages up to 68 kg*
For packages over 68 kg, use the FedEx Expanded Service Intl. Air Waybill.

1 ☑ FedEx Intl. Priority   6 ☐ FedEx Intl. First  Available to select locations. Higher rates apply.

Not all services and options are available to all destinations. Dangerous Goods cannot be shipped using this Air Waybill.

**5 Packaging**
6 ☐ FedEx Envelope   2 ☑ FedEx Pak   PW ☐ FedEx 10kg Box   PX ☐ FedEx 25kg Box   1 ☐ Other

**6 Special Handling**
1 ☐ HOLD at FedEx Location   3 ☐ SATURDAY Delivery Available to select locations. Available for FedEx Intl. Priority only

**7a Payment** *Bill transportation charges to:*
Enter FedEx Acct. No. or Credit Card No. below.
1 ☐ Sender Acct. No. in Section 1 will be billed.   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash Cheque

Total Transportation

Credit Card Exp. Date   Specify Currency

**7b Payment** *Bill duties and taxes to:*   ALL shipments can be subject to Customs charges, which FedEx does not estimate prior to clearance.
Enter FedEx Acct. No. below.
1 ☐ Sender Acct. No. in Section 1 will be billed.   2 ☑ Recipient   3 ☐ Third Party   5 ☐ Cash Cheque

**8 Your Internal Billing Reference**  First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not contain Dangerous Goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

Sender's Signature:   Date Executed:

This is not authorisation to deliver this shipment without a recipient signature.

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Contract as stated on the reverse side of the Recipient's Copy.

Recipient's Signature:

FedEx Tracking Number

| Origin Station I.D. | Destination Station I.D. | URSA Routing | Handling Units |
|---|---|---|---|
| ZRL A | MR A | MR A | Total Volume (cm) |

Received At: ☐ Reg. Stop   ☐ On-Call Stop   ☐ Drop Box   ☐ World Service Center   ☐ Station

Base Charges   Declared Val. Chrg.   Other   ODA/OPA   Credit Card Auth.

FedEx Emp. #   Audit Emp. #   Del. Courier Emp. #   Date   Time

468
PART 157613
Rev. Date 12/01
©1994–2001 FedEx
PRINTED IN U.S.A.
Form I.D. No.
Non-Negotiable International Air Waybill ©1994–2001 Federal Express Corporation

# FedEx Express.

## International Air Waybill

Recipient's Copy

FedEx Tracking Number

**1 From**

Date 2/6, 6.2

Sender's Name Cigni Keloka   Phone 01?1 tn

Company 64'IK TAPOA In ctecticn

Address S 0410

Address Ni(KERNITAN E ti

City 'Ue Ici   State Province

Country n   Postal Code 41 P002

**2 To**

Recipient's Name NS COLLIER   Phone

Company CenturyLink Scainties EtCHH ions

Address C/O Esq   Dept./Floor

Address P.O. Pox 25P8

City Portland OR   State Province 93208-25P8

Country   ZIP Postal Code

Recipient's Tax I.D. number for Customs purposes
e.g. GST/RFC/VAT/AN/EIN, or as locally required

**3 Shipment Information**

Total Packages 1   Total Weight 0.16 kg   DIM 1/1 cm

| Commodity Description REQUIRED | Harmonised Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| Küinpsdive ditti tiud Leavilen t* | | | TM |
| Total Declared Value for Carriage | | Specify Currency 1.05 | Total Value for Customs |

For EU only:
Tick here if goods are not in free circulation and provide C.I.

**4 Express Package Service**   *Packages up to 68 kg*
*For packages over 68 kg, use the FedEx Expanded Service incl. Air Waybill.*

☑ FedEx Intl. Priority   ☐ FedEx Intl. First
*Available to select locations. Higher rates apply.*

☐ _____

**5 Packaging**   *These unless brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only*

☐ FedEx Envelope   ☑ FedEx Pak   ☐ FedEx 10kg Box   ☐ FedEx 25kg Box   ☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery
*Available to select locations. Available for FedEx Intl. Priority only*

**7a Payment** *Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No. in Section 1 will be billed.   ☑ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Cheque

Total Transportation

Credit Card Exp. Date   Specify Currency

**7b Payment** *Bill duties and taxes to:*   ALL shipments can be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☐ Sender Acct. No. in Section 1 will be billed.   ☑ Recipient   ☐ Third Party   ☐ Cash Cheque

**8 Your Internal Billing Reference**   First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not contain Dangerous Goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

Sender's Signature:   Date Executed:

*This is not authorisation to deliver this shipment without a recipient signature.*

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Contract as stated on the reverse side of the Recipient's Copy.

Recipient's Signature:

468

PART 157813
Rev. Date 12/01
©1994-2001 FedEx
PRINTED IN U.S.A.

FedEx Tracking Number   Form I.D. No.   **0405**

| Origin Station I.D. | Destination Station I.D. | URSA Routing | Handling Units |
|---|---|---|---|
| ZK-: | ( IA | IR1 | Total Volume (cm) |

Received At: ☐ Reg. Stop ☐ On-Call Stop ☐ Drop Box ☐ World Service Center ☐ Station   Forms Attached: ☐ CI ☐ SED ☐ CO

Base Charges   Declared Val. Chrg.   Other   DDA/ OPA   Credit Card Auth.

Non-Negotiable International Air Waybill • ©1994-2001 Federal Express Corporation



R·**747**   1  10:30  **A**
FZ                    6424
                      06.29

Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely.
For shipping terms and conditions and our limits of liability, refer to the
applicable FedEx Express shipping document, the current FedEx Service
Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping
locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2018 FedEx 139757 REV 3/1...

...ects the world in responsible and resourceful ways at
...ex.com. Join our efforts by recycling this FedEx envelope.



**98 BNOA**
PDX
OR-US
**97005**
CLR
**INTL PRIORITY CLR**  AA
**8470 8774 6424**

Document Control
**COPY**

---

FROM:
Name
Company
Address 10300 SW Allen Blvd
City, State Zip Beaverton OR
Telephone 99005

URGENT

> Insert shipping document here.

136596 REV 5/20

Exclusion Request - 46

June 24, 2021.

REQUEST FOR EXCLUSION FROM THE CLASS
CenturyLink Securities Litigation
Exclusions
c/o EPIQ, P.O. Box 2588
Portland, OR 97208-2588

**Required Information**
My required information, prepared based on my best efforts, is below:

(i)     Name/Address/Phone Number: Anne M. Clifford, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮

(ii)    I request exclusion from the Class *In re: CenturyLink Sales Practices and Securities Litigation.* Civil
        Action No. 18-296 (MJD/KMM).

(iii)   (A) Stock owned as of the opening of trading March 1, 2013: 0.
        (B) Stock purchased/acquired and/or sold during the Class Period (March 1, 2013, through July
        12, 2017, inclusive):

        • Acquired: 17.33333 CenturyLink (CTL) common stock shares, by inheritance
          Date: Saturday, 3/8/2014 (date my mother passed). However, I understand this may not be
          covered by the suit. See below.
          Face value (par value): $17.33333.
          Price (fair market value/inherited): $538.94.

        • Sold (via transfer as described below): 0.33333 share of the above CTL common stock.
          Date (contract/trade date, per Notice of Pendency and Settlement [Notice]): 5/13/2014.
          Face value (par value): $0.33333. (If needed: Fair market value/inherited: $10.36.)
          Price (value received): $10.93, based on 5/13/2014 date.

**Background**
For both the inherited CTL shares and the exchanged inherited fractional CTL share, I want to be sure I
exclude myself from the suit, if either are under covered by this case.

I inherited 17.33333 shares of Century Link (CTL) stock from my mother when she died, 3/8/2014. Between
that date and the date I received 17.0 of those shares (5/27/2014) from the estate executor, I gave up
0.33333 shares (and minute amounts of shares in other companies in my mother's stock portfolio) and took
value in the form of shares in other companies (also held by my mother; also minute). The process took place
in this way because the executor sought to allocate equally the dollar value of my mother's stock portfolio
across her primary (equal) residual beneficiaries, with input from each on whether we wanted stock or cash. I
wanted just stock, and rounded some stocks up slightly, some down slightly, ending up with whole, not
fractional, shares. The executor's process was not conducted via a broker but as part of distributing the stock
value, based on advice from the estate's attorney.

My mother's shares in CTL were acquired prior to the start of the class period. Her will did not expressly
transfer claimant rights for the CTL shares to her primary beneficiaries, including me—a requirement for
inherited shares to be included in the class (page 12/Notice). That is, my CTL shares acquired through
inheritance (17.33333) appear NOT to be covered by the suit. However, an estate/tax adviser I consulted
advised me that the above "exchange" (of the fractional share of CTL and others, for other stock) constituted
a sale/transfer of value, however small.

The value received for the 0.33333 share, above, is based on that fractional share's pro-rata share of the
stock value exchanged for value in the other companies' stock. The value was received over three later dates
(5/22, 5/23, and 5/27, all 2014), the dates I officially received the other stocks.

If you have questions, please contact me at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Thanks.

Anne M. Clifford

Request for Exclusion From the Class
CenturyLink Securities Litigation

Exclusions
c/o EPIQ, P.O. Box 2588
Portland, OR 97208-2588

*PRESS FIRMLY TO SEAL*

 

*PRESS FIRMLY TO SEAL*

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

 | **PRIORITY**® **MAIL**

■ Expected delivery date specified for domestic use.

■ Most domestic shipments include up to $50 of insurance (restrictions apply).*

■ USPS Tracking® included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



PS00001000014

**EP14F May 2020**
**OD: 12 1/2 x 9 1/2**

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



US POSTAGE AND FEES PAID
PRIORITY MAIL
Jun 25 2021
Mailed from
PM Flat Rate Env

12700469
Commercial Plus Pricing

06280011692425

**PRIORITY MAIL 2 – DAY**

ANNE CLIFFORD | **B907** 0006

06/24/21

**SHIP TO:**
REQ.EXCL.FROM CLASS – CTL SECS.LIT
C/O EPIQ
PO BOX 2588
PORTLAND OR 97208 – 2588

**USPS TRACKING #**



9405 5118 9956 0660 3230 68

 

# Exclusion Request 47

**Request for Exclusion from the Class**

June 18, 2021

CenturyLink Securities Litigation
EXCLUSIONS, c/o Epiq
P.O. Box 2588
Portland, OR. 97208-2588

Sir,

      I request exclusion from the Class in In re: CenturyLink Sales Practices and Securities Litigation, Civil Action No. 18-296 (MJD/KMM).

      The beneficial owner of the shares in question is:  Caroline M. Plante, ███████████████

      My mother, Caroline Plante, owned zero shares as of opening of trading on March 1, 2013, but purchased 515 shares of CenturyLink Common Stock on 11/17/16 for $12,781.27, subsequently sold on 12/27/19. This was the only purchase of CenturyLink Common Stock she made. Attached are copies of Edward Jones' monthly statements reflecting the share purchase and sale, as well as my Power of Attorney.

      Caroline M. Plante

By: _Jeanne M. Prestel_ POA
Jeanne M. Prestel, POA for Caroline M. Plante

# Edward Jones
MAKING SENSE OF INVESTING

Account Holder(s) Edwin A. Harris & Caroline M. Harris
Account Number
Account Type Joint Tenants With Right of Survivorship, TOD
Financial Advisor

Statement Date Oct 29 - Nov 25, 2016

Page 2 of

## Asset Details (continued)

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|---|---|---|---|---|---|
| | | | | | |

| Mutual Funds | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|---|---|---|---|---|---|
| Franklin Co Tax-Free Income C | 11.77 | 2,199.36 | 26,128.40 | -241.93 | 25,886.47 |
| **Total Account Value** | | | | | |

Cost basis is the amount of your investment for tax purposes and is used to calculate gain or loss incurred on the sale or other disposition of a security. Cost basis is not a measure of performance. The cost basis amounts in your statement should not be relied upon for tax preparation purposes. Please refer to your official tax documents for more information about reporting cost basis to the IRS. You should consult your attorney or qualified tax advisor regarding your situation. If you believe any of this cost basis information is inaccurate, please call our Client Relations department.

## Summary of Other Products and Services

| Loans and Credit | Account Number | Balance | Approved Credit | Available Credit | Interest Rate |
|---|---|---|---|---|---|
| | | | | | |

* Your approved credit is not a commitment to loan funds. It is based on the value of your investment account which could change daily. The amount you may be eligible to borrow may differ from your approved credit. Borrowing against securities has its risks and is not appropriate for everyone. If the value of your collateral declines, you may be required to deposit cash or additional securities, or the securities in your account may be sold to meet the margin call. A minimum account value is required if you have loan features on your account. Your interest will begin to accrue from the date of the loan and be charged to the account. Your interest rate will vary depending on the assets under care of your Edward Jones Relationship Pricing Group. For more information on how your interest rate is calculated, contact your financial advisor or please visit: www.edwardjones.com/disclosures/marginloans

## Investment and Other Activity by Date

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/01 | | | |
| 11/01 | | | |
| 11/01 | | | |
| 11/14 | | | |
| 11/15 | | | |
| 11/15 | | | |
| 11/17 | Buy Centurylink Inc @ 24.34 Special Commission Rate | 515 | -12,781.27 |
| 11/17 | Buy | | |
| 11/17 | | | |

# Edward Jones

MAKING SENSE OF INVESTING

Account Holder(s) Caroline M Plante
Account Number
Financial Advisor

Statement Date Nov 30 - Dec 31, 2019

Page 4 of 6

## Investment and Other Activity by Date

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/02 | | | |
| 12/02 | | | |
| 12/02 | | | |
| 12/02 | | | |
| 12/02 | | | |
| 12/02 | | | |
| 12/02 | | | |
| 12/02 | | | |
| 12/02 | | | |
| 12/02 | | | |
| 12/02 | | | |
| 12/02 | | | |
| 12/12 | | | |
| 12/13 | Dividend on Centurylink Inc on 515 Shares @ 0.25 | | 128.75 |
| 12/16 | | | |
| 12/27 | | | |
| 12/27 | Sell Centurylink Inc @ 13.17 Special Commission Rate | -515 | 6,694.60 |
| 12/27 | | | |
| 12/27 | | | |
| 12/27 | | | |
| 12/27 | | | |
| 12/27 | | | |
| 12/27 | | | |
| 12/27 | | | |
| 12/27 | | | |
| 12/30 | | | |
| 12/31 | | | |

# STATE OF COLORADO STATUTORY FORM
## POWER OF ATTORNEY
## OF CAROLINE M. PLANTE

**IMPORTANT INFORMATION:**

This Power of Attorney authorizes another person (your Agent) to make decisions concerning your property for you (the Principal). Your Agent will be able to make decisions and act with respect to your property (including your money) even if you are not able to act for yourself. The meaning of authority over subjects listed on this form is explained in the "Uniform Power of Attorney Act", Part 7 of Article 14 of Title 15, Colorado Revised Statutes.

This Power of Attorney does not authorize the Agent to make health care decisions for you.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until you die or revoke the power of attorney or the agent resigns or is unable to act for you.

Your agent is entitled to reasonable compensation unless you state otherwise in the special instructions.

This form provides for designation of one agent. If you wish to name more than one agent you may name a coagent in the special instructions. Coagents are not required to act together unless you include that requirement in the special instructions.

If your agent is unable or unwilling to act for you, your power of attorney will end unless you have named a successor agent. You may also name a second successor agent.

This power of attorney becomes effective immediately unless you state otherwise in the special instructions.

If you have questions about the power of attorney or the legal authority you are granting to your agent, you should seek legal advice before signing this form.

Page 1 of 9

## DESIGNATION OF AGENT

I, **Caroline M. Plante**, also known as Caroline Magdeline Plante and Carrie Plante, name the following person as my Agent:

Name of Agent:               Jeanne M. Prestel

Agent's address:             ██████████████████████████

Agent's telephone number:    ████████████

## DESIGNATION OF SUCCESSOR AGENT(S) (OPTIONAL)

If my Agent is unable or unwilling to act for me, I name as my successor agent:

Name of successor agent:        Kenneth E. Plante

Successor agent's address:      ███████████████████████

Successor agent's telephone number:  ████████████

If my successor agent is unable or unwilling to act for me, I name as my second successor agent:

Name of second successor agent:        Not Applicable

Second successor agent's address:      Not Applicable

Second successor agent's telephone number:  Not Applicable

CI/lfg/PlantcE/ gcnpoa 3/7/17

# GRANT OF GENERAL AUTHORITY

**I grant my Agent and any successor agent general authority to act for me with respect to the following subjects as defined in the "Uniform Power of Attorney Act", Part 7 of Article 14 of Title 15, Colorado Revised Statutes:**

**(INITIAL each subject you want to include in the Agent's general authority. If you wish to grant general authority over all of the subjects you may initial "All preceding subjects" instead of initialing each subject)**

(_____)   Real Property

(_____)   Tangible Personal Property

(_____)   Stocks and Bonds

(_____)   Commodities and Options

(_____)   Banks and Other Financial Institutions

(_____)   Operation of Entity or Business

(_____)   Insurance and Annuities

(_____)   Estates, Trusts, and Other Beneficial Interests

(_____)   Claims and Litigation

(_____)   Personal and Family Maintenance

(_____)   Benefits from Government Programs or Civil or Military Service

(_____)   Retirement Plans

(_____)   Taxes

( _CaP_ )   All Preceding Subjects

Cl/lfg/PlanteE/ genpoa 3/7/17

## LIMITATION ON AGENT'S AUTHORITY

An Agent that is not my ancestor, spouse or descendant **MAY NOT** use my property to benefit the Agent or a person to whom the Agent owes an obligation of support unless I have included that authority in the Special Instructions.

## SPECIAL INSTRUCTIONS

1.    <u>Additional Powers.</u>  In addition to the powers granted above, I grant my agent the following powers:

A.    <u>Real Estate.</u>  The power to effectuate real property transactions affecting the real property described in Exhibit "A" which may be attached hereto and incorporated herein by this reference, including but not limited to execution, delivery, and recording of deeds, deeds of trust, beneficiary deeds, revocation of beneficiary deeds, and related documents, even if such documents benefit my agent.

B.    <u>Banking and Accounts.</u>  All powers described in Colorado Revised Statute § 15-14-731, contracting for and revoking credit card arrangements, using credit cards, accessing any safe deposit box in which I have an interest, and withdrawing by check, order, or otherwise money or property of mine deposited with or left in the custody of a financial institution, bank, or credit union.

C.    [Purposely Omitted.]

D.    <u>Tax Matters.</u>  The power to represent me in all tax matters; to execute federal tax form 2848 or any power of attorney form required by the Internal Revenue Service, covering any tax years; to prepare, sign, and file federal, state, or local income, gift, and other tax returns of all kinds, including, where appropriate, joint returns, FICA returns, payroll tax returns, claims for refunds, requests for extensions of time, ruling requests, petitions to the tax court or other courts regarding tax matters, and any and all other tax-related documents, including, without limitation, receipts, offers, waivers, consents, consents and agreements under Section 2032A of the Internal Revenue Code or any successor section thereto, consents to split gifts, closing agreements, and any power of attorney form required by the Internal Revenue Service or any state or local taxing authority with respect to any tax period; to consent to extension of any limitation of action relating to assessments; to pay taxes due, collect and make disposition of refunds, post bonds, receive confidential information, and contest deficiencies determined by the Internal Revenue Service or any state or local taxing authority; to exercise any elections I may have under federal, state, or local tax law; and generally to represent me in all tax matters and proceedings of all kinds and for all periods before or after the date of this delegation, before all officers of the Internal Revenue Service and state and local authorities and in any and all courts.  I authorize my agent to substitute a representative and to delegate authority to a new representative and to retain and discharge professional counsel.

E.    Disclaimers.  The power to disclaim, by any method recognized under relevant law, any interest which I may have in any property, including any interest which I may have in a probate estate, retirement fund, or life insurance proceeds.

F.    General Powers.  The power to do everything necessary in my name and for my benefit which I could do if I were personally present and able, including performing any act and exercising any power, duty, right or obligation that I could perform or exercise.  The power to make, accept, acknowledge, endorse, sign, execute, and deliver any and all documents, instruments, and writings and to do any act on my behalf and in my name upon such terms as my Agent deems fit and proper for the performance of such purposes.

G.    Entities.  The power to create, amend or terminate one or more trusts, partnerships, corporations, co-tenancies or any other form of ownership for the purpose of dealing with any property or property interest of any nature that I may have or hereafter acquire, under such terms and with such provisions as my agent deems to be in my best interests and in the best interests of my family; my agent may be a remainderman, partner, shareholder or beneficiary of any entity connected with any such transfer and the fact that my agent shall have any such interest or capacity shall not affect the validity thereof nor, by itself, constitute a breach of the fiduciary duty owed by my agent hereunder; to transfer any or all property, tangible, intangible or real, in which I may have any interest, into a trust or trusts, whether created by me or by my agent in my behalf and whether or not such trusts were created before or after the execution of this durable power of attorney, and to transfer any such properties to any other form of entity or ownership, including any form of co-tenancy.

H.    Government Programs.  The power to claim and apply for all benefits available to me from any governmental agency, such as Supplemental Social Security (SSI), Medicaid, Medicare, and Social Security Disability Insurance (SSDI) and to utilize all lawful means and methods to qualify me for such benefits.  The authority herein granted shall include divesting me of my assets using the gifting powers set forth in the next section.  I intend that such transfers by my agent be honored and upheld even though such transfers are made for no consideration and could appear self-serving.

I.    Gifting Powers:  I give my agent the power to make gifts, either outright or in trust, either (1) to complete any charitable pledges I have made, or (2) to my family members (including my agent) on the occasion of birthdays, Christmas, and other events in accordance with my past customary habit of gift-giving known to my agent; provided, however, that the total amounts of such gifts to any individual other than my spouse shall not exceed $5,000 in any calendar year.

Notwithstanding the gifting powers granted above, my Agent shall make no gifts of my assets unless my Agent determines that I will not need to qualify for Medicaid benefits, or determines after obtaining legal advice that such gifts would have no adverse effect on my

eligibility for Medicaid benefits.   Transfers by my Agent to my spouse for the purpose of becoming eligible for Medicaid shall not be subject to any limitation on amount.

   **J.**  <u>Electronic Transactions.</u>  With regard to any website, mobile phone, or other channel or means of communication:  the power to use my user identification, password, and personal identification number; to register and access the website or other channel in my name or in the agent's name, and perform any transactions and exercise any rights and options that I may have; to register for, suspend, or cancel electronic delivery of information, statements, confirmations, prospectuses, proxies, reports, bills, notices, disclosures, agreements, correspondence, and other documents related to my accounts or in my name; to pay my bills online; to receive and respond to emails in my name and use my email accounts; and to exercise online or through any channel or means of communication any right, power, or privilege the agent may have under this instrument.

   **K.**  <u>Authority to Delegate:</u> I authorize my Agent named above to delegate to either of my successor agents named above any of the powers granted herein to my Agent, if my Agent is temporarily unable to act as agent hereunder, or if it is simply more convenient to my Agent for my successor agent to have the authority to obtain information, provide a necessary signature, or otherwise exercise a power given to my Agent herein. Any such delegation shall be in writing and be signed by my Agent. The scope and duration of the delegated authority given to my successor agent shall be as specifically set forth in such written delegation. Any third party who deals with my successor agent in the exercise of delegated authority as permitted hereunder shall be absolutely protected in relying upon the terms of the written delegation signed by my Agent.

  **2.**  <u>Access to Records.</u>  My Agent shall keep complete and accurate records of all receipts, disbursements and significant actions taken as my Agent.  My Agent shall keep any successor agent informed regarding the status of my finances and property so that such successor agent will be prepared if called upon to assume the duties of agent.

  **3.**  <u>Compensation.</u>  My Agent is entitled to compensation for services rendered as agent under this Power of Attorney.

# EFFECTIVE DATE

  This power of attorney is effective immediately.  This power of attorney shall not be rendered ineffective because of the disability of the principal.

  I hereby revoke any prior powers of attorney executed by me, except for powers of attorney which concern medical issues.

Cl/lfg/PlanteE/ genpoa 3/7/17

## NOMINATION OF CONSERVATOR OR GUARDIAN

If it becomes necessary for a court to appoint a conservator of my estate or guardian of my person, I nominate the following person(s) for appointment:

Name of nominee for conservator of my estate:  My agent named above

Name of nominee for guardian of my person: My agent named above.

## RELIANCE ON THIS POWER OF ATTORNEY

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person knows it has terminated or is invalid.  Revocation of the power of attorney is not effective as to a third party until the third party learns of the revocation.  I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.  I hereby revoke any prior powers of attorney executed by me, except for powers of attorney which concern medical issues.

## SIGNATURE AND ACKNOWLEDGEMENT

_Caroline m. Plante_

**Caroline M. Plante**

March 7, 2017
Date

State of Colorado   }
             }
County of El Paso   }

This document was acknowledged before me on March 7, 2017 by **Caroline M. Plante**.

(Seal, if any)

_Linda Flewellen Gould_
Notary Public

My commission expires: _5/23/2020_

LINDA FLEWELLEN GOULD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19874074759
My Commission Expires May 23, 2020

This document prepared by:      Gould, Whitley, & Marshall

Page 7 of 9

Cl/lfg/PlanteE/ genpoa 3/7/17

# IMPORTANT INFORMATION FOR AGENT

## Agent's Duties

When you accept the authority granted under this power of attorney, a special legal relationship is created between you and the principal. This relationship imposes upon you legal duties that continue until you resign or the power of attorney is terminated or revoked. You must:

(1) Do what you know the principal reasonably expects you to do with the principal's property or, if you do not know the principal's expectations, act in the principal's best interest;

(2) Act in good faith;

(3) Do nothing beyond the authority granted in this power of attorney; and

(4) Disclose your identity as an agent whenever you act for the principal by writing or printing and signing your own name as "agent" in the following manner:

(Principal's name) by (your signature) as agent

Unless the special instructions in this power of attorney state otherwise, you must also:

(1) Act loyally for the principal's benefit;
(2) Avoid conflicts that would impair your ability to act in the principal's best interest;
(3) Act with care, competence, and diligence;
(4) Keep a record of all receipts, disbursements, and transactions made on behalf of the principal;
(5) Cooperate with any person that has authority to make health care decisions for the principal to do what you know the principal reasonably expects or, if you do not know the principal's expectations, to act in the principal's best interest; and
(6) Attempt to preserve the principal's estate plan if you know the plan and preserving the plan is consistent with the principal's best interest.

## Termination of Agent's Authority

You must stop acting on behalf of the principal if you learn of any event that terminates this power of attorney or your authority under this power of attorney. Events that terminate a power of attorney or your authority to act under a power of attorney include:

(1) Death of the principal;

Page 8 of 9

C\/lfg/PlantcE/ genpoa 3/7/17

(2)  The principal's revocation of the power of attorney or your authority;
(3)  The occurrence of a termination event stated in the power of attorney;
(4)  The purpose of the power of attorney is fully accomplished; or
(5)  If you are married to the principal, a legal action is filed with a court to end your marriage, or for your legal separation, unless the special instructions in this power of attorney state that such an action will not terminate your authority.

## Liability of Agent

The meaning of the authority granted to you is defined in the "Uniform Power of Attorney Act", Part 7 of Article 14 of Title 15, Colorado Revised Statutes. If you violate the "Uniform Power of Attorney Act", Part 7 of Article 14 of Title 15, Colorado Revised Statutes, or act outside the authority granted, you may be liable for any damages caused by your violation.

If there is anything about this document or your duties that you do not understand, you should seek legal advice.

Cl/lfg/PlanteE/ genpoa 3/7/17

Jeanne Prestel
Steve Prestel

 

FOREVER / USA    FOREVER / USA

CenturyLink Securities Litigation
EXCLUSIONS, c/o Epiq
P.O. Box 2588
Portland, OR. 97208-2588

Exclusion Request - 48

Carmen A. Cerza

June 18, 2021

CenturyLink Securities Litigation
EXCLUSIONS
C/O Epiq
P.O. Box 2588
Portland, OR 97208-2588

Dear Sir/Madam,

I request to please be excluded from the settlement class in CenturyLink Sales Practices and
Securities Litigation, Civil Action No 18-296 (MJD/KMM).

As of the beginning of trading March 1, 2013, I held zero shares of CenturyLink Common Stock and
No CenturyLink 7.60% Notes.

I made the following transactions of CenturyLink Common Stock during the class period from
March 1, 2013 through and including July 12, 2017:

| Date | Bought/Sold | Quantity | Price per Share | Total Purchase |
|------|-------------|----------|-----------------|----------------|
| 03/17/2014 | Bought | 84 | $30.8050 | $ 2,587.62 |
| 02/04/2015 | Sold | 3 | $39.5060 | $ 118.52 |
| 02/13/2015 | Bought | 12 | $39.5750 | $ 474.89 |
| 03/20/2015 | Bought | 7 | $34.9800 | $ 244.86 |
| 10/14/2015 | Sold | 3 | $26.1660 | $ 78.50 |
| 10/14/2015 | Sold | 4 | $26.2475 | $ 104.99 |
| 03/23/2016 | Bought | 3 | $31.1500 | $ 93.45 |
| 05/17/2016 | Bought | 3 | $27.7000 | $ 83.10 |
| 03/24/2016 | Sold | 33 | $30.8187 | $1,017.02 |
| 10/28/2016 | Sold | 9 | $30.3720 | $ 273.33 |
| 03/28/2017 | Sold | 5 | $22.3776 | $ 111.18 |

As of close of trading July 12, 2017 I held 52 shares of CenturyLink Common Stock.

I, Carmen A. Cerza, hereby attest I was the beneficial owner of the stock referenced above and have
signed this request under penalty of perjury.

Carmen A. Cerza

JUN 29 2021

USA FOREVER

Century Link Securities Litigation
Exclusions
P.O. Box 2588
Portland, OR 97208-2588

The Zaugg Financial Group, Inc. is not a Broker/Dealer.
Securities Offered Through:
RAYMOND JAMES FINANCIAL SERVICES, INC.®
Member FINRA/SIPC



29 JUN 2021 PM 7 L

Exclusion Request - 49

███████████████████████████████

Century link Securities Litigation,
EXCLUSIONS,
c/o Epiq,
P.O. Box 2588,
Portland, OR 97208-2588


6/29/21


RE: Exclusion request


To whom it may concern:

I've been sick for a few weeks and haven't been able to gather the required information sooner.
Please accept this request.

I Joseph D. Russo and Helene L. Oback-Russo request exclusion from the Class in *In re:
CenturyLink Sales Practices and Securities Litigation,* Civil Action No. 18-296 (MJD/KMM)'

Bought 1200 shares at 32.24 on 9/19/13    Sold 1200 shares at 33.11 on 10/11/13
Bought 1000 shares at 31.97 on 11/7/13
Bought 1000 shares at 30.50 on 1/15/14
Bought 1000 shares at 22.26 on 2/3/14     Sold 3000 shares at 29.69 on 2/10/14
Bought 1300 shares at 34.17 0n 5/19/15    Sold 1300 shares at 25.19 on 12/19/15
Bought 1300 shares at 29.61 on 6/26/15    Sold 1300 shares at 25.17 on 12/19/15
Bought 1200 shares at 24.29 on 1/7/16     Sold 1200 shares at 23.65 on 1/14/16

*Helene Oback-Russo*

Joseph D. Russo & Helene L. Oback-Russo

███████████████████

Century link Securities Litigation,
EXCLUSIONS,
c/o Epiq,
P.O. Box 2588,
Portland, OR 97208-2588

6/29/21

RE: Exclusion request

To whom it may concern:

I've been sick for a few weeks and haven't been able to gather the required information sooner. I hope you will accept this request.

I Joseph D. Russo request exclusion from the Class in *In re: CenturyLink Sales Practices and Securities Litigation,* Civil Action No. 18-296 (MJD/KMM)'

Bought 1200 shares at 34.14 on 6/3/13    Sold 1200 shares at 35.52 on 6/17/13
Bought 1300 shares at 34.38 on 6/20/13    Sold 1200 shares at 35.90 on 7/11/13
Bought 1400 shares at 35.06 on 8/16/13    Sold 1400 shares at 32.82 on 9/12/13
Bought 1200 shares at 38.09 on 10/15/14    Sold 1200 shares at 34.57 on 10/21/14
Bought 1200 shares at 38 on 12/10/14    Sold 1200 shares at 38.89 on 12/18/14
Bought 1000 shares at 41.65 on 3/12/15    Sold 1000 shares at 35.24 on 3/20/15
Bought 1200 shares at 34.66 on 4/17/15    Sold 1200 shares at 36.19 on 4/21/15
Bought 1300 shares at 34.15 on 5/2/15    Sold 1300 shares at 34.94 on 5/13/15

Joseph D. Russo



Mr & Ms Joseph & Helene Russo



2 JUL 2021 PM 9 L

Century Link Securities Litigation
EXCLUSIONS
c/o Epiq,
P.O. Box 2588
Portland, OR 97208-2588

97208-258888