# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## VIDEO CONFERENCING
## CIVIL MOTION HEARING

Re:  CenturyLink Sales Practices and Securities Litigation,

COURT MINUTES
BEFORE:  Judge Michael J. Davis
U.S. District Court

| | |
|---|---|
| Case Nos.: | 17-md-2795-MJD-KMM |
| | 18-cv-296 -MJD-KMM |
| Date: | July 20, 2021 |
| Court Reporter: | Carla Bebault |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:41 a.m. |
| Time in Court: | 41 minutes |

**Hearing on:**

**(17md2795) MOTION for Approval of Settlement** *[Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation]* **[915]**

**MOTION for Attorney Fees** *[Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses]* **[918]**

**(18cv296) MOTION for Approval of Settlement** *[Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation]* **[363]**

**MOTION for Attorney Fees** *[Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses]* **[366]**

**APPEARANCES:**

**For Lead Plaintiff State of Oregon (Securities):**
Michael D. Blatchley           Bernstein Litowitz Berger & Grossman LLP

**For Defendant CenturyLink:**
Patrick E. Gibbs           Cooley LLP

**PROCEEDINGS:**

The motions were moved and granted.  Order to follow.

Date:   July 20, 2021                                                                                  s/GRR
                                                                            Courtroom Deputy to Judge Michael J. Davis