# Exhibit 1

## List of Persons and Entities Excluded from the Class Pursuant to Request

1.  Patrick W. Lynn — Lake Zurich, IL
2.  Jon M. Hall and Lorraine B. Hall — Saint Cloud, FL
3.  Kathleen Luckner — Pittsburgh, PA
4.  Elaine B. Scott Trust Estate — Moline, IL
5.  Frederick W Heiler Sr. TOD Michael D Heiler, subject to STA — Erie, PA
6.  Dorothy M. Spomer, Trustee — Torrance, CA
7.  The Wyne Trust Benjamin L. Wyne, Trustee — Mesa, AZ
8.  Estate of Lester T. Sonner Glenn T. Sonner, Executor — Centereach, NY
9.  Jeanette E. Thornton — North Chesterfield, VA
10. Conrad Heinemann — Chanhassen, MN
11. Rosemary Mattli — Litchfield, IL
12. Mary Lou Yindra — Ivoryton, CT
13. Charles A. Ballew — Bremerton, WA
14. Steven R. Schmideler — New Berlin, WI
15. Alan E. Alt — Morton, IL
16. Barbara J. Dash — Castle Rock, CO
17. Edward F. Dash — Castle Rock, CO
18. Howard Boersma — Portage, WI
19. Fred L. Sitz — Jonesboro, AR
20. Rita E. Miller — Timonium, MD

| | | |
|---|---|---|
| 21. | Peter Kayavas and Charlotte A. Kayavas | Dunnellon, FL |
| 22. | Sally S. Lownsbery | Conestoga, PA |
| 23. | William J. Skoumal, Jr. | Lisle, IL |
| 24. | Annamaria F. Demiris | Woodstock, GA |
| 25. | Grace V. Proctor<br>    James Proctor, Executrix | Rocky Mount, NC |
| 26. | Mary Ellen Haberny | Stamford, CT |
| 27. | Carolyn C. Respess | Ashland, OR |
| 28. | Helen Vangorder | Napa, CA |
| 29. | Michael D. Mukai and Mary C. Mukai | Spokane, WA |
| 30. | Judith L. McLaren | Glen Ellyn, IL |
| 31. | Peter N. Souris and Georgia F. Souris | Gilbert, AZ |
| 32. | Sylvia Hudson (Sylvia Hudson Living Trust) | Oklahoma City, OK |
| 33. | Estate of Stanley C. Schade<br>    Carol A. Schade, Personal Representative | Sisseton, SD |
| 34. | Emily M. Clayton | Bosque Farms, NM |
| 35. | Carolyn H. Lane (Carolyn H. Lane REV TR) | Lafayette, CA |
| 36. | Ellen Agee | Christiansburg, VA |
| 37. | Rebecca L. Starr | Titusville, FL |
| 38. | Carmen C. Kraft (Carmen C. Kraft IRA) | Rio Rico, AZ |
| 39. | McGrath Living Trust U/A Dated April 13, 2001<br>    Gerald R. McGrath (TTE)<br>    Margaret Ann McGrath (TTE) | Savage, MN |
| 40. | Roland R. Shaw and Janet S. Shaw | Wilson, NC |

41. Kathryn A. Grace Living Trust U/A DTD March 27, 2021 Kathryn A. Grace & Paul J. Grace TTEE — Newport News, VA

42. Jennifer Berthold — Reedley, CA

43. Mark S. Clare — Gasport, NY

44. Harriet W. Campbell — Cutler Bay, FL

45. Hapoalim (Switzerland) Ltd.
    Bank Hapoalim (Schweiz) AG
    Bank Hapoalim (Switzerland) Ltd.
    Bank Hapoalim (Switzerland) Ltd.-Zurich Head Office
    Bank Hapoalim (Switzerland) Limited-Zurich Branch
    Bank Hapoalim (Switzerland) Geneva Branch
    Bank Hapoalim (Switzerland) Luxembourg Branch
    Bank Hapoalim (Switzerland) Singapore Branch
    Hapoalim (Switzerland) Ltd., and
    all subsidiaries and branches — Zurich, Switzerland

46. Anne M. Clifford — Norristown, PA

47. Caroline Plante
    Jeanne M. Prestel, POA — Colorado Springs, CO

48. Carmen A. Cerza — Virginia Beach, VA

49. Joseph D. Russo and Helene L. Oback-Russo — New York, NY