# EXHIBIT A

# DEFICIENCY LETTER

CenturyLink Securities Litigation
c/o Epiq Global
PO Box 2588
Portland, OR 97208-2588

Website: www.CenturyLinkSecuritiesLitigation.com
Email: info@CenturyLinkSecuritiesLitigation.com
Phone: 800-726-0952



Claim Number:     26

Response Deadline:     September 16, 2021

August 27, 2021

### Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re: CenturyLink Sales Practices and Securities Litigation* [MDL No. 17-2795 (MJD/KMM)]. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response to the Claims Administrator at the address printed at the top of this notice, with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

PLEASE NOTE: The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, has been approved by the Court and is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses (the "Notice"). The Notice can be viewed on or downloaded from www.CenturyLinkSecuritiesLitigation.com.

**Ineligibility Condition:** No Class Period purchases/acquisitions of publicly traded CenturyLink common stock or 7.60% Senior Notes due September 15, 2039. (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of publicly traded CenturyLink common stock or 7.60% Senior Notes due September 15, 2039, during the Class Period (i.e., March 1, 2013, through July 12, 2017, inclusive). Unless you had Eligible Transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of publicly traded CenturyLink common stock or 7.60% Senior Notes due September 15, 2039, during the Class Period that were not previously reflected in your Claim. Acceptable supporting documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation (self-generated documents are not acceptable).

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible unless this deficiency is also cured.

AE1081 v.09



**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval**. The method of calculating a Claim to determine if it is a Recognized Claim is described at paragraphs 54-58 of the Notice, which is available at www.CenturyLinkSecuritiesLitigation.com. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court (with financial account numbers and certain other information redacted). **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AE1082 v.09