# EXHIBIT C

# TRANSACTION REPORT

Exhibit C - Sample of Transaction Report

| ACCOUNT NUMBER | CLAIM NUMBER | SUBMISSION NAME | CLAIM STATUS | ACCOUNT NAME | DEFICIENCY REASON 1 | DEFICIENCY REASON 2 |
|---|---|---|---|---|---|---|
| ███ | 530229175 | EMAIL C145 | Denied | ███ | ZR | |
| ███ | 530230276 | EMAIL C145 | Denied | ███ | ZR | |
| ███ | 530233410 | EMAIL C145 | Denied | ███ | R | |
| ███ | 530243068 | EMAIL C145 | Denied | ███ | ZR | |
| ███ | 530244418 | EMAIL C145 | Denied | ███ | R | |