# EXHIBIT G

# INVOICES



CenturyLink Securities Litigation
Invoice Summary

| Fees and Costs from Inception through February 2022 | | |
|---|---|---|
| **Activities** | **Actual to Date** | **Description of Services** |
| Print Expenses (Notice Packets and postcards) | $ 302,071.31 | Printing and mailing claim confirmation postcards and Notice Packets. |
| Call Center Services and Website | $ 20,108.28 | Building an interactive phone system; Minutes of use to Interactive Voice Response module and minutes of use for live agent calls; Building a website; Monthly website hosting cost. |
| Claim Processing and Administration | $ 1,215,527.50 | All-in claim fees which cover all hourly time for the administration.  Tasks covered include: Reciept and processing of all claims; Claim intake, scanning and OCR; Claims review and verification of documentation; Quality assurance reviews; Processing electronic claims; Answering emails and letters from Settlement Class Members; Project oversight; Case planning, meetings and timelines; Drafting scripts, declarations and notification letters; Reviewing website, phone line and forms; Quality assurance and reviews; Reviewing and providing scripting for questions from Settlement Class Members; Coordinating with Class Counsel; Data Analysis; Coding, quality control and quality assurance of imports, updates and reports; Electronic Claim valdiation; Communicating with Nominees via email and phone to assist with electronic claim filing. |
| Postage and Delivery | $ 331,861.26 | Postage for the Notice Packets, as well as deficiency notices, confirmation of claim postcards and response letters for Settlement Class Member inquiries; Delivery costs for Bulk Shipments of Notice Packets;  Fees for maintaining Post Office Box. |
| Copies and Storage | $ 14,220.72 | Photocopies; Box storage for hardcopy documents submitted by Settlement Class Members. |
| Broker Research Reimbursement | $ 27,392.73 | Pass-through invoices from Brokers for researching and providing Settlement Class Member names and addresses for Notice and postage charges for those Brokers who elected to perform the mailing themselves. |
| Tax Fees | $ 122,393.93 | Sales tax; Income tax return for fund. |
| **Invoiced Total as of: 2/28/22** | **$ 2,033,575.74** | |

| Estimate of Costs to Conduct Initial Distribution | | |
|---|---|---|
| **Activities** | **Estimate** | **Description of Services** |
| Distribution Expenses | $ 18,124.00 | Printing of checks for eligible claims; Bank Fees; Wire/ACH fees; Income tax returns for fund. |
| Call Center Services and Website | $ 17,855.00 | Maintaining interactive phone system; Minutes of use to Interactive Voice Response module and minutes of use for live agent calls regarding distribution; Monthly website hosting cost. |
| Postage and Delivery | $ 43,160.00 | Postage for checks; Fees for maintaining Post Office Box. |
| Copies and Storage | $ 4,910.00 | Photocopies; Box storage for hardcopy documents submitted by Settlement Class Members. |
| Claim Processing | $ 340,202.50 | All in per claim fee for late claim processing. |
| **Estimate through Initial Distribution** | **$ 424,251.50** | |

**CLASS ACTION & CLAIMS SOLUTIONS**
**Estimate for Administration**
**4/6/2022**

# CenturyLink Securities Litigation

# Distribution Estimate

## Initial Distribution - Estimated Volumes

| | |
|---|---|
| Checks | 60,000 |
| De minimis letters | 15,000 |
| Percentage of Undeliverables | 10% |
| Reissues | 9,000 |
| Duration | 10 months |

## Detailed Estimate

# CenturyLink Securities Litigation

| Activity | Unit | Rate | | Volume | Amount | |
|---|---|---|---|---|---|---|
| IVR Minutes of Use | Per Minute | $ | 0.17 | 9,000 | $ | 1,530.00 |
| Live Agent Minutes of Use | Per Minute | $ | 0.95 | 13,500 | $ | 12,825.00 |
| Reissue Distribution Checks | Per Check | $ | 0.79 | 15,000 | $ | 11,835.00 |
| ACH/Wire Payments | Per Wire | $ | 25 | 175 | $ | 4,375.00 |
| De Minimis Postcard | Per Piece | $ | 0.13 | 15,000 | $ | 1,914.00 |
| Postage - Distribution | Per Piece | $ | 0.49 | 84,000 | $ | 41,160.00 |
| Photocopies | As Incurred | $ | 0.12 | 10,000 | $ | 1,200.00 |
| Delivery | As Incurred | $ | 1.00 | 2,000 | $ | 2,000.00 |
| Box Storage | Per Box/Mo | $ | 3.50 | 1,060 | $ | 3,710.00 |
| Web Hosting | Per Month | $ | 175.00 | 10 | $ | 1,750.00 |
| Claim Processing | Per Claim | $ | 2.50 | 136,081 | $ | 340,202.50 |
| IVR Maintenance Fee | Per Month | $ | 175.00 | 10 | $ | 1,750.00 |

**Total Estimated Costs    $ 424,251.50**



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** |
|---|
| Epiq                          Tax ID: 93-1210932 |
| Class Action & Claims Solutions |
| Dept 0286            Billing questions: call 503-350-5800 |
| PO Box 120286      or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 |
| |
| Payment by Wire: |
| Bank:          Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing:      121140399 |
| Acct No:          3300483242 |
| SWIFT:            SVBKUS6S |

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90535662 | Invoice Date | 04/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40047244 | | |
| Contract Description | CenturyLink Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40047244 | | |

**Comments**

Billing Period: 04/01/2021 - 04/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Notice Print/Mail** | | | | |
| 70 | 20-Img Notice/Claim Form as Self-Mailer | 35,851 | EA | 0.3200 | 11,472.32 |
| | **Other Expenses** | | | | |
| 90 | PR Newswire Release (1200 words) | 1 | EA | 2,613.7000 | 2,613.70 |
| 110 | Investor's Business Daily (1/6-page ad) | 1 | EA | 3,341.8500 | 3,341.85 |
| 120 | Proxy List Notification | 1,144 | EA | 1.4600 | 1,670.24 |
| 130 | Postage | 45,460.710 | DLR | 1.0000 | 45,460.71 |
| 150 | IVR Configuration and Recording | 1 | EA | 2,000.0000 | 2,000.00 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 1,469.300 | EA | 0.1700 | 249.78 |
| 210 | Website Deployment and Testing | 1 | EA | 2,000.0000 | 2,000.00 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 300 | Photocopy or Image | 29 | PAG | 0.1200 | 3.48 |
| 310 | Box Storage | 2 | EA | 3.5000 | 7.00 |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90535662 | Invoice Date | 04/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**

Billing Period: 04/01/2021 - 04/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 69,169.08 |
| | **Sales Tax** | | | | 1,054.97 |
| | **Total Amount Due** | | | | 70,224.05 |

**Open Items for Contract 40047244 as of 05/10/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| | | | Total: | 70,224.05 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq                                    Tax ID: 93-1210932
Class Action & Claims Solutions
Dept 0286           Billing questions: call 503-350-5800
PO Box 120286      or ecabilling@epiqglobal.com
Dallas, TX 75312-0286

Payment by Wire:
Bank:              Silicon Valley Bank (Santa Clara, CA)
ABA Routing:       121140399
Acct No:           3300483242
SWIFT:             SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90542911 | Invoice Date | 05/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40047244 | | |
| Contract Description | CenturyLink Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40047244 | | |

**Comments**

Billing Period: 05/01/2021 -05/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|------|---------|---------:|------|-----------:|-------:|
| | **Notice Print/Mail** | | | | |
| 70 | 20-Img Notice/Claim Form as Self-Mailer | 782,657 | EA | 0.3200 | 250,450.24 |
| | **Other Expenses** | | | | |
| 130 | Postage | 188,760.150 | DLR | 1.0000 | 188,760.15 |
| 140 | Delivery Charges | 1,817.100 | EA | 1.0000 | 1,817.10 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 2,443.270 | EA | 0.1700 | 415.36 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 300 | Photocopy or Image | 1,912 | PAG | 0.1200 | 229.44 |
| 310 | Box Storage | 5 | EA | 3.5000 | 17.50 |

| | |
|---|---:|
| **Net Amount** | 442,039.79 |
| **Sales Tax** | 20,262.86 |
| **Total Amount Due** | 462,302.65 |

CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90542911 | Invoice Date | 05/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Comments |
|---|
| Billing Period: 05/01/2021 -05/31/2021 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40047244 as of 06/09/2021** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| 05/31/2021 | Invoice | 90542911 | 06/30/2021 | 462,302.65 | USD |
| | | | Total: | 532,526.70 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| Dept 0286 | Billing questions: call 503-350-5800 |
| PO Box 120286 | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | |
| | |
| Payment by Wire: | |
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300483242 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90552126 | Invoice Date | 06/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40047244 | | |
| Contract Description | CenturyLink Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40047244 | | |

**Comments**

Billing Period: 06/01/2021 - 06/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims 1 to 125,000 | 6,558 | EA | 3.0000 | 19,674.00 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 74,930 | EA | 0.3600 | 26,974.80 |
| | **Other Expenses** | | | | |
| 130 | Postage | 70,798.970 | DLR | 1.0000 | 70,798.97 |
| 140 | Delivery Charges | 374.800 | EA | 1.0000 | 374.80 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 23,302.030 | EA | 0.1700 | 3,961.35 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 4,276 | EA | 0.1000 | 427.60 |
| 300 | Photocopy or Image | 24,392 | PAG | 0.1200 | 2,927.04 |
| 310 | Box Storage | 42 | EA | 3.5000 | 147.00 |
| | **Standard Rates** | | | | |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90552126 | Invoice Date | 06/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**

Billing Period: 06/01/2021 - 06/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 125,635.56 |
| | **Sales Tax** | | | | 4,042.85 |
| | **Total Amount Due** | | | | 129,678.41 |

**Open Items for Contract 40047244 as of 07/09/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| 05/31/2021 | Invoice | 90542911 | 06/30/2021 | 462,302.65 | USD |
| 06/30/2021 | Invoice | 90552126 | 07/30/2021 | 129,678.41 | USD |
| | | | Total: | 662,205.11 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| Dept 0286 | Billing questions: call 503-350-5800 |
| PO Box 120286 | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | |

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY 10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90566170 | Invoice Date | 08/10/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40047244 | | |
| Contract Description | CenturyLink Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40047244 | | |

**Comments**

Billing Period: 07/01/2021 - 07/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| 30 | Claims 1 to 125,000 | 11,009 | EA | 3.0000 | 33,027.00 |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 1,295 | EA | 0.3600 | 466.20 |
| | **Other Expenses** | | | | |
| 130 | Postage | 3,442.180 | DLR | 1.0000 | 3,442.18 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 8,276.380 | EA | 0.1700 | 1,406.98 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 7,545 | EA | 0.1000 | 754.50 |
| 300 | Photocopy or Image | 21,895 | PAG | 0.1200 | 2,627.40 |
| 310 | Box Storage | 64 | EA | 3.5000 | 224.00 |

| | | |
|---|---|---:|
| **Net Amount** | | 42,298.26 |
| **Sales Tax** | | 2,959.23 |
| **Total Amount Due** | | 45,257.49 |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90566170 | Invoice Date | 08/10/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Comments |
|---|
| Billing Period: 07/01/2021 - 07/31/2021 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40047244 as of 08/24/2021** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| 05/31/2021 | Invoice | 90542911 | 06/30/2021 | 462,302.65 | USD |
| 06/30/2021 | Invoice | 90552126 | 07/30/2021 | 129,678.41 | USD |
| 08/10/2021 | Invoice | 90566170 | 09/09/2021 | 45,257.49 | USD |
| | | | Total: | 707,462.60 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Remit to | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| Dept 0286 | Billing questions: call |
| 503-350-5800 | |
| PO Box 120286 | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | |

Payment by Wire:
Bank:           Silicon Valley Bank (Santa  Clara, CA)
ABA Routing:    121140399
Acct No:        3300483242

**Bill-To**

Catherine E van Kampen, Sttlmt   Dept
Bernstein Litowitz Berger
Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| Information | | |
|---|---|---|
| Invoice No. | 90598022 | Invoice Date | 12/10/2021 |
| Purchase Order No. | | |
| Customer No. | 3000012 | |
| Currency | USD | |
| Contract No. | 40047244 | |
| Contract Description | CenturyLink Securities | |
| Terms of Payment | Net due in 30 days | |
| Internal Reference No | 40047244 | |

**Comments**

Billing Period: 08/01/2021 -   08/31/2021
Replaces invoice 90566966

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims 1 to 125,000 | 28,552 | EA | 3.0000 | 85,656.00 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form   in Env | 8,409 | EA | 0.3600 | 3,027.24 |
| | **Other Expenses** | | | | |
| 130 | Postage | 13,765.526 | DLR | 1.0000 | 13,765.53 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 6,778.800 | EA | 0.1700 | 1,152.40 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard  Acknowledgment | 5,816 | EA | 0.1000 | 581.60 |
| 300 | Photocopy or Image | 32,409 | PAG | 0.1200 | 3,889.08 |
| 310 | Box Storage | 92 | EA | 3.5000 | 322.00 |
| 330 | Broker/Nominee Fees | 27,203.530 | DLR | 1.0000 | 27,203.53 |
| | **Net Amount** | | | | 135,947.38 |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90598022 | Invoice Date | 12/10/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**
Billing Period: 08/01/2021 -   08/31/2021
Replaces invoice 90566966

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Sales Tax** | | | | 7,475.60 |
| | **Total Amount Due** | | | | 143,422.98 |

-----------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract40047244 as of 12/08/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| 05/31/2021 | Invoice | 90542911 | 06/30/2021 | 462,302.65 | USD |
| 06/30/2021 | Invoice | 90552126 | 07/30/2021 | 129,678.41 | USD |
| 08/10/2021 | Invoice | 90566170 | 09/09/2021 | 45,257.49 | USD |
| 09/30/2021 | Invoice | 90575583 | 10/30/2021 | 194,044.44 | USD |
| 10/31/2021 | Invoice | 90583524 | 11/30/2021 | 152,688.08 | USD |
| | | | Total: | 1,054,195.12 | USD |





# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| Dept 0286 | Billing questions: call 503-350-5800 |
| PO Box 120286 | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | |

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90575583 | Invoice Date | 09/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40047244 | | |
| Contract Description | CenturyLink Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40047244 | | |

**Comments**
Billing Period: 09/01/2021 - 09/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims 1 to 125,000 | 57,282 | EA | 3.0000 | 171,846.00 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 6 | EA | 0.3600 | 2.16 |
| | **Other Expenses** | | | | |
| 130 | Postage | 6,606.890 | DLR | 1.0000 | 6,606.89 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 3,544.650 | EA | 0.1700 | 602.59 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 1,481 | EA | 0.1000 | 148.10 |
| 300 | Photocopy or Image | 2,700 | PAG | 0.1200 | 324.00 |
| 310 | Box Storage | 96 | EA | 3.5000 | 336.00 |

| | | |
|---|---|---|
| **Net Amount** | | 180,215.74 |
| **Sales Tax** | | 13,828.70 |
| **Total Amount Due** | | 194,044.44 |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90575583 | Invoice Date | 09/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**

Billing Period: 09/01/2021 - 09/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

---------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40047244 as of 10/07/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| 05/31/2021 | Invoice | 90542911 | 06/30/2021 | 462,302.65 | USD |
| 06/30/2021 | Invoice | 90552126 | 07/30/2021 | 129,678.41 | USD |
| 08/10/2021 | Invoice | 90566170 | 09/09/2021 | 45,257.49 | USD |
| 08/31/2021 | Invoice | 90566966 | 09/30/2021 | 15,832.91 | USD |
| 09/30/2021 | Invoice | 90575583 | 10/30/2021 | 194,044.44 | USD |
| | | | Total: | 917,339.95 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Remit to | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| Dept 0286 | Billing questions: call |
| 503-350-5800 | |
| PO Box 120286 | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | |

Payment by Wire:
Bank:              Silicon Valley Bank (Santa  Clara, CA)
ABA Routing:      121140399
Acct No:          3300483242

**Bill-To**

Catherine E van Kampen, Sttlmt  Dept
Bernstein Litowitz Berger
Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90623717 | Invoice Date | 03/10/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40047244 | | |
| Contract Description | CenturyLink Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40047244 | | |

**Comments**

Billing Period: 10/01/2021 -   10/31/2021
Replaces invoice 90583524

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims 1 to 125,000 | 21,599 | EA | 3.0000 | 64,797.00 |
| 40 | Claims 125,00 and up | 23,842 | EA | 2.5000 | 59,605.00 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form   in Env | 16 | EA | 0.3600 | 5.76 |
| | **Other Expenses** | | | | |
| 130 | Postage | 238.399 | DLR | 1.0000 | 238.40 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 18,291.170 | EA | 0.1700 | 3,109.50 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard  Acknowledgment | 354 | EA | 0.1000 | 35.40 |
| 300 | Photocopy or Image | 8,714 | PAG | 0.1200 | 1,045.68 |
| 310 | Box Storage | 104 | EA | 3.5000 | 364.00 |
| 330 | Broker/Nominee Fees | 189.200 | DLR | 1.0000 | 189.20 |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90623717 | Invoice Date | 03/10/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**
Billing Period: 10/01/2021 -    10/31/2021
Replaces invoice 90583524

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 129,739.94 |
| | **Sales Tax** | | | | 10,070.48 |
| | **Total Amount Due** | | | | 139,810.42 |

**Open Items for Contract40047244 as of 03/14/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| 05/31/2021 | Invoice | 90542911 | 06/30/2021 | 462,302.65 | USD |
| 06/30/2021 | Invoice | 90552126 | 07/30/2021 | 129,678.41 | USD |
| 08/10/2021 | Invoice | 90566170 | 09/09/2021 | 45,257.49 | USD |
| 09/30/2021 | Invoice | 90575583 | 10/30/2021 | 194,044.44 | USD |
| 12/10/2021 | Invoice | 90598022 | 01/09/2022 | 143,422.98 | USD |
| 02/28/2022 | Invoice | 90618144 | 03/30/2022 | 21,838.90 | USD |
| 03/10/2022 | Invoice | 90623717 | 04/09/2022 | 139,810.42 | USD |
| | | | Total: | 1,206,579.34 | USD |





# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| Dept 0286 | Billing questions: call |
| 503-350-5800 | |
| PO Box 120286 | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | |

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242

| **Bill-To** |
|---|
| Catherine E van Kampen, Sttlmt Dept |
| Bernstein Litowitz Berger |
| Grossmann |
| 1251 Avenue of the Americas |
| New York NY 10020-1104 |

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90623722 | Invoice Date | 03/10/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40047244 | | |
| Contract Description | CenturyLink Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40047244 | | |

| **Comments** |
|---|
| Billing Period: 11/01/2021 - 11/30/2021 |
| Replaces invoice 90598415 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 40 | Claims 125,00 and up | 56,861 | EA | 2.5000 | 142,152.50 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 4 | EA | 0.3600 | 1.44 |
| | **Other Expenses** | | | | |
| 130 | Postage | 350.358 | DLR | 1.0000 | 350.36 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 3,757.170 | EA | 0.1700 | 638.72 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 524 | EA | 0.1000 | 52.40 |
| 300 | Photocopy or Image | 1,392 | PAG | 0.1200 | 167.04 |
| 310 | Box Storage | 105 | EA | 3.5000 | 367.50 |

| | | |
|---|---|---|
| **Net Amount** | | 144,079.96 |
| **Sales Tax** | | 11,425.47 |
| **Total Amount Due** | | 155,505.43 |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90623722 | Invoice Date | 03/10/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**
Billing Period: 11/01/2021 -    11/30/2021
Replaces invoice 90598415

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

---------------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract40047244 as of 03/14/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| 05/31/2021 | Invoice | 90542911 | 06/30/2021 | 462,302.65 | USD |
| 06/30/2021 | Invoice | 90552126 | 07/30/2021 | 129,678.41 | USD |
| 08/10/2021 | Invoice | 90566170 | 09/09/2021 | 45,257.49 | USD |
| 09/30/2021 | Invoice | 90575583 | 10/30/2021 | 194,044.44 | USD |
| 12/10/2021 | Invoice | 90598022 | 01/09/2022 | 143,422.98 | USD |
| 02/28/2022 | Invoice | 90618144 | 03/30/2022 | 21,838.90 | USD |
| 03/10/2022 | Invoice | 90623717 | 04/09/2022 | 139,810.42 | USD |
| 03/10/2022 | Invoice | 90623722 | 04/09/2022 | 155,505.43 | USD |
| | | | Total: | 1,362,084.77 | USD |



CONFIDENTIAL

# epiQ

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| Dept 0286 | Billing questions: call |
| 503-350-5800 | |
| PO Box 120286 | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | |

Payment by Wire:

| Bank: | Silicon Valley Bank (Santa  Clara, CA) |
|---|---|
| ABA Routing: | 121140399 |
| Acct No: | 3300483242 |

**Bill-To**

Catherine E van Kampen, Sttlmt  Dept
Bernstein Litowitz Berger
Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90623723 | Invoice Date | 03/10/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40047244 | | |
| Contract Description | CenturyLink Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40047244 | | |

**Comments**

Billing Period: 12/01/2021 -   12/31/2021
Replaces invoice 90600626

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 40 | Claims 125,00 and up | 56,287 | EA | 2.5000 | 140,717.50 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form   in Env | 1 | EA | 0.3600 | 0.36 |
| | **Other Expenses** | | | | |
| 130 | Postage | 70.750 | DLR | 1.0000 | 70.75 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 2,004.050 | EA | 0.1700 | 340.69 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard  Acknowledgment | 141 | EA | 0.1000 | 14.10 |
| 300 | Photocopy or Image | 904 | PAG | 0.1200 | 108.48 |
| 310 | Box Storage | 106 | EA | 3.5000 | 371.00 |

| | | |
|---|---|---|
| **Net Amount** | | 141,972.88 |
| **Sales Tax** | | 11,302.45 |
| **Total Amount Due** | | 153,275.33 |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90623723 | Invoice Date | 03/10/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Comments |
|---|
| Billing Period: 12/01/2021 -    12/31/2021 |
| Replaces invoice 90600626 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

---------------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract40047244 as of 03/14/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| 05/31/2021 | Invoice | 90542911 | 06/30/2021 | 462,302.65 | USD |
| 06/30/2021 | Invoice | 90552126 | 07/30/2021 | 129,678.41 | USD |
| 08/10/2021 | Invoice | 90566170 | 09/09/2021 | 45,257.49 | USD |
| 09/30/2021 | Invoice | 90575583 | 10/30/2021 | 194,044.44 | USD |
| 12/10/2021 | Invoice | 90598022 | 01/09/2022 | 143,422.98 | USD |
| 02/28/2022 | Invoice | 90618144 | 03/30/2022 | 21,838.90 | USD |
| 03/10/2022 | Invoice | 90623717 | 04/09/2022 | 139,810.42 | USD |
| 03/10/2022 | Invoice | 90623722 | 04/09/2022 | 155,505.43 | USD |
| 03/10/2022 | Invoice | 90623723 | 04/09/2022 | 153,275.33 | USD |
| | | | Total: | 1,515,360.10 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
Dept 0286                                    Billing questions: call 503-350-5800
PO Box 120286                               or ecabilling@epiqglobal.com
Dallas, TX 75312-0286

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Bill-To**
Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90618144 | Invoice Date | 02/28/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40047244 | | |
| Contract Description | CenturyLink Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40047244 | | |

**Comments**
Billing Period: 02/01/2022 - 02/28/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 40 | Claims 125,00 and up | 7,717 | EA | 2.5000 | 19,292.50 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 66 | EA | 0.3600 | 23.76 |
| | **Other Expenses** | | | | |
| 130 | Postage | 125.418 | DLR | 1.0000 | 125.42 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 741.720 | EA | 0.1700 | 126.09 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 310 | Box Storage | 106 | EA | 3.5000 | 371.00 |

| | |
|---|---|
| **Net Amount** | 20,288.77 |
| **Sales Tax** | 1,550.13 |
| **Total Amount Due** | 21,838.90 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90618144 | Invoice Date | 02/28/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

| Comments |
|---|
| Billing Period: 02/01/2022 - 02/28/2022 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40047244 as of 03/07/2022** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| 05/31/2021 | Invoice | 90542911 | 06/30/2021 | 462,302.65 | USD |
| 06/30/2021 | Invoice | 90552126 | 07/30/2021 | 129,678.41 | USD |
| 08/10/2021 | Invoice | 90566170 | 09/09/2021 | 45,257.49 | USD |
| 09/30/2021 | Invoice | 90575583 | 10/30/2021 | 194,044.44 | USD |
| 12/10/2021 | Invoice | 90598022 | 01/09/2022 | 143,422.98 | USD |
| 12/10/2021 | Invoice | 90598415 | 01/09/2022 | 167,790.25 | USD |
| 12/31/2021 | Invoice | 90600626 | 01/30/2022 | 165,436.14 | USD |
| 01/31/2022 | Invoice | 90609591 | 03/02/2022 | 559,590.09 | USD |
| 02/28/2022 | Invoice | 90618144 | 03/30/2022 | 21,838.90 | USD |
| | | | Total: | 1,959,585.40 | USD |



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| Dept 0286 | Billing questions: call |
| 503-350-5800 | |
| PO Box 120286 | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | |

Payment by Wire:

| Bank: | Silicon Valley Bank (Santa  Clara, CA) |
|---|---|
| ABA Routing: | 121140399 |
| Acct No: | 3300483242 |

**Bill-To**

Catherine E van Kampen, Sttlmt  Dept
Bernstein Litowitz Berger
Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| Invoice No. | 90623724 | Invoice Date | 03/10/2022 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40047244 | | |
| Contract Description | CenturyLink Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40047244 | | |

**Comments**

Billing Period: 01/01/2022 -   01/31/2022
Replaces invoice 90609591

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Claims Processing** | | | | |
| 40 | Claims 125,00 and up | 191,504 | EA | 2.5000 | 478,760.00 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form   in Env | 4 | EA | 0.3600 | 1.44 |
| | **Other Expenses** | | | | |
| 130 | Postage | 50.012 | DLR | 1.0000 | 50.01 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 1,498.980 | EA | 0.1700 | 254.83 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard  Acknowledgment | 61 | EA | 0.1000 | 6.10 |
| 300 | Photocopy or Image | 9 | PAG | 0.1200 | 1.08 |
| 310 | Box Storage | 106 | EA | 3.5000 | 371.00 |

--------------------------------------------------------------------------------

| | | |
|---|---|---:|
| **Net Amount** | | 479,794.46 |
| **Sales Tax** | | 38,421.19 |
| **Total Amount Due** | | 518,215.65 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90623724 | Invoice Date | 03/10/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

| Comments |
|---|
| Billing Period: 01/01/2022 -   01/31/2022 |
| Replaces invoice 90609591 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

-------------------------------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract40047244 as of 03/14/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2021 | Invoice | 90535662 | 05/30/2021 | 70,224.05 | USD |
| 05/31/2021 | Invoice | 90542911 | 06/30/2021 | 462,302.65 | USD |
| 06/30/2021 | Invoice | 90552126 | 07/30/2021 | 129,678.41 | USD |
| 08/10/2021 | Invoice | 90566170 | 09/09/2021 | 45,257.49 | USD |
| 09/30/2021 | Invoice | 90575583 | 10/30/2021 | 194,044.44 | USD |
| 12/10/2021 | Invoice | 90598022 | 01/09/2022 | 143,422.98 | USD |
| 02/28/2022 | Invoice | 90618144 | 03/30/2022 | 21,838.90 | USD |
| 03/10/2022 | Invoice | 90623717 | 04/09/2022 | 139,810.42 | USD |
| 03/10/2022 | Invoice | 90623722 | 04/09/2022 | 155,505.43 | USD |
| 03/10/2022 | Invoice | 90623723 | 04/09/2022 | 153,275.33 | USD |
| 03/10/2022 | Invoice | 90623724 | 04/09/2022 | 518,215.65 | USD |
| | | | Total: | 2,033,575.75 | USD |

