# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

*VIDEO CONFERENCING*
*CIVIL MOTION HEARING*

| | |
|---|---|
| Re: CenturyLink Sales Practices and Securities Litigation, | COURT MINUTES<br>BEFORE: Judge Michael J. Davis<br>U.S. District Court |

| | |
|---|---|
| Case Nos.: | 17-md-2795-MJD-JFD<br>18-cv-296 -MJD-JFD |
| Date: | August 4, 2022 |
| Court Reporter: | Brittany Blesener |
| Time Commenced: | 1:03 p.m. |
| Time Concluded: | 1:16 p.m. |
| Time in Court: | 13 minutes |

Hearing on:

**(17md2796) MOTION for Approval of Distribution Plan [*Unopposed Motion for Approval of Distribution Plan*] [977]**

**(18cv296) MOTION for Approval of Distribution Plan [*Unopposed Motion for Approval of Distribution Plan*] [383]**

## APPEARANCES:

**For Lead Plaintiff State of Oregon (Securities):**

Michael D. Blatchley     Bernstein Litowitz Berger & Grossman LLP

**For Defendant CenturyLink:**

Thomas H. Boyd     Winthrop & Weinstine, PA

## PROCEEDINGS:

The motion was moved and granted. Order to follow.

Date: August 4, 2022                                                       s/GRR
                                         Courtroom Deputy to Judge Michael J. Davis